

2005 DEC -7 AM 11: 53

Michael J.Walleri
Law Offices of Michael J.Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM

Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA

Defendants.

**STIPULATION & ORDER TO STAY PROCEEDINGS**

Case No. Fo4-0034 CIV (RRB)

COMES NOW, Michael J. Walleri, attorney for the Plaintiffs; and Howard S. Trickey, attorney for the Defendants, in the above captioned case to request a sixty day stay in all related proceedings in the aforementioned matter. The stay will start on November 30, 2005 and shall end on January 28, 2006.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

21

FILED

DEC 8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By TG Deputy

DATED: 11/30/05

Michael J. Walleri
AK. Bar No. 7906060
Attorney for Plaintiffs

DATED: 12/6/05

Howard S. Trickey
AK. Bar No. 7610138
Attorney for Defendants

ORDER

SO ORDERED.

DATE: 12/8/05

U.S. District Court Judge.

* opposition to pending motion for Summary Judgment now due on 2/18/06.

Michael J. Walleri
Attorney at Law

F04-0034--CV (RRB)

H. TRICKEY (JERMAIN)
M. WALLERI

12-8-05
TG