City of Fort Yukon
P.O. Box 269
Fort Yukon, Alaska 99740
907 662-2379

February 18, 2003

Christopher Hampton
2396 Eire Rd
North Pole, Ak 99705

This letter is to let it be known, that at his own regard, Christopher Hampton, who was hired by the City Council of Fort Yukon on January 15, 2003 has indeed tendered his resignation. As the City Manager, on behalf of the City of Fort Yukon, I do accept the resignation, effective immediately.

Also, let it be know, that a copy of this letter and the letter of resignation shall remain in the personnel file of Christopher Hampton, on this 18 day February 2003 at 5pm.

Sincerely,

*Fannie M. Carroll*
Fannie M. Carroll
City Manager, City of Fort Yukon
Cc: Council Members, Chief of Police Fleming

Exhibit 2
pg. 1 of 2

FY 759

# Certificate of Achievement

to

# CHRIS HAMPTON

for successful completion of 490 hours of basic police training, as required by the Alaska Police Standards Council and prescribed in Title 13 AAC 85.050, at the Spring 2002 Tanana Valley Campus Law Enforcement Academy.

_____  
John C. "Jake" Poole, TVC Director

Date 5/24/02

_____  
John Myers, Coordinator, Law Enforcement Academy

Date 5-24-02

FY 811

Exhibit 2
pg. 2 of 2