| Alaska Police Standards Council<br>PO Box 111200<br>Juneau, Alaska 99811-1200 | **PERSONAL HISTORY STATEMENT** | F-3 |

| GENERAL INSTRUCTIONS: | Hand write or hand print an answer to EVERY QUESTION. If the question does not apply to you, respond with N/A. If space available is insufficient, use a separate sheet and precede each answer with the number of the referenced block. DO NOT MISREPRESENT OR OMIT a requested fact since the statements made herein are subject to verification to determine your qualifications for employment. |

1. Last Name: Schlumbohm   First Name: TODD   Middle Name: Alan
2. Male ☒  Female ☐

3. Other Names, Alias(es), Nickname(s): N/A

Social Security Number: [redacted]

4. Mailing Address: P.O. Box 84749   City: Fairbanks   State: Alaska   Zip Code: 99708

Present Residence Address: 824 Landing Rd. Apt. 2   City: North Pole   State: Alaska   Zip Code: 99705

Residence Phone No.: (907) 488-0708   Business Phone No.: (907) 479-4221 ext. 100

5. Date of Birth (Month, Day, Year): June 1, 1970   Place of Birth (City, County, State): Klamath Falls Oregon

Attach a copy of birth or baptismal certificate

6. Weight: 285   Height: 6'3"   Eye Color: Blue   Hair Color: Brown

7. U.S. Citizen: Yes ☒  No ☐   If Naturalized, Certificate Number: N/A   Date, Place, and Court: N/A

8. Marital Status: Married ☒  Single ☐

Name of Spouse or Significant Other (Last, First, Middle): Schlumbohm Melissa

Address (Street, City, State): 824 Landing Rd Apt. 2 North Pole Alaska

Name and Present Address of Spouse(s) if Divorced or Separated: N/A

| Name | Address |
|---|---|
|  |  |
|  |  |

9. Children and Dependents: List all your children, including stepchildren and adopted, give the following information: N/A

| Name | Date of Birth | Place of Birth | Residence Address | With Whom | Supported by Whom |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(Revised 12/99)

F-3

Exhibit 3
pg. 1 of 3

FY 874

| 10. Military Status: | | copy of DD 214 |
|---|---|---|
| Have you served in the U.S. Armed Forces?<br>Yes ☐   No ☒ | If YES, Branch | Serial Number |
| Type of Discharge | Date of Service<br>From          To | Rank |

A. While in the military, were you ever arrested for an offense which resulted in a trial by deck court or by summary, special or general court-martial, Article 15, captain's mast or an equivalent proceeding?
Yes ☐    No ☐      If yes, give date, place, law enforcing authority or type of court or court-martial, charge and action taken for each incident, using separate sheet to record this information.

B. Are you presently a member of the U.S. Reserve or National or State Guard organization?   Yes ☐   No ☒   If yes, complete the following:

| Grade and Service Number | Service and Component | Active ☐   Inactive ☐   Standby ☐ |
|---|---|---|
| Organization and Station or Unit and Location | Indicate Reserve Obligation if any: | |

11. Education:  Attach diploma or certificate of graduation

A. List all high schools attended.

| Name / Location | Address | Dates Attended | Years Completed | Graduated Yes | No |
|---|---|---|---|---|---|
| Mazama High School | Klamath Falls OR | 1984-1988 | 4 | X | |

B. Higher education. List information below for all colleges or universities attended.  Attach transcript or diploma from all institutions of higher education attended.

| Name & Address of College or University | Dates Attended From | To | Credit Hours Semester | Quarter | Degree Received | Year Received |
|---|---|---|---|---|---|---|
| UAF/TVC 1000 University FRKS AK | 8-02 | 11-02 | 15 | | Yes | 2002 |

Major and Minor College Courses:

Peer Mediation, non violent crisis Prevention

C. List vocational or technical training. List all law enforcement training. Give the name for each and the location of school, dates attended, subjects studied, certificate, and any other pertinent data. Include college courses in Criminal Justice or Law Enforcement.

TVC Law enforcemet Academy from 8-02-11-02, Basic Policeing, Criminal law, Behavior Science, Enforcement, Invesigations, Defense tactics, use of Firearms

12. Do you speak a language other than English?   Yes ☐   No ☒   If yes, what language(s) do you speak?

How fluently?        Fair ☐     Good ☐    Excellent ☐

Exhibit 3
pg. 2 of 3

FY 875

To Whom it may Concern!

I Todd Schlumbohm, for personal reasons, give my notice of rezignation from the City of Fort Yukon Police Department this 16th day of February, 2004.

*[signature: Todd Schlumbohm]*

*[RECEIVED stamp]*
4:50pm
w/ Todd Schlumbohm present.
*[signature]*

Exhibit 3
pg. 3 of 3

FY 868