STUDENT EVALUATION

William McKillican attended the University of Alaska Tanana Valley Campus Law Enforcement Academy, commencing on March 4, 2002 and graduating on May 24, 2002. This student received instruction on the Alaska Statutes and Constitutional Law, basic patrol procedures, hazardous material response, arson investigation, crime scene scientific investigation, death scene investigation, and major criminal investigation. The student also received instruction in First Aid, CPR and DEFIB, marksmanship with Glock handgun and with Remmington 870 shotgun, response to bomb threats, police report writing, sexual assault and sexual abuse of minors, traffic law enforcement and accident investigation, juvenile procedures, Domestic Violence response and investigation, safe driving, officer survival and high risk traffic stops and high risk arrests. The student received a hi-tech shooting decisions course, chemical spray, physical fitness, physical arrest and handcuffing.

Training totaled 490 hours.

ATTITUDE:
William McKillican always demonstrated a positive attitude. As a student, he could be given charge of the class and he could be depended upon to keep the group on task and disciplined. "Dave" is a team player and very supportive of the class group. His studies received the same dedication. His maturity (several years in the US Army) adds to his positive team support attitude.

SCHOLASTIC ABILITY:
William McKillican finished the course with a 90.5 % average (A). His best grade was in Enforcement Skills where he earned a 98.1 (A). Enforcement Skills consists of Pistol and Shotgun skills, Shooting decisions, Use of force, and Chemical weapons.

SHOOTING SKILLS:
William McKillican scored 294 (or 98%) on the Glock pistol transition course. He also qualified on the Remmington 870 shotgun combat course. He received nearly 80 hours of weapons instruction including 40 hrs on the pistol range, 28 hrs on the shotgun course, a shooting decisions course and 8 hours of high risk arrest and traffic stop.

PROGNOSIS:
William McKillican promises to be an outstanding law enforcement officer. His maturity, skills as a military NCO and his positive attitude are true assets. He is extremely focused and is a problem solver. His classmates looked up to him as a mentor, and academy staff relied on him as a leader. "Dave" will be an asset to the agency that employs him.

FY 1089

Exhibit 4
pg. 1 of 1