# Certificate of Achievement

## for

## Christopher J. DeLeon

for successful completion of 460 hours of basic police training, as required by the Alaska Police Standards Council and prescribed in Title 13 AAC 85.050, at the 2001 Tanana Valley Campus Law Enforcement Academy

_____  9-14-01
Jake Poole, Director, UAF Tanana Valley Campus    Date

_____  9-14-01
John Myers, Coordinator, Law Enforcement Academy    Date

Exhibit 5
pg. 1 of 1

FY 1231