City of Fort Yukon, Inc  Personnel Policy Handbook



# City of Fort Yukon, Inc
# Personnel Policy Handbook

City of Fort Yukon, Inc  Personnel Policy Handbook

# CHAPTER 1

## HIRING POLICIES

SECTIONS
1.  Promotions
2.  No Discrimination
3.  Advertising
4.  Tests
5.  Minimum Age and Citizenship
6.  City Residents
7.  Handicapped Persons
8.  Veterans Preference
9.  Hiring Authority
10. Definitions

**Section 1:    Advertising**
All regular full time positions shall be advertised locally for a minimum of 14 days.  The City may extend the advertising period and advertise statewide if necessary.

**Section 2:    No Discrimination**
There shall be no discrimination in employment, procedures, including appointment, promotion, demotion, suspension, or removal on the basis of race, gender, age, marital status, national origin, political or religious affiliation, or any other non-merit reason.

**Section 3:    Promotions**
When well-qualified individuals are available, appointments to fill vacancies may be by promotion from within the City Government..

**Section 4:    Tests**
Before appointment, each applicant may be required to take such tests to measure qualification(s) as the Department Supervisor considers appropriate.

**Section 5:    Minimum Age and Citizenship**
Minimum age and citizenship requirements for City employment shall be in accordance with State Law.

**Section 6:    Handicapped Persons**
Employment of qualified handicapped persons is encouraged.

**Section 7:    Veterans Preference**
Veterans as defined as A.S. 39.25.159, may be given preference for employment where they are equally qualified with other applicants.

**Section 8:    City Work List**
The City Clerk will maintain a current list of applicants on file of local residents.

**Section 9:    Qualified Applicants for Employment**
Qualified applicants who are listed on the City Work List may be selected for part-time, seasonal, and temporary employment.

City of Fort Yukon, Inc  Personnel Policy Handbook

**Section 10:    Hiring Authority**

The City Council shall be the final hiring authority for the following positions:  City Manager, City Clerk, and City Treasurer.    All hiring of regular employees will be the responsibility of the City Manager.   In accordance with department budgets, supervisory personnel may hire temporary personnel when it is necessary to maintain departmental functions with prior approval by the City Manager.

**Section 11:    Definitions**

The City Manager shall be Personnel Officer.

**Terms:** Unless the context requires otherwise, the definitions below define the terms used herein:

*Anniversary Date:* means the date on which an employee is initially hired for the purpose of computing higher or lower grade for the purpose of later increased or decreased promotion.

*Current Rate of Pay:*  means the salary received by an employee for his/her scheduled hours of work.

*Immediate Family:*  means the husband, wife, mother, father, brother, sister, son, daughter, or grandparents.

*Job Description:*    means a written statement of duties and responsibilities which are characteristic of a class/position and includes the education, experiences, knowledge, and ability required to perform the work in that class/position.

*Performance Evaluation Report:*    Also called the 'evaluation report', means the periodic appraisal in writing of an employee work performance on forms prescribed by the City Manager

*Introduction:*    means the 90 day provisional period of a new employee hired for a full-time/regular employment position.   Any approved leave of absence taken during this period will extend the introduction period by the amount of working days absent.

*Resignation:*  means the termination of employment at the request of the employee.

*Suspension with Pay:*   means an enforced leave of absence while continuing to receive compensation pending investigation of chares made against an employee.

*Suspension without Pay:*  means an enforced leave of absence without compensation pending investigation of charges made against employee, as a disciplinary action.

*Temporary Employment:*  means the status of the employees hired for a position expected to last 180 days or less.   If an employee is compensated through CETA funding, or any other State or Federal program, this employee is also considered "temporary".