Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>     Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F04-0034 CIV (RRB) |

### AFFIDAVIT OF VERA B. JAMES

STATE OF ALASKA    )
           ) ss.
FOURTH JUDICIAL DISTRICT )

   I, Vera B. James, being first duly sworn upon oath, depose and state as follows:

   1.  I am the City Treasurer and Acting City Manager. I have been the City Treasurer since May 1999. In that role, I am responsible for the City's payroll and maintain all of the City's payroll records.

2. Since 1997, the City has used a computerized payroll system called Quick Books. This system allows me to access records for all current and former City employees, back to the date we converted to the system in 1997. I have used that system in providing the information contained in this affidavit.

3. The City of Fort Yukon has a police department. The City has three categories of employees who serve in the police department. These include the Chief of Police, Public Safety Officer, and Dispatchers. The Chief reports to the City Manager and is responsible for the daily functions of the department. The Public Safety Officers, also referred to as "police officers," are responsible for enforcing laws in the City of Fort Yukon. The Dispatchers work out of the police department's office, where they answer the telephone, communicate with the officers via radio, and log entries into the computer. Full job descriptions for Public Safety Officers and Dispatchers are contained in the City's personnel manual, and a copy of that page is attached to this Affidavit. I have also attached a copy of a job announcement for the Chief position. While these attachments may postdate some of the relevant time periods in this lawsuit, the police department job descriptions have not changed in any material way since at least 1999.

4. I understand that the relevant period of time for this lawsuit is the period of time when the plaintiffs were employed, which began when Reginald Flemming was hired in November 2001 and ended when Todd Schlumbohm resigned in February 2004.

5. During the relevant time, the City of Fort Yukon never employed more than four law enforcement officers. In my count of law enforcement officers, I include the Chief and the Public Safety Officers. I do not include the Dispatchers, who are civilian employees of the police department and do not engage in law enforcement activities.

6. I understand that the plaintiffs allege in their complaint that a number of other people worked as regular, temporary, or relief officers. I will address each of these people in the following paragraphs.

7. Philip Solomon has not been employed by the City of Fort Yukon at any time since at least 1997, when we converted to the current computer payroll system. I believe that he was employed by the State of Alaska as the jailer during some or all of the time when the plaintiffs were employed by the City police department. The jailer is a State of Alaska employee, not a City employee.

8. Debra Hardy is a former Public Safety Officer. She was employed by the City from 12/27/00 until December 4, 2001. She has not been employed by the City since that date.

9. Mike Hardy was employed by the police department from March 26 2002 until June 28, 2002. Mr. Hardy did not have any law enforcement training, and I understand he was hired as a "temporary officer." He has not been employed by the City since June 28, 2002. He subsequently went to work for the Tanana Chiefs Council as a Village Public Safety Officer ("VPSO"). The City does not employ

AFFIDAVIT OF VERA B. JAMES  
*Fleming v. Carroll*  
F04-0034 CIV (RRB)

Page 3 of 4

VPSOs. As a VPSO, Mr. Hardy was not a City employee and was not on the City payroll.

10. Gerald Alexander is a former Public Safety Officer. He was employed by the City from January 12th, 2001 until May 20, 2002. He has not been employed by the City since that date.

11. J.R. Wallace was a Public Safety Officer for the City's police department from November 15, 2003 until September 2004.

12. Attached as Exhibit C to this Affidavit is a chart that indicates for each relevant pay period who was employed by the City as a law enforcement officer during that pay period. The chart is derived from the City's payroll records and is intended to allow the reader to determine how many law enforcement officers were employed during any relevant pay period. As the Court will see, there were never more than four officers.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Vera B. James

SUBSCRIBED AND SWORN to before me this ___6___ day of December, 2005.

_____
Notary Public in and for Alaska
My Commission Expires: _With Office_

AFFIDAVIT OF VERA B. JAMES                                                    Page 4 of 4
*Fleming v. Carroll*
F04-0034 CIV (RRB)

E.  Under no circumstances will the maintenance Department do any general public mechanical work or contract on any public maintenance unless approved by the City Manager.

POSITION:   DISPATCHER
Works under the supervision of the Public Safety Director.

DUTIES AND RESPONSIBILITES:

A.  Ability to learn, within a reasonable period of training, the operation of radio communication transmitter-receiver unit.

B.  Ability to think clearly and act quickly and calmly in emergency situations.

C.  Ability to organize details quickly and logically and to carry on a number of actions simultaneously under pressure.

D.  Ability to receive and relay information on a radio transmitter-receiver unit.

E.  Ability to become familiar with street and building locations within the City of Fort Yukon.

F.  Ability to deal courteously and tactfully with the public.

G.  Ability to maintain records accurately.

H.  Ability to type.


POSITION

PUBLIC SAFTEY OFFICER

DUTIES AND RESPONSIBILITES: (Add each Section out of Title 29)

A.  Title 2.28.010 outlines the duties of a Public Safety Officer.

B.  It is the duties of Public Safety Officer to enforce all City and State ordinances and statues within the City of Fort Yukon, to regulate the conduct of persons within the City so as to protect the public health, safety, peace, and welfare. To protect property within the City from loss and/or destruction by unlawful means. The Chief or City Manager (prior code S2.308) may assign additional duties

C.  An officer cannot accept other employment while employed by the city. The only exception to this would be by special permission of the mayor and city council.

PUBLIC SAFETY OFFICER ARE EXEMPT UNDER THE U.S. FAIR LABOR STANDARD ACT.

City of Fort Yukon
BOX 269
Fort Yukon, ALASKA 99740

## JOB OPENING

**POSITION:** Certified Chief of Police

**DEPARTMENT:** Public Safety Department

**SUPERVISOR:** City Manager

**DUTIES AND RESPONSIBILITES:**

A.  Title 2.28.010

   It is the duty of the chief of police to enforce the ordinances regulating the conduct of persons with the city so as to protect the public health, public safety and public peace, and public welfare and to protect property within the city from loss and/or destruction by unlawful means, and to enforce those ordinances which by the terms of the ordinances the chief of police is specifically instructed to enforce and to perform such duties as the city council may from time to time require performed. (Prior code S2.308)

B.  The chief of police shall not accept other employment while employed by the city. The only exception is by special permission of the mayor and city council.

**QUALIFICATIONS:**
- 21 years of age or older
- Applicant must have a high school diploma
- Must have a Basic Law Certificate
- A valid drivers license
- No misdemeanor within the last year and no felony in the last ten years

**SALARY:**
- $50,000 Annually with housing

**DEADLINE:**
- Until filled

**FORWARD RESUME TO:**
- City of Fort Yukon
  P.O. Box 269
  Fort Yukon, Alaska 99740

- or Fax to (907) 662-2717

Attachment B
pg. 1 of 1

FY 242

# Fort Yukon Police Department, Public Safety Officer Employment, January 2001 – March 2004*
*(relevant period for Plaintiffs' claims is 11/01 – 2/04)*

| Year | Month | PSOs | Officers |
|---|---|---|---|
| 2004 | Mar | 1 PSOs | |
| | Feb | 4 PSOs | Reginald Fleming 11/01 – 2/04; Todd Schlumbohm 3/03 – 2/04; Christopher DeLeon 6/03 – 2/04; J.R. Wallace 11/03 – 9/04 |
| | Jan | 4 PSOs | |
| 2003 | Dec | 4 PSOs | |
| | Nov | 4 PSOs | |
| | Oct | 3 PSOs | |
| | Sep | 3 PSOs | |
| | Aug | 4 PSOs | William McKillican 8/02 – 8/03 |
| | Jul | 4 PSOs | |
| | Jun | 4 PSOs | |
| | May | 3 PSOs | |
| | Apr | 3 PSOs | |
| | Mar | 3 PSOs | |
| | Feb | 3 PSOs | |
| | Jan | 3 PSOs | Chris Hampton 1-2/03 |
| 2002 | Dec | 2 PSOs | |
| | Nov | 2 PSOs | |
| | Oct | 2 PSOs | |
| | Sep | 2 PSOs | |
| | Aug | 2 PSOs | |
| | Jul | 1 PSOs | |
| | Jun | 3 PSOs | Mike Hardy* (*temp.) 3/02 – 6/02 |
| | May | 3 PSOs | |
| | Apr | 3 PSOs | |
| | Mar | 3 PSOs | |
| | Feb | 2 PSOs | |
| | Jan | 2 PSOs | |
| 2001 | Dec | 3 PSOs | Gerald ... 11/01; Debra Hardy Through 12/01 |
| | Nov | 3 PSOs | |
| | Oct | 2 PSOs | |
| | Sep | 2 PSOs | |
| | Aug | 2 PSOs | |
| | Jul | 2 PSOs | |
| | Jun | 2 PSOs | |
| | May | 2 PSOs | |
| | Apr | 2 PSOs | |
| | Mar | 2 PSOs | |
| | Feb | 2 PSOs | |
| | Jan | 2 PSOs | |

**Summary: Nov. '01 – Feb. '04**

| Period | PSOs |
|---|---|
| Nov. '01 – Dec. '01: | 3 PSOs |
| Jan. '02 – Feb '02: | 2 PSOs |
| Mar. '02 – Jun. '02: | 3 PSOs |
| Jul. '02: | 1 PSO |
| Aug. '02 – Dec. '02: | 2 PSOs |
| Jan. '03 – May. '03: | 3 PSOs |
| Jun. '03 – Aug. '03: | 4 PSOs |
| Sept. '03 – Oct. '03: | 3 PSOs |
| Nov. '03 – Feb. '04: | 4 PSOs |

Attachment C
pg. 1 of 1