Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F04-0034 CIV (RRB) |

## AFFIDAVIT OF CHARLOTTE FLEENER

STATE OF ALASKA    )
           ) ss.
FOURTH JUDICIAL DISTRICT )

I, Charlotte Fleener, being first duly sworn upon oath, depose and state as follows:

1. I was hired as a dispatcher for the City of Forty Yukon on July 5, 2003 and remain employed to the present. As of last week (July 5, 2005) I am now a police officer for the City. Prior to last week, I was a dispatcher.

2. In my role as a dispatcher, my job is to receive all telephone calls made to the police department. I make a computer record of calls, and then I relay calls to the on-duty police officers in Fort Yukon. I primarily communicate with officers via the police radio. I also call medical personnel at the clinic if the situation requires medical help. I report to duty in the police department office, located in the City's office building.

3. Prior to last week, I have not generally performed any duties of a police officer. On occasion, particularly when none of the officers were in town, I have at the request of the City Manager gone on patrols where I drive the police car around town so that the police department continued to have a local presence when officers were gone.

4. I have never arrested anyone and do not believe as a dispatcher that I have the power to arrest anyone. I have never carried a firearm.

5. During the period from my hire date in July 2003 through February 2004, I did not undergo any job training for police work, or participate in a basic police-training course. I never received any on-the-job training in self-defense defense techniques, investigative and law enforcement techniques, or firearms proficiency techniques.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Charlotte Fleener

SUBSCRIBED AND SWORN to before me this 11th day of July, 2005.



_____
Notary Public in and for Alaska
My Commission Expires: 9/26/08

AFFIDAVIT OF CHARLOTTE FLEENER
*FLEMING V. CITY OF FORT YUKON*
CASE NO. F04-0034 CIV (RRB)

PAGE 3