Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. F04-0034 CIV (RRB)

### AFFIDAVIT OF AUDREY FIELDS

STATE OF ALASKA         )
                                            ) ss.
FOURTH JUDICIAL DISTRICT )

I, Audrey Fields, being first duly sworn upon oath, depose and state as follows:

1. I was employed as a dispatcher for the City of Fort Yukon from late September 2003 through February 4, 2005.

2. In my role as a dispatcher, my job was to receive all telephone calls made to the police department. I would make a computer record of calls, and then I would

relay calls to the on-duty police officers in Fort Yukon. I primarily communicated with officers via the police radio. I would also call medical personnel if the situation required medical help. I reported to duty in the police department office, located in the City's office building.

3. Except as explained in Paragraph 5 below, I was not called upon in my job to enforce city and state laws within Fort Yukon, to regulate the conduct of people within Fort Yukon, or to protect property from loss or destruction.

4. Except as explained in Paragraph 5 below, I was not asked, as part of my job, to prevent crimes or accidents. I was never asked to serve arrest warrants or to issue citations.

5. On occasion, at the request of the City Manager, I did go on patrols where I drove around in the police vehicle so that the town would see that the police department had a presence when the officers were out of town.

6. I did not have the power to arrest anyone. I did not carry a firearm.

7. During the period from my hire date through February 2004, I did not undergo any job training for police work, or participate in a basic police-training course. I never received any on-the-job training in self-defense defense techniques, investigative and law enforcement techniques, or firearms proficiency techniques.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Audrey Fields

SUBSCRIBED AND SWORN to before me this 19th day of August, 2005.

STATE OF ALASKA
NOTARY PUBLIC
Vera B. James
My Commission Expires September 19, 2005

_____
Notary Public in and for Alaska
My Commission Expires: 09/19/2005