Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F04-0034 CIV (RRB) |

**AFFIDAVIT OF SUMMER ALEXANDER**

STATE OF ALASKA   )
          ) ss.
FOURTH JUDICIAL DISTRICT )

  I, Summer Alexander, being first duly sworn upon oath, depose and state as follows:

  1.  I was employed as a dispatcher for the City of Fort Yukon from July 2003 to September 5, 2003.

2. In my role as a dispatcher, my job was to receive all telephone calls made to the police department. I would make a computer record of calls, and then I would relay calls to the on-duty police officers in Fort Yukon. I primarily communicated with officers via the police radio. I would also call medical personnel if the situation required medical help. I reported to duty in the police department office, located in the City's office building.

3. I was never called upon in my job to enforce city and state laws within Fort Yukon, to regulate the conduct of people within Fort Yukon, or to protect property from loss or destruction.

4. I was never asked, as part of my job, to prevent crimes or accidents, to patrol any area, to serve arrest warrants, or to issue citations.

5. I was never deputized as a police officer.

6. I was never assigned to perform any duties of a police officer.

7. I never performed any duties of a police officer.

8. I was never a member of the police force.

9. I was not authorized to enforce laws, keep the peace, protect people from injury, or prevent crime except in my capacity as a dispatcher.

10. I did not have the power to arrest anyone. I did not carry a firearm.

11. During the period of my employment as a dispatcher, I did not undergo any job training for police work, or participate in a basic police-training course. I never received any on-the-job training in self-defense techniques, investigative and law enforcement techniques, or firearms proficiency techniques. The only training I received

was on how to answer the telephone and enter call information into the department's computer system.

FURTHER AFFIANT SAYETH NAUGHT.

*Summer Alexander*
Summer Alexander

SUBSCRIBED AND SWORN to before me this 11th day of July, 2005.



Notary Public in and for Alaska
My Commission Expires: 9/24/05

AFFIDAVIT OF SUMMER ALEXANDER                                                                 PAGE 3
FLEMING V. CITY OF FORT YUKON
CASE NO. F04-0034 CIV (RRB)