Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F04-0034 CIV (RRB) |

## AFFIDAVIT OF MIKE HARDY

STATE OF ALASKA   )
           ) ss.
FOURTH JUDICIAL DISTRICT )

I, Mike Hardy, being first duly sworn upon oath, depose and state as follows:

1. I was employed by the City of Fort Yukon as a temporary police officer from February 2002 through June 28, 2002. The Fort Yukon police department has not employed me in any capacity since June 2002. When the City hired me, I had an application pending to serve as the Village Public Safety Officer for the Tanana Chiefs

Council. The police chief, Reggie Fleming, asked me if I would like to assist as a temporary officer of the City police department while my VPSO application was in process. I agreed.

2. After June 2002, I went to work for the Tanana Chiefs Council ("TCC") as a VPSO. I was paid by TCC and assisted several agencies, including TCC, the State Troopers, and the city police department.

3. Prior to being hired as a temporary officer, I had no law enforcement training. During the period of my employment as a temporary officer, I did not undergo any job training for self-defense techniques, investigative and law enforcement techniques, or firearms proficiency techniques. Nor have I ever completed a basic police-training course.

4. As a temporary officer, I never arrested anyone. It was my understanding that I did not have authority to arrest because I lacked the training. I did not carry a firearm.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Mike Hardy

SUBSCRIBED AND SWORN to before me this 11th day of July, 2005.



_____
Notary Public in and for Alaska
My Commission Expires: 7/25/08

AFFIDAVIT OF MIKE HARDY                                                              PAGE 2
*FLEMING V. CITY OF FORT YUKON*
CASE NO. F04-0034 CIV (RRB)