Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,

Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,

Defendants.

Case No. F04-0034 CIV (RRB)

**AFFIDAVIT OF ERIC TREMBLAY**

STATE OF ALASKA )
) ss.
FOURTH JUDICIAL DISTRICT )

I, Eric Tremblay, being first duly sworn upon oath, depose and state as follows:

1. I have been employed in the maintenance department for the City of Fort Yukon since 1995, and have been the Director of that department since 2003. I am responsible for overseeing the City's water and sewer system, maintaining the public facilities, road maintenance, cable maintenance and general upkeep of City vehicles and

buildings. I have never held any job title in the Fort Yukon police department. In a volunteer capacity, I am chief of the volunteer fire department.

2. On three occasions in 2002 through 2004, I was asked by police officers to cover the police department because none of the officers were going to be in town. On at least one occasion, one of the officers "deputized" me. On each of these occasions when I was on call for the department, I wrote the additional time on my timecard and I was compensated by the City for my time. Copies of the timesheets where I wrote down police time are attached. These were the pay periods for August 6, 2002, December 13, 2002, and January 9, 2004.

3. It was never clear to me what the extent of my authority was when I was covering the police department. I basically was acting in an on-call capacity in the event a call came into the police department that needed attention. I drove the police car around town so people would see the vehicle. I did not arrest anyone, and have no training or experience in how to arrest a person. I did not carry a firearm or identity myself to anyone as a police officer. I never conducted any investigations.

4. I have never had any formal, informal, or on-the-job training in anything having to do with police or law enforcement. I have never had firearms training, self-defense training, or law enforcement training of any kind.

FURTHER AFFIANT SAYETH NAUGHT.

Eric Tremblay

SUBSCRIBED AND SWORN to before me this 11 day of July, 2005.

Notary Public in and for Alaska
My Commission Expires: 9/25/08

MATTHEW SINGER NOTARY PUBLIC STATE OF ALASKA

AFFIDAVIT OF ERIC TREMBLAY
*FLEMING V. CITY OF FORT YUKON*
CASE NO. F04-0034 CIV (RRB)

PAGE 3

CITY OF FORT YUKON / GENERAL OPERATING FUND

40319

Eric Tremblay
PO Box 363
Fort Yukon, AK 99740-0376

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

Used / Available
Sick 69.00 / 82.40
Vac 120.00 / 134.52

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

| 08/06/2002 | | YTD |
|---|---|---|
| Hourly Wage (80.00@$15.25) | 1220.00 | 14,769.64 |
| Sick Hourly Rat (3.00@$15.25) | 45.75 | 1,174.25 |
| PERS | -85.44 | -1,253.27 |
| AFLAC - Health | -11.95 | -203.15 |
| AFLAC - Disability | -3.56 | -60.52 |
| Misc Deduction | -67.98 | -608.07 |
| Federal Withholding | -97.00 | -1,359.00 |
| Social Security Employee | -77.73 | -1,138.55 |
| Medicare Employee | -18.18 | -266.27 |
| AK - Unemployment Employee | -5.84 | -85.55 |
| Holiday Hourly Wage | 0.00 | 793.00 |
| Vacation Hourly Rate | 0.00 | 1,830.00 |

PAYMENT RECORD

08/03/2002 - 08/16/2002 Pay Period 898.07

173744 (2/02)

PAY PERIOD ENDING

NO. 796

NAME Eric Tremblay

| EXTRA TIME | | | | REGULAR TIME |
|---|---|---|---|---|
| | MONDAY | A.M. IN / NOON OUT / IN / P.M. OUT | (8) | 3 11 / 08 |
| | TUESDAY | A.M. IN / NOON OUT / IN / P.M. OUT | (6) | 10 00 / 3 03 |
| THIS | WEDNESDAY | A.M. IN / NOON OUT / IN / P.M. OUT | (8) | 8 03 / 4 39 |
| SIDE | THURSDAY | A.M. IN / NOON OUT / IN / P.M. OUT | (8) | 7 59 / 5 22 |
| OUT | FRIDAY | A.M. IN / NOON OUT / IN / P.M. OUT | (8) | 15 / 4 57 |
| | SATURDAY | A.M. IN / NOON OUT / IN / P.M. OUT | | |
| | SUNDAY | A.M. IN / NOON OUT / IN / P.M. OUT | | |
| TOTAL | | | | TOTAL |

TOPS FORM 1259 (M-33) LITHO IN U.S.A.

PAY PERIOD ENDING

NO. 796

NAME Eric Tremblay

| EXTRA TIME | | | | REGULAR TIME |
|---|---|---|---|---|
| | MONDAY | A.M. IN / NOON OUT / IN / P.M. OUT | (8) | 14 / 01 |
| | TUESDAY | A.M. IN / NOON OUT / IN / P.M. OUT | (8) | 05 / 5 02 |
| THIS | WEDNESDAY | A.M. IN / NOON OUT / IN / P.M. OUT | (7.5) | 8 43 / 5 00 |
| SIDE | THURSDAY | A.M. IN / NOON OUT / IN / P.M. OUT | (8) | 15 / 11 |
| OUT | FRIDAY | A.M. IN / NOON OUT / IN / P.M. OUT | (7.5) | 24 / 01 |
| | SATURDAY | A.M. IN / NOON OUT / IN / P.M. OUT | | |
| | SUNDAY | A.M. IN / NOON OUT / IN / P.M. OUT | | |
| TOTAL | | | | TOTAL |

TOPS FORM 1259 (M-33) LITHO IN U.S.A.

Tremblay Aff.
Attachment
pg. 1 of 8

# City of Fort Yukon, Inc.
## Public Works Personnel Time Sheet

Name Eric Tremblay Address Box 363
SSN 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 Ft-Yukon, AK 99740
Month August

| Department | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PW | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Construct-ion | | | | | | | | | | | | | | | | |
| Airport | | | | | | | | | | | | | | | | |
| Water | | | | | | | | | | | | | | | | |
| Sewer | | | | | | | | | | | | | | | | |
| Garbage | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | |
| Total | 8 | 7.5 | | | | | | | | | | | | | | |

| Department | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PW | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Construct-ion | | | | | | | | | | | | | | | | |
| Airport | | | | | | | | | | | | | | | | |
| Water | | | | | | | | | | | | | | | | |
| Sewer | | | | | | | | | | | | | | | | |
| Garbage | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | |
| Total | | | | | | 8 | 6 | 8 | 8 | 8 | | | 8 | 8 | 7.5 | |

PLEASE MARK EACH DAY'S HOURS IN THE CORRECT ROW AND INDICATE SICK OR VACATION TIME APPLICABLE.

Regular Hours 77
Annual Leave
Sick Leave 3
Holiday w/Pay
Holiday w/o Pay

Total Hours 80 hrs

Employee's Signature [signature]
Supervisor's Signature [signature]
City Manager's Signature

Tremblay Aff.
Attachment
pg. 2 of 8

City of Fort Yukon, Inc.

# Employee Time Sheet

P.O. Box 269 Fort Yukon, Alaska 99740 (907) 662-2479 or 2379

NAME: Eric Tremblay ADDRESS:

SSN: 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

PAY PERIOD:

MONTH________________, 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 1, 2 |
| | | | | | | | | | | | |

(3) call out Dispatch

| 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

Please mark each day with the type of workday.

R - Regular Hours ________
A - Annual Leave ________
S - Sick Leave ________
H - Holiday with Pay ________
L - Leave without Pay ________

TOTAL HOURS WORKED:________

Employee Signature Eric Tremblay
Supervisor's Signature________________
City Manager's Signature________________

CITY OF FORT YUKON / GENERAL OPERATING FUND

40656

Eric Tremblay
PO Box 363
Fort Yukon, AK 99740-0376

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

Used / Available
Sick 109.50 / 75.20
Vac 128.00 / 176.38

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

| 12/13/2002 | | YTD |
|---|---|---|
| Hourly Wage (63.00@$16.25) | 1,023.75 | 25,631.16 |
| Holiday Hourly (16.00@$16.25) | 260.00 | 1,183.00 |
| Time & 1/2 (15.00@$24.38) | 365.70 | 695.02 |
| PERS | -111.34 | -2,155.66 |
| AFLAC - Health | -11.95 | -310.70 |
| AFLAC - Disability | -3.56 | -92.56 |
| Federal Withholding | -155.00 | -2,598.00 |
| Social Security Employee | -101.52 | -1,960.74 |
| Medicare Employee | -23.74 | -458.56 |
| AK - Unemployment Employee | 0.00 | -130.00 |
| Sick Hourly Rate | 0.00 | 1,816.38 |
| Misc Deduction | 0.00 | -812.01 |
| Training Wage | 0.00 | 650.00 |
| Vacation Hourly Rate | 0.00 | 1,960.00 |

PAYMENT RECORD

11/23/2002 - 12/06/2002 Pay Period 1,242.34

173744 (2/02)

NO. 796

PAY PERIOD ENDING

NAME Eric Tremblay

| | EXTRA TIME | REGULAR TIME |
|---|---|---|
| MONDAY | | 3 18 (8) 2 29 |
| TUESDAY | | 5 55 (7) 2 04 |
| WEDNESDAY | | 5 20 (8) 5 13 |
| THURSDAY | | |
| FRIDAY | | |
| SATURDAY | | |
| SUNDAY | | |
| TOTAL | | TOTAL |

THIS SIDE OUT

TOPS FORM 1259 (M-33) LITHO IN U.S.A.

NO. 796

PAY PERIOD ENDING

NAME Eric Tremblay

| | EXTRA TIME | REGULAR TIME |
|---|---|---|
| MONDAY | | 25 (8) 16 |
| TUESDAY | | 3 14 (8) 2 05 |
| WEDNESDAY | | 3 13 (8) 3 03 |
| THURSDAY | | 8 05 (8) 3 03 |
| FRIDAY | | 3 18 (7) 01 |
| SATURDAY | | |
| SUNDAY | | |
| TOTAL | | TOTAL |

THIS SIDE OUT

TOPS FORM 1259 (M-33) LITHO IN U.S.A.

City of Fort Yukon, Inc.
Public Works Personnel Time Sheet

Name: Eric Tremblay
SSN: 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
Month: _____
Address: Box 363
FT-Yukon, AK 99740

| Department | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PW | | | | | | | | | | | | | | | | |
| Construction | | | | | | | | | | | | | | | | |
| Airport | | | | | | | | | | | | | | | | |
| Water | | | | | | | | | | | | | | | | |
| Sewer | | | | | | | | | | | | | | | | |
| Garbage | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | |
| Total | 8 | 8 | 8 | 8 | 7 | | | | | | | | | | | |

| Department | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PW | | | | | | | | | | | | | | | |
| Construction | | | | | | | | | | | | PH | PH | | |
| Airport | | | | | | | | | | | | | | | |
| Water | | | | | | | | | | | | | | | |
| Sewer | | | | | | | | | | | | | | | |
| Garbage | | | | | | | | | | | | | | | |
| Other | | | | | | Police dept | | | | | | | | | |
| Total | | | | | | 4 | 12 | 8 | 7 | 8 | 8 | 8 | | | |

PLEASE MARK EACH DAY'S HOURS IN THE CORRECT ROW AND INDICATE SICK
OR VACATION TIME APPLICABLE.

Police dept
over time       15
Regular Hours   62 + 1 = 63
Annual Leave    _____
Sick Leave      _____
Holiday w/Pay   16
Holiday w/o Pay _____

Employee's Signature: Eric Tremblay
Supervisor's Signature: _____
City Manager's Signature: _____

Total Hours: 78 hrs
15 1½ Police

Public Department

City of Fort Yukon, Inc.

# Employee Time Sheet

P.O. Box 269 Fort Yukon, Alaska 99740 (907) 662-2479 or 2379

NAME: Eric Tremblay ADDRESS: Box 363

SSN:

PAY PERIOD:

MONTH Nov, 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 4 | 12 |
| | | | | | | | | | | | |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

Please mark each day with the type of workday.

R - Regular Hours 16

A - Annual Leave ______

S - Sick Leave ______

H - Holiday with Pay ______

L - Leave without Pay ______

TOTAL HOURS WORKED: 16

Employee Signature Eric Tremblay

Supervisor's Signature ______

City Manager's Signature ______

Tremblay Aff.
Attachment
pg. 6 of 8

Eric Tremblay
PO Box 363
Fort Yukon, AK 99740-0376

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

Used / Available
Sick 8.00 / 96.30
Vac 0.00 / 201.00

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

| | | |
|---|---|---|
| Hourly Wage (48.00@$16.50) | 792.00 | 792.00 |
| Time & 1/2 (17.00@$24.75) | 420.75 | 420.75 |
| Holiday Hourly (24.00@$16.50) | 396.00 | 396.00 |
| Sick Hourly Rat (8.00@$16.50) | 132.00 | 132.00 |
| PERS | -117.50 | -117.50 |
| AFLAC - Health | -11.95 | -11.95 |
| AFLAC - Disability | -3.56 | -3.56 |
| Federal Withholding | -166.00 | -166.00 |
| Social Security Employee | -107.19 | -107.19 |
| Medicare Employee | -25.07 | -25.07 |
| AK - Unemployment Employee | -8.06 | -8.06 |

PAYMENT RECORD

12/20/2003 - 01/02/2004 Pay Period 1,301.42

186858 (12/02)

Tremblay Aff.
Attachment
pg. 7 of 8

City of Fort Yukon, Inc.
Public Works Personnel Time Sheet

Name Eric Tremblay Address Box 363
SSN 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 FT Yukon, AK 99740
Month

| Department | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 16 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PW | | | | | | | | | | | | | | | | |
| | Holiday | Sick Leave | | | | | | | | | | | | | | |
| Construction | | | | | | | | | | | | | | | | |
| Airport | | | | | | | | | | | | | | | | |
| Water | | | 1 | 1 | | | | | | | | | | | | |
| Sewer | | | | | | | | | | | | | | | | |
| Garbage | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | |
| Total | 8 | 8 | 1 | 1 | | | | | | | | | | | | |

| Department | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PW | | | | | | 4 | 4 | 8 | | | | | 4 | 4 | 7 | |
| | | | | | | | | | | | | | | | | |
| Construction | | | | | | | | | | | | | | | | |
| Airport | | | | | | 4 | 4 | | | 4 | | | 4 | 4 | | |
| Water | | | | | | | | | 3 | | 1 | 1 | | | | |
| Sewer | | | | | | | | | | | | | | | | |
| Garbage | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | |
| Total | | | | | | 8 | 8 | 8 | 3 | 4 | 1 | 1 | 8 | 8 | 7 | |
| | | | | | | | | H | H | | | | | | | |

+ 7 police

PLEASE MARK EACH DAY'S HOURS IN THE CORRECT ROW AND INDICATE SICK OR VACATION TIME APPLICABLE.

Regular Hours 58
Annual Leave
Sick Leave 8
Holiday w/Pay 24
Holiday w/o Pay

Total Hours 90 hrs
+ 7 police

Employee's Signature [signature]
Supervisor's Signature
City Manager's Signature [signature]

Tremblay Aff.
Attachment
pg. 8 of 8