Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA\

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **AFFIDAVIT OF COUNSEL**<br><br><br><br>Case No. F04-0034 CIV (RRB) |

STATE OF ALASKA)
                         ) ss
FAIRBANKS        )


I, Michael J. Walleri, after being deposed state as follows:

   1)  I am the attorney of record for plaintiffs in the above captioned matter.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                      *Page 1 of 3*
Aff't of Counsel

2) On September 1, 2005, I sent a letter to Matt Singer, counsel for the City, proposing dismissal of counts II, III and IV on certain terms.

3) After sending the letter, the undersigned called Singer to discuss the suggestion.

4) In that phone call, Mr. Singer advised me that he thought his client, the City of Fort Yukon, was particularly unstable and that it was possible that the city might agree to the settlement only to back out of the settlement afterwards.

5) Mr. Singer advised me that we would have to move quickly to formalize a settlement.

6) At all times, Mr. Singer and I agreed that settlement and dismissal would require a formal written agreement signed by the principals and that the terms of such agreement would have to be negotiated.

7) In our conversation, Mr. Singer specifically reserved the right of the parties to change their minds prior to formal signing of a settlement because of the needs of his client.

8) Mr. Singer later indicated in a letter to me that he would obtain a response from his client no later than September 16th.

9) Mr. Singer was unable to obtain agreement from the city by September 16th.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*　　　　　　　　　　　　　　　　　　　　*Page 2 of 3*
Aff't of Counsel

10) Mr. Singer was not able to obtain agreement from his client until mid-October, by which time, my clients had changed their mind about partial settlement.

                                                  s/ Michael J. Walleri
                                                  Michael J. Walleri

Sworn and subscribed to this _____ day of _____, 2006.

_____
Notary Public for the State of Alaska.
My commission expires on _____.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725