Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>                Plaintiffs,<br><br> vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>                Defendants. | **MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON COUNT I**<br>[FRCP 56 (f)]<br><br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW, Reginald Fleming, et. al., Plaintiffs in the above action, by and through her counsel of record to move the Court for an extension of deadline to respond to Defendant's Motion for Summary Judgment pursuant to FRCP 56 (f) for the reasons set for in the accompanying memorandum.

DATED: February 8, 2006

/s Michael J. Walleri
Michael J. Walleri
AK. Bar No. 7906060
Attorney for Plaintiffs

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                      Page 1 of 2
Op: Def. Mot. S. J. (Count I)

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on February 8, 2006 via electronic filing to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

<u>/s Michael J. Walleri</u>

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725