Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>    Plaintiffs,<br><br> vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>    Defendants. | **ORDER GRANTING RULE 56(F) MOTION**<br><br><br><br><br>Case No. F04-0034 CIV (RRB) |

   Upon motion of the plaintiff to an extension of deadline to respond to

Defendant's Motion for Summary Judgment  pursuant to FRCP 56 (f), and the Court

being apprised of the premises therein,

   IT IS HEREBY ORDERED, that the Plaintiff's motion is hereby GRANTED.  Plaintiff

shall not be required to file an opposition to Defendants motion until further order

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

of the Court.  The Plaintiff shall file with the Court a status order with regard to

Discovery in sixty (60) days from this order.

_____
Honorable Ralph R. Beistline
United States District Court Judge


Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on February 8, 2006 via electronic filing to:

    Mr. Howard S. Trickey
    Mr. Matt Singer
    Jermain, Dunnagan & Owens, P.C.
    3000 A Street, Suite 300
    Anchorage, AK 99503

    /s Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725