Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F04-0034 CIV (RRB) |

## DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST DISCOVERY REQUESTS

Defendant, City of Fort Yukon, by and through its attorneys, responds to Plaintiff's [sic] First Discovery Requests as follows:

### REQUESTS FOR ADMISSION

**Request For Admission No. 1.** Please admit that Plaintiff REGINALD FLEMING worked the hours on the dates indicated in Exhibit A in Plaintiff's Responses to Defendants' First Set of Discovery Requests.

**Response:** Denied.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322