Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>                  Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>                  Defendants. | **AFFIDAVIT OF COUNSEL**<br><br><br><br>Case No. F04-0034 CIV (RRB) |

STATE OF ALASKA)
                        ) ss
FAIRBANKS       )

I, Michael J. Walleri, after being deposed state as follows:

   1)  I am the attorney of record for plaintiffs in the above captioned matter.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                      *Page 1 of 3*
Aff't of Counsel

2) On or about October 24, 2005, the Plaintiffs filed their First Discovery Requests.

3) On or about November 28, 2005, the Defendants filed the responses, a true copy of which is attached hereto.

4) The City has not provided documents requested in Request for Production No 1, related to agreements between the city of Fort Yukon and state and federal funding agencies.

5) The City has not provided documents requested in Request for Production No 2, related to job descriptions of employees of the City of Fort Yukon Police Department.

6) The City has not provided documents requested in Request for Production No 3, related to payroll records of employees of the City of Fort Yukon Police Department.

7) The City has not provided documents requested in Request for Production No 4, related to work policies of the City of Fort Yukon Police Department.

8) The undersigned has been attempting to schedule depositions of various persons, including city officials since October. Such depositions will first require production of requested documents.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

9) The City has been unable to advise the undersigned when depositions may be scheduled for any of the current or former city officials.

10) The Plaintiffs are unable to respond to the factual assertions contained in the City's motion for summary judgment on Count I without the production of documents requested, or the opportunity to depose witnesses presented by the city in support of the motion.

_____
Michael J. Walleri

Sworn and subscribed to this 8th day of February 2006.

_____
Notary Public for the State of Alaska.
My commission expires on _____.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*   *Page 3 of 3*
Aff't of Counsel