Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, | ) ) ) |
| Defendants. | ) ) |

Case 4:04-cv-00034-RRB

**NON-OPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY TO OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT ON COUNTS II-IV**

Defendants, by and through their attorneys, Jermain, Dunnagan & Owens, P.C. hereby move this Court for an extension of time in which to file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Counts II-IV until Tuesday, February 28, 2006.

Undersigned counsel's office has spoken with Mr. Walleri's office, attorney for plaintiffs, and he does not oppose this extension.

DATED at Anchorage, Alaska this 10th day of February, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: s/ Howard S. Trickey
Howard S. Trickey
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 7610138

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2006,
a true and correct copy of the foregoing
[document name] was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Howard S. Trickey