Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>     Plaintiffs,<br><br> vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

### [PROPOSED] ORDER FOR EXTENSION
### OF TIME TO FILE REPLY TO OPPOSITION TO
### MOTION FOR SUMMARY JUDGMENT ON COUNTS II-IV

Having considered Defendants' Non-Opposed Motion for Extension of Time to File Reply, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Defendants shall have until Tuesday, February 28, 2006, within which to file their Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment on Counts II-IV.

DATED at Fairbanks, Alaska this _____ day of February, 2006.

                                                                                               _____
                                                                                               Hon. Ralph R. Beistline
                                                                                               United Stated District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2006,
a true and correct copy of the foregoing
[document name] was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Howard S. Trickey