Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>           Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Case 4:04-cv-00034-RRB |

### ORDER FOR EXTENSION
### OF TIME TO FILE REPLY TO OPPOSITION TO
### MOTION FOR SUMMARY JUDGMENT ON COUNTS II-IV

Having considered Defendants' Non-Opposed Motion for Extension of Time to

File Reply, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Defendants shall have until Tuesday, February 28, 2006, within which to file their Reply

to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment on Counts II-IV.

DATED at Fairbanks, Alaska this ⅃3 day of February, 2006.

Hon. Ralph R. Beistline
United Stated District Court Judge