Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

### [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT I

Upon due consideration of Plaintiffs' Motion for Extension of Deadline to Respond to Defendants' Motion for Summary Judgment on Count I, and Defendants' opposition filed thereto, it is hereby ordered that the motion for extension to respond is DENIED.

DATED at Fairbanks, Alaska this _____ day of _____, 2006.

_____
Hon. Ralph R. Beistline
United Stated District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February __, 2006,
a true and correct copy of the foregoing
Motion for Additional Time to File Motion
on Separate Trials was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Howard S. Trickey