Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case 4:04-cv-00034-RRB |

**MOTION FOR ADDITIONAL TIME TO**
**FILE MOTION ON SEPARATE TRIALS**

The parties have an ongoing disagreement about whether this case will require separate trials for some or all of Plaintiffs. In an effort to resolve this dispute, Defendants have filed two summary judgment motions which, if granted, would dispose of the entire case.

Defendants filed their summary judgment motions on November 30, 2005 and January 3, 2006. [*See* Docket 20, 22] Decisions on these pending motions have been

long delayed by Plaintiffs, who first sought a "stay" of the entire case, and now have filed a motion for a Rule 56(f) extension.

Until the summary judgment motions are decided, neither the parties nor the Court will be able to evaluate whether or not this case requires separate trials. Accordingly, Defendants respectfully ask that the Court allow them to file their Motion for Separate Trial within 30 days of decision on the two pending summary judgment motions.

DATED at Anchorage, Alaska this 24th day of February, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.


By: s/ Howard S. Trickey
Howard S. Trickey
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: (907) 563-8844
Fax: (907) 563-7322
Alaska Bar No. 7610138


**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2006,
a true and correct copy of the foregoing
Motion for Additional Time to File Motion
on Separate Trials was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Howard S. Trickey