Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case 4:04-cv-00034-RRB |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADDITIONAL TIME TO FILE MOTION ON SEPARATE TRIALS**

Defendants' Motion for Additional Time to File Motion on Separate Trials is GRANTED. Within 30 days of the Court's decision on the two pending summary judgment motions [Docket 20, 22], Defendants shall file their motion for separate trials. If the Court issues separate orders on the two pending summary judgment motions, the 30 days will run from the later order.

DATED at Fairbanks, Alaska this _____ day of _____, 2006.

_____
Hon. Ralph R. Beistline
United Stated District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2006,
a true and correct copy of the foregoing Order
Granting Motion for Additional Time to File
Motion on Separate Trials was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Howard S. Trickey

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO FILE MOTION ON SEPARATE TRIALS   PAGE 2
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE 4:04-CV-00034-RRB