Michael J.Walleri
Law Offices of Michael J.Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER
DELEON,  CHRIS HAMPTON, WILLIAM
D. MCKILLICAN, and  TODD
SCHLUMBOHM

               Plaintiffs,

   vs.

FANNIE CARROLL, and the CITY OF
FORT YUKON, ALASKA

               Defendants.

**[PROPOSED] ORDER GRANTING
MOTION TO RESET SCHEDULING
AND PLANNING ORDER**

Case No. Fo4-0034 CIV (RRB)

Upon the Plaintiff's Motion to reset the Scheduling and Planning Order

Filed on April 11, 2005 and the Court being otherwise apprised of the premises

therein,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

**IT IS ORDERED,** that Plaintiffs' motion is **GRANTED.**  Counsel will file an

amended Scheduling and Planning Order within _____ days.

Dated this _____ day of _____, 2006 at Fairbanks, Alaska.

_____
Hon. Ralph R. Beistline
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on March 3, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri _____

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725