Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MEMORANDUM IN SUPPORT OF MOTION TO RESET SCHEDULING AND PLANNING ORDER AND PARTIAL OPPOSITION TO MOTION FOR ADDITONAL TIME TO FILE MOTIONS ON SEPARATE TRIALS.**<br><br>Case No. Fo4-0034 CIV (RRB) |

The City has submitted two pending motions for summary judgment; Fleming et. al. (i.e. the policemen) have filed a FRCP 56(f) motion to extend deadlines to allow discovery, and most recently, the City has filed a motion to extend deadlines under the pre-trial order to move for separate trials. The police men have not been able to depose any representative of the City, including the named individual Defendant who has relocated to Florida. The undersigned has

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                Page 1 of 3
Memo: Reset Planning Order

made several inquiries asking for availability, with no positive response. The only response we have received about proposed depositions in Fort Yukon is an expression of concern that Fort Yukon is not accommodating to visitors in the winter months as there is a lack of housing for overnight accommodations during the winter. This is all true, however, opposing counsel has expressed an interest in making other arrangements for the depositions (possibility scheduling the depositions in Fairbanks, but has not come forward with a proposal.

The delays in this case are largely beyond the control of both counsel, given that the undersigned experienced the death of two of his brothers within five months in the latter part of last year, and Defendant's lead counsel on this matter, Mr. Matthew Singer, has left the employ of the opposing law firm, and Mr. Trickey has been traveling extensively. On February 28th, the undersigned counsel proposed in a letter to opposing counsel suggesting a stipulation to re-set deadlines. The undersigned has received no response.

Given these problems, the current pre-trial deadlines will not allow adequate time for the parties to properly prepare this case, and the parties should meet to set

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                             *Page 2 of 3*
Memo: Reset Planning Order

new deadlines and submit a scheduling order to the Court that will allow discovery to proceed.

Dated this 3rd of March, 2006

MICHAEL J. WALLERI

s/ Michael J. Walleri
AK. Bar No. 7906060
Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on the 3rd day of March, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725