Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANTS SUMMARY JUDGMENT MOTION ON COUNT I**<br><br>Case No. Fo4-0034 CIV (RRB) |

The City and the individual Defendant oppose the request for a FRCP 55(f) continuance to allow discovery. The City is correct in noting that the only real issue before the Court is whether the City employed more than five law enforcement officers at any relevant time. The matter is rather simple; however, discovery has been frustrated by action largely outside of the parties' control. As noted in the supporting documentation to the 56(f) motion, and the motion to reset scheduling

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                   Page 1 of 3
Reply: 56(f) Request

order, the principle problem is that the parties have not been able to schedule depositions. Ms. Carrol is in Florida, and defense counsel has not come forward with her exact location or her availability for a deposition. Additionally, there are a number of persons who were employed by the City of Fort Yukon and continue to live in Fort Yukon. Defense counsel objected to conducting those depositions in Fort Yukon because of the lack of housing in the community during the winter, and requested an alternative deposition plan. However, opposing counsel has not responded to inquiry as to availability and alternate location.

It would be less than generous and inappropriate to suggest that opposing counsel has frustrated discovery. Nonetheless, Plaintiffs have a right to discovery that has been frustrated because of a series of unfortunate events that are largely beyond either counsel's control. Under such circumstances, Defendants opposition to a 56(f) motion is ungracious as well as without legal foundation. The Court should grant the 56(f) request.

Of course, opposing counsel rightly critiques the 56(f) request by noting that no time limit was suggested. The lack of a time limit in the original request was to accommodate opposing counsel's schedule and need for flexibility given the loss of

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                     Page 2 of 3
Reply: 56(f) Request

Mr. Singer. However, the undersigned would suggest that the Court may allow 90 days from the issuance of the minute order to allow discovery on these issues to be completed and to respond to the motion. Under such circumstances, normal courtesies relating to discovery scheduling would have to be suspended, but would be acceptable to Plaintiffs.

Dated this 6th of March, 2006

MICHAEL J. WALLERI

s/ Michael J. Walleri
AK. Bar No. 7906060
Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on the 6th day of March, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725