UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


FLEMING, et al.   v.   CARROLL and CITY OF FT. YUKON

DATE:   March 7, 2006   CASE NO.   4:04-CV-0034-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION FOR EXTENSION OF TIME (DOCKET 24)**

---

Plaintiffs seek additional time to respond to Defendants' Motion for Summary Judgment on Count I.  Defendants oppose.  It appears that the issue involved in the aforesaid summary judgment motion is quite limited and should not require extensive discovery.  Nevertheless, some additional time appears justified.  Plaintiffs shall therefore have until the close of business on **Friday, May 19, 2006**, to conduct discovery and respond to Plaintiff's Motion for Summary Judgment on Count I at Docket 22.  The Scheduling and Planning Order shall be modified consistent herewith.

M.O. RE EXTENSION OF TIME