Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case 4:04-cv-00034-RRB |

**PARTIAL OPPOSITION TO MOTION TO RESET DEADLINES**

Since this case was filed, plaintiffs have done virtually nothing to prosecute this case. Plaintiffs have sought numerous extensions, and requested a lengthy "stay" of the case. Plaintiffs claim that defendants have slowed or prevented depositions, but this refers to one email exchange over four months ago. Since then, plaintiffs have not contacted defendants, identified witnesses they seek to depose, or done anything to move this case along. It is not the defendants' job to "make a proposal" about how plaintiffs should conduct depositions.

There is no need to completely reset the pretrial order. For example, the time to amend pleadings has long since passed. Defendants do agree that an extension of discovery deadlines, motions deadlines, and witness lists would be sensible. Defendants suggest that the court hold a status conference to reset these discovery-related deadlines. The court should keep the other deadlines as they are presently set.

Finally, defendants oppose any further extension of time for plaintiffs to respond to the pending Motion for Summary Judgment on Count I. That motion raises a narrow legal issue and its timely resolution may allow both parties to avoid expensive and unnecessary discovery. Plaintiff will have ample time to address the motion as the court recently granted a reasonable Rule 56(f) extension. Any further extension would be unwarranted and prejudicial to defendants.

DATED at Anchorage, Alaska this 21st day of March, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.


By:   s/ Howard S. Trickey
      Howard S. Trickey
      3000 A Street, Suite 300
      Anchorage, AK  99503
      Phone:  (907) 563-8844
      Fax:  (907) 563-7322
      Alaska Bar No. 7610138

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Howard S. Trickey