Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>    Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>    Defendants. | **REPLY MEMORANDUM ON SUPPORT OF MOTION TO RESET SCHEDULING AND PLANNING ORDER**<br><br>Case No. Fo4-0034 CIV (RRB) |

This is an action for wrongful/constructive termination and wage and hour claims brought by five former policemen of the City of Fort Yukon against that City. The policemen have moved to reset the trial schedule in this matter, which the City has opposed. The City argues that the plaintiff's have not pursued prosecution of the case, and that the rescheduling sought by the policeman is dilatory. It is true

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                            Page 1 of 5
Reply: Reset Planning Order

that there have been a number of stays in this matter, however, it should be noted that these stays have been mutually agreed upon by the parties.

However, most recently, delays in the case have arisen from the City's unwillingness to cooperate with discovery. Specifically, these delays may be classified in two major areas: failure to properly respond to discovery requests, and delays in depositions caused or requested by the City.

As for written discovery, Plaintiffs have initiated two rounds of discovery to which the Defendants have not properly responded. This same day, Plaintiffs have filed a motion to compel discovery with regard to interrogatories and production of documents. As can be seen from that filing, the City has been stonewalling on critical information going to the application of the City's claimed overtime exemption.

Secondly, the City continues to stonewall with regard to depositions. Essentially, two sets of depositions are needed: i.e. in Flordia and in Fort Yukon. The Florida deposition is of Fannie Carrol, a named Defendant and the former City Manager. After repeated inquiries as to her location in Florida, the City, only within

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*　　　　　　　　　　　　　　　　　　　　　　　　*Page 2 of 5*
Reply: Reset Planning Order

the last week, has advised that "they think" she is in Pensacola Florida. Prior to that time, Ms. Carrol's attorney would only state that Ms. Carrol was somewhere in Florida. We are awaiting confirmation of her presence in Pensacola to set the deposition in that City.

On the other hand, there are several depositions needed in Fort Yukon. Plaintiffs originally sought to schedule the depositions last October. As indicated in the previous filings, opposing counsel objected because the depositions will require overnight stays and there are no winter overnight accommodations in Fort Yukon. This was not a problem for the undersigned, who has accommodations in Fort Yukon. The objection from opposing counsel, however, seemed reasonable. Supriseingly, after requesting the delay, opposing counsel proceeded to oppose a FRCP 56 (f) motion to accommodate the later depositions. The court gave plaintiffs until May 19th to conduct the depositions. At this time, the undersigned is setting on depositions in Fort Yukon, and opposing counsel can sleep in the snow. However, these late depositions will require changes in the scheduling order.

The City has also sought to extend some deadlines, specifically asking to extend deadlines under the pre-trial order to move for separate trials.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

The delays in this case are largely beyond the control of either counsel, but opposing counsel wishes to rush to judgment with dispositive motions taking advantage of the City's failure to cooperate with discovery and logistical problems associated with the conduct of depositions. The opposition to the rescheduling order is disingenuous at best, and in bad faith at worst.

Dated this 27th of March, 2006

        MICHAEL J. WALLERI

        s/ Michael J. Walleri
        AK. Bar No. 7906060
        Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on the 27th day of March, 2006 via ECF to:

Mr. Howard S. Trickey
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*        *Page 4 of 5*
Reply: Reset Planning Order

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725