Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **ORDER GRANTING MOTION TO COMPEL DISCOVERY**<br><br><br>Case No. Fo4-0034 CIV (RRB) |

Upon motion of the plaintiff to compel discovery responses from the

Defendant, and the Court being apprised of the premises therein,

**IT IS HEREBY ORDERED,** that the Plaintiff's motion is hereby **GRANTED.**

Plaintiff shall provide the following discovery to the Plaintiff on or before

_____:

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Order: Compel Discvery

Page 1 of 3

1) Response to Interrogatory No. 2, stating the costs of providing housing for the police during the time of their employment, including utility costs.

2) Response to Interrogatory No. 3, stating the identity of all VPSO's and VPO's in the community of Fort Yukon during the plaintiff's employment.

3) Response to Interrogatory No. 7, stating Plaintiff's duty nights of uninterrupted sleep.

4) Response to Interrogatory No. 8, stating the identity of all funding sources used by the City of Fort Yukon to fund their police department during plaintiff's employment.

5) Response to Interrogatory No. 9, stating the identity of all persons employed by the City in "law enforcement activities" during plaintiff's employment periods.

6) Response to Request for Production No. 1, First Round of Plaintiff's Discovery Requests, including copies of all interagency agreements relating to the provision of law enforcement, including any and all COPS grant documentation and any agreement with the Alaska Department of Public Safety and/or Tanana Chiefs Conference.

7) Response to Request for Production No. 3, Second Round Plaintiff's Discovery Requests, including payroll Records for J.R. Wallace, Mike

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*   *Page 2 of 3*
Order: Compel Discvery

Hardy, Debra Hardy, Gerald Alexander, Phillip Solomon, and Eric Trembley; Halona Cadzow, Bobbie Gail James, Charolette Fleener, Tara Fields, Audry Fields, Summer Alexander, as well as other persons named in response to Interrogatory No. 9

 

_____
Honorable Ralph R. Beistline
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on March 27, 2006 via ECF to:

Mr. Howard S. Trickey
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725