Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

### [~~PROPOSED~~] ORDER GRANTING MOTION FOR ADDITIONAL TIME TO FILE MOTION ON SEPARATE TRIALS

Defendants' Motion for Additional Time to File Motion on Separate Trials is GRANTED. Within 30 days of the Court's decision on the two pending summary judgment motions [Docket 20, 22], Defendants shall file their motion for separate trials. If the Court issues separate orders on the two pending summary judgment motions, the 30 days will run from the later order.

DATED at Fairbanks, Alaska this ___7___ day of ___April___, 2006.

                                              /s/ Ralph R. Beistline
                                             Hon. Ralph R. Beistline
                                             United States District Court Judge