Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **UNOPPOSED MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO OPPOSE SUMMARY JUDGMENT ON COUNT 1**<br><br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW, Plaintiffs, by and through their attorney, Michael J. Walleri, and moves the Court for an Unopposed Motion for Extension of Time to Oppose Summary Judgment on Count 1 until July 24, 2006.  Mr. Singer, defendants' counsel, has stipulated to this extension to accommodate his schedule. (See attached letter).

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                    *Page 1 of 3*
Motion to Reset Planning Order

As was noted in plaintiff's original 56(f) motion, the City's counsel has frustrated the deposition schedule in this matter, only to file a motion for summary judgment, and later oppose the 56(f) request with the groundless accusation that Plaintiff's have failed to prosecute the case diligently.  As previously stated, and now evident in the attached letter, the truth is that Defendant's are frustrating the deposition schedule.   Having first delayed depositions, later pressed for unreasonable timelines to conduct the needed discovery, and subsequently  learning that they could not meet that deadline, Defendant's are now agreeing to the extension that the undersigned originally requested in the 56(f) motion.  Obviously, such machinations constitute a failure to cooperate in establishing a discovery schedule and result in a waste of judicial resources.

Nonetheless, the parties are in agreement that the Court should extend the deadline for Plaintiff's opposition to Defendant's motion for summary judgment until July 24 2006.

Dated this 7th day of April, 2006, at Fairbanks, Alaska.

          s/ Michael J. Walleri
          Michael J. Walleri
          AK. Bar No. 7906060
          Attorney for Plaintiffs

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*            *Page 2 of 3*
Motion to Reset Planning Order

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on April 7, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725