| JDO | | |
|---|---|---|
| **Jermain Dunnagan & Owens, P.C.** | WILLIAM K. JERMAIN<br>CHARLES A. DUNNAGAN<br>BRADLEY D. OWENS<br>RANDALL G. SIMPSON<br>HOWARD S. TRICKEY<br>GARY C. SLEEPER<br>SAUL R. FRIEDMAN | DIANE F. VALLENTINE<br>W. MICHAEL STEPHENSON<br>ANDRENA L. STONE<br>EUGENIA G. SLEEPER<br>MARK P. MELCHERT<br>———<br>ERIC J. BROWN | SARAH J. JOSEPHSON<br>RAYMOND E. GOAD, JR.<br>MICHELLE L. BOUTIN<br>CHERYL MANDALA<br>CAROLINE P. WANAMAKE<br>THOMAS A. BALLANTINE |
LAW OFFICES

SERVING ALASKANS SINCE 1976

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

April 6, 2006

**VIA FAX AND U.S. MAIL**
Fax No.: (907) 452-4725

Michael J. Walleri, Esq.
330 Wendell Street, Suite E
Fairbanks, AK 99709

  Re: *Fleming, et al. v. City of Fort Yukon*

Dear Mike:

  I have not heard from Fannie Carroll. I will contact you about her availability as soon as she returns my calls.

  As for the Fort Yukon depositions, I propose a 2-3 block on May 1-3 or May 8-10. Please let me know immediately if one of those periods is acceptable to you.

  Also, please provide a list of which witnesses you actually intend to depose. Keep in mind the limits of the pretrial order and Civil Rule 30. I will promptly inform you of which witnesses are our clients and for whom we will accept deposition notices. I can also assist with any information we have about people's current whereabouts.

  Because I cannot accommodate your original suggestion to do the Fort Yukon depositions the week of April 17, I will stipulate to your requested extension from May 19th to July 24th to oppose the summary judgment motion on Count I. Please prepare and e-mail the stipulation to my secretary at jhuston@jdolaw.com.

  As always, give me a call if you would like to discuss this further.

        Very truly yours,

        JERMAIN DUNNAGAN & OWENS, P.C.

        /s/ Matthew Singer

        Matthew Singer

MS/jmh