Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>               Plaintiffs,<br><br>    vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**AFFIDAVIT OF SHERRY SIMS**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

Sherry Sims, being first duly sworn upon her oath, deposes and states as follows:

1.      I am a legal assistant with the law firm of Jermain Dunnagan & Owens, P.C. Jermain Dunnagan & Owens represents the Defendants in the above-referenced case.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

2.      I was assigned the task of assembling, bate stamping, and copying the documents produced through discovery in this case.  To date, Defendants have produced 1,481 pages of documents.

3.      The documents produced to date include:

- City of Fort Yukon Employee Personnel Manual Handbook 2001 (FY 1 - FY31)
- Code of Ordinances (FY 32 - FY 202)
- Misc. handwritten notes (FY 203 - FY 227)
- Misc. documents (FY 228 - FY 268)
- File entitled "Document of Meetings: Wed 2/04/04 and Thur 2/05/04" (FY269 - FY 340)
- File entitled "Trooper Info request/inv" (FY 341 - FY 349)
- File entitled "City of FYUPD Investigation Stolen Files 02/04" (FY 350 – FY 367)
- File entitled "Fort Yukon Police Citizens Complaints (FY 368 - FY 429)
- File entitled "Private" (FY 430 - FY 441)
- Personnel/Payroll files for Reginald Fleming (FY 442 - FY 736)
- Personnel/Payroll files for Chris Hampton (FY 737 - FY 847)
- Personnel/Payroll files for Todd Schlumbohm (FY 858 - FY 1004)
- File entitled "Termination of Schlumbohm 02/04" (FY 1005 - FY 1083)
- Personnel/Payroll files for William McKillican (FY 1084 - FY 1180)
- Personnel/Payroll files for Christopher DeLeon (FY 1314 - FY 1404)
- City insurance policy (FY 1405 - FY 1442)
- February 14, 2003 memo from Sgt. McKillican to the City Council re: Cadzow grievance (FY 1443)
- Newspaper articles (FY 1444 - FY 1456)
- Gregory Russell's February 18, 2003 Report re: sexual harassment complaint (FY 1457 - FY 1477)
- Job Descriptions ( FY 1478 - FY 1481)

FURTHER AFFIANT SAYETH NAUGHT.


_____
Sherry Sims

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

SUBSCRIBED AND SWORN TO before me this _12th_ day of April, 2006



_Jeanine M. Huston_
Notary Public in and for Alaska
My Commission Expires:   _1-31-2008_

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322