Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>        Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**<u>DECLARATION OF MATTHEW SINGER</u>**

1.    Along with Howard Trickey, I represent Defendants in this action.

2.    I have reviewed the correspondence file in this matter, including letters and e-mails exchanged with Mike Walleri, counsel for Plaintiffs. I have also conferred with Mr. Trickey and reviewed his notes regarding his conversations with Mr. Walleri about this case.

3.    At no time has Plaintiffs' counsel ever mentioned to us a single concern with any of Defendants' responses to discovery requests or interrogatories.

4. Plaintiffs' counsel did not meet and confer with us in good faith, or at all, before filing Plaintiffs' motion to compel.

5. I would have appreciated it if Plaintiffs' counsel had extended the simple courtesy of a letter or telephone call to identify any concerns so that they could be resolved amicably without court intervention.

DATED this 13th day of April, 2006.

_____
Matthew Singer

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322