Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

# [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Upon due consideration of Plaintiffs' Motion to Compel, and Defendants' opposition filed thereto, it is hereby ordered that Plaintiffs' motion to compel is DENIED. Plaintiffs failed to meet and confer as required by Civil Rule 37 and Local Rule 37.1. Consequently, Plaintiffs are hereby ordered to pay Defendants' actual attorney's fees incurred in responding to the improper motion to compel, in the amount of $_____.

DATED at Fairbanks, Alaska this _____ day of _____, 2006.

_____
Hon. Ralph R. Beistline
United Stated District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Howard S. Trickey