**JDO**

**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT

ERIC J. BROWN
SARAH J. JOSEPHSON
MATTHEW SINGER
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

SERVING ALASKANS SINCE 1976

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

November 10, 2005

<u>VIA FAX AND U.S. MAIL</u>
Fax No.: (907) 452-4725

Michael J. Walleri, Esq.
330 Wendell Street, Suite E
Fairbanks, AK 99709

Re: *Fleming, et al. v. City of Fort Yukon*

Dear Mike:

In several recent letters you have indicated that you believed there were additional non-privileged documents which we needed to disclose to you. Having reviewed our files and our prior correspondence, however, I have determined that no such documents exist.

The only document in our initial disclosures which was initially marked as privileged but which was in fact not privileged was FY 343, a letter from Fannie Carroll to Mike Bice. I sent you a copy of this document, along with a revised copy of our privilege log on June 20, 2005.

As I stated in my letter of June 20, the other documents about which you had raised privilege questions – letters between Carroll and AML attorneys, and Kenneth Ringstad's work product edits to drafts of letters to Thomas Wickwire – are indeed privileged and will not be disclosed.

I hope this clarifies any confusion about this issue. If you have any questions, feel free to contact me.

Very truly yours,

JERMAIN DUNNAGAN & OWENS, P.C.

*Matthew Singer /jmh*

Matthew Singer

MS/jmh