IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | Case No. 4:04-cv-0034-RRB<br><br>**ORDER DENYING**<br>**MOTION TO COMPEL DISCOVERY** |

      Plaintiffs filed a Motion to Compel Discovery (Docket 39). Defendants oppose because Plaintiffs' counsel failed to confer with Defendants' counsel prior to filing the motion (Docket 42).

      Federal Rule of Civil Procedure 37(a)(2)(A) states that a motion to compel discovery "must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the

disclosure without court action."  Here, Plaintiffs have not complied with that requirement.  There was no certification attached to the motion.  In his reply memorandum, Plaintiffs' counsel argues that he "didn't attach a certificate to the motion because it did not seem to be a creditable issue."  However, the rule requires that a certificate must be attached, regardless of whether counsel thinks it is necessary.  Further, the letter between counsel attached to the reply memorandum does not cure the defect.

Therefore, Plaintiffs' motion is **DENIED**.  However, the Court notes that this should create little prejudice to Plaintiffs as Defendants have now agreed to supplement their discovery.  Further, the Court reminds parties that discovery should be completed by the close of business on May 19, 2006 (Docket 34).

ENTERED this 3rd day of May, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE