Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F04-0034 CIV (RRB) |

**STIPULATION TO EXTEND CERTAIN PRETRIAL DEADLINES**

Due to scheduling conflicts between counsel, and the press of other matters, the parties have been unable to complete discovery. Plaintiffs, by and through their attorney, Michael J. Walleri, and Defendants, by and through their attorneys, Jermain, Dunnagan & Owens, P.C., hereby stipulate and agree to extend the following pretrial deadlines:

1.　　Close of Discovery.  Discovery will close August 23, 2006.

2.　　Discovery Motions.  Discovery motions will be filed by September 13, 2006.

3.  <u>Dispositive and In Limine Motions</u>.  Dispositive and in limine motions will be filed by September 13, 2006.

WHEREFORE, Plaintiffs and Defendants request that the Court modify the Scheduling and Planning Order as set forth above.

                                        MICHAEL J. WALLERI, ESQ.
                                        Attorney for Plaintiffs

| May 5, 2006 | s/ Michael J. Walleri (consented) |
|---|---|
| Date | Michael J. Walleri |
| | 330 Wendell Street, Suite E |
| | Fairbanks, AK  99701 |
| | Phone:  (907) 452-4716 |
| | Fax:  (907) 452-4725 |
| | Alaska Bar No. 7906060 |

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

| May 8, 2006 | By:  s/ Matthew Singer |
|---|---|
| | Matthew Singer |
| | 3000 A Street, Suite 300 |
| | Anchorage, AK  99503 |
| | Phone:  (907) 563-8844 |
| | Fax:  (907) 563-7322 |
| | Alaska Bar No. 9911072 |