IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

                                                                    )   Case No. F04-0034 CIV (RRB)

## [PROPOSED] ORDER TO EXTEND CERTAIN PRETRIAL DEADLINES

The Court, having reviewed the parties' Stipulation to Extend Pretrial Deadlines,

HEREBY ORDERS that the following pretrial deadlines are extended as stipulated to by

the parties:

1.    Close of Discovery.  Discovery will close August 23, 2006.

2.    Discovery Motions.  Discovery motions will be filed by September 13, 2006.

3.    Dispositive and In Limine Motions.  Dispositive and in limine motions will be filed by September 13, 2006.

IT IS SO ORDERED this _____ day of _____, 2006.


                                          _____
                                          Ralph R. Beistline
                                          United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2006,
a true and correct copy of the foregoing
proposed Order was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709


By:    s/ Matthew Singer