IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, | ) ) ) |
| Defendants. | ) ) |
| | ) Case No. F04-0034 CIV (RRB) |

## [PROPOSED] ORDER TO EXTEND CERTAIN PRETRIAL DEADLINES

The Court, having reviewed the parties' Stipulation to Extend Pretrial Deadlines, HEREBY ORDERS that the following pretrial deadlines are extended as stipulated to by the parties:

1.    Close of Discovery. Discovery will close August 23, 2006.

2.    Discovery Motions. Discovery motions will be filed by September 13, 2006.

3.    Dispositive and In Limine Motions. Dispositive and in limine motions will be filed by September 13, 2006.

IT IS SO ORDERED this ___9___ day of ___May_____, 2006.

Ralph R. Beistline
United States District Judge