Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MOTION TO COMPEL DISCOVERY: FANNIE CARROLL DEPOSITION**<br><br>Case No. F04-0034 CIV (RRB) |

    Plaintiffs (i.e. Fleming et. al., hereinafter referred to as "Policemen") move for an order to compel discovery against the Defendant Fannie Carroll: i.e. to answer questions related to legal proceedings between Ms. Fannie Carroll and Dick Miller, a city council member that occurred in July and August of 2003, and the underlying facts related thereto, with all costs of conducting and continuing the deposition to be born by Ms. Fannie Carroll.    The reasons for this motion are set out in the accompanying memorandum.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                 Page 1 of 2
Motion to Compel Discovery (F. Carroll Depo.)

Dated this 11th of July, 2006.

        s/ Michael J. Walleri
        Michael J. Walleri
        AK. Bar No. 7906060
        Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on July 11, 2006 via ECF to:
Mr. Howard S. Trickey
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725