Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **ORDER GRANTING MOTION TO COMPEL DISCOVERY: FANNIE CARROLL DEPOSITION**<br><br><br>Case No. F04-0034 CIV (RRB) |

Upon motion of the Plaintiffs for an order to compel discovery requiring the Defendant Fannie Carroll to answer questions related to legal proceedings between Ms. Fannie Carroll and Dick Miller, a city council member that occurred in July and August of 2003, and the underlying facts related thereto

IT IS HEREBY ORDERED, that the Plaintiff's motion is hereby GRANTED.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

The Defendant Fannie Carroll shall appear, at the Defendants sole cost, at a time and location noticed by the Plaintiff, to answer questions related to legal proceedings between Ms. Fannie Carroll and Dick Miller, a city council member that occurred in July and August of 2003, and the underlying facts related thereto.

                                                                _____
                                                                 Honorable Ralph R. Beistline
                                                                 United States District Court Judge

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and Correct copy of the foregoing was sent to the following counsel of record on July 11, 2006 via U.S. Mail  to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

<u>s/ Michael J. Walleri</u>

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725