Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **SECOND MOTION TO COMPEL DISCOVERY AND FIRST MOTION FOR SANCTIONS.**<br><br><br>Case No. F04-0034 CIV (RRB) |

The undersigned attorney has in good faith conferred, as more specifically detailed in the accompanying memorandum, with opposing counsel in an effort obtain compliance with prior discovery requests without court involvement. Plaintiffs (i.e. Fleming et. al., hereinafter referred to as "Policemen") move for an order to compel discovery by the to produce payroll records and job descriptions for J.R. Wallace, Mike Hardy, Debra Hardy, Gerald Alexander, Phillip Solomon, Eric Trembley; Halona Cadzow, Bobbie Gail James, Charolette Fleener, Tara Fields,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                          Page 1 of 2
Motion to Compel Discovery

Audry Fields, Summer Alexander. Additionally, the policemen seek sanctions and attorney fees. The motion is made for the reasons set forth in the accompanying memorandum.

Dated this 11th of July, 2006.

                                        s/ Michael J. Walleri
                                        Michael J. Walleri
                                        AK. Bar No. 7906060
                                        Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on July 11, 2006 via ECF to:

Mr. Howard S. Trickey
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725