Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **ORDER GRANTING MOTION TO COMPEL DISCOVERY**<br><br><br>Case No. F04-0034 CIV (RRB) |

Upon motion of the plaintiff to compel discovery responses from the

Defendant, and the Court being apprised of the premises therein,

**IT IS HEREBY ORDERED,** that the Plaintiff's motion is hereby **GRANTED.**

Plaintiff shall provide the following discovery to the Plaintiff on or before

_____:

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Order: Compel Discvery

Page 1 of 2

1) Response to Request for Production No. 2, Second Round Plaintiff's Discovery Requests, including position descriptions for J.R. Wallace, Mike Hardy, Debra Hardy, Gerald Alexander, Phillip Solomon, and Eric Trembley; Halona Cadzow, Bobbie Gail James, Charolette Fleener, Tara Fields, Audry Fields, and Summer Alexander

2) Response to Request for Production No. 3, Second Round Plaintiff's Discovery Requests, including payroll Records for J.R. Wallace, Mike Hardy, Debra Hardy, Gerald Alexander, Phillip Solomon, and Eric Trembley; Halona Cadzow, Bobbie Gail James, Charolette Fleener, Tara Fields, Audry Fields, and Summer Alexander.

The Plaintiff shall be awarded $ _____ as a sanction and $_____ in attorney fees.

_____
Honorable Ralph R. Beistline
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on July 11, 2006 via ECF to:

Mr. Howard S. Trickey
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*     *Page 2 of 2*
Order: Compel Discvery