Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>　　　　　　　　　　Defendants. | **MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON COUNT I**<br>[FRCP 56 (f)]<br><br>Case No. F04-0034 CIV (RRB) |

　　　Reginald Fleming, et. al.,  Plaintiffs  seek a second extension of deadline to respond to Defendant's Motion for Summary Judgment  pursuant to FRCP 56 (f). The reason this motion is sought is because the defendants have refused to cooperate with discovery respecting personnel records of individuals that the City claims should not be counted as law enforcement personnel for wage and hour reasons.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*　　　　　　　　　　　　　　　　　　　　　　　　　*Page 1 of 3*
Memo: 56(f) motion

The present action was brought by five (5) former officers of the City of Fort Yukon Police Department . Count I of the complaint deals with Wage and Hour claims by five (5) officers. The City's motion for summary judgment asserts a small police force exemption to the FSLA [29 USC §213(b)(20)] The statute in question provides that

> The provisions of section 207 of this title shall not apply with respect to—
> (20) any employee of a public agency who in any workweek is employed in fire protection activities or any employee of a public agency who in any workweek is employed in law enforcement activities (including security personnel in correctional institutions), if the public agency employs during the workweek less than 5 employees in fire protection or law enforcement activities, as the case may be;

According to the City's motion, in addition to the five (5) officers named in the complaint, there were at least twelve (12) other employees of the City Police Department over the periods of time in question. The City admits that six (6) of these individuals were engaged in law enforcement activities. It denies that the other six (6) persons employed by the City of Fort Yukon were officers. In it's motion, the City asserts a number of facts about the employment status of these individuals, but have refused to provide requested employment records that would support the City's assertions, including job descriptions, and payroll records (See Def. Response to Plt.s First Discovery requests). It is therefore impossible to test the

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*            *Page 2 of 3*
Memo: 56(f) motion

veracity of the assertions by the City set out in affidavits, which were obviously prepared by the city's attorneys.

Given the continuing refusal of the City to provide the requested discovery, Plaintiffs have moved for an order to compel the production of the requested material. Unfortunately, the opposition is due July 24th ,and without the material, the Plaintiff's are substantially prejudiced in their effort to respond to the motion. The Court should therefore grant an extension pursuant to FRCP 56(f) to allow the court to consider the motions to compel discovery and, hopefully, order the City to produce the requested material.

Dated this 11th of July, 2006.

s/ Michael J. Walleri
Michael J. Walleri
AK. Bar No. 7906060
Attorney for Plaintiffs

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on July 11, 2006 via ECF to:
Mr. Howard S. Trickey
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*  *Page 3 of 3*
Memo: 56(f) motion