Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER )
DELEON, CHRIS HAMPTON, WILLIAM )
D. MCKILLICAN, and TODD )
SCHLUMBOHM, )
                                                    )
                      Plaintiffs, )
                                                    )
vs. )
                                                    )
FANNIE CARROLL, and the CITY OF )
FORT YUKON, ALASKA, )
                                                    )
                    Defendants. )
_____) Case 4:04-cv-00034-RRB

**DEFENDANT'S RESPONSES TO**
**PLAINTIFFS' SECOND DISCOVERY REQUESTS**

Defendant, City of Fort Yukon, by and through its attorneys, responds to Plaintiffs' Second Discovery Requests as follows:

**INTERROGATORIES**

**Interrogatory Number 9:** Please identify all persons employed in law enforcement activities by the City of Fort Yukon during plaintiffs' employment with the City of Fort Yukon. As used in this interrogatory, the term "persons employed" shall mean each and every person paid compensation as a full-time, part-time casual labor, or contract

EXHIBIT B
PAGE 1 OF 4

employee, engaged in law enforcement activities, including all jailers, dispatchers. For the purposes of this interrogatory, the term law enforcement activities is defined as the term is defined in 29 CFR 553.221.

**Answer:** Objection, vague, ambiguous and overburdensome. Request contains legally incorrect, internally inconsistent and nonsensical definitions. Notwithstanding this objection, the City has previously identified all persons employed by the police department during the relevant period in its Motion for Summary Judgment on Count I and the affidavits filed therewith.

**Interrogatory Number 10:** For each person identified in response to Interrogatory No. 9 and for each work week employed, please describe in detail the work or services performed and the time periods of such employment.

**Answer:** Objection, vague, ambiguous, overbroad, overburdensome, irrelevant, and not reasonably tailored to lead to the discovery of admissible evidence

### REQUESTS FOR PRODUCTION

1) Please produce all agreements relating to the provision of law enforcement or public safety services between the City of Fort Yukon with any state agencies, federal agencies, and Tanana Chiefs Conference during the period of plaintiff's employment by the City of Fort Yukon.

**Response:** Any documents responsive to this request, not privileged and not already produced, shall be forwarded by the City to its attorneys and shall be available for

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

inspection and review at defendants' attorneys' offices at the parties' mutual convenience.

2) Please produce all job descriptions for persons identified in response to Interrogatory No. 9.

**Response:** Any documents responsive to this request, not privileged and not already produced, shall be forwarded by the City to its attorneys and shall be available for inspection and review at defendants' attorneys' offices at the parties' mutual convenience.

3) Please produce all payroll records for persons identified in response to Interrogatory No. 9.

**Response:** Objection, overburdensome, irrelevant, and not reasonably tailored to lead to the discovery of admissible evidence.

DATED at Anchorage, Alaska this 9th day of March, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _____
Howard S. Trickey
Alaska Bar No. 7610138

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT'S RESPONSES TO PLAINTIFFS' SECOND DISCOVERY REQUESTS          PAGE 3
FLEMING, ET AL. V. CARROLL, ET AL.
CASE 4:04-cv-00034-RRB

**CERTIFICATE OF SERVICE**

I hereby certify that on March ___, 2006, a true and correct copy of the foregoing was mailed, postage prepaid, to:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

_____
Jeanine M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A Street, Suite 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANT'S RESPONSES TO PLAINTIFFS' SECOND DISCOVERY REQUESTS
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE 4:04-cv-00034-RRB
PAGE 4 of 4