Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA\

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **AFFIDAVIT OF COUNSEL**<br><br><br><br>Case No. F04-0034 CIV (RRB) |

STATE OF ALASKA)
                          ) ss
FAIRBANKS        )

I, Michael J. Walleri, after being deposed state as follows:

1) I am the attorney of record for plaintiffs in the above captioned matter.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                   *Page 1 of 3*
Aff't of Counsel

2)  On February 6, 2006 plaintiff served a set of discovery upon the Defendant City of Fort Yukon containing Interrogatory No. 9 and Request for Production 2 and 3.

3)  Interrogatory No. 9 requested the identity of all persons employed by the City in "law enforcement activities" during plaintiffs' employment periods. Request for Production No. 2 sought all job descriptions for persons identified in response to Interrogatory No. 9.  Request for Production No. 3 sought all payroll records for persons identified in respond to interrogatory No. 9.

4)   The City has not provided documents requested in Request for Production No 2, related to job descriptions of employees of the City of Fort Yukon Police Department.

5)  The City has not provided documents requested in Request for Production No 3, related to payroll records of employees of the City of Fort Yukon Police Department.

6)  The Plaintiffs are unable to respond to the factual assertions contained in the City's motion for summary judgment on Count I without the production of documents requested.

Dated this 11th of July, 2006.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

s/ Michael J. Walleri
Michael J. Walleri
AK. Bar No. 7906060
Attorney for Plaintiffs

Sworn and subscribed to this 11th  day of July  2006.

s/ Christine L. Woodward
Notary Public for the State of Alaska.
My commission expires on March 09, 2010.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                    *Page 3 of 3*
Aff't of Counsel