EV6859278105

Howard S. Trickey, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>                Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F04-0034 CIV (RRB) |

**THIRD SUPPLEMENT TO
DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES**

Defendants, Fannie Carroll and the City of Fort Yukon, Alaska, by and through their attorneys, supplement their initial disclosures as follows:

**D. Discoverable Documents**

Payroll records for the following employees:

- Melanie Herbert (FY 2110 – FY 2112)

- Gerald K. Alexander (FY 2113 – FY 2275)

- Judy E. Alexander (FY 2276 – FY 2285)

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Exhibit A
pg. 1 of 3

- Summer Alexander (FY 2286 – FY 2298)
- Bertha R. Carroll (FY 2299 – FY 2312)
- Halona T. Cadzow (FY 2313 – FY 2375)
- Audrey Fields (FY 2376 – FY 2482)
- Tara Fields (FY 2483 – FY 2548)
- Charlotte Fleener (FY 2549 – FY 2710)
- Dale Hardy (FY 2711 – FY 2714)
- Michael D. Hardy (FY 2715 – FY 2731)
- Deborah A. Hardy (FY 2732 – FY 2861)
- Shannon Hardy (FY 2862 – FY 2886)
- Bobbie James (FY 2887 – FY2908)
- Doreen Jonas (FY 2909 – FY 2924)
- Roxanne S. Knudson (FY 2925 – FY 2982)
- Sunny A. Mahler (FY 2983 – FY 3000)
- Alfred Peter (FY 3001 – FY 3002)
- Amanda Shlosman (FY 3003 – FY 3031)
- Cynthia Taylor (FY 3032 – FY 3042)
- Harold W. Yeager (FY 3043 – FY 3051)
- Joseph R. Wallace (FY 3052 – FY 3105)
- Christopher J. DeLeon (FY 3106 – FY 3158)

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

THIRD SUPPLEMENT TO DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

Exhibit A
pg. 2 of 3

PAGE 2

Payroll records and miscellaneous documents for the following employees:

- Reginald L. Fleming (FY 3159 – FY 3340)
- Chris Hampton (FY 3341 – FY 3361)
- William McKillican (FY 3362 – FY 3445)
- Todd Schlumbohm (FY 3446 – FY 3508)

DATED at Anchorage, Alaska this 14 day of July, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _____
Howard S. Trickey
Alaska Bar No. 7610138
Matthew Singer
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

This is to certify that on this 14th day of July, ~~May~~, 2006, a true and correct copy of the foregoing was Express Mailed, postage prepaid, to:

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99709

_____
Jeanine M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

THIRD SUPPLEMENT TO DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

PAGE 3

Exhibit A
pg. 3 of 3