Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' SECOND DISCOVERY REQUESTS**

Defendant, City of Fort Yukon, by and through its attorneys, supplements its responses to Plaintiffs' Second Discovery Requests as follows:

**REQUESTS FOR PRODUCTION**

1)   Please produce all agreements relating to the provision of law enforcement or public safety services between the City of Fort Yukon with any state agencies, federal

Exhibit C
pg. 1 of 2

agencies, and Tanana Chiefs Conference during the period of plaintiff's employment by the City of Fort Yukon.

**Response:** Approximately 575 pages of documents relating to the federal COPS grant are available for inspection and review at the law offices of Jermain Dunnagan & Owens, P.C. during normal working hours and upon reasonable notice.

DATED at Anchorage, Alaska this 19th day of April, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _____
Howard S. Trickey
Alaska Bar No. 7610138
Matthew Singer
Alaska Bar No. 9911072

CERTIFICATE OF SERVICE

This is to certify that on this 19th day of April, 2006, a true and correct copy of the foregoing was mailed, postage prepaid, to:

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99709

_____
Jeanine M. Huston

Exhibit C
pg. 2 of 2

DEFENDANTS' SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND DISCOVERY REQUESTS    PAGE 2
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE 4:04-cv-00034-RRB

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322