**MICHAEL J. WALLERI**
*Attorney-at-Law*
*330 Wendell Street, Suite E*
*Fairbanks, AK 99701*
*(907) 452-4716*
*fax: (907) 452-4725*
*email:walleri@gci.net*



APR 2 4 2006

April 21, 2006

Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097

Re:   Fleming v Carroll
      Supplemental Disclosures

Dear Matt:

I am in receipt of you supplemental disclosures sent with your letter dated April 19, 2006. However, the response to the request for production to produce all agreements relating to the provision of law enforcement or public safety services between the City of Fort Yukon with any state agencies, federal agencies and Tanana Chiefs Conference during the period of plaintiff's employment by the City of Fort Yukon fails to follow the Civil Rules governing discovery.

Please review FRCP 34(b). The request was to produce the documents at my office. I will accept copies in lieu of compliance with the rule, which is customary practice.

Sincerely

Michael J. Walleri

Exhibit D
pg. 1 of 1