

**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT

ERIC J. BROWN

SARAH J. JOSEPHSON
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER
THOMAS A. BALLANTINE

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976

April 25, 2006

<u>VIA FAX AND U.S. MAIL</u>
Fax No.: (907) 452-4725

Michael J. Walleri, Esq.
330 Wendell Street, Suite E
Fairbanks, AK 99709

Re: *Fleming, et al. v. City of Fort Yukon*

Dear Mike:

If you do not wish to review the COPS grant materials in my office at any time during normal business hours, then in the alternative we are happy to send the documents out for copying. Please let us know if you have an account or preference for any Anchorage copy service.

Please note that our practice in this matter, and generally in all other cases, is to provide courtesy copies of all relevant documents to opposing counsel. By last count, we have already produced to you almost 1,500 pages. We will continue to provide courtesy copies of any documents which could reasonably be deemed relevant to this dispute. But as to the COPS grant, there are approximately 583 pages of documents, and I fail to see how any of them relate to any issue pled in the complaint. The City cannot be expected to subsidize plaintiffs' fishing expedition by paying for copies of totally irrelevant materials.

Please advise as to whether you wish to inspect the documents at our office or have us send them to a copy service at plaintiffs' expense.

Very truly yours,

JERMAIN DUNNAGAN & OWENS, P.C.

/s/ Matthew Singer

Matthew Singer

MS/jmh

Exhibit E
pg. 1 of 1