

**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GREGORY C. TAYLOR
GARY C. SLEEPER

SAUL R. FRIEDMAN
DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER

ERIC J. BROWN

SARAH E. JOSEPHSON
MATTHEW SINGER
MARK P. MELCHERT
CHRISTINA OTTO TERENZI
ROBERT E. HENDERSON
MATTHEW K. TEAFORD
BLAIR MARLOWE CHRISTENSE

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097
TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976

August 3, 2005

**VIA FAX AND U.S. MAIL**
Fax No.: (907) 452-4725

Michael J. Walleri, Esq.
330 Wendell Street, Suite E
Fairbanks, AK 99709

    Re:    *Fleming, et al. v. City of Fort Yukon*

Dear Mike:

    This letter responds to your office's request today for an additional two-week extension to respond to defendants' outstanding discovery requests.

    We have already agreed to one 14-day extension for these discovery requests. Your office indicates that you would like another 14-day extension because you are having trouble getting a hold of some of your clients. Since the requests have been pending for 45 days, we are a bit puzzled why you are only now trying to contact your clients for responses.

    We always strive to work with counsel and extend the courtesy of reasonable time extensions. At some point, however, courtesy can be abused. This is the last extension we will allow for the pending discovery requests. If plaintiffs do not submit full responses by August 18, we will regretfully be required to file a motion to compel.

    Please note that discovery delays caused by plaintiff may require extension of pretrial deadlines and will only delay resolution of this matter. In our experience, prompt discovery allows all parties to save money and obtain faster resolution, so we appreciate your attention to this matter. If you wish to discuss, please give me a call.

                        Very truly yours,

                        JERMAIN DUNNAGAN & OWENS, P.C.

                        Matthew Singer

MS/jmh

Exhibit F
pg. 1 of 1