**MICHAEL J. WALLERI**

*Attorney-at-Law*
*330 Wendell St., Suite E*
*Fairbanks, AK 99701*
*(907) 452-4716*
*fax: (907) 452-4725*
*email: walleri@gci.net*

AUG 0 9 2005

August 4, 2005

Mr. Matthew Singer
Jermainm, Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503-4097

Re: *Fleming v. Carroll*

Dear Mr. Singer:

In response to your letter dated August 3, 2005, I would like to thank you for allowing my office an additional fourteen (14) days to complete our responses to your discovery requests in the above referenced matter. I also agree that prompt discovery allows all parties to save money and assists in obtaining a faster resolution. However, as my office informed you, my brother recently passed away unexpectedly, which required that I leave the state for an extended period of time. While I understand that my brother's death has caused you some inconvenience, and for this I apologize, it saddens me to think that the level of courtesy within our profession has declined to the point that opposing counsel would not simply extend the professional courtesy of granting a party an extension without hesitation.

As I am sure that you understand, it takes a little time to catch-up on your work load after you have returned from an unexpected absence from the office. While I have attempted to catch-up on all of my deadlines, my office has run into a bit of difficulty reaching all of our clients due to the fact that some of them work outside of the Fairbanks area.

While my office appreciates that the death of my brother and our difficulty in reaching our clients may cause you some inconvenience, let me assure you that this is not our intention. Therefore, let me assure you that our office is working on completing our responses to your discovery requests, and to again thank you for your cooperation during this difficult time.

Sincerely,

*[signature]*
Michael J. Walleri

Cc Howard Trickey

Exhibit G
pg. 1 of 1