

## Jermain Dunnagan & Owens, P.C.
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GREGORY C. TAYLOR
GARY C. SLEEPER

SAUL R. FRIEDMAN
DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER

ERIC J. BROWN

SARAH E. JOSEPHSON
MATTHEW SINGER
MARK P. MELCHERT
CHRISTINA OTTO TERENZI
ROBERT E. HENDERSON
MATTHEW K. TEAFORD
BLAIR MARLOWE CHRISTENSE

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097
TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976

August 10, 2005

<u>VIA FAX AND U.S. MAIL</u>
Fax No.: (907) 452-4725

Michael J. Walleri, Esq.
330 Wendell Street, Suite E
Fairbanks, AK 99709

    Re:    *Fleming, et al. v. City of Fort Yukon*

Dear Mike:

    I received your letter this morning and am very sorry to hear about the passing of your brother. Please accept my condolences, and my apologies for the tone of my recent letter. Your time is certainly better spent with family than on discovery responses.

    Please know that we had no idea that you had a death in the family, and your office never communicated that sad news to us We will stipulate to any necessary extension under the circumstances.

                      Very truly yours,

                      JERMAIN DUNNAGAN & OWENS, P.C.

                      Matthew Singer

MS/jmh

                                            Exhibit **H**
                                            pg. 1 of 1