E.  Under no circumstances will the maintenance Department do any general public mechanical work or contract on any public maintenance unless approved by the City Manager.

POSITION:   DISPATCHER

Works under the supervision of the Public Safety Director.

DUTIES AND RESPONSIBILITES:

A.  Ability to learn, within a reasonable period of training, the operation of radio communication transmitter-receiver unit.

B.  Ability to think clearly and act quickly and calmly in emergency situations.

C.  Ability to organize details quickly and logically and to carry on a number of actions simultaneously under pressure.

D.  Ability to receive and relay information on a radio transmitter-receiver unit.

E.  Ability to become familiar with street and building locations within the City of Fort Yukon.

F.  Ability to deal courteously and tactfully with the public.

G.  Ability to maintain records accurately.

H.  Ability to type.


POSITION

PUBLIC SAFTEY OFFICER

DUTIES AND RESPONSIBILITES: (Add each Section out of Title 29)

A.  Title 2.28.010 outlines the duties of a Public Safety Officer.

B.  It is the duties of Public Safety Officer to enforce all City and State ordinances and statues within the City of Fort Yukon, to regulate the conduct of persons within the City so as to protect the public health, safety, peace, and welfare. To protect property within the City from loss and/or destruction by unlawful means. The Chief or City Manager (prior code S2.308) may assign additional duties

C.  An officer cannot accept other employment while employed by the city. The only exception to this would be by special permission of the mayor and city council.

PUBLIC SAFETY OFFICER ARE EXEMPT UNDER THE U.S. FAIR LABOR STANDARD ACT.

POSITION

DIRECTOR OF PUBLIC SAFETY

DUTIES AND RESPONSIBILITIES:

A.  Duties of the Director of Public Safety as outlined in Chapter 2 – Section 28.010.

B.  The Director of Public Safety is appointed by the City Manager and works under his or her supervision. The City Council may from time to time impose other duties.

POSTION

GAMES SUPERVISOR

DUTIES AND RESPONSIBILITIES:

A.  The Games Supervisor is the custodian of all City funds collected in the Games Division and responsible for the appropriate reporting of all cash sales of the Division.

B.  Keep a daily-itemized account of all moneys received and disbursed within the Division.

C.  Shall maintain all rules, ledgers, reports, and date required by AS 05.010, 12 ACC 34 AND 15 AAC 105.

D.  Shall make available to City Manager a monthly Cash intake and Expenditure Report in Cooperation with the City Finance Department.

E.  Schedule Bingo and Pull-Tab sales hours as appropriate to maximize City Revenues.

F.  Hire and Schedule all part-time and temporary help needed to staff theDivision.

G.  Other duties as assigned by the City Manager.

code S2.307)

Chapter 2.24

CITY TREASURER

Sections:

    2.24.010    Duties of the treasurer

    2.24.010    Duties of the treasurer.  A.  the duties of the treasurer are:
1. Act as custodian of all the city funds;
2. Keep an itemized account of money received and disbursed;
3. Pay money on vouchers drawn against appropriations made by the city council.

B.  The treasurer shall give bond to the municipality in a sum which the council directs, not, however, to exceed ten thousand dollars.  (prior code S2.307 (b), (c))

Chapter 2.28

CHIEF OF POLICE

Sections:

    2.28.010    Duties of the chief of police.

    2.28.010    Duties of the chief of police.  It is the duty of the chief of police to enforce the ordinances regulating the conduct of persons within the city so as to protect the public health, public safety and public peace, and public welfare and to protect property within the city from loss and/or destruction by unlawful means, and to enforce those ordinances which by the terms of the ordinances the chief of police is specifically instructed to enforce and to perform such duties as the city council may from time to time require performed.  (prior code  S2.308)

Chapter 2.32

FIRE CHIEF AND FIRE DEPARTMENT

Sections:

    2.32.010    Created.
    2.32.020    Organization.
    2.32.030    Fire chief—Appointment—Powers and duties.
    2.32.040    Fire chief—Maintenance and enforcement of rules and regulations.
    2.32.050    Training and records.