Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>            Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

## **ERRATA**

In the three documents filed by Mr. Singer on behalf of defendants on July 20, 2006, Defendants' Opposition to Plaintiffs' Second Motion to Compel Discovery [Docket 56], Defendants' Opposition to Plaintiffs' Motion to Compel: Fannie Carroll Deposition [Docket 57] and Partial Non-Opposition to Plaintiffs' Second Motion for Extension of Deadline to Respond to Defendants' Motion for Summary Judgment on Count I [Docket 58], defense counsel inadvertently omitted his bar number, Alaska Bar

#9911072, and instead listed the bar number of his colleague and co-counsel, Howard Trickey.

DATED at Anchorage, Alaska this 21st day of July, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2006,
a true and correct copy of the foregoing
Errata was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer