Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **ORDER GRANTING RULE 56(F) MOTION**<br><br><br><br>Case No. F04-0034 CIV (RRB) |

Upon motion of the plaintiff to an extension of deadline to respond to Defendant's Motion for Summary Judgment  pursuant to FRCP 56 (f), and the Court being apprised of the premises therein,

IT IS HEREBY ORDERED, Plaintiff's motion is hereby GRANTED.  Plaintiff shall file an opposition to Defendants motion on or before August 24, 2006

_____
Honorable Ralph R. Beistline
United States District Court Judge

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                         Page 1 of 2
Order: FRCP 56(f)

Certificate of Service

I hereby certify that under penalty of perjury that a true and Correct copy of the foregoing was sent to the following counsel of record on July 24, 2006 via U.S. Mail to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                    *Page 2 of 2*
Order: FRCP 56(f)