Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON COUNT I**<br>[FRCP 56 (f)]<br><br>Case No. F04-0034 CIV (RRB) |

Reginald Fleming, et. al., Plaintiffs seek a second thirty-day extension of deadline to respond to Defendant's Motion for Summary Judgment on Count I pursuant to FRCP 56 (f).  The opposition is due today (July 24, 2006).  The Defendants request an extension until August 24, 2006. The extension is required because of delays experienced in obtaining discovery of employment records from the Defendants, which is necessary to respond to discovery.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Op: Def. Mot. S. J. (Count I)

Page 1 of 4

The present action was brought by five (5) former officers of the City of Fort Yukon Police Department. Count I of the complaint deals with Wage and Hour claims by five (5) officers. The City's motion for summary judgment asserts a small police force exemption to the FSLA [29 USC §213(b)(20)][1]

The critical issue under the statute is whether the City of Fort Yukon employed less than five (5) employees in law enforcement during the relevant time. As noted in the affidavit filed in connection with the prior 56(f) motion, Plaintiffs had requested employment records for other (i.e. non-plaintiffs) employees of the City Police Department during the relevant times. The City did not produce those records. After extensive discussions between counsel on this issue, Plaintiffs filed a motion to compel production of these records. On July 14th --- shortly after the motion to compel was filed --- the Defendants shipped employment records to Plaintiff consisting of 1400 pages. The parties engaged in depositions of the plaintiffs during the week of July 17th and the plaintiffs have not had an opportunity

---

[1] The statute in question provides that
The provisions of section 207 of this title shall not apply with respect to—
(20) any employee of a public agency who in any workweek is employed in fire protection activities or any employee of a public agency who in any workweek is employed in law enforcement activities (including security personnel in correctional institutions), if the public agency employs during the workweek less than 5 employees in fire protection or law enforcement activities, as the case may be;

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

to review the discovery. The undersigned counsel is out of state the week of July 24th on other matters, and will not return to the office until July 31st. Preliminary review of the material produced suggests that some employment records of relevant employees may not have actually been produced; however, the undersigned has not fully reviewed the material produced.

The Plaintiffs therefore respectfully request a thirty-day extension to review the material produced, obtain omitted material from Defendants if possible, and file the opposition as to Count I.

DATED: July 24, 2006             s/ Michael J. Walleri
                                 Law Offices of Michael J. Walleri
                                 330 Wendell Street, Suite E
                                 Fairbanks, Alaska 99701
                                 (907) 452-4716
                                 (907) 452-4725 (Facisimile)
                                 walleri@gci.net
                                 AK. Bar No. 7906060

Verification

Under pain of perjury, the undersigned hereby verifies that the facts asserted above are true and correct.

Dated July 24, 2006              s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                              *Page 3 of 4*
Op: Def. Mot. S. J. (Count I)

Certificate of Service

I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on July 24, 2006 via ECFl to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725