Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MOTION TO EXTEND DEADLINE TO REPLY TO MOTION TO COMPEL AT DOCKET 51**<br><br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW, Michael J. Walleri, attorney for the Plaintiffs, in the above captioned case to request a twenty-day extension to reply to Defendant's opposition to Plaintiff's Motion to Compel at docket number 51. The reasons for the stay is set out in the accompanying memorandum.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*       Page 1 of 2
Motion: Extend Reply Motion to Compel

| | |
|---|---|
| Date: July 25, 2006 | MICHAEL J. WALLERI |
| | /s/ Michael J. Walleri |
| | Law Offices of Michael J Walleri |
| | 330 Wendell St., Suite E |
| | Fairbanks, Alaska 99701 |
| | (907) 452-4716 |
| | (907) 452-4725 |
| | walleri@gci.net |
| | AK Bar No. 7906060 |

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on July 25, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Motion: Extend Reply Motion to Compel

*Page 2 of 2*