Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **ORDER GRANTING MOTION TO EXTEND DEADLINE TO REPLY TO MOTION TO COMPEL AT DOCKET 51**<br><br><br><br>Case No. F04-0034 CIV (RRB) |

Upon motion of the plaintiffs for a twenty-day extension to reply to Defendant's opposition to Plaintiff's Motion to Compel at docket number 51 , and the Court being apprised of the premises therein,

**IT IS HEREBY ORDERED,** that the Plaintiff's motion is hereby **GRANTED.**  The Plaintiffs shall filed a reply or withdrawal of the motion to compel on or before August 14, 2006.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                      Page 1 of 2
Order: Extend Reply Motion to Compel.

_____
Honorable Ralph R. Beistline
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on July 25, 2006 via ECF to:

Mr. Howard S. Trickey
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                              *Page 2 of 2*
Order: Extend Reply Motion to Compel.