Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MEMORANDUM IN SUPPORT OF MOTION TO STAY PROCEEDINGS REGARDING MOTION TO COMPEL AT DOCKET 51** |

Case No. F04-0034 CIV (RRB)

Plaintiffs (i.e. Fleming et. al., hereinafter referred to as "Policemen") a twenty-day extension to reply to Defendant's opposition to Plaintiff's Motion to Compel at docket number 51. The reply is due today (July 25, 2006) If an extension is granted, the reply or withdrawal of the motion would be due on or before August 14, 2006.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*         *Page 1 of 2*
Memo: Extend Reply on Motion to Compel.

Policemen filed their Second Motion to Compel at Docket 51 on July 11, 2006. On July 17, 2006, the undersigned office received approximately 1400 pages of disclosures from the City's Counsel.  The undersigned counsel has not had an opportunity to review the material due to depositions scheduled in the case, and will be on travel status for the current week.  Policemen's Counsel wishes to review the material for completeness before replying on the motion to compel or withdrawing the Second Motion to Compel.

Dated this 25th of July, 2006.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on July 25 , 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                   Page 2 of 2
Memo: Extend Reply on Motion to Compel.