# EXHIBIT 1

**Compact Disc filed conventionally**