Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>　　　　　　Plaintiffs,<br><br>vs.<br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>　　　　　　Defendants. | **MOTION TO ACCEPT COMPACT DISC AS EXHIBIT TO REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL: FANNIE CARROLL** |

Case No. F04-0034 CIV (RRB)

COMES NOW, Michael J. Walleri, attorney for the Plaintiffs, in the above captioned case to request that the Court accept a compact disc as Exhibit A to his Reply Memorandum in Support of Motion to Compel: Fannie Carroll. This Motion is more fully explained in the attached Memorandum.

Date: July 25, 2006

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on July 25, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                              *Page 2 of 2*
Motion to Accept