Michael J.Walleri
Law Offices of Michael J.Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **ORDER GRANTING MOTION TO ACCEPT COMPACT DISC AS EXHIBIT TO REPLY MEMORANDUM**<br><br>Case No. F04-0034 CIV (RRB) |

The Court having considered the Plaintiffs Motion to Acept Compact Disc as

Exhibit to Reply Memorandum, the Opposition, if any, of any of the parties, the

Court being otherwise duly advised,

IT IS HEREBY ORDERED the Motion is GRANTED.

Dated this ____ day of _____, 2006 at Fairbanks, Alaska.

_____
Hon. Ralph R. Beistline

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Order: Accept Compact Disc

*Page 1 of 2*

United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on July 25, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                     *Page 2 of 2*
Order: Accept Compact Disc