Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MEMORANDUM IN SUPPORT OF MOTION TO ACCEPT COMPACT DISC AS EXHIBIT TO REPLY MEMORANDUM IN SUPPORT OF MOTION TO COMPEL: FANNIE CARROLL**<br><br>Case No. F04-0034 CIV (RRB) |

Plaintiffs request that the Court accept that a Compact Disc be submitted as an exhibit to the Reply Memorandum in Support of Motion to Compel: Fannie Carroll. This compact disc contains a conversation between Fannie Carroll and Officer McKillican that is directly relevant to the Reply Memorandum.

Plaintiffs Motion to Allow Compact Disc as Exhibit to Reply Memorandum should be GRANTED.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                        *Page 1 of 2*
Memo: Motion to accept

Date: July 25, 2006

          /s/ Michael J. Walleri
          Law Offices of Michael J Walleri
          330 Wendell St., Suite E
          Fairbanks, Alaska 99701
          (907) 452-4716
          (907) 452-4725
          walleri@gci.net
          AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on July 25, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*           *Page 2 of 2*
Memo: Motion to accept