Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO ACCEPT COMPACT DISC AS EXHIBIT TO REPLY MEMORANDUM**<br><br>Case No. F04-0034 CIV (RRB) |

Expedited consideration of Plaintiffs Motion to Accept Compact Disc as Exhibit A to Reply Memorandum is necessary, due to the normal time delays associated with motion practice. Currently, the Reply Memorandum is due today, July 25, 2006. Under general time consideration, the motion to accept compact disc as exhibit to reply memorandum would not be ripe for ruling until at the earliest, August 9, 2006.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                         *Page 1 of 2*
Memo: Expedited Consideration

Plaintiff's Motion for Expedited consideration of the underlying Motion to Accept Compact Disc as Exhibit to Reply Memorandum should be GRANTED.

Date: July 25, 2006                    MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on July 25, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                    *Page 2 of 2*
Memo: Expedited Consideration