# MICHAEL J. WALLERI
*Attorney-at-Law*
*330 Wendell Street, Suite E*
*Fairbanks, AK 99701*
*(907) 452-4716*
*fax: (907) 452-4725*
*email:walleri@gci.net*

September 1, 2005

SEP 0 6 2005

Mr. Mathhew Singer
Jermain, Dunnagan & Owens, P.C.
30000 A Street, Suite 200
Anchorage, AK 99503-4097

Re:   Fleming v Carroll
      Dismissal of Counts II, III, & IV
      Partial Settlement Discussions

Dear Matt:

After discussing the matter with my clients, it has become somewhat obvious that my clients have been very successful in mitigating their damages as to Counts II, and III. The Fairbanks Police Department has investigated the claims made by Ms. Carrroll regarding Mr. DeLeon, and have found them groundless, and the other plaintiff's subsequent employment has not been affected by their Fort Yukon experiences. As you know, unemployment compensation ruled that Mr. Fleming's termination was without cause and no other plaintiff actually filed for unemployment compensation. The damages sustained by my clients do not merit the expenses of litigation, and my clients are not adversely affected by the terminations.

However, my clients remain concerned about Mr. Fleming and Mr. DeLeon's employment record. I have been authorized to offer to dismiss Count II, III, and IV in exchange for an agreement to change status of separation as to Mr. Fleming and Mr. DeLeon from terminated to resigned, and an agreement limiting reporting of employment to confirm dates of employment and termination through resignation. Under this offer, both parties would assume their costs and fees. Please advise as to your thoughts on this idea.

Sincerely

Michael J. Walleri

Cc: Clients

Exhibit F
pg. 1 of 1