

**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT
SARAH J. JOSEPHSON

ERIC J. BROWN
MATTHEW SINGER
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER
THOMAS A. BALLANTINE

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

SERVING ALASKANS SINCE 1976

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

July 5, 2006

<u>VIA FAX AND U.S. MAIL</u>
Fax No.: (907) 452-4725

Michael J. Walleri, Esq
330 Wendell St., Suite E
Fairbanks, AK 99701

Re: *Fleming, et al. v. City of Fort Yukon, et al.*

Dear Mr. Walleri:

This letter responds to your letter of June 28. Stop sending me letters complaining about Mr. Singer. Your accusations about Mr. Singer's conduct are groundless and ignore the well-documented record. Neither Mr. Singer nor this office has misrepresented anything.

If you have a problem with the conduct of this firm, take it up with the court or the bar association. We have at all times defended this matter in an ethical and professional manner.

As for discovery, the civil rules require you to meet and confer in good faith. Mr. Singer is responsible for discovery in this matter and you should call him to discuss how we can narrow our requests and address any outstanding issues. If you are unwilling to abide by the civil rules and conduct yourself in a professional and civil manner, we will take that up with the court.

Please remember that your obligation is to represent your clients in resolving their dispute with the defendants. Whatever your differences with Mr. Singer may be, you owe it to your clients to bury the hatchet and work with this office to move this case towards resolution.

Sincerely,

JERMAIN, DUNNAGAN & OWENS P.C.

Howard S. Trickey

HST/jmh

Exhibit M
pg. 1 of 1