**JDO**

Jermain Dunnagan & Owens, P.C.
LAW OFFICES

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT
SARAH J. JOSEPHSON

ERIC J. BROWN
MATTHEW SINGER
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER
THOMAS A. BALLANTINE

SERVING ALASKANS SINCE 1976

July 19, 2006

<u>VIA FAX AND U.S. MAIL</u>
Fax No.: (907) 452-4725

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99701

    Re:    *Fleming, et al. v. City of Fort Yukon, et al.*

Dear Mr. Walleri:

    This letter follows the conversation we had this morning in the conference room of Heartland Court Reporters. I raised again defendants' concerns that plaintiffs' responses to defendants' first interrogatories and requests for production were not adequate. We raised our concerns about the interrogatories in lengthy letters last month, and there are virtually identical problems with regard to the RFP responses. I offered to work with you to address any concerns your clients have as to overbroad or burdensome requests, but I need you to identify those concerns to me. I am reasonably confident that we can narrow the issues to your satisfaction. You indicated that you would work with Mr. Trickey, but you did not want to meet with me to discus this matter. I explained that I am handling discovery, not Mr. Trickey, and you need to meet with me to try to resolve this discovery dispute. You were then noncommittal as to whether you would discuss the matter further and our conversation quickly deteriorated from there.

    I once again extend an invitation to walk through our discovery requests with you and to try to narrow our requests to address any of plaintiffs' legitimate concerns. As you know, we are in deposition again tomorrow. If you want to work with me to resolve this discovery dispute, I suggest we find time tomorrow to address this matter while we can meet in person. If you remain unwilling to discuss this matter, then defendants will seek the assistance of the court.

Exhibit N
pg. 1 of 2

Michael J. Walleri, Esq.
July 19, 2006
Page 2

Thank you for your attention.

    Very truly yours,

    JERMAIN DUNNAGAN & OWENS, P.C.

    */s/ Matthew Singer*

    Matthew Singer

MS/jmh