

**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

| WILLIAM K. JERMAIN | DIANE F. VALLENTINE | ERIC J. BROWN |
| CHARLES A. DUNNAGAN | W. MICHAEL STEPHENSON | MATTHEW SINGER |
| BRADLEY D. OWENS | ANDRENA L. STONE | RAYMOND E. GOAD, JR. |
| RANDALL G. SIMPSON | EUGENIA G. SLEEPER | MICHELLE L. BOUTIN |
| HOWARD S. TRICKEY | MARK P. MELCHERT | CHERYL MANDALA |
| GARY C. SLEEPER | SARAH J. JOSEPHSON | CAROLINE P. WANAMAKER |
| SAUL R. FRIEDMAN | | THOMAS A. BALLANTINE |

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

SERVING ALASKANS SINCE 1976



TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

July 20, 2006

<u>VIA FAX AND U.S. MAIL</u>
Fax No.: (907) 452-4725

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99701

  Re: *Fleming, et al. v. City of Fort Yukon, et al.*

Dear Mr. Walleri:

  This is to confirm that at the end of today's deposition of Mr. Fleming, I again invited you to discuss defendants' outstanding discovery requests. You told me that you had sent another letter to Mr. Trickey and would not discuss the matter further with me. I expressly told you that I was willing to meet and confer in good faith, and you again refused to discuss the matter.

  Since you have refused my repeated invitations to discuss this matter, we must now move to compel.

       Very truly yours,

       JERMAIN DUNNAGAN & OWENS, P.C.

       /s/ *Matthew Singer*

       Matthew Singer

MS/jmh

Exhibit P
pg. 1 of 1