## MICHAEL J. WALLERI
*Attorney-at-Law*
*330 Wendell Street, Suite E*
*Fairbanks, AK 99701*
*(907) 452-4716*
*fax: (907) 452-4725*
*email: walleri@gci.net*

July 31, 2006

Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097

                Re:    <u>Fleming v Carroll</u>
                        Gary Webber

Dear Mr. Singer:

I am in receipt of the recent disclosures sent by your office containing the City of Fort Yukon employment records of various individuals. I do not see any records for Garry Webber although your batestamped documents Fy 1529 and FY 1755 show that Garry Webber was paid by the City of Fort Yukon. We would like copies of Garry Webber's employment records.

Sincerely

*Chris Woodward*

Chris Woodward

EXHIBIT A-1
PAGE 1 OF 1