RECEIVED

Howard S. Trickey, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, | ) ) ) |
| Defendants. | ) ) |
| | ) Case No. F04-0034 CIV (RRB) |

## FOURTH SUPPLEMENT TO
## DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES

Defendants, Fannie Carroll and the City of Fort Yukon, Alaska, by and through their

attorneys, supplement their initial disclosures as follows:

### D.  Discoverable Documents

- Payroll records for Garry Webber (FY 3509 – FY 3569)

LAW OFFICES OF
JERMAIN, DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXHIBIT  B-2
PAGE  1  OF  2

DATED at Anchorage, Alaska this _____ day of August, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _____
Howard S. Trickey
Alaska Bar No. 7610138
Matthew Singer
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

This is to certify that on this ____ day of
August, 2006, a true and correct copy of the
foregoing was Express Mailed, postage
prepaid, to:

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99701

_____
Jeanne M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

FOURTH SUPPLEMENT TO DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

EXHIBIT A-2
PAGE 2 OF 2