IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>      Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA,<br><br>      Defendants. | Case No. 4:04-cv-0034-RRB<br><br>**ORDER RE PENDING MOTIONS** |

      Before the Court are a number of pending motions, the majority of which are procedural in nature. The first is Plaintiffs' Second Motion to Compel Discovery at Docket 51, wherein Plaintiffs seek discovery in the form of certain payroll records and job descriptions. Because the Court is satisfied that the documents sought have since been produced, see Docket 69 at 1-2, Plaintiffs' Second Motion to Compel Discovery at **Docket 51** is **DENIED** as moot. As a result, Plaintiffs' Motion (Second) for Extension of Deadline at **Docket 53**, which seeks additional time

because of the alleged discovery delay referenced above, is also **DENIED** as moot, as is Plaintiffs' Motion to Extend Deadline at **Docket 62.**

Plaintiffs' Motion for Extension of Deadline at **Docket 60** is **GRANTED**. Plaintiffs shall have until **Thursday, August 24, 2006**, to file their response in opposition to Defendants' Motion for Summary Judgment on Count I at Docket 22.

Plaintiff's Motion to Expedite Consideration of Motion to Accept Compact Disc at **Docket 67** is, however, **DENIED** for want of support. Defendants shall reply to Plaintiffs' Motion to Accept Compact Disc at Docket 65 on or before **Monday, August 14, 2006**, should they desire to do so. Notwithstanding, the Court shall hold in abeyance its ruling on Plaintiffs' Motion to Compel Discovery: Fannie Carroll Deposition at Docket 49 until the Motion to Accept Compact Disc at Docket 65 is ripe.

ENTERED this 4th day of August, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE