Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **ORDER GRANTING EXTENSION OF TIME TO OPPOSE SUMMARY JUDGMENT ON COUNT 1**<br><br><br><br>Case No. F04-0034 CIV (RRB) |

Upon motion of the plaintiffs for a one week extension to reply to Defendant's Motion for Summary Judgement on Count 1, and the Court being apprised of the premises therein,

**IT IS HEREBY ORDERED,** that the Plaintiff's motion is hereby **GRANTED.** The Plaintiffs shall file their Opposition to Defendant's Motion for Summary Judgement on Count 1 on or before August 31, 2006.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                    *Page 1 of 2*
Order Granting Unopposed Motion for Extension of Time

                                                                 _____
                                                                  Honorable Ralph R. Beistline
                                                                  United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on August 11, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                  *Page 2 of 2*
Order Granting Unopposed Motion for Extension of Time