<pre>
                                                                    Page 1

                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE STATE OF ALASKA

    REGINALD FLEMING, CHRISTOPHER,      )
    DELEON, CHRIS HAMPTON, WILLIAM      )
    D. MCKILLICAN, and TODD             )
    SCHLUMBOHM,                         )
                                        )
              Plaintiffs,               )
                                        )
    vs.                                 )
                                        )
    FANNIE CARROLL and THE CITY OF      )
    FORT YUKON, ALASKA,                 )
                                        )
              Defendants.               )
    _____)
    Case No. F04-0034 CIV (RRB)

                    DEPOSITION OF CHARLOTTE FLEENER
                            June 15th, 2006

    APPEARANCES:

            FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
                                   Attorney at Law
                                   330 Wendell Street
                                     Suite E
                                   Fairbanks, Alaska 99701
                                   (907) 452-4716

            FOR THE DEFENDANTS:    MR. MATTHEW SINGER
                                   Jermain, Dunnagan & Owens
                                   3000 A Street, Suite 300
                                   Anchorage, Alaska 99503
                                   (907) 563-8844

            ALSO PRESENT:          MR. MICHAEL JACKSON

                              * * * *
</pre>

Page 2

1       PURSUANT TO NOTICE, the Deposition of Charlotte Fleener
2   was taken on behalf of plaintiffs before Marci Lynch, Notary
3   Public in and for the State of Alaska, and Reporter for Liz
4   D'Amour & Associates, Inc., in the Gwichyaa Zhee Gwich'in
5   Tribal Government Office conference room, 3rd and Alder, Fort
6   Yukon, AK 99740 on the 15th day of June, 2006, commencing at
7   the hour of 11:04 o'clock a.m.
8             TABLE OF CONTENTS
9       Direct Examination by Mr. Walleri . . . . . . . . . . 3
        Cross Examination by Mr. Singer . . . . . . . . . . 49
10      Redirect Examination by Mr. Walleri . . . . . . . . 73
11      EXHIBITS:
12      (No exhibits marked during this deposition)
13                * * * *

Page 3

1             PROCEEDINGS
2       (On record)
3       COURT REPORTER: We're on record. My name is
4   Marci Lynch with Liz D'Amour & Associates in Fairbanks, Alaska.
5   Today's date is June 15th, 2006. The time is 11:04 a.m. We
6   are here in the case of Fleming, et al v. Carroll and the City
7   of Fort Yukon, case number F04-0034 Civil. We are meeting for
8   the deposition of Ms. Charlotte Fleener. Will counsel please
9   identify themselves for the record before I swear in the
10  witness?
11      MR. WALLERI: Michael Walleri on behalf of the
12  plaintiffs.
13      MR. SINGER: Matt Singer on behalf of
14  defendants.
15      COURT REPORTER: Thank you. Also present is
16  Mr. Michael Jackson. And, sir, would you identify yourself for
17  the record?
18      MR. FLEENER: Craig Fleener.
19      COURT REPORTER: Thank you. Ma'am, would you
20  please raise your right hand?
21      (Oath administered)
22      MS. FLEENER: Yes.
23      COURT REPORTER: Thank you.
24              CHARLOTTE FLEENER
25  having first been duly sworn under Oath, testified as follows

Page 4

1   on examination:
2       COURT REPORTER: For the record, please state
3   your full name and spell your last name.
4   A   Charlotte Fleener, F-l-e-e-n-e-r.
5       COURT REPORTER: E-r?
6   A   Yes.
7       COURT REPORTER: Thank you. Your mailing
8   address?
9   A   113 Angel Pond Subdivision.
10      COURT REPORTER: Fort Yukon?
11  A   Yes.
12      COURT REPORTER: And a.....
13  A   9.....
14      COURT REPORTER: I'm sorry.
15  A   99740.
16      COURT REPORTER: Thank you. And a daytime
17  contact phone?
18  A   662-2747.
19      COURT REPORTER: Thank you. You may proceed
20  counselor.
21      MR. WALLERI: Thank you.
22          DIRECT EXAMINATION
23  BY MR. WALLERI:
24  Q   Charlotte, have you ever had your deposition taken
25      before?

Page 5

1   A   I don't think so.
2   Q   Okay. I'll just go over some of the ground rules here.
3       So it's being recorded and then it's going to be
4       transcribed or may be transcribed. And what
5       we're -- I'm going to ask you questions and then
6       Mr. Singer will have an opportunity to ask you
7       questions. Of course, you're under oath and this can
8       be used in a court of law just like -- well, under some
9       circumstances like testimony. So if you don't know the
10      answer to something, just say, you don't know.
11  A   Okay.
12  Q   If you -- you know, so -- and if I ask a question
13      that's unclear or something like that and you're not
14      exactly sure what -- you know, how to answer it because
15      the question is unclear, just tell me.
16  A   Okay.
17  Q   And so make sure that when you answer a question that
18      you understand what the question is. Okay?
19  A   Okay.
20  Q   We're going to -- like I said, it's being recorded, so
21      it's real important not to talk over each other because
22      she gets really angry at us. And so if you'll wait
23      until I finish asking the question and then answer,
24      that would help so we don't talk over each other and
25      cause problems that way. Okay?

Page 6

1 A   Okay.
2 Q   It's also important that, because it's being recorded,
3     that your ans- -- you need to speak your answer as
4     opposed to, you know, shaking your head or anything
5     like that because that doesn't show up on record.
6 A   Okay.
7 Q   Okay. During this whole process, Mr. Singer may wish
8     to impose an objection to a question. If he does that,
9     just -- if he starts to talk, just stop, let him do
10    that, and then you can go on and answer the question
11    and we'll let a judge sort it out later on. Okay? So
12    is that okay? Do you understand what's going on?
13 A   So if you ask me a question and then he.....
14 Q   He starts to talk, just stop.
15 A   .....asks me a ques-.....
16 Q   Just stop and then he'll -- he may object to a question
17    I'm asking you.
18 A   Oh, okay.
19 Q   Okay.
20        MR. SINGER: And I'll just.....
21 A   He may ask -- you may tell him. Okay.
22        MR. SINGER: I'll just say, objection.
23 Q   Yeah.
24        MR. SINGER: And that's a -- and you just
25 answer.

Page 7

1 Q   Yeah.
2        MR. SINGER: So you just pause, let me say it,
3 but then you just answer to the best of your ability, telling
4 the truth.
5 A   Okay.
6 Q   He may wave his hand beforehand or something like
7     that.....
8 A   Okay.
9 Q   .....to let you know he's going to say something.
10 A   Okay. I thought you meant he was going.....
11 Q   No, no, no.
12 A   Okay.
13 Q   Okay. Are you ready to go?
14 A   Yes.
15 Q   Okay. Charlotte, have you ever been on the city
16    council for Fort Yukon?
17 A   Oh, no.
18 Q   Okay. And you were employed with the city, however,
19    right?
20 A   Yes.
21 Q   Okay. Could you describe to me -- could you tell me
22    about that employment, like when did it start and what
23    did you do?
24 A   Okay. It started I believe July 5th, 2004, I think.
25    '04 or '03.

Page 8

1 Q   Okay. What were you doing?
2 A   Oh, I was the -- the dispatcher. I was the dispatcher.
3 Q   And what were your duties as a dispatcher?
4 A   Taking calls and send the officers out on these calls.
5 Q   Do you know who the officers were when you started?
6 A   Yeah. Dave McKillican, Christopher DeLeon, Todd
7     Schlumbohm, and Reginald Fleming was the chief.
8 Q   Okay. Were they always in the village, all four of
9     them?
10 A   At the same time?
11 Q   Yeah.
12 A   No, they -- they had like shifts.
13 Q   Okay. And did they ever -- was there anybody else that
14    worked as a police officer while you were here?
15 A   You mean, during my whole time as a dispatcher.....
16 Q   Yeah.
17 A   .....all the years? Oh, let's see. Yeah, there were
18    others.
19 Q   And who were they?
20 A   Joseph Wallace, Stan Swetsoff (ph); I think that's it.
21 Q   Okay. And the -- Wallace replaced -- he replaced
22    Reggie when he left, correct?
23 A   He was the acting chief of police.
24 Q   Uh-huh. Okay. And while they were -- while Reggie was
25    the chief of police, do you remember anybody as a

Page 9

1     temporary police officer or anything like that?
2        MR. SINGER: Objection; vague.
3 Q   Maybe like somebody like Eric Tremblay?
4 A   Oh. They were like deputized.
5 Q   Uh-huh. And who -- do you know who deputized them?
6 A   Fannie. She was the -- she was the chief of police, I
7     think, since we didn't have one or something. No, at
8     the time that.....
9 Q   I'm talking about when Reggie was here.
10 A   Yeah, okay. I see. Yeah. It was Fannie and the other
11    one was Audrey, who was another dispatcher.
12 Q   Is Audrey Peals (ph)?
13 A   Yeah.
14 Q   Okay. She was deputized?
15 A   Oh, and -- and -- and I was, too, I think.
16 Q   Okay. Was this before Reggie left?
17 A   I'm trying to think. Hang on. Let's see.
18 Q   Well, maybe I can help you remember. Did you ever ride
19    or do you know -- did you ever ride with the police
20    officers when they were on call, either McKillican,
21    DeLeon, Schlumbohm, or Reggie?
22 A   No. No, I just took the calls and I took the radio
23    home if -- like if -- if one of them -- or if the guy
24    were really tired, I'd take a radio home and I could
25    answer the calls at night to let them get some sleep.

## Page 10

1  But I didn't have to go out with them.
2  Q  Okay. In terms of being deputized, do you remember any
3     discussions between Reggie and Fannie about deputizing
4     people other than the four officers, McKillican, Todd,
5     and Chris?
6  A  Talking about it?
7  Q  Uh-huh.
8  A  I think the only -- no, I -- I don't -- I think the
9     only upsetting thing was that we have police officers
10    and if they had to deputize somebody, where were they,
11    something like that. I'm trying to -- trying to recall
12    exactly when people were being deputized. I'm trying
13    to get that figured out.
14 Q  Do you remember Debbie Hardy being ever -- ever being
15    deputized.....
16 A  No.
17 Q  .....or.....
18 A  She was like way before my time that she worked there
19    as a police officer.
20 Q  Okay. And how about, let's see, Solomon? Let me see,
21    I'm trying to remember his name. Let's see, would that
22    be -- okay. It's not in here. Do you remember anybody
23    serving -- being hired as jailers by the city?
24 A  Jailers?
25 Q  Jailers.

## Page 11

1  A  Jail guards?
2  Q  Uh-huh.
3     MR. SINGER: Objection; foundation.
4  Q  Go ahead, if you know.
5  A  Why does he say, foundation?
6  Q  That's the basis of his objection. He's
7     basically -- he's -- you don't need to worry about
8     that. If -- do you remember whether or not anybody,
9     while you were a dispatcher, being hired as a jailer?
10 A  Yeah. We -- we had jail guards. I would call people
11    to -- to jail guard.
12 Q  And you would call them?
13 A  I would call them or the officers would call them.
14 Q  Do you know who paid them?
15 A  The state.
16 Q  The state did?
17 A  Yeah.
18 Q  Do you know if the city ever paid them?
19 A  I don't know.
20 Q  Okay. Phillip Solomon. Do you ever remember Phillip
21    Solomon being hired by the city by the police
22    department?
23 A  He -- him being hired?
24 Q  Uh-huh.
25 A  He was hired as a jail guard, but I don't -- I think

## Page 12

1     that was just before my time, like a month or two
2     before I got hired. That's the only thing I knew
3     about.....
4  Q  How about Mike Hardy?
5  A  Mike Hardy was a VPO.
6  Q  Okay. Was he ever -- did he ever fill in as a police
7     officer while you were there?
8  A  That was before me, yep.
9  Q  Okay. Do you know -- were there ever times you were
10    here when the regular police officers, McKillican,
11    DeLeon, Todd Schlumbohm, or Reginald Fleming when they
12    were not in the village, but they were -- you know, but
13    during the time that Reggie was the chief of police,
14    but they were not in the village, none of them were in
15    the village?
16 A  Yeah.
17 Q  Okay. How often did that happen?
18 A  Let's see. I remember was once in the summer, because
19    I was there with the other dispatcher and then once in
20    the winter.
21 Q  And do you know -- did anybody cover for them?
22 A  I did.
23 Q  You did?
24 A  Yeah.
25 Q  And what did you do?

## Page 13

1  A  Oh, went out on some calls if we had to, until somebody
2     came back.
3  Q  Was that when they.....
4  A  And -- and -- and they -- and the other lady, Audrey.
5  Q  Audrey?
6  A  She went on the calls, but we never -- like if we went
7     on a call, we would let the city manager know.
8  Q  That would be Fannie?
9  A  Yeah, because she's the -- I don't know, something to
10    do with their policy, I think, like if there's nobody
11    there, then she's in charge or something like that.
12 Q  Uh-huh. Did you ever arrest anybody while Reggie was
13    the chief of police?
14 A  No. I don't -- I didn't.
15 Q  Chris -- let's see here. Chris Hampton, he was -- he
16    wasn't here during your time as a dispatcher, was he?
17 A  No.
18 Q  Okay. Were you here -- do you know who Richard Miller
19    is?
20 A  Yeah.
21 Q  Okay. And could you -- he was on the city council,
22    correct?
23 A  Yes.
24 Q  Okay. Do -- were you aware of an incident in which
25    Fannie Carroll filed a -- went to court to get a

Page 50

1  Q   Do you remember that we met before?
2  A   Uh-huh.
3  Q   And you signed an affidavit?
4  A   Uh-huh.
5  Q   And let me just show you that affidavit.....
6  A   Okay.
7  Q   .....and on what date is it -- did you sign it?
8  A   July 11th, 2005.
9  Q   And did -- at some point, did you change your job
10     position from a dispatcher and then become a police
11     officer for the city?
12 A   Yes. July 5th, it says here, 2005, I am now a police
13     officer.
14 Q   And does that fit with your current recollection?
15 A   Yes. That's -- that's got to be. I mean, because it
16     says that.
17 Q   And so you worked as a dispatcher for the City of Fort
18     Yukon from July 5th, 2003.....
19 A   Uh-huh.
20 Q   .....until July 5th, 2005. Is that right?
21 A   Yes.
22 Q   And after that you were -- you became a police officer?
23 A   Yes.
24 Q   The -- Mr. Walleri asked you some questions about this
25     thing at the airport that involved a cake. Do you

Page 51

1     remember that -- those questions?
2  A   Yes.
3  Q   When did that happen? Was that.....
4  A   That was when I was a police officer.
5  Q   Okay. So after July 5th, 2005?
6  A   Yes.
7  Q   Okay. And Mr. Walleri asked you some questions about
8      being deputized. Do you remember those questions?
9  A   Yes.
10 Q   What does that word mean, deputized? What does that
11     mean to you?
12 A   That means to me that at that time we were deputized,
13     there were no police officers, so you just couldn't do
14     the law. You know, you had to have -- somebody had to
15     give you that authority.
16 Q   Did -- do -- is it your testimony that -- how many
17     times did you serve in that capacity while you were
18     working as a dispatcher? Did you say once in the
19     summer and once in the winter?
20 A   Yeah.
21 Q   Is that.....
22 A   Once in the summer and then once in the winter. In the
23     summer, because I remember -- I just remember.
24 Q   Any other times?
25 A   No. I don't.....

Page 52

1  Q   And you testified about a time around Christmas.
2  A   Uh-huh.
3  Q   Would that be Christmas 2004 or 2003?
4  A   It was probably 2004.
5  Q   I mean, let me try and -- there was -- was there a time
6      when you -- when there were no officers in town around
7      Christmas?
8  A   Yes.
9  Q   And was Reggie Fleming still the chief of police?
10 A   Yes.
11 Q   And if I tell you that Reggie Fleming was terminated
12     from employment in February 2004, does that help you
13     pinpoint what Christmas we're talking about when you
14     were covering the police department? That would have
15     been 2003?
16 A   I'm trying to calculate here in my little brain.
17     Probably, probably.
18 Q   Okay. Because I.....
19 A   Because I know it was Christmas and I know at the
20     beginning of the year, the guys weren't there.
21 Q   So it was right before they -- that they left?
22 A   Yes.
23 Q   Okay. And the summer, the one time in the summer that
24     you covered, was that before or after the time in the
25     winter?

Page 53

1  A   Okay. This is where everything kind of gets confusing
2      with you guys questioning me, because I -- we did so
3      much. The summertime, I do recall going on a call with
4      Fannie to take some kids, so -- and I think it was
5      summer, because it was -- Phillip Solomon was -- was
6      con- -- a consideration, I think, to help out and I
7      told her I didn't want him in that office.
8  Q   Was.....
9  A   So that -- I remember that being the summertime and I
10     remember -- and she said, okay, we won't do that then.
11 Q   And where was Phillip Solomon working at the time?
12 A   I don't know. I don't even know if he was working.
13 Q   Okay. These times that you acted on call for the
14     police as -- when the police officers were out of town
15     or -- the one in summer, one in winter, right?
16 A   Uh-huh.
17 Q   What were your duties as you understood them?
18 A   As I understood them, we were just taking the calls
19     until we got a police officer in town and do what we
20     could, you know.
21 Q   Did.....
22 A   If it was like serious like these little kids, so went
23     and -- but Fannie went with me. She always went
24     for -- you know, if I had to do something, I would try
25     to -- usually get her.

14 (Pages 50 to 53)

### Page 54

1  Q  So there's -- what was the deal with these little kids?
2  A  You want the whole -- you mean, I have to tell
3     everything?
4  Q  What was it a -- was there a crime involved? What was
5     the issue?
6  A  Well, I'm trying to prevent the crime.
7  Q  Trying to prevent the crime?
8  A  Yeah. A possible crime.
9  Q  Did you ever arrest anyone while you were serving?
10 A  No, I just -- I just went and took the kids.
11 Q  Where did you take them?
12 A  Put them with their family.
13 Q  Took them.....
14 A  Where they -- yeah, we took them away from where they
15    were at and Fannie I took them to their relatives, a
16    lady. I don't -- I think it was like Becky Jonas or
17    something.
18 Q  You never arrested anybody?
19 A  No.
20 Q  Did you carry a firearm?
21 A  No.
22 Q  Did you have any firearm training?
23 A  Nope.
24 Q  Had you participated in any police basic training?
25 A  No.

### Page 55

1  Q  Be -- the.....
2  A  The only thing I did was just the two weeks after the
3     guys were gone, right, when we had -- the other
4     dispatcher and I went to a two-week academy in King
5     Salmon. But we didn't get no firearms training there.
6     Just use common sense.
7  Q  Did you go to a village public safety training in King
8     Salmon?
9  A  It was -- it was called the King Salmon Police Academy.
10 Q  This was after Reggie Fleming left.....
11 A  Yeah.
12 Q  .....employment with the city?
13 A  Uh-huh.
14 Q  During the time from when you started work at the City
15    of Fort Yukon.....
16 A  Uh-huh.
17 Q  .....on -- as a dispatcher on January 5th, 2003 and
18    February 9th, 2004, when Reggie Fleming left
19    employment.....
20 A  Okay.
21 Q  .....during that time.....
22 A  Uh-huh.
23 Q  .....did you have any training in police enforcement?
24 A  No.
25 Q  Law enforcement?

### Page 56

1  A  No.
2  Q  Firearms?
3  A  No.
4  Q  In investigation techniques?
5  A  No.
6  Q  Did you have any training at all?
7  A  No.
8  Q  There was a -- there were some questions about jail
9     guards. Do you remember that?
10 A  Uh-huh.
11 Q  And was it your testimony that you understand that jail
12    guards are paid by the State of Alaska?
13 A  Yes.
14 Q  And where is the jail? Where is it located?
15 A  It's located on East Third Avenue in the State
16    Building.
17 Q  It's located in the State Building?
18 A  Uh-huh.
19 Q  That's a, yes?
20 A  Yes.
21 Q  And I'm sorry, for the.....
22 A  Yeah.
23 Q  .....court reporter.....
24 A  Uh-huh.
25 Q  .....it's helpful if you say, yes or no, as opposed to

### Page 57

1     uh-huh.
2  A  Okay.
3  Q  It's hard for her to record.
4  A  Yes.
5  Q  So that's why.....
6  A  Okay.
7  Q  There were some questions about a tape recording of
8     Richard Miller.
9  A  Uh-huh.
10 Q  Were you present for any tape recording of a
11    conversation between Fannie Carroll and Richard Miller?
12 A  I don't recall being present, but I -- I just know that
13    the police phone was used to call him or something like
14    that.
15 Q  Well, how do you know that?
16 A  How do I know that?
17 Q  Yeah.
18 A  Because I think Fannie is the one who told me that.
19    Yeah, I'm -- I know Fannie told me that. She told me
20    that and -- yeah, she told me that.
21 Q  Dave McKillican, he was one of the police officers,
22    right?
23 A  Yeah.
24 Q  Now, do you understand that he quit? What's your
25    understanding about how he left the employment?