Case 4:04-cv-00034-RRB   Document 81   Filed 08/14/2006   Page 1 of 3

Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

## DEFENDANTS' OPPOSITION TO MOTION TO ACCEPT COMPACT DISC

Defendants respectfully request that the Court deny plaintiffs' "Motion to Accept Compact Disc." Plaintiffs have failed to comply with Federal Civil Rule 5 and have not served defendants with a copy of the recording which they have apparently submitted to the Court. Since plaintiffs failed to serve a copy of the recording, defendants have no way to evaluate the recording to determine if it is admissible or appropriate for the plaintiffs' intended purposes. [*See* Declaration of Matthew Singer] Simply put, plaintiffs

are not permitted to shirk the civil rules and sandbag their opponents by submitting secret recordings to the Court without also serving defendants a copy.

Defendants attempted to resolve this problem by asking plaintiffs' counsel to provide a copy of the recording.  In response, plaintiffs' counsel's assistant sent a letter indicating that the recording was one of many that had been previously disclosed in discovery.  Plaintiffs cannot avoid their service obligation under Civil Rule 5 by claiming "we gave it to you earlier."  When plaintiffs file a motion and submit a recording, defendants should not have to guess as to what recording has been submitted and whether the version submitted to the Court is the same as the one produced several months earlier in discovery.  Rather, defendants are entitled by Civil Rule 5 to an exact copy of any exhibit or evidence submitted in motions practice.  Plaintiffs' failure to comply with Civil Rule 5 requires that this Court deny the motion to accept compact disc.

DATED at Anchorage, Alaska this 14th day of August, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.


By: s/ Matthew Singer
    Matthew Singer
    3000 A Street, Suite 300
    Anchorage, AK  99503
    Phone:  (907) 563-8844
    Fax:  (907) 563-7322
    Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer