Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>          Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DECLARATION OF MATTHEW SINGER REGARDING
OPPOSITION TO MOTION TO ACCEPT COMPACT DISC**

1.   I am an attorney for the defendants in this matter.

2.   My office received on July 25, 2006, electronic service of plaintiffs' Motion to Accept Compact Disc. At the time of service, Plaintiffs did not provide a copy of the compact disc which they describe as containing "a conversation between Fannie Carroll and Officer McKillican that is directly relevant to the Reply Memorandum." At no time since then have plaintiffs served defendants with a copy of this recording.

3. My legal assistant contacted the office of plaintiffs' counsel and requested a copy of the recording. In response, Mr. Walleri's assistant sent a letter indicating that the recording was one of many that had been previously disclosed in discovery (Exhibit A).

4. While we do not doubt the veracity of the statements from Mr. Walleri's assistant, we have no way to independently verify that the recording submitted to the Court is one of the many produced in discovery. For example, we do not know if the Court received a portion of a recorded conversation, or the whole recorded conversation.

5. Without obtaining service of the exact recording submitted to the Court, it is impossible for defendants to evaluate whether the recording is appropriately submitted to the Court, or whether any response or substantive opposition is necessary. Consequently, defendants oppose the motion to accept the recording.

DATED this 14th day of August, 2006.

                                        s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**
I hereby certify that on August 14, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer