# MICHAEL J. WALLERI

*Attorney-at-Law*
*330 Wendell Street, Suite E*
*Fairbanks, AK 99701*
*(907) 452-4716*
*fax: (907) 452-4725*
*email:walleri@gci.net*

August 14, 2006

Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097

Re:    Fleming v Carroll
          Compact Disc

Dear Mr. Singer:

The CD to be filed with the Motion to Accept CD [Docket 65] is part of the CD packet that Mr. Walleri provided a few months back. There were approximately six CD's and it is the one labeled "Fannie Carroll #2 8-11-03."

Sincerely

Chris Woodward

Chris Woodward

EXHIBIT _A_
Page _1_ of _1_