Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>           Plaintiffs,<br><br>   vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

## [PROPOSED] ORDER DENYING MOTION TO ACCEPT COMPACT DISC

Upon due consideration of Plaintiffs' Motion to Accept Compact Disc, and Defendants' opposition filed thereto, it is hereby ordered that Plaintiffs' motion to accept compact disc is DENIED.

DATED at Fairbanks, Alaska this _____ day of _____, 2006.

                                                                                    _____
                                                                                    Hon. Ralph R. Beistline
                                                                                    United Stated District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Matthew Singer