EXHIBIT A

TO

**RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS**

**TO PLAINTIFF REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS**

**HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM**

## Hours Worked by Officers (October 27, 2001 - November 9, 2001)
### *Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 27 |  |  |  |  |  |
| 28 |  |  |  |  |  |
| 29 | 24 |  |  |  |  |
| 30 | 24 |  |  |  |  |
| 31 | 24 |  |  |  |  |
| 1 | 24 |  |  |  |  |
| 2 | 24 |  |  |  |  |
| Regular Hours (paid) | 120 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 80 | 0 | 0 | 0 | 0 |
| 3 |  |  |  |  |  |
| 4 |  |  |  |  |  |
| 5 | 24 |  |  |  |  |
| 6 | 24 |  |  |  |  |
| 7 | 24 |  |  |  |  |
| 8 | 24 |  |  |  |  |
| 9 | 24 |  |  |  |  |
| Regular Hours (paid) | 120 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 80 | 0 | 0 | 0 | 0 |

**Amount Paid to Officer** $ 961.54
**Wages w/ Overtime** $7,692.80

EXHIBIT 1
PAGE 2 OF 62

**Hours Worked by Officers (November 10, 2001 - November 23, 2001)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 10 | 24 | | | | |
| 11 | 24 | | | | |
| 12 | 24 | | | | |
| 13 | 24 | | | | |
| 14 | 24 | | | | |
| 15 | 24 | | | | |
| 16 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| 17 | 24 | | | | |
| 18 | | | | | |
| 19 | 24 | | | | |
| 20 | 24 | | | | |
| 21 | 24 | | | | |
| 22 | 24 | | | | |
| 23 | 24 | | | | |
| Regular Hours (paid) | 144 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 104 | | | | |

**Amount Paid to Officer** $ 1,923.08
**Wages w/ Overtime** $10,289.12

EXHIBIT 1
PAGE 3 OF 62

**Hours Worked by Officers (November 24, 2001 - December 7, 2001)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 24 |  |  |  |  |  |
| 25 |  |  |  |  |  |
| 26 | 24 |  |  |  |  |
| 27 | 24 |  |  |  |  |
| 28 | 24 |  |  |  |  |
| 29 | 24 |  |  |  |  |
| 30 | 24 |  |  |  |  |
|  |  |  |  |  |  |
| Regular Hours (paid) | 120 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 80 |  |  |  |  |
|  |  |  |  |  |  |
| 1 | 24 |  |  |  |  |
| 2 | 24 |  |  |  |  |
| 3 | 24 |  |  |  |  |
| 4 |  |  |  |  |  |
| 5 | 24 |  |  |  |  |
| 6 | 24 |  |  |  |  |
| 7 | 24 |  |  |  |  |
|  |  |  |  |  |  |
| Regular Hours (paid) | 144 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 104 |  |  |  |  |

**Amount Paid to Officer** $ 1,923.08
**Wages w/ Overtime** $8,558.24

EXHIBIT 1
PAGE 4 OF 62

**Hours Worked by Officers (December 15, 2001 - December 28, 2001)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| Regular Hours (paid) | 0 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 0 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| Regular Hours (paid) | 0 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 0 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 | | | | |

**Amount Paid to Officer** $   1,923.08
**Wages w/ Overtime**          $0.00

*Only credited with working 128 hours this pay period (Reginald)

EXHIBIT 1
PAGE 5 OF 62

## Hours Worked by Officers (December 22, 2001 - January 4, 2002)
### *Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 22 | | | | | |
| 23 | 24 | | | | |
| 24 | 24 | | | | |
| 25 | 24 | | | | |
| 26 | 24 | | | | |
| 27 | 24 | | | | |
| 28 | 24 | | | | |
| Regular Hours (paid) | 144 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 104 | | | | |
| 29 | 24 | | | | |
| 30 | 24 | | | | |
| 31 | 24 | | | | |
| 1 | 24 | | | | |
| 2 | 24 | | | | |
| 3 | 24 | | | | |
| 4 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |

**Amount Paid to Officer** $    1,923.08
**Wages w/ Overtime**    $10,289.12

*Credited for 133 hours time this period rather than 125 (Reginald)

EXHIBIT 1
PAGE 6 OF 62

**Hours Worked by Officers (January 5, 2002 - January 18, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 5 |  |  |  |  |  |
| 6 |  |  |  |  |  |
| 7 | 24 |  |  |  |  |
| 8 | 24 |  |  |  |  |
| 9 | 24 |  |  |  |  |
| 10 | 24 |  |  |  |  |
| 11 | 24 |  |  |  |  |
| Regular Hours (paid) | 120 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 80 |  |  |  |  |
| 12 | 24 |  |  |  |  |
| 13 | 24 |  |  |  |  |
| 14 | 24 |  |  |  |  |
| 15 | 24 |  |  |  |  |
| 16 | 24 |  |  |  |  |
| 17 | 24 |  |  |  |  |
| 18 | 24 |  |  |  |  |
| Regular Hours (paid) | 168 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 |  |  |  |  |

**Amount Paid to Officer**  $   1,923.08
**Wages w/ Overtime**      $9,423.68

*Only credited with 105 hours of work for this pay period (Reginald)

EXHIBIT _1_
PAGE _7_ OF _62_

**Hours Worked by Officers (January 19, 2002 - February 1, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 19 | 24 | | | | |
| 20 | 24 | | | | |
| 21 | 24 | | | | |
| 22 | 24 | | | | |
| 23 | 24 | | | | |
| 24 | 24 | | | | |
| 25 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| 26 | 24 | | | | |
| 27 | 24 | | | | |
| 28 | 24 | | | | |
| 29 | 24 | | | | |
| 30 | 24 | | | | |
| 31 | 24 | | | | |
| 1 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |

**Amount Paid to Officer**  $   1,923.08
**Wages w/ Overtime**  $11,154.56

*Only credited with working 128 hours this pay period (Reginald)

EXHIBIT  1
PAGE  8  OF  62

**Hours Worked by Officers (January 16, 2002 - February 8, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 26 | 24 | | | | |
| 27 | 24 | | | | |
| 28 | 24 | | | | |
| 29 | 24 | | | | |
| 30 | 24 | | | | |
| 31 | 24 | | | | |
| 1 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| | | | | | |
| 2 | 24 | | | | |
| 3 | 24 | | | | |
| 4 | 24 | | | | |
| 5 | 24 | | | | |
| 6 | 24 | | | | |
| 7 | 24 | | | | |
| 8 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |

**Amount Paid to Officer** $   1,923.08
**Wages w/ Overtime** $11,154.56

*No pay stub, but timesheet (Reginald)

EXHIBIT ___1___
PAGE _9_ OF _62_

**Hours Worked by Officers (February 2, 2002 - February 15, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 2 |  |  |  |  |  |
| 3 |  |  |  |  |  |
| 4 |  |  |  |  |  |
| 5 |  |  |  |  |  |
| 6 |  |  |  |  |  |
| 7 |  |  |  |  |  |
| 8 |  |  |  |  |  |
| Regular Hours (paid) | 0 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 0 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 |  |  |  |  |
| 9 |  |  |  |  |  |
| 10 |  |  |  |  |  |
| 11 |  |  |  |  |  |
| 12 |  |  |  |  |  |
| 13 |  |  |  |  |  |
| 14 |  |  |  |  |  |
| 15 |  |  |  |  |  |
| Regular Hours (paid) | 0 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 0 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 |  |  |  |  |

**Amount Paid to Officer** $ 1,923.08
**Wages w/ Overtime** 0

*No time sheet, but pay stub (Reginald)

EXHIBIT 1
PAGE 10 OF 62

**Hours Worked by Officers (February 16, 2002 - March 1, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 16 | 24 | | | | |
| 17 | 24 | | | | |
| 18 | 24 | | | | |
| 19 | 24 | | | | |
| 20 | 24 | | | | |
| 21 | 24 | | | | |
| 22 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| 23 | | | | | |
| 24 | 24 | | | | |
| 25 | 24 | | | | |
| 26 | 24 | | | | |
| 27 | 24 | | | | |
| 28 | 24 | | | | |
| 1 | 24 | | | | |
| Regular Hours (paid) | 144 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 104 | | | | |

**Amount Paid to Officer** $   1,923.08
**Wages w/ Overtime**   $10,289.12

*Only credited with 114 hours of work this period (Reginald)

EXHIBIT 1
PAGE 11 OF 62

**Hours Worked by Officers (March 2, 2002 - March 15, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 2 | 24 | | | | |
| 3 | 24 | | | | |
| 4 | 24 | | | | |
| 5 | 24 | | | | |
| 6 | 24 | | | | |
| 7 | | | | | |
| 8 | 24 | | | | |
| Regular Hours (paid) | 144 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 104 | | | | |
| 9 | 24 | | | | |
| 10 | 24 | | | | |
| 11 | 24 | | | | |
| 12 | 24 | | | | |
| 13 | 24 | | | | |
| 14 | 24 | | | | |
| 15 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| **Amount Paid to Officer** | $  1,923.08 | | | | |
| **Wages w/ Overtime** | $10,289.12 | | | | |

*Was only credited with 142 hours of work this pay period (Reginald)

EXHIBIT  1
PAGE 12 of 62

**Hours Worked by Officers (March 16, 2002 - March 29, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 16 | 24 | | | | |
| 17 | 24 | | | | |
| 18 | 24 | | | | |
| 19 | 24 | | | | |
| 20 | 24 | | | | |
| 21 | 24 | | | | |
| 22 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| 23 | 24 | | | | |
| 24 | 24 | | | | |
| 25 | 24 | | | | |
| 26 | 24 | | | | |
| 27 | 24 | | | | |
| 28 | | | | | |
| 29 | | | | | |
| Regular Hours (paid) | 120 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 80 | | | | |
| **Amount Paid to Officer** | $   1,923.08 | | | | |
| **Wages w/ Overtime** | $9,423.68 | | | | |

*Only credited with 134 hours for this pay period (Reginald)

EXHIBIT   1
PAGE 13 OF 62

## Hours Worked by Officers (March 30, 2002 - April 12, 2002)
### Fleming v. City of Fort Yukon

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 30 | | | | | |
| 31 | | | | | |
| 1 | 0 | | | | |
| 2 | 0 | | | | |
| 3 | 0 | | | | |
| 4 | 0 | | | | |
| 5 | 0 | | | | |
| Regular Hours (paid) | 40 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 0 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 | | | | |
| 6 | 24 | | | | |
| 7 | 24 | | | | |
| 8 | 24 | | | | |
| 9 | 24 | | | | |
| 10 | 24 | | | | |
| 11 | 24 | | | | |
| 12 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| **Amount Paid to Officer** | $    1,923.08 | | | | |
| **Wages w/ Overtime** | $5,577.28 | | | | |

EXHIBIT 1
PAGE 14 OF 62

### Hours Worked by Officers (April 13, 2002 - April 26, 2002)
#### Fleming v. City of Fort Yukon

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 13 | 24 | | | | |
| 14 | 24 | | | | |
| 15 | 24 | | | | |
| 16 | 24 | | | | |
| 17 | 24 | | | | |
| 18 | 24 | | | | |
| 19 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| 20 | 24 | | | | |
| 21 | 24 | | | | |
| 22 | 24 | | | | |
| 23 | 24 | | | | |
| 24 | 24 | | | | |
| 25 | 24 | | | | |
| 26 | | | | | |
| Regular Hours (paid) | 144 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 104 | | | | |

**Amount Paid to Officer** $  1,923.08
**Wages w/ Overtime**   $10,289.12

*No pay stub in file for this pay period (Reginald)

EXHIBIT  1
PAGE 15 OF 62

**Hours Worked by Officers (April 27, 2002 - May 10, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 27 | 24 | | | | |
| 28 | 24 | | | | |
| 29 | 24 | | | | |
| 30 | 24 | | | | |
| 1 | 24 | | | | |
| 2 | 24 | | | | |
| 3 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| | | | | | |
| 4 | 24 | | | | |
| 5 | 24 | | | | |
| 6 | 24 | | | | |
| 7 | 24 | | | | |
| 8 | 24 | | | | |
| 9 | 24 | | | | |
| 10 | | | | | |
| | | | | | |
| Regular Hours (paid) | 144 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 104 | | | | |
| | | | | | |
| **Amount Paid to Officer** | $  1,923.08 | | | | |
| **Wages w/ Overtime** | $10,289.12 | | | | |

EXHIBIT 1
PAGE 16 OF 62

**Hours Worked by Officers (May 11, 2002 - May 24, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 11 | 24 | | | | |
| 12 | 24 | | | | |
| 13 | 24 | | | | |
| 14 | 24 | | | | |
| 15 | 24 | | | | |
| 16 | | | | | |
| 17 | | | | | |
| Regular Hours (paid) | 120 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 80 | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | 24 | | | | |
| 24 | 24 | | | | |
| Regular Hours (paid) | 48 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 16 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 32 | | | | |

**Amount Paid to Officer** $  1,923.08
**Wages w/ Overtime**    $5,384.96

EXHIBIT 1
PAGE 17 OF 62

**Hours Worked by Officers (May 25, 2002 - June 7, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 25 | 24 | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | 24 | | | | |
| 29 | 24 | | | | |
| 30 | 24 | | | | |
| 31 | 24 | | | | |
| Regular Hours (paid) | 120 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 80 | | | | |
| 1 | 24 | | | | |
| 2 | 24 | | | | |
| 3 | 24 | | | | |
| 4 | 24 | | | | |
| 5 | 24 | | | | |
| 6 | 24 | | | | |
| 7 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| **Amount Paid to Officer** | $   1,923.08 | | | | |
| **Wages w/ Overtime** | $9,423.68 | | | | |

EXHIBIT  1
PAGE 18 OF 62

**Hours Worked by Officers (June 8, 2002 - June 21, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 8 | 24 | | | | |
| 9 | 24 | | | | |
| 10 | 24 | | | | |
| 11 | 24 | | | | |
| 12 | 24 | | | | |
| 13 | 24 | | | | |
| 14 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| | | | | | |
| 15 | 24 | | | | |
| 16 | 24 | | | | |
| 17 | 24 | | | | |
| 18 | 24 | | | | |
| 19 | 24 | | | | |
| 20 | 24 | | | | |
| 21 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |

**Amount Paid to Officer**  $  1,923.08
**Wages w/ Overtime**  $11,154.56

EXHIBIT  /
PAGE  19  OF  63

**Hours Worked by Officers (June 22, 2002 - July 5, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 22 | | | | | |
| 23 | | | | | |
| 24 | 24 | | | | |
| 25 | 24 | | | | |
| 26 | 24 | | | | |
| 27 | 24 | | | | |
| 28 | 24 | | | | |
| Regular Hours (paid) | 120 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 80 | | | | |
| 29 | 24 | | | | |
| 30 | 24 | | | | |
| 1 | 24 | | | | |
| 2 | 24 | | | | |
| 3 | 24 | | | | |
| 4 | 24 | | | | |
| 5 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |

**Amount Paid to Officer** $  1,923.08
**Wages w/ Overtime**     $9,423.68

*Credited only with 102 hours worked this pay period (Reginald)

EXHIBIT _1_
PAGE _20_ OF _62_

**Hours Worked by Officers (July 6, 2002 - July 19, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 6 | 24 | | | | |
| 7 | 24 | | | | |
| 8 | 24 | | | | |
| 9 | 24 | | | | |
| 10 | 24 | | | | |
| 11 | 24 | | | | |
| 12 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| 13 | 24 | | | | |
| 14 | 24 | | | | |
| 15 | 24 | | | | |
| 16 | 24 | | | | |
| 17 | 24 | | | | |
| 18 | 24 | | | | |
| 19 | 24 | | | | |
| Regular Hours (paid) | 168 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |

**Amount Paid to Officer** $ 1,923.08
**Wages w/ Overtime** $11,154.56

*Credited only with 136 hours worked this pay period (Reginald)

EXHIBIT  1
PAGE 21 OF 62

**Hours Worked by Officers (July 20, 2002 - August 2, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 20 |  |  |  |  |  |
| 21 |  |  |  |  |  |
| 22 |  |  |  |  |  |
| 23 | 24 |  |  |  |  |
| 24 | 24 |  |  |  |  |
| 25 | 24 |  |  |  |  |
| 26 | 24 |  |  |  |  |
| Regular Hours (paid) | 96 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 32 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 64 |  |  |  |  |
| 27 | 24 |  |  |  |  |
| 28 | 24 |  |  |  |  |
| 29 | 24 |  |  |  |  |
| 30 | 24 |  |  |  |  |
| 31 | 24 |  |  |  |  |
| 1 | 24 |  |  |  |  |
| 2 | 24 |  |  |  |  |
| Regular Hours (paid) | 168 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 |  |  |  |  |

**Amount Paid to Officer** $ 1,923.08
**Wages w/ Overtime**   $8,654.40

EXHIBIT 1
PAGE 22 OF 62

**Hours Worked by Officers (August 3, 2002 - August 16, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 3 | 24 | | | | |
| 4 | 24 | | | | |
| 5 | 24 | | | | |
| 6 | | | | | |
| 7 | 24 | | | | |
| 8 | 24 | | | | |
| 9 | | | | | |
| Regular Hours (paid) | 120 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 80 | | | | |
| 10 | | | | | |
| 11 | 24 | | | | |
| 12 | 24 | | | | |
| 13 | 24 | | | | |
| 14 | 24 | | | | |
| 15 | 24 | | | | |
| 16 | 24 | | | | |
| Regular Hours (paid) | 144 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 104 | | | | |

**Amount Paid to Officer** $  1,923.08
**Wages w/ Overtime**    $8,558.24

EXHIBIT 1
PAGE 23 OF 62

**Hours Worked by Officers (August 17, 2002 - August 30, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 17 | 24 | | | 24 | |
| 18 | 24 | | | 24 | |
| 19 | 24 | | | | |
| 20 | 24 | | | | |
| 21 | | | | 24 | |
| 22 | | | | 24 | |
| 23 | | | | 24 | |
| Regular Hours (paid) | 96 | | | 120 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 32 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 64 | | | 80 | |
| 24 | | | | 24 | |
| 25 | | | | 24 | |
| 26 | 24 | | | 24 | |
| 27 | 24 | | | 24 | |
| 28 | 24 | | | 24 | |
| 29 | 24 | | | 24 | |
| 30 | 24 | | | 24 | |
| Regular Hours (paid) | 120 | | | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 80 | | | 128 | |
| **Amount Paid to Officer** | $ 1,923.08 | | | $ 3,212.62 | |
| **Wages w/ Overtime** | $6,923.52 | | | $7,538.16 | |

*W. McKillican was paid for 191 hours at $16.82 per hour
e 16th, even though this pay period ran from the 8/17/02 - 8/30/02.

EXHIBIT 1
PAGE 24 OF 62

**Hours Worked by Officers (August 31, 2002 - September 13, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 31 | 24 |  |  | 24 |  |
| 1 | 24 |  |  | 24 |  |
| 2 | 24 |  |  | 24 |  |
| 3 | 24 |  |  | 24 |  |
| 4 | 24 |  |  | 24 |  |
| 5 | 24 |  |  | 24 |  |
| 6 | 24 |  |  |  |  |
| Regular Hours (paid) | 168 |  |  | 144 |  |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 128 |  |  | 104 |  |
| 7 | 24 |  |  |  |  |
| 8 | 24 |  |  |  |  |
| 9 | 24 |  |  |  |  |
| 10 | 24 |  |  |  |  |
| 11 | 24 |  |  |  |  |
| 12 | 24 |  |  | 24 |  |
| 13 | 24 |  |  | 24 |  |
| Regular Hours (paid) | 168 |  |  | 48 |  |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 0 | 16 | 0 |
| Overtime Hours (actual) | 128 |  |  | 32 |  |
| **Amount Paid to Officer** | $  1,923.08 |  |  | $   1,260.06 |  |
| **Wages w/ Overtime** | $11,154.56 |  |  | $4,999.80 |  |

*Credited with 134 hours worked this pay period (Reginald)

EXHIBIT  /
PAGE 25 OF 62

**Hours Worked by Officers (September 14, 2002 - September 27, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 14 | | | | 24 | |
| 15 | 24 | | | 24 | |
| 16 | 24 | | | 24 | |
| 17 | 24 | | | 24 | |
| 18 | 24 | | | 24 | |
| 19 | 24 | | | 24 | |
| 20 | 24 | | | 24 | |
| | | | | | |
| Regular Hours (paid) | 144 | | | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 104 | | | 128 | |
| | | | | | |
| 21 | 24 | | | 24 | |
| 22 | 24 | | | 24 | |
| 23 | 24 | | | 24 | |
| 24 | 24 | | | | |
| 25 | 24 | | | | |
| 26 | 24 | | | | |
| 27 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | 168 | | | 72 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 24 | 0 |
| Overtime Hours (actual) | 128 | | | 48 | |
| | | | | | |
| **Amount Paid to Officer** | $  1,923.08 | | | $      1,538.46 | |
| **Wages w/ Overtime** | $10,289.12 | | | $6,307.44 | |

EXHIBIT  /
PAGE 26 OF 62

**Hours Worked by Officers (September 28, 2002 - October 11, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 1 | 24 | | | 24 | |
| 2 | 24 | | | 24 | |
| 3 | 24 | | | 24 | |
| 4 | 24 | | | 24 | |
| Regular Hours (paid) | 96 | | | 96 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 32 | 0 | 0 | 32 | 0 |
| Overtime Hours (actual) | 64 | | | 64 | |
| 5 | 24 | | | 24 | |
| 6 | 24 | | | 24 | |
| 7 | 24 | | | 24 | |
| 8 | 24 | | | 24 | |
| 9 | 24 | | | 24 | |
| 10 | | | | 24 | |
| 11 | | | | 24 | |
| Regular Hours (paid) | 120 | | | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 80 | | | 128 | |
| **Amount Paid to Officer** | $  1,923.08 | | | $  1,538.46 | |
| **Wages w/ Overtime** | $6,923.52 | | | $6,922.80 | |

**Hours Worked by Officers (October 12, 2002 - October 25, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 12 | | | | 24 | |
| 13 | | | | 24 | |
| 14 | 24 | | | | |
| 15 | 24 | | | | |
| 16 | 24 | | | | |
| 17 | 24 | | | | |
| 18 | 24 | | | | |
| Regular Hours (paid) | 120 | | | 48 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 16 | 0 |
| Overtime Hours (actual) | 80 | | | 32 | |
| 19 | 24 | | | | |
| 20 | 24 | | | | |
| 21 | 24 | | | 24 | |
| 22 | 24 | | | 24 | |
| 23 | 24 | | | 24 | |
| 24 | 24 | | | 24 | |
| 25 | 24 | | | 24 | |
| Regular Hours (paid) | 168 | | | 120 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 128 | | | 80 | |
| Amount Paid to Officer | $  1,923.08 | | | $    1,538.46 | |
| Wages w/ Overtime | $9,423.68 | | | $4,307.52 | |

EXHIBIT 1
PAGE 28 OF 62

**Hours Worked by Officers (October 26, 2002 - November 8, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 26 | 24 |  |  |  |  |
| 27 | 24 |  |  | 24 |  |
| 28 | 24 |  |  | 24 |  |
| 29 | 24 |  |  | 24 |  |
| 30 | 24 |  |  | 24 |  |
| 31 | 24 |  |  | 24 |  |
| 1 | 24 |  |  | 24 |  |
| Regular Hours (paid) | 168 |  |  | 144 |  |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 128 |  |  | 104 |  |
| 2 | 24 |  |  | 24 |  |
| 3 | 24 |  |  | 24 |  |
| 4 | 24 |  |  | 24 |  |
| 5 | 24 |  |  | 24 |  |
| 6 | 24 |  |  | 24 |  |
| 7 |  |  |  | 24 |  |
| 8 |  |  |  | 24 |  |
| Regular Hours (paid) | 120 |  |  | 168 |  |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 80 |  |  | 128 |  |
| **Amount Paid to Officer** | $    1,923.08 |  |  | $    1,538.46 |  |
| **Wages w/ Overtime** | $9,423.68 |  |  | $8,230.44 |  |

ɔ hours worked, however, he worked 142 hours this pay period

29 of 62

**Hours Worked by Officers (November 9, 2002 - November 22, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 9 | | | | | |
| 10 | 24 | | | | |
| 11 | 24 | | | 24 | |
| 12 | 24 | | | 24 | |
| 13 | 24 | | | 24 | |
| 14 | 24 | | | 24 | |
| 15 | 24 | | | 24 | |
| | | | | | |
| Regular Hours (paid) | 144 | | | 120 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 104 | | | 80 | |
| | | | | | |
| 16 | 24 | | | | |
| 17 | 24 | | | | |
| 18 | 24 | | | 24 | |
| 19 | 24 | | | 24 | |
| 20 | 24 | | | 24 | |
| 21 | 24 | | | 24 | |
| 22 | 24 | | | 24 | |
| | | | | | |
| Regular Hours (paid) | 168 | | | 120 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 128 | | | 80 | |
| | | | | | |
| **Amount Paid to Officer** | $ 1,923.08 | | | $ 1,538.46 | |
| **Wages w/ Overtime** | $10,289.12 | | | $6,153.60 | |

30 62

**Hours Worked by Officers (November 23, 2002 - December 6, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 23 | 24 | | | 24 | |
| 24 | 24 | | | 24 | |
| 25 | 24 | | | 24 | |
| 26 | 24 | | | 24 | |
| 27 | 24 | | | 24 | |
| 28 | 24 | | | 24 | |
| 29 | 24 | | | 24 | |
| Regular Hours (paid) | 168 | | | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 128 | | | 128 | |
| 30 | 24 | | | 24 | |
| 1 | 24 | | | 24 | |
| 2 | 24 | | | 24 | |
| 3 | 24 | | | 24 | |
| 4 | 24 | | | 24 | |
| 5 | 24 | | | 24 | |
| 6 | 24 | | | 24 | |
| Regular Hours (paid) | 168 | | | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 128 | | | 128 | |
| **Amount Paid to Officer** | $  1,923.08 | | | $  1,538.46 | |
| **Wages w/ Overtime** | $11,154.56 | | | $8,922.72 | |

*Credited with 170 hours worked this pay period (Reginald)
*W. McKillican was credited with 193 hours this pay period, however, he only worked 176.5 hours.

EXHIBIT  1
PAGE 31 OF 62