**Hours Worked by Officers (December 7, 2002 - December 20, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 7 | 24 | | | 24 | |
| 8 | 24 | | | 24 | |
| 9 | 24 | | | 24 | |
| 10 | 24 | | | 24 | |
| 11 | 24 | | | 24 | |
| 12 | 24 | | | | |
| 13 | 24 | | | | |
| Regular Hours (paid) | 168 | | | 120 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 128 | | | 80 | |
| 14 | 24 | | | 24 | |
| 15 | 24 | | | 24 | |
| 16 | 24 | | | 24 | |
| 17 | 24 | | | 24 | |
| 18 | 24 | | | 24 | |
| 19 | 24 | | | | |
| 20 | 24 | | | | |
| Regular Hours (paid) | 168 | | | 120 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 128 | | | 80 | |

**Amount Paid to Officer** $  1,923.08                 $      1,538.46
**Wages w/ Overtime**   $11,154.56                        $6,153.60

*Only credited with 147 hours worked this pay period (Reginald)

**Hours Worked by Officers (December 21, 2002 - January 3, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 21 | 24 | | | 24 | |
| 22 | 24 | | | 24 | |
| 23 | 24 | | | 24 | |
| 24 | 24 | | | 24 | |
| 25 | 24 | | | 24 | |
| 26 | 24 | | | 24 | |
| 27 | 24 | | | 24 | |
| | | | | | |
| Regular Hours (paid) | 168 | | | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 128 | | | 128 | |
| | | | | | |
| 28 | 24 | | | 24 | |
| 29 | 24 | | | 24 | |
| 30 | 24 | | | 24 | |
| 31 | 24 | | | 24 | |
| 1 | 24 | | | 24 | |
| 2 | 24 | | | 24 | |
| 3 | 24 | | | 24 | |
| | | | | | |
| Regular Hours (paid) | 168 | | | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 128 | | | 128 | |
| | | | | | |
| **Amount Paid to Officer** | $   1,923.08 | | | $   1,538.46 | |
| **Wages w/ Overtime** | $11,154.56 | | | $8,922.72 | |

*Credited with 170 hours worked this pay period (Reginald)

EXHIBIT   1
PAGE 33  OF 62

**Hours Worked by Officers (January 4, 2003 - January 17, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 4 | 24 | | | | |
| 5 | 0 | | | | |
| 6 | 0 | | | 24 | |
| 7 | 0 | | | 24 | |
| 8 | 0 | | | 24 | |
| 9 | 0 | | | 24 | |
| 10 | 0 | | | 24 | |
| Regular Hours (paid) | 36 | | | 120 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 8 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 16 | | | 80 | |
| 11 | | | | 24 | |
| 12 | | | | 24 | |
| 13 | 0 | | | 24 | |
| 14 | 0 | | | 24 | |
| 15 | 0 | | 24 | 24 | |
| 16 | 0 | | 24 | 24 | |
| 17 | 0 | | 24 | 24 | |
| Regular Hours (paid) | 32 | | 72 | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 0 | 0 | 24 | 40 | 0 |
| Overtime Hours (actual) | 0 | | 48 | 128 | |
| **Amount Paid to Officer** | $   1,923.08 | | $417.88 | $   1,538.46 | |
| **Wages w/ Overtime** | $769.28 | | $1,846.08 | $7,538.16 | |

) hours worked this pay period (Reginald)

34 62

**Hours Worked by Officers (January 18, 2003 - January 31, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 18 | | | | 24 | |
| 19 | | | | 24 | |
| 20 | 0 | | | 24 | |
| 21 | 24 | | | 24 | |
| 22 | 0 | | 24 | 24 | |
| 23 | 0 | | 24 | 24 | |
| 24 | 0 | | 24 | 24 | |
| Regular Hours (paid) | 24 | | 72 | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 8 | 0 | 24 | 40 | 0 |
| Overtime Hours (actual) | 16 | | 48 | 128 | |
| 25 | | | 24 | 24 | |
| 26 | | | 24 | 24 | |
| 27 | 24 | | 24 | 24 | |
| 28 | 24 | | 24 | 24 | |
| 29 | 24 | | 24 | 24 | |
| 30 | 24 | | 24 | 24 | |
| 31 | 24 | | 24 | 24 | |
| Regular Hours (paid) | 120 | | 168 | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 40 | 40 | 0 |
| Overtime Hours (actual) | 80 | | 128 | 128 | |
| **Amount Paid to Officer** | $ 1,923.08 | | $1,442.31 | $ 1,538.46 | |
| **Wages w/ Overtime** | $4,615.68 | | $6,307.44 | $8,922.72 | |

*Only credited with 120 hours worked this pay period (Reginald)
*W. McKillican was credited with only 136 hours, however, he actually worked 160 hours this pay period.

EXHIBIT 1
PAGE 35 of 62

**Hours Worked by Officers (February 1, 2003 - February 14, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | 24 | | | 24 | |
| 4 | 24 | | | 24 | |
| 5 | 24 | | | 24 | |
| 6 | 24 | | | 24 | |
| 7 | 24 | | | 24 | |
| Regular Hours (paid) | 120 | | | 120 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 80 | | | 80 | |
| 8 | 24 | | | 24 | |
| 9 | 24 | | | 24 | |
| 10 | 24 | | 24 | 24 | |
| 11 | 24 | | 24 | 24 | |
| 12 | 24 | | 24 | 24 | |
| 13 | 24 | | 24 | 24 | |
| 14 | 24 | | 24 | 24 | |
| Regular Hours (paid) | 168 | | | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 40 | 40 | 0 |
| Overtime Hours (actual) | 128 | | 80 | 128 | |
| **Amount Paid to Officer** | $ 1,923.08 | | $ 1,442.31 | $ 1,538.46 | |
| **Wages w/ Overtime** | $9,423.68 | | $3,076.80 | $7,538.16 | |

**Hours Worked by Officers (February 15, 2003 - February 28, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 15 | 24 | | 24 | 24 | |
| 16 | 24 | | 24 | 24 | |
| 17 | 24 | | 24 | 24 | |
| 18 | 24 | | | 24 | |
| 19 | 24 | | | 24 | |
| 20 | 24 | | | | |
| 21 | 24 | | | | |
| Regular Hours (paid) | 168 | | | 120 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 24 | 40 | 0 |
| Overtime Hours (actual) | 128 | | 48 | 80 | |
| 22 | 24 | | | | |
| 23 | 24 | | | | |
| 24 | 24 | | | | |
| 25 | 24 | | | | |
| 26 | 24 | | | | |
| 27 | 24 | | | 24 | |
| 28 | 24 | | | 24 | |
| Regular Hours (paid) | 168 | | | 48 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 16 | 0 |
| Overtime Hours (actual) | 128 | | | 32 | |
| **Amount Paid to Officer** | $  1,923.08 | | $      569.24 | $  1,538.46 | |
| **Wages w/ Overtime** | $11,154.56 | | $1,846.08 | $4,307.52 | |

{ with 120 hours worked this pay period

**Hours Worked by Officers (March 1, 2003 - March 14, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 1 | | | | 24 | |
| 2 | | | | 24 | |
| 3 | 24 | | | 24 | |
| 4 | | | | 24 | |
| 5 | 24 | | | 24 | |
| 6 | | | | 24 | |
| 7 | 24 | | | 24 | |
| Regular Hours (paid) | 72 | | | 168 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 24 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 48 | | | 128 | |
| 8 | 24 | | | 24 | |
| 9 | | | | 24 | |
| 10 | 24 | | | 24 | |
| 11 | 24 | | | 24 | |
| 12 | 24 | | | 24 | |
| 13 | 24 | | | 24 | |
| 14 | 24 | | | | |
| Regular Hours (paid) | 144 | | | 144 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 104 | | | 104 | |
| **Amount Paid to Officer** | $ 1,923.08 | | | $ 1,538.46 | |
| **Wages w/ Overtime** | $7,019.68 | | | $8,230.44 | |

38   62

**Hours Worked by Officers (March 15, 2003 - March 28, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 15 | 24 | | | | |
| 16 | 24 | | | | |
| 17 | 24 | | | 24 | 24 |
| 18 | 24 | | | 24 | 24 |
| 19 | 24 | | | 24 | 24 |
| 20 | 24 | | | 24 | 24 |
| 21 | 24 | | | 24 | 24 |
| Regular Hours (paid) | 168 | | | 120 | 120 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 128 | | | 80 | 80 |
| 22 | 24 | | | | 24 |
| 23 | 24 | | | | 24 |
| 24 | 24 | | | 24 | 24 |
| 25 | 24 | | | 24 | 24 |
| 26 | | | | 24 | 24 |
| 27 | | | | 24 | 24 |
| 28 | 24 | | | 24 | 24 |
| Regular Hours (paid) | 120 | | | 120 | 168 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 80 | | | 80 | 128 |
| **Amount Paid to Officer** | $   1,923.08 | | | $   1,538.46 | $   1,442.31 |
| **Wages w/ Overtime** | $9,423.68 | | | $6,153.60 | $7,538.16 |

39 / 62

**Hours Worked by Officers (March 29, 2003 - April 11, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 29 | 24 |  |  | 24 | 24 |
| 30 | 24 |  |  | 24 | 24 |
| 31 | 24 |  |  | 24 | 24 |
| 1 |  |  |  | 24 | 24 |
| 2 |  |  |  | 24 | 24 |
| 3 |  |  |  | 24 | 24 |
| 4 |  |  |  | 24 | 24 |
| Regular Hours (paid) | 72 |  |  | 168 | 168 |
| Overtime Hours (paid) | 0 |  |  | 0 | 0 |
| Regular Hours (actual) | 24 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 48 |  |  | 128 | 128 |
| 5 |  |  |  | 24 | 24 |
| 6 | 24 |  |  | 24 | 24 |
| 7 | 24 |  |  | 24 | 24 |
| 8 | 24 |  |  | 24 | 24 |
| 9 | 24 |  |  | 24 | 24 |
| 10 | 24 |  |  | 24 | 24 |
| 11 | 8 |  |  | 24 | 24 |
| Regular Hours (paid) | 128 |  |  | 168 | 168 |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 88 |  |  | 128 | 128 |
| **Amount Paid to Officer** | $ 1,923.08 |  |  | $ 1,538.46 |  |
| **Wages w/ Overtime** | $6,442.72 |  |  | $8,922.72 | $8,922.72 |

*No pay stub, but there was a time sheet (T. Schlumbohm)
*W. McKillican was credited with only 166 hours, however, he worked 168 hours this pay period.

**Hours Worked by Officers (April 12, 2003 - April 25, 2005)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 12 | 24 | | | | 24 |
| 13 | 24 | | | | 24 |
| 14 | 24 | | | 24 | 24 |
| 15 | 24 | | | 24 | 24 |
| 16 | 24 | | | 24 | 24 |
| 17 | 24 | | | 24 | 24 |
| 18 | 24 | | | 24 | 24 |
| Regular Hours (paid) | 168 | | | 120 | 168 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 128 | | | 80 | 128 |
| 19 | 24 | | | 24 | 24 |
| 20 | 24 | | | | 24 |
| 21 | 24 | | | 24 | 24 |
| 22 | | | | 24 | 24 |
| 23 | | | | 24 | 24 |
| 24 | | | | 24 | 24 |
| 25 | | | | 24 | 24 |
| Regular Hours (paid) | 72 | | | 144 | 168 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 24 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 48 | | | 104 | 128 |
| **Amount Paid to Officer** | $  1,923.08 | | | $  1,538.46 | $  1,442.31 |
| **Wages w/ Overtime** | $7,885.12 | | | $6,845.88 | $8,922.72 |

41  62

**Hours Worked by Officers (April 26, 2003 - May 9, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 26 | | | | 24 | 24 |
| 27 | | | | 24 | 24 |
| 28 | 24 | | | 24 | 24 |
| 29 | 24 | | | 24 | 24 |
| 30 | 24 | | | | 24 |
| 1 | 24 | | | | |
| 2 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | 120 | | | 96 | 120 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 32 | 40 |
| Overtime Hours (actual) | 80 | | | 64 | 80 |
| | | | | | |
| 3 | 24 | | | | |
| 4 | 24 | | | | |
| 5 | 24 | | | 24 | |
| 6 | 24 | | | 24 | |
| 7 | 24 | | | 24 | |
| 8 | 24 | | | 24 | |
| 9 | 24 | | | 24 | 24 |
| | | | | | |
| Regular Hours (paid) | 168 | | | 120 | 24 |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 8 |
| Overtime Hours (actual) | 128 | | | 80 | 16 |
| | | | | | |
| **Amount Paid to Officer** | $  1,923.08 | | | $  1,538.46 | $   1,442.31 |
| **Wages w/ Overtime** | $9,423.68 | | | $5,538.24 | $3,692.16 |

*T. Schlumbohm actually worked 78 hours this pay period, but was credited with 80 hours.

**Hours Worked by Officers (May 10, 2003 - May 23, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 10 | 24 | | | | 24 |
| 11 | 24 | | | | 24 |
| 12 | 24 | | | | 24 |
| 13 | 24 | | | 24 | 24 |
| 14 | 24 | | | 24 | 24 |
| 15 | 24 | | | 24 | 24 |
| 16 | 24 | | | 24 | 24 |
| Regular Hours (paid) | 168 | | | 96 | 168 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 32 | 40 |
| Overtime Hours (actual) | 128 | | | 64 | 128 |
| 17 | 24 | | | 24 | 24 |
| 18 | | | | 24 | 24 |
| 19 | | | | 24 | 24 |
| 20 | | | | 24 | 24 |
| 21 | | | | 24 | 24 |
| 22 | | | | 24 | 24 |
| 23 | | | | 24 | 24 |
| Regular Hours (paid) | 24 | | | 168 | 168 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 8 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 16 | | | 128 | 128 |
| **Amount Paid to Officer** | $  1,923.08 | | | $      1,538.46 | $       1,442.31 |
| **Wages w/ Overtime** | $6,346.56 | | | $6,922.80 | $8,922.72 |

*Credited with 96 hours worked (Reginald)

**Hours Worked by Officers (May 24, 2003 - June 6, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 24 | | | | 24 | |
| 25 | | | | 24 | |
| 26 | | | | 24 | |
| 27 | 24 | | | 24 | |
| 28 | 24 | | | | |
| 29 | 24 | | | | |
| 30 | 24 | | | | |
| Regular Hours (paid) | 96 | | | 96 | 0 |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 32 | 0 | 0 | 32 | 0 |
| Overtime Hours (actual) | 64 | | | 64 | 0 |
| 31 | 24 | | | | 24 |
| 1 | 24 | | | | 24 |
| 2 | 24 | | | | 24 |
| 3 | 24 | | | | 24 |
| 4 | 24 | | | 24 | 24 |
| 5 | 24 | | | 24 | 24 |
| 6 | 24 | | | 24 | 24 |
| Regular Hours (paid) | 168 | | | 72 | 168 |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 24 | 40 |
| Overtime Hours (actual) | 128 | | | 48 | 128 |
| **Amount Paid to Officer** | $ 1,923.08 | | | $ 1,538.46 | $ 1,442.31 |
| **Wages w/ Overtime** | $8,654.40 | | | $4,307.52 | $4,461.36 |

44   1   62

**Hours Worked by Officers (June 7, 2003 - June 20, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 7 | 24 |  |  | 24 | 24 |
| 8 | 24 |  |  | 24 | 24 |
| 9 | 24 |  |  | 24 | 24 |
| 10 | 24 |  |  | 24 | 24 |
| 11 | 24 |  |  | 24 | 24 |
| 12 | 24 |  |  | 24 | 24 |
| 13 |  |  |  | 24 | 24 |
| Regular Hours (paid) | 144 |  |  | 168 | 168 |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 104 |  |  | 128 | 128 |
| 14 |  |  |  | 24 | 24 |
| 15 |  |  |  | 24 | 24 |
| 16 |  |  |  | 24 |  |
| 17 |  |  |  | 24 |  |
| 18 |  |  |  | 24 |  |
| 19 | 24 |  |  |  |  |
| 20 | 24 |  |  |  |  |
| Regular Hours (paid) | 48 |  |  | 120 | 48 |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 16 | 0 | 0 | 40 | 16 |
| Overtime Hours (actual) | 32 |  |  | 80 | 32 |
| **Amount Paid to Officer** | $   1,923.08 |  |  | $     1,538.46 | $      1,442.31 |
| **Wages w/ Overtime** | $6,250.40 |  |  | $7,538.16 | $5,692.08 |

*W. McKillican was credited with 132 hours for this pay period, however, he worked 144 hours.

**Hours Worked by Officers (June 21, 2003 - July 4, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 21 | 24 | | | | |
| 22 | 24 | | | | |
| 23 | 24 | | | | 24 |
| 24 | 24 | | | | 24 |
| 25 | 24 | | | | 24 |
| 26 | 24 | | | | 24 |
| 27 | 24 | | | | 24 |
| | | | | | 24 |
| Regular Hours (paid) | 168 | | | | 144 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 40 |
| Overtime Hours (actual) | 128 | | | | 104 |
| | | | | | |
| 28 | 24 | | | | 24 |
| 29 | 24 | | | | 24 |
| 30 | 24 | 24 | | | 24 |
| 1 | 24 | 24 | | | 24 |
| 2 | 24 | 24 | | | 24 |
| 3 | 24 | 24 | | | 24 |
| 4 | 24 | 24 | | | 24 |
| | | | | | |
| Regular Hours (paid) | 168 | 120 | | | 168 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 128 | 80 | | | 128 |
| | | | | | |
| **Amount Paid to Officer** | $   1,923.08 | $  1,442.31 | | | $     1,538.46 |
| **Wages w/ Overtime** | $11,154.56 | $3,076.80 | | | $8,230.44 |

46  62

### Hours Worked by Officers (July 5, 2003 - July 18, 2003)
### *Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 5 | 24 | 24 | | | 24 |
| 6 | 24 | 24 | | | 24 |
| 7 | 24 | | | | 24 |
| 8 | 24 | | | | 24 |
| 9 | | | | | 24 |
| 10 | | | | | 24 |
| 11 | | | | | 24 |
| | | | | | |
| Regular Hours (paid) | 96 | 48 | | | 168 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 32 | 16 | 0 | 0 | 40 |
| Overtime Hours (actual) | 64 | 32 | | | 128 |
| | | | | | |
| 12 | | | | | 24 |
| 13 | | | | | |
| 14 | | | | | |
| 15 | 24 | | | | |
| 16 | 24 | | | | |
| 17 | 24 | | | | |
| 18 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | 96 | | | | 24 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 32 | 0 | 0 | 0 | 8 |
| Overtime Hours (actual) | 64 | | | | 16 |
| | | | | | |
| **Amount Paid to Officer** | $ 1,923.08 | $  432.48 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $6,154.24 | $307.68 | | | $5,076.72 |

47  62

**Hours Worked by Officers (July 19, 2003 - August 1, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 19 | 24 | | | | 24 |
| 20 | 24 | | | | 24 |
| 21 | 24 | | | | 24 |
| 22 | 24 | | | | 24 |
| 23 | 24 | | | | 24 |
| 24 | 24 | | | | 24 |
| 25 | 24 | | | | 24 |
| Regular Hours (paid) | 168 | 0 | | | 168 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 40 |
| Overtime Hours (actual) | 128 | | | | 128 |
| 26 | 24 | 24 | | | 24 |
| 27 | 24 | | | | 24 |
| 28 | 24 | 24 | | | 24 |
| 29 | 24 | 24 | | | 24 |
| 30 | 24 | 24 | | | 24 |
| 31 | 24 | 24 | | | 24 |
| 1 | | 24 | | | 24 |
| Regular Hours (paid) | 144 | 144 | | | 168 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 104 | 104 | | | 128 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,342.49 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $10,289.12 | $3,769.08 | | | $8,922.72 |

of 152 hours this pay period, but was given credit for 156.

**.5 hours this pay period, but he actually worked 80.5 hours.**

48  1
62

**Hours Worked by Officers (August 2, 2003 - August 15, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 2 | Annual Leave | | | | 24 |
| 3 | Annual Leave | | | | 24 |
| 4 | Annual Leave | 24 | | | 24 |
| 5 | Annual Leave | 24 | | | 24 |
| 6 | Annual Leave | 24 | | | 24 |
| 7 | Annual Leave | 24 | | | 24 |
| 8 | Annual Leave | 24 | | | 24 |
| Regular Hours (paid) | 40 | 120 | | | 168 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | | 80 | | | 128 |
| 9 | Annual Leave | 24 | | | 24 |
| 10 | Annual Leave | 24 | | | 24 |
| 11 | Annual Leave | 24 | | | 24 |
| 12 | Annual Leave | | | | 24 |
| 13 | Annual Leave | | | | 24 |
| 14 | Annual Leave | | | | 24 |
| 15 | Annual Leave | | | | 24 |
| Regular Hours (paid) | 40 | 72 | | | 168 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 24 | 0 | 0 | 40 |
| Overtime Hours (actual) | | 48 | | | 128 |
| **Amount Paid to Officer** | $    1,923.08 | $   1,442.31 | | $    1,538.46 | |
| **Wages w/ Overtime** | $1,923.20 | $4,922.88 | | $8,922.72 | |

5 hours worked, however, he worked 131 hours this pay period.

EXHIBIT 1
PAGE 49 OF 62

### Hours Worked by Officers (August 16, 2003 - August 29, 2003)
### *Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 16 | | | | | 24 |
| 17 | | | | | 24 |
| 18 | | 24 | | | 24 |
| 19 | 24 | 24 | | | 24 |
| 20 | 24 | 24 | | | 24 |
| 21 | 24 | 24 | | | 24 |
| 22 | 24 | 24 | | | 24 |
| Regular Hours (paid) | 96 | 120 | | | 168 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 32 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 64 | 80 | | | 128 |
| 23 | 24 | 24 | | | 24 |
| 24 | 24 | 24 | | | 24 |
| 25 | 24 | 24 | | | 24 |
| 26 | 24 | 24 | | | 24 |
| 27 | 24 | 24 | | | 24 |
| 28 | 24 | 24 | | | 24 |
| 29 | 24 | 24 | | | |
| Regular Hours (paid) | 168 | 168 | | | 144 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 128 | 128 | | | 104 |
| **Amount Paid to Officer** | $  1,923.08 | $  1,442.31 | | | $    1,538.46 |
| **Wages w/ Overtime** | $8,654.40 | $7,538.16 | | | $8,230.44 |

*C. Deleon was credited with 189.5 hours worked, however, he only worked 187.75 hours this pay period.

EXHIBIT /
PAGE 50 OF 62

**Hours Worked by Officers (August 30, 2003 - September 12, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 30 | 24 | | | | |
| 31 | 24 | | | | |
| 1 | 24 | | | | |
| 2 | 24 | | | | |
| 3 | 24 | | | | |
| 4 | 24 | | | | |
| 5 | 24 | | | | |
| Regular Hours (paid) | 168 | 0 | | | 0 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | | | | |
| 6 | 24 | 24 | | | |
| 7 | | 24 | | | 24 |
| 8 | | 24 | | | 24 |
| 9 | | 24 | | | 24 |
| 10 | | 24 | | | 24 |
| 11 | | 24 | | | 24 |
| 12 | | | | | 24 |
| Regular Hours (paid) | 24 | | | | 144 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 8 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 16 | 104 | | | 104 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,442.31 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $6,346.56 | $3,769.08 | | | $3,769.08 |

**Hours Worked by Officers (September 13, 2003 - September 26, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 13 | | 24 | | | 24 |
| 14 | 24 | 24 | | | 24 |
| 15 | 24 | 24 | | | 24 |
| 16 | 24 | 24 | | | 24 |
| 17 | 24 | | | | 24 |
| 18 | 24 | | | | 24 |
| 19 | 24 | 24 | | | 24 |
| Regular Hours (paid) | 144 | 120 | | | 168 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 104 | 80 | | | 128 |
| 20 | 24 | 24 | | | |
| 21 | 24 | | | | |
| 22 | 24 | 24 | | | |
| 23 | 24 | 24 | | | |
| 24 | 24 | | | | |
| 25 | 24 | | | | |
| 26 | 24 | 24 | | | 24 |
| Regular Hours (paid) | 168 | 96 | | | 24 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 32 | 0 | 0 | 8 |
| Overtime Hours (actual) | 128 | 64 | | | 16 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,235.77 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $10,289.12 | $5,538.24 | | | $5,076.72 |

EXHIBIT 1
PAGE 52 OF 62

**Hours Worked by Officers (September 27, 2003 - October 10, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 27 | | | | | 24 |
| 28 | 24 | 24 | | | 24 |
| 29 | 24 | 24 | | | 24 |
| 30 | 24 | 24 | | | 24 |
| 1 | | 24 | | | 24 |
| 2 | | 24 | | | 24 |
| 3 | | 24 | | | 24 |
| Regular Hours (paid) | 72 | 144 | | | 168 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 24 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 48 | 104 | | | 128 |
| 4 | | 24 | | | 24 |
| 5 | 24 | 24 | | | 24 |
| 6 | 24 | 24 | | | 24 |
| 7 | 24 | 24 | | | 24 |
| 8 | 24 | 24 | | | 24 |
| 9 | 24 | 24 | | | 24 |
| 10 | 24 | 24 | | | 24 |
| Regular Hours (paid) | 144 | 168 | | | 168 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 104 | 128 | | | 128 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,538.46 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $7,019.68 | $8,230.44 | | | $8,922.72 |

**Hours Worked by Officers (October 11, 2003 - October 24, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 11 | | | | | |
| 12 | | | | | |
| 13 | | 24 | | | |
| 14 | | 24 | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| Regular Hours (paid) | | 48 | | | 0 |
| Overtime Hours (paid) | | 0 | | | 0 |
| Regular Hours (actual) | 0 | 16 | 0 | 0 | 0 |
| Overtime Hours (actual) | | 32 | | | |
| 18 | | | | | |
| 19 | 24 | 24 | | | 24 |
| 20 | 24 | 24 | | | 24 |
| 21 | | 24 | | | 24 |
| 22 | 24 | 24 | | | 24 |
| 23 | | 24 | | | 24 |
| 24 | 24 | 24 | | | 24 |
| Regular Hours (paid) | 38 | 144 | | | 144 |
| Overtime Hours (paid) | 0 | 0 | | | |
| Regular Hours (actual) | 32 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 64 | 104 | | | 104 |
| **Amount Paid to Officer** | $  1,923.08 | | | $ | 1,538.46 |
| **Wages w/ Overtime** | $3,077.12 | $4,999.80 | | | $3,769.08 |

·f work, however, he only worked 104 hours during this pay period.

EXHIBIT    1
PAGE 54 OF 62

**Hours Worked by Officers (October 25, 2003 - November 7, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 25 | | 24 | | | 24 |
| 26 | | 24 | | | 24 |
| 27 | 24 | 24 | | | 24 |
| 28 | | 24 | | | 24 |
| 29 | | 24 | | | 24 |
| 30 | | 24 | | | 24 |
| 31 | 24 | 24 | | | 24 |
| egular Hours (pai | 48 | 168 | | | 168 |
| rertime Hours (paid) | | 0 | | | 0 |
| gular Hours (actu | 16 | 40 | 0 | 0 | 40 |
| ertime Hours (act | 32 | 128 | | | 128 |
| 1 | | 24 | | | 24 |
| 2 | 24 | 24 | | | 24 |
| 3 | 24 | 24 | | | 24 |
| 4 | 24 | 24 | | | 24 |
| 5 | 24 | 24 | | | 24 |
| 6 | 24 | 24 | | | 24 |
| 7 | 24 | 24 | | | 24 |
| egular Hours (pai | 144 | 168 | | | 168 |
| rertime Hours (paid) | | | | | 0 |
| gular Hours (actu | 40 | 40 | 0 | 0 | 40 |
| ertime Hours (act | 104 | 128 | | | 128 |
| ount Paid to Offi | $ 1,923.08 | $ 1,538.46 | | $ | 1,538.46 |
| /ages w/ Overtin | $6,250.40 | $8,922.72 | | | $8,922.72 |

*T. Schlumbohm was credited with 188 hours for this pay period, however, he only worked 168 hours.
s for this pay period, however, he only worked 168 hours.

EXHIBIT 1
PAGE 55 OF 62

**Hours Worked by Officers (November 8, 2003 - November 21, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 8 | 24 |  |  |  |  |
| 9 | 24 | 24 |  |  | 24 |
| 10 | 24 | 24 |  |  | 24 |
| 11 | 24 |  |  |  |  |
| 12 | 24 |  |  |  |  |
| 13 | 24 |  |  |  |  |
| 14 | 24 |  |  |  |  |
| Regular Hours (paid) |  | 48 |  |  | 48 |
| Overtime Hours (paid) |  | 0 |  |  | 0 |
| Regular Hours (actual) | 40 | 16 | 0 | 0 | 16 |
| Overtime Hours (actual) | 128 | 32 |  |  | 32 |
| 15 | 24 |  |  |  |  |
| 16 | 24 | 24 |  |  |  |
| 17 | 24 | 24 |  |  | 24 |
| 18 | 24 | 24 |  |  | 24 |
| 19 | 24 | 24 |  |  | 24 |
| 20 | 24 | 24 |  |  | 24 |
| 21 |  | 24 |  |  | 24 |
| Regular Hours (paid) | 156 | 144 |  |  | 120 |
| Overtime Hours (paid) | 0 | 0 |  |  | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 104 | 104 |  |  | 80 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,538.46 |  | $ | 1,538.46 |
| **Wages w/ Overtime** | $10,289.12 | $4,999.80 |  |  | $4,307.52 |

**Hours Worked by Officers (November 22, 2003 - December 5, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 22 | 24 | 24 | | | 24 |
| 23 | 24 | 24 | | | 24 |
| 24 | | 24 | | | 24 |
| 25 | | 24 | | | 24 |
| 26 | | 24 | | | 24 |
| 27 | | 24 | | | 24 |
| 28 | | 24 | | | 24 |
| | | | | | |
| Regular Hours (paid) | | 168 | | | 168 |
| Overtime Hours (paid) | | 0 | | | 0 |
| Regular Hours (actual) | 16 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 32 | 128 | | | 128 |
| | | | | | |
| 29 | | 24 | | | 24 |
| 30 | 24 | 24 | | | 24 |
| 31 | | | | | |
| 1 | 24 | | | | |
| 2 | 24 | | | | |
| 3 | 24 | | | | |
| 4 | 24 | | | | |
| 5 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | 120 | 48 | | | 48 |
| Overtime Hours (paid) | 0 | 0 | | | |
| Regular Hours (actual) | 40 | 16 | 0 | 0 | 16 |
| Overtime Hours (actual) | 104 | 24 | | | 24 |
| | | | | | |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,538.46 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $6,250.40 | $5,461.32 | | | $5,461.32 |

PAGE 57 of 62

**Hours Worked by Officers (December 6, 2003, December 19, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 6 |  |  |  |  |  |
| 7 |  |  |  |  | 24 |
| 8 |  |  |  |  | 24 |
| 9 | 24 |  |  |  | 24 |
| 10 | 24 |  |  |  | 24 |
| 11 | 24 | 24 |  |  | 24 |
| 12 | 24 | 24 |  |  | 24 |
| Regular Hours (paid) | 96 | 48 |  |  | 144 |
| Overtime Hours (paid) | 0 | 0 |  |  |  |
| Regular Hours (actual) | 32 | 16 | 0 | 0 | 40 |
| Overtime Hours (actual) | 64 | 32 |  |  | 104 |
| 13 | 24 | 24 |  |  | 24 |
| 14 | 24 | 24 |  |  | 24 |
| 15 | 24 | 24 |  |  | 24 |
| 16 | 24 | 24 |  |  | 24 |
| 17 | 24 | 24 |  |  | 24 |
| 18 | 24 | 24 |  |  | 24 |
| 19 | 24 | 24 |  |  | 24 |
| 20 | 24 | 24 |  |  | 24 |
| 21 | 24 | 24 |  |  |  |
|  |  |  |  |  | 192 |
| Regular Hours (paid) | 180* | 216 |  |  |  |
| Overtime Hours (paid) | 0 | 0 |  |  |  |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 160 | 160 |  |  | 136 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,538.46 |  | $ | 1,538.46 |
| **Wages w/ Overtime** | $9,808.32 | $6,615.12 |  |  | $8,461.20 |

ısted to 104 hours by F.C. while Mr. Fleming was absent
: for 215 hours this pay period, however, he worked 218 hours.

**Hours Worked by Officers (December 20, 2003 - January 2, 2004)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 20 | | 24 | | | 24 |
| 21 | | 24 | | | |
| 22 | | 24 | | | |
| 23 | | 24 | | | |
| 24 | | 24 | | | 24 |
| 25 | 24 | | | | |
| 26 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | | 120 | | | 48 |
| Overtime Hours (paid) | | 0 | | | 0 |
| Regular Hours (actual) | 16 | 40 | 0 | 0 | 16 |
| Overtime Hours (actual) | 32 | 80 | | | 32 |
| | | | | | |
| 27 | 24 | | | | |
| 28 | 24 | | | | |
| 29 | 24 | | | | 24 |
| 30 | 24 | | | | 24 |
| 31 | 24 | | | | 24 |
| 1 | 24 | | | | 24 |
| 2 | 24 | 24 | | | 24 |
| | | | | | |
| Regular Hours (paid) | 108 | 24 | | | 120 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 8 | 0 | 0 | 40 |
| Overtime Hours (actual) | 128 | 16 | | | 80 |
| | | | | | |
| **Amount Paid to Officer** | $  1,923.08 | $  1,538.46 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $7,115.84 | $3,692.16 | | | $4,307.52 |

*C. Deleon was credited with only 72 hours worked, however, he worked 74 hours this pay period.

**Hours Worked by Officers (January 3, 2004 - January 16, 2004)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 3 |  | 24 |  |  | 24 |
| 4 |  | 24 |  |  | 24 |
| 5 |  | 24 |  |  | 24 |
| 6 |  | 24 |  |  | 24 |
| 7 |  | 24 |  |  | 24 |
| 8 |  | 24 |  |  | 24 |
| 9 |  | 24 |  |  | 24 |
| Regular Hours (paid) | 0 | 168 |  |  | 168 |
| Overtime Hours (paid) | 0 | 0 |  |  | 0 |
| Regular Hours (actual) | 0 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) |  | 128 |  |  | 128 |
| 10 | 24 | 24 |  |  |  |
| 11 | 24 | 24 |  |  |  |
| 12 |  | 24 |  |  | 24 |
| 13 | 24 | 24 |  |  | 24 |
| 14 |  |  |  |  | 24 |
| 15 |  | 24 |  |  |  |
| 16 |  | 24 |  |  | 24 |
| Regular Hours (paid) | 72 | 144 |  |  | 96 |
| Overtime Hours (paid) | 0 | 0 |  |  | 0 |
| Regular Hours (actual) | 24 | 40 | 0 | 0 | 32 |
| Overtime Hours (actual) | 48 | 104 |  |  | 64 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,538.46 |  | $ | 1,538.46 |
| **Wages w/ Overtime** | $2,307.84 | $8,230.44 |  |  | $6,922.80 |

**Hours Worked by Officers (January 17, 2004 - January 30, 2004)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 17 | | | | | |
| 18 | | 24 | | | |
| 19 | | 24 | | | |
| 20 | 24 | 24 | | | |
| 21 | 24 | 24 | | | |
| 22 | 24 | 24 | | | |
| 23 | 24 | 24 | | | |
| | | | | | |
| Regular Hours (paid) | | 144 | | | |
| Overtime Hours (paid) | | 0 | | | |
| Regular Hours (actual) | 32 | 40 | 0 | 0 | 0 |
| Overtime Hours (actual) | 64 | 104 | | | |
| | | | | | |
| 24 | 24 | 24 | | | |
| 25 | 24 | 24 | | | |
| 26 | 24 | 24 | | | |
| 27 | 24 | 24 | | | |
| 28 | 24 | | | | |
| 29 | 24 | | | | |
| 30 | 24 | | | | |
| | | | | | |
| Regular Hours (paid) | 144 | 96 | | | |
| Overtime Hours (paid) | 0 | 0 | | | |
| Regular Hours (actual) | 40 | 32 | 0 | 0 | 0 |
| Overtime Hours (actual) | 128 | 64 | | | |
| | | | | | |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,538.46 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $8,654.40 | $6,230.52 | | | $0.00 |

*Theoritical Wages from on call hours* (handwritten)

**Hours Worked by Officers (January 31, 2004 - February 13, 2004)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 31 | 24 | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | 24 |
| 4 | | | | | 24 |
| 5 | | | | | 24 |
| 6 | | | | | 24 |
| Regular Hours (paid) | 24 | | | | 96 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 8 | 0 | 0 | 0 | 32 |
| Overtime Hours (actual) | 16 | | | | 64 |
| 7 | | | | | 24 |
| 8 | | | | | 24 |
| 9 | | | | | 24 |
| 10 | | 24 | | | 24 |
| 11 | | 24 | | | |
| 12 | | 24 | | | |
| 13 | | 24 | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | 24 | | | |
| Regular Hours (paid) | | 120 | | | 96 |
| Overtime Hours (paid) | | 0 | | | 0 |
| Regular Hours (actual) | 0 | 40 | 0 | 0 | 32 |
| Overtime Hours (actual) | | 80 | | | 12 |
| **Amount Paid to Officer** | | $ 769.20 | $ 1,442.31 | | $ 1,538.46 |
| **Wages w/ Overtime** | $769.28 | $3,076.80 | $0.00 | | $3,422.94 |

*T. Schlumbohm received $1,538.46 for 80 hours of vacation (check 128) and received $1,124.96 for 58.5 hours of vacation at $19.23 per hour (check 129)

*C. Deleon received $1,538.46 for 120 hours of work (check 124), $1,538.46 for 88.64 hours of vacation time (check 125), $769.20 for 40 hours of work at $19.23 per hour (check 126)

62  62 (handwritten)