EXHIBIT B

TO

RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS

TO PLAINTIFF REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS

HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM

EXHIBIT ᴅ
PAGE 1  OF 63

Exhibit 2
Page 2 of 63

**Hours Worked by Officers (October 27, 2001 - November 9, 2001)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 27 | | | | | |
| 28 | | | | | |
| 29 | 8 | | | | |
| 30 | 8 | | | | |
| 31 | 8 | | | | |
| 1 | 8 | | | | |
| 2 | 8 | | | | |
| Regular Hours (paid) | 40 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 | 0 | 0 | 0 | 0 |
| 3 | | | | | |
| 4 | | | | | |
| 5 | 3 | | | | |
| 6 | 8 | | | | |
| 7 | 8 | | | | |
| 8 | 8 | | | | |
| 9 | 6 | | | | |
| Regular Hours (paid) | 33 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 33 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 | | | | |
| **Amount Paid to Officer** | $    961.54 | | | | |
| **Wages w/ Overtime** | $1,754.92 | | | | |

2
3 63

**Hours Worked by Officers (November 10, 2001 - November 23, 2001)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 10 | 11 | | | | |
| 11 | 18 | | | | |
| 12 | 8 | | | | |
| 13 | 8 | | | | |
| 14 | 8 | | | | |
| 15 | 8 | | | | |
| 16 | 8 | | | | |
| | | | | | |
| Regular Hours (paid) | 69 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 29 | | | | |
| | | | | | |
| 17 | 8 | | | | |
| 18 | | | | | |
| 19 | 8 | | | | |
| 20 | 8 | | | | |
| 21 | 8 | | | | |
| 22 | 8 | | | | |
| 23 | 8 | | | | |
| | | | | | |
| Regular Hours (paid) | 48 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 8 | | | | |

**Amount Paid to Officer** $   1,923.08
**Wages w/ Overtime**        $3,257.42

EXHIBIT 2
PAGE 4 OF 63

**Hours Worked by Officers (November 24, 2001 - December 7, 2001)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 24 | | | | | |
| 25 | | | | | |
| 26 | 8 | | | | |
| 27 | 8 | | | | |
| 28 | 8 | | | | |
| 29 | 8 | | | | |
| 30 | 8 | | | | |
| Regular Hours (paid) | 40 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 | | | | |
| 1 | 15 | | | | |
| 2 | 11 | | | | |
| 3 | 10 | | | | |
| 4 | | | | | |
| 5 | 2 | | | | |
| 6 | 8 | | | | |
| 7 | 5 | | | | |
| Regular Hours (paid) | 51 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 39 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 12 | | | | |
| **Amount Paid to Officer** | $   1,923.08 | | | | |
| **Wages w/ Overtime** | $2,331.88 | | | | |

EXHIBIT  2
PAGE  5  OF  63

**Hours Worked by Officers (December 15, 2001 - December 28, 2001)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| Regular Hours (paid) | 0 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 0 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| Regular Hours (paid) | 0 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 0 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 | | | | |
| **Amount Paid to Officer** | $ 1,923.08 | | | | |
| **Wages w/ Overtime** | $0.00 | | | | |

*Only credited with working 128 hours this pay period (Reginald)

EXHIBIT  2
PAGE  6  OF 63

### Hours Worked by Officers (December 22, 2001 - January 4, 2002)
### *Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 22 |  |  |  |  |  |
| 23 | 10 |  |  |  |  |
| 24 | 10 |  |  |  |  |
| 25 | 8 |  |  |  |  |
| 26 | 8 |  |  |  |  |
| 27 | 10 |  |  |  |  |
| 28 | 14 |  |  |  |  |
| Regular Hours (paid) | 60 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 20 |  |  |  |  |
| 29 | 8 |  |  |  |  |
| 30 | 10 |  |  |  |  |
| 31 | 10 |  |  |  |  |
| 1 | 11 |  |  |  |  |
| 2 | 12 |  |  |  |  |
| 3 | 14 |  |  |  |  |
| 4 | 8 |  |  |  |  |
| Regular Hours (paid) | 73 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 33 |  |  |  |  |
| **Amount Paid to Officer** $ | 1,923.08 |  |  |  |  |
| **Wages w/ Overtime** | $3,834.38 |  |  |  |  |

*Credited for 133 hours time this period rather than 125 (Reginald)

EXHIBIT 2
PAGE 7 OF 63

### Hours Worked by Officers (January 5, 2002 - January 18, 2002)
#### Fleming v. City of Fort Yukon

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 5 | | | | | |
| 6 | | | | | |
| 7 | 10 | | | | |
| 8 | 10 | | | | |
| 9 | 10 | | | | |
| 10 | 11 | | | | |
| 11 | 8 | | | | |
| Regular Hours (paid) | 49 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 9 | | | | |
| 12 | 6 | | | | |
| 13 | 6 | | | | |
| 14 | 10 | | | | |
| 15 | 8 | | | | |
| 16 | 8 | | | | |
| 17 | 15 | | | | |
| 18 | 15 | | | | |
| Regular Hours (paid) | 68 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 28 | | | | |
| **Amount Paid to Officer** | $ 1,923.08 | | | | |
| **Wages w/ Overtime** | $3,257.42 | | | | |

*Only credited with 105 hours of work for this pay period (Reginald)

**Hours Worked by Officers (January 19, 2002 - February 1, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 19 | 10 | | | | |
| 20 | 8 | | | | |
| 21 | 8 | | | | |
| 22 | 10 | | | | |
| 23 | 12 | | | | |
| 24 | 10 | | | | |
| 25 | 10 | | | | |
| | | | | | |
| Regular Hours (paid) | 68 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 28 | | | | |
| | | | | | |
| 26 | 10 | | | | |
| 27 | 12 | | | | |
| 28 | 10 | | | | |
| 29 | 8 | | | | |
| 30 | 10 | | | | |
| 31 | 10 | | | | |
| 1 | 10 | | | | |
| | | | | | |
| Regular Hours (paid) | 70 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 30 | | | | |

**Amount Paid to Officer** $   1,923.08
**Wages w/ Overtime**      $4,014.68

*Only credited with working 128 hours this pay period (Reginald)

**Hours Worked by Officers (January 16, 2002 - February 8, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 26 | 12 | | | | |
| 27 | 8 | | | | |
| 28 | 10 | | | | |
| 29 | 8 | | | | |
| 30 | 8 | | | | |
| 31 | 10 | | | | |
| 1 | 12 | | | | |
| Regular Hours (paid) | 68 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 28 | | | | |
| 2 | 10 | | | | |
| 3 | 10 | | | | |
| 4 | 12 | | | | |
| 5 | 9 | | | | |
| 6 | 8 | | | | |
| 7 | 10 | | | | |
| 8 | 12 | | | | |
| Regular Hours (paid) | 71 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 31 | | | | |
| **Amount Paid to Officer** | $   1,923.08 | | | | |
| **Wages w/ Overtime** | $4,050.74 | | | | |

*No pay stub, but timesheet (Reginald)

**Hours Worked by Officers (February 2, 2002 - February 15, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| Regular Hours (paid) | 0 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 0 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| Regular Hours (paid) | 0 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 0 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 | | | | |
| **Amount Paid to Officer** | $  1,923.08 | | | | |
| **Wages w/ Overtime** | 0 | | | | |

*No time sheet, but pay stub (Reginald)

EXHIBIT 2
PAGE 11 of 63

### Hours Worked by Officers (February 16, 2002 - March 1, 2002)
#### Fleming v. City of Fort Yukon

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 16 | 10 | | | | |
| 17 | 10 | | | | |
| 18 | 8 | | | | |
| 19 | 8 | | | | |
| 20 | 10 | | | | |
| 21 | 8 | | | | |
| 22 | 10 | | | | |
| Regular Hours (paid) | 64 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 24 | | | | |
| 23 | | | | | |
| 24 | 8 | | | | |
| 25 | 10 | | | | |
| 26 | 12 | | | | |
| 27 | 10 | | | | |
| 28 | 10 | | | | |
| 1 | 12 | | | | |
| Regular Hours (paid) | 62 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 22 | | | | |

**Amount Paid to Officer** $  1,923.08
**Wages w/ Overtime**    $3,581.96

*Only credited with 114 hours of work this period (Reginald)

2
12 - 63

**Hours Worked by Officers (March 2, 2002 - March 15, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 2 | 16 | | | | |
| 3 | 8 | | | | |
| 4 | 14 | | | | |
| 5 | 10 | | | | |
| 6 | 12 | | | | |
| 7 | | | | | |
| 8 | 8 | | | | |
| Regular Hours (paid) | 68 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 28 | | | | |
| 9 | 8 | | | | |
| 10 | 8 | | | | |
| 11 | 8 | | | | |
| 12 | 16 | | | | |
| 13 | 16 | | | | |
| 14 | 16 | | | | |
| 15 | 12 | | | | |
| Regular Hours (paid) | 84 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 44 | | | | |
| **Amount Paid to Officer** | $   1,923.08 | | | | |
| **Wages w/ Overtime** | $4,519.52 | | | | |

*Was only credited with 142 hours of work this pay period (Reginald)

## Hours Worked by Officers (March 16, 2002 - March 29, 2002)
### *Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 16 | 10 | | | | |
| 17 | 12 | | | | |
| 18 | 16 | | | | |
| 19 | 16 | | | | |
| 20 | 16 | | | | |
| 21 | 16 | | | | |
| 22 | 16 | | | | |
| | | | | | |
| Regular Hours (paid) | 102 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 62 | | | | |
| | | | | | |
| 23 | 16 | | | | |
| 24 | 20 | | | | |
| 25 | 8 | | | | |
| 26 | 16 | | | | |
| 27 | 12 | | | | |
| 28 | | | | | |
| 29 | | | | | |
| | | | | | |
| Regular Hours (paid) | 72 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 32 | | | | |

**Amount Paid to Officer** $   1,923.08
**Wages w/ Overtime**    $5,312.84

*Only credited with 134 hours for this pay period (Reginald)

EXHIBIT 2
PAGE 14 OF 63

## Hours Worked by Officers (March 30, 2002 - April 12, 2002)
### Fleming v. City of Fort Yukon

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 30 |  |  |  |  |  |
| 31 |  |  |  |  |  |
| 1 | 8 |  |  |  |  |
| 2 | 8 |  |  |  |  |
| 3 | 8 |  |  |  |  |
| 4 | 8 |  |  |  |  |
| 5 | 8 |  |  |  |  |
| Regular Hours (paid) | 40 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 0 |  |  |  |  |
| 6 | 10 |  |  |  |  |
| 7 | 12 |  |  |  |  |
| 8 | 8 |  |  |  |  |
| 9 | 8 |  |  |  |  |
| 10 | 8 |  |  |  |  |
| 11 | 8 |  |  |  |  |
| 12 | 8 |  |  |  |  |
| Regular Hours (paid) | 62 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 22 |  |  |  |  |
| **Amount Paid to Officer** | $ 1,923.08 |  |  |  |  |
| **Wages w/ Overtime** | $2,716.52 |  |  |  |  |

EXHIBIT 2
PAGE 15 OF 63

**Hours Worked by Officers (April 13, 2002 - April 26, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 13 | 8 | | | | |
| 14 | 8 | | | | |
| 15 | 8 | | | | |
| 16 | 10 | | | | |
| 17 | 8 | | | | |
| 18 | 10 | | | | |
| 19 | 12 | | | | |
| Regular Hours (paid) | 64 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 24 | | | | |
| 20 | 12 | | | | |
| 21 | 12 | | | | |
| 22 | 8 | | | | |
| 23 | 8 | | | | |
| 24 | 12 | | | | |
| 25 | 12 | | | | |
| 26 | | | | | |
| Regular Hours (paid) | 64 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 24 | | | | |

**Amount Paid to Officer** $  1,923.08
**Wages w/ Overtime**   $3,654.08

*No pay stub in file for this pay period (Reginald)

EXHIBIT 2
PAGE 16 OF 63

**Hours Worked by Officers (April 27, 2002 - May 10, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 27 | 10 | | | | |
| 28 | 10 | | | | |
| 29 | 10 | | | | |
| 30 | 8 | | | | |
| 1 | 8 | | | | |
| 2 | 4 | | | | |
| 3 | 6 | | | | |
| Regular Hours (paid) | 56 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 16 | | | | |
| 4 | 8 | | | | |
| 5 | 8 | | | | |
| 6 | 10 | | | | |
| 7 | 10 | | | | |
| 8 | 8 | | | | |
| 9 | 10 | | | | |
| 10 | | | | | |
| Regular Hours (paid) | 54 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 14 | | | | |

**Amount Paid to Officer** $  1,923.08
**Wages w/ Overtime**   $3,005.00

EXHIBIT 2
PAGE 17 OF 63

## Hours Worked by Officers (May 11, 2002 - May 24, 2002)
### *Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 11 | 14 |  |  |  |  |
| 12 | 16 |  |  |  |  |
| 13 | 8 |  |  |  |  |
| 14 | 8 |  |  |  |  |
| 15 | 8 |  |  |  |  |
| 16 |  |  |  |  |  |
| 17 |  |  |  |  |  |
| Regular Hours (paid) | 54 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 14 |  |  |  |  |
| 18 |  |  |  |  |  |
| 19 |  |  |  |  |  |
| 20 |  |  |  |  |  |
| 21 |  |  |  |  |  |
| 22 |  |  |  |  |  |
| 23 | 11 |  |  |  |  |
| 24 | 12 |  |  |  |  |
| Regular Hours (paid) | 23 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 16 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 7 |  |  |  |  |
| **Amount Paid to Officer** | $   1,923.08 |  |  |  |  |
| **Wages w/ Overtime** | $2,103.50 |  |  |  |  |

EXHIBIT 2
PAGE 18 OF 63

**Hours Worked by Officers (May 25, 2002 - June 7, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 25 | 12 |  |  |  |  |
| 26 |  |  |  |  |  |
| 27 |  |  |  |  |  |
| 28 | 13 |  |  |  |  |
| 29 | 15 |  |  |  |  |
| 30 | 12 |  |  |  |  |
| 31 | 16 |  |  |  |  |
|  |  |  |  |  |  |
| Regular Hours (paid) | 68 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 28 |  |  |  |  |
|  |  |  |  |  |  |
| 1 | 18 |  |  |  |  |
| 2 | 8 |  |  |  |  |
| 3 | 8 |  |  |  |  |
| 4 | 10 |  |  |  |  |
| 5 | 12 |  |  |  |  |
| 6 | 10 |  |  |  |  |
| 7 | 12 |  |  |  |  |
|  |  |  |  |  |  |
| Regular Hours (paid) | 78 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 38 |  |  |  |  |

**Amount Paid to Officer** $   1,923.08
**Wages w/ Overtime**     $4,303.16

EXHIBIT   2
PAGE 19 of 63

**Hours Worked by Officers (June 8, 2002 - June 21, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 8 | 8 | | | | |
| 9 | 8 | | | | |
| 10 | 12 | | | | |
| 11 | 12 | | | | |
| 12 | 10 | | | | |
| 13 | 8 | | | | |
| 14 | 10 | | | | |
| Regular Hours (paid) | 68 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 28 | | | | |
| 15 | 10 | | | | |
| 16 | 10 | | | | |
| 17 | 8 | | | | |
| 18 | 12 | | | | |
| 19 | 13 | | | | |
| 20 | 10 | | | | |
| 21 | 14 | | | | |
| Regular Hours (paid) | 77 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 37 | | | | |

**Amount Paid to Officer** $ 1,923.08
**Wages w/ Overtime** $4,267.10

EXHIBIT 2
PAGE 20 of 63

**Hours Worked by Officers (June 22, 2002 - July 5, 2002)**
***Fleming v. City of Fort Yukon***

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 22 |  |  |  |  |  |
| 23 |  |  |  |  |  |
| 24 | 8 |  |  |  |  |
| 25 | 10 |  |  |  |  |
| 26 | 8 |  |  |  |  |
| 27 | 12 |  |  |  |  |
| 28 | 8 |  |  |  |  |
|  |  |  |  |  |  |
| Regular Hours (paid) | 46 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 6 |  |  |  |  |
|  |  |  |  |  |  |
| 29 | 10 |  |  |  |  |
| 30 | 8 |  |  |  |  |
| 1 | 8 |  |  |  |  |
| 2 | 10 |  |  |  |  |
| 3 | 10 |  |  |  |  |
| 4 | 8 |  |  |  |  |
| 5 | 10 |  |  |  |  |
|  |  |  |  |  |  |
| Regular Hours (paid) | 64 |  |  |  |  |
| Overtime Hours (paid) | 0 |  |  |  |  |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 24 |  |  |  |  |

**Amount Paid to Officer**  $  1,923.08
**Wages w/ Overtime**      $3,005.00

*Credited only with 102 hours worked this pay period (Reginald)

**Hours Worked by Officers (July 6, 2002 - July 19, 2002)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 6 | 8 | | | | |
| 7 | 8 | | | | |
| 8 | 10 | | | | |
| 9 | 8 | | | | |
| 10 | 8 | | | | |
| 11 | 8 | | | | |
| 12 | 8 | | | | |
| Regular Hours (paid) | 58 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 18 | | | | |
| 13 | 8 | | | | |
| 14 | 8 | | | | |
| 15 | 12 | | | | |
| 16 | 16 | | | | |
| 17 | 10 | | | | |
| 18 | 14 | | | | |
| 19 | 12 | | | | |
| Regular Hours (paid) | 80 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 40 | | | | |

**Amount Paid to Officer**  $  1,923.08
**Wages w/ Overtime**     $4,014.68

*Credited only with 136 hours worked this pay period (Reginald)

2
22 of 63

**Hours Worked by Officers (July 20, 2002 - August 2, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | 12 | | | | |
| 24 | 10 | | | | |
| 25 | 12 | | | | |
| 26 | 10 | | | | |
| Regular Hours (paid) | 44 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 32 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 12 | | | | |
| 27 | 10 | | | | |
| 28 | 10 | | | | |
| 29 | 10 | | | | |
| 30 | 10 | | | | |
| 31 | 10 | | | | |
| 1 | 12 | | | | |
| 2 | 12 | | | | |
| Regular Hours (paid) | 74 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 34 | | | | |

**Amount Paid to Officer** $ 1,923.08
**Wages w/ Overtime** $3,389.64

**Hours Worked by Officers (August 3, 2002 - August 16, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 3 | 10 | | | | |
| 4 | 12 | | | | |
| 5 | 8 | | | | |
| 6 | | | | | |
| 7 | 8 | | | | |
| 8 | 4 | | | | |
| 9 | | | | | |
| Regular Hours (paid) | 42 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 36 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 6 | | | | |
| 10 | | | | | |
| 11 | 4 | | | | |
| 12 | 10 | | | | |
| 13 | 12 | | | | |
| 14 | 10 | | | | |
| 15 | 12 | | | | |
| 16 | 20 | | | | |
| Regular Hours (paid) | 68 | | | | |
| Overtime Hours (paid) | 0 | | | | |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 28 | | | | |

| | | |
|---|---|---|
| **Amount Paid to Officer** | $ | 1,923.08 |
| **Wages w/ Overtime** | | $3,053.08 |

**Hours Worked by Officers (August 17, 2002 - August 30, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 17 | 12 | | | 18 | |
| 18 | 10 | | | 9 | |
| 19 | 13 | | | | |
| 20 | 10 | | | | |
| 21 | | | | 18 | |
| 22 | | | | 21 | |
| 23 | | | | 17 | |
| | | | | | |
| Regular Hours (paid) | 45 | | | 83 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 32 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 13 | | | 43 | |
| | | | | | |
| 24 | | | | 18 | |
| 25 | | | | 16 | |
| 26 | 12 | | | 12 | |
| 27 | 10 | | | 12 | |
| 28 | 15 | | | 12 | |
| 29 | 13 | | | 15 | |
| 30 | 4 | | | 17 | |
| | | | | | |
| Regular Hours (paid) | 54 | | | 102 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 36 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 18 | | | 62 | |

| | | | |
|---|---|---|---|
| **Amount Paid to Officer** | $  1,923.08 | $        3,212.62 | |
| **Wages w/ Overtime** | $2,752.58 | $4,567.13 | |

*W. McKillican was paid for 191 hours at $16.82 per hour
e 16th, even though this pay period ran from the 8/17/02 - 8/30/02.

2
25   63

### Hours Worked by Officers (August 31, 2002 - September 13, 2002)
### *Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 31 | 12 |  |  | 12 |  |
| 1 | 10 |  |  | 12 |  |
| 2 | 12 |  |  | 10 |  |
| 3 | 10 |  |  | 12 |  |
| 4 | 10 |  |  | 12 |  |
| 5 | 12 |  |  | 10 |  |
| 6 | 10 |  |  |  |  |
| Regular Hours (paid) | 76 |  |  | 68 |  |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 36 |  |  | 28 |  |
| 7 | 6 |  |  |  |  |
| 8 | 4 |  |  |  |  |
| 9 | 8 |  |  |  |  |
| 10 | 8 |  |  |  |  |
| 11 | 10 |  |  |  |  |
| 12 | 12 |  |  | 12 |  |
| 13 | 8 |  |  | 8 |  |
| Regular Hours (paid) | 56 |  |  | 20 |  |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 0 | 16 | 0 |
| Overtime Hours (actual) | 16 |  |  | 4 |  |
| **Amount Paid to Officer** | $ 1,923.08 |  |  | $ 1,260.06 |  |
| **Wages w/ Overtime** | $3,798.32 |  |  | $1,999.92 |  |

*Credited with 134 hours worked this pay period (Reginald)

**Hours Worked by Officers (September 14, 2002 - September 27, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 14 | | | | 13 | |
| 15 | 14 | | | 13 | |
| 16 | 12 | | | 13 | |
| 17 | 12 | | | 13 | |
| 18 | 12 | | | 13 | |
| 19 | 12 | | | 13 | |
| 20 | 10 | | | 13 | |
| Regular Hours (paid) | 72 | | | 91 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 32 | | | 51 | |
| 21 | 11 | | | 13 | |
| 22 | 10 | | | 13 | |
| 23 | 13 | | | 13 | |
| 24 | 14 | | | | |
| 25 | 15 | | | | |
| 26 | 15 | | | | |
| 27 | 16 | | | | |
| Regular Hours (paid) | 94 | | | 39 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 24 | 0 |
| Overtime Hours (actual) | 54 | | | 15 | |
| **Amount Paid to Officer** | $ 1,923.08 | | | $ 1,538.46 | |
| **Wages w/ Overtime** | $5,024.36 | | | $3,134.49 | |

EXHIBIT 2
PAGE 27 OF 63

**Hours Worked by Officers (September 28, 2002 - October 11, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 1 | 12 | | | 12 | |
| 2 | 12 | | | 12 | |
| 3 | 8 | | | 10 | |
| 4 | 10 | | | 14 | |
| Regular Hours (paid) | 42 | | | 48 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 32 | 0 | 0 | 32 | 0 |
| Overtime Hours (actual) | 10 | | | 16 | |
| 5 | 12 | | | 12 | |
| 6 | 12 | | | 12 | |
| 7 | 10 | | | 12 | |
| 8 | 12 | | | 12 | |
| 9 | 12 | | | 14 | |
| 10 | | | | 12 | |
| 11 | | | | 19 | |
| Regular Hours (paid) | 58 | | | 93 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 18 | | | 53 | |
| **Amount Paid to Officer** | $  1,923.08 | | | $  1,538.46 | |
| **Wages w/ Overtime** | $2,740.56 | | | $3,374.87 | |

EXHIBIT 2
PAGE 28 OF 63

**Hours Worked by Officers (October 12, 2002 - October 25, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 12 | | | | 15 | |
| 13 | | | | 15 | |
| 14 | 10 | | | | |
| 15 | 12 | | | | |
| 16 | 14 | | | | |
| 17 | 10 | | | | |
| 18 | 12 | | | | |
| Regular Hours (paid) | 58 | | | 30 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 16 | 0 |
| Overtime Hours (actual) | 18 | | | 14 | |
| 19 | 13 | | | | |
| 20 | 14 | | | | |
| 21 | 20 | | | 10 | |
| 22 | 13 | | | 10 | |
| 23 | 10 | | | 10 | |
| 24 | 10 | | | 10 | |
| 25 | 10 | | | 10 | |
| Regular Hours (paid) | 90 | | | 50 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 50 | | | 10 | |
| **Amount Paid to Officer** | $  1,923.08 | | | $     1,538.46 | |
| **Wages w/ Overtime** | $4,375.28 | | | $1,769.16 | |

**Hours Worked by Officers (October 26, 2002 - November 8, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 26 | 10 | | | | |
| 27 | 10 | | | 10 | |
| 28 | 8 | | | 10 | |
| 29 | 12 | | | 12 | |
| 30 | 12 | | | 10 | |
| 31 | 12 | | | 10 | |
| 1 | 10 | | | 12 | |
| Regular Hours (paid) | 74 | | | 64 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 34 | | | 24 | |
| 2 | 10 | | | 10 | |
| 3 | 12 | | | 14 | |
| 4 | 10 | | | 10 | |
| 5 | 13 | | | 12 | |
| 6 | 10 | | | 10 | |
| 7 | | | | 12 | |
| 8 | | | | 10 | |
| Regular Hours (paid) | 55 | | | 78 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 15 | | | 38 | |
| **Amount Paid to Officer** | $ 1,923.08 | | | $ 1,538.46 | |
| **Wages w/ Overtime** | $3,690.14 | | | $3,326.79 | |

ı hours worked, however, he worked 142 hours this pay period

EXHIBIT 2
PAGE 30 OF 63

**Hours Worked by Officers (November 9, 2002 - November 22, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 9 | | | | | |
| 10 | 10 | | | | |
| 11 | 10 | | | 8 | |
| 12 | 12 | | | 8 | |
| 13 | 10 | | | 8 | |
| 14 | 10 | | | 8 | |
| 15 | 16 | | | 8 | |
| Regular Hours (paid) | 68 | | | 40 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 28 | | | 0 | |
| 16 | 14 | | | | |
| 17 | 16 | | | | |
| 18 | 10 | | | 8 | |
| 19 | 12 | | | 8 | |
| 20 | 10 | | | 8 | |
| 21 | 12 | | | 8 | |
| 22 | 13 | | | 8 | |
| Regular Hours (paid) | 87 | | | 40 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 47 | | | 0 | |
| **Amount Paid to Officer** | $   1,923.08 | | | $      1,538.46 | |
| **Wages w/ Overtime** | $4,627.70 | | | $1,538.40 | |

**Hours Worked by Officers (November 23, 2002 - December 6, 2002)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 23 | 12 | | | 12 | |
| 24 | 12 | | | 12 | |
| 25 | 12 | | | 12 | |
| 26 | 12 | | | 12 | |
| 27 | 12 | | | 12 | |
| 28 | 12 | | | 12 | |
| 29 | 10 | | | 12 | |
| Regular Hours (paid) | 82 | | | 84 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 42 | | | 44 | |
| 30 | 9 | | | 12 | |
| 1 | 12 | | | 12 | |
| 2 | 12 | | | 12 | |
| 3 | 13 | | | 18 | |
| 4 | 10 | | | 12 | |
| 5 | 10 | | | 16 | |
| 6 | 10 | | | 10.5 | |
| Regular Hours (paid) | 76 | | | 92.5 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 36 | | | 52.5 | |
| **Amount Paid to Officer** | $ 1,923.08 | | | $ 1,538.46 | |
| **Wages w/ Overtime** | $4,735.88 | | | $4,321.94 | |

*Credited with 170 hours worked this pay period (Reginald)
*W. McKillican was credited with 193 hours this pay period, however, he only worked 176.5 hours.