### Hours Worked by Officers (December 7, 2002 - December 20, 2002)
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 7 | 14 | | | 8 | |
| 8 | 8 | | | 8 | |
| 9 | 12 | | | 8 | |
| 10 | 12 | | | 8 | |
| 11 | 13 | | | 8 | |
| 12 | 10 | | | | |
| 13 | 12 | | | | |
| | | | | | |
| Regular Hours (paid) | 81 | | | 40 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 41 | | | 0 | |
| | | | | | |
| 14 | 14 | | | 8 | |
| 15 | 8 | | | 8 | |
| 16 | 8 | | | 8 | |
| 17 | 10 | | | 8 | |
| 18 | 12 | | | 8 | |
| 19 | 10 | | | | |
| 20 | 14 | | | | |
| | | | | | |
| Regular Hours (paid) | 76 | | | 40 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 36 | | | 0 | |

| | | | |
|---|---|---|---|
| **Amount Paid to Officer** | $ 1,923.08 | $ | 1,538.46 |
| **Wages w/ Overtime** | $4,699.82 | | $1,538.40 |

*Only credited with 147 hours worked this pay period (Reginald)

### Hours Worked by Officers (December 21, 2002 - January 3, 2003)
#### Fleming v. City of Fort Yukon

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 21 | 14 | | | 8 | |
| 22 | 8 | | | 8 | |
| 23 | 8 | | | 8 | |
| 24 | 12 | | | 8 | |
| 25 | 13 | | | 8 | |
| 26 | 12 | | | 8 | |
| 27 | 12 | | | 8 | |
| Regular Hours (paid) | 79 | | | 56 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 39 | | | 16 | |
| 28 | 8 | | | 8 | |
| 29 | 10 | | | 8 | |
| 30 | 12 | | | 8 | |
| 31 | 17 | | | 8 | |
| 1 | 10 | | | 8 | |
| 2 | 12 | | | 8 | |
| 3 | 10 | | | 8 | |
| Regular Hours (paid) | 79 | | | 56 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 39 | | | 16 | |
| **Amount Paid to Officer** | $  1,923.08 | | | $  1,538.46 | |
| **Wages w/ Overtime** | $4,735.88 | | | $2,461.44 | |

*Credited with 170 hours worked this pay period (Reginald)

EXHIBIT 2
PAGE 34 of 63

### Hours Worked by Officers (January 4, 2003 - January 17, 2003)
#### Fleming v. City of Fort Yukon

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 4 | 4 | | | | |
| 5 | 8 | | | | |
| 6 | 8 | | | 8 | |
| 7 | 8 | | | 8 | |
| 8 | 8 | | | 8 | |
| 9 | 8 | | | 8 | |
| 10 | 8 | | | 8 | |
| Regular Hours (paid) | 36 | | | 40 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 12 | | | 0 | |
| 11 | | | | 8 | |
| 12 | | | | 8 | |
| 13 | 8 | | | 8 | |
| 14 | 8 | | | 8 | |
| 15 | 8 | | 12 | 8 | |
| 16 | 8 | | 12 | 8 | |
| 17 | 8 | | 8 | 8 | |
| Regular Hours (paid) | 32 | | 32 | 56 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 24 | 40 | 0 |
| Overtime Hours (actual) | 0 | | 8 | 16 | |
| Amount Paid to Officer | $ 1,923.08 | | | $ 1,538.46 | |
| Wages w/ Overtime | $2,355.92 | | $692.28 | $1,999.92 | |

) hours worked this pay period (Reginald)

EXHIBIT 2
PAGE 35 OF 63

### Hours Worked by Officers (January 18, 2003 - January 31, 2003)
### Fleming v. City of Fort Yukon

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 18 |  |  |  | 20 |  |
| 19 |  |  |  | 16 |  |
| 20 | 8 |  |  | 12 |  |
| 21 | 10 |  |  | 12 |  |
| 22 | 8 |  | 12 | 12 |  |
| 23 | 8 |  | 12 | 12 |  |
| 24 | 8 |  | 12 | 12 |  |
| Regular Hours (paid) | 42 |  | 36 | 96 |  |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 24 | 40 | 0 |
| Overtime Hours (actual) | 2 |  | 12 | 56 |  |
| 25 |  |  | 12 | 12 |  |
| 26 |  |  | 12 | 12 |  |
| 27 | 8 |  | 12 | 8 |  |
| 28 | 8 |  | 12 | 8 |  |
| 29 | 8 |  | 12 | 8 |  |
| 30 | 12 |  | 12 | 8 |  |
| 31 | 12 |  | 12 | 8 |  |
| Regular Hours (paid) | 48 |  | 84 | 64 |  |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 40 | 40 | 0 |
| Overtime Hours (actual) | 8 |  | 44 | 24 |  |
| **Amount Paid to Officer** | $ 1,923.08 |  |  | $ 1,538.46 |  |
| **Wages w/ Overtime** | $2,283.80 |  | $2,846.04 | $3,846.00 |  |

*Only credited with 120 hours worked this pay period (Reginald)
*W. McKillican was credited with only 136 hours, however, he actually worked 160 hours this pay period.


EXHIBIT 2
PAGE 36 OF 43

**Hours Worked by Officers (February 1, 2003 - February 14, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 1 |  |  |  |  |  |
| 2 |  |  |  |  |  |
| 3 | 12 |  |  | 12 |  |
| 4 | 12 |  |  | 12 |  |
| 5 | 12 |  |  | 12 |  |
| 6 | 12 |  |  | 12 |  |
| 7 | 12 |  |  | 12 |  |
| Regular Hours (paid) | 60 |  |  | 60 |  |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 20 |  |  | 20 |  |
| 8 | 12 |  |  | 12 |  |
| 9 | 12 |  |  | 12 |  |
| 10 | 12 |  | 12 | 12 |  |
| 11 | 12 |  | 10 | 12 |  |
| 12 | 12 |  | 10 | 12 |  |
| 13 | 12 |  | 12 | 12 |  |
| 14 | 12 |  | 10 | 12 |  |
| Regular Hours (paid) | 84 |  |  | 84 |  |
| Overtime Hours (paid) | 0 |  |  | 0 |  |
| Regular Hours (actual) | 40 | 0 | 40 | 40 | 0 |
| Overtime Hours (actual) | 44 |  | 14 | 44 |  |
| **Amount Paid to Officer** | $ 1,923.08 |  | $ 1,442.31 | $ 1,538.46 |  |
| **Wages w/ Overtime** | $4,231.04 |  | $1,173.03 | $3,384.48 |  |

EXHIBIT 2
PAGE 37 OF 63

**Hours Worked by Officers (February 15, 2003 - February 28, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 15 | 12 | | 12 | 12 | |
| 16 | 12 | | 10 | 12 | |
| 17 | 12 | | 12 | 12 | |
| 18 | 12 | | | 12 | |
| 19 | 12 | | | 12 | |
| 20 | 12 | | | | |
| 21 | 12 | | | | |
| Regular Hours (paid) | 84 | | | 60 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 24 | 40 | 0 |
| Overtime Hours (actual) | 44 | | 10 | 20 | |
| 22 | 12 | | | | |
| 23 | 12 | | | | |
| 24 | 12 | | | | |
| 25 | 12 | | | | |
| 26 | 12 | | | | |
| 27 | 12 | | | 12 | |
| 28 | 12 | | | 12 | |
| Regular Hours (paid) | 84 | | | 24 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 16 | 0 |
| Overtime Hours (actual) | 44 | | | 8 | |
| **Amount Paid to Officer** | $ 1,923.08 | | $ 569.24 | $ 1,538.46 | |
| **Wages w/ Overtime** | $5,096.48 | | $749.97 | $1,884.54 | |

‍ with 120 hours worked this pay period

EXHIBIT 2
PAGE 38 OF 63

**Hours Worked by Officers (March 1, 2003 - March 14, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 1 | | | | 12 | |
| 2 | | | | 12 | |
| 3 | 8 | | | 12 | |
| 4 | | | | 12 | |
| 5 | 8 | | | 12 | |
| 6 | | | | 12 | |
| 7 | 8 | | | 12 | |
| Regular Hours (paid) | 24 | | | 84 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 24 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 0 | | | 44 | |
| 8 | 8 | | | 12 | |
| 9 | | | | 12 | |
| 10 | 12 | | | 12 | |
| 11 | 12 | | | 12 | |
| 12 | 12 | | | 12 | |
| 13 | 12 | | | 12 | |
| 14 | 12 | | | | |
| Regular Hours (paid) | 68 | | | 72 | |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 0 |
| Overtime Hours (actual) | 28 | | | 32 | |
| **Amount Paid to Officer** | $  1,923.08 | | | $  1,538.46 | |
| **Wages w/ Overtime** | $2,548.24 | | | $3,730.62 | |

EXHIBIT 2
PAGE 39 OF 63

**Hours Worked by Officers (March 15, 2003 - March 28, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 15 | 12 | | | | |
| 16 | 12 | | | | |
| 17 | 12 | | | 8 | 12 |
| 18 | 12 | | | 8 | 12 |
| 19 | 12 | | | 8 | 12 |
| 20 | 12 | | | 8 | 12 |
| 21 | 12 | | | 8 | 16 |
| Regular Hours (paid) | 84 | | | 40 | 64 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 44 | | | 0 | 24 |
| 22 | 12 | | | | 16 |
| 23 | 12 | | | | 12 |
| 24 | 12 | | | 8 | 14 |
| 25 | 8 | | | 18 | 12 |
| 26 | | | | 18 | 18 |
| 27 | | | | 18 | 18 |
| 28 | 9 | | | 18 | 18 |
| Regular Hours (paid) | 53 | | | 80 | 108 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 13 | | | 40 | 68 |
| **Amount Paid to Officer** | $  1,923.08 | | | $  1,538.46 | $    1,442.31 |
| **Wages w/ Overtime** | $3,978.62 | | | $2,692.20 | $4,192.14 |

EXHIBIT 2
PAGE 40 OF 63

**Hours Worked by Officers (March 29, 2003 - April 11, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 29 | 12 | | | 12 | 14 |
| 30 | 12 | | | 12 | 12 |
| 31 | 12 | | | 12 | 14 |
| 1 | | | | 12 | 12 |
| 2 | | | | 12 | 12 |
| 3 | | | | 12 | 12 |
| 4 | | | | 12 | 14 |
| Regular Hours (paid) | 36 | | | 84 | 90 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 24 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 12 | | | 44 | 50 |
| 5 | | | | 12 | 16 |
| 6 | 8 | | | 12 | 12 |
| 7 | 12 | | | 12 | 8 |
| 8 | 12 | | | 12 | 8 |
| 9 | 12 | | | 12 | 8 |
| 10 | 12 | | | 12 | 8 |
| 11 | 8 | | | 12 | 8 |
| Regular Hours (paid) | 64 | | | 84 | 68 |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 24 | | | 44 | 28 |
| **Amount Paid to Officer** | $ 1,923.08 | | | $ 1,538.46 | |
| **Wages w/ Overtime** | $2,836.72 | | | $4,076.76 | $3,788.31 |

*No pay stub, but there was a time sheet (T. Schlumbohm)
*W. McKillican was credited with only 166 hours, however, he worked 168 hours this pay period.

**Hours Worked by Officers (April 12, 2003 - April 25, 2005)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 12 | 12 |  |  |  | 12 |
| 13 | 12 |  |  |  | 12 |
| 14 | 12 |  |  | 8 | 12 |
| 15 | 16 |  |  | 8 | 18 |
| 16 | 12 |  |  | 8 | 24 |
| 17 | 12 |  |  | 8 | 18 |
| 18 | 20 |  |  | 8 | 12 |
| Regular Hours (paid) | 96 |  |  | 40 | 108 |
| Overtime Hours (paid) | 0 |  |  | 0 | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 56 |  |  | 0 | 68 |
| 19 | 18 |  |  | 4 | 12 |
| 20 | 10 |  |  |  | 12 |
| 21 | 10 |  |  | 12 | 12 |
| 22 |  |  |  | 12 | 14 |
| 23 |  |  |  | 12 | 18 |
| 24 |  |  |  | 12 | 14 |
| 25 |  |  |  | 12 | 12 |
| Regular Hours (paid) | 38 |  |  | 64 | 94 |
| Overtime Hours (paid) | 0 |  |  | 0 | 0 |
| Regular Hours (actual) | 24 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 14 |  |  | 24 | 54 |
| **Amount Paid to Officer** | $ 1,923.08 |  |  | $ 1,538.46 | $ 1,442.31 |
| **Wages w/ Overtime** | $4,062.76 |  |  | $2,230.68 | $5,057.49 |

EXHIBIT 2
PAGE 42 OF 63

### Hours Worked by Officers (April 26, 2003 - May 9, 2003)
### *Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 26 | | | | 12 | 18 |
| 27 | | | | 14 | 16 |
| 28 | 12 | | | 12 | 14 |
| 29 | 14 | | | 8 | 12 |
| 30 | 16 | | | | 4 |
| 1 | 12 | | | | |
| 2 | 16 | | | | |
| Regular Hours (paid) | 70 | | | 46 | 64 |
| Overtime Hours (paid) | 0 | | | 0 | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 32 | 36 |
| Overtime Hours (actual) | 30 | | | 14 | 28 |
| 3 | 20 | | | | |
| 4 | 10 | | | | |
| 5 | 12 | | | 8 | |
| 6 | 12 | | | 8 | |
| 7 | 16 | | | 8 | |
| 8 | 12 | | | 8 | |
| 9 | 12 | | | 8 | 14 |
| Regular Hours (paid) | 94 | | | 40 | 14 |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 8 |
| Overtime Hours (actual) | 54 | | | 0 | 6 |
| **Amount Paid to Officer** | $  1,923.08 | | | $   1,538.46 | $    1,442.31 |
| **Wages w/ Overtime** | $4,952.24 | | | $1,788.39 | $1,826.85 |

*T. Schlumbohm actually worked 78 hours this pay period, but was credited with 80 hours.

EXHIBIT 2
Page 43 of 63

### Hours Worked by Officers (May 10, 2003 - May 23, 2003)
#### *Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 10 | 12 |  |  |  | 14 |
| 11 | 10 |  |  |  | 12 |
| 12 | 12 |  |  |  | 12 |
| 13 | 12 |  |  | 8 | 12 |
| 14 | 12 |  |  | 12 | 12 |
| 15 | 12 |  |  | 12 | 12 |
| 16 | 12 |  |  | 18 | 18 |
| Regular Hours (paid) | 82 |  |  | 50 | 92 |
| Overtime Hours (paid) | 0 |  |  | 0 | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 32 | 40 |
| Overtime Hours (actual) | 42 |  |  | 18 | 52 |
| 17 | 12 |  |  | 18 | 18 |
| 18 |  |  |  | 12 | 12 |
| 19 |  |  |  | 12 | 12 |
| 20 |  |  |  | 12 | 12 |
| 21 |  |  |  | 12 | 12 |
| 22 |  |  |  | 14 | 14 |
| 23 |  |  |  | 12 | 12 |
| Regular Hours (paid) | 12 |  |  | 92 | 92 |
| Overtime Hours (paid) | 0 |  |  | 0 | 0 |
| Regular Hours (actual) | 8 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 4 |  |  | 52 | 52 |

**Amount Paid to Officer** $ 1,923.08          $ 1,538.46    $ 1,442.31
**Wages w/ Overtime**  $2,812.68          $3,403.71    $4,538.28

*Credited with 96 hours worked (Reginald)

**Hours Worked by Officers (May 24, 2003 - June 6, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 24 | | | | 12 | |
| 25 | | | | 12 | |
| 26 | | | | 12 | |
| 27 | 12 | | | 12 | |
| 28 | 12 | | | | |
| 29 | 12 | | | | |
| 30 | 12 | | | | |
| Regular Hours (paid) | 48 | | | 48 | 0 |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 32 | 0 | 0 | 32 | 0 |
| Overtime Hours (actual) | 16 | | | 16 | 0 |
| 31 | 12 | | | | 12 |
| 1 | 12 | | | | 12 |
| 2 | 12 | | | | 12 |
| 3 | 12 | | | | 12 |
| 4 | 12 | | | 12 | 16 |
| 5 | 12 | | | 12 | 12 |
| 6 | 12 | | | 12 | 16 |
| Regular Hours (paid) | 84 | | | 36 | 92 |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 24 | 40 |
| Overtime Hours (actual) | 44 | | | 12 | 52 |
| **Amount Paid to Officer** | $  1,923.08 | | | $  1,538.46 | $  1,442.31 |
| **Wages w/ Overtime** | $3,894.48 | | | $1,884.54 | $2,269.14 |

EXHIBIT 2
PAGE 45 of 63

**Hours Worked by Officers (June 7, 2003 - June 20, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 7 | 12 | | | 12 | 12 |
| 8 | 12 | | | 12 | 12 |
| 9 | 12 | | | 12 | 12 |
| 10 | 12 | | | 12 | 12 |
| 11 | 12 | | | 12 | 12 |
| 12 | 12 | | | 12 | 12 |
| 13 | | | | 12 | 12 |
| | | | | | |
| Regular Hours (paid) | 72 | | | 84 | 84 |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 40 | 0 | 0 | 40 | 40 |
| Overtime Hours (actual) | 32 | | | 44 | 44 |
| | | | | | |
| 14 | | | | 12 | 12 |
| 15 | | | | 12 | 4 |
| 16 | | | | 12 | |
| 17 | | | | 12 | |
| 18 | | | | 12 | |
| 19 | 12 | | | | |
| 20 | 12 | | | | |
| | | | | | |
| Regular Hours (paid) | 24 | | | 60 | 16 |
| Overtime Hours (paid) | 0 | | | 0 | |
| Regular Hours (actual) | 16 | 0 | 0 | 40 | 12 |
| Overtime Hours (actual) | 8 | | | 20 | 4 |
| | | | | | |
| **Amount Paid to Officer** | $ 1,923.08 | | | $ 1,538.46 | $ 1,442.31 |
| **Wages w/ Overtime** | $2,788.64 | | | $3,384.48 | $2,384.52 |

*W. McKillican was credited with 132 hours for this pay period, however, he worked 144 hours.

EXHIBIT 2
PAGE 46 OF 63

### Hours Worked by Officers (June 21, 2003 - July 4, 2003)
#### Fleming v. City of Fort Yukon

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 21 | 12 | | | | |
| 22 | 12 | | | | 12 |
| 23 | 12 | | | | 12 |
| 24 | 14 | | | | 12 |
| 25 | 12 | | | | 12 |
| 26 | 12 | | | | 12 |
| 27 | 12 | | | | 12 |
| Regular Hours (paid) | 86 | | | | 72 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 40 |
| Overtime Hours (actual) | 46 | | | | 32 |
| 28 | 12 | | | | 14 |
| 29 | 12 | | | | 12 |
| 30 | 12 | 12 | | | 12 |
| 1 | 18 | 18 | | | 18 |
| 2 | 20 | 24 | | | 24 |
| 3 | 12 | 12 | | | 12 |
| 4 | 20 | 12 | | | 18 |
| Regular Hours (paid) | 106 | 78 | | | 110 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 66 | 38 | | | 70 |
| **Amount Paid to Officer** | $  1,923.08 | $  1,442.31 | | | $  1,538.46 |
| **Wages w/ Overtime** | $5,961.92 | $1,865.31 | | | $4,480.59 |

**Hours Worked by Officers (July 5, 2003 - July 18, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 5 | 12 | 12 | | | 12 |
| 6 | 12 | 12 | | | 12 |
| 7 | 12 | | | | 12 |
| 8 | 12 | | | | 12 |
| 9 | | | | | 12 |
| 10 | | | | | 12 |
| 11 | | | | | 12 |
| | | | | | |
| Regular Hours (paid) | 48 | 24 | | | 84 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 32 | 16 | 0 | 0 | 40 |
| Overtime Hours (actual) | 16 | 8 | | | 44 |
| | | | | | |
| 12 | | | | | 12 |
| 13 | | | | | |
| 14 | | | | | |
| 15 | 12 | | | | |
| 16 | 12 | | | | |
| 17 | 12 | | | | |
| 18 | 12 | | | | |
| | | | | | |
| Regular Hours (paid) | 48 | | | | 12 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 32 | 0 | 0 | 0 | 8 |
| Overtime Hours (actual) | 16 | | | | 4 |
| | | | | | |
| **Amount Paid to Officer** | $  1,923.08 | $    432.48 | | | $    1,538.46 |
| **Wages w/ Overtime** | $2,692.48 | $307.68 | | | $2,307.60 |

48 - 63 2

**Hours Worked by Officers (July 19, 2003 - August 1, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 19 | 12 | | | | 12 |
| 20 | 12 | | | | 12 |
| 21 | 12 | | | | 12 |
| 22 | 12 | | | | 12 |
| 23 | 12 | | | | 12 |
| 24 | 12 | | | | 12 |
| 25 | 12 | | | | 12 |
| Regular Hours (paid) | 84 | 0 | | | 84 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 40 |
| Overtime Hours (actual) | 44 | | | | 44 |
| 26 | 12 | 8 | | | 12 |
| 27 | 12 | | | | 12 |
| 28 | 12 | 12 | | | 12 |
| 29 | 12 | 18 | | | 12 |
| 30 | 12 | 12 | | | 12 |
| 31 | 8 | 12 | | | 12 |
| 1 | | 18.5 | | | 12 |
| Regular Hours (paid) | 68 | 80.5 | | | 84 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 28 | 40.5 | | | 44 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,342.49 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $4,519.52 | $1,937.42 | | | $4,076.76 |

of 152 hours this pay period, but was given credit for 156.
**.5 hours this pay period, but he actually worked 80.5 hours.**

**Hours Worked by Officers (August 2, 2003 - August 15, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 2 | Annual Leave |  |  |  | 14 |
| 3 | Annual Leave |  |  |  | 12 |
| 4 | Annual Leave | 14 |  |  | 12 |
| 5 | Annual Leave | 17.5 |  |  | 12 |
| 6 | Annual Leave | 16 |  |  | 8 |
| 7 | Annual Leave | 41 |  |  | 8 |
| 8 | Annual Leave |  |  |  | 8 |
| Regular Hours (paid) | 40 | 88.5 |  |  | 74 |
| Overtime Hours (paid) | 0 |  |  |  | 0 |
| Regular Hours (actual) | 40 | 32 | 0 | 0 | 40 |
| Overtime Hours (actual) |  | 56.5 |  |  | 34 |
| 9 | Annual Leave | 17 |  |  | 8 |
| 10 | Annual Leave | 18 |  |  | 8 |
| 11 | Annual Leave | 7.5 |  |  | 12 |
| 12 | Annual Leave |  |  |  | 12 |
| 13 | Annual Leave |  |  |  | 12 |
| 14 | Annual Leave |  |  |  | 12 |
| 15 | Annual Leave |  |  |  | 12 |
| Regular Hours (paid) | 40 | 42.5 |  |  | 76 |
| Overtime Hours (paid) | 0 | 0 |  |  | 0 |
| Regular Hours (actual) | 40 | 23.5 | 0 | 0 | 40 |
| Overtime Hours (actual) |  | 19 |  |  | 36 |
| **Amount Paid to Officer** | $  1,923.08 | $  1,442.31 |  | $ | 1,538.46 |
| **Wages w/ Overtime** | $1,923.20 | $3,245.06 |  |  | $3,557.55 |

ὸ hours worked, however, he worked 131 hours this pay period.

EXHIBIT 2
PAGE 50 OF 63

**Hours Worked by Officers (August 16, 2003 - August 29, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 16 | | | | | 12 |
| 17 | | | | | 12 |
| 18 | | 20 | | | 16 |
| 19 | 15 | 19 | | | 12 |
| 20 | 12 | 15.5 | | | 12 |
| 21 | 16 | 13 | | | 16 |
| 22 | 12 | 17 | | | 14 |
| Regular Hours (paid) | 55 | 84.5 | | | 94 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 32 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 23 | 44.5 | | | 54 |
| 23 | 13 | 16 | | | 12 |
| 24 | 15 | 15.5 | | | 12 |
| 25 | 12 | 11 | | | 10 |
| 26 | 17 | 17 | | | 12 |
| 27 | 15 | 17.5 | | | 17 |
| 28 | 17 | 16.25 | | | 17 |
| 29 | 12 | 10 | | | |
| Regular Hours (paid) | 101 | 103.25 | | | 80 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 61 | 63.25 | | | 40 |
| **Amount Paid to Officer** | $  1,923.08 | $  1,442.31 | | | $  1,538.46 |
| ~~Wages w/ Overtime~~ | $4,759.92 | $4,646.45 | | | $4,249.83 |

*C. Deleon was credited with 189.5 hours worked, however, he only worked 187.75 hours this pay period.

**Hours Worked by Officers (August 30, 2003 - September 12, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 30 | 20 | | | | |
| 31 | 12 | | | | |
| 1 | 10 | | | | |
| 2 | 18 | | | | |
| 3 | 12 | | | | |
| 4 | 12 | | | | |
| 5 | 14 | | | | |
| Regular Hours (paid) | 98 | 0 | | | 0 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 0 | 0 | 0 | 0 |
| Overtime Hours (actual) | 58 | | | | |
| 6 | 15 | 11 | | | |
| 7 | | 19 | | | 13 |
| 8 | | 18 | | | 14 |
| 9 | | 20 | | | 12 |
| 10 | | 23.5 | | | 14 |
| 11 | | 8.5 | | | 14 |
| 12 | | | | | 16 |
| Regular Hours (paid) | 15 | | | | 83 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 8 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 7 | 60 | | | 43 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,442.31 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $3,497.82 | $2,499.90 | | | $2,009.54 |

2
52   63

**Hours Worked by Officers (September 13, 2003 - September 26, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 13 |  | 15 |  |  | 15 |
| 14 | 10 | 16 |  |  | 16 |
| 15 | 12 | 12 |  |  | 12 |
| 16 | 10 | 8 |  |  | 10 |
| 17 | 12 |  |  |  | 12 |
| 18 | 12 |  |  |  | 12 |
| 19 | 15 | 14 |  |  | 15 |
| Regular Hours (paid) | 71 | 65 |  |  | 92 |
| Overtime Hours (paid) | 0 | 0 |  |  | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 31 | 25 |  |  | 52 |
| 20 | 12 | 8 |  |  |  |
| 21 | 8 |  |  |  |  |
| 22 | 10 | 10 |  |  |  |
| 23 | 12 | 8 |  |  |  |
| 24 | 20 |  |  |  |  |
| 25 | 19 |  |  |  |  |
| 26 | 21 | 2 |  |  | 10 |
| Regular Hours (paid) | 102 | 28 |  |  | 10 |
| Overtime Hours (paid) | 0 | 0 |  |  | 0 |
| Regular Hours (actual) | 40 | 26 | 0 | 0 | 8 |
| Overtime Hours (actual) | 62 | 2 |  |  | 2 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,235.77 |  |  | $ 1,538.46 |
| **Wages w/ Overtime** | $5,276.78 | $2,048.00 |  |  | $2,480.67 |

2
63

**Hours Worked by Officers (September 27, 2003 - October 10, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 27 | | | | | 12 |
| 28 | 8 | 15 | | | 12 |
| 29 | 8 | 18 | | | 12 |
| 30 | 8 | 19 | | | 12 |
| 1 | | 19 | | | 12 |
| 2 | | 20 | | | 12 |
| 3 | | 19 | | | 12 |
| Regular Hours (paid) | 24 | 110 | | | 84 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 24 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 0 | 70 | | | 44 |
| 4 | | 18 | | | 12 |
| 5 | 10 | 19 | | | 12 |
| 6 | 19 | 10 | | | 12 |
| 7 | 18 | 10 | | | 12 |
| 8 | 16 | 19 | | | 12 |
| 9 | 21 | 19 | | | 12 |
| 10 | 22 | 19 | | | 12 |
| Regular Hours (paid) | 106 | 114 | | | 84 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 66 | 74 | | | 44 |
| **Amount Paid to Officer** | $  1,923.08 | $  1,538.46 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $3,918.52 | $5,692.08 | | | $4,076.76 |

EXHIBIT 2
PAGE 54 OF 63

**Hours Worked by Officers (October 11, 2003 - October 24, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 11 | | | | | |
| 12 | | | | | |
| 13 | | 4 | | | |
| 14 | | 6 | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| Regular Hours (paid) | | 10 | | | 0 |
| Overtime Hours (paid) | | 0 | | | 0 |
| Regular Hours (actual) | 0 | 10 | 0 | 0 | 0 |
| Overtime Hours (actual) | | 0 | | | |
| 18 | | | | | |
| 19 | 16 | 10 | | | 12 |
| 20 | 8 | 16 | | | 16 |
| 21 | | 16 | | | 16 |
| 22 | 6 | 16 | | | 18 |
| 23 | | 16 | | | 16 |
| 24 | 8 | 20 | | | 20 |
| Regular Hours (paid) | 38 | 94 | | | 98 |
| Overtime Hours (paid) | 0 | 0 | | | |
| Regular Hours (actual) | 30 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 8 | 54 | | | 58 |
| **Amount Paid to Officer** | $  1,923.08 | | | $ | 1,538.46 |
| **Wages w/ Overtime** | $1,009.68 | $2,519.13 | | | $2,442.21 |

ıf work, however, he only worked 104 hours during this pay period.

**Hours Worked by Officers (October 25, 2003 - November 7, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 25 |  | 12 |  |  | 12 |
| 26 |  | 12 |  |  | 12 |
| 27 | 8 | 12 |  |  | 12 |
| 28 |  | 12 |  |  | 12 |
| 29 |  | 12 |  |  | 12 |
| 30 |  | 12 |  |  | 12 |
| 31 | 8 | 12 |  |  | 12 |
|  |  |  |  |  |  |
| egular Hours (pai | 16 | 84 |  |  | 84 |
| ertime Hours (paid) |  | 0 |  |  | 0 |
| gular Hours (actu | 16 | 40 | 0 | 0 | 40 |
| ertime Hours (actu | 0 | 44 |  |  | 44 |
|  |  |  |  |  |  |
| 1 |  | 12 |  |  | 12 |
| 2 | 12 | 12 |  |  | 12 |
| 3 | 12 | 12 |  |  | 12 |
| 4 | 12 | 12 |  |  | 12 |
| 5 | 12 | 12 |  |  | 12 |
| 6 | 12 | 12 |  |  | 12 |
| 7 | 12 | 12 |  |  | 12 |
|  |  |  |  |  |  |
| egular Hours (pai | 72 | 84 |  |  | 84 |
| ertime Hours (paid) |  |  |  |  | 0 |
| gular Hours (actu | 40 | 40 | 0 | 0 | 40 |
| ertime Hours (actu | 32 | 44 |  |  | 44 |
|  |  |  |  |  |  |
| ount Paid to Offi | $    1,923.08 | $    1,538.46 |  | $    1,538.46 |
| /ages w/ Overtim | $2,500.16 | $4,076.76 |  | $4,076.76 |

*T. Schlumbohm was credited with 188 hours for this pay period, however, he only worked 168 hours.
s for this pay period, however, he only worked 168 hours.

**Hours Worked by Officers (November 8, 2003 - November 21, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 8 | 12 | | | | |
| 9 | 12 | 8 | | | 8 |
| 10 | 12 | 8 | | | 8 |
| 11 | 12 | | | | |
| 12 | 12 | | | | |
| 13 | 12 | | | | |
| 14 | 12 | | | | |
| Regular Hours (paid) | | 16 | | | 16 |
| Overtime Hours (paid) | | 0 | | | 0 |
| Regular Hours (actual) | 40 | 16 | 0 | 0 | 16 |
| Overtime Hours (actual) | 44 | 0 | | | 0 |
| 15 | 12 | | | | |
| 16 | 12 | 12 | | | |
| 17 | 12 | 14 | | | 12 |
| 18 | 12 | 12 | | | 12 |
| 19 | 12 | 12 | | | 12 |
| 20 | 12 | 16 | | | 16 |
| 21 | | 18 | | | 20 |
| Regular Hours (paid) | 156 | 84 | | | 72 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 32 | 44 | | | 32 |
| **Amount Paid to Officer** | $  1,923.08 | $  1,538.46 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $4,663.76 | $2,346.06 | | | $1,999.92 |

2
57   63

**Hours Worked by Officers (November 22, 2003 - December 5, 2003)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 22 | 12 | 18 | | | 18 |
| 23 | 16 | 16 | | | 16 |
| 24 | | 12 | | | 12 |
| 25 | | 16 | | | 16 |
| 26 | | 14 | | | 14 |
| 27 | | 12 | | | 12 |
| 28 | | 18 | | | 18 |
| | | | | | |
| Regular Hours (paid) | | 106 | | | 106 |
| Overtime Hours (paid) | | 0 | | | 0 |
| Regular Hours (actual) | 16 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 12 | 66 | | | 66 |
| | | | | | |
| 29 | | 18 | | | 18 |
| 30 | 14 | 12 | | | 12 |
| 31 | | | | | |
| 1 | 18 | | | | |
| 2 | 14 | | | | |
| 3 | 16 | | | | |
| 4 | 16 | | | | |
| 5 | 14 | | | | |
| | | | | | |
| Regular Hours (paid) | 120 | 30 | | | 30 |
| Overtime Hours (paid) | 0 | 0 | | | |
| Regular Hours (actual) | 40 | 16 | 0 | 0 | 16 |
| Overtime Hours (actual) | 52 | 12 | | | 12 |
| | | | | | |
| **Amount Paid to Officer** | $   1,923.08 | $ 1,538.46 | | $         1,538.46 |
| **Wages w/ Overtime** | $3,654.08 | $3,326.79 | | $3,326.79 |

**Hours Worked by Officers (December 6, 2003, December 19, 2003)**
*Fleming v. City of Fort Yukon*

|  | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 6 |  |  |  |  | 12 |
| 7 |  |  |  |  | 14 |
| 8 |  |  |  |  | 14 |
| 9 | 12 |  |  |  | 16 |
| 10 | 12 |  |  |  | 18 |
| 11 | 12 | 15 |  |  | 14 |
| 12 | 12 | 12 |  |  |  |
| Regular Hours (paid) | 48 | 27 |  |  | 88 |
| Overtime Hours (paid) | 0 | 0 |  |  |  |
| Regular Hours (actual) | 32 | 16 | 0 | 0 | 40 |
| Overtime Hours (actual) | 16 | 11 |  |  | 48 |
| 13 | 12 | 22 |  |  | 22 |
| 14 | 12 | 20 |  |  | 17 |
| 15 | 12 | 12 |  |  | 12 |
| 16 | 12 | 14 |  |  | 14 |
| 17 | 12 | 14 |  |  | 15 |
| 18 | 12 | 20 |  |  | 20 |
| 19 | 12 | 18 |  |  | 18 |
| 20 | 12 | 20 |  |  | 12 |
| 21 | 12 | 12 |  |  |  |
|  |  |  |  |  | 130 |
| Regular Hours (paid) | 180* | 152 |  |  |  |
| Overtime Hours (paid) | 0 | 0 |  |  |  |
| Regular Hours (actual) | 40 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | 76 | 102 |  |  | 83 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,538.46 |  |  | $ 1,538.46 |
| **Wages w/ Overtime** | $5,048.40 | $4,336.37 |  |  | $5,317.10 |

...sted to 104 hours by F.C. while Mr. Fleming was absent
: for 215 hours this pay period, however, he worked 218 hours.

**Hours Worked by Officers (December 20, 2003 - January 2, 2004)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 20 | | 12 | | | 12 |
| 21 | | 14 | | | |
| 22 | | 12 | | | |
| 23 | | 12 | | | |
| 24 | | 12 | | | 12 |
| 25 | 12 | | | | |
| 26 | 12 | | | | |
| | | | | | |
| Regular Hours (paid) | | 62 | | | 24 |
| Overtime Hours (paid) | | 0 | | | 0 |
| Regular Hours (actual) | 16 | 40 | 0 | 0 | 16 |
| Overtime Hours (actual) | 8 | 22 | | | 8 |
| | | | | | |
| 27 | 12 | | | | |
| 28 | 12 | | | | |
| 29 | 12 | | | | 12 |
| 30 | 12 | | | | 12 |
| 31 | 12 | | | | 18 |
| 1 | 12 | | | | 14 |
| 2 | 12 | 12 | | | 12 |
| | | | | | |
| Regular Hours (paid) | 108 | 12 | | | 68 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 40 | 8 | 0 | 0 | 40 |
| Overtime Hours (actual) | 44 | 4 | | | 28 |

**Amount Paid to Officer** $ 1,923.08    $ 1,538.46                    $        1,538.46
**Wages w/ Overtime**        $3,221.36    $1,673.01                           $2,115.30

*C. Deleon was credited with only 72 hours worked, however, he worked 74 hours this pay period.

**Hours Worked by Officers (January 3, 2004 - January 16, 2004)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 3 | | 12 | | | 12 |
| 4 | | 12 | | | 12 |
| 5 | | 12 | | | 12 |
| 6 | | 18 | | | 18 |
| 7 | | 18 | | | 12 |
| 8 | | 12 | | | 8 |
| 9 | | 12 | | | 4 |
| Regular Hours (paid) | 0 | 96 | | | 78 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 0 | 40 | 0 | 0 | 40 |
| Overtime Hours (actual) | | 56 | | | 38 |
| 10 | 12 | 12 | | | |
| 11 | 12 | 12 | | | |
| 12 | | 12 | | | 4 |
| 13 | 12 | 12 | | | 4 |
| 14 | | | | | 8 |
| 15 | | 6 | | | |
| 16 | | 8 | | | 12 |
| Regular Hours (paid) | 36 | 62 | | | 28 |
| Overtime Hours (paid) | 0 | 0 | | | 0 |
| Regular Hours (actual) | 24 | 40 | 0 | 0 | 24 |
| Overtime Hours (actual) | 12 | 22 | | | 4 |
| **Amount Paid to Officer** | $ 1,923.08 | $ 1,538.46 | | $ | 1,538.46 |
| **Wages w/ Overtime** | $1,009.68 | $3,788.31 | | | $2,442.21 |

**Hours Worked by Officers (January 17, 2004 - January 30, 2004)**
*Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 17 | | | | | |
| 18 | | 12 | | | |
| 19 | | 12 | | | |
| 20 | 12 | 12 | | | |
| 21 | 12 | 12 | | | |
| 22 | 12 | 12 | | | |
| 23 | 12 | 12 | | | |
| | | | | | |
| Regular Hours (paid) | | 72 | | | |
| Overtime Hours (paid) | | 0 | | | |
| Regular Hours (actual) | 32 | 40 | 0 | 0 | 0 |
| Overtime Hours (actual) | 16 | 32 | | | |
| | | | | | |
| 24 | 12 | 12 | | | |
| 25 | 12 | 12 | | | |
| 26 | 12 | 12 | | | |
| 27 | 12 | 12 | | | |
| 28 | 12 | | | | |
| 29 | 12 | | | | |
| 30 | 12 | | | | |
| | | | | | |
| Regular Hours (paid) | 144 | 48 | | | |
| Overtime Hours (paid) | 0 | 0 | | | |
| Regular Hours (actual) | 40 | 32 | 0 | 0 | 0 |
| Overtime Hours (actual) | 44 | 16 | | | |
| | | | | | |
| **Amount Paid to Officer** | $  1,923.08 | $  1,538.46 | | | $      1,538.46 |
| **Wages w/ Overtime** | $3,894.48 | $2,769.12 | | | $0.00 |

2
62  63.

## Hours Worked by Officers (January 31, 2004 - February 13, 2004)
### *Fleming v. City of Fort Yukon*

| | R. Fleming | C. Deleon | C. Hampton | W. McKillican | T. Schlumbohm |
|---|---|---|---|---|---|
| 31 | 12 | | | | |
| 1 | | | | | |
| 2 | | | | | 12 |
| 3 | | | | | 12 |
| 4 | | | | | 12 |
| 5 | | | | | 12 |
| 6 | | | | | |
| Regular Hours (paid) | 12 | | | | 48 |
| Overtime Hours (paid) | 0 | | | | 0 |
| Regular Hours (actual) | 8 | 0 | 0 | 0 | 32 |
| Overtime Hours (actual) | 4 | | | | 16 |
| 7 | | | | | 12 |
| 8 | | | | | 12 |
| 9 | | | | | 12 |
| 10 | | 8 | | | 4 |
| 11 | | 8 | | | |
| 12 | | 8 | | | |
| 13 | | 8 | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | 8 | | | |
| Regular Hours (paid) | | 40 | | | 40 |
| Overtime Hours (paid) | | 0 | | | 0 |
| Regular Hours (actual) | 0 | 40 | 0 | 0 | 28 |
| Overtime Hours (actual) | | 0 | | | 12 |
| **Amount Paid to Officer** | | $ 769.20 | $ 1,442.31 | | $ 1,538.46 |
| **Wages w/ Overtime** | $336.56 | $769.20 | $0.00 | | $1,961.46 |

*T. Schlumbohm received $1,538.46 for 80 hours of vacation (check 128) and received $1,124.96 for 58.5 hours of vacation at $19.23 per hour (check 129)

*C. Deleon received $1,538.46 for 120 hours of work (check 124), $1,538.46 for 88.64 hours of vacation time (check 125), $769.20 for 40 hours of work at $19.23 per hour (check 126)