RECEIVED
7-24-06 CW

Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>              Plaintiffs,<br><br>   vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. F04-0034 CIV (RRB) |

## DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS
## TO PLAINTIFF WILLIAM D. McKILLICAN

      COME NOW defendants, Fannie Carroll and the City of Fort Yukon ("defendants"),

by and through their attorneys, Jermain, Dunnagan & Owens, P.C., and request that plaintiff

William D. McKillican respond under oath to the following discovery requests, pursuant to

Federal Rule of Civil Procedure 33, within thirty days of the date of service hereof:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXHIBIT ___3___
PAGE _1_ OF _30_

A.    Definitions.

1.    "Describe in full detail" or "state specifically" means fully, faithfully and accurately state each and every fact, circumstance, act, omission, statement, transaction, event, conduct and communication involving, directly or indirectly, in whole or in part, the matter inquired of.

2.    "Person" means any individual, person, firm, association, partnership, joint venture, corporation, company, estate, trust, agency, state, receiver, syndicate, proprietorship, municipality, city, town, county, borough or any other form of legal entity, including groups and combinations of the same acting as a unit.

3.    "Document" means any and all manner of written, typed, printed, reproduced, filmed or recorded materials involving, directly or indirectly, in whole or in part, the subject matter of the particular interrogatory, including, without limitation, the following:

a.    All records, minutes, bylaws, articles, agreements, contracts, proposals, bids, memoranda, orders, diagrams, sketches, pictures, maps, illustrations, photographs, telegrams, analyses, reports, transcriptions, instruments, letters, books, papers, diaries, affidavits, billings, bonds, liens, drawings, studies, plans, schedules, pleadings, receipts, invoices, newspapers, charts, recordings, movies, films, specifications, blueprints, mailgrams, writings, correspondence, notes, transmittals, data, sheets, graphs, summaries, microfilms, bulletins, circulars, pamphlets, worksheets, slips, statements, returns, ledgers, journals, balance sheets, cards, logs, releases, calendars, budgets, estimates, resumes, telexes, cables, tapes, checks, advertisements, instructions,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXHIBIT    3
PAGE  2  OF  30

files, charts, agendas, certificates, titles, deeds, leases, authorizations, requisitions, orders, and other forms of written, printed, typed, reproduced, filmed, photostatic and recorded communications, and/or other data compilations from which information can be obtained or translated into reasonably usable form.

        b.    Originals, file copies and other copies of such Documents.

        c.    All drafts and notes (whether typed, handwritten or otherwise) made or prepared in connection with such Documents, whether used or relied upon or not.

        4.    "Involving" means supporting, including, summarizing, recording, containing, listing, pertaining, concerning, comprising, consisting, addressing, describing, mentioning, referring or reflecting.

        5.    "City" means the City of Fort Yukon or any of its employees, officers, agents, representatives or any other person acting for or on behalf of the City of Fort Yukon.

## Requests For Production

Defendants request that plaintiff, pursuant to Civil Rule 34, provide the following documents for inspection and copying at the offices of the undersigned counsel within thirty (30) days from the date of this service.

"Document" means all drafts, originals, and file copies of letters, correspondence, memoranda, agreements, tabulations, minutes, records of telephone or personal conversations, witness statements, books, catalogs, files, work papers, ledgers, journals, financial reports, data processing cards or tapes, invoices, statements, bills, checks,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXHIBIT 3
PAGE 3 OF 30

diagrams, plans, blueprints, specifications, diaries, leases, insurance policies, films, photographs, graphic representations, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, transcription of tapes or recordings or any other form of communication that are recorded or reproduced, and all notations on the foregoing. The term "document" shall also include material which refers in whole, or in part, to the subject matter sought in this request and includes any copy of any documents upon which there are any pencil notations or comments.

## REQUEST FOR PRODUCTION

Request for Production No. 16:   All tax returns, including all schedules and attachments, for the years 2001, 2002, 2003, 2004, and 2005.

Response:


Request for Production No. 17:  All W-2 forms received by you for the years 2001, 2002, 2003, 2004, and 2005.

Response:


Request for Production No. 18:  Your two most recent pay stubs.

Response:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXHIBIT 3
PAGE 4 OF 30

Request for Production No.19:  Any documents indicating the terms of your current employment, including job descriptions, pay scales, collective bargaining agreements, and/or employment contracts.

Response:

Request for Production No. 20:  Any and all documents related to any benefits of your current employment, including retirement, medical, dental, life, or other benefits.

Response:

Request for Production No. 21:  Copies of any applications for employment you made after leaving employment with the City of Fort Yukon.

Response:

Request for Production No. 22:  All tape recordings you made of City of Fort Yukon officers or employees not already produced in this litigation.

Response:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DATED at Anchorage, Alaska this 21 day of July, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _Howard S. Trickey_

Howard S. Trickey
Alaska Bar No. 7610138
Matthew Singer
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

This is to certify that on this 31st day of
July, 2006, a true and correct copy of the
foregoing was mailed, postage prepaid, to:

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99709

Jeanine M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXHIBIT 3
PAGE 6 OF 30

RECEIVED
1-24-06 CLW

Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, | ) ) ) |
| Defendants. | ) ) ) Case No. F04-0034 CIV (RRB) |

## DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS
## TO PLAINTIFF CHRISTOPHER DeLEON

COME NOW defendants, Fannie Carroll and the City of Fort Yukon ("defendants"),

by and through their attorneys, Jermain, Dunnagan & Owens, P.C., and request that plaintiff

Christopher DeLeon respond under oath to the following discovery requests, pursuant to

Federal Rule of Civil Procedure 33, within thirty days of the date of service hereof:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXHIBIT 3
PAGE 7 30said

A.    Definitions.

1.    "Describe in full detail" or "state specifically" means fully, faithfully and accurately state each and every fact, circumstance, act, omission, statement, transaction, event, conduct and communication involving, directly or indirectly, in whole or in part, the matter inquired of.

2.    "Person" means any individual, person, firm, association, partnership, joint venture, corporation, company, estate, trust, agency, state, receiver, syndicate, proprietorship, municipality, city, town, county, borough or any other form of legal entity, including groups and combinations of the same acting as a unit.

3.    "Document" means any and all manner of written, typed, printed, reproduced, filmed or recorded materials involving, directly or indirectly, in whole or in part, the subject matter of the particular interrogatory, including, without limitation, the following:

a.    All records, minutes, bylaws, articles, agreements, contracts, proposals, bids, memoranda, orders, diagrams, sketches, pictures, maps, illustrations, photographs, telegrams, analyses, reports, transcriptions, instruments, letters, books, papers, diaries, affidavits, billings, bonds, liens, drawings, studies, plans, schedules, pleadings, receipts, invoices, newspapers, charts, recordings, movies, films, specifications, blueprints, mailgrams, writings, correspondence, notes, transmittals, data, sheets, graphs, summaries, microfilms, bulletins, circulars, pamphlets, worksheets, slips, statements, returns, ledgers, journals, balance sheets, cards, logs, releases, calendars, budgets, estimates, resumes, telexes, cables, tapes, checks, advertisements, instructions,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

files, charts, agendas, certificates, titles, deeds, leases, authorizations, requisitions, orders, and other forms of written, printed, typed, reproduced, filmed, photostatic and recorded communications, and/or other data compilations from which information can be obtained or translated into reasonably usable form.

   b. Originals, file copies and other copies of such Documents.

   c. All drafts and notes (whether typed, handwritten or otherwise) made or prepared in connection with such Documents, whether used or relied upon or not.

   4. "Involving" means supporting, including, summarizing, recording, containing, listing, pertaining, concerning, comprising, consisting, addressing, describing, mentioning, referring or reflecting.

   5. "City" means the City of Fort Yukon or any of its employees, officers, agents, representatives or any other person acting for or on behalf of the City of Fort Yukon.

## Requests For Production

Defendants request that plaintiff, pursuant to Civil Rule 34, provide the following documents for inspection and copying at the offices of the undersigned counsel within thirty (30) days from the date of this service.

"Document" means all drafts, originals, and file copies of letters, correspondence, memoranda, agreements, tabulations, minutes, records of telephone or personal conversations, witness statements, books, catalogs, files, work papers, ledgers, journals, financial reports, data processing cards or tapes, invoices, statements, bills, checks,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

diagrams, plans, blueprints, specifications, diaries, leases, insurance policies, films, photographs, graphic representations, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, transcription of tapes or recordings or any other form of communication that are recorded or reproduced, and all notations on the foregoing.  The term "document" shall also include material which refers in whole, or in part, to the subject matter sought in this request and includes any copy of any documents upon which there are any pencil notations or comments.

## REQUEST FOR PRODUCTION

Request for Production No. 16:    All tax returns, including all schedules and attachments, for the years 2001, 2002, 2003, 2004, and 2005.

Response:


Request for Production No. 17:  All W-2 forms received by you for the years 2001, 2002, 2003, 2004, and 2005.

Response:



Request for Production No. 18:  Your two most recent pay stubs.

Response:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF CHRISTOPHER DELEON    PAGE 4
FLEMING, ET AL. V. CARROLL, ET AL.
CASE 4:04-cv-00034-RRB

3
10    30

Request for Production No.19:  Any documents indicating the terms of your current employment, including job descriptions, pay scales, collective bargaining agreements, and/or employment contracts.

Response:

Request for Production No. 20:  Any and all documents related to any benefits of your current employment, including retirement, medical, dental, life, or other benefits.

Response:

Request for Production No. 21:  Copies of any applications for employment you made after leaving employment with the City of Fort Yukon.

Response:

Request for Production No. 22:  All tape recordings you made of City of Fort Yukon officers or employees not already produced in this litigation.

Response:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

3
11 30

DATED at Anchorage, Alaska this _21_ day of July, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _Howard S. Trickey_

Howard S. Trickey
Alaska Bar No. 7610138
Matthew Singer
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

This is to certify that on this _31st_ day of
July, 2006, a true and correct copy of the
foregoing was mailed, postage prepaid, to:

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99709

_Jeanine M. Huston_
Jeanine M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS. P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. F04-0034 CIV (RRB) |

### DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS
### TO PLAINTIFF TODD SCHLUMBOHM

COME NOW defendants, Fannie Carroll and the City of Fort Yukon ("defendants"),

by and through their attorneys, Jermain, Dunnagan & Owens. P.C., and request that plaintiff

Todd Schlumbohm respond under oath to the following discovery requests, pursuant to

Federal Rule of Civil Procedure 33, within thirty days of the date of service hereof:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

A.    Definitions.

1.    "Describe in full detail" or "state specifically" means fully, faithfully and accurately state each and every fact, circumstance, act, omission, statement, transaction, event, conduct and communication involving, directly or indirectly, in whole or in part, the matter inquired of.

2.    "Person" means any individual, person, firm, association, partnership, joint venture, corporation, company, estate, trust, agency, state, receiver, syndicate, proprietorship, municipality, city, town, county, borough or any other form of legal entity, including groups and combinations of the same acting as a unit.

3.    "Document" means any and all manner of written, typed, printed, reproduced, filmed or recorded materials involving, directly or indirectly, in whole or in part, the subject matter of the particular interrogatory, including, without limitation, the following:

a.    All records, minutes, bylaws, articles, agreements, contracts, proposals, bids, memoranda, orders, diagrams, sketches, pictures, maps, illustrations, photographs, telegrams, analyses, reports, transcriptions, instruments, letters, books, papers, diaries, affidavits, billings, bonds, liens, drawings, studies, plans, schedules, pleadings, receipts, invoices, newspapers, charts, recordings, movies, films, specifications, blueprints, mailgrams, writings, correspondence, notes, transmittals, data, sheets, graphs, summaries, microfilms, bulletins, circulars, pamphlets, worksheets, slips, statements, returns, ledgers, journals, balance sheets, cards, logs, releases, calendars, budgets, estimates, resumes, telexes, cables, tapes, checks, advertisements, instructions,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

files, charts, agendas, certificates, titles, deeds, leases, authorizations, requisitions, orders, and other forms of written, printed, typed, reproduced, filmed, photostatic and recorded communications, and/or other data compilations from which information can be obtained or translated into reasonably usable form.

    b.  Originals, file copies and other copies of such Documents.

    c.  All drafts and notes (whether typed, handwritten or otherwise) made or prepared in connection with such Documents, whether used or relied upon or not.

    4.  "Involving" means supporting, including, summarizing, recording, containing, listing, pertaining, concerning, comprising, consisting, addressing, describing, mentioning, referring or reflecting.

    5.  "City" means the City of Fort Yukon or any of its employees, officers, agents, representatives or any other person acting for or on behalf of the City of Fort Yukon.

## Requests For Production

  Defendants request that plaintiff, pursuant to Civil Rule 34, provide the following documents for inspection and copying at the offices of the undersigned counsel within thirty (30) days from the date of this service.

  "Document" means all drafts, originals, and file copies of letters, correspondence, memoranda, agreements, tabulations, minutes, records of telephone or personal conversations, witness statements, books, catalogs, files, work papers, ledgers, journals, financial reports, data processing cards or tapes, invoices, statements, bills, checks,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF TODD SCHLUMBOHM   PAGE 3
FLEMING, ET AL. V. CARROLL, ET AL.
CASE 4:04-cv-00034-RRB

3
15  30

diagrams, plans, blueprints, specifications, diaries, leases, insurance policies, films, photographs, graphic representations, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, transcription of tapes or recordings or any other form of communication that are recorded or reproduced, and all notations on the foregoing. The term "document" shall also include material which refers in whole, or in part, to the subject matter sought in this request and includes any copy of any documents upon which there are any pencil notations or comments.

## REQUEST FOR PRODUCTION

Request for Production No. 16:   All tax returns, including all schedules and attachments, for the years 2001, 2002, 2003, 2004, and 2005.

Response:


Request for Production No. 17:  All W-2 forms received by you for the years 2001, 2002, 2003, 2004, and 2005.

Response:


Request for Production No. 18:  Your two most recent pay stubs.

Response:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Request for Production No.19:  Any documents indicating the terms of your current employment, including job descriptions, pay scales, collective bargaining agreements, and/or employment contracts.

Response:

Request for Production No. 20:  Any and all documents related to any benefits of your current employment, including retirement, medical, dental, life, or other benefits.

Response:

Request for Production No. 21:  Copies of any applications for employment you made after leaving employment with the City of Fort Yukon.

Response:

Request for Production No. 22:  All tape recordings you made of City of Fort Yukon officers or employees not already produced in this litigation.

Response:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF TODD SCHLUMBOHM        PAGE 5
FLEMING, ET AL. V. CARROLL, ET AL.
CASE 4:04-cv-00034-RRB

3
17   30

DATED at Anchorage, Alaska this __21__ day of July, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _Howard S. Trickey_
Howard S. Trickey
Alaska Bar No. 7610138
Matthew Singer
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

This is to certify that on this __31st__ day of
July, 2006, a true and correct copy of the
foregoing was mailed, postage prepaid, to:

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99709

_Jeanine M. Huston_
Jeanine M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

RECEIVED
1-24-06 CW

Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, | ) ) ) |
| Defendants. | ) ) |
| | )  Case No. F04-0034 CIV (RRB) |

### DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS
### TO PLAINTIFF REGINALD FLEMING

COME NOW defendants, Fannie Carroll and the City of Fort Yukon ("defendants"),

by and through their attorneys, Jermain, Dunnagan & Owens, P.C., and request that plaintiff

Reginald Fleming respond under oath to the following discovery requests, pursuant to

Federal Rule of Civil Procedure 33, within thirty days of the date of service hereof:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

3
M 0030

A.   Definitions.

1.   "Describe in full detail" or "state specifically" means fully, faithfully and accurately state each and every fact, circumstance, act, omission, statement, transaction, event, conduct and communication involving, directly or indirectly, in whole or in part, the matter inquired of.

2.   "Person" means any individual, person, firm, association, partnership, joint venture, corporation, company, estate, trust, agency, state, receiver, syndicate, proprietorship, municipality, city, town, county, borough or any other form of legal entity, including groups and combinations of the same acting as a unit.

3.   "Document" means any and all manner of written, typed, printed, reproduced, filmed or recorded materials involving, directly or indirectly, in whole or in part, the subject matter of the particular interrogatory, including, without limitation, the following:

a.   All records, minutes, bylaws, articles, agreements, contracts, proposals, bids, memoranda, orders, diagrams, sketches, pictures, maps, illustrations, photographs, telegrams, analyses, reports, transcriptions, instruments, letters, books, papers, diaries, affidavits, billings, bonds, liens, drawings, studies, plans, schedules, pleadings, receipts, invoices, newspapers, charts, recordings, movies, films, specifications, blueprints, mailgrams, writings, correspondence, notes, transmittals, data, sheets, graphs, summaries, microfilms, bulletins, circulars, pamphlets, worksheets, slips, statements, returns, ledgers, journals, balance sheets, cards, logs, releases, calendars, budgets, estimates, resumes, telexes, cables, tapes, checks, advertisements, instructions,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF REGINALD FLEMING      PAGE 2
FLEMING, ET AL. V. CARROLL, ET AL.
CASE 4:04-cv-00034-RRB

3
20 30

files, charts, agendas, certificates, titles, deeds, leases, authorizations, requisitions, orders, and other forms of written, printed, typed, reproduced, filmed, photostatic and recorded communications, and/or other data compilations from which information can be obtained or translated into reasonably usable form.

b.    Originals, file copies and other copies of such Documents.

c.    All drafts and notes (whether typed, handwritten or otherwise) made or prepared in connection with such Documents, whether used or relied upon or not.

4.    "Involving" means supporting, including, summarizing, recording, containing, listing, pertaining, concerning, comprising, consisting, addressing, describing, mentioning, referring or reflecting.

5.    "City" means the City of Fort Yukon or any of its employees, officers, agents, representatives or any other person acting for or on behalf of the City of Fort Yukon.

## Requests For Production

Defendants request that plaintiff, pursuant to Civil Rule 34, provide the following documents for inspection and copying at the offices of the undersigned counsel within thirty (30) days from the date of this service.

"Document" means all drafts, originals, and file copies of letters, correspondence, memoranda, agreements, tabulations, minutes, records of telephone or personal conversations, witness statements, books, catalogs, files, work papers, ledgers, journals, financial reports, data processing cards or tapes, invoices, statements, bills, checks,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF REGINALD FLEMING    PAGE 3
FLEMING, ET AL. V. CARROLL, ET AL.
CASE 4:04-cv-00034-RRB

EXHIBIT    3
PAGE 21 - 30

diagrams, plans, blueprints, specifications, diaries, leases, insurance policies, films, photographs, graphic representations, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, transcription of tapes or recordings or any other form of communication that are recorded or reproduced, and all notations on the foregoing. The term "document" shall also include material which refers in whole, or in part, to the subject matter sought in this request and includes any copy of any documents upon which there are any pencil notations or comments.

### **REQUEST FOR PRODUCTION**

Request for Production No. 16:    All tax returns, including all schedules and attachments, for the years 2001, 2002, 2003, 2004, and 2005.

Response:


Request for Production No. 17:  All W-2 forms received by you for the years 2001, 2002, 2003, 2004, and 2005.

Response:




Request for Production No. 18:  Your two most recent pay stubs.

Response:

DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF REGINALD FLEMING
FLEMING, ET AL. V. CARROLL, ET AL.
CASE 4:04-cv-00034-RRB

PAGE 4

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Request for Production No.19:  Any documents indicating the terms of your current employment, including job descriptions, pay scales, collective bargaining agreements, and/or employment contracts.

Response:

Request for Production No. 20:  Any and all documents related to any benefits of your current employment, including retirement, medical, dental, life, or other benefits.

Response:

Request for Production No. 21:  Copies of any applications for employment you made after leaving employment with the City of Fort Yukon.

Response:

Request for Production No. 22:  All tape recordings you made of City of Fort Yukon officers or employees not already produced in this litigation.

Response:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

3
23  30

DATED at Anchorage. Alaska this _21_ day of July. 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _Howard S. Trickey_
      Howard S. Trickey
      Alaska Bar No. 7610138
      Matthew Singer
      Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

This is to certify that on this _21st_ day of
July. 2006. a true and correct copy of the
foregoing was mailed. postage prepaid. to:

Michael J. Walleri. Esq.
330 Wendell St., Suite E
Fairbanks, AK 99709

_Jeanine M. Huston_
Jeanine M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

RECD
7-74-06 ar

Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER )
DELEON, CHRIS HAMPTON, WILLIAM )
D. MCKILLICAN, and TODD )
SCHLUMBOHM, )
                                      )
            Plaintiffs, )
                                        )
    vs. )
                                        )
FANNIE CARROLL, and the CITY OF )
FORT YUKON, ALASKA, )
                                        )
            Defendants. )
_____) Case No. F04-0034 CIV (RRB)

### DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS
### TO PLAINTIFF CHRIS HAMPTON

      COME NOW defendants, Fannie Carroll and the City of Fort Yukon ("defendants"),

by and through their attorneys, Jermain, Dunnagan & Owens, P.C., and request that plaintiff

Chris Hampton respond under oath to the following discovery requests, pursuant to Federal

Rule of Civil Procedure 33, within thirty days of the date of service hereof:

LAW OFFICES OF
JERMAIN, DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

25

cals

A.    Definitions.

1.    "Describe in full detail" or "state specifically" means fully, faithfully and accurately state each and every fact, circumstance, act, omission, statement, transaction, event, conduct and communication involving, directly or indirectly, in whole or in part, the matter inquired of.

2.    "Person" means any individual, person, firm, association, partnership, joint venture, corporation, company, estate, trust, agency, state, receiver, syndicate, proprietorship, municipality, city, town, county, borough or any other form of legal entity, including groups and combinations of the same acting as a unit.

3.    "Document" means any and all manner of written, typed, printed, reproduced, filmed or recorded materials involving, directly or indirectly, in whole or in part, the subject matter of the particular interrogatory, including, without limitation, the following:

a.    All records, minutes, bylaws, articles, agreements, contracts, proposals, bids, memoranda, orders, diagrams, sketches, pictures, maps, illustrations, photographs, telegrams, analyses, reports, transcriptions, instruments, letters, books, papers, diaries, affidavits, billings, bonds, liens, drawings, studies, plans, schedules, pleadings, receipts, invoices, newspapers, charts, recordings, movies, films, specifications, blueprints, mailgrams, writings, correspondence, notes, transmittals, data, sheets, graphs, summaries, microfilms, bulletins, circulars, pamphlets, worksheets, slips, statements, returns, ledgers, journals, balance sheets, cards, logs, releases, calendars, budgets, estimates, resumes, telexes, cables, tapes, checks, advertisements, instructions,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

files, charts, agendas, certificates, titles, deeds, leases, authorizations, requisitions, orders, and other forms of written, printed, typed, reproduced, filmed, photostatic and recorded communications, and/or other data compilations from which information can be obtained or translated into reasonably usable form.

    b.  Originals, file copies and other copies of such Documents.

    c.  All drafts and notes (whether typed, handwritten or otherwise) made or prepared in connection with such Documents, whether used or relied upon or not.

    4.  "Involving" means supporting, including, summarizing, recording, containing, listing, pertaining, concerning, comprising, consisting, addressing, describing, mentioning, referring or reflecting.

    5.  "City" means the City of Fort Yukon or any of its employees, officers, agents, representatives or any other person acting for or on behalf of the City of Fort Yukon.

## Requests For Production

    Defendants request that plaintiff, pursuant to Civil Rule 34, provide the following documents for inspection and copying at the offices of the undersigned counsel within thirty (30) days from the date of this service.

    "Document" means all drafts, originals, and file copies of letters, correspondence, memoranda, agreements, tabulations, minutes, records of telephone or personal conversations, witness statements, books, catalogs, files, work papers, ledgers, journals, financial reports, data processing cards or tapes, invoices, statements, bills, checks,

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

27

diagrams, plans, blueprints, specifications, diaries, leases, insurance policies, films, photographs, graphic representations, telegrams, telexes, cables, recordings, audio tapes, magnetic tapes, transcription of tapes or recordings or any other form of communication that are recorded or reproduced, and all notations on the foregoing. The term "document" shall also include material which refers in whole, or in part, to the subject matter sought in this request and includes any copy of any documents upon which there are any pencil notations or comments.

## REQUEST FOR PRODUCTION

Request for Production No. 16:   All tax returns, including all schedules and attachments, for the years 2001, 2002, 2003, 2004, and 2005.

Response:


Request for Production No. 17:  All W-2 forms received by you for the years 2001, 2002, 2003, 2004, and 2005.

Response:



Request for Production No. 18:  Your two most recent pay stubs.

Response:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

3
28  30

<u>Request for Production No. 19</u>:  Any documents indicating the terms of your current employment, including job descriptions, pay scales, collective bargaining agreements, and/or employment contracts.

<u>Response</u>:

<u>Request for Production No. 20</u>:  Any and all documents related to any benefits of your current employment, including retirement, medical, dental, life, or other benefits.

<u>Response</u>:

<u>Request for Production No. 21</u>:  Copies of any applications for employment you made after leaving employment with the City of Fort Yukon.

<u>Response</u>:

<u>Request for Production No. 22</u>:  All tape recordings you made of City of Fort Yukon officers or employees not already produced in this litigation.

<u>Response</u>:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DATED at Anchorage. Alaska this _21_ day of July, 2006.

JERMAIN, DUNNAGAN & OWENS. P.C.

By: _Howard S. Trickey_
Howard S. Trickey
Alaska Bar No. 7610138
Matthew Singer
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

This is to certify that on this _20_ day of
July, 2006, a true and correct copy of the
foregoing was mailed, postage prepaid, to:

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99709

_Jeanine M. Huston_
Jeanine M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322