Michael J.Walleri
Law Offices of Michael J.Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>　　　　　Defendant. | **INITIAL DISCLOSURES**<br><br><br>Case No. F00-0023 CIV (RRB) |

**INITIAL DISCLOSURES**

COMES NOW, the above named Plaintiffs in the above captioned matter, to make

initial disclosures pursuant to Civ. R. 26(a) as follows:

**(A) The Factual Basis Of Each Of Its Claims Or Defenses:** In addition to statement

of facts and allegations in the complaint, which are hereby incorporated by

reference:

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v Carroll*                                    *Plts Exh 4*
Initial Disclosures                                              *1 of 20*

The plaintiffs were hired by the City of Fort Yukon as police officers as follows: Mr. Reginald Fleming was hired during or about October, 2001,;  Mr. Dave McKillican, was hired during or about August 2002;  Mr. Chris Hampton was hired during or about January, 2003; Mr. Christopher DeLeon was hired during or about June 2003; Mr. Todd Schlumbohm was hired during or about March 2003.   During these times, the City of Fort Yukon also employed regular, relief and temporary police officers including J.R. Wallace, Mike Hardy, Debra Hardy, Gerald Alexander, Phillip Solomon, and Erick Trembley. Additionally, the City of Fort Yukon deputized and empowered its dispatchers with law enforcement powers, and, on occasion assigned dispatchers law enforcement activities.  During relevant times of Plaintiffs' employment, plaintiffs were engaged in law enforcement activities. During relevant times of Plaintiffs' employment the City of Fort Yukon employed five (5) or more employees in law enforcement activities.  During Plaintiffs' employment, all Plaintiffs worked more than forty hours per week. During Plaintiffs' employment, all Plaintiffs were hourly wage employees. During Plaintiffs' employment, no Plaintiff was paid for any work in excess of forty (40) hours a week. During Plaintiffs' employment, no Plaintiff was paid at a rate equal to or greater than one and one-half (1 ½ ) times the relevant Plaintiff's hourly wage rate for any work in excess of forty (40)  hours a week.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

In October 2002, the City of Fort Yukon employed Ms. Fannie Carroll as the City Manager.  During her tenure as City Manager, Fannie Carroll engaged in a pattern of corruption and mismanagement intended to institute selective enforcement of laws within the City of Fort Yukon, which included

 a) repeated attempts to force police officers to not investigate domestic violence complaints;

 b) attempts to stop investigations of sexual assaults against certain women in Fort Yukon;

 c) attempts to stop police officer's responding to reported suicide threats;

 d) attempt on or about November 17, 2003 to interfere with an active prisoner escape and investigation of arson /attempted murder for the purported purpose of finding a city worker in another department.

 e) Misuse of city phone recording equipment to illegally record personal call associated with a personal civil domestic violence complaint filed by the City Manager;

 f) Removal and destruction of city police records and evidence by City Manager;

 g) Obstruction of justice.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v Carroll*          *Plts Exh 4*
Initial Disclosures            *3 of 20*

During her tenure as City Manager, Fannie Carroll engaged in a pattern of harassment of City Police officers, including all of the Plaintiffs that created intolerable working conditions, which ultimately led to the wrongful and constructive termination of all Plaintiffs.

Prior to hiring Officer Hampton, the Fort Yukon Police Department had not had sufficient resources to enforce general traffic law, and the community experienced a general lack of compliance with traffic laws, creating dangerous road conditions in the community. In response, the Police Department for the City of Fort Yukon undertook a campaign to begin enforcement of traffic rules in Fort Yukon. Under the program, the City Police Department would initiate warning stops for traffic violations during a transitional period to issue warnings for traffic violators and advise the general driving public of the of the new enforcement policy. Officer Hampton's was assigned the principal assignment to implement this program, and initiated 40-50 warning stops over the course of several days. One such stop was the husband of the dispatcher for the police department, who received a warning for a traffic violation. In retaliation for the warning, the dispatcher filed a false sexual harassment complaint against Officer Hampton. Fannie Carroll failed to investigate the complaint in a reasonable manner. The alleged sexual harassment did not in fact

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v Carroll*                                    *Plts Exh 4*
Initial Disclosures                                             *4 of 20*

take place.  Officer Hampton was denied any hearing before the City Council regarding the charges.  Under duress from Fannie Carroll, Officer Hampton resigned in March 2003.

During July, 2003, Ms. Carrol advise Chief Flemming that she was thinking about filing a civil domestic violence complaint against Mr. Dick Miller, a member of the City Council. In furtherance of that claim, Ms. Carroll improperly used the Department 911 equipment to tape record a conversation between herself and Mr. Miller. On July 16, 2003 Ms. Carroll filed for and was awarded a twenty day ex parte protective civil domestic violence order against Mr. Miller. In the course of that matter, the 911 recordings of the Fort Yukon Police Department were subpoenaed.

3.    Officer McKillican was a witness to the existence of the recording and the subpoena. On information and belief, Fannie Carroll removed and or destroyed the tape recording from the Police Department preventing Officer McKillican from complying with the subpoena.  Officer McKillican refused Ms. Carrolls request to cover up the missing tape. In addition, Fannie Carroll attempted to force Dick Miller to resign his position on the City Council, and sought the assistance of the Officer McKillican and other members of the Fort Yukon City Police Department in that effort. Officer McKillican refused such assistance.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v Carroll*                                                    *Plts Exh 4*
Initial Disclosures                                                      *5 of 20*

At other times, Fannie Carroll engaged in a systemic harassment of Grafton Bergman, the supervisor of the City Maintenance Department. Ms. Fannie Carroll sought the assistance of Officer McKillican in these efforts, and Officer McKillican refused. Fannie Carroll expressed her frustration at Officer McKillican's refusal to participate in inappropriate activities of Ms. Carroll. During and after the above events involving Officer McKillican, Fannie Carroll accused Officer McKillican by stating "every time there is trouble, you're involved." Ms. Carroll advised Officer McKillican several times that he needed to turn his back sometimes in connection matters such as the incident with Mr. Miller. In the latter part of July, 2003, Officer McKillican was requested by the State Troopers to assist in the recovery of a body after having been on duty for several days without sleep. Officer McKillican was advised of the search within minutes of the planned departure of the Troopers by helicopter for the search.  Upon arrival at the helicopter, Ms. Carrol publicly reprimanded Officer McKillican for taking time to gather his equipment. Officer McKillican assisted in the recovery of the body, returned to Fort Yukon and cleaned the corpse, without sleep. Upon completion of this task, and after four nights without sleep, Fannie Carroll summoned Officer McKillican to her office, and verbally harangued Officer McKillican, and advised Officer McKillican that she

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

would do a review of his employment evaluation.   Chief Flemming was out of town at that time, and Officer McKillican requested that Chief Flemming participate in that review upon his return to Fort Yukon.   Fannie Carroll denied that request, advised Officer McKillican that as City Manager, she had the authority to review Officer McKillican's employment, and threatened Officer McKillican that her review would be adverse to him.  Ms. Carroll did not have the authority to conduct an evaluation of Officer McKillican. In response to Fannie Carroll's threats, Officer McKillican resigned in August 2003.

At the time of Officer DeLeon's hire, Fannie Carroll advised Officer DeLeon that it would be easier if he "turned his head to some things" in Fort Yukon and not enforce all laws.  Ms. Carrol also advised Officer DeLeon that he should not arrest some people, but did not identify which ones should not be arrested.  She also advised Officer DeLeon that he should not be too assertive in his job. Officer DeLeon indicated that he would do his job properly. Similar statements were made to all Plaintiffs by the City Manager during the course of their employment. During the ensuing eight (8) months of , the City Manager harassed Officer DeLeon, by verbally reprimanding Officer DeLeon in July 2003, for driving too fast in response to a call of a man holding a knife to a woman's throat.  Officer DeLeon apprehended the

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

perpetrator of the above incident with no harm to the victim, and at all times acted

properly. On another occasion, as part of her harassment of Grafton Bergman, Ms.

Carrol ordered Officer DeLeon to give Mr. Bergman, a notice of trespass from city

buildings. Officer DeLeon refused to do so because it was an unlawful order.  The

City Manager orally reprimanded Officer DeLeon for this refusal.  On or about

November 17, 2003, Officer DeLeon was injured in connection with a prisoner

escape, during which the escapee injured him.  Fannie Carroll prohibited Officer

DeLeon from filing for workers compensation in connection with the injury. On

several occasions, the City Manager directed Chief Flemming to dismiss Officer

DeLeon.  Chief Flemming refused.

In July 2002, an audit of Alaska Commercial Company indicated that there

was money missing from the Fort Yukon AC store. Chief Flemming initiated a

successful investigation of the matter. Shortly thereafter, complaints against Ms.

Maggie John and Mr. John Taylor were filed in connection with the embezzlement.

Mr. John Taylor, who was the Mayor of the City of Fort Yukon at the time. On or

about August, 2002, Mr. Taylor fled Fort Yukon. As a result of this investigation, the

City Council requested that Chief Flemming commence an investigation of past

embezzlements of the City of Fort Yukon. Chief Flemming instituted an

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

investigation of past embezzlements of the City of Fort Yukon, which implicated

certain members of the family of the City Manager.  In December 2003, Chief

Flemming learned of the location of Mr. Taylor, and on December 19, 2003, Mr.

Taylor was apprehended in Craig, Alaska. On December 23, 2003, Officer DeLeon

arrested Maggie John on an open arrest warrant in connection with an

embezzlement. Maggie John is a close friend and associate of members of Ms.

Carroll's family, and the arrest infuriated the City Manager.  Ms. Carroll criticized

Officer DeLeon for the arrest of Maggie John and asked Chief Flemming to dismiss

Officer DeLeon.  Officer DeLeon returned to Fairbanks for leave, and was

immediately called to return to Fort Yukon because of the lack of police officers in

the community. Fannie Carroll authorized a charter to have Officer DeLeon return

to Fort Yukon in a conversation using the Police 911 line. Officer DeLeon cancelled

his leave and returned to Fort Yukon on a charter as requested by the City Manager.

Upon his return to Fort Yukon, Fannie Carroll accused Officer DeLeon of misuse of

City funds in the use of the charter.  In a subsequent meeting involving Officer

Wallace, and dispatchers Fleener and Fields, Chief Flemming played the 911 tape

authorizing the charter.  Fannie Carroll withdrew her complaint against Officer

DeLeon and directed the police department to impound vehicles and write traffic

tickets to pay for the charter, in order that the City Council not learn that she had

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

authorized the charter. On or about January 6 through January 12, 2004, a petition

was circulated and signed by 86 residents of Fort Yukon demanding that Officer

DeLeon be terminated. On information and belief, Mrs. Carroll and members of Ms.

Carroll's family encouraged and facilitated such petition. The City Council for the

City of Fort Yukon responded to the petition at the January Regular City Council

meeting by scheduling a "Community Police Meeting with the Public" set for

January 26, 2004. On January 21, 2004, Ms. Carroll informed the Fort Yukon Police

department via memo of this meeting.  The memorandum included a report by Ms.

Carroll of comments containing negative and false accusations about Officer

DeLeon, including the false accusation that he was "pointing AK at kids".   The

memorandum reported several comments objecting to Police Department enforcing

State traffic laws in Fort Yukon and opining that such laws should not be enforced in

a rural community like Fort Yukon.  The meeting was not held as scheduled. On

February 5, 2004 , the City Manager met with Chief Fleming, and Officers DeLeon

and Schlumbohm about problems with the Police Department. At that meeting, the

City Manager verbally reprimanded Officer DeLeon for arresting a person

interfering with the arrest of a convicted felon for a probation violation.  At this

meeting, Ms. Carroll continued to chide Officer DeLeon by noting that Fort Yukon

was "not New York".   At this meeting, the City Manager inquired as to whether

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Officer DeLeon intended to continue policing in Fort Yukon in the same manner as he had been. Officer DeLeon responded that every arrest he had made in Fort Yukon was a good arrest, and that he would not compromise his integrity because some people did not want to obey the law. Later in that meeting, Officer DeLeon inquired of the City Manager why she wanted the Chief to fire him without cause, to, which the City Manger did not respond. On February 6, 2004, the City Council held a "work shop" meeting on community policing, with the City Manager, and members of the City Police Department. During the meeting, Officer DeLeon requested the opportunity to respond to the false accusations made against him. The City Manager refused to allow Officer DeLeon to discuss the petition and related accusations with members of the City Council. Following the meeting, Chief Flemming suspended Officer DeLeon for discussing the petition at the City Work Session for the purposes of appeasing the City Manager. On or about February 9, 2004, the City Manager summarily terminated Officer DeLeon for insubordination. On or about February 11, 2004, the City Manager, after consultation with the City Attorney, gave notice to Officer DeLeon of additional reasons for dismissal, including the removal of city property, personnel files, case files, and phone line recordings. Officer DeLeon had possession of these items at the request of Chief Flemming for security reasons because of prior removal and destruction of evidence

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

by the City Manager. The City set a hearing for the termination of Officer DeLeon

before a single City Council member in violation of the City Code. Such meeting

would have been futile, and on advice of his attorney, Officer DeLeon declined to

participate in the hearing. On January 27, 2004, the day after the City Council

meeting on the DeLeon community petition, Fannie Carroll issued a memorandum

to Chief Flemming advising that since December 2003, Chief Flemming performance

"has not been at a high standard" and directed corrective actions. On February 9,

2004, the same day that Officer DeLeon was terminated, Fannie Carroll terminated

Chief Flemming alleging insubordination. The termination was a pre-text to retaliate

against Chief Flemming for his refusal to wrongfully terminate Officer DeLeon, and

frustrate ongoing investigations of Fannie Carroll's family members for past

embezzlement of City funds, and ongoing investigations of Fannie Carroll for theft

of city police records/evidence and obstruction of justice. On February 7, 2004,

Fannie Carroll requested Officer Schlumbohm to provide to her 911 tapes for

December 23, 2003 and February 4, 2004, and all personnel files for all active police

officers. On February 8, 2004, the day before Chief Flemming and Officer DeLeon

were terminated, Sergeant Schlumbohm was notified by Fannie Carroll that Chief

Flemming was terminated, and that Officer Wallace was to be promoted to Acting

Chief of Police.  The letter complimented Sergeant Schlumbohm for his work with

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

and dedication to the City, and advised him that he was being promoted. On

February 11, 2004, Fannie Carroll advised Officer Schlumbohm that he was being

suspended and being proposed for termination for insubordination, removal of city

files and property and failure to follow commands and directives.  Officer

Schlumbohm resigned.


**(B) Names of Individuals With Discoverable Information and Expert Witnesses.**

, William D. Mckillican, And

    1)    Mr. Reginald Fleming    (Attorney-Client Privilege)
           C/o Michael J. Walleri
           Attorney at Law
           330 Wendell Street,  Suite C
           Fairbanks, AK 99701
           (907) 452-4716
           Subject: All allegations relating to person stated above; damages

    2)    Mr. Christopher Deleon,    (Attorney-Client Privilege)
           C/o Michael J. Walleri
           Attorney at Law
           330 Wendell Street,  Suite C
           Fairbanks, AK 99701
           (907) 452-4716
           Subject: All allegations relating to person stated above; damages

    3)    Mr. Chris Hampton,(Attorney-Client Privilege)
           C/o Michael J. Walleri
           Attorney at Law
           330 Wendell Street,  Suite C
           Fairbanks, AK 99701
           (907) 452-4716
           Subject: All allegations relating to person stated above; damages

    4)    William D. Mckillican,    (Attorney-Client Privilege)
           C/o Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Attorney at Law
330 Wendell Street,  Suite C
Fairbanks, AK 99701
(907) 452-4716
Subject: All allegations relating to person stated above; damages

5)  Mr. Todd Schlumbohm,    (Attorney-Client Privilege)
    C/o Michael J. Walleri
    Attorney at Law
    330 Wendell Street,  Suite C
    Fairbanks, AK 99701
    (907) 452-4716
    Subject: All allegations relating to person stated above; damages

6)  The Honorable Winston S. Burbank
    District Court Judge
    P.O. Box 10101 Lacey St.
    Fairbanks, Alaska 99701
    (907) 452-9370
    Subject: Demands by F. Carroll impeding enforcement of state law

7)  Mr. Jeff O'Brien
    District Attorney
    455 3rd Ave., Suite 150
    Fairbanks, Alaska 99701
    (907) 451-5970
    Subject: Investigation of City corruption

8)  Ms. Danielle Simmons
    Asst. District Attorney
    455 3rd Ave., Suite 150
    Fairbanks, Alaska 99701
    (907) 451-5970
    Subject: Investigation of City corruption

9)  Mayor Vicki Thomas
    City of Fort Yukon
    P.O. Box 269
    Fort Yukon, Alaska  99740
    (907) 662-2479
    Subject: Information received by and actions by City Council

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v Carroll*                                    *Plts Exh 4*
Initial Disclosures                                            *14 of 20*

10)    Kelly Carroll
       City of Fort Yukon
       P.O. Box 269
       Fort Yukon, Alaska  99740
       (907) 662-2479
       Subject: Information received by and actions by City Council

11)    Richard Miller
       City of Fort Yukon
       P.O. Box 269
       Fort Yukon, Alaska  99740
       (907) 662-2479
       Subject: Information received by and actions by City Council and
       actions stated above relating to person

12)    Mike Hardy
       City of Fort Yukon
       P.O. Box 269
       Fort Yukon, Alaska  99740
       (907) 662-2479
       Subject: Information received by and actions by City Council &
       Deputization of  law enforcement officers

13)    Rachel Carroll
       City of Fort Yukon
       P.O. Box 269
       Fort Yukon, Alaska  99740
       (907) 662-2479
       Subject: Information received by and actions by City Council

14)    Debbie Carroll
       City of Fort Yukon
       P.O. Box 269
       Fort Yukon, Alaska  99740
       (907) 662-2479
       Subject: Information received by and actions by City Council

15)    Richard  Carroll
       City of Fort Yukon
       P.O. Box 269

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v Carroll*                                    *Plts Exh 4*
Initial Disclosures                                            *15 of 20*

Fort Yukon, Alaska  99740
(907) 662-2479
Subject: Information received by and actions by City Council  and
investigations of police into City Council corruption

16)    J.R. Wallace
       General Delivery
       Fort Yukon, Alaska  99740
       Phone unknown
       Subject: Deputization of  law enforcement officers

17)    Debra Hardy
       General Delivery
       Fort Yukon, Alaska  99740
       Phone unknown
       Subject: Deputization of law enforcement officers

18)    Gerald Alexander
       General Delivery
       Fort Yukon, Alaska  99740
       Phone unknown
       Subject: Deputization of law enforcement officers

19)    Phillip Solomon
       General Delivery
       Fort Yukon, Alaska  99740
       Phone unknown
       Subject: Deputization of law enforcement officers

20)    Erick  Trembley
       General Delivery
       Fort Yukon, Alaska  99740
       (907) 662-3610
       Subject: Deputization of law enforcement officers

21)    Charlotte Flenner
       General Delivery
       Fort Yukon, Alaska  99740
       (907) 662-3250
       Subject: Deputization of law enforcement officers

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

22)     Audry Fields
        General Delivery
        Fort Yukon, Alaska  99740
        Phone unknown
        Subject: Deputization of law enforcement officers

23)     Tara Fields
        General Delivery
        Fort Yukon, Alaska  99740
        Phone unknown
        Subject: Deputization of law enforcement officers

24)     Shannon Hardy
        General Delivery
        Fort Yukon, Alaska  99740
        Phone unknown
        Subject: Deputization of law enforcement officers

25)     Former Trooper Capitan Tanner
        Address Unknown
        Phone unknown
        Subject: Investigations of city corruption and obstruction of justice

26)     Trooper Sgt. Miller
        Alaska State Troopers
        1979 Peger Road
        Fairbanks, Alaska  99709
        (907) 451-5100
        Subject: Investigations of city corruption and obstruction of justice

27)     Trooper Carbohall
        Alaska State Troopers
        1979 Peger Road
        Fairbanks, Alaska  99709
        (907) 451-5100
        Subject: Investigations of city corruption and obstruction of justice

28)     Trooper Main
        Alaska State Troopers
        1979 Peger Road
        Fairbanks, Alaska  99709

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

(907) 451-5100
Subject: Investigations of city corruption and obstruction of justice

29)     Trooper Adams
        Alaska State Troopers
        1979 Peger Road
        Fairbanks, Alaska  99709
        (907) 451-5100
        Subject: Investigations of city corruption and obstruction of justice

30)     Trooper Randall
        Alaska State Troopers
        1979 Peger Road
        Fairbanks, Alaska  99709
        (907) 451-5100
        Subject: Investigations of city corruption and obstruction of justice

31)     Grafton Bergman
        General Delivery
        Fort Yukon, Alaska  99740
        (907) 662-2530
        Subject: Incidents stated above relating to person

32)     John Taylor
        Address unknown
        Phone unknown
        Subject: Incidents stated above relating to person

33)     Marrie John
        Address unknown
        Phone unknown
        Subject: Incidents stated above relating to person

**(C) Relevant Documents, Data Compilations, And Tangible Things.**

1)  City Personnel File, including payroll records in possession of City

    of Fort Yukon

2)  911 Phone tape recordings in possession of City of Fort Yukon

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v Carroll*                                    *Plts Exh 4*
Initial Disclosures                                            *18 of 20*

3) Case files of investigations discussed above in possession of City of Fort Yukon

4) Grant Documents governing affected positions in possession of City of Fort Yukon

5) City Personnel Policy and Personnel Ordinances in possession of City of Fort Yukon

6) Personal tape recordings of Plaintiffs and Fannie Carroll in possession of plaintiffs.

7) Plaintiff's pay stubs retained in possession of plaintiffs.

8) City Council records in possession of City of Fort Yukon.

**(E) Photographs, Diagrams, And Videotapes**

None

**(F) Insurance Agreements.**

None

**(G) Categories Of Damages.**

1) lost wages (front and back pay)

2) lost retirement and health insurance benefits

3) unpaid compensatory overtime wages

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v Carroll*                                    *Plts Exh 4*
Initial Disclosures                                             *19 of 20*

4)  unpaid liquidated statutory damages for unpaid overtime

5)  pre-judgement interest

6)  attorney fees.


Date:  April 15, 2005

_____
Michael J. Walleri
AK Bar #7906060
Attorney for Plaintiffs

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on April 15, 2005 via U.S. Mail  to:
Mr. Howard S. Trickey
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

_____

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725