IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM

Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,

Defendants.

Case No. F04-0034 CIV (RRB)

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURES**

COMES NOW, Plaintiffs, Reginald Fleming et al, pursuant to Civil Rule 26(A)(1), by and through their undersigned attorney, to provide Supplemental Disclosures Bate Stamped 00160 - 00174 relating to their Complaint filed in the above captioned proceedings.

1. Reginald Flemings Medical Records (bate stamp numbered 160 – 174.)

Dated this 15th day of September, 2005.

Michael J. Walleri
AK Bar #7906060
Attorney for Plaintiff

Certificate of Service
I certify that a true and correct copy of
the foregoing was served by mail to:

Law Offices of Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

Chris Woodward        09/19/05
                      Date

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

EXHIBIT 5
PAGE 1 OF 16

IHS-803 (10/98)   P.L. 93-611 N.A.

## PCC AMBULATORY ENCOUNTER RECORD

Date: 11-18-03

Arrival Time: 2 PM

Clinic: Fl___

Appt. ____  Walk-In: ✓

PROBLEM LIST UPDATE
(Enter Problem Numbers From Health Summary)

| Remove | Move to Inactive | Move to Active |
|---|---|---|

PROVIDERS — APPL. / ORIG. / INITIALS / CODE

PRIMARY PROVIDER

TEMP ____  PULSE ____  RESP ____

**CHIEF COMPLAINT**

**SUBJECTIVE / OBJECTIVE**

Injury?  ☐ Yes  ☐ No    If yes, Date: ____    ☐ ETOH Related    ☐ Empoy. Rel.
Cause: ____    Place: ____

(For additional Documentation, Use IHS 46-3 Continuation Sheet)

LAB TESTS / PROCEDURES ORDERED

PROBLEM LIST  A  A I C  #

**PURPOSE OF VISIT** (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE)    Health Factors

Extract #4

REPRODUCTIVE FACTORS   G  P  LC  GA  TA  LMP    FP METHOD    DATE BEGUN

PROBLEM LIST NOTES
STORE NOTE FOR PROB. #    REMOVE NOTE #

STORE NOTE FOR PROB. #

**MEDICATIONS** / TREATMENTS / PROCEDURES / PATIENT EDUCATION

Motrin 400mg
#18
Sig 1 or 2 tabs q4h PRN
pain

HR #

NAME: Reginald Fleming
B DATE: 12-4-71   SEX:

RESIDENCE:

FACILITY: Ft Yukon    DATE: 11-18-03    PROV SIGNATURE: [signature] DDS

REVISIT / REFERRAL TO:   DATE   TIME
PURPOSE:
INSTRUCTIONS TO PATIENT:  ☐ SIGN RELEASE RECORDS

Orders column (right side):
✓ ORDER  INITIALS
HCT
UA
HCG
BS-F/BS-R
CBC
Urine culture
Throat culture
Blood culture
GTS
GC
PAP
Pelvic
Breast
Mammogram
Dental
Chest X-ray
EKG
Stool
Hep B #
Hep A #
OPV #
DTP #
DT aP #
DT
Td
MMR #
Varicella
Influenza
HIB TITER / ActHIB #
Pedvax HIB #
Pneumo Vax
PPD ____ mm
Type of Decision Making: ✓
Straightforward
Low Complexity
Moderate Complexity
High Complexity

Fleming v. Carroll
Plaintiff's No. 00160
EXHIBIT 5
PAGE 2 OF 16

IHS-803 (10/06)   P.L. 08-511 N.A.

## PCC AMBULATORY ENCOUNTER RECORD

Date: 9/5/03
Arrival Time: 7:30 PM
Time: 7:30
Appt: ___ Walk In: ___

PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary)
Remove | Move to Inactive | Move to Active

PROVIDERS
PRIMARY PROVIDER

TEMP 99.1  PULSE  RESP

O/P  1 2 2 9 0
WT:
HT:
HEAD:
VISION UNCORRECTED
VISION CORRECTED

**CHIEF COMPLAINT:** Cold symptoms x 3 days

**SUBJECTIVE/OBJECTIVE:**
S: ⊕ HA, ⊕ sore throat, ∅ cough, ⊕ rhinorrhea.
   ⊕ ear pain (B), ? fevers; no sleep x 4 days x N/D
   Meds: Paxil. Allergies: NKDA
O: A, O x 3, NAD
   HEENT: NC/AT, PERRLA, EOMI, TMs clr (B), landmarks
   visib, sinuses tender-maxillary, frontal. Pharynx v. red.
   tonsils 2+/4 ⊕
   Neck: ∅ tender LAD
   Lungs: CTA (B), good air exchange
   Tolerating liquids well, no panic attacks, med taking ok

Injury? ☐ Yes ☐ No   If yes, Date: ___   ☐ ETOH Related   ☐ Empoy. Rel.
Cause:   Place:

(For additional Documentation, Use IHS 45-3 Continuation Sheet)

LAB TESTS/PROCEDURES ORDERED: RST – neg.

| PROBLEM LIST A-AI-G | # | PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE) | Health Factors |
|---|---|---|---|
| | 1 | Viral syndrome | |
| | 2 | ↑ diastolic B.P. | |
| | 3 | Panic disorder | |

ORDER | INITIALS
HCT
UA
HCG
BS-F/BS-R
CBC
Urine culture
Throat culture
Stool culture
GTB
GC
PAP
Pelvis
Breast
Mammogram
Rectal
Chest X-ray
EKG
Bank
Hep B #
Hep A #
OPV #
DTP #
DT aP #
DT
Td
MMR #
Varicella
Influenza
HIB TITER/AntiHIB #
Parivax HIB #
Pneumo Vax
PPD
Type of Decision Making
✓ Straightforward
  Low Complexity
✓ Moderate Complexity
  High Complexity

REPRODUCTIVE FACTORS: G P LC SA TA LMP  FP METHOD  DATE BEGUN
PROBLEM LIST NOTES/STORE NOTE FOR PROB #
REMOVE NOTE #
STORE NOTE FOR PROB #

**MEDICATIONS:**
1. Paxil 20 mg #5 will fill Rx – I called in 1 mo to dose on Sun
2. Motrin
3. Cepacol lozenges
4. Sudafed - 1/2 tab q 4-6° prn
5. Lifestyle mods – ↓ salt ↑ exercise

HR #:   SSN #:
NAME: Roger Fleming
DOB: 3-4-71   SEX: M
RESIDENCE:

ADVICE/REFERRAL TO: RTC in 1 week   DATE:   TIME:
PURPOSE: if no improvement – consider Abx for sinusitis.
INSTRUCTIONS TO PATIENT:   ☐ Sign Release Records

FACILITY:   DATE: 9/5/03   PROV SIGNATURE: C. Bell, PAC

EXHIBIT 5   PAGE 3 of 16   Fleming v. Carroll   Plaintiff's No. 00161

# State of Alaska
## Department of Health and Social Services

Clinic Code ____ Walkin/Appt
Tx Code 01 02 03 04 07 08 09 12 30 31
___ TT ___ Medicaid # ___ Age ___ Allergies ___

Soc Prov
Prim Prov 4 / 1

| Y/N | TB History Dates | Subjective/Objective | ☐ Initial Visit | ☐ Subsequent Visit | Blood Pressure |
|---|---|---|---|---|---|
| | Last Skin Test Date Results | | | | W (LBS) (OZS) |
| | Reason for Screening | | | | Ht (INS) |
| | HX BCG | | | | |
| | TB Exposure | | | | Vision (Uncorrected) R L |
| | Previous DX of TB/TX | | | | |
| | Smear | | | | Vision (Corrected) R L |
| | Culture | | | | |
| | CXR-Normal | | | | Color |

Symptoms/Duration Y/N
- Cough/Sputa
- Hemoptysis
- Fever/Chills
- Chest Pain
- Night Sweats
- Weight Loss

Social/Family
- Country of Origin
- US Citizen
- US Arrival
- Travel Past Year
- Employment
- Homeless
- Prison/Long Term Care

TB Med Side Effects
- Loss of Appetite
- Nausea/Vomiting
- Rash/Itching
- Headache
- Vision Change
- Fatigue/Weakness
- Jaundice
- Dark Urine
- Emotional Status Change
- Pain
- Numbness
- Dizziness/Unsteadiness

Health History
- Drug Use-Inj/Non-Inj
- Tobacco
- ETOH
- Primary MD
- Medical DX
- LMP
- HIV Status
- Contraceptive Method
- Current Meds/OTC

Lab/Test | DATE & RESULT
- LFTs
- CXR
- AFB Smears
- AFB Culture

A-AI-C | # | Purpose of Visit/Problem List Additions or Changes

Treatment Plan   TB Drugs   Start ___ Stop ___ Bottle # ___ No. Missed Doses ___ Compliance ___

Remove Plan #

| Remove | Change to Active | Change to Inactive | PLAN |
|---|---|---|---|

HR # ___
Name ___
B Date ___ Sex ___ Race ___
Residence ___
City ___
Date ___

Referred ___
Counseled ___
Next Visit ___

EXHIBIT 5
PAGE 4 OF 16

TB ENCOUNTER   Provider Signature

FORM # 061576

Fleming v. Carroll
Plaintiff's No. 00162

# PCC AMBULATORY ENCOUNTER RECORD

IHS-803 (10/06)   P.L. 00-611 N.A.

Date: 7-25-03
Arrival Time: 2:00 PM
Clinic: 07
Appt: ✓   Walk-in: ___

**CHIEF COMPLAINT:** 31 y/o ♂ c̄ recheck;

**SUBJECTIVE/OBJECTIVE:**
See note 7/23/03
S: BCP (see note); anxiety + stomach aches but would like med for anxiety. Dealing with lots of work stress; stress at home.
O: A&O x3 in NAD.
Pt receives f/u calls during 2 hr exam.

WT: 110.9.0
Vision uncorrected/corrected

**Injury?** ☐ Yes  ☐ No   If yes, Date: ___   ☐ ETOH Related   ☐ Empoy. Rel.

(For additional Documentation, Use IHS 45-3 Continuation Sheet)

**PROBLEM LIST** | **PURPOSE OF VISIT**
1 | Anxiety

**MEDICATIONS:** Paxil 20mg, 1 tab po qd – Call into Fred Meyer
   d/w arpt wm

**REVISIT/REFERRAL TO:** RTC 1 month
**PURPOSE:** evaluate effectiveness

**NAME:** Fleming, Reggie
**DATE:** 12-4-71
**SEX:** M
**RESIDENCE:** FYU
**FACILITY:** FYU

Provider signature: C. Bird, PA-C   7/25/03

Orders checked: Type of Decision Making ✓

EXHIBIT 5
PAGE 5 OF 16

Fleming v. Carroll
Plaintiff's No. 00163

IHS-803 (10/98)   P.L. 93-611 N.A.

## PCC AMBULATORY ENCOUNTER RECORD

Date: 7-22-03
Arrival Time: 4:45 PM
Unit: 01
Appt. _____ Walk-in: X

PROBLEM LIST UPDATE (Enter Problem Numbers from Health Summary)
Remove | Move to Inactive | Move to Active

APPTS | DOB | INITIALS / CODE
PROVIDERS
PRIMARY PROVIDER

TEMP | PULSE 82 | RESP

CHIEF COMPLAINT: Chest pain onset several mins ago

SUBJECTIVE/OBJECTIVE: 
OS47 cough xC (+) anxiety
(+) smoker, similar episode 1 yr ago
CP (L) sided, located anterior, CP came/gone, not related to exercise, lots of stress at work, productive
A&O x3, NAD, not sweaty
Chest: Lungs CTAB, good air exchange
Heart: RRR, no M/G/R

BP: 137/76
WT: 
HT: 
HEAD:
SpO2: 98%

Injury? ☐ Yes ☐ No    If yes, Date: _____   ☐ ETOH Related   ☐ Empoy. Rel.
Cause: _____   Place: _____

LAB TESTS/ PROCEDURES ORDERED: EKG – wnl

PROBLEM LIST | # | PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE) | Health Factors
1. Anxiety attack

Orders checked: EKG – CP

MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION:
Atarax syrup 10 mg/5mL, 1-2 tsp q 6h prn

NAME: Fleming, Reggie
DOB: 12-4-71   SEX: M
RESIDENCE: FXU
FACILITY: YFHC

REVISIT/REFERRAL TO:
PURPOSE: RTC if CP continues/worsens or if fever develops, SOB
INSTRUCTIONS TO PATIENT: SIGN RELEASE RECORDS

DATE: 7/22/03   PROV. SIGNATURE: C. Foran, PA-C

EXHIBIT 5
PAGE 6 of 16

Fleming v. Carroll
Plaintiff's No. 00164

IHS-803 (10/90)   P.L. 90-011 N.A.

## PCC AMBULATORY ENCOUNTER RECORD

Date: 9-25-02
Arrival Time: _____ AM/PM
Clinic: ER
Appt. ___ Walk-in ___

**PROBLEM LIST UPDATE** (Enter Problem Numbers From Health Summary)
Remove | Move to Inactive | Move to Active

AFFIL | DIS | INITIALS/CODE
PROVIDERS
PRIMARY PROVIDER: 3 | 0 3 | [illegible]

**CHIEF COMPLAINT:** ~~dizziness~~ chest pain

TEMP 100.°   PULSE 104   RESP 20
$O_2$ sat 99%

**SUBJECTIVE/OBJECTIVE:**
30 y.o. male here c/o chest tightness since this AM - says pt does not travel - P

O/P: 15748[?]
WT: ___
HT: ___
HEAD: ___
VISION-UNCORRECTED R ___ L ___
VISION-CORRECTED R ___ L ___

ORDER | INITIALS
HCT
UA
HCG
SO-P/SO-R
CBC
Urine culture
Throat culture
Stool culture
STS
GC
PAP
Pelvic
Breast
Mammogram
Rectal
Chest X-ray
EKG
Bask
Hep B #
Hep A #
OPV #
DTP #
DT aP #
DT
Td
MMR #
Varicella
Influenza
Hib TITER/ActHIB #
Perivax HIB #
Pneumo Vax
PPD

Injury? ☐ Yes ☐ No   If yes, Date: ___   ☐ ETOH Related   ☐ Empoy. Rel.
Cause: ___   Place: ___

(For additional Documentation, Use IHS 46-3 Continuation Sheet)

LAB TESTS/PROCEDURES ORDERED: EKG - WNL

**PROBLEM LIST** A A1-C

**PURPOSE OF VISIT** (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE)
Anxiety
URI

Health Factors

✓ Type of Decision Making
   Straightforward
   Low Complexity
   Moderate Complexity
   High Complexity

REPRODUCTIVE FACTORS: G ___ P ___ LC ___ SA ___ TA ___ LMP ___ FP METHOD ___ DATE BEGUN ___

PROBLEM LIST NOTES
STORE NOTE FOR PROB. #: ___
REMOVE NOTE #: ___
STORE NOTE FOR PROB. #: ___

**MEDICATIONS:** Benadryl

MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION

HR #: ___
NAME: Fleming, Reggie
DOB: ___   SEX: M
RESIDENCE: Ft. Yukon
FACILITY: YFHC

SSN #: ___
REVISIT/REFERRAL TO: ___   DATE ___   TIME ___
PURPOSE: ___
TRIGG ___
INSTRUCTIONS TO PATIENT: ☐ SIGN RELEASE RECORDS

PROV SIGNATURE: [signature] CHN
DATE: ___

Fleming v. Carroll
Plaintiff's No. 00163
EXHIBIT 5
PAGE 7 OF 16





# YUKON FLATS HEALTH CENTER
## P.O BOX 309
## FT. YUKON, AK 99740

## PATIENT REGISTRATION

CHART # 3664

### PERSONAL INFORMATION:

NAME OF PATIENT (Last, First, Full Middle): Fleming (Reggie) Reginald Lamarle

MAIDEN OR OTHER NAMES USED: _____

DATE OF BIRTH: 12-04-71   PLACE OF BIRTH: SAV GA

FATHER'S NAME: Moses Weed   MOTHER'S NAME: Elizabeth Fleming

SPOUSE'S NAME: _____   GUARDIAN'S NAME (If applicable): _____

SEX: ___ Female  ✓ Male   SOCIAL SECURITY NO: 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

RACE: ___ Alaskan Native ___ American Indian ___ Other   DEGREE OF INDIAN BLOOD: _____

IF NATIVE, WHAT CORPORATION ARE YOU REGISTERED WITH? _____

PERMANENT ADDRESS: _____

MAILING ADDRESS: Box 383

HOME PHONE: 662-3230   WORK PHONE: 668-2311   MESSAGE PHONE: Same

ADDRESS WHILE VISITING FT. YUKON: _____

PHONE NUMBER WHILE VISITING FORT YUKON: _____

IN CASE OF EMERGENCY, WHO DO WE NOTIFY?

NAME: City

ADDRESS: _____

RELATIONSHIP: _____   PHONE: _____

Fleming v. Carroll
Plaintiff's No. 00168

## PATIENT EMPLOYMENT INFORMATION

ARE YOU EMPLOYED __✓__ yes ____ no    IF YES, PLEASE FILL OUT QUESTIONS BELOW:

EMPLOYER'S NAME: _City Ef Yukon_

EMPLOYER'S ADDRESS: _____

EMPLOYER'S PHONE NUMBER: _667-2379_

IS YOUR SPOUSE EMPLOYED? ____ yes ____ no    IF YES, PLESE FILL OUT QUESTIONS BELOW:

EMPLOYER'S NAME: _____

EMPLOYERS ADDRESS: _____

EMPLOYERS PHONE NUMBER: _____

IS PATIENT A CHILD? ____ yes ____ no    IF YES, PLEASE COMPLETE THE FOLLOWING QUESTIONS:

FATHER'S EMPLOYER'S NAME: _____

FATHER'S EMPLOYER'S ADDRESS: _____

FATHER'S EMPLOYER'S PHONE NUMBER: _____

MOTHER'S EMPLOYER'S NAME: _____

MOTHER'S EMPLOYER'S ADDRESS: _____

MOTHER'S EMPLOYER'S PHONE NUMBER: _____

## THIRD PARTY REIMBURSEMENT INFORMATION

DO YOU RECEIVE MEDICAID? ____ yes ____ no    (If yes, what is your Medicaid Number _____

IF PATIENT IS A MINOR, DOES HE/SHE RECEIVE DENALI KID CARE? ____ yes ____ no    (If yes, please provide number)

ARE YOU COVERED BY PRIVATE INSURANCE? __✓__ yes ____ no    (If yes, please provide the following information:)

POLICY HOLDER'S NAME: _Reginald Fleming_

POLICY HOLDER'S DATE OF BIRTH: _12-04-71_

POLICY HOLDER'S SOCIAL SECURITY NUMBER: _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_

## THIRD PARTY REIMBURSEMENT INFORMATION CONTINUED

POLICY HOLDER'S PHONE NUMBER: _____

NAME OF INSURANCE COMPANY: _____Blue Shield_____

INSURANCE COMPANY'S ADDRESS: _____

INSURANCE COMPANY'S PHONE NUMBER: _____

POLICY NUMBER: _____ (If you have an insurance card, please give to receptionist to copy)

IF YOU HAVE A SECOND INSURANCE, PLEASE WRITE DOWN THE NEEDED INFORMATION ON THE BACK OF THIS PAGE.

ARE YOU ON MEDICARE? ___ yes  ✓ no   If you said yes, you will automatically have Part A which covers hospitalization and you do not have to pay for that coverage. However, you may also be paying for Part B which covers clinic visits and outpatient procedures.

DO YOU HAVE MEDICARE PART B? ___ yes  ✓ no   (If you have a Medicare card, please give to receptionist to copy)

DO YOU RECEIVE VETERAN'S ADMINISTRATION (VA) HEALTH BENEFITS?? ___ yes  ✓ no  (If yes, please provide proof of eligibility)

ARE YOU AN ACTIVE MEMBER OF ANY MILITARY SERVICES? ___ yes  ✓ no  (if yes, please provide proof)

ARE YOU A PHS COMMISSIONED OFFICER OR A DEPENDENT OF A CO? ___ yes  ✓ no  (If yes, please provide proof)

NOTE: IF YOU ARE BEING SEEN FOR ANY ON-THE-JOB-INJURY OR AN ILLNESS RELATED TO THE JOB, PLEASE LET THE RECEPTIONIST KNOW SO THAT WE CAN HELP YOU COMPLETE A WORKERS' COMPENSATION CLAIM. THANK YOU.

---

I hereby authorize the Yukon Flats Health Center to release any information that may be required by the insurance companies or other programs listed above. This is for the purpose of obtaining payment for the health care services provided. Additionally, I authorize payment of those benefits directly to the Yukon Flats Health Center.

SIGNED: _____[signature]_____   DATE: __22 July 03__

IF YOU ARE NOT THE PATIENT, PLEASE STATE YOUR RELATIONSHIP TO THE PATIENT:

_____

## PLEASE RETURN THESE PAPERS TO THE RECEPTIONIST. THANK YOU.

Fleming v. Carroll
Plaintiff's No. 00170

medcohealth.
live life well

**Prescription Fax Form**

Please fully complete steps 1 to 4 below to help ensure timely processing of your patient's prescription.
Questions? Call Customer Service at 1-888-EASYRX1 (1-888-327-9791).

3419:

**STEP 1** Fill in both the **Subscriber** and the **Patient** information below.

Prescription Drug
Card Member #: 100152339
(Usually different than the health plan ID #)

**Subscriber Information (card holder):**

Name: (First) Reginald           (Last) Fleming
Address: P.O. Box 10
City: Fort Yukon    State: AK    Zip Code: 99740    Phone: 907-662-2311

**STEP 2:**
Confirm your office's secure fax #.
Check the box to indicate a change,
and write in the correct #.

(907) 662-2709

☐ New fax #: _____

**STEP 3:**
Complete for new patients or for
patients with changes in health.
*Please check all that apply:*
Allergies:
☒ None    ☐ Sulfa    ☐ Penicillin
☐ Aspirin  ☐ Codeine  ☐ Iodine
Medical Conditions:
☐ Heart    ☐ Asthma   ☐ High B.P.
☐ Ulcer    ☐ Glaucoma
Other _____

**STEP 4** Please tape the prescription from your prescription pad here.
(Most patients can receive up to a 90-day supply and 4 refills.)
**Fax the completed form to: 1-800-837-0959**

Yukon Flats Health Center
P.O. Box 309
Ft. Yukon, AK 99740
907.662.2460

Date 10/15/03

Name Reginald Fleming    DOB 12-4-71

℞
Paxil 20mg
1 tab po qd
#30

DAW (Y) (N)  C Poccia, PA-C    Refill 11
Ruth Thomas, PA-C              Dick Miller, PA-C
Generics acceptable 4          Gino Pando, M.D.

Confidentiality Notice: This telecopy transmission contains confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for the return of this document.

Medco Health is a subsidiary of Merck & Co., Inc.

5
13  16

Fleming v. Carroll
Plaintiff's No. 00171

**medco** health
live life well

# Prescription Fax Form

Please fully complete steps 1 to 4 below to help ensure timely processing of your patient's prescription.
**Questions? Call Customer Service at 1-888-EASYRX1 (1-888-327-9791).**

● 34191 ||||||||||||||||||||||||||||| ●

**STEP 1** Fill in both the **Subscriber** and the **Patient** information below.

**Prescription Drug Card Member #:** BCWARDP
(Usually different than the health plan ID #)

**Subscriber Information (card holder):**
Name: (First) Reginald    (Last) Fleming
Address: P.O. Box 10
City: Fort Yukon    State: AK    Zip Code: 99740    Phone: (662-2311

**STEP 2:**
Confirm your office's secure fax #. Check the box to indicate a change, and write in the correct #.

(907)662-2709

☐ New fax #: _____

**STEP 3:**
Complete for new patients or for patients with changes in health.
*Please check all that apply:*
Allergies:
☒ None   ☐ Sulfa   ☐ Penicillin
☐ Aspirin ☐ Codeine ☐ Iodine
Medical Conditions:
☐ Heart   ☐ Asthma  ☐ High B.P.
☐ Ulcer   ☐ Glaucoma
Other _____

**STEP 4** Please tape the prescription from your prescription pad here.
(Most patients can receive up to a 90-day supply and 4 refills.)
**Fax the completed form to: 1-800-837-0959**

Yukon Flats Health Center
P.O. Box 309
Ft. Yukon, AK 99740
907.662.2460

Date 10/14/03

Name Reginald Fleming
DOB 12-4-71

℞

Paxil 20 mg. #30
1 tab po qd

DAW (✓) (✗)   C. Bell, PA-C   Refill 11

Ruth Athearn, PA-C    Dick Miller, PA-C
Gina Pondor, M.D.

Generics acceptable.

Confidentiality Notice: This telecopy transmission contains confidential information of the individual or entity named above. The authorized recipient of this information is hereby notified that any disclosure, copying, distribution or action is prohibited. Please notify the sender immediately to arrange for the return of this document.
Medco Health is a subsidiary of Merck & Co., Inc.

5
14  16

Fleming v. Carroll
Plaintiff's No. 00172

# State of Alaska
## Department of Health and Social Services

Clinic Code ___ Walkin/Appl
Tx Code 01 02 03 04 07 08 09 12 30 31
___ TT ___ Medicaid # _____ Age ___ Allergies _____

Soc Prov
Prim Prov

| Y/N | TB History Dates | Subjective/Objective | ☐ Initial Visit | ☐ Subsequent Visit | Blood Pressure |
|---|---|---|---|---|---|
| | Last Skin Test | | | | Wt (LBS) (OZS) |
| | Date  Results | | | | Ht (INS.) |
| | Reason for Screening | | | | |
| | HX BCG | | | | Vision (Uncorrected) R  L |
| | TB Exposure | | | | |
| | Previous DX of TB/TX | | | | Vision (Corrected) R  L |
| | Smear | | | | |
| | Culture | | | | Color |
| | CXR-Normal | | | | |

| Social/Family | | Symptoms/Duration | Y/N |
|---|---|---|---|
| Country of Origin | | Cough/Sputa | |
| US Citizen | | Hemoptysis | |
| US Arrival | | Fever/Chills | |
| Travel Past Year | | Chest Pain | |
| Employment | | Night Sweats | |
| Homeless | | Weight Loss | |
| Prison/Long Term Care | | TB Med Side Effects | |
| | | Loss of Appetite | |
| Health History | | Nausea/Vomiting | |
| Drug Use-Inj/Non-Inj | | Rash/Itching | |
| Tobacco | | Headache | |
| ETOH | | Vision Change | |
| Primary MD | | Fatigue/Weakness | |
| Medical DX | | Jaundice | |
| LMP | | Dark Urine | |
| HIV Status | | Emotional Status Change | |
| Contraceptive Method | | Pain | |
| | | Numbness | |
| Current Meds/OTC | | Dizziness/Unsteadiness | |

| Lab/Test | DATE & RESULT |
|---|---|
| LFTs | |
| CXR | |
| AFB Smears | |
| AFB Culture | |

A-AI-C  #

Purpose of Visit/Problem List Additions or Changes

Treatment Plan  TB Drugs   Start ___ Stop ___ Bottle # ___ No. Missed Doses ___ Compliance

Remove Plan #

| Remove | Change to Active | Change to Inactive | PLAN |
|---|---|---|---|

HR # _____

Name _____

B Date ____ Sex ____ Race ____

Residence _____

Utility _____

Referred _____

Counseled _____

Date _____

Next Visit _____

TB ENCOUNTER  Provider Signature

FORM # 001578

Fleming v. Carroll
Plaintiff's No. 00173

**State of Alaska**
**Department of Health and Social Services**

| | | |
|---|---|---|
| Clinic Code ___ Walkin/Appt | | Sec Prov |
| Tx Code 01 02 03 04 07 08 09 12 30 31 | | Prim Prov |
| ___ TT ___ Medicaid # _____ Age ____ Allergies _____ | | |

| Y/N | TB History Dates | Subjective/Objective | ☐ Initial Visit    ☐ Subsequent Visit | Blood Pressure |
|---|---|---|---|---|
| | Last Skin Test Date ____ Results ____ | *illegible handwriting* | | Wt (LBS.) / (OZS.) |
| | Reason for Screening | | | Ht (INS.) |
| | HX BCG | | | |
| | TB Exposure | | | Vision (Uncorrected) R __ L __ |
| | Previous DX of TB/TX | | | |
| | Smear | | | Vision (Corrected) R __ L __ |
| | Culture | | | |
| | CXR-Normal | | | Color |
| | **Social/Family** | | | **Symptoms/Duration** Y/N |
| | Country of Origin | | | Cough/Sputa |
| | US Citizen | | | Hemoptysis |
| | US Arrival | | | Fever/Chills |
| | Travel Past Year | | | Chest Pain |
| | Employment | | | Night Sweats |
| | Homeless | | | Weight Loss |
| | Prison/Long Term Care | | | **TB Med Side Effects** |
| | | | | Loss of Appetite |
| | **Health History** | | | Nausea/Vomiting |
| | Drug Use-Inj/Non-Inj | | | Rash/Itching |
| | Tobacco | | | Headache |
| | ETOH | | | Vision Change |
| | Primary MD | | | Fatigue/Weakness |
| | Medical DX | | | Jaundice |
| | LMP | | | Dark Urine |
| | HIV Status | | | Emotional Status Change |
| | Contraceptive Method | | | Pain |
| | | | | Numbness |
| | Current Meds/OTC | | | Dizziness/Unsteadiness |
| | | | | **Lab/Test** DATE & RESULT |
| | | | | LFTs |
| | | | | CXR |
| | | | | AFB Smears |
| | | | | AFB Culture |

| A-AI-C | # | Purpose of Visit/Problem List Additions or Changes |
|---|---|---|
| | | *illegible handwriting* |

Treatment Plan    TB Drugs       Start ____ Stop ____     Bottle # ____   No. Missed Doses ____   Compliance ____

Remove Plan #

| Remove | Change to Active | Change to Inactive | PLAN |
|---|---|---|---|
| | | | *illegible handwriting* |

HR # _____

Name *illegible*

B Date _____ Sex ___ Race _____

Residence _____

Facility _____

Date _____

Referred _____
Counseled _____
Next Visit _____

TB ENCOUNTER    Provider Signature _____

FORM # 061676

Store in PCC
Store in PCC

Fleming v. Carroll
Plaintiff's No. 00174