Michael J.Walleri
Law Offices of Michael J.Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO ACCEPT COMPACT DISC**<br><br>Case No. F04-0034 CIV (RRB) |

The City and the individual Defendant oppose the Plaintiff's request to accept

compact disc.  Defendants state in their opposition that the "Plaintiff's have failed to

comply with Civil Rule 5 and have not served defendants with a copy of the

recording which they have apparently submitted to the Court."  This statement is

misleading in two ways.  First, the Plaintiff's have not submitted the recording to the

Court as they are waiting for the Court to accept the recording.  Second, the

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Defendant's have previously received the same recording in discovery and they

were informed of this before the filing of the opposition.  See attached affividat from

Chris Woodward.

Dated this 18th of August, 2006

/s Michael J. Walleri
The Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facisimile)
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on August 18, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                      *Page 2 of 2*
Reply: Compact Disc