Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **AFFIDAVIT OF CHRISTINE WOODWARD**<br><br><br>Case No. F04-0034 CIV (RRB) |

STATE OF ALASKA            )
                           )ss
FOURTH JUDICIAL DISTRICT   )

I, Christine Woodward, after being duly sworn, state as follows:

1) I am employed in the law offices of Michael J. Walleri.

2) On July 25, 2006, this office filed a Motion to Accept Compact Disc as Exhibit to Memorandum in Support of Motion to Compel: Fannie Carroll.

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

3) The recording was not sent to the Court or the Defendant at that time.

4) On August 11, 2006 Jeanine Huston emailed me that her office had yet to receive the recording.

5) I called her and explained that the recording had not been submitted to the Court or her office.

6) In a follow-up phone call that day, I explained that the recording in question was already in the Defendant's possesion as it had been provided earlier in discovery.

7) I explained that Mr. Walleri previously delivered the recording to her office and I identified the recording as labeled "Fannie Carroll #2 8-11-03"

8) I wrote a letter dated August 14, 2006 to Mr. Singer with the same information. A true and correct copy of such letter is attached.

9) The Defendants filed their Opposition to Motion to Accept Compact Disc at Docket 81 on August 14, 2006.

*Christine Woodward*
Christine Woodward

Sworn and subscribed to me this 18th day of August, 2006

*Amanda R. Wubbold*
Notary Public for the State of Alaska
My Commission Expires on: 03/24/09

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

## MICHAEL J. WALLERI
*Attorney-at-Law*
330 Wendell Street, Suite E
Fairbanks, AK 99701
(907) 452-4716
fax: (907) 452-4725
email: walleri@gci.net

August 14, 2006

Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503-4097

         Re: <u>Fleming v Carroll</u>
            Compact Disc

Dear Mr. Singer:

The CD to be filed with the Motion to Accept CD [Docket 65] is part of the CD packet that Mr. Walleri provided a few months back.  There were approximately six CD's and it is the one labeled "Fannie Carroll #2 8-11-03."

Sincerely

*Chris Woodward*
Chris Woodward