UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  FLEMING  </u>  v.  <u>  CARROLL  </u>

DATE:  <u>  August 30, 2006  </u>     CASE NO.  <u>  4:04-CV-0034-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
GRANTING MOTION AT DOCKET 65**

---

      Plaintiff's Motion to Accept Compact Disc as Exhibit to Reply (Docket 65) is hereby **GRANTED**.  The Court will determine its relevance and weight, if any, after listening to it.

M.O. GRANTING DOCKET 65