IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | Case No. F04-0034 CIV (RRB) |

## CERTIFICATE OF SERVICE

I, Chris Woodward, am an employee at The Law Offices of Michael J. Walleri.

1. I am over the age of eighteen and am not a party in this matter.

2. I certify that true and correct copy of the <u>PLAINTIFF'S TAPE CASSETTE as Exhibit to Reply ( Docket 65)</u> was served via US Mail on August 30, 2006 upon the following:

> Mr. Matthew Singer
> Jermain, Dunnagan & Owens, PC
> 3000 A St., Suite 300
> Anchorage, AK 99503-4097

3. A copy of this Certificate of Service were served via ECF and US Mail on August 31, 2006 upon the following:

> Mr. Matthew Singer
> Jermain, Dunnagan & Owens, PC
> 3000 A St., Suite 300
> Anchorage, AK 99503-4097

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming v Carroll*
Affidavit of Christine Woodward

1 of 2

Dated this 31st day of August, 2006, at Fairbanks, Alaska.

_____
Christine Woodward

Sworn and subscribed to me this 31st day of August, 2006



_____
Notary Public for the State of Alaska
My Commission Expires on: 03/24/09

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming v Carroll*
Affidavit of Christine Woodward