## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  REGINALD FLEMING, et al.  </u>  v.  <u> FANNIE CARROLL, et al. </u>

THE HONORABLE RALPH R. BEISTLINE

<small>CAREER LAW CLERK</small>              CASE NO. <u> 4:04-CV-0034-RRB </u>

<u> John W. Erickson, Jr. </u>              DATE: August 31, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS GRANTING DEFENDANTS' MOTION TO COMPEL AT DOCKET NO. 70**

---

Before the Court are Defendants with a Motion to Compel Plaintiffs to Respond to Defendants' First Discovery Requests at Docket 70.  The motion is opposed at Docket 82.

Upon due consideration, Defendants' Motion to Compel at Docket 70 is hereby **GRANTED**.  Pursuant to Fed. R. Civ. P. 37, Plaintiffs shall, within 30 days of this Order, provide -- to the extent that they have not already done so -- <u>full and complete responses</u> to Defendants' Interrogatories Nos. 10, 13, and 14, and Requests for Production 2, 3, 10, and 11.