1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF ALASKA

3  REGINALD FLEMING, CHRISTOPHER        )
   DeLEON, CHRIS HAMPTON, WILLIAM       )
4  D. McKILLICAN, and TODD             )
   SCHLUMBOHM,                          )
5                                       )
                Plaintiffs,             )
6                                       )
   vs.                                  )
7                                       )
   FANNIE CARROLL and the CITY OF       )
8  FORT YUKON, ALASKA,                  )
                                        )
9                Defendants.            )
   _____)
10 Case No. 4:04-cv-00034-RRB Civil

11              DEPOSITION OF REGINALD FLEMING
                      July 20, 2006
12
   APPEARANCES:
13
            FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
14                                   Attorney at Law
                                     330 Wendell Street, Suite E
15                                   Fairbanks, Alaska 99701
                                     (907) 452-4716
16
            FOR THE DEFENDANTS:      MR. MATTHEW SINGER
17                                   Jermain, Dunnagan & Owens
                                     Attorneys at Law
18                                   3000 A Street, Suite 300
                                     Anchorage, Alaska 99503
19                                   (907) 563-8844

20

21                        *   *   *   *

22

23

24

25

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT A
PAGE 1 OF 6

89

| | | |
|---|---|---|
| 1 | | personal knowledge would be more accurate as to what |
| 2 | | actually happened there? |
| 3 | A | Possible, yes. |
| 4 | Q | And you don't have any personal knowledge about whether |
| 5 | | or not Phillip Solomon actually went out on a patrol |
| 6 | | for the City of Fort Yukon? |
| 7 | A | The only actual -- like I said, the only actual |
| 8 | | knowledge I have is what Charlotte Flee- -- Fleener and |
| 9 | | her integrity. |
| 10 | Q | But you've now told me everything you know about |
| 11 | | Phillip..... |
| 12 | A | Phillip Solomon. |
| 13 | Q | .....Solomon doing any work as a -- for the City of |
| 14 | | Fort Yukon? |
| 15 | A | No, sir.  What about Title 47?  If I'm right, he has |
| 16 | | done Title 47s for the city.  And what Title 47 is, if |
| 17 | | somebody is in -- not capable of taking care of |
| 18 | | theirself, the state doesn't pay for that, the city |
| 19 | | pays for it, and they pay for the jail guards on it. |
| 20 | Q | Do you have any personal knowledge of whether Phillip |
| 21 | | Solomon ever did any work as a jail guard? |
| 22 | A | Yes, sir. |
| 23 | Q | Now, the jail is not in the city building, is it? |
| 24 | A | No, we have our office there.  The city has an office |
| 25 | | in it. |

EXHIBIT _A_
PAGE _2_ OF _6_

90

```
 1   Q      It's at the state's building, correct?

 2   A      It's in the state building.  Yes, sir.

 3   Q      And it's a Department of Public Safety facility,

 4          correct?

 5   A      Yes, sir.

 6   Q      And the state regularly pays jail guards, doesn't it?

 7   A      For misdemeanors, crimes, felony crimes and probation,

 8          not -- .....

 9   Q      And.....

10   A      .....not Title 47.

11   Q      .....do you know whether the Department of Public

12          Safety maintains that jail?

13                MR. WALLERI:  Please, if you could not.....

14   Q      If you know?

15                MR. WALLERI:  Excuse me.  Could you not talk

16   over him?

17                MR. SINGER:  I'm sorry, I'm sorry.

18                MR. WALLERI:  Okay.  Let him.....

19   Q      Did you finish.....

20                MR. WALLERI:  .....finish his answers.

21   Q      .....your last answer?

22   A      The Department of Public Safety only pays for

23          misdemeanors, felonies.  Violations are paid by the

24          city, Title 47 is paid by the city, which they should

25          have tracking of that money.  They pay for the meals
```

EXHIBIT A
PAGE 3 OF 6

106

| | | |
|---|---|---|
| 1 | Q | Now, you'd agree that the city did not keep any jail |
| 2 | | guards on regular salary or hourly employment? |
| 3 | A | They had a preference of who they wanted to -- to hire. |
| 4 | Q | But, again, the deal was that it was on a case by case |
| 5 | | basis as needed, correct? |
| 6 | A | Yes, sir. |
| 7 | Q | So there wasn't a person who reported every day to work |
| 8 | | as a jail guard, either for the city or for the state, |
| 9 | | correct? |
| 10 | A | Well, I'm going to have to think.  You know what?  That |
| 11 | | brings me back -- that takes me back there to Sparky. |
| 12 | | I can't remember his last name.  Sparky, he worked for |
| 13 | | the city.  He was a, slash, dispatcher, slash, jail |
| 14 | | guard.  We used him -- Gary Webber, that's who it is, |
| 15 | | Gary Webber.  Look -- look him up in the system, you |
| 16 | | see he's been paid as a jail guard.  I mean, we used |
| 17 | | him for about six months straight. |
| 18 | Q | Now, did Gary Webber also, as you understood it, also |
| 19 | | receive pay as a jail guard for the state? |
| 20 | A | I -- I think he did sometimes for the state, but I know |
| 21 | | he was a jail guard, slash -- slash, dispatcher. |
| 22 | Q | And the jail guard duties, again, would be on a -- not |
| 23 | | an everyday job, but on a case by case basis..... |
| 24 | A | No, he was..... |
| 25 | Q | .....as needed? |

EXHIBIT  A
PAGE 4 OF 6

```
 1   Q     So the times when you think a jail guard worked -- did

 2         work for the city, those were Title 47 or city crimes

 3         that lasted no more than 12 hours?

 4   A     Yes, sir.

 5   Q     And so, again, the city didn't have somebody whose full

 6         time job, regular job was to work at the jail?

 7   A     You would have to talk to Gary Webber.  He was hired on

 8         a dispatcher, slash, jail guard.

 9   Q     All right.  And.....

10   A     I notice you have plenty of stuff on him, Gary Webber,

11         because.....

12   Q     And in terms of the city's need for jail guards, the

13         city would never need more than one jail guard at a

14         time?

15   A     At a time, one at a time.  Yes, sir.

16   Q     Now, you're familiar with Phillip Solomon's assertion

17         that you took women out for sex or jail trips?

18   A     No, sir, unh-unh.

19   Q     Did you have any romantic relationships of any sort

20         while you were in Fort Yukon?

21   A     Yes, sir.

22   Q     With who?

23   A     My fiance, she was up there with me, sir.

24   Q     Who is that?

25   A     Do you want me to give my fiance's -- I mean, is it all
```


EXHIBIT A
PAGE 5 OF 6

```
 1  A       No, sir.

 2  Q       And he wasn't scheduled to be trained as a police

 3          officer.

 4  A       Yes, not as a police officer, as a VPSO.

 5  Q       He was going to be trained as a village public safety

 6          officer?

 7  A       And they're allowed to carry shotguns.

 8  Q       Not -- they're not allowed to carry the kind of

 9          sidearms that police officers can?

10  A       Right, and he was allowed to carry a Taser.  If you run

11          into him being -- not doing it, as Alaska Police

12          Standard rules is, you have 14 months from the date of

13          hire to become certifica- -- certified, so that means

14          if you get hired, you have no training out on the

15          streets, you have within 14 months to get you trained

16          and certified, so.....

17  Q       So the -- as you understood, from the minute he

18          started, his plan wasn't to become a certified police

19          officer.

20  A       It was a VPSO.  He didn't have any weapons.  No, sir.

21  Q       And also your understanding was that as soon as he

22          started the VPSO position, he would be on TCC's

23          payroll?

24  A       Yes, sir.

25  Q       TCC is the Tanana Chiefs Council?
```



EXHIBIT ___A___
PAGE _6_ OF _6_