Mike Hawley

FY 2715

EXHIBIT B
PAGE 1 OF 17

CITY OF FORT YUKON / GENERAL OPERATING FUND                                     06/28/2002        40200

Michael D Hardy                                                                                      YTD
PO Box 257                          Hourly Wage (8.00@$15.00)         120.00                    4,395.00
Fort Yukon, AK 99740                Social Security Employee           -7.44                     -272.49
                                    Medicare Employee                  -1.74                      -63.73
                                    AK - Unemployment Employee         -0.60                      -21.98
                                    Federal Withholding                 0.00                     -338.00
    Used / Available                Pay Advance                         0.00                     -250.00
Sick 0.00 /
Vac  0.00 /

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

                                                                                  110.22

                        06/08/2002 - 06/21/2002 Pay Period

*PAYMENT RECORD* (watermark)

173744 (2/02)

FY 2716
EXHIBIT B
PAGE 2 OF 17

# City of Fort Yukon, Inc.
## Employee Time Sheet
Fort Yukon, Alaska 99740

P O Box 269      (907) 662-2479 or 2379

NAME: Michael Hardy

ADDRESS: Box 257 Fort Yukon, AK 99740

SSN: ███████

PAY PERIOD: _____

MONTH: May, 2002

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    | R  |    |    |    |    |    |
|    | 8  |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours    8
A - Annual Leave    ____
S - Sick Leave    ____
H - Holiday with Pay    ____
L - Leave without Pay    ____

TOTAL HOURS WORKED: 8

Employee Signature: _Michael Hardy_
Supervisor's Signature: _____
City Manager's Signature: _____

**CITY OF FORT YUKON**
**COMMUNITY LIQUOR STORE**
P.O. BOX 269
FORT YUKON, AK 99740
(907) 662-2479

NATIONAL BANK OF ALASKA
89-5/1252

2965

05/03/2002

$ **266.10

PAY TO THE ORDER OF   Michael D Hardy

Two Hundred Sixty-Six and 10/100************************************************************   DOLLARS

Michael D Hardy
PO Box 257
Fort Yukon, AK 99740

MEMO   04/13/2002 - 04/26/2002 Pay Period

⑆002965⑆ ⑈125200057⑈ 1101203218⑆

2965

**CITY OF FORT YUKON / COMMUNITY LIQUOR STORE**

Michael D Hardy
PO Box 257
Fort Yukon, AK 99740

Used / Available
Sick 0.00 /
Vac  0.00 /

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

|  | 05/03/2002 | YTD |
|---|---|---|
| Hourly Wage (40.00@$15.00) | 600.00 | 2,737.50 |
| Pay Advance | -250.00 | -250.00 |
| Federal Withholding | -35.00 | -212.00 |
| Social Security Employee | -37.20 | -169.73 |
| Medicare Employee | -8.70 | -39.69 |
| AK - Unemployment Employee | -3.00 | -13.69 |

FY 2718

EXHIBIT 1
PAGE 4

# City of Fort Yukon, Inc.
# Employee Time Sheet
Fort Yukon, Alaska 99740

P.O. Box 269 (907) 662-2479 or 2379

NAME: Michael Hardy
ADDRESS: Box 257, Fort Yukon, AK 99740
SSN: [redacted]
PAY PERIOD:

MONTH April, 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    | R  | R  | R  | R  | R  | Sat | Sun | R | R | R |
|    |    | 8  | 8  | 8  | 8  | 8  |    |    |   |   |   |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
| R  | R  |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours    40
A - Annual Leave     ____
S - Sick Leave       ____
H - Holiday with Pay ____
L - Leave without Pay ____

TOTAL HOURS WORKED: 40

Employee Signature: Michael Hardy
Supervisor's Signature: _____
City Manager's Signature: _____

FY 2719

EXHIBIT B
PAGE 5 OF 17

CITY OF FORT YUKON / GENERAL OPERATING FUND

40098

05/31/2002     YTD

Michael D Hardy
PO Box 257
Fort Yukon, AK 99740

| Description | Amount | YTD |
|---|---:|---:|
| Hourly Wage (75.50@$15.00) | 1,132.50 | 4,275.00 |
| Federal Withholding | -110.00 | -338.00 |
| Social Security Employee | -70.21 | -265.05 |
| Medicare Employee | -16.42 | -61.99 |
| AK - Unemployment Employee | -5.67 | -21.38 |
| Pay Advance | 0.00 | -250.00 |

Used / Available
Sick 0.00 /
Vac  0.00 /

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

PAYMENT RECORD

05/11/2002 - 05/24/2002 Pay Period     930.20

173744 (2/02)

FY 2720

# City of Fort Yukon, Inc.
# Employee Time Sheet
Fort Yukon, Alaska 99740

P.O. Box 269   (907) 662-2479 or 2379

NAME: Michael Hardy
SSN: ███████
ADDRESS: Box 757, Ft. Yukon, AK 99740
PAY PERIOD: _____

MONTH: May, 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    | R  |    |
|   |   |   |   |   |   |   |   |   |    | 4  |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
| R  | R  |    |    | R  |    |    | R  | R  | R  | R  | R  |
| 8/2| 8  |    |    | 4  |    |    | 8/2| 8/4| 8  | 8/2| 8  |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours    74 + 1.5 = 75.5
A - Annual Leave     _____
S - Sick Leave       _____
H - Holiday with Pay _____
L - Leave without Pay _____

May 13 - callout
May 20 - callout
May 21 - 2 callouts
May 23 - callout
May 24 1.5 xtra hrs

TOTAL HOURS WORKED: 74 + 1.5 = 75.5

Employee Signature: Michael Hardy
Supervisor's Signature: _____
City Manager's Signature: _____

FY 2721

239
of 530

EXHIBIT B
PAGE 7 OF

40046

CITY OF FORT YUKON / GENERAL OPERATING FUND

05/15/2002   YTD

Michael D Hardy
PO Box 257
Fort Yukon, AK 99740

| | | |
|---|---|---|
| Hourly Wage (27.00@$15.00) | 405.00 | 3,142.50 |
| Federal Withholding | -16.00 | -228.00 |
| Social Security Employee | -25.11 | -194.84 |
| Medicare Employee | -5.88 | -45.57 |
| AK - Unemployment Employee | -2.02 | -15.71 |
| Pay Advance | 0.00 | -250.00 |

Used / Available
Sick 0.00 /
Vac 0.00 /

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

*PAYMENT RECORD*

04/27/2002 - 05/10/2002 Pay Period              355.99

173744 (2/02)

FY 2722
EXHIBIT
PAGE 8

# City of Fort Yukon, Inc.
## Employee Time Sheet
Fort Yukon, Alaska 99740

P.O Box 269  (907) 662-2479 or 2379

NAME: Michael Hardy
ADDRESS: Box 257 Fort Yukon AK 99740
SSN: [redacted]
PAY PERIOD:

MONTH May , 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   | R | R | R |   |   |   |   |   |    |    |    |
|   | 10| 9 | 8 |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours    27
A - Annual Leave     ___
S - Sick Leave       ___
H - Holiday with Pay ___
L - Leave without Pay ___

TOTAL HOURS WORKED: 27

Employee Signature: Michael Hardy
Supervisor's Signature: ___
City Manager's Signature: Bonnie Thomas

FY 2723

**CITY OF FORT YUKON / GENERAL OPERATING FUND**

39975
YTD

Michael D Hardy
PO Box 257
Fort Yukon, AK 99740

04/19/2002

| | | YTD |
|---|---|---|
| Hourly Wage (99.50@$15.00) | 1,492.50 | 2,137.50 |
| Federal Withholding | -164.00 | -177.00 |
| Social Security Employee | -92.54 | -132.53 |
| Medicare Employee | -21.64 | -30.99 |
| AK - Unemployment Employee | -7.46 | -10.69 |

Used / Available
Sick 0.00 /
Vac  0.00 /

City of Fort Yukon
PO Box 269
Fort Yukon AK  99740-0269
(907) 662-2479 fax (907) 662-2717

03/30/2002 - 04/12/2002 Pay Period          1,206.86

*PAYMENT RECORD* (watermark)

157279 (2/01)

FY 2724
EXHIBIT B
PAGE 10 OF 17

# City of Fort Yukon, Inc.
# Employee Time Sheet

P.O Box 269    Fort Yukon, Alaska 99740    (907) 662-2479 or 2379

NAME: Michael Hardy      ADDRESS: Box 257
SSN: [redacted]           Fort Yukon, AK 99740
PAY PERIOD: _____

MONTH: March/April, 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
| R | R | R | R | R | Sat | Sun | R | R | R | R | R |
| 8 | 8 | 8 | 8 | 8 | X | X | 8 | 8 | 8 | 8 | 8 |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |   |   |   |   |   |
|----|----|----|----|----|----|----|---|---|---|---|---|
|    |    |    |    |    | R  |    |   |   |   |   |   |
|    |    |    |    |    | 8/1|    |   |   |   |   |   |

Please mark each day with the type of workday.

Mar 30 call out = 1hr
Apr 1 call out = 1hr
Apr 5 call out = 1hr + Fill in R F

R - Regular Hours    99.5
A - Annual Leave    _____
S - Sick Leave      _____
H - Holiday with Pay _____
L - Leave without Pay _____

TOTAL HOURS WORKED: 99.5

Employee Signature: Michael Hardy
Supervisor's Signature: _____
City Manager's Signature: _____

FY 2725

EXHIBIT B
PAGE 11 OF 17

39942

**CITY OF FORT YUKON / GENERAL OPERATING FUND**

Michael D Hardy
PO Box 257
Fort Yukon, AK 99740

|  | 4/2/2002 | YTD |
|---|---|---|
| Hourly Wage (25.00@$15.00) | 375.00 | 645.00 |
| Federal Withholding | -13.00 | -13.00 |
| Social Security Employee | -23.25 | -39.99 |
| Medicare Employee | -5.43 | -9.35 |
| AK - Unemployment Employee | -1.88 | -3.23 |

Used / Available
Sick 0.00 /
Vac 0.00 /

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

PAYMENT RECORD

03/16/2002 - 03/29/2002 Pay Period        331.44

157279 (2/01)

FY 2726

# City of Fort Yukon, Inc.
# Employee Time Sheet

P.O. Box 269  Fort Yukon, Alaska 99740  (907) 662-2479 or 2379

NAME: Michael Hardy  
ADDRESS: Box 257 Fort Yukon, AK 99740  
SSN: [redacted]  
PAY PERIOD: _____

MONTH March, 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    | R  | R  | R  | R  |    |    |
|    | 4  | 4  | 8  | 9  |    |    |

Please mark each day with the type of workday.

R - Regular Hours    25  
A - Annual Leave     ____  
S - Sick Leave       ____  
H - Holiday with Pay ____  
L - Leave without Pay ____  

TOTAL HOURS WORKED: 25

Employee Signature: Michael Hardy  
Supervisor's Signature: Acting Chief _____  
City Manager's Signature: _____

FY 2727

EXHIBIT B PAGE 13

Michael D Hardy
PO Box 257
Fort Yukon, AK 99740

| | 3/18/2002 | YTD |
|---|---|---|
| Hourly Wage (9.00@$13.50) | 121.50 | 270.00 |
| Social Security Employee | -7.53 | -16.74 |
| Medicare Employee | -1.77 | -3.92 |
| AK - Unemployment Employee | -0.61 | -1.35 |

Used / Available
Sick 0.00 /
Vac 0.00 /

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

PAYMENT RECORD

03/02/2002 - 03/15/2002 Pay Period                      111.59

157279 (2/01)

FY 2728
PAGE 14 OF 17

# City of Fort Yukon, Inc.
# Employee Time Sheet

P.O. Box 269   Fort Yukon, Alaska 99740   (907) 662-2479 or 2379

NAME: Michael Hardy   ADDRESS: Box 257
SSN: ███████████   Fort Yukon, AK 99740
PAY PERIOD: _____

MONTH March, 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   | Fri |   |    |    |    |
|   |   |   |   |   |   |   | 9 |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours        _____
A - Annual Leave         _____
S - Sick Leave           _____
H - Holiday with Pay     _____
L - Leave without Pay    _____

TOTAL HOURS WORKED: _____

Employee Signature: Michael Hardy
Supervisor's Signature: _____
City Manager's Signature: _____

FY 2729

**CITY OF FORT YUKON / GENERAL OPERATING FUND**  39845

Michael D Hardy
PO Box 257
Fort Yukon, AK 99740

| | 2/22/2002 | YTD |
|---|---|---|
| Hourly Wage (11.00@$13.50) | 148.50 | 148.50 |
| Social Security Employee | -9.21 | -9.21 |
| Medicare Employee | -2.15 | -2.15 |
| AK - Unemployment Employee | -0.74 | -0.74 |

Used / Available
Sick 0.00 /
Vac 0.00 /

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

PAYMENT RECORD

02/02/2002 - 02/15/2002 Pay Period          136.40

157279 (2/01)

FY 2730
B
16

# City of Fort Yukon, Inc.
## Employee Time Sheet

P.O. Box 269     Fort Yukon, Alaska 99740     (907) 662-2479 or 2379

NAME: Mike Hardy     ADDRESS: Box 257
SSN: [redacted]     Ft Yukon AK 99740
PAY PERIOD: ____

MONTH Feb , 2002

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    | 11 |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.   *Patrol Man*

R - Regular Hours       11
A - Annual Leave        ____
S - Sick Leave          ____
H - Holiday with Pay    ____
L - Leave without Pay   ____

TOTAL HOURS WORKED: 11

Employee Signature: Michael Hardy
Supervisor's Signature: _____
City Manager's Signature: _____

FY 2731