# City of Fort Yukon, Inc.

## City of Fort Yukon Employee Personnel Manual Handbook

## 2001

P.O Box 269 Fort Yukon, AK 99740

FY 1 EXHIBIT C
PAGE 1 OF 10

# TABLE OF CONTENTS

| | | |
|---|---|---|
| PART I | INTRODUCTION | 4 |
| CHARPER I | HIRING POLICIES | 5-7 |

Merit System
Promotion
No Discrimination
Advertising
Tests
Minimum Age and Citizenship
City, Residents
Handicapped Persons
Veterans Preference
Hiring Authority
Definitions

| | | |
|---|---|---|
| CHAPTER 2 | CONDITIONS OF CITY EMPLOYMENT | 8-11 |

Permanent Employees
Temporary Employees
Probationary Employees
Regular Workday/Work week
Overtime
Pay Period
Salary Review
Payroll Deductions
Recognized Holidays
Holidays falling during Vacations
Holidays falling on Sat/Sun
Other Employment
Training
Performance Evaluation
Personnel Files
Employee Obligations and Conduct

| | | |
|---|---|---|
| CHAPTER 3 | EVALUATIONS | 12 |

Required Evaluation
Special Evaluation
Methods of Evaluation
Salary Review
Approval of Salary Review

| | | |
|---|---|---|
| CHAPTER 4 | TRAVEL | 13 |

Travel Authorization
Travel Allowance
Other Expense
Travel Reports

FY EXHIBIT C
PAGE 2 OF 10

| | | | |
|---|---|---|---|
| **CHAPTER 5** | **SUSPENSION, DEMOTION, AND DISMISSAL** | | 14-15 |

Suspensions
Demotion
Dismissal
Layoffs
Reinstatement
Resignation
Final Pay
Progressive Discipline

**CHAPTER 6**   **LEAVE OF ABSENCE**   16-19

A   **VACATION LEAVE**   16

Permanent Full-Time Employees
Permanent Part- Time Employees
Temporary Employees
Leave-Without-Pay Status
Saturdays, Sundays, And Holidays
Pay During Vacation
Supervisor Authorized Vacation
Vacation After Sick Leave Ends
Accumulation Limit

B   **SICK LEAVE**   17

Permanent Full- Time Employees
Permanent Part- Time Employees
Notification To Supervisor
Leave-Without-Pay

C   **OTHE R  LEAVE OF ABSENCE**   18-19

Less Than Ten Days Leave Without Pay
Long Term Leave Of Absence Without Pay
Active Military Duty
Vacancies As A Result Of Leave Of Absence
Witness And Jury Leave
Emergency Leave
Childbirth Leave

**CHAPTER 7**   **GRIEVANCES**   20-21

General Policy
Grievance Procedure


FY EXHIBIT C
PAGE 3 OF

**CHAPTER 8**           EMPLOYEE INSURANCE PROGRAM            22

                Insurance Carrier
                Permanent Full- Time Employee
                Permanent Part- Time Employee
                Elected Or Appointed Officials
                Dates Of Coverage

**CHAPTER 9**           **SEXUAL HARASSMENT POLICY**           23

**APPENDIX A**          EXIT INTERVIEW GUIDE                  24

**APPENDIX B**          POSITIONS:                             25-30

                City Manager
                City Clerk
                City Treasurer
                Administrative Assistance
                Pay roll Clerk
                Water/Sewage Maintenance Personnel
                Maintenance Personnel
                Mechanic Personnel
                Dispatcher
                Director of Public Safety
                Patrolman
                Games Manager
                Janitor

PART 1-    INTRODUCTION

A. The provisions contained herein shall apply to all employees of the City of Fort Yukon.

B. It is the intent of this personnel policy handbook to comply with the applicable Federal, State and local laws to the City of Fort Yukon and its operations.

C. The City Manager, or his/her delegated authority, shall be responsible for the enforcement of these regulations and shall have the responsibility for punitive measures such as suspensions, demotion, and dismissal subject to the applicable provisions of this personnel Manual Handbook.

D. The City Clerk will be the designated manual Custodian. It shall be the responsibility of these employees to maintain, on a current basis, the master copy of the City of Fort Yukon Personnel Manual Handbook. All revisions or additions to the manual shall be coordinated by Administration and approved by the City Council.

E. The current Personnel Manual shall be made available to all employees and a signed letter of receipt shall be kept it the employees personnel file.

F. The City Clerk will maintain a list of all residents seeking employment with a current application on file.

This Personnel Manual Handbook is presented to all of the employees because it is important for everyone in the City of Fort Yukon to know, in as much detail as possible the kind of organization we are and what we believe in. The Personnel Manual Handbook is devised for the protection of both the City of Fort Yukon as an employer, and the employees of the City.
The City of Fort Yukon operates with an "open door" policy, and all employees are invited to visit our City Manager's office at any time to seek advice or to obtain information about any of the City of Fort Yukon's practice.
I hope you will find this association with the City of Fort Yukon rewarding, and wishing you good luck in your new career.

Sincerely

City of Fort Yukon
City Manager

please sign below for receipt of your City of Fort Yukon Personnel Manual Handbook. Make a Xeroxed copy of this receipt and give it to the City Clerk for inclusion in your personnel file.

_____        _____
Signature                                                    Date

# CHAPTER 1

**HIRING POLICIES**

Sections:
1. Merit System
2. Promotion
3. No Discrimination
4. Advertising
5. Tests
6. Minimum Age And Citizenship
7. City Residents
8. Handicapped Persons
9. Veterans Preference
10. Hiring Authority
11. Definitions

**Section 1:   Merit System**

Hiring and grading of City employees shall be made on the basis of merit and fitness. Merit indicates punctuality, dependability, willingness to perform duties, and willingness to learn/create efficiency in tasks performed.

**Section 2.   Promotion**

When well-qualified individuals are available, appointments to fill vacancies may be by promotion from within the City Government.

**Section 3.   No Discrimination**

There shall be no discrimination in employment, procedures, including appointment, promotion, demotion, suspension, or removal, on the basis of race, gender, age, marital status, national origin, political or religious affiliation, or any other non-merit reason.

**Section 4.   Advertising**

All permanent positions shall be advertised locally for a minimum of 10 days. The City may extend the advertising period and advertise statewide if it feels that this is necessary. If a vacancy occurs within 90 days after the end of the advertising period and two or more qualified applicants on file for the position.

**Section 5.   Tests**

Before appointment, each applicant may be required to take such tests to measure qualification(s) as the Department Supervisor considers appropriate.


EXHIBIT C
PAGE 6 OF 10

**Section 6.   Minimum Age and Citizenship**

Minimum age and citizenship requirements for City employment shall be in accordance with State.

**Section 7.   City Residents**

Other qualifications being equal, preference in employment or promotion shall be given to residents of the City area.

**Section 8.   Handicapped Persons**

Employment of qualified handicapped persons is encouraged.

**Section 9.   Veterans Preference**

Veterans as defined in AS 39.25.159, may be given preference for employment where they are equally qualified with other applicants.

**Section 10.   Work List**

The City Clerk will maintain a list of local residents with current applicants on file with the City.

**Section 11.   Qualified Applicants for Employment**

Qualified Applicants who are listed on the city work list may be selected for part-time, seasonal, and temporary employment.

**Section 12.   Hiring Authority**

The City Council shall be the final hiring authority for the following positions: City Manager, City Clerk, and City Treasurer. All hiring of regular employees will be the responsibility of the City Manager. In accordance with department budgets, supervisory personnel may hire temporary personnel when it is necessary to maintain department functions with prior approval by the City Manager.

**Section 13.   Definitions**

The City Manager shall be personnel officer.

**Terms-** Unless the context requires otherwise, the definitions below define the terms used herein.

**Anniversary Date-** means the date on which an employee is initially hired for the purposes of computing merit increases, or the date an employee is changed to higher or lower grade for the purposed of later merit increases.

**Appointing Authority-** means the hiring authority identified in Chapter 1 Section 12.

**Current Rate of Pay-** means the salary received by an employee for his/her scheduled hours of work.

**Immediate Family-** means the husband, wife, mother, father, brother, sister, son, daughter, or grandparents.

Job description- means a written statement of duties and responsibilities which are characteristic of a class/position and includes the education, experience, knowledge, and ability required to perform the work in that class/position.

Merit Increase- means the change of an employee from one salary step to another with final approval by the City Manager, in accordance with the budget and final approval by the City Council.

Performance Evaluation Report- means the periodic appraisal in writing of an employee work performance on forms prescribed by the City Manager-also called "evaluation report".

Probationary Period- means the 90-day provisional period of a new employee hired for a permanent position. Any approved leave-of-absence taken during this period will extend the probationary period by the amount of working days absent.

Resignation- means the termination of employment at the request of the employee.
Suspension With Pay- means an enforced leave of absence while continuing to receive compensation pending investigation of charges made against an employee.

Suspension Without Pay- means an enforced leave of absence without compensation pending investigation of charges made against employee, as a disciplinary action.

Temporary- means the status of the employee hired for a position expected to last 180 days or less. If an employee is compensated through CETA funding, or any other State or Federal program, this employee is also considered " temporary".

Work List- means a current list of local residents seeking employment with the City of Fort Yukon.

# CHAPTER 2

## CONDITIONS OF CITY EMPLOYMENT

Section:

1. Permanent Employees
2. Temporary Employees
3. Probationary Employees
4. Regular Work Day/ Work Week
5. Overtime
6. Pay Period
7. Salary Review
8. Payroll Deductions
9. Recognized Holidays
10. Holidays Falling During Vacations
11. Holidays Falling on Sat/Sun.
12. Other Employment
13. Training
14. Performance Evaluation
15. Personal Files
16. Employee Obligations and Conducts

**Section 1: Permanent Employees**

Permanent appointments are made to positions, which are considered to be part of the regular work force needed for performing City services. Permanent employees are classified as follows:

A. Full-time, where the work involved totals 35-40 hours per week on a regular basis and where employees are eligible for full employee benefits.

B. Part-time, where the work involved is performed during a portion of a workday or workweek and totals at least 20 hours per week on a regular basis. Part-time employees may elect to participate in the employee insurance program, with a payroll deduction to pay insurance premium.

C. Exempt employees are exempt from the requirement to receive overtime compensation under the U.S. Fair Labor Standards Act.
   1. Public Safety personnel-Police Department

**Section 2: Temporary Employees**

Where the employee is hired on a temporary basis, either full or part-time for a predetermined work project or schedule, not to exceed hundred eight days. Temporary employees working more than one hundred eight days will only be classified as permanent by a written directive of the City Manager, with the City Council approval.

Section 3: Probationary Employees
All newly hired employees shall be subject to a probationary period of ninety days during which the employee may be terminated, demoted or transferred without cause by the hiring authority.

**Section 4: Regular Workday/Work Week**

A. The Regular Workday shall consist of eight hours, beginning at 8:00 a.m. and ending at 5:00 p.m. with one unpaid hour for lunch and a maximum of one half hour for daily compensated coffee breaks.

B. The regular workweek shall consist of five regular workdays or 40 hours per week. In the event of fiscal necessity, the City manager may decrease the total number of hours to be worked during the workday and/or work week, subject to confirmation by the City Council at its next meeting

C. Supervisory personnel may alter the beginning and ending hours of all or any employees workday if it is necessary to ensure the efficient operation of their department, with prior approval of the City Manager. Written notice of a change in working hours must be given to the Personnel Officer and to all affected employees in advance of any changes.

**Section 5: Pay Period**

Wages earned during a pay period will be paid within one week (7days) of the end of the period of employment. Pay periods will BI-weekly ending on a Friday.

**Section 6: Salary Review**

Each employee will be subject to an annual personnel evaluation and salary review by his supervisor as specified in Chapter 3 and 4.

**Section 7: Payroll Deductions**

All deductions will be made as required by law for FICA, Federal Withholding tax, Court Orders, and such other authorization as may be provided by employees. Exception include if employee/City Manager is hired for  ninety days

**Section 8: Recognized Holidays**

The following days shall be recognized as holidays with pay for all permanent employees who are in pay status before and following such days:

| | |
|---|---|
| New Years Day | January 1st |
| President's Day | Third Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | July 4 |
| Labor Day | First Monday in September |
| Thanksgiving Day | Fourth Thursday in November |
| Alaska Day (recognized) | Friday following Thanksgiving |
| Veterans Day (recognized) | December 24 |
| Christmas Day | December 25 |
| Birthdays | Paid Holiday |

The City may designate other days by resolution.

Supervisors may alter the holiday schedule to achieve better efficiency of their department. Prior notice must be given to the Personnel Officer in writing and advertised locally if it will affect the provision of services to residents of the City.

