Garry Webber
PO Box 395
Ft. Yukon, AK 99740

| | 04/18/2003 | YTD |
|---|---|---|
| Hourly Wage (31.50@$10.00) | 315.00 | 1,013.00 |
| Child Support | -115.72 | -394.19 |
| Social Security Employee | -19.53 | -69.13 |
| Medicare Employee | -4.57 | -16.17 |
| AK - Unemployment Employee | -1.58 | -5.58 |
| Title 47 | 0.00 | 102.00 |

Used / Available
Sick 0.00 / 0.00
Vac 0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

03/29/2003 - 04/11/2003 Pay Period            173.60

186858 ;12:02)

EXHIBIT D
PAGE 1 OF 26

FY 3525

NO. WEBBEL, GARRY

NAME

WEEK ENDING

| | | |
|---|---|---|
| IN | MONDAY | 3:00 pm |
| OUT | | 6:00 pm |
| IN | | 8:00 pm |
| OUT | 5½ | PM ~ 11 28 |
| IN | TUESDAY | Election – Gen. |
| OUT | | City – Election |
| IN | | Judge |
| OUT | | |
| IN | WEDNESDAY | AM ∞ 10 01 |
| OUT | 4 | AM ∞ 12 04 |
| IN | | AM ∞ 1 05 |
| OUT | | AM ∞ 5 05 |
| IN | THURSDAY | |
| OUT | 4 | |
| IN | | AM 10 5 15 |
| OUT | | AM 10 5 57 |
| IN | FRIDAY | ~ 11 7 57 |
| OUT | 7 | |
| IN | | |
| OUT | | 12 08 |
| IN | SATURDAY | 12 43 |
| OUT | 7 | |
| IN | | |
| OUT | | AM 13 5 00 |
| IN | SUNDAY | |
| OUT | | |
| IN | | |
| OUT | | |

4hrs

∞ 5 56
10 01

TOPS ® FORM 1260 (K14-15)                LITHO IN U.S.A.

# City of Fort Yukon, Inc.
# Employee Time Sheet

P O Box 269                 Fort Yukon, Alaska 99740                 (907) 662-2479 or 2379

NAME _NEBBER, GARRY P_     ADDRESS _P.O. BOX 395_
SSN: ▬▬▬▬▬▬▬▬▬                          _Ft. Yukon_
PAY PERIOD _4/29/03 to 4/11/03_                    _A.K. 99740_

MONTH _APRIL_, 2003

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   | 3½ | 0 | 8 | 4 | 7 | 7 |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.   _Dispatcher_
_$10°°_

R - Regular Hours     _31½ hw_
A - Annual Leave      _____
S - Sick Leave        _____
H - Holiday with Pay  _____
L - Leave without Pay _____

TOTAL HOURS WORKED: _31½ hw_

Employee Signature _____
Supervisor's Signature _____
City Manager's Signature _____

Garry Webber
PO Box 395
Ft. Yukon, AK 99740

| | 04/04/2003 | YTD |
|---|---|---|
| Hourly Wage (17.00@$12.00) | 204.00 | 698.00 |
| Child Support | -74.94 | -278.47 |
| Social Security Employee | -12.65 | -49.60 |
| Medicare Employee | -2.96 | -11.60 |
| AK - Unemployment Employee | -1.02 | -4.00 |
| Title 47 | 0.00 | 102.00 |

Used / Available
Sick 0.00 / 0.00
Vac 0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

03/15/2003 - 03/28/2003 Pay Period                112.43

180853 : 2:02

EXHIBIT D
PAGE 4 OF 26
FY 3528

# Employee Time Sheet

P O Box 269                    Fort Yukon, Alaska  99740                    (907) 662-2479 or 2371

NAME _Garry Welber_    ADDRESS _P.o. Box 595 — Ft. Yukon_
SSN ▓▓▓▓▓▓
PAY PERIOD _March 11&12, 2003_

MONTH _March 11&12_ , 2003

TITLE 47   Robert Peter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    | 17 |
|   |   |   |   |   | - |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R  -  Regular Hours          _17_
A  -  Annual Leave           _____
S  -  Sick Leave             _____
H  -  Holiday with Pay       _____
L  -  Leave without Pay      _____

Title 47
for Robert
Peter

TOTAL HOURS WORKED: _17_

Employee Signature _____
Supervisor's Signature _____
City Manager's Signature _____

Garry Webber
PO Box 395
Ft. Yukon. AK 99740

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

| | 03/21/2003 | YTD |
|---|---|---|
| Hourly Wage (3.50@$12.00) | 42.00 | 494.00 |
| Social Security Employee | -2.60 | -36.95 |
| Medicare Employee | -0.61 | -8.64 |
| AK - Unemployment Employee | -0.21 | -2.98 |
| Child Support | 0.00 | -203.53 |
| Title 47 | 0.00 | 102.00 |

03/01/2003 - 03/14/2003 Pay Period                       38.58

EXHIBIT ___D___ FY 3530
PAGE _6_ OF _26_

# City of Fort Yukon
# Employee Time Sheet

P.O. Box 269                     Fort Yukon, Alaska 99740                     (907) 662-2479 or 2379

NAME: _Webber Garry_     ADDRESS: _P.O. Box 395_
SSN: �â–ˆâ–ˆâ–ˆâ–ˆâ–ˆ
PAY PERIOD: _03/08-09/03_

MONTH _March 8-9_ , 200**3**

_TITLE 47 Travis Alexander_

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |
|   |   |   |   |   | - |   | 1 | 10½ |  |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

PD ( 8 Hr4 )

R - Regular Hours      _11½ hrs_
A - Annual Leave       _____
S - Sick Leave         _____
H - Holiday with Pay    _____
L - Leave without Pay   _____

TOTAL HOURS WORKED: _11½_

Employee Signature _____
Supervisor's Signature _____
City Manager's Signature _____

Garry Webber
PO Box 395
Ft. Yukon, AK 99740

| | | YTD |
|---|---|---|
| Hourly Wage (8.00@$10.00) | 80.00 | 452.00 |
| Child Support | -29.39 | -203.53 |
| Social Security Employee | -4.96 | -34.35 |
| Medicare Employee | -1.16 | -8.03 |
| AK - Unemployment Employee | -0.40 | -2.77 |
| Title 47 | 0.00 | 102.00 |

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

03/01/2003 - 03/14/2003 Pay Period                    44.09

City of Fort Yukon, Inc.

# Employee Time Sheet

P.O. Box 269                Fort Yukon, Alaska 99740              (907) 662-2479 or 2379

NAME _Liebber Garry_      ADDRESS: _Po Box 395_

SSN: ███████

PAY PERIOD: _March 12 2003_      _Ft Yukon A.K. 99740_

ENDING

MONTH _5/12/03_ , **2003**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    | 6hrs | 1hrs |
|   |   |   |   |   |   | - |   |   |    |    |    |

detox
8hrs
than t
The
Ca
ca

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours      _17hrs_

A - Annual Leave      _____

S - Sick Leave        _____

H - Holiday with Pay  _____

L - Leave without Pay _____

TOTAL

TOTAL HOURS WORKED: _17hrs_    Seventeen hrs.

Employee Signature _____

Supervisor's Signature _____

City Manager's Signature _____

to be reimbursed by State 97

Garry Webber,
PO Box 395
Ft. Yukon, AK 99740

| | 02/07/2003 | YTD |
|---|---|---|
| Title 47 (8.50@$12.00) | 102.00 | 102.00 |
| Child Support | -37.47 | -174.14 |
| Social Security Employee | -6.33 | -29.39 |
| Medicare Employee | -1.48 | -6.87 |
| AK - Unemployment Employee | -0.51 | -2.37 |
| Hourly Wage | 0.00 | 372.00 |

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

01/18/2003 - 01/31/2003 Pay Period                    56.21

# City of Fort Yukon, Inc.
## Employee Time Sheet

P.O. Box 269                Fort Yukon, Alaska  99740              (907) 662-2479 or 2379

NAME: *Webber Garry*              ADDRESS: *P.o. Box 385*

SSN: ████████                          *Ft. Yukon*

PAY PERIOD: *Jan. 18, 2003*

### MONTH *January* , 200**3**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   | - |   |   |   |    |    |    |
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    | *½* | *8* |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R  -  Regular Hours          *8½*

A -  Annual Leave                            *(L4)*

S  -  Sick Leave

H -  Holiday with Pay

L  -  Leave without Pay

TOTAL HOURS WORKED: *8 ½ hrs*

Employee Signature _____

Supervisor's Signature _____

City Manager's Signature _____

CITY OF FORT YUKON / GENERAL OPERATING FUND

40771

Garry Webber
PO Box 395
Ft. Yukon, AK 99740

01/24/2003

| | | YTD |
|---|---|---|
| Hourly Wage (16.50@$12.00) | 198.00 | 372.00 |
| Child Support | -72.74 | -136.67 |
| Social Security Employee | -12.27 | -23.06 |
| Medicare Employee | -2.87 | -5.39 |
| AK - Unemployment Employee | -0.99 | -1.86 |

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

01/04/2003 - 01/17/2003 Pay Period                    109.13

(173244  2 02)

EXHIBIT
PAGE 12 OF 26          FY 3536

NO. *Webber, Garry*

01/10/03    NAME

WEEK ENDING    *Police*

| | | | | |
|---|---|---|---|---|
| IN | | | | 8:15 |
| OUT | MONDAY | 6 | | |
| IN | | | | |
| OUT | | | | 13:16 |
| IN | | | | |
| OUT | TUESDAY | | | |
| IN | | | | |
| OUT | | | | |
| IN | | | | 01/15/03 |
| OUT | WEDNESDAY | 4½ | | WDM |
| IN | | | | 6:30 pm |
| OUT | | | | 11:00 pm |
| IN | | | | |
| OUT | THURSDAY | | | |
| IN | | | | |
| OUT | | | | |
| IN | | | | 8:14 |
| OUT | FRIDAY | 6 | | |
| IN | | | | |
| OUT | | | | 10:01 |
| IN | | | | |
| OUT | SATURDAY | | | |
| IN | | | | |
| OUT | | | | |
| IN | | | | |
| OUT | SUNDAY | | | 16.5 |
| IN | | | | |
| OUT | | | | hrs |

TOPS ✦ FORM 1260 (K14-15)    LITHO IN U.S.A.

---

Garry Webber
Po. Box 395  Ft. Yukon

Date   01/10    2003

M  *FYM - City of Ft Yukon*

No.  *Materials*

| Reg. No. | Clerk | ACCOUNT FORWARD | | |
|---|---|---|---|---|
| 1 | 3 - door hinge @ | | 15 | 00 |
| 2 | 5.00 each | | | |
| 3 | | | | |
| 4 | 4 Box Phillips | | | |
| 5 | wood screws | | 7 | 00 |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | **35** | | |
| 14 | | | | |
| 15 | TOTAL | | 22 | 00 |

Your Account Stated to Date—If Error is Found Return at Once.

# City of Fort Yukon, Inc.
# Employee Time Sheet

P.O. Box 269                     Fort Yukon, Alaska 99740              (907) 662-2479 or 2379

NAME: _____     ADDRESS: _____
SSN: _____     _____
PAY PERIOD: _____     _____

## MONTH _____, 2002

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |
|   |   |   |   |   |   | - |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours          _____
A - Annual Leave           _____
S - Sick Leave             _____
H - Holiday with Pay       _____
L - Leave without Pay      _____

TOTAL HOURS WORKED: _16.5_

Employee Signature_____
Supervisor's Signature_____
City Manager's Signature_____

EXHIBIT D
PAGE 14 OF 26     FY 3538

Garry Webber

| | 01/10/2003 | YTD |
|---|---|---|
| Hourly Wage (14.50@$12.00) | 174.00 | 174.00 |
| Child Support | -63.93 | -63.93 |
| Social Security Employee | -10.79 | -10.79 |
| Medicare Employee | -2.52 | -2.52 |
| AK - Unemployment Employee | -0.87 | -0.87 |

PO Box 395
Ft. Yukon, AK 99740

Used / Available
Sick 0.00 / 0.00
Vac 0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

12/21/2002 - 01/03/2003 Pay Period                    95.89

# City of Fort Yukon, Inc.
# Employee Time Sheet

P.O. Box 269          Fort Yukon, Alaska  99740          (907) 662-2479 or 2379

NAME: _Webber Garry_          ADDRESS: _P.O. Box 395_
SSN: ▓▓▓▓▓▓▓          _H. Yukon  A.K. 99740_
PAY PERIOD: _01/03-01/03_

## MONTH  _January 3-4_ , 200₃3

_JAIL GUARD - TITLE 47_

| 1 | 2 | ③ | ④ | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7pm 12m | 12m 9:30 | | | | | | | | |
| | | 5 | 9.5 | | | - | | | | | |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | | | |
|----|----|----|----|----|----|----|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Please mark each day with the type of workday.

R - Regular Hours   _14.5_
A - Annual Leave    _____
S - Sick Leave      _____
H - Holiday with Pay _____
L - Leave without Pay _____

TOTAL HOURS WORKED: _14 1/2 hrs._

Employee Signature _____
Supervisor's Signature _____
City Manager's Signature _____

39983

Garry Webber
PO Box 395
Ft. Yukon, AK 99740

| | 04/19/2002 | YTD |
|---|---|---|
| Title 47 (22.50@$12.00) | 270.00 | 270.00 |
| Child Support | -124.00 | -893.19 |
| Social Security Employee | -16.74 | -137.56 |
| Medicare Employee | -3.91 | -32.17 |
| AK - Unemployment Employee | -1.35 | -11.09 |
| Hourly Wage | 0.00 | 1,948.75 |
| Federal Withholding | 0.00 | -104.00 |
| Pay Advance | 0.00 | -130.00 |

Used / Available
Sick  0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

03/30/2002 - 04/12/2002 Pay Period                    124.00

157279 (2/01)

FY 3541

# City of Fort Yukon, Inc.
# Employee Time Sheet

P.O. Box 269          Fort Yukon, Alaska 99740          (907) 662-2479 or 2379

NAME: _Wilbur Carroll_          ADDRESS: _PO Box 395_
SSN: ████████                   _Ft. Yukon   A.K.  99740_
PAY PERIOD: _April_             _1256 3rd St._

## MONTH _April 12-13_ , 2001

_Jail Guard - Title 47_

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |
|   |   |   |   |   |   |   |   |   |    |    | 7hrs |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
| 10.5 |   |   |   |   |   |   |   |   |   |   |   |
|    |   |   |   |   |   |   |   |   |   |   |   |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |   |
|----|----|----|----|----|----|----|---|
|    |   |   |   |   |   |   |   |
|    |   |   |   |   |   |   |   |

Please mark each day with the type of workday.

R - Regular Hours _17.5_
A - Annual Leave _____
S - Sick Leave _____
H - Holiday with Pay _____
L - Leave without Pay _____

TOTAL HOURS WORKED: _17.5_

Employee Signature _____
Supervisor's Signature _____
City Manager's Signature _____

FY 3542

# City of Fort Yukon, Inc.
# Employee Time Sheet

P.O. Box 269

Fort Yukon, Alaska 99740

(907) 662-2479 or 2379

NAME: _Walter Carry_    ADDRESS: _Po Box 395_

SSN: ███████████████

_Ft Yukon AK_

PAY PERIOD: _April_    _99740_

## MONTH _April 18, 2001_, 2001

_Fuel Guard - TITLE 4?_

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    | 10.am |
|   |   |   |   |   |   |   |   |   |    |    | 3.cc pm |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |   |
|----|----|----|----|----|----|----|---|
|    |    |    |    |    |    |    |   |
|    |    |    |    |    |    |    |   |

Please mark each day with the type of workday.

R - Regular Hours      _5_

A - Annual Leave       _____

S - Sick Leave         _____

H - Holiday with Pay   _____

L - Leave without Pay  _____

TOTAL HOURS WORKED: _5_

Employee Signature _____

Supervisor's Signature _____

City Manager's Signature _____

39950

Garry Webber
PO Box 395
Ft. Yukon, AK 99740

|  |  | 4/5/2002 | YTD |
|---|---|---|---|
| Hourly Wage (3.50@$13.50) | | 47.25 | 1,948.75 |
| Child Support | | -21.70 | -769.19 |
| Social Security Employee | | -2.93 | -120.82 |
| Medicare Employee | | -0.69 | -28.26 |
| AK - Unemployment Employee | | -0.23 | -9.74 |
| Federal Withholding | | 0.00 | -104.00 |
| Pay Advance | | 0.00 | -130.00 |

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

03/16/2002 - 03/29/2002 Pay Period                    21.70

157279 (2/01)

# City of Fort Yukon, Inc.
# Employee Time Sheet

P.O. Box 269          Fort Yukon, Alaska  99740          (907) 662-2479 or 2379

NAME: _Webber, Garry_          ADDRESS: _P.o. Box 395_

SSN: ████████          _Ft. Yukon  A.K.  99740_

PAY PERIOD: _04-02-02_

_10:00 Am_
_to_

MONTH _April_ , 200**2**

_Jail Guard_

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
| | 10:00 Am | | | | | | | | | | |
| | 1:30 pm | | | | | - | | | | | |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | | | |
|----|----|----|----|----|----|----|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Please mark each day with the type of workday.

(R) - Regular Hours        _3 1/2 hes._
A - Annual Leave        _____
S - Sick Leave        _____
H - Holiday with Pay        _____
L - Leave without Pay        _____

TOTAL HOURS WORKED: _3 1/2 hes._

Employee Signature _[signature]_
Supervisor's Signature _____
City Manager's Signature _[signature]_

FY 3545

39738

Garry Webber
PO Box 395
Ft. Yukon, AK 99740

| | 1/18/2002 | YTD |
|---|---|---|
| Hourly Wage (8@$10.00) | 80.00 | 160.00 |
| Social Security Employee | -4.96 | -9.92 |
| Medicare Employee | -1.16 | -2.32 |
| AK - Unemployment Employee | -0.41 | -0.83 |

    Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

01/05/2002 - 01/18/2002                    73.47

157279 (2/01)

FY 3550

# City of Fort Yukon, Inc.
# Employee Time Sheet

P O Box 269                  Fort Yukon, Alaska 99740              (907) 662-2479 or 2379

NAME ~ *Webber Garry*          ADDRESS: *P.o. Box 395*

SSN: � ▬▬▬▬▬▬                                *Ft. Yukon*

PAY PERIOD: *01-03-02*

## MONTH *January*, 200*2*

TITLE 47 Kreth Samas

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   | 8 |   |   |   | - |   |   |    |    |    |
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours      *8*
A - Annual Leave       _____
S - Sick Leave         _____
H - Holiday with Pay   _____
L - Leave without Pay  _____

TOTAL HOURS WORKED: *8*

Employee Signature _____
Supervisor's Signature _____
City Manager's Signature _____

23  26    FY 3551

**CITY OF FORT YUKON / GENERAL OPERATING FUND**

39680

| | | | |
|---|---|---|---|
| Garry Webber | | 1/2/2002 | YTD |
| PO Box 395 | Hourly Wage (8@$10.00) | 80.00 | 80.00 |
| Ft. Yukon, AK 99740 | Social Security Employee | -4.96 | -4.96 |
| | Medicare Employee | -1.16 | -1.16 |
| ▬▬▬▬▬▬ | AK - Unemployment Employee | -0.42 | -0.42 |

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

12/22/2001 - 01/04/2002                    73.46

157279 (2/01)

FY 3552

### City of Fort Yukon, Inc.
# Employee Time Sheet

P O Box 269                Fort Yukon, Alaska  99740                (907) 662-2479 or 2379

NAME _Webber  Larry_    ADDRESS: _P.o. Box 395_
SSN: ▓▓▓▓▓▓▓▓▓▓    _1256  32nd_
PAY PERIOD: _____    _Ft. Yukon  A.K.  99740_

## MONTH _12 - 24_ , 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   | - |   |   |    |    |    |
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    | 18 |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.        _Duane Solomon_

R - Regular Hours        _8_
A - Annual Leave        _____
S - Sick Leave        _____
H - Holiday with Pay        _____
L - Leave without Pay        _____

TOTAL HOURS WORKED: _8 hrs_ .

Employee Signature _____
Supervisor's Signature _____
City Manager's Signature _____

25  D  26        FY 3553

12:15 PM

07/26/06

Accrual Basis

# City of Fort Yukon
# Payroll Item Detail
### November 1, 2001 through February 28, 2004

| Type | Date | Num | Source Name | Payroll Item | Wage Base |
|------|------|-----|-------------|--------------|-----------|
| Paycheck | 02/22/2002 | 39844 | Webber, Garry | Social Securit... | 877.50 |
| Paycheck | 02/22/2002 | 39844 | Webber, Garry | Medicare Co... | 877.50 |
| Paycheck | 02/22/2002 | 39844 | Webber, Garry | Medicare Em... | 877.50 |
| Paycheck | 02/22/2002 | 39844 | Webber, Garry | AK - Unemplo... | 877.50 |
| Paycheck | 02/22/2002 | 39844 | Webber, Garry | AK - Unemplo... | 877.50 |
| Paycheck | 04/05/2002 | 39950 | Webber, Garry | Hourly Wage | 0.00 |
| Paycheck | 04/05/2002 | 39950 | Webber, Garry | Child Support | 0.00 |
| Paycheck | 04/05/2002 | 39950 | Webber, Garry | Federal Withh... | 47.25 |
| Paycheck | 04/05/2002 | 39950 | Webber, Garry | Social Securit... | 47.25 |
| Paycheck | 04/05/2002 | 39950 | Webber, Garry | Social Securit... | 47.25 |
| Paycheck | 04/05/2002 | 39950 | Webber, Garry | Medicare Co... | 47.25 |
| Paycheck | 04/05/2002 | 39950 | Webber, Garry | Medicare Em... | 47.25 |
| Paycheck | 04/05/2002 | 39950 | Webber, Garry | AK - Unemplo... | 47.25 |
| Paycheck | 04/05/2002 | 39950 | Webber, Garry | AK - Unemplo... | 47.25 |
| Paycheck | 04/19/2002 | 39983 | Webber, Garry | Title 47 | 0.00 |
| Paycheck | 04/19/2002 | 39983 | Webber, Garry | Child Support | 0.00 |
| Paycheck | 04/19/2002 | 39983 | Webber, Garry | Federal Withh... | 270.00 |
| Paycheck | 04/19/2002 | 39983 | Webber, Garry | Social Securit... | 270.00 |
| Paycheck | 04/19/2002 | 39983 | Webber, Garry | Social Securit... | 270.00 |
| Paycheck | 04/19/2002 | 39983 | Webber, Garry | Medicare Co... | 270.00 |
| Paycheck | 04/19/2002 | 39983 | Webber, Garry | Medicare Em... | 270.00 |
| Paycheck | 04/19/2002 | 39983 | Webber, Garry | AK - Unemplo... | 270.00 |
| Paycheck | 04/19/2002 | 39983 | Webber, Garry | AK - Unemplo... | 270.00 |
| Paycheck | 01/10/2003 | 40725 | Webber, Garry | Hourly Wage | 0.00 |
| Paycheck | 01/10/2003 | 40725 | Webber, Garry | Child Support | 0.00 |
| Paycheck | 01/10/2003 | 40725 | Webber, Garry | Federal Withh... | 174.00 |
| Paycheck | 01/10/2003 | 40725 | Webber, Garry | Social Securit... | 174.00 |
| Paycheck | 01/10/2003 | 40725 | Webber, Garry | Social Securit... | 174.00 |
| Paycheck | 01/10/2003 | 40725 | Webber, Garry | Medicare Co... | 174.00 |
| Paycheck | 01/10/2003 | 40725 | Webber, Garry | Medicare Em... | 174.00 |
| Paycheck | 01/10/2003 | 40725 | Webber, Garry | AK - Unemplo... | 174.00 |
| Paycheck | 01/10/2003 | 40725 | Webber, Garry | AK - Unemplo... | 174.00 |
| Paycheck | 01/24/2003 | 40771 | Webber, Garry | Hourly Wage | 0.00 |
| Paycheck | 01/24/2003 | 40771 | Webber, Garry | Child Support | 0.00 |
| Paycheck | 01/24/2003 | 40771 | Webber, Garry | Federal Withh... | 198.00 |
| Paycheck | 01/24/2003 | 40771 | Webber, Garry | Social Securit... | 198.00 |
| Paycheck | 01/24/2003 | 40771 | Webber, Garry | Social Securit... | 198.00 |
| Paycheck | 01/24/2003 | 40771 | Webber, Garry | Medicare Co... | 198.00 |
| Paycheck | 01/24/2003 | 40771 | Webber, Garry | Medicare Em... | 198.00 |
| Paycheck | 01/24/2003 | 40771 | Webber, Garry | AK - Unemplo... | 198.00 |
| Paycheck | 01/24/2003 | 40771 | Webber, Garry | AK - Unemplo... | 198.00 |
| Paycheck | 02/07/2003 | 40830 | Webber, Garry | Title 47 | 0.00 |
| Paycheck | 02/07/2003 | 40830 | Webber, Garry | Child Support | 0.00 |
| Paycheck | 02/07/2003 | 40830 | Webber, Garry | Federal Withh... | 102.00 |
| Paycheck | 02/07/2003 | 40830 | Webber, Garry | Social Securit... | 102.00 |
| Paycheck | 02/07/2003 | 40830 | Webber, Garry | Social Securit... | 102.00 |
| Paycheck | 02/07/2003 | 40830 | Webber, Garry | Medicare Co... | 102.00 |
| Paycheck | 02/07/2003 | 40830 | Webber, Garry | Medicare Em... | 102.00 |

FY 3567