**CITY OF FORT YUKON / GENERAL OPERATING FUND**

39987

| | | 04/30/2002 | YTD |
|---|---|---|---|
| Dale Hardy | | | |
| PO Box 356 | Title 47 (14.50@$12.00) | 174.00 | 366.00 |
| Ft. Yukon, AK 99740 | Federal Withholding | -7.00 | -16.00 |
| | Social Security Employee | -10.79 | -22.69 |
| | Medicare Employee | -2.53 | -5.31 |
| | AK - Unemployment Employee | -0.87 | -1.83 |

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon AK  99740-0269
(907) 662-2479 fax (907) 662-2747

PAYMENT RECORD

04/13/2002 - 04/26/2002 Pay Period                    152.81

157279 (2/01)

FY 2711

EXHIBIT E
PAGE 1 OF 4

# City of Fort Yukon, Inc.
## Employee Time Sheet

P.O. Box 269   Fort Yukon, Alaska 99740   (907) 662-2479 or 2379

NAME: Dale Hardy
SSN: ███████
PAY PERIOD: _____
ADDRESS: P.O. Box 356
Fort Yukon AK 99740

MONTH April, 2001

| 1 | 2 | 3 | 4 | 5 | 6 | (7) | (8) | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 5 | 9½ |   |   |   |   |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours   X 14½
A - Annual Leave    _____
S - Sick Leave      _____
H - Holiday with Pay _____
L - Leave without Pay _____

Title 47
for Joseph peter

TOTAL HOURS WORKED: 14½

Employee Signature: Dale Hardy
Supervisor's Signature: _____
City Manager's Signature: _____

FY 2712 EXHIBIT E
PAGE 2 OF 4

**CITY OF FORT YUKON / GENERAL OPERATING FUND**                                                                                          39935

|  |  | 3/29/2002 | YTD |
|---|---|---|---|
| Dale Hardy | Title 47 (16.00@$12.00) | 192.00 | 192.00 |
| PO Box 356 | Federal Withholding | -9.00 | -9.00 |
| Ft. Yukon, AK 99740 | Social Security Employee | -11.90 | -11.90 |
|  | Medicare Employee | -2.78 | -2.78 |
|  | AK - Unemployment Employee | -0.96 | -0.96 |

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

*PAYMENT RECORD*

03/30/2002 - 04/12/2002 Pay Period                        167.36

157279 (2/01)

FY 2713

EXHIBIT E
PAGE 3 OF 4

# City of Fort Yukon, Inc.
## Employee Time Sheet

P O Box 269   Fort Yukon, Alaska 99740   (907) 662-2479 or 2379

NAME: Dale Hardy
SSN: ███████
PAY PERIOD:
ADDRESS: P.O. Box 356
Fort Yukon AK, 99740

MONTH March, 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    | 4½ | 11½ |   |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours    ✓
A - Annual Leave
S - Sick Leave
H - Holiday with Pay
L - Leave without Pay

Title 47

Jail Guard

TOTAL HOURS WORKED: 16

Employee Signature: [signed]
Supervisor's Signature: [signed]
City Manager's Signature:

FY 2714
EXHIBIT E
PAGE 4 OF