```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER  )
     DELEON, CHRIS HAMPTON, WILLIAM )
 4   D. MCKILLICAN and TODD         )
     SCHLUMBOHM,                    )
 5                                  )
                  Plaintiffs,       )
 6                                  )
         vs.                        )
 7                                  )
     FANNIE CARROLL and the CITY OF )
 8   FORT YUKON, ALASKA             )
                                    )
 9                Defendants.       )
     _____) Case No. F04-0034 CIV (RRB)
10
              DEPOSITION OF FANNIE M. CARROLL
11                     May 26, 2006

12
     APPEARANCES:
13
         FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                              Law Offices of
                                 Michael J. Walleri
15                              Attorneys at Law
                                330 Wendell Street
16                              Suite E
                                Fairbanks, Alaska 99701
17                              (907) 452-4716

18       FOR THE DEFENDANTS:    MR. HOWARD S. TRICKEY
                                Jermain, Dunnagan & Owens
19                              Attorneys at Law
                                3000 A Street, Suite 300
20                              Anchorage, Alaska 99503
                                (907) 563-8844
21
         ALSO PRESENT:          MR. PETER SANDBERG
22
                         * * * *
23

24

25
```

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*



EXHIBIT F
PAGE 1 OF 7
COPY

| | | |
|---|---|---|
| 1 | | left with no police coverage, police coverage meaning |
| 2 | | an individual trained as a police officer, in training |
| 3 | | as a police officer, can arrest, can carry a weapon, |
| 4 | | do -- they do possess a badge. They have authority to |
| 5 | | investigate. When those individuals that were hired |
| 6 | | were not present in the community which is a remote |
| 7 | | community, meaning there are no roadways in and out, |
| 8 | | when the regular police officers were out of their |
| 9 | | community, the term deputized was used for people to |
| 10 | | be on call in case an emergency arose. They drove the |
| 11 | | police vehicle and they..... |
| 12 | Q | Well, who were -- let's..... |
| 13 | | MR. TRICKEY: Just a minute, she's still |
| 14 | | answering your question so -- |
| 15 | A | And they -- they drove the vehicle and they answered |
| 16 | | the police phone. They were deputized to do that. |
| 17 | Q | And who were these people who were deputized to do |
| 18 | | that? |
| 19 | A | At -- Eric Tremblay had been and Audrey Fields. |
| 20 | Q | And when did they -- it was unclear to me when you |
| 21 | | were talking about, you were saying when the police, |
| 22 | | the regular police officers were not in town? |
| 23 | A | Right. |
| 24 | Q | Was this during -- now, Mr. Tremblay I assume -- when |
| 25 | | did you start using him -- to deputize him? |


EXHIBIT F
PAGE 2 OF 7

```
 1  A      I never deputized him.
 2  Q      Well, when did the city deputize him or when was the
 3         term deputized used with regards to Mr. Tremblay?
 4  A      The term deputized was used in regard to Tremblay by
 5         Dave McKillican at one time.  I don't know the exact
 6         day but he was leaving town and Reggie was out of
 7         town, so that would mean that there would be no police
 8         coverage in the community that is remote.  Nobody with
 9         training as a police officer, nobody who had, you
10         know, the authority to carry a weapon, the authority
11         to arrest, and the authority to investigate.  There
12         was nobody in the village at that time and Dave said
13         he was going to leave on the last flight out.  If
14         Reggie didn't come in on that plane, coming in and
15         Dave would leave, Eric he said, he would deputize
16         Eric.  And I -- he told me that that's what he was
17         going to do.
18  Q      Okay.  Do you know -- did you approve that?  Well,
19         first of all, let's back up.  This was Dave
20         McKillican?
21  A      McKillican.
22  Q      Okay.  And so this would have been prior to August 6th
23         of 2003?
24  A      It was while Dave was employed.
25  Q      Okay.  In the early part of his employment or the
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT F
PAGE 3 OF 7

| | | |
|---|---|---|
| 1 | | latter part of his employment? |
| 2 | A | Latter. I -- I do not know the exact date, I know |
| 3 | | that it was at the time of the year that there was no |
| 4 | | snow and that there was a lot of water on the roads, |
| 5 | | it was like melting, so it must have been in the |
| 6 | | spring time of '03, and I don't have the record but |
| 7 | | whatever record shows that he got on a plane that -- |
| 8 | | and then the following day Reggie came back. But |
| 9 | | there was an overnight time there. |
| 10 | Q | Okay. In terms of Audrey Fields, when was the term |
| 11 | | deputized used with regards to Audrey Fields? |
| 12 | A | Audrey, that term was used probably around June '03. |
| 13 | Q | Do you know after Dave McKillican or after the spring |
| 14 | | of '03, do you know whether or not Eric Tremblay |
| 15 | | served in a deputized capacity for the City of Fort |
| 16 | | Yukon at any other time? |
| 17 | A | I have seen -- there is a record that there is some |
| 18 | | kind of pay stub with regards to payment that he was |
| 19 | | on call here. I don't know where it is, I don't know |
| 20 | | the -- it's in one of these things here, I mean, it is |
| 21 | | recorded, I don't know -- |
| 22 | Q | Is it fair to say that he was -- on more than one |
| 23 | | occasion when there was no police coverage, that Mr. |
| 24 | | Tremblay was put in an on call status on more than one |
| 25 | | occasion? |

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT F
PAGE 4 OF 7

```
 1  Q     Uh-huh.
 2  A     I -- I don't -- I'm not aware of one.
 3  Q     Were you aware that Tremblay was enlisted to help with
 4        that?
 5  A     Tremblay was not an officer.
 6  Q     Were you aware that he was enlisted to help with that?
 7  A     He was not an officer.
 8           MR. TRICKEY:  Well, let me just object as to
 9  foundation.  Now you're talking about December of 2003
10  specifically?
11           MR. WALLERI:  Uh-huh.
12  A     On the 23rd?
13  Q     (By Mr. Walleri)  In December of 2003, you're saying
14        that Mr. DeLeon was not in town.  Now as I understand
15        it, there were four police officers?
16  A     Right.
17  Q     Okay.  Mr. DeLeon was not in town?
18  A     Uh-huh (affirmative).
19  Q     Okay.  Was there any other officer in town?
20  A     Oh, no.  No, not on the 23rd.
21  Q     Okay.  And so Mr. J.R. Wallace was not in town?
22  A     No.
23  Q     Mr. Schlumbohm was not in town?
24  A     No.
25  Q     And Reggie was not in town?
```

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*


EXHIBIT F
PAGE 5 of 7

|   |   |   |
|---|---|---|
| 1 |   | meet with him, why didn't he show up?  They weren't |
| 2 |   | meeting with me. |
| 3 | Q | Looking at this exhibit again, this memo that you |
| 4 |   | write, on the page 6 of the memo you're listing a |
| 5 |   | number of problems with the department. |
| 6 | A | Uh-huh (affirmative). |
| 7 | Q | On the second to the last paragraph you say:  Then the |
| 8 |   | issue of jail guards not getting paid, John Druck, |
| 9 |   | Amanda Scholsman, not paid since 08/03.  Richard |
| 10 |   | Bassett, David Bridges.  On January 7th Diana McCarty |
| 11 |   | had not received payment from the fall of 2003.  I |
| 12 |   | asked and Vera asked Fleming to see about the jail |
| 13 |   | guards getting paid.  Now, as I understand it what you |
| 14 |   | were explaining to me earlier was that the jail guards |
| 15 |   | were being paid by the state? |
| 16 | A | That's right. |
| 17 | Q | Okay. |
| 18 | A | They evidently had forms to fill out and submit.  You |
| 19 |   | have to actually fill out a job application to the |
| 20 |   | state and have a personnel file, submit that to the |
| 21 |   | state for payment.  These individuals were complaining |
| 22 |   | they weren't getting paid. |
| 23 | Q | Well, why if Mr. Fleming was the city police..... |
| 24 | A | Chief. |
| 25 | Q | .....chief, why was it his responsibility to see that |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT F
PAGE 6 OF 7

```
 1            the state paid the jailers?
 2   A        I believe that Fleming, so that he could pick and
 3            chose who would be the jail guards, upon on his
 4            doings, had an arrangement through Fairbanks to say
 5            when we need a jail guard, instead of having one ready
 6            to go, we'll have a list of individuals whom we may
 7            contact if and when we need a jail guard.  There was
 8            never anyone paid to be on call to wait to be a jail
 9            guard, you never knew when anyone needed to be guarded
10            at the jail, so it was an arrangement that he took
11            upon himself with the state and I don't think he got
12            paid for it through the state.  And the one problem he
13            was facing in his department is if you don't pay so
14            many jail guards, what's the odds of you getting one
15            when you really need one?
16   Q        But these were employees of the state, not of the
17            city?
18   A        They -- they got -- they were paid by the state.  They
19            didn't deem theirselves (sic) to be employees of the
20            state.  They were -- they were jail guarding.
21   Q        And who did they think their employer was?
22   A        I was never present when one was secured and told what
23            their duties were.  I do know that they do have a list
24            of duties, responsibilities as a jail guard, you have
25            to make sure that people are well, you have to know
```

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT F
PAGE 2 OF 2