City of Fort Yukon          February 13, 2004
P.O. Box 269
Fort Yukon, AK 99740

**To:  CONFIDENTIAL      Mayor and City Council  Members          CONFIDENTIAL**
From: City Manager
RE: Police Department

The City Fort Yukon Police Department has been  working scheduling a  Staff Meetings with the officers and city manager to keep all of the officers who are on rotating schedules informed of reactions from the community.  This was at my request after the incident at the Jean Tremblay's as I was wanting assurance after I was summons to the Tribal Meeting on November 25, 2003  by the Chief to clarify and scare of the community.

The Tribal Council had suggested: The officers, Schlumbohm and DeLeon, should have phoned or deputized someone to enter the premises before entering and putting children in harms way.  Also, they recommenced that I drive about late at night to see how those police officers treat the locals.

That, date of mid November is the beginning of holidays, so scheduling was an apparent problem. After the Massengil arrest/ Tremblay's place raided when it was full of children the officers were not looked at very favorably in town by many citizens complaints.  At this time our city charter arrived, I called the Police Department to remind them as to secure the plane, DeLeon rudely answered the police phone, 'what do you want!' .  Well, I proceeded to inform him of the Council's Directive to be at all city charters.  They were not there as they were too busy.
I had driven to the airplane myself that morning.

Early December, I request again as many times before, a working actual police schedule.  Fleming promised to go over department  procedures  and policies with the officers, three at this time. Then Fleming requested to go to a state paid training, I had told him that would have to be a considered a  time off/ relief trip.  He agreed. [ Fleming, said that Fleming and Wallace would be off for Thanksgiving and then Schlumbohm and DeLeon would be off for Christmas. ] So, at the first of December Fleming worked here on getting his administrative work accomplished.  After leaving to Anchorage, he returns here to Fort Yukon, for the Council Meeting then quickly back to Fairbanks.  Many happenings occurred here in the mean time, where we would request police information for billings, grant information and had to wait on Fleming as no none else knew where it was.

Many more complaints and questions which I have documents of flooded in my office, most questions at this point was what was happening to cases that people had pressed charges on?  So, by December 10, 2003 many many citizens were complaining about DeLeon.  I had phone calls, letters, and actual visits.   Then problems surfaced about the D.A.'s office, that they were not cooperative with the police department here.  It was suggested at the December 2003 Council Meeting to contact the D.A.'s office to talk to Jeff O'Bryant his self as to why is he not taking our cases?  So, on December 10, 2004 the police department and city manager had a meeting to cover

2

what we would bring before the D.A. phone call.    Then city manager, mayor and police officers together called to ask questions.  As the next recourse would be to go to the media, Anchorage Daily News, Joel Gray.  This call helped as our complaints were given attention.

December 12, 2003 JR Wallace said that case numbers will be assigned to each case, so when someone wants information on a certain case, they can get that from the case number.

Now we are at mid December 2003.  The day of December 23, 2003 was interesting: DeLeon sees me and Vera in her office, he is getting Fleming's pay check as he will be going to Fairbanks at the 2:30 pm flight, a prisoner transport of Maggie John.  Maggie John, I asked, what for?  He said it was a charge against her years ago...he has her to take in.  He states he must go in.  I asked about Fleming, he said , that Reggie promised to be back on the last flight.  I ask, what if he doesn't make it?  DeLeon assured us that reservations were made on both airlines.  Fleming did not show up.  That was the night of the Charter.  That night, Fleming waited until 10pm to call the police line to see how the town was, this is on the 911 recordings.  It seemed in reviewing those tapes, that Schlumbohm had been drinking, yet he came in that night as well.  Those tapes are not found yet ; however, I am told that they are evidence and must be secure.

To add to that, DeLeon showed me papers and case files where Fleming was not completing his work, and stated that he is in violation on many accounts and that the D.A.'s  office coulc/would press charges.  He stated that this was serious.  That many of Flemings cases were dropped because procedure was not followed properly.  He said this was serious.  This brought unbelief and dismay to me.

Also, to add to that, when I received Flemings time sheets he put down 12 hours per day at his Anchorage trip?  I asked about that, for I know of no school that has you for 12 hours a day?  DeLeon reported back that Fleming was studying so thats why he put down 12 hours per day.

By the end of December, Flemings wife called with heating problems, and he had to go home.  He goes back to take care of his family.  So, when he gets back after the first week of January for he took leave, which he informed Vera of.  Now, I do have a schedule but no one at this time follows it so it appears useless....we still don't know who's coming or going?  Then, I ask Fleming, if all is well at home, he said yes, for I suggested that if not, he should go home and take care of it, for this department will require a lot of his time with 3 other officers here now.

The beginning of January we were bombarded with citizen's complaints about driving, such as, Roberta Cadzow said on January 05, 2004 that DeLeon followed her twice during the holidays.  Diana Peter was told not to drive on the middle line in the road.  Diana McCarty said that after Church on Sunday, DeLeon followed her to her residence, then flashed his light at her when she was in front of her house and Mimi Thomas was with her, a state officer, said McCarty did no wrong.  She feels she is being harassed.

On January 06 and 07, 2004 a petition was circulated "we, demand the City Manager immediately relieve Officer DeLeon of his position of City Patrolman.  Officer DeLeon's evaluation should reflect his total disregard for the rural/ native lifestyle.  The list of complaints form the people of

3

Fort Yukon are too long to list individually and we the undersigned will not cease form our goal of only employing personnel who will "Protect and Serve" our community with respect to our special status. " There is only one Fort Yukon in Alaska". Which has a listing of 86 signatures that took three pages to fill. This petition was delivered to the City Clerk on January 13, 2004 at 3pm the night of our Regular City Council Meeting.

At that Council Meeting it was determined to set a community meeting to discuss what the citizens were alarmed about. For Diana McCarty and Zelma Fairchild were at the Council Meeting giving there points concerning the policing of Fort Yukon. A meeting was scheduled for January 26, 2004 at the City Conference Room. [ which was later rescheduled for Feb 5, 2004 ]

On January 10, 2004 a Saturday we all met in the police department: Fleming, DeLeon, Wallace, dispatcher A. Fields. It is apparent that many issues must be brought to light and that was agreed to by all to have an open meeting with the officers and city manager. At the end hearing the 911 recording of December 23, 2004, that Fleming did not make much effort to get to Fort Yukon, [we had a death and a search and rescue where DeLeon thought drugs were involved ] , that created an outburst from him. Fleming shouted that he had been here for 2 years alone, and that he had time coming, if he had to be with his family.

January 11, 2004 Fleming goes back to Fairbanks, issues left unresolved here. He returns back to Fort Yukon the afternoon before the City Council meeting and does not inform me nor Vera of his comings or goings. So, after the City Council Meeting on January 13, 2004 Fleming leaves promptly the following morning. According to the schedule I received, form the January 10th Police Department meeting, then it is affirmed again that Fleming will make up the Police Work Schedule and that will be strictly followed. Well, on the 18th-22nd it shows Reggy to be here...he was not here at those times. We look to be back to scheduling confusion.

At about this time, DeLeon is saying that everybody is mad at him because of the petition.

January 21, 2004 I send to the Police Department a City Security Check List, as our Gaming monitor went out during an extreme cold spell on a Saturday as it appeared that the Police Department was not giving our property any concern, as I have not check list of the video tapes off of our surveillance

So, we need to meet before the Council's scheduled Community Meeting/ Workshop of the 26th...I find that Schlumbohm and DeLeon are going to a Taz Training, Fleming informed me of this, I asked who okayed that when we had this important meeting that they must be at. Fleming said that they scheduled it through the State. I hear that funds from the officers fining our citizens and impounding fees paid for this, I still don't know how the Charter got paid for as we have not seen a bill for that to date.]

When I hear of a Tazzer Training, I said no, we cant have that here...that would not work for Fort Yukon. Fleming  reassured me that they could not acquire a tazzer here with out administrative signatures.

4

Fleming was here for the week of January 26 and February 2 to 6, 2004. Since that January community police meeting was rescheduled, we had another police department and city manager meeting as my concerns are high. I ask Fleming to please take care of DeLeon and to please take care of the issues at hand.

Fleming had at this time relocated to stay at the Airport, he said he had an arrangement there.

February 4, 2004, Wednesday we met, DeLeon, Schulbohm, Fleming and me. Fleming taped the meeting as did DeLeon who had a personal recorder in his duty vest. DeLeon asked me twice, Did you in fact tell Reggie to fire me ?' ' Did you!?' Well, you can't fire me for upholding State Law'. DeLeon said that he spoke with an attorney and there will be a slander case.

Other accusations between the officers were made and recorded ; however, they each have their own tapes, as I did request copies the following Saturday and Sunday but was not met.

So, at the actual night of the Community Policing Meeting, where Mayor Vickie had left, there was not proper notice given for a functioning meeting, so she left after stating that there was mis communication concerning the meeting, this left Council Mary Beth Solomon and Council Twila Strom, DeLeon, Schlumbohm, Fleming, city clerk, city manage, and Audrey Fields. I was discussing Community Policing topics as the COPS grants does require this for, we had met here at the City with the Judge Burbank and Rural Court Trainer Kathy Bohn and they gave us, city administators and council members, good thoughts and answered questions for us concerning the amount of police force that we need and need to tolerate. So, with some information and research I was sharing what we could do, then suddenly, DeLeon says loudly, 'There are lies being said about me, and I want to clear my name! There is a petition out and everybody thinks the whole town hates me, yet I know for a fact that people were cohersed into signing and made to sign their name." ' I want a chance to clear my name, and that the city manager told Reggie to fire me for no reason!'...then Fleming interrupted and told Chris to step outside with him, now. DeLeon left the room with Fleming, they returned shortly. DeLeon apologized to Council woman Solomon and Strom. He stated that he was unaware that this was not the place to discuss personnel issues that that should be done in an executive session . Then Mary Beth Solomon said,' you can schedule an executive session at the next council meeting, for this sounds like an eternal problem to me. Strom said, this should be taken care of in house.

That outburst upset me, so I instructed Fleming to send DeLeon home for the night, suspension with pay so that he could cool down as he did not appear to be in mental state to be on duty. Then I asked Fleming to document all of the happenings. He said he had court the next day in Fairbanks, but he may be able to telephonic his part. I said that this could not be put on hold. So, I then said for him to put his reports under my door so that I could review it in the morning as I would be in touch with the City Attorney.

So, February 06, 2004 I called our attorney's office at 9 am. Then after a day of waiting to hear back from legal council, I find that Fleming indeed left back to Fairbanks that morning. I had found a short form of discipline for DeLeon and a write up of DeLeon from DeLeon with fabrications. I heard back from the Attorney at 4 ish, got off the phone at nearly 4:50pm.

FY 276

EXHIBIT G

PAGE 4 of 6

5

It was recommended by legal council to summons Fleming back to Fort Yukon so he could complete his job as Chief of Police. It is my finding that there was no court for Fleming on that day as well. So, I contacted Fleming, asked him to come back to finish his paper work as the Lawyer suggested.

February 06, 2004 Friday night, no Fleming,
February 07, 2004 Saturday morning no Fleming,
 Saturday afternoon, no Fleming. I called our police line, Schlumbohm answers, he said, nope, no Reggie. So, I call his home in Fairbanks, no Fleming, yet was told that he was in Fairbanks. So, I call again around 3pm, Fleming was at this time on another line as I had called this time his cell number: He got on the phone line with me, I asked, 'what happened to you? Why are you still in Fairbanks?' Fleming then said, 'look here, Fannie, Every time I come back you clal me back to Fort Yukon, NO! I am taking care of my family, and I am bring this before the City Council? My little girl asks me if her Daddy loves her? Well, you can go ahead and fire me, cause I ain't coming back up there! I'm tired of this! I just finished 3 weeks up there!, CLICK! ...phone is hung up by Fleming.

February 07, 2004 Saturday 4:00 pm I asked, Dispatcher Fleener, to contact Todd, to see if he wants to be here in the office, as I want documents, tapes and the personnel files. Ask Todd if he would like to be present when I get them?
4:50pm , Schlumbohm said he would call Reggie first. Then reports to me, 'no, they stay, you can' have them, they stay.' I then showed Todd that I am the Personnel Director here..and those are personnel files. No, response. So, I asked for copies of the tapes from the December 23, 2003 and of our Wednesday meeting. He said he doesn't know.

Sunday February 08, 2003, I ask Dispatcher Fleener for copies of the tapes, she calls Todd, he asked ,'why do you want them', I said the City Attorney requested them for I will see him in the morning and want to take them with me.' He said he couldn't make me copies. So, I said okay.

Then at that time Eric Tremblay was in the building, I asked who he thought might could be a local cop as I had interviewed on Friday and got to talk to a lot of applicants then and was wondering what we could do to have one of them apply to the police department so that our officers wouldn't have to be to or from transit. Todd asked why did I ask of who might me a police officer in town? I said, we do have to hire one more according to the COPS Grant, and wouldn't it be nice if it were local hire. "Oh, but they have to go through the Academy..and training, I said yes, sure.

So, on my visit to the Attorney's office, after discussion and showing of documents, I had him draft me letters of termination for Fleming and DeLeon. Flemings contract puts him a at will employee. DeLeon was drafted for just cause stating reasons. These were delivered.

Monday February 9, 2004 I called Wallace, told him of my decisions, then asked if he would help us by stepping in as Acting Chief with him being the only certified officer of the whole department and with his schooling and years of experience. He accepted. Then I called, Schlumbohm and told him of my decisions and would promote him to Lt. With a pay increase if he would continue

EY 277
EXHIBIT  G
PAGE 5 of 6

to be with us. He accepted. I asked how Fort Yukon was? He said that it was quiet. Then I proceeded to tell him that we, me and JR Wallace would return to Fort Yukon on the last flight of Frontiers.

Then that night, JR Wallace has to prove to Schlumbohm and DeLeon that I had hiring and firing authority. So, the Title 29 and city codes were shown to the men.
Schlumbohm was scheduled to return to Fairbanks on Tueday, Morning. It was discovered after JR Wallace drove the two to the Airport, that all of the City Police Department Personnel Files, all the Applicant Files were missing.

Immediately JR calls Fleming, Fleming met the flight from Fort Yukon  where Schlumbohm and DeLeon were to arrive, Schlumbohm then spoke to JR and said , Yeah, Reggie told be to bring those file. Wallace then said you had better return mine or there will be a law suit!
This conversation is on tape, and the envelope which Todd had sent back to JR was addressed from Todd.

So, we proceeded to call the attorney, the AML personnel attorney, she said that they could go to jail for that. She also recommended that a letter be written to the Commissioner of Public Saftey to request an investigation immediatley.

Meantime, we were locked out of the computer systems, the police data base, case files were missing and 911 tapes as well. We have fixed the computers and changed all locks and are awaiting to hear from the AST.

AML is sending us an investigator and this man, Greg Russell was here once before will assist us in setting up a legal police department. Many things are being discovered:

No officer signed nor is responsible for any equipment
No Officer has had a FEDeral back ground check when issued our own hand guns, no signing out
No recorded Inventory
No Security Check List
No patrol Check List
Three officers were not even yet certified: Fleming, Schlumbohm, DeLeon
Three officers have indeed arrest records


Then the issue of jail guards not getting paid. John Druck, Amanda Scholsman, not paid since 08, 03. Richard Bassett, David Bridges. On January 07, 2004 Diana McCarty have not recieved payment from the fall of 2003. I asked and Vera asked Fleming to see about the jail guards getting paid or we will not have any guards when one may be needed again. This is not yet resolved.

Hearings are scheduled in accordance with our personnel policy for Monday Feb 16, 2004.