STATE OF ALASKA

CITY OF FORT YUKON

OATH OF OFFICE

(Prescribed by AS 29.20.600)

OFFICE _Police Department_

I, _Eric Tremblay_ do solemly swear (or affirm) that I will support and defend the Constitution of the United States, the Constitution of the State of Alaska, the law of the City, and I will faithfully discharge my duties as _Emergency Police Officer_ to the best of my ability.

_[signature]_
Signature

_10-28-03_
Date

Emergency Police Officer Status.
Starting: Tuesday October 28, 2003 @ 1600hrs
Ending Tuesday October 28, 2003 @ 1800hrs

Attested: _[signature]_ 1/10

_[signature]_
Police Officer / Investiga

_____
Clerk

EXHIBIT __H__
PAGE _1_ OF _1_
FY 228