12:34 PM
04/06/06

# City of Fort Yukon
## Transactions by Payroll Item
### November 2001 through February 2004

| Type | Date | Num | Name | Amount | Balance |
|---|---|---|---|---:|---:|
| **Hourly Wage** | | | | | |
| Paycheck | 09/05/2003 | 1403 | Sims, Gregory | 1,009.68 | 1,009.68 |
| Paycheck | 09/12/2003 | | Sims, Gregory | 0.00 | 1,009.68 |
| Paycheck | 09/12/2003 | 1410 | Sims, Gregory | 405.68 | 1,415.36 |
| **Total Hourly Wage** | | | | 1,415.36 | 1,415.36 |
| **Federal Withholding** | | | | | |
| Paycheck | 09/05/2003 | 1403 | Sims, Gregory | (69.00) | (69.00) |
| Paycheck | 09/12/2003 | | Sims, Gregory | 0.00 | (69.00) |
| Paycheck | 09/12/2003 | 1410 | Sims, Gregory | 0.00 | (69.00) |
| **Total Federal Withholding** | | | | (69.00) | (69.00) |
| **Medicare Employee** | | | | | |
| Paycheck | 09/05/2003 | 1403 | Sims, Gregory | (14.64) | (14.64) |
| Paycheck | 09/12/2003 | | Sims, Gregory | 0.00 | (14.64) |
| Paycheck | 09/12/2003 | 1410 | Sims, Gregory | (5.89) | (20.53) |
| **Total Medicare Employee** | | | | (20.53) | (20.53) |
| **Social Security Employee** | | | | | |
| Paycheck | 09/05/2003 | 1403 | Sims, Gregory | (62.60) | (62.60) |
| Paycheck | 09/12/2003 | | Sims, Gregory | 0.00 | (62.60) |
| Paycheck | 09/12/2003 | 1410 | Sims, Gregory | (25.15) | (87.75) |
| **Total Social Security Employee** | | | | (87.75) | (87.75) |
| **AK - Unemployment Employee** | | | | | |
| Paycheck | 09/05/2003 | 1403 | Sims, Gregory | (5.05) | (5.05) |
| Paycheck | 09/12/2003 | | Sims, Gregory | 0.00 | (5.05) |
| Paycheck | 09/12/2003 | 1410 | Sims, Gregory | (2.03) | (7.08) |
| **Total AK - Unemployment Employee** | | | | (7.08) | (7.08) |
| **TOTAL** | | | | 1,231.00 | 1,231.00 |

CITY OF FORT YUKON / GENERAL OPERATING FUND

39660

| | | 12/20/2001 | YTD |
|---|---|---|---|
| Judy E Alexander | | | |
| PO Box 252 | Hourly Wage (8@$10.00) | 80.00 | 160.00 |
| Ft. Yukon, | Social Security Employee | -4.96 | -9.92 |
| AK 99740 | Medicare Employee | -1.16 | -2.32 |
| | AK - Unemployment Employee | -0.41 | -0.83 |

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

12/08/01 — 12-21-01
~~11/10/2001 - 11/23/2001~~                              73.47

*PAYMENT RECORD* (watermark)

157279 (2/01)

FY 2280

EXHIBIT I
PAGE 2 OF 11

# City of Fort Yukon, Inc.
# Employee Time Sheet

P O Box 269    Fort Yukon, Alaska 99740    (907) 662-2479 or 2379

NAME: _____  ADDRESS: _____
SSN: _____
PAY PERIOD: _____

MONTH _Emergency Jail Gaurd_ 2001

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    | R  |    |    |    |    |    |    |    |    |    |
|    |    | 8  |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours    8
A - Annual Leave    ____
S - Sick Leave    ____
H - Holiday with Pay    ____
L - Leave without Pay    ____

TOTAL HOURS WORKED: ____

Employee Signature _____
Supervisor's Signature _____
City Manager's Signature _____

FY 2281

EXHIBIT I
PAGE 3 OF 11

# City of Fort Yukon, Inc.
# Employee Time Sheet

P.O. Box 269      Fort Yukon, Alaska 99740      (907) 662-2479 or 2379

NAME: Judy Alexander    ADDRESS: FT. Yukon, AK
SSN: ███████████                PO Box 252
PAY PERIOD:

MONTH Dec. 15TH, 2000

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    | R  |    |    |    |    |    |    |    |    |    |
|    |    | 8  |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

ppe 10-28-01

R - Regular Hours         8
A - Annual Leave         _____
S - Sick Leave           _____
H - Holiday with Pay     _____
L - Leave without Pay    _____

TOTAL HOURS WORKED: _____

Employee Signature  Judy Alexander
Supervisor's Signature  _____
City Manager's Signature  _____

FY 2282

EXHIBIT I
PAGE 4 OF 11

CITY OF FORT YUKON / GENERAL OPERATING FUND

39934

Alfred Peter  
PO Box 286  
Fort Yukon, AK 99740-0286

| | 3/29/2002 | YTD |
|---|---|---|
| Title 47 (12.00@$12.00) | 144.00 | 144.00 |
| Social Security Employee | -8.93 | -8.93 |
| Medicare Employee | -2.09 | -2.09 |
| AK - Unemployment Employee | -0.72 | -0.72 |

Used / Available  
Sick 0.00 / .  
Vac  0.00 / 0.00

City of Fort Yukon  
PO Box 269  
Fort Yukon  AK  99740-0269  
(907) 662-2479 fax (907) 662-2717

PAYMENT RECORD

03/16/2002 - 03/29/2002 Pay Period          132.26

157279 (2/01)

FY 3001

EXHIBIT I  
PAGE 5 OF 11

# City of Fort Yukon, Inc.
# Employee Time Sheet

P.O. Box 269    Fort Yukon, Alaska 99740    (907) 662-2479 or 2379

NAME: Alfred Peter   ADDRESS: PO Box 286
SSN: [redacted]                  FYU
PAY PERIOD:

MONTH March 22, 2002

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   |   |    |    |    |
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    | 3½ | 8½ |    |
|    |    |    |    |    |    |    |    |    |    | 1/2 |   |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.        Title 47

R - Regular Hours       12
A - Annual Leave        _____
S - Sick Leave          _____
H - Holiday with Pay    _____
L - Leave without Pay   _____

TOTAL HOURS WORKED:  12

Employee Signature  Alfred Pete
Supervisor's Signature  _____
City Manager's Signature  _____

CITY OF FORT YUKON / GENERAL OPERATING FUND                                                              40227

| | | | |
|---|---|---|---|
| Cynthia Taylor | | 07/12/2002 | YTD |
| PO box 95 | Hourly Wage (80.00@$12.00) | 960.00 | 2,352.00 |
| Ft. Yukjon, AK 99740 | Retroactive Hou (40.00@$1.00) | 40.00 | 40.00 |
| | Federal Withholding | -72.00 | -187.00 |
| | Social Security Employee | -62.00 | -148.30 |
| | Medicare Employee | -14.50 | -34.68 |
| Used / Available | AK - Unemployment Employee | -5.00 | -11.96 |

Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

*** PAYMENT RECORD ***

06/22/2002 - 07/05/2002 Pay Period                                846.50

173744 (2/02)

FY 3034
PAGE 7 OF 11

# City of Fort Yukon, Inc.
## Employee Time Sheet

P O Box 269     Fort Yukon, Alaska 99740     (907) 662-2479 or 2379

NAME: Cynthia Taylor     ADDRESS: PO Box 95
SSN: ███████████          FYU, AK
PAY PERIOD: _____  99740

MONTH June, 2002

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
|   |   |   |   |   |   |   |   | 8 | 8  | 8  | 8  |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
| 8  |    |    |    |    | on | leave |  |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours        40        @ 12⁰⁰/HR
A - Annual Leave         ___
S - Sick Leave           ___
H - Holiday with Pay     ___
L - Leave without Pay    ___

TOTAL HOURS WORKED: 40

Employee Signature: Cynthia L. Taylor
Supervisor's Signature: _____
City Manager's Signature: _____

FY 3035

# City of Fort Yukon, Inc.
# Employee Time Sheet

P O Box 269  Fort Yukon, Alaska 99740  (907) 662-2479 or 2379

NAME: Cynthia Taylor  ADDRESS: P.O. Box 95
SSN: ███████████  FYU, AK. 99740
PAY PERIOD: July 1st to July 12th.
Police Officer 1

MONTH July, 2002

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|----|----|----|
| 8 | 8 | 8 | 8 | 8 |   |   |   |   |    |    |    |
|   |   |   |   |   |   |   |   |   |    |    |    |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |    |    |    |    |    |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    |    |
|    |    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours  40   2  @ $13.00
A - Annual Leave   _____
S - Sick Leave     _____        40 @ $1.00
H - Holiday with Pay _____
L - Leave without Pay _____

TOTAL HOURS WORKED: 40

Employee Signature: Cynthia L. Taylor
Supervisor's Signature: _____
City Manager's Signature: _____

FY 3036

239
60  530    EXHIBIT I
         PAGE 9 OF 11

**CITY OF FORT YUKON / GENERAL OPERATING FUND**

| | | | 39645 |
|---|---|---|---|
| Harold W Yeager | | 12/14/2001 | YTD |
| PO Box 195 | Hourly Wage (5@$15.00) | 75.00 | 555.00 |
| Fort Yukon, AK 99740 | Social Security Employee | -4.65 | -34.41 |
| | Medicare Employee | -1.09 | -8.05 |
| | AK - Unemployment Employee | -0.39 | -2.89 |

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon AK  99740-0269
(907) 662-2479 fax (907) 662-2717

11/24/2001 - 12/07/2001                              68.87

*PAYMENT RECORD* (watermark)

157279 (2/01)

FY 3043

EXHIBIT I
PAGE 10 OF 11

**CITY OF FORT YUKON / GENERAL OPERATING FUND**

| | | | 39552 |
|---|---|---|---|
| Harold W Yeager | | 11/16/2001 | YTD |
| PO Box 195 | Hourly Wage (24@$15.00) | 360.00 | 480.00 |
| Fort Yukon, AK 99740 | Social Security Employee | -22.32 | -29.76 |
| | Medicare Employee | -5.22 | -6.96 |
| | AK - Unemployment Employee | -1.88 | -2.50 |

Used / Available
Sick 0.00 / 0.00
Vac  0.00 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon AK  99740-0269
(907) 662-2479 fax (907) 662-2717

PAYMENT RECORD

10/27/2001 - 11/09/2001                       330.58

157279 (2/01)

FY 3045