1                    IN THE UNITED STATES DISTRICT COURT

2                         FOR THE STATE OF ALASKA

3   REGINALD FLEMING, CHRISTOPHER,        )
    DELEON, CHRIS HAMPTON, WILLIAM        )
4   D. MCKILLICAN, and TODD               )
    SCHLUMBOHM,                           )
5                                         )
                    Plaintiffs,           )
6                                         )
    vs.                                   )
7                                         )
    FANNIE CARROLL and THE CITY OF        )
8   FORT YUKON, ALASKA,                   )
                                          )
9                   Defendants.           )
    _____)
10  Case No. F04-0034 CIV (RRB)

11                  DEPOSITION OF CHARLOTTE FLEENER
                         June 15th, 2006
12
    APPEARANCES:
13
            FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
14                                   Attorney at Law
                                     330 Wendell Street
15                                     Suite E
                                     Fairbanks, Alaska 99701
16                                   (907) 452-4716

17          FOR THE DEFENDANTS:      MR. MATTHEW SINGER
                                     Jermain, Dunnagan & Owens
18                                   3000 A Street, Suite 300
                                     Anchorage, Alaska 99503
19                                   (907)  563-8844

20          ALSO PRESENT:           MR. MICHAEL JACKSON

21                              *   *   *   *

22

23

24

25

EXHIBIT J
PAGE 1 OF 6

9

1    temporary police officer or anything like that?

2    MR. SINGER:  Objection; vague.

3  Q    Maybe like somebody like Eric Tremblay?

4  A    Oh.  They were like deputized.

5  Q    Uh-huh.  And who -- do you know who deputized them?

6  A    Fannie.  She was the -- she was the chief of police, I

7    think, since we didn't have one or something.  No, at

8    the time that.....

9  Q    I'm talking about when Reggie was here.

10  A    Yeah, okay.  I see.  Yeah.  It was Fannie and the other

11    one was Audrey, who was another dispatcher.

12  Q    Is Audrey Peals (ph)?

13  A    Yeah.

14  Q    Okay.  She was deputized?

15  A    Oh, and -- and -- and I was, too, I think.

16  Q    Okay.  Was this before Reggie left?

17  A    I'm trying to think.  Hang on.  Let's see.

18  Q    Well, maybe I can help you remember.  Did you ever ride

19    or do you know -- did you ever ride with the police

20    officers when they were on call, either McKillican,

21    DeLeon, Schlumbohm, or Reggie?

22  A    No.  No, I just took the calls and I took the radio

23    home if -- like if -- if one of them -- or if the guy

24    were really tired, I'd take a radio home and I could

25    answer the calls at night to let them get some sleep.

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



```
 1            that was just before my time, like a month or two

 2            before I got hired.  That's the only thing I knew

 3            about.....

 4    Q       How about Mike Hardy?

 5    A       Mike Hardy was a VPO.

 6    Q       Okay.  Was he ever -- did he ever fill in as a police

 7            officer while you were there?

 8    A       That was before me, yep.

 9    Q       Okay.  Do you know -- were there ever times you were

10            here when the regular police officers, McKillican,

11            DeLeon, Todd Schlumbohm, or Reginald Fleming when they

12            were not in the village, but they were -- you know, but

13            during the time that Reggie was the chief of police,

14            but they were not in the village, none of them were in

15            the village?

16    A       Yeah.

17    Q       Okay.  How often did that happen?

18    A       Let's see.  I remember was once in the summer, because

19            I was there with the other dispatcher and then once in

20            the winter.

21    Q       And do you know -- did anybody cover for them?

22    A       I did.

23    Q       You did?

24    A       Yeah.

25    Q       And what did you do?
```

EXHIBIT __J__
PAGE _3_ OF _6_

13

| | | |
|---|---|---|
| 1 | A | Oh, went out on some calls if we had to, until somebody |
| 2 | | came back. |
| 3 | Q | Was that when they..... |
| 4 | A | And -- and -- and they -- and the other lady, Audrey. |
| 5 | Q | Audrey? |
| 6 | A | She went on the calls, but we never -- like if we went |
| 7 | | on a call, we would let the city manager know. |
| 8 | Q | That would be Fannie? |
| 9 | A | Yeah, because she's the -- I don't know, something to |
| 10 | | do with their policy, I think, like if there's nobody |
| 11 | | there, then she's in charge or something like that. |
| 12 | Q | Uh-huh.  Did you ever arrest anybody while Reggie was |
| 13 | | the chief of police? |
| 14 | A | No.  I don't -- I didn't. |
| 15 | Q | Chris -- let's see here.  Chris Hampton, he was -- he |
| 16 | | wasn't here during your time as a dispatcher, was he? |
| 17 | A | No. |
| 18 | Q | Okay.  Were you here -- do you know who Richard Miller |
| 19 | | is? |
| 20 | A | Yeah. |
| 21 | Q | Okay.  And could you -- he was on the city council, |
| 22 | | correct? |
| 23 | A | Yes. |
| 24 | Q | Okay.  Do -- were you aware of an incident in which |
| 25 | | Fannie Carroll filed a -- went to court to get a |

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*



14

```
 1             restraining order against Mr. Miller?

 2   A         Yes, because I worked there.

 3   Q         Okay.  And could you tell me what you remember about

 4             all that?

 5   A         I think he was like stalking her or something and she

 6             didn't -- didn't want him around anymore.

 7   Q         Okay.  And do you know -- you used the 911 equipment,

 8             right?

 9   A         Uh-huh.  Yeah.

10   Q         Do you know whether or not Fannie Carroll ever used the

11             911 equipment?

12   A         Yeah, because like if something came in that I think

13             she needed to know about, like if I was a -- you know,

14             whenever I was alone there, I would have her listen to

15             the call, because I didn't want to, you know, do

16             anything wrong.

17   Q         So you'd -- did she ask to listen to the calls?

18                 MR. SINGER:  Objection; vague.

19   Q         Go ahead, if you know.

20   A         What did he say?

21                 MR. SINGER:  I just objected because the

22   question is vague.  We don't know -- he hasn't asked you when,

23   what time, if this is when these officers were working, so.....

24   Q         When Ms. Carroll -- did Ms. Carroll ever ask you to

25             listen to the phone -- to the 911 phone calls as they
```



15

| | | |
|---|---|---|
| 1 | | came in or the tapes? |
| 2 | A | Did she ask me? |
| 3 | Q | Uh-huh. |
| 4 | A | No.  If she wanted to listen to something, that |
| 5 | | was..... |
| 6 | Q | She would just do it? |
| 7 | | MR. SINGER:  Objection; foundation. |
| 8 | Q | Go ahead. |
| 9 | A | Yeah, because..... |
| 10 | Q | Did she know how to -- when you were here, did she know |
| 11 | | how to operate the 911 equipment? |
| 12 | A | Yeah. |
| 13 | | MR. SINGER:  Objection; foundation. |
| 14 | Q | She did? |
| 15 | A | Uh-huh. |
| 16 | Q | Okay.  And do you -- when she went to use the |
| 17 | | equipment, she would -- if -- do you remember her |
| 18 | | talking to you first about using the equipment? |
| 19 | A | Probably, yeah.  Because I was pretty -- I just didn't |
| 20 | | like anybody in there and I -- I usually wanted to know |
| 21 | | what was going on. |
| 22 | Q | Okay. |
| 23 | A | So I didn't think it was a big deal. |
| 24 | Q | Do you remember her ever using the equipment to record |
| 25 | | a conversation with Richard Miller? |

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

