Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**NON-OPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY TO OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT ON COUNT I**

Defendants, by and through their attorneys, Jermain, Dunnagan & Owens, P.C. hereby move this Court for an extension of time in which to file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Count I until Wednesday, September 20, 2006.

Undersigned counsel's office contacted Mr. Walleri's office, attorney for plaintiffs, and he does not oppose this extension.

DATED at Anchorage, Alaska this 1st day of September, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006, a true and correct copy of the foregoing document  was served electronically on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Matthew Singer