Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case 4:04-cv-00034-RRB |

### [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON COUNT I

Having considered Defendants' Non-Opposed Motion for Extension of Time to File Reply, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Defendants shall have until Wednesday, September 20, 2006, within which to file their Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment on Count I.

DATED at Fairbanks, Alaska this 5 day of September, 2006.

/S/
Hon. Ralph R. Beistline
United Stated District Court Judge