Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case 4:04-cv-00034-RRB |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
(DELEON)**

COME NOW Defendants Fannie Carroll and the City of Fort Yukon, Alaska, by and through their counsel Jermain Dunnagan & Owens, P.C., and pursuant to Fed.R.Civ.P. 56(b), hereby move for summary judgment on Counts II and IV as to Plaintiff Christopher DeLeon ("DeLeon") in the above-captioned case. Summary judgment is appropriate as to DeLeon's claims for wrongful discharge (Count II) and procedural due process (Count IV) because he failed to exhaust his contractual remedies and refused to avail himself of the due process procedures offered to him by the City.

This motion is supported by the attached memorandum and declaration.

DATED at Anchorage, Alaska this 6th day of September, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: (907) 563-8844
Fax: (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2006, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By: s/ Matthew Singer