IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>      Plaintiffs,<br><br> vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT (DELEON)**

Upon due consideration of Defendants' Motion for Partial Summary Judgment (DeLeon), and any opposition filed thereto, the Court hereby ORDERS, pursuant to Federal Civil Rule 56(c), that Defendants' Motion is GRANTED. DeLeon's claims under Count II of the Complaint (wrongful discharge) are barred by DeLeon's failure to exhaust his administrative remedies. DeLeon's claims under Count IV of the Complaint (procedural due process) are likewise barred by DeLeon's refusal to avail himself of the adequate due process procedures offered by the City. Accordingly, the Court finds that summary judgment is appropriate against DeLeon as to Counts II and IV of the Complaint.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2006, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:   s/ Matthew Singer