Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>          Plaintiffs,<br><br>     vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DECLARATION OF MATTHEW SINGER IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT FOR FAILURE
TO EXHAUST CONTRACTUAL REMEDIES (DELEON)**

1.   I am an attorney for Defendants in this matter, and state the following based on my personal knowledge.

2.   Attached hereto as Exhibit A is a true and correct copy of selected pages from the Deposition of Christopher DeLeon which was taken on July 19, 2006 (DeLeon deposition).

3. Attached as Exhibit B hereto is a true and correct copy of Exhibit 2 to the DeLeon deposition, the City of Fort Yukon Employee Personnel Manual Handbook dated 2001.

4. Attached as Exhibit C hereto is a true and correct copy of Exhibit 3 to the DeLeon deposition, the Personnel Handbook acknowledgment page signed by Christopher DeLeon on September 15, 2003.

5. Attached as Exhibit D hereto is a true and correct copy of Exhibit 5 to the DeLeon deposition, a letter to Christopher DeLeon from Fannie Carroll, dated February 9, 2004.

6. Attached as Exhibit E hereto is a true and correct copy of Exhibit 6 to the DeLeon deposition, a letter to Christopher DeLeon from Fannie Carroll, dated February 11, 2004.

7. Attached as Exhibit F hereto is a true and correct copy of Exhibit 7 to the DeLeon deposition, a letter to Fannie Carroll from Thomas R. Wickwire, dated February 13, 2004.

8. Attached as Exhibit G hereto is a true and correct copy of Exhibit 8 to the DeLeon deposition, a second letter to Fannie Carroll from Thomas R. Wickwire, dated February 13, 2004.

Dated this 6th day of September, 2006.

                                  s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer