PART 1-    INTRODUCTION

A. The provisions contained herein shall apply to all employees of the City of Fort Yukon.

B. It is the intent of this personnel policy handbook to comply with the applicable Federal, State and local laws to the City of Fort Yukon and its operations.

C. The City Manager, or his/her delegated authority, shall be responsible for the enforcement of these regulations and shall have the responsibility for punitive measures such as suspensions, demotion, and dismissal subject to the applicable provisions of this personnel Manual Handbook.

D. The City Clerk will be the designated manual Custodian. It shall be the responsibility of these employees to maintain, on a current basis, the master copy of the City of Fort Yukon Personnel Manual Handbook. All revisions or additions to the manual shall be coordinated by Administration and approved by the City Council.

E. The current Personnel Manual shall be made available to all employees and a signed letter of receipt shall be kept it the employees personnel file.

F. The City Clerk will maintain a list of all residents seeking employment with a current application on file.

This Personnel Manual Handbook is presented to all of the employees because it is important for everyone in the City of Fort Yukon to know, in as much detail as possible the kind of organization we are and what we believe in. The Personnel Manual Handbook is devised for the protection of both the City of Fort Yukon as an employer, and the employees of the City.

The City of Fort Yukon operates with an "open door" policy, and all employees are invited to visit our City Manager's office at any time to seek advice or to obtain information about any of the City of Fort Yukon's practice.

I hope you will find this association with the City of Fort Yukon rewarding, and wishing you good luck in your new career.

**Revised January 2001**

                                  Sincerely

                                  *[signature]*
                                City of Fort Yukon, Inc.
                                City Manager

please sign below for receipt of your City of Fort Yukon Personnel Manual Handbook. Make a Xeroxed copy of this receipt and give it to the City Clerk for inclusion in your personnel file.

_____        9/15/2003
Signature                                   Date