Fannie Carroll, City Manager
City of Fort Yukon
P.O. Box 269
Fort Yukon, AK   99740

February 9, 2004

Officer Christopher DeLeon
City of Fort Yukon Police Department
Fort Yukon, AK   99740

Re:   Termination of Officer DeLeon

Dear Officer DeLeon:

In accordance with the City of Fort Yukon Personnel Policy, Chapter 5, Section 3:

> Section 3:   **Dismissal**
>
> An employee may be dismissed for just cause using the procedures of this Chapter.  Section 8:   except as otherwise provided by state statute, city charter, or city ordinance, a city employee may be dismissed for only just cause.  Before an employee is dismissed, the City shall provide the employee a written notice stating:
>
> a)   the reasons for the proposed dismissal, and
> b)   the right to request a hearing before the City Manager
>
> If the employee requests a hearing the City Manager shall promptly schedule a hearing during which the employee shall have the right to confront the witnesses against him, to testify in his own behalf and to call witnesses to testify on his behalf.
>
> An employee who is dismissed after a pre-termination hearing shall have the right to pursue a grievance under Chapter 7.

I, for just cause, including your insubordination, disrespect to superiors, and receipt of a written statement and a petition, which individually and collectively provide just cause, hereby terminate your employment with the City of Fort Yukon.  This termination is effective immediately.

Ex D pg 1 of 2


EXHIBIT
#5 DeLeon
7-19-06

*Fleming v Carroll*
Plt. Doc. Control No. **126**

Fannie Carroll, City Manager
City of Fort Yukon
Re: Termination of Officer Christopher DeLeon
February 9, 2004
Page 2

Enclosed is a copy of Chapter 5 of the City of Fort Yukon Personnel Policy Manual Handbook, which sets forth your rights, including the right to request a hearing. For your information, if you request a hearing, it will not be before the City Manager.

Also enclosed is a copy of Chapter 7 of the City of Fort Yukon Personnel Policy Manual Handbook.

Sincerely,

CITY OF FORT YUKON

Fannie Carroll
City Manager

Enclosures (as stated)

cc: File, City Council, City Attorney, Acting Chief of Police

COPY-ORIGINAL Received this
9TH day of February, 2004
By: [initials]
Firm Name/Initials of Signer