Fannie Carroll, City Manager
City of Fort Yukon
P.O. Box 269
Fort Yukon, AK  99740

February 11, 2004

Officer Christopher DeLeon
3392 White Spruce Street
North Pole, AK  99705

Re:  Termination of Officer DeLeon/Notice of Hearing

Dear Officer DeLeon:

By letter dated February 9, 2004, you were notified of the reasons for your proposed dismissal and your right to request a hearing. Since the February 9, 2004 letter, additional grounds and cause for termination have occurred and/or come to light. The following are supplemental and additional reasons for dismissal and termination:

> 1. Removal or participation in the removal of City of Fort Yukon property, including personnel files, case files and phone line recordings.
>
> 2. The failure, upon demand, to return City of Fort Yukon property, including personnel files, case files, and recordings.
>
> 3. Behavior unbecoming of a police officer.

You were also previously notified, as discussed above, of your right to request a hearing on this matter. Under the circumstances the hearing would not be before me, the City Manager. However, neither the prior notice nor the Fort Yukon Personnel Policy Manual Handbook sets forth a time frame for such a hearing. Therefore, to avoid any potential confusion or problem, a hearing has been set for Monday, February 16, 2004, before Mary Beth Solomon at 10:30 a.m., at City Hall in Fort Yukon. Ms. Solomon is a respected member of the community, a city council member, and a member of the tribal council.

If you do not want a hearing, please contact this office by 2:00 p.m. Friday, February 13, 2004, in writing, by fax to (907) 662-2717, so that the hearing can be canceled.

Ex E pg 1 of 2



EXHIBIT #6 DeLeon 7-19-01

*Fleming v Carroll*
Plt. Doc. Control No. 124

Fannie Carroll, City Manager
City of Fort Yukon
Re: Termination of Officer DeLeon/Notice of Hearing
February 11, 2004
Page 2

You are not to wear your City of Fort Yukon uniform or in any way act or represent that you are acting on behalf of the City of Fort Yukon.

Finally, demand is once again made that you return to the City of Fort Yukon all City property in your possession or control. To avoid any misunderstanding, this is considered an extremely important and serious matter.

Sincerely,

CITY OF FORT YUKON

Fannie Carroll
City Manager