

FAXED 2-13-04 3:20 pm

THOMAS R. WICKWIRE
LAWYER
2775 HANSON ROAD, SUITE 1
FAIRBANKS, ALASKA 99709
(907) 474-0068
FAX (907) 474-0069

February 13, 2004

Fannie Carroll, City Manager         Via Fax:   (907) 662-2717
City of Fort Yukon
P.O. Box 269
Fort Yukon, Alaska   99740

    Re:   **Christopher DeLeon**

Dear Ms. Carroll:

    I represent Officer Christopher DeLeon in his dealings with the City of Ft. Yukon related to his employment.

    I have a copy of a letter to him from Fannie Carroll, City Manager, dated February 11, 2004, inviting him to a hearing on February 16, 2004, where grounds for his dismissal would be discussed.

    Mr. DeLeon declines to participate in such a hearing.

    Mr. DeLeon is not in possession of any of the City property mentioned in your letter.

    I am faxing this letter to the number given in your letter so the City will not be inconvenienced by preparing for the hearing you offered.

                         Sincerely

                           Thomas R. Wickwire
                           Attorney for Christopher DeLeon

TRW/jew

Ex F pg 1 of 1



EXHIBIT #7 DeLeon 7-19-06

*Fleming v Carroll*
Plt. Doc. Control No. 155