THOMAS R. WICKWIRE
LAWYER
2775 HANSON ROAD, SUITE 1
FAIRBANKS, ALASKA 99709
(907)474-0068
FAX (907)474-0069

February 13, 2004

Via Certified Mail
No. 7003-1010-0003-0124-7975

Fort Yukon City Council
P.O. Box 269
Fort Yukon, Alaska   99740

Re:  Christopher DeLeon

Messirs:

I represent Officer Christopher DeLeon in all issues regarding or arising out of his employment with the City of Fort Yukon. Please direct all correspondence regarding his employment to me henceforth.

Mr. DeLeon does not request, and will not be participating in any hearing at which any remedy for job action or discipline recently taken against him could result. However, he is willing to provide the City Council with any information he may have if he is assured that it is given as part of a broad scope general inquiry into current management problems and what changes might be implemented to correct or avoid similar future problems. If the City Council wishes to proceed with such an inquiry, it will be necessary to put in writing the scope of any inquiry Mr. DeLeon might participate in so as not to jeopardize his legally protected interests.

Please contact me if the Council decides to proceed in a manner consistent with a broad inquiry, avoiding accusations, grounds for discipline or remedies available to Mr. DeLeon.

Sincerely,

Thomas R. Wickwire
Attorney for Christopher DeLeon

TRW/jsw

Ex G pg 1 of 1



EXHIBIT
#8 DeLeon
7-19-06

*Fleming v Carroll*
Plt. Doc. Control No. 156