IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN and TODD SCHLUMBOHM,<br><br>          Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA,<br><br>          Defendants. | Case No. 4:04-cv-0034-RRB<br><br><br>**ORDER DENYING MOTION TO COMPEL AT DOCKET 49** |

      Before the Court are Plaintiffs with a Motion to Compel Discovery: Fannie Carroll Deposition, at Docket 49. Plaintiffs argue that the Court should require Ms. Carroll to answer the questions related to the Carroll-Miller stalking proceedings and the facts surrounding those proceedings. Docket 49 at 5. Defendants oppose at Docket 57 and argue that the Court should deny the motion to compel because it seeks little more than irrelevant information about one of Ms. Carroll's former relationships. The Court agrees, in part.

Upon due consideration, Plaintiffs' Motion to Compel at Docket 49 is hereby **DENIED**. Not only is Plaintiffs' request overly broad, but it seeks to elicit information that is seemingly irrelevant. As indicated by Defendants, Plaintiffs could have instead asked about: (1) the impact of the stalking proceedings on Ms. Carroll and her management or interactions with the police department; and (2) the "bizarre" working conditions. The objectionable question was not on this subject but on the underlying relationship with Mr. Miller, and Ms. Carroll's reason for seeking the domestic violence restraining order. Docket 57 at 4-5. Ms. Carroll shall provide thorough written answers to the two questions set forth above by the close of business on **October 6, 2006.**

ENTERED this 8th day of September, 2006.

s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE