IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>        Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

## [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE COMBINED REPLY AND <u>OPPOSITION TO SUMMARY JUDGMENT (COUNT I)</u>

Having considered Defendants' Rule 56(f) Motion for Three-Week Extension to File Combined Reply and Opposition to Summary Judgment (Count I), IT IS HEREBY ORDERED that Defendants' motion is GRANTED.  Defendants shall have until Friday, October 13, 2006, within which to file their Combined Reply and Opposition to Summary Judgment on Count I.

DATED at Fairbanks, Alaska this _____ day of _____, 2006.

 

_____
Hon. Ralph R. Beistline
United Stated District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006
a true and correct copy of the foregoing
document was served electronically on
the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Matthew Singer