Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case 4:04-cv-00034-RRB

## DECLARATION OF MATTHEW SINGER

1.   I am an attorney for the Defendants.

2.   In order to respond to some of the assertions in Plaintiffs' Opposition and Cross-Motion for Summary Judgment on Count I, the undersigned must obtain additional information from the City to disprove the assertion that certain individuals were employed by the police department.  The City believes several of the so-called employees listed by Plaintiffs were employed by the State of Alaska, not the City.

3. It is my understanding that the City Treasurer, Vera James, is currently hospitalized for cancer treatment. It is not clear whether she will be returning to work. Her illness means that there is nobody at the City who can quickly pull up payroll records for years past.

4. The City has indicated that by the end of September it will know if Ms. James is returning to work or whether it needs to replace her and train someone else on the payroll system.

5. In light of this circumstance, an extension of time until October 13, 2006, will permit the City to locate and produce necessary payroll records to respond to Plaintiffs' Opposition and Cross-Motion.

6. I attempted to confer with opposing counsel to see if he opposed this requested extension. *See* Ex. A (letter from Singer to Walleri). Opposing counsel has not responded. In light of this non-response from opposing counsel, and the current motion deadline, we deemed it necessary to submit this timely request for a Civil Rule 56(f) extension.

Dated this 11th day of September, 2006.

                                                s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer