JDO

Jermain Dunnagan & Owens, P.C.
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN
DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT
SARAH E. JOSEPHSON
ERIC J. BROWN
MATTHEW SINGER
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER
THOMAS A. BALLANTINE

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976



September 5, 2006

VIA FAX AND U.S. MAIL
Fax No.: (907) 452-4725

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99701

Re: *Fleming, et al. v. City of Fort Yukon, et al.*

Dear Mike:

In order to respond to some of the issues raised in plaintiffs' opposition and cross-motion to summary judgment on Count I, we need to speak with the City's treasurer, Vera James. She is hospitalized while undergoing treatment for a serious illness. I am uncertain of her prognosis, but the City Manager believes that if her current course of treatment goes well, she will return to Fort Yukon by the end of this month. Consequently, I am writing to see if you would you agree to an extension for Defendants' Reply and Opposition to Cross-Motion until October 6, 2006. Please advise if you have any opposition to this extension. I would like to inform the court of this situation and obtain a timely extension, so I appreciate your prompt response.

Very truly yours,

JERMAIN DUNNAGAN & OWENS, P.C.

*/s/ Matthew Singer*

Matthew Singer

MS/jmh

EXHIBIT A
Page 1 of 1