Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>          Plaintiffs,<br><br>     vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**MOTION FOR PARTIAL SUMMARY JUDGMENT:
STATUTE OF LIMITATIONS ON
<u>FAIR LABOR STANDARDS ACT CLAIMS (COUNT I)</u>
(REGINALD FLEMING AND WILLIAM D. McKILLICAN)**

Pursuant to Federal Civil Rule 56, Defendants respectfully request partial summary judgment because a portion of Reginald Fleming and William D. McKillican's claim for overtime wages is barred by the statue of limitations, 29 U.S.C. § 255(a). This motion is supported by the memorandum of law submitted herewith, along with the

Affidavit of Fannie Carroll submitted in support of Defendants' Motion for Summary Judgment (Fleming).

DATED at Anchorage, Alaska this 13th day of September, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By:   s/ Matthew Singer
      Matthew Singer
      Alaska Bar No. 9911072

By:   s/ Howard S. Trickey
      Howard S. Trickey
      Alaska Bar No. 7610138
      3000 A Street, Suite 300
      Anchorage, AK  99503
      Phone:  (907) 563-8844
      Fax:  (907) 563-7322

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer