IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br>　　　　　　Plaintiffs, <br><br>　vs. <br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case 4:04-cv-00034-RRB |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT:  STATUTE
OF LIMITATIONS ON FAIR LABOR STANDARDS ACT (COUNT I)
(REGINALD FLEMING AND WILLIAM D. McKILLICAN)**

Upon due consideration of Defendants' Motion for Partial Summary Judgment on Statute of Limitations on Fair Labor Standards Act (Count I) (Reginald Fleming and William D. McKillican), and any opposition filed thereto, the Court hereby ORDERS, pursuant to Federal Civil Rule 56(c), that Defendants' Motion is GRANTED. Fleming's and McKillican's claim for overtime wages are barred by the statute of limitations.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September ___, 2006,
a true and correct copy of the foregoing
document was served electronically on the
following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:   s/ Matthew Singer