Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>     Plaintiffs,<br><br> vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT:  STATUTE OF LIMITATIONS ON <u>FAIR LABOR STANDARDS ACT CLAIMS (COUNT I)</u> (REGINALD FLEMING AND WILLIAM D. McKILLICAN)**

Defendants are entitled to partial summary judgment on the portion of the claims of Fleming and McKillican for overtime pay which are barred by the statute of limitations.  Under 29 U.S.C. § 255(a), Congress created a two-year statute of limitations for ordinary claims under the Fair Labor Standards Act ("FLSA").  If Plaintiffs can show

a willful violation, then the statute of limitations is three-years.[1] Since there was no willful violation here, Defendants are entitled to summary judgment for any overtime claim prior to December 29, 2002 (two-years prior to the December 29, 2004 filing of this lawsuit).

"Ordinary violations of the FLSA are subject to the general 2-year statute of limitations. To obtain the benefit of the 3-year exception, [plaintiffs] must prove that the employer's conduct was willful."[2] For the employer's conduct to be deemed "willful," the plaintiff must show that the City of Fort Yukon "knew or showed reckless disregard for the matter of whether its conduct was prohibited by the FLSA."[3]

Plaintiffs can produce no evidence in this case to suggest a willful violation of the FLSA. Indeed, the City expects to prevail on the merits of this claim, because it never employed more than four law enforcement officers and so is exempt from paying overtime pay. [*See* Defendant's Motion for Summary Judgment on Count I, Docket 22] Plaintiffs' opposition to that motion requests this Court to invalidate the controlling Department of Labor regulations. [Plaintiffs' Opposition & Cross Motion, Docket 88] Certainly, the City cannot be held to a "willful" violation of the FLSA if it has complied with the law and the existing regulations.

---

[1] 29 U.S.C. § 255(a).

[2] *McLaughlin v. Richland Shoe Co.*, 486 U.S. 128, 135 (1988).

[3] *Id.* at 130-31.

Moreover, as stated in the Affidavit of Fannie Carroll, the City consulted with its attorneys, Perkins Coie LLP, and obtained express advice about the small police department exemption to the FLSA.  Prior to this lawsuit, there is no indication of any assertion by anyone that the City was out of compliance with the FLSA.  Under these circumstances, the City's conduct was not possibly "willful."  Therefore, even if the Court were to deny the City's motion on the merits of Count I, it must enter summary judgment against William D. McKillican and Reginald Fleming for their overtime claims which precede December 29, 2002.[4]

In the alternative, the Court should at least enter summary judgment barring any claims more than three-years from the date of filing, as even willful violations are subject to a three-year statute of limitations.  This would bar Reginald Fleming's claims prior to December 29, 2001.[5]

DATED at Anchorage, Alaska this 13th day of September, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By:   s/ Matthew Singer
       Matthew Singer
       Alaska Bar No. 9911072

---

[4] McKillican and Fleming are the only plaintiffs who seek damages prior to December 29, 2002.  The other plaintiffs, Schlumbohm, Deleon, and Hampton, all commenced employment with the City of Fort Yukon in 2003.

[5] Fleming is the only plaintiff who seeks damages prior to December 29, 2001.

By:   s/ Howard S. Trickey
Howard S. Trickey
Alaska Bar No. 7610138
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer