Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br> vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO RESPOND
TO DEFENDANTS' SECOND DISCOVERY REQUESTS**

Come now Defendants Fannie Carroll and the City of Fort Yukon (collective, "Defendants") and move the Court to compel Plaintiffs, pursuant to Federal Rule of Civil Procedure 37, to provide full and complete responses to Defendants' Second Set of Discovery Requests. The undersigned counsel has attempted in good faith to confer with opposing counsel to resolve this matter without court intervention. However, as detailed

in the accompanying Declaration of Counsel, Plaintiffs' counsel has failed to respond to those efforts. Accordingly, Court intervention is necessary.

This motion is supported by the accompanying Memorandum of points and authorities, Declaration of Counsel, and proposed Order.

DATED at Anchorage, Alaska this 13th day of September, 2006.

                        JERMAIN, DUNNAGAN & OWENS, P.C.

By:   s/ Matthew Singer
      Matthew Singer
      3000 A Street, Suite 300
      Anchorage, AK 99503
      Phone: (907) 563-8844
      Fax: (907) 563-7322
      Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer