IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO RESPOND TO DEFENDANTS' SECOND DISCOVERY REQUESTS

Upon due consideration of Defendants' Motion to Compel Plaintiffs to Respond to Defendants' Second Discovery Requests, and any opposition filed thereto, the Court hereby ORDERS, pursuant to Federal Civil Rule 37, that Plaintiffs shall, within 15 days of the date of this Order, provide full and complete responses to the Defendants' Requests for Production as follows:

Plaintiff DeLeon shall provide full and complete responses to Defendants' Requests for Production No. 19, 20 and 21.

Plaintiff Hampton shall provide full and complete responses to Defendants' Requests for Production No. 16, 17, 19, 20 and 21.

Plaintiff Fleming shall provide full and complete responses to Defendants' Request for Production Nos. 16, 17, 19, 20 and 21.

Plaintiff McKillican shall provide full and complete responses to Defendants' Request for Production Nos. 19, 20 and 21.

Plaintiff Schlumbohm shall provide full and complete responses to Defendants' Request for Production Nos. 16, 17 and 19.

IT IS SO ORDERED this _____ day of _____, 2006.


_____
Ralph R. Beistline
United States District Judge


**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
proposed Order was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:   _ s/ Matthew Singer _____