Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,

Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,

Defendants.

Case 4:04-cv-00034-RRB

**DECLARATION AND GOOD FAITH CERTIFICATE OF MATTHEW SINGER IN SUPPORT OF MOTION TO COMPEL RESPONSES TO DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS**

1. I am an attorney for Defendants in this matter, and state the following based on my personal knowledge.

2. During settlement negotiations on the "wrongful discharge" components of this case, Plaintiffs' counsel, Mr. Walleri, indicated that each Plaintiff had mitigated his damages and was not harmed by their termination or resignation from the City of Fort Yukon. A true and correct copy of this letter is attached hereto as Exhibit A.

3. After the settlement of the wrongful discharge claims collapsed, defendants had to conduct discovery on those claims. On July 21, 2006, our office served Plaintiffs with Defendants' second set of discovery requests.

4. Attached as Exhibit B hereto is a true and correct copy of Plaintiff DeLeon's responses to Defendants' second set of discovery requests, which responses were received by our office on August 23, 2006. In responding to the requests, Mr. DeLeon refused to answer RFPs No. 19, 20 and 21 on the basis that "these documents are not currently in the possession of Mr. DeLeon."

5. Attached as Exhibit C hereto is a true and correct copy of Plaintiff Fleming's responses to Defendants' second set of discovery requests, which responses were received by our office on August 23, 2006. Mr. Fleming provided only partial responses to RFPs 16 and 17, and refused to answer RFPs No. 19, 20 and 21, on the basis that "these documents are not currently in the possession of Mr. Fleming."

6. Attached as Exhibit D hereto is a true and correct copy of Plaintiff Hampton's responses to Defendants' second set of discovery requests, which responses were received by our office on August 24, 2006. Mr. Hampton provided only partial responses to RFPs 16 and 17, and refused to answer RFPs No. 19, 20 and 21, on the basis that "these documents are not currently in the possession of Mr. Hampton."

7. Attached as Exhibit E hereto is a true and correct copy of Plaintiff McKillican's responses to Defendants' second set of discovery requests, which responses were received by our office on August 23, 2006. Mr. McKillican provided only a partial

response to RFP No. 19, and refused to answer RFPs No. 20 and 21, on the basis that "these documents are not currently in the possession of Mr. McKillican."

8. Attached as Exhibit F hereto is a true and correct copy of Plaintiff Schlumbohm's responses to Defendants' second set of discovery requests, which responses were received by our office on August 23, 2006. Mr. Schlumbohm provided only partial responses to RFPs 16 and 17, and refused to answer RFP No. 19, on the basis that "these documents are not currently in the possession of Mr. Fleming."

9. On August 25, 2006, I wrote a letter to Plaintiffs' counsel, Mr. Walleri, identifying deficiencies in Plaintiffs' responses to Defendants' second set of discovery requests. Specifically, each Plaintiff had, in various responses, refused to produce documents because the documents were not currently in Plaintiff's possession. I therefore wrote to Mr. Walleri to identify the ample legal authority supporting Plaintiffs' obligation to obtain and produce the documents in question. A true and correct copy of my letter, which was faxed and mailed to Mr. Walleri on August 25, 2006, is attached hereto as Exhibit G.

10. Mr. Walleri did not respond directly to my letter. However, Plaintiffs Hampton, Fleming, and Schlumbohm subsequently provided supplemental responses to the discovery requests. Plaintiffs DeLeon and McKillican have not provided any supplemental responses.

11. Attached hereto as Exhibit H is a true and correct copy of Plaintiff Fleming's supplemental responses, received by our office on August 30, 2006. The

response purports to supplement responses to RFPs No. 16 and 17. Although the response appears to indicate that all tax returns and W-2s are being provided, in fact the attached documents are still missing a year 2001 tax return, and W-2s from 2001 and 2002.

12. Attached hereto as Exhibit I is a true and correct copy of Plaintiff Hampton's supplemental responses, received by our office on August 30, 2006. These "supplemental responses" provide no further documents on RFP Nos. 16, 17, 19, 20 and 21, all of which Hampton has refused to answer.

13. Attached hereto as Exhibit J is a true and correct copy of Plaintiff Schlumbohm's supplemental responses, received by our office on August 30, 2006. These "supplemental responses" provide no further documents on RFP Nos. 16, 17 and 19, all of which Schlumbohm has refused to answer.

14. On August 31, 2006, I wrote a second letter to Mr. Walleri, thanking him for supplementing his clients' responses, but pointing out the ongoing deficiencies in the responses provided to date. Mr. Walleri has not responded to my letter, a true and correct copy of which is attached hereto as Exhibit K.

15. Pursuant to Local Rule 37.1, I certify that my letters of August 25 and August 31 were made in an effort to confer in good faith with opposing counsel so as to avoid the need for additional motions practice. Because opposing counsel has not responded, and because today is the Court's deadline for discovery motions, we determined it was necessary to obtain the assistance of the Court.

Dated this 13th day of September, 2006.

s/ Matthew Singer

Matthew Singer
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: (907) 563-8844
Fax: (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer