

AUG 2 3 2006

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | RESPONSES TO DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF WILLIAM D. MCKILLICAN<br><br><br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW defendant, William D. McKillican to respond under oath to the following requests for production as follows:

### REQUEST FOR PRODUCTION

<u>Request for Production No. 16</u>: All tax returns, including all schedules and attachments, for the years 2001, 2002, 2003, 2004, and 2005.

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

DISCOVERY RESPONSES (SECOND): W. MCKILLICAN
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 1 OF 4

Exhibit E,
Page 1 of 5

Response:

See attached. Batestamped Plt 00269 – Plt 000322

Request for Production No. 17: All W-2 forms received by you for the years 2001, 2002, 2003, 2004, and 2005.

Response:

See attached. Batestamped Plt 00323 – Plt 000341

Request for Production No. 18: Your most recent pay stubs.

Response:

See attached. Batestamped Plt 00342 – Plt 000343

Request for Production No. 19: Any documents indicating the terms of your current employment, including job descriptions, pay scales, collective bargaining agreements, and/or employment contracts.

Response:

See attached. Batestamped Plt 00344

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

DISCOVERY RESPONSES (SECOND): W. MCKILLICAN
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 2 OF 4

Exhibit E,
Page 2 of 5

Request for Production No. 20: Any and all documents related to any benefits of your current employment, including retirement, medical, dental, life, or other benefits.

Response:

These documents are not currently in the possession of Mr. McKillican.

Request for Production No. 21: Copies of any applications for employment you made after leaving employment with the City of Fort Yukon.

Response:

These documents are not currently in the possession of Mr. McKillican.

Request for Production No. 22: All tape recordings you made of City of Fort Yukon officers or employees not already produced in this litigation.

Response:

All known documents in possession of Plaintiff previously disclosed.

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

DISCOVERY RESPONSES (SECOND): W. MCKILLICAN
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

-PAGE 3 OF 4

Exhibit E
Page 3 of 5

## VERIFICATION

STATE OF ALASKA      )
                     ) ss
FAIRBANKS            )

    That on the _____ day of _____, 2006, the undersigned appeared before me, and having first been duly sworn upon oath, deposes and states that he has read the foregoing responses to Defendants' Second Set of Discovery Requests to Plaintiff William D. McKillican, knows and understands the contents thereof and believes all statements made herein to be true. The undersigned has executed this verification freely and voluntarily.

                                              _____
                                              William D. McKillican

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2006, in _____, Alaska.

                                            _____
                                              Notary Public in and for Alaska
                                              My Commission Expires:_____

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

DISCOVERY RESPONSES (SECOND): W. MCKILLICAN
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 4 OF 4

Exhibit E
Page 4 of 5

## SCHEDULE 1—GENERAL SCHEDULE

(Effective on the first day of the first applicable pay period beginning on or after January 1, 2006)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $16,352 | $16,898 | $17,442 | $17,983 | $18,527 | $18,847 | $19,383 | $19,925 | $19,947 | $20,450 |
| GS-2 | 18,385 | 18,822 | 19,431 | 19,947 | 20,169 | 20,762 | 21,355 | 21,948 | 22,541 | 23,134 |
| GS-3 | 20,060 | 20,729 | 21,398 | 22,067 | 22,736 | 23,405 | 24,074 | 24,743 | 25,412 | 26,081 |
| GS-4 | 22,519 | 23,270 | 24,021 | 24,772 | 25,523 | 26,274 | 27,025 | 27,776 | 28,527 | 29,278 |
| GS-5 | 25,195 | 26,035 | 26,875 | 27,715 | 28,555 | 29,395 | 30,235 | 31,075 | 31,915 | 32,755 |
| GS-6 | 28,085 | 29,021 | 29,957 | 30,893 | 31,829 | 32,765 | 33,701 | 34,637 | 35,573 | 36,509 |
| GS-7 | 31,209 | 32,249 | 33,289 | 34,329 | 35,369 | 36,409 | 37,449 | 38,489 | 39,529 | 40,569 |
| GS-8 | 34,563 | 35,715 | 36,867 | 38,019 | 39,171 | 40,323 | 41,475 | 42,627 | 43,779 | 44,931 |
| GS-9 | 38,175 | 39,448 | 40,721 | 41,994 | 43,267 | 44,540 | 45,813 | 47,086 | 48,359 | 49,632 |
| GS-10 | 42,040 | 43,441 | 44,842 | 46,243 | 47,644 | 49,045 | 50,446 | 51,847 | 53,248 | 54,649 |
| GS-11 | 46,189 | 47,729 | 49,269 | 50,809 | 52,349 | 53,889 | 55,429 | 56,969 | 58,509 | 60,049 |
| GS-12 | 55,360 | 57,205 | 59,050 | 60,895 | 62,740 | 64,585 | 66,430 | 68,275 | 70,120 | 71,965 |
| GS-13 | 65,832 | 68,026 | 70,220 | 72,414 | 74,608 | 76,802 | 78,996 | 81,190 | 83,384 | 85,578 |
| GS-14 | 77,793 | 80,386 | 82,979 | 85,572 | 88,165 | 90,758 | 93,351 | 95,944 | 98,537 | 101,130 |
| GS-15 | 91,507 | 94,557 | 97,607 | 100,657 | 103,707 | 106,757 | 109,807 | 112,857 | 115,907 | 118,957 |

Exhibit E,
Page 5 of 5

Fleming v Carroll