

**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT
SARAH E. JOSEPHSON

ERIC J. BROWN
MATTHEW SINGER
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER
THOMAS A. BALLANTINE

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976

August 31, 2006

<u>Via Fax and U.S. Mail</u>
Fax No.: (907) 452-4725

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99701

    Re:   *Fleming, et al. v. City of Fort Yukon, et al.*

Dear Mr. Walleri:

    Thank you for sending the prompt supplementation to Plaintiffs' responses to my clients' requests for document production. I look forward to seeing the rest of the requested documents. Those documents include: Mr. McKillican's responses 20 and 21; Mr. DeLeon's responses 19, 20 and 21; Mr. Fleming's responses 19, 20 and 21; Mr. Hampton's responses 16, 17, 19, 20 and 21; Mr. Schlumbohm's responses 16, 17 and 19. Additionally, Mr. Fleming's responses to requests 16 and 17 are still incomplete. For request 16, we are still missing Mr. Fleming's tax returns from 2001. For request 17, we are still missing his W-2 forms from 2001 and 2002.

    If you have any questions or concerns, please do not hesitate to call me and confer. Your prompt response in this matter so far gives me hope that we will not have to resort to motions practice on this issue. I would remind you, however, that our deadline for discovery motions is September 13th. If you do not think that your clients will be able to comply with the requests before that deadline, please call me as soon as possible. I will work with you to come to a resolution that works for both of our clients.

                          Very truly your,

                          JERMAIN DUNNAGAN & OWENS, P.C.

                          */s/ Matthew Singer*

                          Matthew Singer

MS/jmh

Exhibit K
Page 1 of 1