IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case 4:04-cv-00034-RRB |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT (HAMPTON)</u>**

Upon due consideration of Defendants' Motion for Partial Summary Judgment on Employment Claims, Counts III and IV (Chris Hampton), and any opposition filed thereto, the Court hereby ORDERS, pursuant to Federal Civil Rule 56(c), that Defendants' Motion is GRANTED.  Hampton's claims under Count III of the Complaint (constructive discharge) are barred because Hampton's resignation was unreasonable as a matter of law.  Hampton's claims under Count IV of the Complaint (Section 1983 due process claim) are likewise barred because Hampton was a probationary employee without any property right to continued employment, and because he failed to avail himself of the adequate due process procedures offered by the City.  Accordingly, the Court finds that summary judgment is appropriate against Hampton as to Counts III and IV of the Complaint.

IT IS SO ORDERED this _____ day of _____, 2006.

                                                                                                                         _____
                                                                                                                         Ralph R. Beistline
                                                                                                                         United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:   s/ Matthew Singer