Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DECLARATION OF MATTHEW SINGER IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT ON
EMPLOYMENT CLAIMS, COUNTS III AND IV (CHRIS HAMPTON)**

　　　1.　　I am an attorney for Defendants in this matter, and state the following based on my personal knowledge.

　　　2.　　Attached as Exhibit A hereto is a true and correct copy of the deposition of Chris Hampton taken on July 19, 2006 (Hampton deposition).

　　　3.　　Attached as Exhibit B hereto is a true and correct copy of selected pages of the deposition of Reginald Fleming taken on July 20, 2006.

4. Attached as Exhibit C hereto is a true and correct copy of selected pages of the deposition of Greg Russell taken on August 16, 2006.

5. Attached as Exhibit D hereto is a true and correct copy of Exhibit 2 to the DeLeon deposition, the City of Fort Yukon Employee Personnel Manual Handbook dated 2001.

6. Attached as Exhibit E hereto is a true and correct copy of Exhibit 3 to the Hampton deposition, Statement of Halona Cadzow, dated February 9, 2003.

7. Attached as Exhibit F hereto is a true and correct copy of Greg Russell's report, dated February 18, 2003.

8. Attached as Exhibit G hereto is a true and correct copy of Exhibit 2 to the Hampton deposition, a resignation letter to Chief of Police from Chris Hampton, dated February 18, 2003.

9. Attached as Exhibit H hereto is a true and correct copy of Exhibit 4 to the Hampton deposition, a typewritten statement, undated, unsigned, which Hampton identified in his deposition as a wage claim to the State of Alaska.

Dated this 13th day of September, 2006.

                                              s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: (907) 563-8844
Fax: (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer