Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER )
DeLEON, CHRIS HAMPTON, WILLIAM )
D. McKILLICAN, and TODD )
SCHLUMBOHM, )
)
        Plaintiffs, )
)
vs. )
)
FANNIE CARROLL and the CITY OF )
FORT YUKON, ALASKA, )
)
        Defendants. )
_____)

Case No. 4:04-cv-00034-RRB Civil

DEPOSITION OF REGINALD FLEMING
July 20, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
                            Attorney at Law
                            330 Wendell Street, Suite E
                            Fairbanks, Alaska 99701
                            (907) 452-4716

    FOR THE DEFENDANTS:    MR. MATTHEW SINGER
                            Jermain, Dunnagan & Owens
                            Attorneys at Law
                            3000 A Street, Suite 300
                            Anchorage, Alaska 99503
                            (907) 563-8844

* * * *

Page 250

1  A   Difficult at times. Yes, sir.
2  Q   Poor communication skills?
3  A   Yes, and in particular on how to deal with her issues,
4      or how to deal with issues with people. It's either
5      her -- her way or the highway. And I can't see how she
6      can tell an officer to do police work when she has no
7      training or nothing like that. And when I'd try to
8      give her information, it's my way, I'm the city
9      manager, and I'm -- well, we're going to get in trouble
10     this way. And I would tell -- to protect the city, I
11     would tell the officers, I will give you your
12     directions. I mean, you can't -- for instance, she
13     would want us to remove a guy out in the middle of
14     winter, to toss him out on his butt in 40 degree
15     weather, and we know you can't do that. And I told
16     them, no, don't do it, you know, and that's what I'm
17     talking about. She's -- if you don't do it her way,
18     she get mad at you.
19 Q   Was she -- the behavior that you saw from Fannie
20     Carroll, did she -- was she like that with -- she was
21     like that with you?
22 A   She has gotten -- she got that way with me, yes.
23 Q   She belittled you?
24 A   Oh, tried to.
25 Q   Criticized you?

Page 251

1  A   Tried to.
2  Q   Challenged your authority?
3  A   Tried to.
4  Q   Give you directions that you disagreed with?
5  A   Tried to.
6  Q   She did the same thing to -- did you see her do the
7      same thing to Dave McKillican?
8  A   I've seen her. Yes, sir.
9  Q   How about Chris Hampton?
10 A   Chris Hampton? He wasn't there long enough for that to
11     start happening. But after what was -- after the
12     incident, then she became -- then she started going in
13     that direction.
14 Q   Let me ask you about Chris Hampton. He was employed as
15     a police officer for about six weeks, right?
16 A   Yes, sir.
17 Q   You were chief at the time?
18 A   Yes, sir.
19 Q   Now, one of the dispatchers, Helona Kadzow (ph), she
20     made a complaint about him, right?
21 A   Yes, sir.
22 Q   Did you see that complaint?
23 A   Yes, sir.
24 Q   Were you in the city at the time the complaint came in?
25 A   I'd have to go back and look at that. Poss- -- I

Page 252

1      probably was, yes.
2  Q   You were aware of the complaint?
3  A   Yes, yes.
4  Q   Yeah. And the city brought in Greg Russell of the
5      Alaska Municipal League to do an investigation?
6  A   Yes. That was, I want to say, about -- well, I think I
7      had at that time got somebody to do the investigation.
8      That's when I was supposed to go on my couple of days
9      to relax, and I came back up to do that, to do my part
10     of the interview.
11 Q   You met with Mr. Russell?
12 A   Yes.
13 Q   Did you have any objections to the city having
14     Mr. Russell investigate?
15 A   At that point in time, no, I did not have any object --
16     objection. I wanted either the state troopers or
17     somebody else to come in that wasn't -- I didn't know
18     what -- Mr. Russell, I thought he was just an
19     independent investigator.
20 Q   You thought it was appropriate to bring somebody from
21     outside?
22 A   Yes, sir.
23 Q   And do you know, did the troopers participate in
24     employment, sex harassment, discrimination type.....
25 A   Well, you can put in a request for that.

Page 253

1  Q   Do you know if the troopers.....
2  A   They didn't want to do it.
3  Q   They didn't want to do it?
4  A   No.
5  Q   You understood the troopers did not want to.....
6  A   Right, yeah.
7  Q   They saw it as a personnel matter?
8  A   Yes. Or they -- they didn't want to get involved in
9      that -- that type of situation.
10 Q   Did you have -- do you have any objections to the way
11     Mr. Russell conducted himself with you?
12 A   No. No, I did not.
13 Q   Now, he prepared a report.
14 A   Uh-huh (affirmative).
15 Q   Did you see that report?
16 A   I didn't see the full report, I just saw one page, a
17     one-page report with a paragraph that stated what he
18     found.
19 Q   Now, Mr. Hampton testified in his deposition yesterday.
20     Are you aware of that?
21 A   Yeah, he was scheduled for it. Yeah.
22 Q   Have you talked to him.....
23 A   No.
24 Q   .....since yesterday? He testified that he resigned
25     from employment.

64 (Pages 250 to 253)

330 Wendell Street, Suite A   LIZ D'AMOUR & ASSOCIATES, INC.   Fairbanks, Alaska 99701
907.452.3678

Exhibit B
Page 2 of 2

2ea19ccb-bd2f-4844-8b15-4c2950ce0654