## STATEMENT
**FORT YUKON POLICE DEPARTMENT**
**FORT YUKON ALASKA**

CROSS REFERENCE CASE NUMBER:
CASE OFFICER:

I, Halona Cadzow, make the following VOLUNTARY STATEMENT at TIME ___ o an ___

| ROLE | LAST, FIRST NAME ALL | WE | SEX | AN | DATE OF BIRTH | DRIVER LICENSE NO | STATE |
|---|---|---|---|---|---|---|---|
| W | CADZOW | | F | | 2-23-79 | | |

AKA: 
RESIDENCE ADDRESS: NED THOMAS TRAIL  ZIP: 99740  MAILING ADDRESS: PO box 32  RESIDENCE PHONE: (907) 662-3277
TITLE/OCCUPATION: Dispatch  PLACE of EMPLOYMENT/SCHOOL: School, City
SSN: 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  PLACE OF Birth: FBKS  STATE: AK

**STATEMENT:**

On Jan. 31. I was working at the Police Department. As I checked my E-mail. An Instant message came it was Chris Hampton, it was very unprofesional. Here is this strange man in our office at the police department talking about his unhappy marriage, how he was in a cold bed. Also if I was to ever knock on his door he would not turn me away. How also he only wants to eat pussy. He has no reason to be here much longer. Here he calls himself an officer of the law, while he wants to talk about a personal sex life, makeing my friend (Bobbie James) & my self feel uncomfortable. While after she has gone doing to the fact of Chris Hampton. I do not want him in our town much longer.

(34) I have read the above and FOREGOING statement and have been given the opportunity to make any correctors or change I may want to make. The changes which I have made are initialed by me in my own handwriting.

Signed: x Halona Cadzow

FPD USE ONLY

(35) STATEMENT RECEIVED By:

FPD FORM 6  REV 02/02

THIS REPORT IS CONFIDENTIAL & FOR OFFICIAL USE ONLY    PAGE ___ of ___


EXHIBIT #3 Hampton

Exhibit E
Page 1 of 3
FY 433

I understand that this statement of complaint will be submitted to the Fort Yukon Police and may be the basis for an investigation. Further, I sincerely and truly declare and affirm that the facts contained herein are complete, accurate, and true to the best of my knowledge and belief. Further, I declare and affirm that my statement has been made by me voluntarily without persuasion, coercion, or promise of any kind.

I understand that, under the regulations of the police department, the officer against whom this complaint is filed may be entitled to request a hearing before a board of inquiry. By signing and filing this complaint, I hereby agree to appear before a board of inquiry, if one is requested by an officer, and to testify under oath concerning all matters relevant to this complaint.

_Halona Cackow_           _2-04-2003_
Signature of Complainant           Date

[ ] Check if Complainant Refused to Sign

_____           _____
Signature of Person           Date and Time Received
Receiving Complaint

February 13th 2003

Subject: Harassment Allegation

This letter is a statement in regards to Halona Cudzow's allegation of sexual harassment against myself, Officer Chris Hampton.

Under no circumstances for any reason did I ever sexually harass Halona Cudzow. The sexual harassment allegations that have been lodged against me by her are 100% dishonest. There is no truth in the statement that I wrote her an e-mail containing what she stated to be sexual in content.

There is no reason that I am aware of that would provoke such an attack by Ms. Cudzow of my character and to put my integrity in question.

*[signature]* 2/13/05

Officer Chris Hampton,
Fort Yukon Police Department