# POLICE DEPARTMENT PERSONNEL RECOMMENDATIONS

TO THE CITY COUNCIL
of
FORT YUKON, ALASKA

February 18, 2003

FINDINGS OF FACT: The Fort Yukon Police Chief Reggie Flemming received a written complaint of Sexual Harassment on February 9, 2003 by Dispatcher Halona Cadzow against her coworker, Officer Chris Hampton. Specific allegations in that written complaint constitute Sexual Harassment. The City of Fort Yukon maintains a personnel policy prohibiting Sexual Harassment in the workplace. Police Chief Flemming appropriately brought the complaint to City Manager Fannie Carroll. The City Manager contacted AML/JIA seeking assistance with the investigation of the complaint. Gregory A. Russell is contracted with AML/JIA to provide such assistance and arrived in Fort Yukon on Monday, February 17, 2003 to investigate the complaint.

INVESTIGATION: During the course of this investigation I interviewed the following individuals: City Manager Fannie Carroll, Dispatcher Halona Cadzow, former Dispatcher Bobbie James, Sgt. Dave McKillican, Officer Chris Hampton, and Chief Reggie Flemming. These are the primary people involved with this complaint.

It is my opinion that Dispatcher Halona Cadzow and former Dispatcher Bobbie James are both credible and reliable. They have been both seriously affected by the offensive conduct of Officer Chris Hampton alleged in this complaint. It is further my opinion that Officer Chris Hampton is not credible or reliable. His deceptive responses, inconsistent statements, and self-claimed memory losses, cause me to disbelieve his personal commitment to telling the whole truth and therefore deemed to be an unreliable and unbelievable. Absent any tangible evidence to the contrary, this investigation boils down to who is more credible. It becomes a matter of "he said, she said."

CONCLUSION: There is nothing to contradict the claims of Sexual Harassment made by Dispatcher Halona Cadzow, other than the denials and protests of Officer Chris Hampton. Significant portions of her written statement are corroborated by Officer Chris Hampton, lending credibility and support to her claims. Officer Hampton is a Probationary Employee, having been employed by the City of Fort Yukon for about one month. The detrimental and adverse effect of Officer Hampton's questionable conduct has been felt within the police department and throughout the community.

RECOMMENDATION: The City's probationary period serves to evaluate the suitability of personnel for continued employment within the City. It has become apparent to me that Officer Chris Hampton is unable to continue in his present position as a police officer for the City of Fort Yukon and his current employment should be discontinued.

Prepared and delivered by Gregory A. Russell, 2/18/03 for the Executive Session
of the regularly scheduled Fort Yukon City Council Meeting

FY 1457

Exhibit F
Page 1 of 21



FIELD REPORT - Fort Yukon

## ARRIVAL:

I arrived in Fort Yukon at about 0930 hours, and was met at airport by the City Manager, known now to me as Fannie Carroll. We drove directly to City Hall, where she allowed me to use the City Clerk's office and phone while I was in town. We met in her office where she provided the following information:

On Wednesday, 2/12/03, Chief of Police Reggie Flemming told her that one of the dispatchers accused Officer Chris Hampton of sexually harassing her. The City Manager directed the Chief to find out how this complaint should be handled. At about 1830 hours Chief Flemming told the City Manager that he contacted the Trooper Academy and learned that this type of complaint would require an objective, outside investigator.

On Wednesday, 2/12/03, at 1842 hours the City Manager, Chief Flemming, Sgt. Dave McKillican, and Officer Hampton met in the City Manager's office. This preliminary meeting lasted until about 1715 hours. Officer Hampton was not in town when the Chief of Police received the sexual harassment complaint and just returned to Fort Yukon prior to this meeting. He was brought directly from the airport to the City Manager's office.

## ACCUSATIONS:

Dispatcher Halona Cadzow delivered a typed letter of complaint (dated 2/9/03) to the Chief of Police. It said that on 1/31/03 she was working in the police department and checking her email messages. She said she received an IM (instant message) over her computer from Officer Hampton that said "I could knock on his door anytime, at any time he would never turn me away," and "all he want to do is eat pussy" and "how I was hot as in like looking good." She reports that he also talks about personal issues, i.e., "how he was not sure why he was still with his wife" and "talking about a cold bed." She also reported that her coworker (Dispatcher Bobby Gale Jones) said she found a sticky note from Officer Hampton on the door of her home that said he would come back later. This complaint said that Dispatcher Jones left the department knowing that his attitude would not change.

Note: It is uncertain if Dispatcher Bobby Gale Jones quit as a result of this harassment. She has not prepared or submitted a written complaint to the Chief of Police or the City Manager at the time.

Officer Hampton denied any inappropriate behavior and said he did not do any of the things alleged by Dispatcher Halona Cadzow. Officer Hampton denied all claims of sexual harassment. Until this complaint can be investigated and settled, Chief Flemming told Officer Hampton that he is not to have any further personal contact with Dispatcher Cadzow (alone). Officer Hampton became argumentative and asked how he could possibly do that. Sgt. McKillican tried to calm Officer Hampton by telling him that he would undoubtedly be with Officer Hampton and it wouldn't be a problem. Officer Hampton sarcastically asked if he was supposed to accompany Sgt. McKillican to the bathroom so he wouldn't be left alone with dispatch. The City Manager thought his reaction was unusual and expected that he would understand the Chief's directive, given the nature of the complaint against him. Officer Hampton was also told to stay in town until this matter has been settled.

Later that night, after the preliminary meeting in her office, the City Manager recalled an earlier incident involving Sgt. McKillican and Officer Hampton. Sgt. McKillican received a package in the mail and expected it to be the badge he ordered earlier. Excitedly, he asked that the City Manager be around when he opened the box because it was going to be something important. The package did contain a badge, but it was smaller than he expected it to be. Sgt. McKillican described it as "puny, small." The City Manager described it as "cute." Officer Hampton described it as being "Barbie-sized." Officer Hampton went on to ask Sgt. McKillican, "What else do you have that is this small?" Sgt. McKillican blushed. The City Manager said she immediately left because she felt uncomfortable with the apparent sexual/inappropriate innuendo. She didn't think that he was talking about the badge anymore. I asked if this event would have stood out in her mind if she hadn't received this sexual harassment complaint from Dispatcher Cadzow. She didn't think that it would have, and she would have just dismissed it.

## ADDITIONAL INFORMATION:

The City Manager tasked Chief Flemming to determine how this complaint should be handled and report back to her. Chief Flemming said that he originally wanted Sgt. Miller (AST) to conduct the investigation into the sexual harassment complaint against his officer, but now believed that no investigators would come to Fort Yukon because the matter has become "tainted." I later learned from Chief Flemming that he contacted John Meyer, Paul Harris, and "Scooter" Welch to see if they would be available to investigate this complaint. None of them were. He was unaware that the City Manager arranged for me to come to Fort Yukon

On Thursday, 2/13/03, the City Manager learned that there was no timetable in place to seek resolution of the complaint. During this discussion with Sgt. McKillican and Chief

Flemming, the City Manager asked if he remembered the "small badge" incident. Sgt. McKillican blushed again and said he did. The City Manager told both of them that Officer Hampton needed to "guard his mouth, especially around me!"

On Thursday, 2/13/03, at about 1730 hours, the City Manager talked with her father, who is also a City Council member. He told her that Officer Hampton should be fired, that the new guy was messing with the department's reputation. Later, at about 1800 hours, the City Manager called Chief Flemming and told him to ask for Officer Hampton's resignation. At about 1830 hours, Chief Flemming called City Manager and said that Officer Hampton agreed to resign, but there was question about a radio he installed in one of the police vehicles. The City Manager said she would settle up with Officer Hampton on Friday.

**HIRING OF OFFICER CHRIS HAMPTON:**

I learned that Sgt. McKillican did the background check on Officer Hampton and hired him when Chief Flemming was out of town. I reviewed Officer Hampton' personnel file and found it to be incomplete. There was not enough supplied information in it to conduct a thorough background check or determine if he was eligible for employment and/or certification. Only the first 3 pages of a photocopied APSC F-3 form (a 7 page, notarized document which includes a release of information portion), some training records, and a photocopied birth certificate were in the file. An "Interested Party" print out from APSIN was also included in the file. It revealed no criminal history for Officer Hampton in Alaska, but it is not a full or thorough determination of the presence of any possible criminal record for him. The City Manager reviewed the officer's personnel file prior to my arrival and saw that it was incomplete, too. She demanded a list of at least three (3) previous employers be supplied to her. This routine request was met with antagonism from Officer Hampton, and was reluctantly supplied. The City Manager said Officer Hampton was obviously upset and acted if she didn't have a right to this information. The added work history was already in the file when I reviewed it. I also learned from Sgt. McKillican that he and Officer Hampton went to the same police academy and were friends prior to Officer Hampton being hired by Fort Yukon PD. This prior association, rather than a thorough background check, precipitated Officer Hampton's hire. Chief Flemming, Sgt. McKillican, and Officer Hampton share the same house in Fort Yukon.

**ADDITIONAL INFORMATION:**

On Friday, 2/14/03, the City Manager received a letter from the Deputy Mayor, Shirley Fields, telling her not to interfere with the police department until after the next City Council meeting. I later learned that Deputy Mayor Fields had been approached by the police officers, complaining to her that Officer Hampton was not getting a fair investigation and it appeared that he was being run out of town. Local political pressure is being brought to bear upon this issue.

Chief Flemming told the City Manager that he has received many phone calls from the community that Officer Hampton was guilty and was being run out of town. Further, that he and Sgt. McKillican had decided to back this officer and were no longer objective enough to investigate this matter. I learned later that both Chief Flemming and Sgt. McKillican were ready to resign as a show of solidarity. Because Officer Hampton is still on his 90-day probation he can be fired without cause. They now fear that they could be next to being run out of town. Chief Flemming complained that he has at least eight bosses (referring to City Council and City Manager). He asked who he is to report to now because the former City Manager told him to run the police department as he saw fit. The City Manager told him to route calls from City Council to her. Sgt. McKillican was present during this meeting and told City Manager that no investigator would touch this investigation because it was "tainted" and Officer Hampton would not get a fair trial given the widespread circulation of rumors, etc. Further, both told the City Manager that there is nothing to actually investigate.

I learned there is a Sexual Harassment policy in the Personnel Handbook, but also learned that no city employees have received a copy of the handbook or the policy. The City Manager provided me with a copy of the Personnel Handbook to review. That copy is included with my field notes.

I learned that both Chief Flemming and Sgt. McKillican are contractual employees. Chief Flemming's contract is for two years; Sgt. McKillican's contract is for one year. Officer Hampton was hired without a contract, with the anticipation of having a 6 month contract being offered to him upon successful completion of his 90-day probationary period.

The City Manager has only been in this position for two weeks, having been hired on 2/4/03. Prior to that she was the City Clerk, hired on 10/15/02. She has no prior experience in City government.

## SYNOPSIS OF INTERVIEW WITH HALONA CADZOW:

On Monday, February 17, 2003, at about 1230 hours, the City Manager called Halona Cadzow to arrange an interview. We met with Halona Cadzow at her house at about 1300 hours.

This interview took place in the dining area of Halona Cadzow's home. The interview was not recorded. The City Manager was present throughout the entire interview and asked a few questions of her own. Halona Cadzow's husband (Zeb) was initially within earshot, but soon left the residence.

Halona Cadzow said she would talk with me, and agreed to have the City Manager present. She was initially nervous, but soon calmed herself. It was obvious to me that this matter caused her personal embarrassment and concern. Her answers were not hesitant, and she showed no signs of deception or falsehood throughout the entire interview.

FY 1461

Exhibit F
Page 5 of 21

She told me that she works as a dispatcher (night shift) for Fort Yukon PD and had a second job at the AC Store until recently. On Friday, 2/7/03, Bobby Gale Jones (dispatcher), Officer Hampton, and she were inside the PD. All of them were on-duty. Halona Cadzow was on-line at her desk, checking and sending email. Officer Hampton was at another desk nearby. She received an IM (instant message) from Officer Hampton, requesting an internet chat. She began to chat with him on-line, although he was just at the next desk. During the chat he interspersed offensive comments along with the other friendly chat. Some of the offensive comments included references to his personal life, i.e., that he was tired of being alone with a cold bed, asking her if she was interested in him, whether she liked him or Sgt. McKillican better, if she was interested in Sgt. McKillican, that if she knocked on his door that he would not turn her away regardless of the hour, that all he wanted to do was "eat pussy," that she has "HOT!", that he was a "big man" and that she didn't know how "big" he really was, and that he didn't know how long he was going to stay married to his wife. Halona Cadzow said that she told Officer Hampton that he was "putting her on the spot" with some of his questions, and Officer Hampton said that he knew he was doing that. He pressed her for answers to questions that were completely inappropriate. Halona Cadzow finally disconnected the chat because she was really offended. When she would ask him what he meant by some of his comments or questions, he would tell her that she knew exactly what he meant.

Halona Cadzow said she didn't tell anyone about the incident until Chief Flemming returned from Anchorage, then told Bobby Jones (dispatcher) and Sgt. McKillican, too. She reassured the City Manager and me that she wouldn't lie about something like this. She told us that she has not received any personal phone calls from Officer Hampton prior to this incident, nor any afterwards. She denied any conduct or conversation that would lead Officer Hampton to believe that she was interested in any kind of personal relationship with him. She did say that Officer Hampton had come to her house uninvited, but she never spoke with him or allowed him to enter. She was only made aware that he had come by the house when he told her about the next day. He would tell her that he had come by to talk with her; however, she must have been in bed because she didn't answer the door when he knocked. Halona Cadzow said he did come to her house one time when she called the PD for a ride to the courthouse. At that time her own vehicles were inoperative and it was cold. He did give her a ride to the courthouse and there was no inappropriate conversation or behavior.

According to Halona Cadzow there were no prior IM's or chat sessions with Officer Hampton prior to the one that took place on 2/7/03. Although there were no prior offensive conversations between Halona Cadzow and Officer Hampton, she did say that he frequently criticized the City Council and their interference with the police department. She said she thought these conversations were inappropriate but not offensive.

Halona Cadzow told us that she quit her job at AC because of sexual harassment on the job there. One of her coworkers (Gerald Wells) frequently touched her and made her feel uncomfortable. The day after the incident at the PD, Halona Cadzow said that her

coworker (Gerald Wells) brushed her face after she told him to quit touching her. When that occurred, she immediately quit her job and walked out. She is considering filing a Sexual Harassment complaint with AC against the coworker.

Halona Cadzow said she feels uncomfortable around Officer Hampton now and does not want him in the office when she is there. She describes him as a "stranger in the office," and feels that he is constantly trying to invade her personal space by standing too close to her or trying to get her to into a confined area with him. Halona Cadzow said she has no assurances that a similar incident would not occur in the future and would like to see him fired. She would like to see him leave town altogether because he shouldn't be doing these kinds of things ("especially in his profession"). She also has no assurances that he wouldn't do these types of things to other women of the community. Halona Cadzow said she even thought of calling Officer Hampton' wife and telling her what he did; that he does not respect his wife; and that he is a "dog." Halona Cadzow said she is speaking out for all women.

Halona Cadzow said she felt like she needed to talk with a counselor in her church because she is still upset over the incident. Halona Cadzow denied that any repercussions, threats, or reprisals resulting from this complaint. She denies any direct or indirect intimidation or pressures from anyone in the workplace or community.

I reassured her that the City Manager was taking her complaint seriously and committed to protecting the work environment for all city employees. Further, that the City Manager was following the City policy on Sexual Harassment by investigating her complaint. I asked Halona Cadzow for permission to review her personnel file to be thorough in this investigation. She said I could, and told the City Manager that it was okay for me to review her file. Halona Cadzow said the only thing in her file would be a previous DV incident where she was the victim.

### SYNOPSIS OF INTERVIEW WITH SGT. MCKILLICAN:

At about 1400 hours I saw a uniformed police officer walk past the office I was using. I stopped him in the hallway and introduced myself. I know him now as William "David" McKillican, a sergeant with Fort Yukon PD. I learned that he was traveling to Fairbanks at 1445 hours and would be unavailable for an interview later. I asked if he would have a few minutes now. He agreed and met with me in my office. The interview took place in my office. It was not recorded. He and I were the only one present. The door to the office was closed.

Sgt. McKillican is a sergeant with Fort Yukon PD and currently supervises both Officer Hampton and Dispatch. Initially Sgt. McKillican was hesitant to talk with me, asking me if the Chief knew I was here. I told him that the Chief did not know I was investigating the complaint because I was here at the specific request of the City Manager. After telling him of my background in law enforcement, Sgt. McKillican immediately calmed himself and told me that he was glad that an outside investigator with a background in law enforcement was here. He said that he feared that some Fort Yukon resident,

unfamiliar with investigations or law enforcement, would be tasked to look into this matter.

Because Sgt. McKillican expressed concern with no prior authorization from the Chief to disclose information, I did not ask questions (initially). I asked him to tell what he felt at liberty to disclose. Sgt. McKillican repeated his opinion that he felt the investigation would be tainted because of the widespread rumors throughout the community. He was under direct orders from the City Manager not to discuss this matter outside of the department. Sgt. McKillican said the rumors were started when the City Manager told her boyfriend, who told a City Council member, who told others. He was surprised when it became public knowledge so quickly after he had been told not to discuss it.

Sgt. McKillican said he gave no credibility to the complaint against Officer Hampton because he received a sexually suggestive comment from Halona Cadzow. Both he and Halona Cadzow will be in Fairbanks this week, under subpoena for a criminal trial involving both of them. Halona Cadzow suggested that she drop by his hotel when she is in town. Sgt. McKillican said he had her repeat the comment because it surprised him so. She repeated her offer to stop by the hotel. Sgt. McKillican said he declined the offer.

Sgt. McKillican said that he has checked the office computer to find some trace of the IM she said she received. He was unable to find any trace of it. He even called a computer detective at FPD to determine if he could help, but was told that a record of the IM probably did not exist. Sgt. McKillican also said that he discovered that Halona Cadzow forgot to log off the internet and he was able to view her visited URL history file, finding that she had visited several sex-related sites. He said he would provide me with a copy of that file.

Sgt. McKillican prepared a list of the recent events and was intending to route it to the City Council. He gave a copy (on a floppy disk I provided) of that partially completed memo. The floppy disk and memo are included with this field report.

I found Sgt. McKillican to be entirely cooperative and genuinely sincere in his desire to do his job. Although he is personal friend of Officer Hampton' he says he is committed to doing the right thing. He admitted that he and Officer Hampton are friends and that he conducted the background check prior to Officer Hampton being hired. Although Chief Flemming was not in town when he hired Officer Hampton, Sgt. McKillican told me that the Chief authorized the hiring.

The interview ended at 1445 hours.

### SYNOPSIS OF INTERVIEW WITH FORMER DISPATCHER BOBBY JAMES:

At about 1615 hours, a woman known now to me as Bobby James came to my office for an interview. I was introduced to her earlier in the day, about 1130 hours, by the City Manager at the AC Store. She agreed to meet with me after she got off work at 1600

hours. The interview was not recorded. City Manager was present throughout the interview.

I found her to be very straightforward with her demeanor and quite candid when answering questions. She did not appear uneasy or unwilling to tell me her "different perspective" of the events that led up to her quitting Fort Yukon PD. She said that many people from the community have approached her at the store asking her what happened to her at the police department. She said that she found their questioning "offensive" because she thought that this was supposed to be a confidential matter to be handled within the police department. She refused to answer these questions, claiming to not really know what was going on. Bobby denies telling anyone outside of the department anything specific about the details.

Bobby told me that she started working at Fort Yukon PD two (2) weeks ago, but said she was unsure how long she would work there when she took the job. She has a BA degree in Criminal Justice and has an interest in possibly becoming a State Trooper. Recent events at the police department have caused her to reconsider these plans.

Bobby told me that Officer Hampton never did anything like touch her inappropriately, but admitted that he made comments to her that she felt were inappropriate. She decided (after the IM incident) to confront him if he made any additional comments to her that inappropriate, telling him that those types of comments were unwelcome and they were to stop. She wanted to give him the opportunity to stop before taking it to anyone else. She said she felt comfortable talking to Sgt. McKillican or Chief Flemming if the comments persisted, but said Officer Hampton was entirely appropriate the last 3 days she worked there.

According to Bobby, Officer Hampton did tell her that it was cold at his house (at least 4 or 5 times), but she handled it by telling him to go buy flannel sheets or something. She knew that Halona Cadzow once delivered firewood to Officer Hampton' house.

When asked about the inappropriate behavior or comments from Officer Hampton, Bobby repeated that Officer Hampton never said or did anything "straight out," but thought it in poor taste to say and do some of the things he did. As an example, she told me that she invited many people (including Officer Hampton) to a going-away potlatch for a Christian youth group that had been in Fort Yukon. Officer Hampton said he would go and asked if he could give her a ride. She declined. He said he would see her there then. Officer Hampton arrived late and said he only went there "because of (her)." She said that was the wrong reason to attend a potlatch. He should have gone there because it would be well attended by the community.

Another example of a situation that made her feel uncomfortable included the fact that Bobby recently moved to a different residence and was quite excited about it. She encouraged her friends and coworkers to stop by and check it out. She told Chief Flemming and Sgt. McKillican about it because she was happy to be in this new place. Officer Hampton gave her ride home and she invited him to come inside to check it out.

He accepted the invitation and sat down while she began to clean the walls. He asked her if he could "hang out" with her for awhile. She said ok. It was awkward after awhile, and Officer Hampton finally left. Some time later she found a note on her door from Officer Hampton saying that he returned and tried to visit with her. She was not at home when he left the note.

Bobby soon came to suspect that Officer Hampton may have liked her more than just a friend or coworker. This suspicion made her feel uncomfortable because she knows better than to get involved with a married man. She said she felt like telling him to "get his head together" and ask him, "Aren't you a married man? Don't you have a wife and couple of kids?"

She told Halona Cadzow about her uneasiness around Officer Hampton and her thoughts of telling him. Halona Cadzow told Bobby about the IM incident, in very specific terms. Bobby believes Halona Cadzow, and given the perceived interest that Officer Hampton had in her, she would take Halona Cadzow's word over the word of Officer Hampton. Although Bobby was in the office when the IM incident occurred, she didn't read any of the chat between the two. She remembered that Halona Cadzow shut down the chat and acted differently, like something was bothering her.

Bobby decided that she had to "back off" from her coworkers and distance herself from Officer Hampton. She also decided that the dispatch job was not for her, and after just two weeks, she quit.

Bobby remembered a conversation she had with Officer Hampton that she thought was strange. He asked her if she remembered the first time they met. She assumed it was either at the AC Store or at Fort Yukon PD. He acted weirdly and said that neither of those places was where they first met. He said he would tell her later. She asked why he wouldn't just tell her now because it shouldn't be much of secret or anything special. He said he would tell her later. When Bobby first started working at Fort Yukon PD she remembers that Officer Hampton was leaning against the counter, with his hand under his chin, staring at her. He didn't speak, just looked at her and smiled. She thought he was daydreaming or something. Halona Cadzow later told her that she thought Officer Hampton must have a crush on her.

Bobby admitted there was playful bantering or teasing within the department, but that it was never off-color, inappropriate, or remotely sexually related. She said that Officer Hampton never swore or told nasty jokes or stories. I asked if dispatch received any frequent or unusual phone calls from women or girls for the officers. She said one female caller (Nicolia ?) called a few times to talk with Sgt. McKillican but she didn't think anything of it.

Bobby said she has talked with Halona Cadzow about this accusation and feels that the whole matter could have been handled differently. According to Bobby, Halona Cadzow could have told Officer Hampton to stop making unwelcome comments and give him a chance to stop it before taking it any further. Because she feels Halona Cadzow does not

handle confrontation better, she feels that this situation may have been brewing within her for awhile. According to Bobby, Halona Cadzow lets things build up inside her to the point of getting physically ill and throwing up. Bobby feels that the way this matter was handled may damage Officer Hampton's family, too.

Bobby denies any threats or pressures not to provide an official, written complaint.

The interview ended at about 1730 hours.

### INTERVIEW WITH OFFICER CHRIS HAMPTON:

At about 1745 hours, I met with Fort Yukon PD Officer Hampton in my office. He agreed to meet with me about the sexual harassment accusations against him. He and I were the only two in my office. The interview was not recorded.

Officer Hampton was nervous about this matter, and apparently quite anxious. He began by telling me how grateful he was that an outside investigator comes to Fort Yukon, one that would be able to get to the truth. Officer Hampton adamantly denied making any sexual comments to Halona Cadzow during the IM chat he had with her. He admits that there was no need to have a computer chat with someone that is sitting at the next desk (within arm's reach) and that he was just playing. Officer Hampton said this is the only time that he engaged with a chat session with her and that it was "just having fun." He said he can't remember what they chatted about exactly but was sure that he didn't say anything to her that could be construed as sexual in nature. He claims that most of, if not all of, the chat centered on the DVD movie they were watching in the office. He said that both of them had seen the movie before and were more interested in chatting than watching the DVD.

When asked about the remark he made to her about not turning her away if she knocked on his door, he explained that he would not turn anyone away and that people frequently knock at his door, after normal business hours, for some sort of police service. He denied there were any sexual overtones behind his comments. He also denied extending this "offer" to anyone else.

Officer Hampton denied going to Halona Cadzow's residence on anything but official police business. He denied dropping by her home for a chat. Initially, he denied giving her ride in his police vehicle until I reminded him of the requested ride to the courthouse. He claimed he forgot about that ride and admitted that it did happen. When I questioned his selective memory, covering a period of just a few weeks, involving serious accusations by a coworker, he said he was just overly nervous. I pressed him for a plausible explanation for the apparent invitation for Halona Cadzow to stop by his residence, anytime. He stubbornly maintained that he couldn't remember the conversation or context of the comment. At one point in the interview I asked him to consider how it looked from my perspective. He hung his head and said he knew it

looked bad. I suggested that there really might be a legitimate reason to tell Halona Cadzow that he wouldn't turn her away if she knocked on his door, even at a late hour. Officer Hampton couldn't think of any possible reason for saying this to her, maintaining that he couldn't remember. Officer Hampton initially denied that Halona Cadzow ever came to his home, adamantly saying that it never happened. When I asked about the load of firewood from her, he suddenly remembered and claimed he forgot about it.

When I questioned him about the IM chat session, he claimed that Halona Cadzow actually initiated the chat with him. He said that he did not even know how to use Microsoft's chat (MSN Messenger) until Halona Cadzow showed him how to use it three days earlier. His personal email account is policeOfficer_Hampton@yahoo.com. He uses Yahoo's chat service to visit with his wife. He told me that he asked if Microsoft's chat was easy to use, and Halona Cadzow said it was. He learned Halona Cadzow's Hotmail address during this learning sessions Officer Hampton told me that he has since obtain a Hotmail account, necessary for using MSN Messenger Service. Officer Hampton later said that there wasn't a learning session three days before the IM incident. He said he was confused about the actual timing of the events because he has been working such long hours. He said the days tend to blend together.

Officer Hampton repeatedly expressed his concern that his future law enforcement career was in jeopardy over this incident. He didn't want to "take down" Chief Flemming and Sgt. McKillican with him. He believes that they will stand behind him and quit if he leaves. He said he would rather work closer to home, i.e., North Police Department, but has never applied for a position with that department. He admitted that he tendered a "verbal resignation" with Sgt. McKillican, but claimed that he decided not to quit "because (he) did nothing wrong!" He denied that his fellow officers talked him into staying and fighting the accusations. Officer Hampton denies that he made anyone in his department uncomfortable by anything he said or did, and thinks that Halona Cadzow may be retaliating for a recent training incident involving Bobby.

The incident he references occurred when Bobby asked Officer Hampton for some helping entering data into their records management system. Halona Cadzow, Bobby's Training Officer, protested and said that she (Bobby) already knew how to do it. Officer Hampton said something like, "Evidently not, or she wouldn't be asking for help." Officer Hampton went on to show Bobby how to enter the data. Officer Hampton said that the Chief arrived shortly thereafter and continued to show Bobby how to do her job. Officer Hampton claims this is the only thing that might be bothering Halona Cadzow. He does not believe that Bobby would be part of any conspiracy to get rid of him and denies any personal responsibility for Bobby quitting.

Officer Hampton describes Bobby as friendly and capable of doing her job as a dispatcher. He admitted to going to her new house, but said it was at her invitation. He left when she started cleaning the walls because he didn't want to get involved with the cleaning. Officer Hampton said he did go to the potlatch because she invited him and he did arrive late (he said the late arrival was due to a police call). He denies telling her that the only reason he went was because of her. He adamantly denies being interested in her

romantically and claims he does not have a crush on her. He admits that he did frequently mention the fact that his house is cold, but says that issue was of common concern, even to the City Council.

Officer Hampton unsuccessfully tried to convince me that his lapses in memory were due to the long hours he has been working. He says the days and their activities tend to blend and he really can't remember much. When I challenged his memory lapses as being selectively convenient, he acknowledged that it certainly sounded that way. He admitted that this whole situation didn't look good for him and that he didn't have anything to prove his innocence. He described his IM chat with Halona Cadzow as a "stupid thing to do" and that he was just "playing."

A City Council member came to the Fort Yukon PD to discuss this matter with them. All of the police officers discussed the complaint freely. Officer Hampton admitted that there was no rescinding of the City Manager's "gag order." They felt compelled to speak out because they thought that Officer Hampton was being unfairly accused of wrongdoing.

The interview ended at about 1940 hours.

### SYNOPSIS OF INTERVIEW WITH CHIEF REGGIE FLEMMING:

At about 1955 hours I spoke with Chief Flemming on the phone (374-9380). Officer Hampton gave me the Chief's phone number in Fairbanks. Chief Flemming learned I was in town and expressed gratitude that the City had obtained an outside investigator that was familiar with law enforcement issues. He also expressed concern that this personnel matter became public knowledge so quickly after he had been directed by the City Manager not to discuss it with anyone outside the department. Chief Flemming expected to arrive in Fort Yukon around noon and would meet with me then.

On Tuesday, February 18, 2003 at about 1045 hours Officer Hampton allowed to take some photographs of the inside of the police station. Some of them are included with these field notes.



Officer Hampton at the work station he was at when he sent the IM message to Halona Cadzow. Note the proximity to the work station in the foreground. It was where Halona Cadzow was sitting.



Two of Fort Yukon PD's work stations.
Note the proximity of the two. Halona Cadzow was sitting at the one of the left of the picture. Officer Hampton was sitting at the one on the right.



View of Fort Yukon PD Squad Area
Note proximity of all workstations – Halona Cadzow's is in the lower right portion of the picture.

On Tuesday, February 18, 2003, at about 1130 hours I spoke with Kevin Smith, Leslie Longenbaugh, Dan Woods, and Mike Bice on teleconference. I briefed them on the results of my investigation. Suggestions were given on how to proceed.

At about 1200 hours I was introduced to the Mayor of Fort Yukon by the City Manager. This brief introduction was made just prior to their City Council workshop prior to the City Council Meeting. I was given an agenda for the meeting tonight and am scheduled to address the Council in Executive Session.



