



FY 1474





