TO: CHIEF OF POLICE                                    2/8/03

FROM: REGGIE FLEMING


I AM WRITING THIS TO YOU TO INFORM YOU OF
MY INTENT OF RESIGN. MY RESIGNATION IS DUE TO
FAMILY HARDSHIP. I CAN NOT CONTINUE TO BE SEPERATE
FROM MY FAMILY AND CONTINUE TO WORK IN FORT
YUKON.


        PLEASE EXCEPT THIS AS MY FINAL
RESIGNATION.

EXHIBIT
#2 Hampton
7-19-06

FY 783

Exhibit G
Page 1 of 1