On February 18th I terminated my employment with Fort Yukon Police Department due to family hardship. Regular payday for the remainder of the week was that following Friday, February 21st, 2003. I returned home on a plane back to Fairbanks the 18th February. On the 19th of February I made a phone call to Regie Flemming, Fort Yukon Police Chief and asked him when I should expect my final paycheck. He stated that it should be mailed out the following Friday, February 21st with all the other employee checks. On Saturday the 22nd, I had checked my PO Box in North Pole as well as my residential address where I receive mail and noticed that I had not gotten any mail from the City of Fort Yukon. I contacted Sgt. McKillican at home in North Pole, later that day, and asked if he had received his paycheck in the mail, at which he stated that he already had on Saturday, February 22th. It is typical for mail sent from Fort Yukon to North Pole to arrive in one day. Later that day I called Vera James at the Fort Yukon finance office, who handles the paychecks for the Police Department. First she stated that she had mailed two checks (one that was owed to me for an unrelated police radio sale and installation for the police department) together with my final paycheck in one envelope to my PO Box in North Pole. Later during our conversation the story had changed, she then stated then that one check was mailed to the PO Box and the other was mailed to my residential address. She could not tell me and did not know the address at which she mailed my final employment paycheck. At the end of our conversation she could not tell me how or what checks were mailed to what address. Also at the end of our conversation, she instructed me that if my check was "lost" in the mail she did not know what she could do for me. I requested that a "stop payment" be applied to my final employment check and another be sent down using the "Warbalows" flight service. I informed her that I would get it "the same day" it was sent down using that service. I stated that I was aware of the $20 charge for shipping documents using Warbalows and that I would be happy to pay the shipping cost due to the fact that I was incurring bank penalties by not having the check deposited in my account as expected and that I needed the check as soon as possible. Vera stated that I was to get in contact with Chief Flemming and have him come to her to request another check sent out to me. I contacted Chief Flemming and requested him to make contact with Vera and inform her of my situation. Chief Flemming later contacted me and informed me that they, City Manager Fanny Caroll stated that they were not going to send another check out at all and the only explanation given by them was "we mailed it out". I called again to Chief Flemming, under his request, the following day, February 24th and informed him that the check has still not arrived. On Tuesday, February 25th I called Chief Flemming yet again and informed him that I still have not received my final check. On Wednesday, February 26th, I contacted Chief Flemming again and informed him that I still have not received a check. Later that day, on February 26th, I faxed a formal letter to the City Manager and the Finance manager requesting my final paycheck. I informed them in my written request that I would like to have a new final check flown down <u>that day</u> on Warbalows Flight Service and that If it was, I would discontinue pursuing settlement through Department of Labor, Wage and Hour. I faxed a two page the document to Chief Flemming who after another phone conversation with me to verify the receipt of the fax, said that he would send copies to the City Manager and City Finance Clerk. As of this day, Thursday February 27th, I have not received my check or even a phone call from Fort Yukon.

This statement is true and accurate to the best of my knowledge

_____



Exhibit H
Page 1 of 1
FY 745