IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case 4:04-cv-00034-RRB

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT (SCHLUMBOHM)**

Upon due consideration of Defendants' Motion for Partial Summary Judgment on Employment Claims, Counts III and IV (Todd Schlumbohm), and any opposition filed thereto, the Court hereby ORDERS, pursuant to Federal Civil Rule 56(c), that Defendants' Motion is GRANTED. Schlumbohm's claims under Count III and Count IV of the Complaint are barred because Schlumbohm failed to exhaust his contractual remedies, and for the other reasons set forth in Defendants' motion for summary judgment.

IT IS SO ORDERED this _____ day of _____, 2006.


_____
Ralph R. Beistline
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically on the
following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:    s/ Matthew Singer