Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>                Plaintiffs,<br><br>     vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DECLARATION OF MATTHEW SINGER IN SUPPORT OF MOTION
FOR PARTIAL SUMMARY JUDGMENT ON EMPLOYMENT
CLAIMS, COUNTS III AND IV (TODD SCHLUMBOHM)**

1.  I am an attorney for Defendants in this matter, and state the following based on my personal knowledge.

2.  Attached as Exhibit A hereto is a true and correct copy of selected pages the deposition of Todd Schlumbohm taken on August 17, 2006 (Schlumbohm deposition).

3. Attached as Exhibit B hereto is a true and correct copy of selected pages of the deposition of Reginald Fleming taken on July 20, 2006.

4. Attached as Exhibit C hereto is a true and correct copy of Defendants' Initial Disclosure documents FY 874 – FY 881, Todd Schlumbohm's Personal History Statement, dated February 24, 2003.

5. Attached as Exhibit D hereto is a true and correct copy of Defendants' Initial Disclosure documents FY 924, Alaska State Trooper criminal history for Todd Schlumbohm, dated February 19, 2003.

6. Attached as Exhibit E hereto is a true and correct copy of Defendants' Initial Disclosure document FY 1026, letter from Fannie Carroll to Todd Schlumbohm, with a handwritten date February 9, 2004.

7. Attached as Exhibit F hereto is a true and correct copy of Plaintiffs' Initial Disclosure document 144, letter from Fannie Carroll to Reginald Fleming re: Termination of Reginald Fleming, Chief of Police, dated February 9, 2004.

8. Attached as Exhibit G hereto is a true and correct copy of Defendants' Initial Disclosure document FY 1010, letter from Fannie Carroll to Todd Schlumbohm dated February 7, 2004.

9. Attached as Exhibit H hereto is a true and correct copy of Plaintiffs' Initial Disclosure documents 112-113, February 11, 2004 Suspension and Notice of Proposed Termination letter from Fannie Carroll, City Manager, to Todd Schlumbohm.

10. Attached as Exhibit I hereto is a true and correct copy of selected pages the deposition of Greg Russell taken on August 16, 2006.

11. Attached as Exhibit J hereto is a true and correct copy of Defendants' Initial Disclosure document 868, Todd Schlumbohm's resignation letter, dated February 16, 2004.

12. Attached as Exhibit K hereto is a true and correct copy of Exhibit 2 to the DeLeon deposition, the City of Fort Yukon Employee Personnel Manual Handbook dated 2001.

Dated this 13th day of September, 2006.

                                          s/ Matthew Singer
                                          Matthew Singer
                                          3000 A Street, Suite 300
                                          Anchorage, AK 99503
                                          Phone: (907) 563-8844
                                          Fax: (907) 563-7322
                                          Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer