Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER         )
DeLEON, CHRIS HAMPTON, WILLIAM        )
D. McKILLICAN, and TODD               )
SCHLUMBOHM,                           )
                                      )
            Plaintiffs,               )
                                      )
vs.                                   )
                                      )
FANNIE CARROLL and the CITY OF        )
FORT YUKON, ALASKA,                   )
                                      )
            Defendants.               )
_____)
Case No. 4:04-cv-00034-RRB Civil

DEPOSITION OF REGINALD FLEMING
July 20, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
                           Attorney at Law
                           330 Wendell Street, Suite E
                           Fairbanks, Alaska 99701
                           (907) 452-4716

    FOR THE DEFENDANTS:    MR. MATTHEW SINGER
                           Jermain, Dunnagan & Owens
                           Attorneys at Law
                           3000 A Street, Suite 300
                           Anchorage, Alaska 99503
                           (907) 563-8844

\* \* \* \*

Page 266

1  A   Excuse me, sir?
2  Q   Have you looked at this regulation today?
3  A   I'm looking at it now, sir.
4  Q   For the first time today?
5  A   For the first time today. Yes, sir.
6  Q   And it states in the first sentence of this regulation
7      is that a participating police department may not hire
8      a person as a police officer unless the person meets
9      the following qualifications, right?
10 A   Yes, sir.
11 Q   And if we look at section (b)(2), what does it say with
12     regard to DWI offenses?
13 A   It says, a person -- or two or more DWI offenses. I
14     already told you he was a VPO officer. That's a
15     difference between a police officer and a VPO officer.
16     That's different. They -- they make that quite clear,
17     because it's hard to get people out into the rural
18     areas, and people in the village to be police officers,
19     because they don't meet the hire criteria. There is a
20     lesser criteria, which he did go to the academy and get
21     trained, and you have to be accepted into that academy.
22     And if they -- with background checks and all that,
23     they had to see it and they wouldn't let you in.
24 Q   So it's your testimony that you knew that Todd
25     Schlumbohm did not meet the basic standards to be a

Page 267

1      police officer under the Alaska Police Standards
2      Council?
3  A   He could be a VPO officer, sir.
4  Q   So he could not be a police officer?
5  A   He was a police officer, he was just a different type.
6      He carried a gun, everything was just a different name,
7      village police officer instead of what they call a
8      police officer.
9  Q   Did you make any documentation in his personnel file
10     that Todd Schlumbohm was a village police officer
11     instead of a city police officer?
12 A   Well, he had his -- yes, it was. You should have had
13     his cer- -- certificate of training from his -- from --
14     from the schooling that he had as being a VPO officer.
15     The city manager had a copy of it. There was
16     documentation; that documentation is enough alone.
17 Q   Now, Todd Schlumbohm resigned from his employment with
18     the City of Fort Yukon, correct?
19 A   Correct, sir.
20 Q   And you were not in Fort Yukon at the time. Is that
21     right?
22 A   I was on leave, sir. Well, I think at that time -- I'm
23     trying to think what date was -- was he resigned.
24 Q   It's possible that you had already been terminated on
25     the date that he resigned?

Page 268

1  A   If he resigned after Monday, then that's when I found
2      out that I was terminated.
3  Q   So you don't have any personal knowledge about the
4      circumstances under which Todd Schlumbohm resigned?
5  A   I have no personal knowledge, sir.
6  Q   Mr. Fleming, have you testified truthfully today?
7  A   To the best of my ability to remember everything, sir.
8  Q   Is there anything that I've asked you that you, upon
9      reflection, feel you need to correct?
10 A   There was a name, Kelly Carroll was the name that we
11     were looking for, on the person that I asked to submit
12     my grievance then to the city council.
13 Q   Did you do that in person or on the phone?
14 A   On the phone, because I was up in -- and she said that
15     she would do it. And I'm thinking that we were put on
16     the agenda and we were just bypassed.
17 Q   Did you attend the city council meeting?
18 A   I was there.
19 Q   Thank you for your testimony today, sir.
20 A   No problem, sir.
21 Q   I may have follow-up questions, depending on
22     Mr. Walleri.
23     MR. WALLERI: I have a couple of questions.
24 I'll try and make this quick.
25     REGINALD FLEMING

Page 269

1  testified as follows on:
2       CROSS EXAMINATION
3  BY MR. WALLERI:
4  Q   In terms of -- in Mister -- let's start off with
5      Mr. Hampton. Did you take the allegations from Helona
6      Kadzow against Mr. Hampton? What did you think about
7      those?
8  A   On that part, I had to sit back and really think on
9      what was going on, and that's why personally I wanted
10     outside of the police department, knowing the
11     information that I have already known, that they would
12     look at me and say I was not a viable person, knowing
13     that Marsha Hampton (ph) had just cited her husband,
14     knowing that Officer McKillican and Officer Hampton
15     found porno pictures on her -- on her computer where
16     she was taking a picture of herself in the -- in the
17     buff, I -- so I already knew this so I could not
18     personally do this. I could not personally do this --
19     do that, because they were -- it would have been --
20     they would have said it would have been unfair.
21 Q   Did you seriously question Ms. Kadzow's accusations
22     because of the use of -- her use of her machine for
23     porno and the fact that her husband had been recently
24     cited by Mr. Hampton?
25     MR. SINGER: Objection; founda- -- form;

68 (Pages 266 to 269)

330 Wendell Street, Suite A   LIZ D'AMOUR & ASSOCIATES, INC.   Fairbanks, Alaska 99701
907.452.3678

Exhibit B
Page 2 of 2

2ea19ccb-bd2f-4844-8b15-4c2950ce0654