FEB-19-2003 WED 02:18 PM ALASKA STATE TROOPERS    FAX NO. 907 451 5165    P. 14
Case 4:04-cv-00034-RRB    Document 103-6    Filed 09/13/2006    Page 1 of 1

Page: 1  Document Name: Untitled

```
        $873-FINE   48H JAIL    12M PROB    DOCKET #/980018HCR
        PROVISION/$300 SUSP


ARREST #02 10-15-1993    OROSP3600-SP KLAMATH FALLS         FPN/15856843
   NAME USED/SCHLUMBOHM, TODD ALAN    LAN/32450
   01 ORS 813.010 DRIVE UNDER INFLUENCE INTOX

ARREST #01 07-20-1992    OROSP3600-SP KLAMATH FALLS         FPN/13660385
   NAME USED/SCHLUMBOHM, TODD ALAN    LAN/32450
   01 ORS 163.160 ASSAULT 4TH DEG-DOMESTIC ABUSE
COURT
   01  COURT ORI NOT RECEIVED                               NO COMPLAINT FILED
       ORS 163.160 ASSAULT 4TH DEG-DOMESTIC ABUSE

ENTERED 08-19-1992  LAST UPDATED 04-02-1996

*** END OF RECORD ***



4-©       3     Sess-1   146.63.51.196        P#2B            1/2
```

Name: dispatch   Date: 02/19/2003  Time: 13:15:37