City of Fort Yukon
P.O. Box 269
Fort Yukon, AK 99740

City of Fort Yukon Police Department
Sergeant Todd Schlumbohm
Fort Yukon, AK 99740

February 08, 2004

Dear Sergeant Schlumbohm,

First, I should like to notify you that your work here with the City of Fort Yukon
has been most appreciated.  So that the Police Department will be effective
changes have been made, I have released Chief Fleming of his position with us,
and at this time have placed J.R. Wallace as Acting Chief of Police, where I
trust that you will continue to be supportive until a permanent Chief of Police is
secured.

Also, in reorganizing the department I shall appoint you the position as
Lieutenant Schlumbohm with an increase in salary as we can negotiate prior to
the next pay period ending.   Thus, in keeping with  your dedication  here this
promotion is a reflection of your commitment to our City.

Thank you for your time and efforts given to the City of Fort Yukon, and
congratulations with your new position.

Sincerely,

Fannie Carroll
City Manager

cc: file, City Council, City Attorney, Acting Chief of Police

*[Handwritten note:]* PC Notes: This letter was faxed to Schlumbohn 2/09/04. Linda Fields delivered fax-letter. Then City Manager calls Todd @ City of Fort Yukon, I asked if Todd had received my letter, He stated that he did, Then I asked if he would stay. He said he would, Then I told him that we needed & appreciated him. Then I asked how was the town, he said that it was "given" I said, good, So JR & I will be in on Frontier's last flight tonight 2/9/04, Monday @ 7:30 pm ish. See you then Bye---

FY 1026

**Exhibit E**
**Page 1 of 1**