Fannie Carroll, City Manager
City of Fort Yukon
P.O. Box 269
Fort Yukon, AK  99740


February 9, 2004


Reginald Fleming, Chief of Police
City of Fort Yukon Police Department
Fort Yukon, AK  99740

**Re:  Termination of Reginald Fleming, Chief of Police**

Dear Chief Fleming:

In accordance with your contract with the City of Fort Yukon, Paragraph 7, Section a, "Nothing in this agreement shall prevent, limit, or otherwise interfere with the right of the City Council or the City Manager to terminate the services of the Employee at any time for any or no cause," I, at this time, terminate your services as the Chief of Police for the City of Fort Yukon, effective immediately.

The City of Fort Yukon expects you to return the City's property: Chief of Police badge, keys, lap top computer, and equipment belonging to the Police Department.  You are not to remove files, tapes, documents, reports or records.  Any such items in your possession should be immediately returned to the City of Fort Yukon.

We shall, as stated in Paragraph 7, Section b, pay the aggregate severance sum designated, less the amount of monies which you had withdrawn as a pay advance.

In the alternative, if you challenge the "no cause" termination, you are terminated for cause, including insubordination, disrespect to superiors, failure to properly administer the Department, and breakdown of communications.

Sincerely,

CITY OF FORT YUKON

*[signature]*

Fannie M. Carroll
City Manager

cc: File, City Council, City Attorney

*Fleming v Carroll*
Plt. Doc. Control No. **144**

Exhibit F
Page 1 of 1