FEB-16-04 11:57 FROM:PASKVAN RINGSTAD PARRISH   ID:9074566396   PAGE 5/5

City of Fort Yukon
City Manager, Fannie Carroll
Fort Yukon, AK 99740

February 7, 2004

Todd Schlumbohm
Fort Yukon Police Department
Fort Yukon, AK 99740

RE: request for instruments of 02-04-04 tapes, 12-23-03, 911 tapes, Personnel Files on present officers, .

The City Attorney has requested that the listed above be given to his office for review. I should like to request that these be given to me, this day of February 07, 2004. I asked the dispatcher to ask you if you wanted to be present in the transfer of possessions of these articles.
   If you should like to get further permission then you may.

Thank you,

*Fannie Carroll*
Fannie Carroll

Exhibit ___3___
Page __/__ OF __/__

FEB-11-04 02:30 PM

FY 1010

Exhibit G
Page 1 of 1