Fannie Carroll, City Manager
City of Fort Yukon
P.O. Box 269
Fort Yukon, AK 99740

February 11, 2004

Todd Schlumbohm

Re: Suspension and Notice of Proposed Termination

Dear Officer Schlumbohm:

You are hereby notified that effective immediately, you are placed on suspension with pay.

You are further notified, in accordance with the City of Fort Yukon Personnel Policy Manual Handbook, Chapter 5, Section 3, that a pre-termination hearing has been set for Monday, February 16, 2004, at 10:00 a.m., before the City Manager, at City Hall, Fort Yukon, Alaska.

If you do not want a hearing, please contact this office by 2:00 p.m. Friday, February 13, 2004, in writing, by fax to (907) 662-2717, so that the hearing can be canceled.

The reasons for the proposed dismissal/termination include:

1. Removal of City of Fort Yukon property, including personnel files, case files, and phone recordings.

2. Refusal and failure to return, upon demand, City of Fort Yukon property, including personnel files, case files, and phone recordings.

3. Insubordination.

4. Failure to follow commands and directives.

Enclosed is a copy of Chapter 5 of the City of Fort Yukon Personnel Policy Manual Handbook, which sets forth your rights,

*Fleming v Carroll*
Plt. Doc. Control No. 112

Exhibit H
Page 1 of 2

Fannie Carroll, City Manager
City of Fort Yukon
Re: Suspension and Proposed Termination
February 11, 2004
Page 2

including the right to request a hearing. For your information, if you request a hearing, it will not be before the City Manager.

Also enclosed is a copy of Chapter 7 of the City of Fort Yukon Personnel Policy Manual Handbook.

You are instructed to immediately turn over to the City of Fort Yukon your City of Fort Yukon badge, City of Fort Yukon I.D., keys, lap top, and the gun issued to you by the City of Fort Yukon. You are further instructed not to wear your City of Fort Yukon uniform or in any way act on behalf of the City of Fort Yukon.

Additionally, demand is again made that you return all City of Fort Yukon property, including personnel files, case files, and phone recordings. To avoid any misunderstanding, this is considered an extremely important and serious matter.

Sincerely,

CITY OF FORT YUKON

Fannie Carroll
City Manager

Enclosures (as stated)