To Whom it may Concern!

I Todd Schlumbohm, for personal reasons, give my notice of rezignation from the City of Fort Yukon Police Department this 16th day of February, 2004.

*[signature]*

RECEIVED
4:50pm
w/ Todd Schlumbohm present.
*[signature]*