# City of Fort Yukon, Inc.

## City of Fort Yukon
## Employee
## Personnel Manual
## Handbook

## 2001

P.O Box 269 Fort Yukon, AK 99740



EXHIBIT
#2 DeLeon
7-19-06

FY 1
Exhibit K
Page 1 of 30

## TABLE OF CONTENTS

| | | |
|---|---|---|
| PART I | INTRODUCTION | 4 |
| CHARPER I | HIRING POLICIES | 5-7 |

Merit System
Promotion
No Discrimination
Advertising
Tests
Minimum Age and Citizenship
City, Residents
Handicapped Persons
Veterans Preference
Hiring Authority
Definitions

CHAPTER 2     **CONDITIONS OF CITY EMPLOYMENT**     8-11

Permanent Employees
Temporary Employees
Probationary Employees
Regular Workday/Work week
Overtime
Pay Period
Salary Review
Payroll Deductions
Recognized Holidays
Holidays falling during Vacations
Holidays falling on Sat/Sun
Other Employment
Training
Performance Evaluation
Personnel Files
Employee Obligations and Conduct

CHAPTER 3     **EVALUATIONS**     12

Required Evaluation
Special Evaluation
Methods of Evaluation
Salary Review
Approval of Salary Review

CHAPTER 4     **TRAVEL**     13

Travel Authorization
Travel Allowance
Other Expense
Travel Reports

**CHAPTER 5**          **SUSPENSION, DEMOTION, AND DISMISSAL**          14-15

Suspensions
Demotion
Dismissal
Layoffs
Reinstatement
Resignation
Final Pay
Progressive Discipline

**CHAPTER 6**          **LEAVE OF ABSENCE**          16-19

**A**          **VACATION LEAVE**          16

Permanent Full-Time Employees
Permanent Part- Time Employees
Temporary Employees
Leave-Without-Pay Status
Saturdays, Sundays, And Holidays
Pay During Vacation
Supervisor Authorized Vacation
Vacation After Sick Leave Ends
Accumulation Limit

**B**          **SICK LEAVE**          17

Permanent Full- Time Employees
Permanent Part- Time Employees
Notification To Supervisor
Leave-Without-Pay

**C**          **OTHE R  LEAVE OF ABSENCE**          18-19

Less Than Ten Days Leave Without Pay
Long Term Leave Of Absence Without Pay
Active Military Duty
Vacancies As A Result Of Leave Of Absence
Witness And Jury Leave
Emergency Leave
Childbirth Leave

**CHAPTER 7**          **GRIEVANCES**          20-21

General Policy
Grievance Procedure

**CHAPTER 8**         **EMPLOYEE INSURANCE PROGRAM**            22

                    Insurance Carrier
                    Permanent Full- Time Employee
                    Permanent Part- Time Employee
                    Elected Or Appointed Officials
                    Dates Of Coverage


**CHAPTER 9**         **SEXUAL HARASSMENT POLICY**              23

**APPENDIX  A**       EXIT INTERVIEW GUIDE                      24

**APPENDIX  B**       POSITIONS:                                25-30


                    City Manager
                    City Clerk
                    City Treasurer
                    Administrative Assistance
                    Pay roll Clerk
                    Water/Sewage Maintenance Personnel
                    Maintenance Personnel
                    Mechanic Personnel
                    Dispatcher
                    Director of Public Safety
                    Patrolman
                    Games Manager
                    Janitor

Exhibit K
Page 4 of 30

FY 4

## PART 1-        INTRODUCTION

A.    The provisions contained herein shall apply to all employees of the City of Fort Yukon.

B.    It is the intent of this personnel policy handbook to comply with the applicable Federal, State and local laws to the City of Fort Yukon and its operations.

C.    The City Manager, or his/her delegated authority, shall be responsible for the enforcement of these regulations and shall have the responsibility for punitive measures such as suspensions, demotion, and dismissal subject to the applicable provisions of this personnel Manual Handbook.

D.    The City Clerk will be the designated manual Custodian. It shall be the responsibility of these employees to maintain, on a current basis, the master copy of the City of Fort Yukon Personnel Manual Handbook. All revisions or additions to the manual shall be coordinated by Administration and approved by the City Council.

E.    The current Personnel Manual shall be made available to all employees and a signed letter of receipt shall be kept it the employees personnel file.

F.    The City Clerk will maintain a list of all residents seeking employment with a current application on file.


This Personnel Manual Handbook is presented to all of the employees because it is important for everyone in the City of Fort Yukon to know, in as much detail as possible the kind of organization we are and what we believe in. The Personnel Manual Handbook is devised for the protection of both the City of Fort Yukon as an employer, and the employees of the City.

The City of Fort Yukon operates with an "open door" policy, and all employees are invited to visit our City Manager's office at any time to seek advice or to obtain information about any of the City of Fort Yukon's practice.

I hope you will find this association with the City of Fort Yukon rewarding, and wishing you good luck in your new career.


Sincerely


City of Fort Yukon
City Manager


please sign below for receipt of your City of Fort Yukon Personnel Manual Handbook. Make a Xeroxed copy of this receipt and give it to the City Clerk for inclusion in your personnel file.


_____        _____
Signature                                                    Date

# CHAPTER 1

## HIRING POLICIES

Sections:

| | |
|---|---|
| 1. | Merit System |
| 2. | Promotion |
| 3. | No Discrimination |
| 4. | Advertising |
| 5. | Tests |
| 6. | Minimum Age And Citizenship |
| 7. | City Residents |
| 8. | Handicapped Persons |
| 9. | Veterans Preference |
| 10. | Hiring Authority |
| 11. | Definitions |

**Section 1:    Merit System**

Hiring and grading of City employees shall be made on the basis of merit and fitness. Merit indicates punctuality, dependability, willingness to perform duties, and willingness to learn/create efficiency in tasks performed.

**Section 2.    Promotion**

When well-qualified individuals are available, appointments to fill vacancies may be by promotion from within the City Government.

**Section 3.    No Discrimination**

There shall be no discrimination in employment, procedures, including appointment, promotion, demotion, suspension, or removal, on the basis of race, gender, age, marital status, national origin, political or religious affiliation, or any other non-merit reason.

**Section 4.    Advertising**

All permanent positions shall be advertised locally for a minimum of 10 days. The City may extend the advertising period and advertise statewide if it feels that this is necessary. If a vacancy occurs within 90 days after the end of the advertising period and two or more qualified applicants on file for the position.

**Section 5.    Tests**

Before appointment, each applicant may be required to take such tests to measure qualification(s) as the Department Supervisor considers appropriate.

**Section 6.    Minimum Age and Citizenship**

Minimum age and citizenship requirements for City employment shall be in accordance with State.

**Section 7.    City Residents**

Other qualifications being equal, preference in employment or promotion shall be given to residents of the City area.

**Section 8.    Handicapped Persons**

Employment of qualified handicapped persons is encouraged.

**Section 9.    Veterans Preference**

Veterans as defined in AS 39.25.159, may be given preference for employment where they are equally qualified with other applicants.

**Section 10.    Work List**

The City Clerk will maintain a list of local residents with current applicants on file with the City.

**Section 11.    Qualified Applicants for Employment**

Qualified Applicants who are listed on the city work list may be selected for part-time, seasonal, and temporary employment.

**Section 12.    Hiring Authority**

The City Council shall be the final hiring authority for the following positions: City Manager, City Clerk, and City Treasurer.  All hiring of regular employees will be the responsibility of the City Manager.  In accordance with department budgets, supervisory personnel may hire temporary personnel when it is necessary to maintain department functions with prior approval by the City Manager.

**Section 13.    Definitions**

The City Manager shall be personnel officer.

**Terms-** Unless the context requires otherwise, the definitions below define the terms used herein.

Anniversary Date- means the date on which an employee is initially hired for the purposes of computing merit increases, or the date an employee is changed to higher or lower grade for the purposed of later merit increases.

Appointing Authority- means the hiring authority identified in Chapter 1 Section 12.

Current Rate of Pay-  means the salary received by an employee for his/her scheduled hours of work.

Immediate Family- means the husband, wife, mother, father, brother, sister, son, daughter, or grandparents.

Job description- means a written statement of duties and responsibilities which are characteristic of a class/position and includes the education, experience, knowledge, and ability required to perform the work in that class/position.

Merit Increase- means the change of an employee from one salary step to another with final approval by the City Manager, in accordance with the budget and final approval by the City Council.

Performance Evaluation Report- means the periodic appraisal in writing of an employee work performance on forms prescribed by the City Manager-also called "evaluation report".

Probationary Period- means the 90-day provisional period of a new employee hired for a permanent position.  Any approved leave-of-absence taken during this period will extend the probationary period by the amount of working days absent.

Resignation- means the termination of employment at the request of the employee.
Suspension With Pay- means an enforced leave of absence while continuing to receive compensation pending investigation of charges made against an employee.

Suspension Without Pay- means an enforced leave of absence without compensation pending investigation of charges made against employee, as a disciplinary action.

Temporary- means the status of the employee hired for a position expected to last 180 days or less.  If an employee is compensated through CETA funding, or any other State or Federal program, this employee is also considered " temporary".

Work List- means a current list of local residents seeking employment with the City of Fort Yukon.

# CHAPTER 2

## CONDITIONS OF CITY EMPLOYMENT

Section:

1. Permanent Employees
2. Temporary Employees
3. Probationary Employees
4. Regular Work Day/ Work Week
5. Overtime
6. Pay Period
7. Salary Review
8. Payroll Deductions
9. Recognized Holidays
10. Holidays Falling During Vacations
11. Holidays Falling on Sat/Sun.
12. Other Employment
13. Training
14. Performance Evaluation
15. Personal Files
16. Employee Obligations and Conducts

### Section 1: Permanent Employees

Permanent appointments are made to positions, which are considered to be part of the regular work force needed for performing City services. Permanent employees are classified as follows:

A. Full-time, where the work involved totals 35-40 hours per week on a regular basis and where employees are eligible for full employee benefits.

B. Part-time, where the work involved is performed during a portion of a workday or workweek and totals at least 20 hours per week on a regular basis. Part-time employees may elect to participate in the employee insurance program, with a payroll deduction to pay insurance premium.

C. Exempt employees are exempt from the requirement to receive overtime compensation under the U.S. Fair Labor Standards Act.
   1. Public Safety personnel-Police Department

### Section 2: Temporary Employees

Where the employee is hired on a temporary basis, either full or part-time for a predetermined work project or schedule, not to exceed hundred eight days. Temporary employees working more than one hundred eight days will only be classified as permanent by a written directive of the City Manager, with the City Council approval.

Section 3: Probationary Employees
All newly hired employees shall be subject to a probationary period of ninety days during which the employee may be terminated, demoted or transferred without cause by the hiring authority.

**Section 4: Regular Workday/Work Week**

A.  The Regular Workday shall consist of eight hours, beginning at 8:00 a.m. and ending at 5:00 p.m. with one unpaid hour for lunch and a maximum of one half hour for daily compensated coffee breaks.

B.  The regular workweek shall consist of five regular workdays or 40 hours per week. In the event of fiscal necessity, the City manager may decrease the total number of hours to be worked during the workday and/or work week, subject to confirmation by the City Council at its next meeting

C.  Supervisory personnel may alter the beginning and ending hours of all or any employees workday if it is necessary to ensure the efficient operation of their department, with prior approval of the City Manager. Written notice of a change in working hours must be given to the Personnel Officer and to all affected employees in advance of any changes.

**Section 5: Pay Period**

Wages earned during a pay period will be paid within one week (7days) of the end of the period of employment. Pay periods will BI-weekly ending on a Friday.

**Section 6: Salary Review**

Each employee will be subject to an annual personnel evaluation and salary review by his supervisor as specified in Chapter 3 and 4.

**Section 7: Payroll Deductions**

All deductions will be made as required by law for FICA, Federal Withholding tax, Court Orders, and such other authorization as may be provided by employees. Exception include if employee/City Manager is hired for ninety days

**Section 8: Recognized Holidays**

The following days shall be recognized as holidays with pay for all permanent employees who are in pay status before and following such days:

| | |
|---|---|
| New Years Day | January 1st |
| President's Day | Third Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | July 4 |
| Labor Day | First Monday in September |
| Thanksgiving Day | Fourth Thursday in November |
| Alaska Day (recognized) | Friday following Thanksgiving |
| Veterans Day (recognized) | December 24 |
| Christmas Day | December 25 |
| Birthdays | Paid Holiday |

The City may designate other days by resolution.

Supervisors may alter the holiday schedule to achieve better efficiency of their department. Prior notice must be given to the Personnel Officer in writing and advertised locally if it will affect the provision of services to residents of the City.

**Section 9: Holidays falling During Vacations**

A holiday falling within a vacation period shall be paid holiday and not counted as a day of annual leave

**Section 10: Holidays Falling on Saturday or Sunday**

When a holiday falls on Sunday, the following Monday will be observed as the holiday. When the holiday fall on Saturday, the preceding Friday will be observed as the Holiday.

**Section 11: Other Employment**

Permanent City employees must notify the Personnel Officer if they are employed in any occupation or interests other than with the City.  Such employment or interests shall not result in conflicts of interest, Impairment of on-the-job efficiency, unfavorable publicity, poor public relations, or interference with the employee's regular working hours. Such results shall constitute grounds for termination of City Employment.

**Section 12: Training**

Employees are encouraged to learn new skills or enhance existing skills through schools or training programs. The City will reimburse the employee for out of pocket job related educational expenses on a pre-authorized basis.

**Section 13: Performance Evaluation**

Supervisors shall be responsible for counseling employees and informing them of their job performance as per Chapter 3. Reports of unsatisfactory or superior performance shall be documented by memorandum for inclusion in each employee's personnel file.

Section 14: Personnel Files

The City Administrator shall maintain a confidential personnel file for each City Employee. Each file shall normally include, but not be limited to, the following:

- Application for Employment
- Employee Action Forms (Describing Hire Date, Salary, Status, Etc.)
- Job Description
- Performance Evaluations
- Leave Accrual Record and Copies of Requests For Leave of Absence.
- Notices of Commendation, Warning, and Disciplined for Cause Will Have an Appropriate Notice placed in their Personnel File.

Any employee shall have the right to examine his or her personnel file on the same day he or she makes such a request to the City Manager.

**CHAPTER 3**

**EVALUATIONS**

Sections:

1. Required Evaluation
2. Special Evaluation
3. Methods of Evaluation
4. Salary Review
5. Approval of Salary Review

Section 1: **Required Evaluation**

Supervisors shall conduct personnel evaluations annually for all permanent employees during the month of November. The evaluation shall consist of both a performance and salary review and shall be submitted to the Personnel Officer by the end of November and May. Supervisors shall conduct personnel evaluations for all probationary employees within 15 days prior to the end of the probationary period. Reporting of evaluation to be made on City Council reports.

Section 2: **Special Evaluation**

Supervisors may conduct personnel evaluation to document employees above or below average performance as needed.

Section 3: **Method of evaluation**

A.    The City Manager, City Treasure and the City Clerk shall be evaluated within 15 days prior to the end of the probationary period and annually thereafter during the month of March by each member of the City Council, who shall conduct the evaluation in a personnel interview with the Administration Personnel.

B.    Their respective supervisors using the prescribed evaluation forms shall evaluate non-supervisory personnel. The employee has three working days to respond in writing to the performance evaluation if he or she is not in agreement with the contents. After three working days have passed without a written response, the evaluation becomes a permanent part of the employees personnel file.

C.    Supervisory personnel shall be evaluated by the City Manager as prescribed in Section 3-B above. Professionals in the fields of health and law enforcement shall be evaluated by their respective professional supervisor and combined with the administrative evaluation to form the entirety of performance evaluation.

Section 4: **Salary Review**

Salary reviews shall be conducted annually by supervisory personnel at time of performance evaluation. The City Manager shall conduct an annual review of all salaries prior to recommending the annual budget to the City Council.

Section 5: **Approval of Salary Review**

Salary increases shall be recommended by the employee's supervisor, and submitted to the City Manager who shall clearly identify all recommended increases as part of the annual budget presentation to the City Council.

**Chapter 4**

**TRAVEL**

Sections:

1. Travel Authorization
2. Travel Allowance
3. Other expense
4. Travel reports

Section 1: **Travel Authorization**

Prior to the commencement of travel for City business, employees must receive the authorization of the City Manager with prior notification to the City Council.

Section 2: **Travel Allowance**

If the employee travels by common carrier, the City will pay carrier fare of the cost of charter or other special hire as deemed necessary by the City Council.

Section 3: Other Expense

A. While traveling outside the City on official business, a per diem allowance for hotel, food and ground transportation costs will be allowed for Council using the current rates as prescribed by the State of Federal guidelines. The City Clerk will make reservations and Accommodation. Honorarium for lost wages for those Council members, who will miss wages form full-time employment outside of the Council duties, is at the rate of $100/day.
B. Expenditures incurred beyond the per diem rate shall be reimbursed upon presentation and verification of the required travel report and receipts.
C. Employees shall have the option to select a total cost reimbursement based on actual expenses.
D. Paid employees of the City will receive $60 a day plus Hotel costs for per diem

Section 4: **Travel Reports**

Each employee traveling outside the city on official business will file a travel report to the Personnel officer within three working days upon returning to the City office. The travel report shall consist of dates and means of travel, arrival and departure times. Cost for other expenses and a narrative regarding the purpose and accomplishment of the official business conducted.

Exhibit K
Page 13 of 30

FY 14

# CHAPTER 5

## SUSPENSION, DEMOTION, AND DISMISMISSAL

Section:

1.  Suspensions
2.  Demotion
3.  Dismissal
4.  Layoffs
5.  Reinstatement
6.  Resignations
7.  Final Pay
8.  Progressive Discipline

### Section 1: Suspension

The Personnel Officer for just cause may suspend an employee without pay. Suspensions without pay may not exceed 30 days in any 12-month period. In this event, the employee's personnel file.

### Section 2: Demotion

An employee may be demoted when the employee's ability to perform required duties falls below an acceptable standard or as the result of disciplinary purpose.

### Section3: Dismissal

An employee may be dismissed for just cause using the procedures of this Chapter. Section 8: except as otherwise provided by state statue, city charter, or city ordinance, a city employee may be dismissed for only just cause. Before an employee is dismissed, the City shall provide the employee a written notice stating:

a)  the reasons for the proposed dismissed, and
b)  the right to request a hearing before the City Manager

If the employee requests a hearing the City Manager shall promptly schedule a hearing during which the employee shall have the right to confront the witnesses against him, to testify in his own behalf and to call witness to testify on his behalf.

An employee who is dismissed after a pre-termination hearing shall have the right to pursue a grievance under Chapter 7.

### Section 4: Layoffs

When it is necessary to reduce the number of employees due to lack of work or funds, consideration shall be given to the employee's length of service with the City, past history of job performance with the city, and importance of the job to the City. Employees thus laid off through no fault of their own shall be given preference for the job previously held when new appointments are made. Permanent employees shall receive two week written notice.

Section 5: **Reinstatement**

Employees having more than one year of continuous employment with the City shall, if laid off in good standing, maintain reinstatement privileges for the grade from which terminated, if rehired within two years.

Section 6: **Resignations**

An employee resigning a position shall give at least two weeks written notice to his or her supervisor and the Personnel Officer.

Section 7: **Final Pay**

A.    An employee who has resigned, having given adequate notice, or who is being discharged, shall be paid in full on the day employment terminates.

B.    An employee who resigns without giving adequate notice shall be entitled to receive final pay within three working days.

Section 8: **Progressive Discipline**

A.    If in the opinion of the employee's supervisor, disciplinary action is necessary, the supervisor shall follow the procedural action below. The City reserves the right to take more or less severe disciplinary action, beginning at any step of the progressive discipline policy depending upon the nature and seriousness of the offense.

    1.    Written reprimand.

    2.    Written reprimand outlining previous reprimands with specific needs and improvements for continued employment.

    3.    Possibility of suspension without pays, not to exceed two weeks and/or placed on probationary period.

    4.    Discharge based on failure to confirm to items outlined above.

B.    The Personnel officer shall be informed when disciplinary action has reached step 3 above.

C.    The supervisor shall provide a written explanation for every disciplinary action and place it in the employee's personnel file. The employee is entitled to provide a rebuttal, which shall also be placed in his or her file.

D.    A suspended employee has the right to file a grievance in accordance with Chapter 7.

# CHAPTER 6

**LEAVE OF ABSENCE**

**A.    VACATION TIME**

Sections

1.  Permanent full-time Employees
2.  Permanent part-time Employees
3.  Temporary Employees
4.  Absence-without pay Status
5.  Saturday, Sundays, and Holidays
6.  Pay During Vacation
7.  Supervisor Authorized Vacations
8.  Vacation after sick Leave ends
9.  Accumulation limit

**Section 1: Permanent Full Time Employees**

Permanent full time employees shall accrue vacation time at the following rates: one and a half days for each month of service: with the exception of employees on salary who shall accrue vacation time at the rate of two and a half days per month.

**Section 2: Permanent Part-time Employees**

Permanent part-time employees shall accrue vacation at the prorated rate of ¾ of a day for each month.

**Section 3: Temporary Employees**

Temporary employees will not accrue leave credit.

**Section 4: Absence-without-Pay status**

Vacation time will not accrue while an employee is on absence without-pay status.

**Section 5: Saturday, Sunday, and Holidays**

Only regular workday will be counted as vacation, the employee shall be entitled to receive the compensation due prior to his or her departure.

**Section 7: Supervisor Authorizes Vacation**

An employee must request annual leave at least two weeks in advance whenever the leave amount is one business week or more.  If leave amount is less than one business week, the employee must request and receive supervisory approval at least 48 hours in advance and with City Manager's approval.

**Section 8: Vacation After sick Leave ends**

Vacation time may be taken for illness or injury of an employee's sick leave has run out.

**Section 9: Accumulation limit**

Unused vacation time may be accumulated up to and including eighteen (18) working days. After an employee accumulated 18 working days of vacation, no further vacation time will accrue until the employee reduces the accumulation to less than 18 working days.

The City Manager and Chief of Police shall accrue no more than 30 days annual leave. However, in special circumstances the City Manager may accumulate excess leave whenever leaving the City is not warranted for this purpose and the City Council determines that it is in the public interest for accrual to be permitted.

B.     SICK LEAVE

Section:

      1.   Permanent full-time Employees
      2.   Permanent part-time Employees
      3.   Notification to Supervisor
      4.   Leave-without-pay status

**Section 1: Permanent full-time employees**

After 90 days of employment, probationary and permanent full-time employees shall accrue sick leave on the basis of one day per month.

**Section 2: Permanent Part-time employees**

Permanent part-time employees shall not accrue sick leave.

Section 3: Notification to Supervisor

Any employee absent due to illness or injury must notify the supervisor prior to the normal time for reporting for duty or as shortly thereafter possible for each day of absence. Upon return to work after 2 days or more of sick leave, the employee must present, to his or her supervisor, written verification or illness from, qualified medical personnel. Sick leave will not allowed for self-induced illness as a result of alcohol or drug abuse, except in the case of prior notice to City manager, where the employee has entered into a treatment center or program.

All employees must call in to the City Manager or Supervisor one-hour proceeding to regular work-day schedule or time will count as leave with-out pay.

**Section 4: Absence with out pay status**
Sick leave will not accrue while an employee is on absence with out pay status.

**Section 5: Unused sick leave**
Unused sick leave may not be cased out upon termination.

**C  Other leave of absence**
Section

    1.     Less than 10 day absence without pay
    2.     Long term leave of absence without pay
    3.     Active Military Duty
    4.     Vacancies as a result of leave of absence
    5.     Witness and jury leave of absence
    6.     Bereavement leave of absence
    7.     Maternity or Paternity leave of absence

**Section 1: Less than 10 days leave without pay**

An employee's supervisor may grant leave without pay for any compelling reason. The supervisor must document leave without pay status and provide notification to the City manager. A leave without pay  shall not exceed 10 days, or it is considered long-term leave of absence.

**Section 2: Long term leave of absence**

A long-term leave of absence without pay, although not encouraged, may be granted for purposed including, but not limited to health, education and personal emergencies. The employee's supervisor must recommend the leave of absence to the City manager who shall submit the request to the City Council for approval or disapproval. A long-term leave of absence without pay shall not exceed thirty days and shall not be granted to an employee with less than one year of City employment. The employee must elect  to continue participation in the City insurance program, but such participation shall be at his or her own expense.

**Section 3: Active Military Duty**

Permanent or probationary employees shall be entitled to military leave of absence without pay to serve on active duty in the armed forces of the United States. Upon return they shall be given preference in employment to position for which they are qualified.

**Section 4: Vacancies as result of leave or absence**

The filling of positions made vacant by the granting of a leave of absence shall be by temporary appointment.

**Section 5: Witness and Jury leave**

A.    A permanent employee who is called to serve as a jury or subpoenaed as a witness shall be entitled to court leave. The request for such leave shall be supported by a written document such as a subpoena, or statement of attendance.
B.    The employee shall be paid the regular wage or salary while on jury or witness leave, provided that the employee shall tender the witness or jury fee to the City. In the event that the employee does not tender the witness or jury fee to the City, the City shall deduct that amount from the Employees regular wage or salary.

### Section 6: Bereavement Leave or Absence

In case of an emergency involving death or life threatening illness in the immediate family of an employee, the employee may take accrued sick leave not to exceed 10 days, provided written approval of the supervisor is given

### Section 7: Maternity or Paternity Leave

An employee who has been employed for 90 days or long is entitled to take a leave of absence immediately proceeding the following childbirth. The employee should submit a Medical Certificate in advance if possible, to cover the period of three (3) weeks before and three (3) weeks after childbirth.. If a period longer than three (3) weeks is necessary a Physicians request or approval must be submitted. This leave will be charged first to sick leave: and if that is not sufficient, then to annual leave: and if that is not sufficient, to leave with out pay.

# CHAPTER 7

## GRIEVANCES

Section:

      1.    General Policy
      2.    Grievance Policy

### Section 1: General Policy

It is the general policy of the City and the duty of each supervisor to anticipate and correct, in so far as practical, grievance producing circumstances, and thus preventing grievance from arising. A grievance is considered to be any dispute between an employee and the City of Fort Yukon, which impacts on an employee's would not ordinarily give rise to a grievance subject to this grievance procedure, any matter which adversely affects nay employees ability to perform his or her job could be reason of a grievance.

              **Use good individual judgment and common sense as your guide.**

### Section 2: Grievance Procedure

The grievance procedure being utilized encourages the informal resolution of grievances at several stages. Informal resolution can be obtained through supervisors or the City Manager.

The grievance of any employees shall be handled in the following manner. Each subsequent step to be taken only if satisfactory resolution cannot be obtained on the previous level. Failures to follow the steps are as follows:

Step 1.  A verbal presentation to the employees supervisor who must record the date and a brief explanation of the nature of the grievance. The employees and supervisor would discuss the grievance and determine a plan to resolve it. The grievance should be raised within thirty (30) days following the events or circumstances giving rise to it, and the employee and his/her supervisor shall endeavor to resolve the grievance within five (5) days thereafter:

Step 2.  A written presentation to the Personnel Officer, if step 1 is not successful or if the grievance is against the employee's supervisor, who must record the date and nature of the grievance. The grievance should be submitted within thirty-five (35 days) following the conduct which led to the grievance.  Within ten working days of the request the Personnel Officer will seek an informal resolution to the grievance and may conduct investigations as necessary, including discussion with the person submitting the grievance, the persons against whom the grievance is submitted and any other employees who have personal knowledge of any matters related to the grievance.  If an informal resolution is achieved, the Personnel Officer shall prepare a brief written statement setting forth the resolution. The statement shall be signed by the person submitting the grievance and the person or persons against whom the grievance was directed. Copies shall be given to each of these persons. The Personnel Officer shall retain one copy.

Step 3. If an informal resolution is not promptly achieved at Step 2, then the personnel officer shall issue a formal written decision within 15 working days following the initial presentation of the grievance to the personnel officer in Step 2. A copy of the formal decision shall be given to the person submitting the grievance was directed. The personnel officer shall retain a copy.

Step 4. If not satisfied with the decision of the personnel officer, the employee shall have the right to appeal to the City Council. The City Council shall make such investigation the grievance as it deems appropriate. The City Council will issue a final and binding decision. Copies shall be given to the employee submitting the grievance and any person against whom the grievance was directed. The Personnel Officer shall retain a copy.

The employee's final step would be the department of labor or superior court.

Exhibit K
Page 21 of 30

FY 22

## Chapter 8

**Employee insurance program**

Section 1: **Insurance Carrier**

| | | |
|---|---|---|
| 1. | Insurance Carrier | |
| 2. | Permanent full time employees | |
| 3. | Permanent part time employees | |
| 4. | Election or appointed Officials | |
| 5. | Dates of coverage | |

Section 1: **Insurance Carrier**

The City of Fort Yukon provides insurance benefits for eligible employees who will be covered by the current carrier.

Section 2: **Permanent full time employees**

All permanent full time employees are eligible for coverage under the City's insurance program. A permanent full time employee, for insurance purposes only, is one who occupies a permanent position which regularly requires working 35 or more hours per week.

Section 3: **Permanent part time employees**

Permanent part time employees may elect to participate in the City's insurance program. A permanent part time employee, for insurance purposes only, is one who occupies a permanent position which regularly requires working at least 20 hours but less than 30 hours per week.

Section 4: **Dates of Coverage**

Coverage becomes available as follows:

A.   Permanent full time employees (as described in Section 2 of this Chapter) are eligible

B.   Permanent part time employees (as described in section 3 of this Chapter) who elect to participate are eligible effective the 31st consecutive calendar day after beginning work.

Exhibit K
Page 22 of 30

FY 23

## SEXUAL HARASSMENT POLICY

It has always been the policy of the City of Fort Yukon that all employees should be able to work in an environment free from all forms of discrimination, including sexual harassment. Sexual harassment is a form of misconduct, which undermines the integrity of the employment relationship. No employee should be subject to unsolicited and unwelcome sexual overtones or conduct, either verbal or physical.

Sexual harassment doesn't not refer to casual conversation or compliments of a socially acceptable nature. It refers to behavior which is not welcome and which is personally offensive, interfering with effectiveness or creating uneasiness on the job. Such conduct, whether committed by supervisors or non-supervisory personnel is specifically prohibited.

*Sexual harassment may include, but is limited to, the following:*

Indecent Pictures:
Nude, semi-nude, or sexually suggestive photos, posters, cartoons, or illustrations and literature or magazines of a pervasive sexual nature must not be displayed or circulated in the workplace.

Sexually Remarks:
Excessive use of sexual jokes or comments and sexual statements regarding a person's physical features or looks should not be made in the workplace.

Sexually Hostile Comments:
Insulting comments or jokes that put down women or men or that reflect hostility toward persons based on their sex are prohibited in the workplace.

Crude and Offensive Language:
Excessive use of profanity and other crude and offensive language should be avoided, especially when you are unsure how it will be received by the person to whom you are speaking.

Sexual Favors:
Granting job benefits, promising promotions or other favorable treatment or threatening adverse job action in exchange for sexual favors by employees is strictly prohibited.

Physical Contact:
Kissing, Sexual touching, back rubbing, or other physical contact of a sexual nature is prohibited in the workplace.

Any such actions will bring prompt and certain disciplinary action, including possible termination.

Any employee who believe that he or she has been subjected to sexual harassment is strongly encouraged to bring this to the immediate attention of his or her immediate supervisor, and or City Manager. All such complaints will be promptly and fairly investigated and where appropriate, immediate corrective action will be taken.

Exhibit K
Page 23 of 30

FY 24

## APPENDIX  A

## EXIT INTERVIEW GUIDE

1.      Which responsibilities did you like most about the job?
        Which responsibilities did you like the least?

2.      What did you like most about the department you were assigned to?

3.      What did you think about the way the Manager handled complaints?

4.      What type of working conditions is most conductive to your best productivity?

5.      What do you see as the future of the City organization?

6.      What impressed you about the City when you first accepted you position?
        Has this impression changed? How? Why?

7.      What you first joined the City, was your training and orientation helpful for what you were
        actually doing six months later

8.      What type of job are you going to do?  What are you looking for in that position that you feel is
        not represented by the City?

9.      What kind of work do you like to do best?

10.     What points would you want to make if you could tell the Fort Yukon City Council  how you
        felt about this organization?

11.     How do you feel about the contributions you have made to the City?

12.     Tell me what your feelings are about the benefit program offered by the City.

**APPENDIX  B**

## JOB POSITIONS:

CITY MANAGER
CITY TREASURE
CITY CLERK
ADMINISTRATIVE ASSISTANCE
ACCOUNTING CLERK
PAYROLL CLERK
WATER/SEWAGE MAINTENANCE PERRSONNEL
MAINTENANCE PERSONNEL
MECHANIC PERSONNEL
DIRECTOR OF PUBLIC SAFETY
PATROLMAN
GAMES MANAGER
GAMES CLERK
LIQUOR STORE MANAGER

Exhibit K
Page 25 of 30

FY 26

The following pages covers the Job Descriptions for each position utilized by the City of Fort Yukon.

**POSITION:    CITY MANAGER**

DUTIES AND RESPONSIBILITES:

(add each Section out of Title 29)

A.    Title 29.20.500 outlines for the duties of the City Manager

B.    Chapter 2.12.020 CODE OF ORDINANCE- further outlines additional duties and responsibilities.

**POSITION:    CITY CLERK**

DUTIES AND RESPONSIBILITES:

(Add each Section out of Title 29)

A.    Title 29.20.380 of the Alaska Statues and Chapter 2.20.10 of the Code of Ordinance outlines the duties and qualifications of the City Clerk

B.    Additional duties may be assigned by the Council and the City Manager

C.    Training is allowed to the City Clerk's office and when available the City Clerk shall attend such training at the City's expense. Failure to attend training can result in termination.

**POSITION:    CITY TREASURE**

DUTIES AND RESPONSIBILITES:

(Add each Section out of Title 29)

A.    the City Treasure, as custodian of all city funds shall be responsible for and must reimburse the City for all moneys, that are missing, due to failure to properly safeguard these money.

B.    Keep a daily-itemized account of all moneys received and disbursed.

C.    Pay moneys on vouchers drawn against appropriations made by Council.

D.    Shall maintain all ledgers and entries.

E.    Shall make available to the City Manager a monthly financial report.

F.    ¯Other duties as assigned by the City Manager

The City Treasurer shall give bond to the municipality in an amount not to exceed ten thousand dollars.

Exhibit K
Page 26 of 30

FY 27

**POSITION:    PAYROLL CLERK**

DUTIES AND RESPONSIBILITIES:

This position is generally reasonal (ly) related.  This clerk will work under the supervision of the accountant or treasurer.

POSTION:       WATER AND SEWAGE MAINTENACNE PERSONNEL

DUTIES AND RESPONSIBILITIES

A.      Maintain general maintenance of the pump house, be able to install, repair pumps, water line hook-ups and make electrical repair as required. Install and disconnect service lines; as well as, maintain a daily log on the system.  Maintain records and sample requirements as required by State Regulation: must keep all function of the system operative including dispensing of the water at the pump house. Must be able to operate trenching equipment. Shall prepare an annual budget and maintain a detailed report of the system.

B.      Must be able to operate and maintain general maintenance on a (Sewage Sanitation Vehicle) [sewage Must acknowledge all calls requiring the service of the sewage vehicle and submit all bulling daily to the Accounting Department.

C.      Maintain all maintenance on the City's Television Cable, including hook-up, drops, and installation of new lines.  Submit all billing daily to the Accounting Department, also other duties may be assigned by the City Manager.

MAINTENANCE PERSONNEL

DUTIES AND RESPONSIBILITIES:

A.      Maintain general maintenance of t he City building including but not limited to: repair, replace and install electric, carpentry, plumbing and other mechanical work.

B.      Do all necessary mechanical repairs on all city equipment including a weekly preventative maintenance on all police vehicle.

C.      Special attention shall be given to the maintenance and immediate availability of the fire truck and ambulance.  Discrepancies of these two vehicles shall be reported to the City Manager immediately.

D.      See to it that all maintenance areas are kept clean and in order; and in winter months that all road equipment is stored in doors (i.e. road grader, and JD450).

E.    Under no circumstances will the maintenance Department do any general public mechanical work or contract on any public maintenance unless approved by the City Manager.

POSITION:     DISPATCHER
Works under the supervision of the Public Safety Director.

DUTIES AND RESPONSIBILITES:

A.    Ability to learn, within a reasonable period of training, the operation of radio communication transmitter-receiver unit.

B.    Ability to think clearly and act quickly and calmly in emergency situations.

C.    Ability to organize details quickly and logically and to carry on a number of actions simultaneously under pressure.

D.    Ability to receive and relay information on a radio transmitter-receiver unit.

E.    Ability to become familiar with street and building locations within the City of Fort Yukon.

F.    Ability to deal courteously and tactfully with the public.

G.    Ability to maintain records accurately.

H.    Ability to type.

POSITION

PUBLIC SAFTEY OFFICER

DUTIES AND RESPONSIBILITES: (Add each Section out of Title 29)

A.    Title 2.28.010 outlines the duties of a Public Safety Officer.

B.    It is the duties of Public Safety Officer to enforce all City and State ordinances and statues within the City of Fort Yukon, to regulate the conduct of persons within the City so as to protect the public health, safety, peace, and welfare. To protect property within the City from loss and/or destruction by unlawful means.  The Chief or City Manager (prior code S2.308) may assign additional duties

C.    An officer cannot accept other employment while employed by the city.  The only exception to this would be by special permission of the mayor and city council.

PUBLIC SAFETY OFFICER ARE EXEMPT UNDER THE U.S. FAIR LABOR STANDARD ACT.

POSITION

DIRECTOR OF PUBLIC SAFETY

DUTIES AND RESPONSIBILITIES:

A.     Duties of the Director of Public Safety as outlined in Chapter 2 – Section 28.010.

B.     The Director of Public Safety is appointed by the City Manager and works under his or her supervision. The City Council may from time to time impose other duties.


POSTION

GAMES SUPERVISOR

DUTIES AND RESPONSIBILITIES:

A.     The Games Supervisor is the custodian of all City funds collected in the Games Division and responsible for the appropriate reporting of all cash sales of the Division.

B.     Keep a daily-itemized account of all moneys received and disbursed within the Division.

C.     Shall maintain all rules, ledgers, reports, and date required by AS 05.010, 12 ACC 34 AND 15 AAC 105.

D.     Shall make available to City Manager a monthly Cash intake and Expenditure Report in Cooperation with the City Finance Department.

E.     Schedule Bingo and Pull-Tab sales hours as appropriate to maximize City Revenues.

F.     Hire and Schedule all part-time and temporary help needed to staff the Division.

G.     Other duties as assigned by the City Manager.

Exhibit K
Page 29 of 30

FY 30

POSTION

LIQUOR STORE SUPERVISOR

DUTIES AND RESPONSIBILITIES:

A.    The Supervisor is custodial of all City Liquor inventory and shall be responsible for properly safeguarding all inventories.

B.    Shall make daily cash receipts and sales reports.

C.    Shall report on monthly sales of all items and take a monthly inventory of all liquor items.

D.    Make regular recommendations on all purchase of sock for resale.

E.    Hire part-time emergency help as needed to take a large inventory purchase.

F.    Maintain a listing of all individuals refused access or direct sales at the Community Liquor Store.

G.    Other items covered by AS 04.11.010 Regulations.