Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON McKILLICAN'S EMPLOYMENT CLAIMS(COUNTS III AND IV)**

COME NOW Defendants Fannie Carroll and the City of Fort Yukon, Alaska, by and through their counsel Jermain Dunnagan & Owens, P.C., and pursuant to Fed.R.Civ.P. 56(b), hereby move for summary judgment on Counts III and IV as to Plaintiff William D. McKillican ("McKillican") in the above-captioned case. Summary judgment is appropriate as to McKillican's constructive discharge claim (Count III) and

his Section 1983 due process claim (Count IV) for the reasons set forth in memorandum, declaration and exhibits filed herewith.

DATED at Anchorage, Alaska this 13th day of September, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: s/ Matthew Singer
Matthew Singer
Alaska Bar No. 9911072

By: s/ Howard S. Trickey
Howard S. Trickey
Alaska Bar No. 7610138
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By: s/ Matthew Singer