IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>              Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON McKILLICAN'S EMPLOYMENT CLAIMS (COUNTS III AND IV)

Upon due consideration of Defendants' Motion for Partial Summary Judgment on McKillican's Employment Claims (Counts III and IV), and any opposition filed thereto, the Court hereby ORDERS, pursuant to Federal Civil Rule 56(c), that Defendants' Motion is GRANTED. McKillican's claims are barred because he failed to exhaust his contractual remedies, and because he was not constructively discharged. Accordingly, the Court finds that summary judgment is appropriate against McKillican as to Counts III and IV of the Complaint.

      IT IS SO ORDERED this _____ day of _____, 2006.

                                                              _____
                                                              Ralph R. Beistline
                                                              United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically on the
following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:    s/ Matthew Singer