Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br>                Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case 4:04-cv-00034-RRB |

**DECLARATION OF MATTHEW SINGER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON McKILLICAN'S EMPLOYMENT CLAIMS (COUNTS III AND IV)**

1. I am an attorney for Defendants in this matter, and state the following based on my personal knowledge.

2. Attached as Exhibit A hereto is a true and correct copy of selected pages the deposition of William D. McKillican taken on August 17, 2006 (McKillican deposition).

3. Attached as Exhibit B hereto is a true and correct copy of selected pages of the deposition of Fannie Carroll taken on May 26, 2006.

4. Attached as Exhibit C hereto is a true and correct copy of Defendants' Initial Disclosure document FY 793, Police Officer Confidentiality Agreement, dated January 15, 2003.

5. Attached as Exhibit D hereto is a true and correct copy of Exhibit 2 to the DeLeon deposition, the City of Fort Yukon Employee Personnel Manual Handbook dated 2001.

6. Attached as Exhibit E hereto is a true and correct copy of selected pages of the deposition of Debbie McCarty taken on June 15, 2006

Dated this 13th day of September, 2006.

s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer