1                  IN THE UNITED STATES DISTRICT COURT

2                       FOR THE DISTRICT OF ALASKA

3   REGINALD FLEMING, CHRISTOPHER    )
    DELEON, CHRIS HAMPTON, WILLIAM   )
4   D. MCKILLICAN and TODD           )
    SCHLUMBOHM,                      )
5                                    )
                    Plaintiffs,      )
6                                    )
            vs.                      )
7                                    )
    FANNIE CARROLL and the CITY OF   )
8   FORT YUKON, ALASKA               )
                                     )
9                   Defendants.      )
                                     ) Case No. F04-0034 CIV (RRB)
10
                   DEPOSITION OF FANNIE M. CARROLL
11                        May 26, 2006

12

13  APPEARANCES:

        FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
14                               Law Offices of
                                  Michael J. Walleri
15                               Attorneys at Law
                                 330 Wendell Street
16                               Suite E
                                 Fairbanks, Alaska 99701
17                               (907)  452-4716

18      FOR THE DEFENDANTS:      MR. HOWARD S. TRICKEY
                                 Jermain, Dunnagan & Owens
19                               Attorneys at Law
                                 3000 A Street, Suite 300
20                               Anchorage, Alaska 99503
                                 (907) 563-8844

21      ALSO PRESENT:            MR. PETER SANDBERG

22                         *  *  *  *

23

24

25

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

Exhibit B
Page 1 of 8



60

1   A    Where did the tape come from?

2        MR. WALLERI:   From Mr. McKillican.   Ready?

3   (Tape playing)

4   Q    (By Mr. Walleri)   After hearing that, it stopped at

5        6:17 on the tape, does that refresh your recollection

6        of your conversation with Mr. McKillican?

7   A    Of what I heard, yes.

8   Q    I have a couple questions about all of that.   What

9        rumors had you heard that Mr. McKillican was spreading

10       about you and the court proceedings related to Dick

11       Miller?

12  A    I don't remember.

13  Q    You have no recollection of what those rumors were?

14  A    I don't -- I don't remember.

15  Q    Did the recording help you refresh your recollection?

16  A    Not -- it didn't say what the rumor was so I don't

17       know what it was.

18  Q    Well, why were you angry?

19  A    I don't know.

20  Q    Okay.

21  A    But I was evidently upset.

22  Q    Okay.   Do you remember --

23  A    You don't know what happened right before he started

24       the recording, though.   I mean, there -- it seems like

25       there was something to anger two people and that's not

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 2 of 8

64

1  Miller incident?

2              MR. TRICKEY:  The stalking complaint and the

3  proceedings at court that led to the -- the stalking complaint

4  she filed, the circumstances involving the stalking, and the

5  complaint she filed with the court and those court

6  proceedings.  I don't see those as being relevant.  Those

7  underlying facts are not relevant to this case and they're

8  upsetting to her, and if we go into those, then she's not

9  going to be able to continue with the deposition and so, in

10  effect, we'll be over, we'll be done.  So why don't we just

11  stay away from that subject unless the court orders that the

12  -- requires us to go into it and ask the rest of your

13  questions.

14  Q       (By Mr. Walleri)  Were you -- had you heard that Mr.

15          McKillican had gone over to see -- well, let's put it

16          this way:  Did you tell the officers that they were

17          not to speak to city council members?

18  A       Each officer signed a thing, a little piece of paper,

19          it's like a confidentiality sheet, do you remember

20          seeing that at all?

21  Q       Uh-huh.

22  A       And in that it says that the police department

23          business is not to be discussed with the city council

24          members and they sign that they acknowledge that.

25  Q       Well, what if a police officer learned of a

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

Exhibit B
Page 3 of 8

65

1    wrongdoing, were they prohibited from talking to a

2    city council member about it?

3                    MR. TRICKEY:  Objection as to form.

4  A       Yeah.  It's like you're speculating on a situation.

5  Q       (By Mr. Walleri)  Well, was this a blanket gag order?

6  A       I mean, are you speculating, do you want me to

7    speculate?

8                    MR. WALLERI:  Well, let's listen to the tape

9  some more.

10                   MR. TRICKEY:  Where are we?

11                   MR. WALLERI:  We're starting at the same,

12  where we left off.

13          (Tape starts playing)

14                   MR. WALLERI:  Okay.  We're going to have to go

15  back, it's not the -- it's a different copy of the tape here.

16  Excuse me.

17                   COURT REPORTER:  Would you like to go off

18  record for a second?

19                   MR. WALLERI:  No, wait a second.

20  Q       (By Mr. Walleri)  Did you talk to Mr. DeLeon after

21          this discussion with McKillican?

22  A       When?

23  Q       On the same day?

24  A       Where?

25  Q       In the city offices?

85

1       threw the keys to Dave and left.  She quit.

2   Q   She quit?

3   A   Uh-huh (affirmative).

4   Q   Okay.  Do you remember any downloaded printing --

5       printed pornography material?

6   A   In my office?

7   Q   That was given to you as part of this issue?

8   A   No.  I just saw the icon on the screen.

9   Q   Okay.  Now, the -- going back to Mr. McKillican, were

10      you aware of an incident in which a search and rescue

11      or a search for a body that Mr. McKillican was

12      involved with in cooperation with the State Troopers?

13  A   I remember about the search and rescue for Bill

14      Russell.

15  Q   Okay.  Could you tell me your thoughts on that?

16  A   My thoughts?

17  Q   Yeah, what do you recollect about the search and

18      rescue?

19              MR. TRICKEY:  Let me just, I mean, that's

20  awfully broad.  Can you focus the question somewhat, I

21  mean.....

22  A   Yeah, that's so broad.

23  Q   (By Mr. Walleri)  Okay.  Do you remember criticizing

24      Mr. McKillican for not responding quickly to that?

25  A   McKillican was the only officer in Fort Yukon at that

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

Exhibit B
Page 5 of 8

86

1    time.  I had him call the troopers to request a

2    search, because the body was out on the Sheenjek

3    River.  He wanted -- he came and told me that he

4    wanted to go on the search.  If anyone should go, I

5    should go, he said.  I said, well the troopers are

6    going to come in and they can go and we can send the

7    little -- there was a grandson that knew where the

8    grandfather was.  I said we'll send that boy, he know-

9    -- he's been out there, he knows where it is, it would

10   be a time saver.  At that time, it was not known that

11   he had perished.  So the troopers got a little chopper

12   and came in and there was room, it should have just

13   seated two, but the boy was so little that it -- I

14   think there was a time thing there on what if he was

15   hurt and had to be put in the helicopter, room-wise on

16   the little chopper.  The troopers got in and I

17   gathered a satellite phone from the Fish and Wildlife

18   men to give to the boy for him to call us because the

19   missing person, his companion, was the city treasurer.

20 Q  And who was that?

21 A  It's Vera James.  And she was very upset, her

22   granddaughter came and we sat in the police office

23   waiting to hear from the troopers on when they would

24   arrive, if anybody heard any more about where this

25   Bill Russell is.  How many boats maybe can go out to

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit B
Page 6 of 8

1    look for him.   There was upset in the community over

2    the boy drifting on his boat from the Sheenjek in

3    front of the sonar Fish and Wildlife fish camp, broke

4    down, 14 year old little boy all alone, and they

5    didn't offer him any assistance.   There was upset with

6    that.   And that meant that the old man was up there

7    longer without any rescue.   So Dave said that the old

8    man was probably dead.   I said, well we don't know,

9    and please don't talk like that around Vera 'cause we

10   don't know yet.   And he wanted to go and I said, you

11   know, you're the police officer here, you need to stay

12   here, we'll let the troopers go out there, and you

13   stay here.   We get down to the airport and the trooper

14   says that Dave can -- actually Dave can go 'cause he

15   was thinking he might need him to help lift the body

16   if that's what they needed, and so we radioed Dave and

17   it seemed like eternity before he got back.   And Vera

18   was getting more and more upset and -- because the

19   chopper was ready to go and so later on, Dave drove

20   his SUV down, gets in and I thought, what took you so

21   long, I mean, here you were a couple hours ago,

22   couldn't wait to go, and now, you know, you're holding

23   everything up.   And they got in and left and I told

24   the boy to call as soon as they found out something so

25   Vera could know something.   And the little boy said

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

Exhibit B
Page 7 of 8

1     that Dave took that phone from him, when I told the

2     boy to just keep the phone, and that was -- he was

3     going to use it, 'cause initially he was the only one

4     going.  And they get back and they brought the body

5     down by boat, they didn't bring it by the helicopter,

6     there wasn't room.

7   Q   Did you explain to Mr. McKillican that you were upset

8     with him about his conduct then?

9   A   When are you asking if I explained?

10   Q   At the time?

11   A   Asked him what took him so long.

12   Q   Okay.  Did he tell you?

13   A   I don't remember what he said.

14   Q   Did the -- okay.  Were you aware of the city's police

15     department investigation into an alleged embezzlement

16     from the AC Company?

17   A   Of what year?

18   Q   In July of 2002?  No, excuse me, it would be July of

19     2001 I think.

20   A   July of 2001?

21   Q   Uh-huh.

22   A   I wasn't even there.

23   Q   Okay.  Do you know who John Taylor is?

24   A   I -- I know who he was.  I've never met him.

25   Q   Okay.  Do you know who Maggie John is?

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

Exhibit B
Page 8 of 8