# CITY OF FORT YUKON

POLICE DEPARTMENT

BOX 174 • FT. YUKON, ALASKA 99740 • (907) 662-2311 OR 662-2911

CONFIDENTIALITY

APPENDIX 1

IT IS OF UTMOST IMPORTANCE, INFORMATION ABOUT CASES OR PEOPLE IN OUR DEPARTMENT SHOULD NOT BE DISCUSSED WITH ANYONE OUTSIDE THE DEPARTMENT. SHOULD YOU HAVE A PROBLEM WITH SOMEONE IN THE DEPARTMENT YOU SHOULD TALK WITH THAT PERSON THEN IF NOT SATISFIED COME TALK TO THE CHIEF IF NOT SATISFIED WITH THE CHIEF"S ANSWER GO TO THE CITY MANAGER. IT IT IS A LEGAL PROBLEM THE MANAGER WILL TELL YOU WHERE TO GO FROM THERE. THIS DOES NOT MEAN YOU CAN"T GO TO THE TROOPER FOR ADVISE ON A CASE, BUT YOU SHOULD CONFIDE IN YOUR DEPARTMENT FIRST.

TAKE SOME EXAMPLES, THE CITY MANAGER DOES NOT TELL YOU PROBLEMS WITH THE CITY. NOR DOES THE TROOPER TELL YOU THE PROBLEMS WITH HIS DEPARTMENT.

JUVENILE CASES SHOULD NEVER BE TALKED ABOUT TO PEOPLE OUTSIDE THE DEPARTMENT. THESE NAMES SHOULD NOT BE TALKED ABOUT BY ANYONE. WE COULD SEE ALOT OF TROUBLE OUT OF THIS. ANYONE CAUGHT BREAKING THIS POLICY WILL BE TERMINATED.

EMPLOYEE SIGNATURE _[signature]_
DATE: 1/15/03
CHIEF SIGNATURE _[signature]_
DATE: 1/15/03

FY 793

Exhibit C
Page 1 of 1