Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

REGINALD FLEMING, CHRISTOPHER, )
DELEON, CHRIS HAMPTON, WILLIAM )
D. MCKILLICAN, and TODD )
SCHLUMBOHM, )
)
        Plaintiffs, )
)
vs. )
)
FANNIE CARROLL and THE CITY OF )
FORT YUKON, ALASKA, )
)
        Defendants. )
_____)
Case No. F04-0034 CIV (RRB)

DEPOSITION OF DEBBIE MCCARTY
June 15th, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
                              Attorney at Law
                              330 Wendell Street
                                Suite E
                              Fairbanks, Alaska 99701
                              (907) 452-4716

    FOR THE DEFENDANTS:    MR. MATTHEW SINGER
                              Jermain, Dunnagan & Owens
                              3000 A Street, Suite 300
                              Anchorage, Alaska 99503
                              (907)  563-8844

    ALSO PRESENT:          MR. MICHAEL JACKSON

                          * * * *

Page 50

1     happened the prior month in the city.
2 Q   And if the maintenance department hadn't addressed a
3     road grading problem, who would hear about it first at
4     the city council meeting?
5 A   Fannie.
6 Q   Fannie Carroll. She's the city manager, right?
7 A   Yes.
8 Q   And, again, the council had a chain of command, right?
9 A   Yes.
10 Q   And Fannie Carroll was the top of that chain of
11     command?
12 A   Yes, she was the city manager.
13 Q   In terms of the city council's decision-making, did the
14     council always move in lock-step of what Fannie Carroll
15     told them to do?
16 A   The city council?
17 Q   Yes.
18 A   Was what Fannie told them to do? I wouldn't think so.
19 Q   Was it the other way around? Did Fannie Carroll work
20     for the city council?
21 A   Fannie worked for the city council, yes.
22 Q   And were there times when Fannie Carroll recommended
23     one approach and the city council took another?
24 A   I'm sure.
25 Q   And so if Fannie Carroll made an employment decision

Page 51

1     and an employee sought to bring that to a hearing
2     before the city council, as a city council member,
3     would you have reviewed the decision independently and
4     reached your own decision?
5 A   If the grievance -- if they followed the grievance
6     procedures according to that policy, yes.
7 Q   Would you be afraid to contradict or disagree with
8     Fannie Carroll as a city council member?
9 A   No.
10 Q   Did you, in fact, sometimes disagree with Fannie
11     Carroll?
12 A   Actually, I did, yeah.
13 Q   Can you give me an example?
14 A   I mean -- well, it mainly had to do with the police
15     department and an employee that was -- was my uncle
16     Grafton. I mean, I -- I always tried to be the --
17     the -- the person between the employee and the -- you
18     know, trying to be like a mediator or go between,
19     because I -- if I saw a conflict I wanted to fix it,
20     basically.
21 Q   Did you have lots of conversations with the police
22     officers about the personality issues they were having?
23 A   Not very many. When they did, they came to my house
24     and we talked and they -- it was basically just a few
25     times and then I actually -- they -- they called me the

Page 52

1     day I asked for the special meeting. I -- I don't know
2     if they came to my house or -- I went up to their
3     house, I think, after -- and told them that we -- there
4     was -- there was going to be no special meeting, that
5     they needed to follow the chain of command and that,
6     you know, still willing to help them, but they needed
7     to follow the chain of command. But I couldn't just
8     request a meeting like I wanted to.
9 Q   Were they critical of Fannie Carroll when the --
10     Fleming, Schlumbohm, DeLeon came to your house to
11     complain, were they critical of Fannie Carroll?
12 A   Of the way she -- of her managerial supervisory role,
13     yes.
14 Q   Would you say they were respectful or disrespectful of
15     Fannie Carroll?
16 A   I would say they were respectful.
17 Q   Did they use any foul language to describe her?
18 A   No.
19 Q   But they questioned her decision-making?
20 A   Yes.
21 Q   And did they ever suggest that she was preventing them
22     from investigating embezzlement?
23 A   No. They didn't.
24 Q   Never said anything like that to you?
25 A   No.

Page 53

1 Q   Did they ever suggest that Fannie Carroll was impeding
2     a criminal investigation?
3 A   I think, if I remember correctly, their biggest
4     complaint regarding com- -- regarding like
5     investigating things, were that she would -- she had a
6     radio and if she heard like what was going on, she'd
7     say, you need to go investigate that or, no, you need
8     to come up here, that this is more important or, you
9     know, kind of like that kind of a complaint. Not --
10     not like, oh, no, don't investigate that or don't
11     inves- -- it was more like, this one is -- you
12     know.....
13 Q   Fannie Carroll would prioritize issues?
14 A   Yes.
15 Q   And they disagreed with her priorities?
16 A   Yes. And I think because Reggie was the chief, felt
17     like he was the chief and probably should make those
18     priorit- -- you know, prioritize himself.
19 Q   It's true that Reggie finally really didn't like having
20     Fannie Carroll managing, right?
21 A   Yes, I think so.
22 Q   Oh. And didn't want to have to report to her or listen
23     to her direction as you understood?
24 A   I don't -- I don't know if I would put it that way. I
25     mean, just -- he didn't like -- I don't think he liked

14 (Pages 50 to 53)

330 Wendell Street, Suite A   LIZ D'AMOUR & ASSOCIATES, INC.   Fairbanks, Alaska 99701
907.452.3678

Exhibit E
Page 2 of 2

aa470190-6eff-4c7d-b730-e8fbc0b6ebac