Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case 4:04-cv-00034-RRB |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### (REGINALD FLEMING)

COME NOW Defendants Fannie Carroll and the City of Fort Yukon, Alaska, by and through their counsel Jermain Dunnagan & Owens, P.C., and pursuant to Fed.R.Civ.P. 56(b), hereby move for summary judgment on as to Plaintiff Reginald Fleming's ("Fleming") claims on liability and damages in the above-captioned case. Summary judgment is appropriate for the reasons set forth in memorandum, declaration and exhibits filed herewith.

DATED at Anchorage, Alaska this 13th day of September, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: s/ Matthew Singer
Matthew Singer
Alaska Bar No. 9911072

By: s/ Howard S. Trickey
Howard S. Trickey
Alaska Bar No. 7610138
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically on the
following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By: s/ Matthew Singer