IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>        Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT (REGINALD FLEMING)**

Upon due consideration of Defendants' Motion for Summary Judgment on Liability and Damages (Fleming), and any opposition filed thereto, the Court hereby ORDERS, pursuant to Federal Civil Rule 56(c), that Defendants' Motion is GRANTED and summary judgment is entered in favor of defendants as to each of Fleming's claims.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:   s/ Matthew Singer