Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>        Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DECLARATION OF MATTHEW SINGER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (REGINALD FLEMING)**

    1.    I am an attorney for Defendants in this matter, and state the following based on my personal knowledge.

    2.    Attached as Exhibit A hereto is a true and correct copy of Defendants' Initial Disclosure documents FY 502 – FY 504, November 20, 2003 Employment Agreement between Reginald Fleming and the City of Fort Yukon.

3.     Attached as Exhibit B hereto is a true and correct copy of Defendants' Initial Disclosure documents FY 662 – FY 665, November 20, 2001 Employment Agreement between Reginald Fleming and the City of Fort Yukon.

4.     Attached as Exhibit C hereto is a true and correct copy of selected pages the deposition of Reginald Fleming taken on July 20, 2006.

5.     Attached as Exhibit D hereto is a true and correct copy of selected pages the deposition of Debbie McCarty taken on June 15, 2006.

6.     Attached as Exhibit E hereto is a true and correct copy of Plaintiffs' Initial Disclosure document 144, letter from Fannie Carroll to Reginald Fleming re: Termination of Reginald Fleming, Chief of Police, dated February 9, 2004.

7.     Attached as Exhibit F hereto is a true and correct copy of Defendants' Initial Disclosure documents FY 874 – FY 881, Todd Schlumbohm's Personal History Statement, dated February 24, 2003.

8.     Attached as Exhibit G hereto is a true and correct copy of selected pages the deposition of Todd Schlumbohm taken on August 17, 2006.

9.     Attached as Exhibit H hereto is a true and correct copy of selected pages the deposition of William D. McKillican taken on August 17, 2006.

10.    Attached as Exhibit I hereto is a true and correct copy of Defendants' Initial Disclosure documents FY 1376 – FY 1377, Community Petition regarding Officer Christopher DeLeon.

11. Attached as Exhibit J hereto is a true and correct copy of Exhibit 2 to the DeLeon deposition, the City of Fort Yukon Employee Personnel Manual Handbook dated 2001.

12. Attached as Exhibit K hereto is a true and correct copy of Plaintiffs' Initial Disclosure document 114, page 20 of the City of Fort Yukon Personnel Policy Manual Handbook, Revised January 2001.

13. Attached as Exhibit L hereto is a true and correct copy of Defendants' Initial Disclosure document FY 1140, Payroll Change Notice for Wm. David McKillican dated August 30, 2002.

Dated this 13th day of September, 2006.

        s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer