# Debbie McCarty

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

REGINALD FLEMING, CHRISTOPHER,     )
DELEON, CHRIS HAMPTON, WILLIAM     )
D. MCKILLICAN, and TODD            )
SCHLUMBOHM,                        )
                                   )
            Plaintiffs,            )
                                   )
vs.                                )
                                   )
FANNIE CARROLL and THE CITY OF     )
FORT YUKON, ALASKA,                )
                                   )
            Defendants.            )
_____)

Case No. F04-0034 CIV (RRB)

DEPOSITION OF DEBBIE MCCARTY
June 15th, 2006

APPEARANCES:

            FOR THE PLAINTIFFS:     MR. MICHAEL J. WALLERI
                                    Attorney at Law
                                    330 Wendell Street
                                     Suite E
                                    Fairbanks, Alaska 99701
                                    (907) 452-4716

            FOR THE DEFENDANTS:     MR. MATTHEW SINGER
                                    Jermain, Dunnagan & Owens
                                    3000 A Street, Suite 300
                                    Anchorage, Alaska 99503
                                    (907)  563-8844

            ALSO PRESENT:          MR. MICHAEL JACKSON

                    * * * *

June 15, 2006   Fleming, et al. v. Carroll/City of Ft. Yukon      F04-0034 CI
### Debbie McCarty

| Page 50 |
|---|

```
 1    happened the prior month in the city.
 2  Q    And if the maintenance department hadn't addressed a
 3    road grading problem, who would hear about it first at
 4    the city council meeting?
 5  A    Fannie.
 6  Q    Fannie Carroll.  She's the city manager, right?
 7  A    Yes.
 8  Q    And, again, the council had a chain of command, right?
 9  A    Yes.
10  Q    And Fannie Carroll was the top of that chain of
11    command?
12  A    Yes, she was the city manager.
13  Q    In terms of the city council's decision-making, did the
14    council always move in lock-step of what Fannie Carroll
15    told them to do?
16  A    The city council?
17  Q    Yes.
18  A    Was what Fannie told them to do?  I wouldn't think so.
19  Q    Was it the other way around?  Did Fannie Carroll work
20    for the city council?
21  A    Fannie worked for the city council, yes.
22  Q    And were there times when Fannie Carroll recommended
23    one approach and the city council took another?
24  A    I'm sure.
25  Q    And so if Fannie Carroll made an employment decision
```

| Page 52 |
|---|

```
 1    day I asked for the special meeting.  I -- I don't know
 2    if they came to my house or -- I went up to their
 3    house, I think, after -- and told them that we -- there
 4    was -- there was going to be no special meeting, that
 5    they needed to follow the chain of command and that,
 6    you know, still willing to help them, but they needed
 7    to follow the chain of command.  But I couldn't just
 8    request a meeting like I wanted to.
 9  Q    Were they critical of Fannie Carroll when the --
10    Fleming, Schlumbohm, DeLeon came to your house to
11    complain, were they critical of Fannie Carroll?
12  A    Of the way she -- of her managerial supervisory role,
13    yes.
14  Q    Would you say they were respectful or disrespectful of
15    Fannie Carroll?
16  A    I would say they were respectful.
17  Q    Did they use any foul language to describe her?
18  A    No.
19  Q    But they questioned her decision-making?
20  A    Yes.
21  Q    And did they ever suggest that she was preventing them
22    from investigating embezzlement?
23  A    No.  They didn't.
24  Q    Never said anything like that to you?
25  A    No.
```

| Page 51 |
|---|

```
 1    and an employee sought to bring that to a hearing
 2    before the city council, as a city council member,
 3    would you have reviewed the decision independently and
 4    reached your own decision?
 5  A    If the grievance -- if they followed the grievance
 6    procedures according to that policy, yes.
 7  Q    Would you be afraid to contradict or disagree with
 8    Fannie Carroll as a city council member?
 9  A    No.
10  Q    Did you, in fact, sometimes disagree with Fannie
11    Carroll?
12  A    Actually, I did, yeah.
13  Q    Can you give me an example?
14  A    I mean -- well, it mainly had to do with the police
15    department and an employee that was -- was my uncle
16    Grafton.  I mean, I -- I always tried to be the --
17    the -- the person between the employee and the -- you
18    know, trying to be like a mediator or go between,
19    because I -- if I saw a conflict I wanted to fix it,
20    basically.
21  Q    Did you have lots of conversations with the police
22    officers about the personality issues they were having?
23  A    Not very many.  When they did, they came to my house
24    and we talked and they -- it was basically just a few
25    times and then I actually -- they -- they called me the
```

| Page 53 |
|---|

```
 1  Q    Did they ever suggest that Fannie Carroll was impeding
 2    a criminal investigation?
 3  A    I think, if I remember correctly, their biggest
 4    complaint regarding com-- -- regarding like
 5    investigating things, were that she would -- she had a
 6    radio and if she heard like what was going on, she'd
 7    say, you need to go investigate that or, no, you need
 8    to come up here, that this is more important or, you
 9    know, kind of like that kind of a complaint.  Not --
10    not like, oh, no, don't investigate that or don't
11    inves- -- it was more like, this one is -- you
12    know.....
13  Q    Fannie Carroll would prioritize issues?
14  A    Yes.
15  Q    And they disagreed with her priorities?
16  A    Yes.  And I think because Reggie was the chief, felt
17    like he was the chief and probably should make those
18    priorit-- -- you know, prioritize himself.
19  Q    It's true that Reggie finally really didn't like having
20    Fannie Carroll managing, right?
21  A    Yes, I think so.
22  Q    Oh.  And didn't want to have to report to her or listen
23    to her direction as you understood?
24  A    I don't -- I don't know if I would put it that way.  I
25    mean, just -- he didn't like -- I don't think he liked
```

14 (Pages 50 to 53)

Exhibit D
aa470190-4    Page 2 of 2    b6ebac