Alaska Police Standards Council
PO Box 111200
Juneau, Alaska 99811-1200

# PERSONAL HISTORY STATEMENT

F-3

**GENERAL INSTRUCTIONS:** Hand write or hand print an answer to EVERY QUESTION. If the question does not apply to you, respond with N/A. If space available is insufficient, use a separate sheet and precede each answer with the number of the referenced block. DO NOT MISREPRESENT OR OMIT a requested fact since the statements made herein are subject to verification to determine your qualifications for employment.

| 1. Last Name | First Name | Middle Name | 2. Male ☒ Female ☐ |
|---|---|---|---|
| Schlumbohm | Todd | Alan | |

| 3. Other Names, Alias(es), Nickname(s) | Social Security Number |
|---|---|
| N/A | 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 |

| 4. Mailing Address | City | State | Zip Code |
|---|---|---|---|
| P.O. Box 84749 | Fairbanks | Alaska | 99708 |

| Present Residence Address | City | State | Zip Code |
|---|---|---|---|
| 824 Landing Rd. Apt. 2 | North Pole | Alaska | 99705 |

| Residence Phone No. | Business Phone No. |
|---|---|
| (907) 488-0708 | (907) 479-4221 ext. 100 |

| 5. Date of Birth (Month, Day, Year) | Place of Birth (City, County, State) | Attach a copy of birth or baptismal certificate |
|---|---|---|
| June 1, 1970 | Klamath Falls Oregon | |

| 6. Weight | Height | Eye Color | Hair Color |
|---|---|---|---|
| 285 | 6'3" | Blue | Brown |

| 7. U.S. Citizen | If Naturalized, Certificate Number | Date, Place, and Court |
|---|---|---|
| Yes ☒  No ☐ | N/A | N/A |

| | Name of Spouse or Significant Other (Last, First, Middle) |
|---|---|
| 8. Marital Status | Schlumbohm Melissa |
| Married ☒  Single ☐ | Address (Street, City, State) |
| | 824 Landing Rd Apt. 2 North Pole Alaska |

Name and Present Address of Spouse(s) if Divorced or Separated: N/A

| Name | Address |
|---|---|
| | |
| Name | Address |
| | |

**9. Children and Dependents**
List all your children, including stepchildren and adopted, give the following information: N/A

| Name | Date of Birth | Place of Birth | Residence Address | With Whom | Supported by Whom |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Revised 12/99)

## 10. Military Status — Attach copy of DD 214

| Have you served in the U.S. Armed Forces? Yes ☐ No ☒ | If YES, Branch | Serial Number |
|---|---|---|
| Type of Discharge | Date of Service From      To | Rank |

A. While in the military, were you ever arrested for an offense which resulted in a trial by deck court or by summary, special or general court-martial, Article 15, captain's mast or an equivalent proceeding?
Yes ☐  No ☐    If yes, give date, place, law enforcing authority or type of court or court-martial, charge and action taken for each incident, using separate sheet to record this information.

B. Are you presently a member of the U.S. Reserve or National or State Guard organization?  Yes ☐  No ☒   If yes, complete the following:

| Grade and Service Number | Service and Component | Active ☐  Inactive ☐  Standby ☐ |
|---|---|---|
| Organization and Station or Unit and Location | | Indicate Reserve Obligation if any: |

## 11. Education — Attach diploma or certificate of graduation

A. List all high schools attended.

| Name / Location | Address | Dates Attended | Years Completed | Graduated Yes | No |
|---|---|---|---|---|---|
| Mazama High School | Klamath Falls OR | 1984-1988 | 4 | X | |

B. Higher education. List information below for all colleges or universities attended. Attach transcript or diploma from all institutions of higher education attended.

| Name & Address of College or University | Dates Attended From | To | Credit Hours Semester | Quarter | Degree Received | Year Received |
|---|---|---|---|---|---|---|
| UAF/TVC 1000 University Frks AK | 8-02 | 11-02 | 15 | | Yes | 2002 |

Major and Minor College Courses:

Peer Mediation, non violent crisis Prevention

C. List vocational or technical training. List all law enforcement training. Give the name for each and the location of school, dates attended, subjects studied, certificate, and any other pertinent data. Include college courses in Criminal Justice or Law Enforcement.

TVC Law enforcement Academy from 8-02-11-02, Basic Policeing, Criminal law, Behavior Science, Enforcement, Investigations, Defense tactics, use of Firearms

12. Do you speak a language other than English? Yes ☐  No ☒   If yes, what language(s) do you speak?

How fluently?    Fair ☐   Good ☐   Excellent ☐

FY 875

Exhibit F
Page 2 of 8

**F-3**

## 13. Special Qualifications and Skills

**A.** Have you ever applied for certification or been certified as a law enforcement officer (*correctional, probation, parole, or police officer, etc.*)?
Yes ☐   No ☒   If yes, list name and location of certification authority, date of issue, and date current certification expires (*if applicable*).

**B.** Have you ever had a law enforcement certification revoked?   Yes ☐   No ☒   If yes, state name of revoking authority, date of revocation, and reason for revocation.

**C.** Indicate type of special license such as pilot, vessel, radio operator, etc., showing licensing authority where the license was first issued, and date current license expires (*except vehicle operator's license*).   N/A

**D.** Special skills you possess and machines and equipment you can use. (*For example, scientific or professional devices, communications or navigational equipment*).   N/A

**E.** Approximate number of words per minute:   Typing 35   Shorthand

**F.** Special qualifications not covered in application. (*For example, your most important publications (do not submit copies unless requested); your patents or inventions; public speaking and publications experience; membership in professional or scientific societies, etc.; and honors and fellowships received.*)

## 14. Vehicle Operator's License (*Drivers, Commercial Drivers License, etc.*): Give the following information concerning any vehicle operator's license you have held or now hold.

| Kind of License and Number | Place of Issue | Date of Expiration | Restrictions |
|---|---|---|---|
| AK. 6731423 | FBKS AK | 6-2005 | N/A |

Have you ever been denied issuance of a license or have you ever had a license suspended or revoked?   Yes ☒   No ☐
If yes, explain fully: Driving under the influence of alcohol in 1994 in Oregon + 1992. 1996 in Alaska

Have you ever had automobile insurance withdrawn or revoked or have you ever been refused automobile insurance?   Yes ☐   No ☒
If yes, give details, including reasons, names of companies, dates, etc.:

Give name and address of the insurance company with whom you now have automobile insurance: Geico   Policy coverage:

## 15. Family:

List in the order given, showing relationship, parents, guardians, stepparents, foster parents, parents-in-law, spouse, brothers, and sisters. Include any others you have resided with or whom a close relationship existed or exists.

| Relationship/Date | Name | Present Address if living |
|---|---|---|
| Father | Finley Schlumbohm | Klamath Falls OR. |
| Mother | Sandra Schlumbohm | Klamath Falls OR. |
| Father-in-law | Tim Fowlds | Klamath Falls OR. |
| Mother-in-law | Victoria Fowlds | Klamath Falls OR. |
| Wife | Melissa Schlumbohm | North Pole AK. |
| Sister | Michele Valenta | Klamath Falls OR. |
| Sister | Lisa Orr | Tulelake Ca. |

If any person listed above is not a U.S. citizen by birth, give the date and place of birth, the date and port of entry, alien registration number, naturalization certificate number, and place of issuance.   N/A

**16. Employment:** Begin with your most recent job and list your work history for the past TEN years, including part-time, temporary or seasonal employment, and all periods of unemployment.

| From Date | Name and Address of Employer | | Reason for leaving? | Job Title |
|---|---|---|---|---|
| 9-99 | FNSBSD - West Valley High | | Still working | Safety Assistant |
| **To Date** | Fairbanks, AK | | **Description of Duties** | |
| present | | | Safety of Students and Staff | |
| **Salary** | **Name of Supervisor** | **Phone** | **Name of Co-worker** | **Phone** |
| 13.35/Hr | Marriane Carlson | 479-4221 | Joe Deutsch | 479-4221 |
| **From Date** | | | **Reason for leaving?** | **Job Title** |
| 11-97 | Denali Industrial Supply | | to work with School | Sales |
| **To Date** | Fairbanks, AK. | | **Description of Duties** | |
| 9-99 | | | Sales of Industrial Products | |
| **Salary** | **Name of Supervisor** | **Phone** | **Name of Co-worker** | **Phone** |
| 12.00/hr. | Gary Swoffer | 452-4524 | John Cole | 456-6081 |
| **From Date** | | | **Reason for leaving?** | **Job Title** |
| 3-97 | College Collision | | not enough work | Painter |
| **To Date** | Fairbanks, AK. | | **Description of Duties** | |
| 11-97 | | | Paint and detail Cars | |
| **Salary** | **Name of Supervisor** | **Phone** | **Name of Co-worker** | **Phone** |
| Salary | Larry Gonzoles | 457-8087 | N/A | N/A |
| **From Date** | | | **Reason for leaving?** | **Job Title** |
| 5-95 | Raven Building Products | | Seasonal | Sales |
| **To Date** | Fairbanks, AK. | | **Description of Duties** | |
| 12-96 | | | Sales of Concrete Products | |
| **Salary** | **Name of Supervisor** | **Phone** | **Name of Co-worker** | **Phone** |
| 10.00/Hr. | David Drashner | 452-4743 | Leonard Mark | N/A |
| **From Date** | | | **Reason for leaving?** | **Job Title** |
| 2-95 | UAF - Patty Center | | No Benifits | Barista |
| **To Date** | Fairbanks, AK | | **Description of Duties** | |
| 5-95 | | | Sold espresso Drinks | |
| **Salary** | **Name of Supervisor** | **Phone** | **Name of Co-worker** | **Phone** |
| minimum | N/A | N/A | N/A | N/A |
| **From Date** | | | **Reason for leaving?** | **Job Title** |
| 8-92 | Finley's Distributing | | moved to Alaska | Sales |
| **To Date** | Klamath Falls, OR. | | **Description of Duties** | |
| 12-94 | | | Distributed foods to Stores | |
| **Salary** | **Name of Supervisor** | **Phone** | **Name of Co-worker** | **Phone** |
| 15.00/Hr. | Finley Schlumbohm | (541)884-6660 | N/A | N/A |

Have you ever been discharged, asked to resign, furloughed, put on inactive status for cause, or subjected to disciplinary action while in any position (*except military*)?   Yes ☐   No ☒   If yes, state circumstances:

Have you ever resigned (*quit*) after being informed your employer intended to discharge (*fire*) you for any reason?   Yes ☐   No ☒   If yes, explain, giving name and address of employer, approximate date, and reasons in each case.

**F-3**

| 17. Financial Status |
|---|
| Declaration of any bankruptcy and dates: *N/A* |

| 18. Arrest, Detention, and Litigation: *(Show all arrests including traffic, except parking)* |
|---|
| If the answer to any of these questions is YES, list the date, place, and full details of each incident on a separate sheet. |
| A. Have you ever been arrested or detained by a law enforcement agency?   Yes ☒   No ☐ |
| B. Have you ever been convicted of a crime?   Yes ☒   No ☐ |
| C. Have you ever been fingerprinted for any reason *(arrest, job applicant, etc.)*?   Yes ☒   No ☐ |
| D. Have you ever been convicted of a misdemeanor crime of domestic violence?   Yes ☐   No ☒ |
| A misdemeanor crime of domestic violence means an offense that: <br> 1) is a misdemeanor under Federal or State law; and <br> 2) has, as an element, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabiting with the victim as a spouse, parent, or a guardian, or by a person similarly situated to a spouse, parent, or guardian of the victim. |
| E. List all traffic citations ever received *(except parking)* including the date, place and full details of each incident. |
| *Speeding, date unknown, Idaho, Basic Speeding on interstate.* <br> *Speeding, date unknown, Oregon, Basic Speeding* |

| 19. Illicit Drug Use: *N/A* |
|---|
| Do you now use, or have you ever used, illicit *(illegal)* drugs, including marijuana?   Yes ☐   No ☒ <br> If yes, complete the following: |

| Name of Drug | Date of last use |
|---|---|
|  |  |
|  |  |
|  |  |

| 20. Insurance: |
|---|
| Were you ever rejected as an applicant for any insurance?   Yes ☐   No ☒   If yes, explain below. |

| Reason Rejected | By Whom | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**21. Residences:** List all residences for the past 10 years, beginning with your present address.

| Month and Year From | To | Address | City | State or Country | Landlord and Phone No. |
|---|---|---|---|---|---|
| 10-99 | Present | 224 Landing Rd Apt 2 | North Pole | AK | Hal Osborn 488-2695 |
| 10-97 | 10-99 | 1224 Gilmore Trl. | Fairbanks | AK. | Patrice Beck N/A |
| 6-95 | 10-97 | .5 old Murphy Dome | Fox | AK. | Bill Blochowsky N/A |
| 1-94 | 6-95 | 1000 West Stephens Cr | North Pole | AK | Pat Keyser 455-7663 |
| 8-92 | 1-94 | 12821 Hwy 39 | Klamath Falls | OR. | Finley Schlumbohm 884-0660 |

EX 278

Exhibit F
Page 5 of 8

Question #18, A. Arrested for Driving Under the Influence of alcohol in Oregon in 1992, 1994 and Alaska in 1996.

Question #18, B. Convicted of DWI as listed above.

Question #18, C. Fingerprinted for as listed in above Questions also for employment in the School District.

**F-3**

### 22. References

CHARACTER REFERENCES (do not include relatives, former employers, or persons living outside the United States or its Territories). List only character references who have definite knowledge of your qualifications and fitness for the position for which you are applying. Do not repeat names of supervisors. List a minimum of three (3) character references.

| Name | Years Known | Street | City & State | Phone |
|---|---|---|---|---|
| Peggy Sulivan | 4 | N/A | FBKS AK | (907) 459-6500 |
| Charles Scott | 4 | N/A | FBKS AK | (907) 388-8805 |
| George Riles | 4 | N/A | FBKS AK | (907) 322-0729 |
| | | | | |
| | | | | |

### 23. Foreign Travel

| Dates From | Dates To | Country Visited | Purpose of Travel |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### 24. Hobbies & Sports

| Name | Length of Participation | Level of Proficiency |
|---|---|---|
| Woodworking | 12 years | moderate |
| Fishing | 20 years | Recreational |
| Hunting | 20 years | Sport |
| Target Shooting | 15 years | Excellent |
| Coach Baseball | 5 years | Average |

### 25. Organization Membership

| Yes | No | |
|---|---|---|
| | X | Are you now or have you ever been a member of or affiliated with any organization or association which, according to your knowledge at the time of your membership, advocated the overthrow of the government of the United States or of this state by force, violence, or other unconstitutional means, or which has adopted the policy of advocating or approving the commission of acts of force or violence to deny other persons their rights under the Constitution of the United States or of this state? |
| | X | If so, was your membership in or affiliation with the organization or association, with the specific intent to achieve the overthrow of the government of the United States or of this state by force, violence or other unconstitutional means, or to commit acts of force or violence to deny other persons their rights under the Constitution of the United States or of this state? |

If YES to either of the questions above, describe the circumstances. Attach additional sheets for a full detailed statement. Specify nature and extent of association with each organization, including office or position held, also include dates, places, and credentials now or formerly held.

26. Are there any incidents in your life not mentioned herein which may reflect upon your suitability to perform the duties which you may be assigned or which might require further explanation?   Yes ☐   No ☒   If YES, give details:

**F-3**

| | |
|---|---|
| 27. Have you ever applied for a position with any other governmental agency?   Yes ☐   No ☒   If so, give details: | |

28. Remarks:

I authorize release of all information pertaining to me from the records of credit bureaus, educational institutions, military services, law enforcement agencies and present and past employers, to my prospective employer and the Alaska Police Standards Council. I also authorize the Alaska Police Standards Council to release to any law enforcement agency, information which the council obtains regarding my qualifications to be a police, corrections, probation, or parole officer.

I further agree and consent in advance to being summarily discharged without cause or hearing if any of the information that I have provided contains any misrepresentation or falsification or if any requested information has been knowingly omitted.

I certify under penalty of PERJURY that the foregoing is true and accurate to the best of my knowledge.

Done at _Fairbanks_, Alaska on the _24_ day of _February_, 20_03_.

_[signature]_
Applicant

SWORN TO AND SUBSCRIBED BEFORE ME

this _24_ day of _February_, 20_03_.

_Stacy Lynn Conatser_
Notary

My Commission Expires: _August 16, 2003_

[Notary Seal: STACY LYNN CONATSER, NOTARY PUBLIC, STATE OF ALASKA]

7

FY 881

Exhibit F
Page 8 of 8