Deposition of William D. McKillican  
Taken August 17, 2006

Fleming, et al., vs. Carroll, et al.  
Case No. 4:04-cv-00034-RRB

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER )  
DELEON, CHRIS HAMPTON, WILLIAM )  
D. MCKILLICAN, and TODD )  
SCHLUMBOHM, )  
                                  )  
        Plaintiffs, )  
                                  )  
  vs. )  
                                  )  
FANNIE CARROLL and the CITY )  
OF FORT YUKON, ALASKA, )  
                                  )  
        Defendants. )  
_____)

Case 4:04-cv-00034-RRB

VIDEOTAPE DEPOSITION OF WILLIAM D. McKILLICAN  
Taken Thursday, August 17, 2006  
From the hour of 8:40 a.m. to 11:50 a.m.  
Pages 1 through 141, inclusive  
Volume 1  
Taken by Counsel for Defendants  
At  
Offices of Heartland Court Reporters  
100 Cushman Street, Suite 308  
Fairbanks, Alaska 99701

Reported by:  
CAROL A. McCUE, RMR  
Heartland Court Reporters

---

**Page 2**

APPEARANCES

For Plaintiffs:  
    MICHAEL J. WALLERI, ESQ.  
    ATTORNEY AT LAW  
    330 Wendell Street, Suite E  
    Fairbanks, AK 99709  
    907-452-4725

For Defendants:  
    MATTHEW SINGER, ESQ.  
    JERMAIN, DUNNAGAN & OWENS  
    3000 A Street, Suite 300  
    Anchorage, AK 99503  
    907-563-7322

Witness:  
    WILLIAM D. McKILLICAN  
    August 17, 2006

Reported by:  
    CAROL A. McCUE, RMR  
    Heartland Court Reporters

BE IT KNOWN that the deposition of the above-named witness was taken this date in the foregoing action before Carol A. McCue, Registered Merit Reporter and Notary Public within and for the State of Alaska.

---

**Page 3**

I N D E X  
WITNESS: WILLIAM D. McKILLICAN      August 17, 2006  
EXAMINATION                           Page  
Direct Examination by Mr. Singer....................5  
Cross-Examination by Mr. Walleri.................122  
Redirect Examination by Mr. Singer...............133

E X H I B I T S  
Exhibit No.                           Page Marked  
1:     28-page document, City of Fairbanks Payroll Change Form, with attachments....................19  
2:     30-page document, City of Fort Yukon, Inc., Employee Personnel Manual Handbook 2001...........74  
3:     1-page document, letter to The City Council from Sgt. William David McKillican dated 2/14/03............................89

---

**Page 4**

1                     P R O C E E D I N G S  
2         (The following proceedings commenced  
3     at 8:40 a.m., August 17, 2006.)  
4         THE VIDEOGRAPHER: This is the videotape  
5   deposition of William D. McKillican, taken by counsel  
6   for the defendant, in the matter of Reginald Fleming,  
7   Christopher DeLeon, Chris Hampton, William D.  
8   McKillican, and Todd Schlumbohm, plaintiffs, versus  
9   Fannie Carroll and the City of Fort Yukon, Alaska.  
10  Today's date is Thursday, August 17, 2006, the time is  
11  8:45 -- 8:40 a.m.  
12        We're located at the offices of Heartland  
13  Court Reporters, Fairbanks, Alaska. The court reporter  
14  is Carol A. McCue and she's with the firm of Heartland  
15  Court Reporters, 100 Cushman Street, Fairbanks, Alaska.  
16  The videographer is Jay Gelber with the firm of Video  
17  Services.  
18        Will counsel please introduce themselves.  
19        MR. SINGER: Good morning. My name is Matt  
20  Singer, I'm an attorney for the defendants in this  
21  matter.  
22        MR. WALLERI: Michael Walleri on behalf of the  
23  plaintiffs.  
24        THE VIDEOGRAPHER: Will court reporter please  
25  swear in the witness.

1 (Pages 1 to 4)

Heartland Court Reporters  
Carol A. McCue, RMR        E-mail: carol.mccue@acsalaska.net  
Telephone: 907-452-6727  
907-488-7701

Exhibit H  
Page 1 of 3

Case 4:04-cv-00034-RRB   Document 107-10   Filed 09/13/2006   Page 2 of 3

Deposition of William D. McKillican		Fleming, et al., vs. Carroll, et al.
Taken August 17, 2006			Case No. 4:04-cv-00034-RRB

Page 45

1  business, plus he's working, so...
2     Q.   What business does he run?
3     A.   I think he does a part-time security camera
4  closed-circuit TV camera thing.
5     Q.   Have you ever been arrested for anything?
6     A.   No.
7     Q.   Any DUI charges?
8     A.   No.
9     Q.   Domestic violence?
10    A.   No.
11    Q.   Domestic violence orders?
12    A.   No.
13    Q.   Any problem getting certified by the APSC?
14    A.   No.  Alaska Police Standards Council.  It's a
15 tongue twister.
16    Q.   Did your lack of APSC certification have any
17 effect on your ability to be employed by the City of
18 Fairbanks Police Department?
19    A.   Not to be employed, but it did have a factor
20 on as far as my starting wage and, you know, the fact
21 that I had to go through a whole new field training
22 program, I had to start out at the bottom level as far
23 as the pay scale.
24    Q.   Is it your testimony that Fairbanks Police
25 Department will take a certified officer without

Page 46

1  requiring them to do field training?
2     A.   You have to do a field training program, but
3  it's an abbreviated program and it's all subject to
4  approval by the chief.  Now, that's to the best of my
5  recollection as far as when I hired on.  It may be
6  different now.
7     Q.   Do you have any idea how much more you would
8  have earned from the Fairbanks Police Department had
9  you been certified?
10    A.   Well, you know what, I believe that we can
11 look at it right here on Exhibit 1 that you've handed
12 me, where we went from recruit police officer to police
13 officer.  So I started out at 19.10 an hour and I went
14 to 23.37 an hour.
15    Q.   And what's the basis of your understanding
16 that you could have earned 23.37 an hour had you had
17 your certification?
18    A.   Well, basic police officers, recruit police
19 officers don't start out at the same level that
20 certified police officers do.  There's an abbreviated
21 entry program, there's a lot of other benefits to being
22 certified prior to going to work for someone.
23    Q.   Is this set forth in a policy manual for you
24 at the Fairbanks Police Department?
25    A.   I don't know if it's in the policy manual, I

Page 47

1  think it's in the hiring guide when you first apply.
2  You first apply, I think they give you different
3  criteria like different steps that -- you know, what
4  you qualify as far as your hiring phase, where you
5  would start in the process.
6     Q.   How did you learn about the job in Fort Yukon?
7     A.   Through the academy advisor.
8     Q.   Who was that?
9     A.   John Meyers.
10    Q.   What did you learn?
11    A.   That they were looking to hire another
12 officer.
13    Q.   What time of year was that?
14    A.   I believe it was -- I believe it was about a
15 month prior to graduation.  I'm guessing.  I'm -- I
16 can't recall, that was four years ago.
17    Q.   How -- how long did it take from when you
18 learned about the position in Fort Yukon until you were
19 hired there?
20    A.   Well, I started the academy February, I
21 graduated in May, so I'm -- if my -- like I said,
22 educated guess, so I would have had to have learned
23 about it in April, so if it was April time frame,
24 May or April, May, June, July, and August, five months.
25    Q.   And --

Page 48

1     A.   Five and a half months because we hired on in
2  the middle of the month.
3     Q.   You wrote again on -- we looked earlier on
4  your application to the Fairbanks Police Department,
5  you provided an employment history, correct?
6     A.   I did.
7     Q.   And you indicated that your start date with
8  Fort Yukon was August 16th, 2002?
9     A.   Forgive me, I'll have to verify that.  I'm not
10 certain.
11    Q.   You're looking at Exhibit 1?
12    A.   I am.  Okay.  Yes.
13    Q.   And to the best of your knowledge, that was
14 correct -- that's a correct statement, that's your
15 start date at Fort Yukon?
16    A.   It is.
17    Q.   And tell me about the process to be hired by
18 the City of Fort Yukon.  Did you fill out an
19 application?
20    A.   I did.
21    Q.   Did you fill out an F-3 form?
22    A.   I believe I did.  I had to have.  It was an
23 APSC department, I had to have.
24    Q.   You understood that the City of Fort Yukon is
25 an Alaska Police Standards Council department?

12 (Pages 45 to 48)

Heartland Court Reporters		Telephone: 907-452-6727
Carol A. McCue, RMR   E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

Exhibit H
Page 2 of 3

Case 4:04-cv-00034-RRB   Document 107-10   Filed 09/13/2006   Page 3 of 3

Deposition of William D. McKillican                                   Fleming, et al., vs. Carroll, et al.
Taken August 17, 2006                                                 Case No. 4:04-cv-00034-RRB

Page 49

1  A.  Yes.
2  Q.  It's a city police department, right?
3  A.  Yes.
4  Q.  Its employees, its officers have to meet the
5  APSC standards, correct?
6  A.  Yes.
7  Q.  So, for example, if you had three DUI arrests,
8  you wouldn't have been eligible to be hired by the Fort
9  Yukon Police Department, as you understood?
10 A.  I don't know exactly what the criterias and
11 what the disqualifiers are, to be honest with you.  I
12 know there are officers that are working on the road
13 that have made mistakes in their younger years.
14 Q.  You knew --
15 A.  And they have DUI arrests and stuff like that.
16 But, I mean, that's all up to the hiring people that do
17 that, decide whether or not that's relevant or not.
18 Q.  You understood you had -- you had to meet the
19 Alaska Police Standards Council criteria?
20 A.  Me personally?
21 Q.  Yes.
22 A.  Absolutely.
23 Q.  And so you believe you submitted an F-3 Form;
24 is that right?
25 A.  I believe I did.

Page 50

1  Q.  Did you keep a copy of that?
2  A.  I don't believe I did.  Those things change
3  constantly.  Through personal experience, as many times
4  as I filled one out, they are so lengthy, as soon as
5  you get done filling one out, you want to get rid of
6  it.
7  Q.  What else did you do, other than apply?  Did
8  you have an interview?
9  A.  I did.
10 Q.  Who with?
11 A.  I talked to Reggie on the phone.
12 Q.  The interview was telephonic?
13 A.  Yes.  Initially.  Initially, yes, it was a
14 telephonic.
15 Q.  How long was the interview?
16 A.  About an hour, hour and a half, I'm guessing.
17 I -- I -- you know, like I said before, that was 2002.
18 I don't really recall.
19 Q.  And what else did you do before being hired?
20 A.  I went up there for the weekend, for a
21 weekend, to see the City of Fort Yukon, see if it was
22 somewhere that I wanted to work.
23 Q.  What did you think?
24 A.  I thought it was great.  I mean, took the job.
25 Q.  Who did you meet with?

Page 51

1  A.  I met with Reggie, of course, and I also met
2  with the city manager.
3  Q.  Who was that?
4  A.  Oh, jeez, what was her name?
5  Q.  Bonnie Thomas?
6  A.  Bonnie Thomas, yes.  She was only there a
7  short time after I got there.  She left shortly after I
8  did -- or after I had gotten there.  So...
9  Q.  Any other officers?
10 A.  There was no other officers at the time.
11 Q.  The time --
12 A.  There was -- well, employed by the City of
13 Fairbanks?  Or I'm sorry, the City of Fort Yukon, no.
14 Tanana Chiefs and the Alaska State Troopers had a VPSO.
15 Q.  Who is that?
16 A.  Mike Hardy.
17 Q.  Did you meet Mr. Hardy?
18 A.  Yes, I did.
19 Q.  So you met the -- you met Mike Hardy who was
20 employed by TCC and the State Troopers, right?
21 A.  I don't remember which.  I believe it's TCC
22 that hires them and then the State Troopers supervises
23 them I believe is how it works.  I'm not too familiar
24 with the VPSO program.  I apologize for that.
25 Q.  And then you met Reginald Fleming?

Page 52

1  A.  Yes.
2  Q.  Who you previously knew from your academy?
3  A.  Yes.  That I had talked to.
4  Q.  And he was the only police officer at the time
5  who was working for the City of Fort Yukon?
6  A.  Yes.
7  Q.  You were to be the second police officer?
8  A.  Yes.
9  Q.  And at that time, this is August -- when did
10 you go up there?  How -- how --
11 A.  I believe it was two weeks prior to my hire.
12 Q.  So right around the 1st of August 2002?
13 A.  I believe so, yes.
14 Q.  And -- and was anybody else working in any
15 capacity in the police department at that time?
16 A.  I don't recall.
17 Q.  Even -- even dispatcher?
18 A.  There may have been a dis -- yeah, you know
19 what, there was.
20 Q.  Do you remember which one?
21 A.  Yeah.  It was Shannon Hardy.  Mike Hardy's
22 wife.  The VPSO's wife, yes.
23 Q.  Any other employees in the police department?
24 A.  No.
25 Q.  So you had understood you were joining a small