*Paul Shewfelt delivered to Clerk 1/3/04 @ 3pm.*
*30 Paul told Clerk to adjust agenda to put this on Agenda under new business.*

We the undersigned voters and residents of Fort Yukon demand the following action:

We demand the City Manager immediately relieve Officer Christopher Deleon of his position of City Patrolman.

Officer Deleon's evaluation should reflect his total disregard for the rural/native lifestyle. The list of complaints from the people of Fort Yukon are too long to list individually and we the undersigned will not cease from our goal of only employing personnel who will "Protect & Serve" our community with respect for our special status. "There is only one Fort Yukon in Alaska".

| NAME (Print) | DATE | ADDRESS | SIGNATURE |
|---|---|---|---|
| Sam P. John | 1/6/04 | Box 128 Ft. Yukon | [signed] |
| Jean Tremblay | 1/6/04 | 146 Ft Yukon | [signed] |
| Melinda L. Peter | 1-6-04 | P.O. Box 333 Fort Yukon, AK | [signed] |
| Clifford Luke | 1-6-04 | P.O. Box 52 F/yukon | [signed] |
| Diana McCarty | 1-6-04 | PO box 312 Ft. Yukon | [signed] |
| Shirley Fields | 1-6-04 | Box 147, FYU | [signed] |
| Jimmy [?] | 1-6-04 | Box 308 Ft. Yukon | [signed] |
| [?] Williams | 1-6-04 | Box 48 | [signed] |
| Jack Stevens | 1-6-04 | 163 | [signed] |
| [White?] Thomas | 1-6-04 | Box 133 | [signed] |
| Donald Carroll Sr. | 1-6-04 | Box 28 | [signed] |
| Anna Tremblay | 1/6/04 | Bx. 344 | [signed] |
| Daniel [?] | 1/6/04 | FYU | [signed] |
| G. Bergman | 1/6/04 | Box 243 | [signed] |
| Louis Fairchild | 1-6-04 | Fort Yukon AK | [signed] |
| Cecily Petersen | 1-6-04 | Fort Yukon AK | [signed] |
| Anthony Shewfelt | 1-6-04 | Fort Yukon AK | [signed] |
| PAUL HAYDEN | 1-6-04 | Fort Yukon | [signed] |
| Paul Shewfelt | 1-6-04 | Box 261 FYU | [signed] |
| Cynthia Shewfelt | 1-6-04 | P.O. Bx 261 FYU | [signed] |
| Rene Ward | 1-6-04 | PO Box 743, FYU | [signed] |
| Doris Ward | 1-6-04 | PO Box 34 F-yu | [signed] |
| Judy Peter | 1-7-04 | POB 201 Fort Yukon | [signed] |
| Jerry Peter | 1-7-04 | POB 75 Fort Yukon | [signed] |
| David M. James | 1-7-04 | POB 205 Ft. Yukon | [signed] |
| Susan Solomon | 1-7-04 | Box 26 Ft. Yukon AK | [signed] |
| Vivian Hitt | 1-7-04 | Box 400 | [signed] |
| John Land | 1-7-04 | Box 361 | [signed] |
| Cindy Alexander | 1-7-04 | [?] | [signed] |
| [?] | 1-7-04 | [?] | [signed] |

EXHIBIT #4 DeLeon 7-19-[?]

Exhibit I
Page 1 of 2
FY 1376

We the undersigned voters and residents of Fort Yukon demand the following action:

We demand the City Manager immediately relieve Officer Christopher Deleon of his position of City Patrolman.

Officer Deleon's evaluation should reflect his total disregard for the rural/native lifestyle. The list of complaints from the people of Fort Yukon are too long to list individually and we the undersigned will not cease from our goal of only employing personnel who will "Protect & Serve" our community with respect for our special status. "There is only one Fort Yukon in Alaska".

| NAME (Print) | DATE | ADDRESS | SIGNATURE |
|---|---|---|---|
| Tillie Cadzow | 01-07-04 | Fort Yukon, AK 99740 | |
| HAROLD WARD | 01-7-04 | Ft. Yukon, AK 99740 | Harold Ward |
| Roy Carroll | NA | Fort Yukon AK | Roy Carroll |
| Dale Carroll | 01-7-04 | Fort Yukon AK | Dale Carroll |
| | | FYU | |
| Ronald Carroll | 0-7-04 | P.O. Box 122 | Ronald Carroll |
| Richard Shewfelt | 1-7-04 | P.O. Box 56 | |
| Roberta Carroll | 1-7-04 | Ft Yukon | Roberta Carroll |
| Georgina Solomon | 1-7-04 | Ft Yukon | |
| Conrad Peterson | 1-7-04 | Ft Yukon | Conrad Peterson |
| | 1-7-04 | FYU | |
| Mita Mastick | 06/07/04 | Ft Yukon, AK | Mita Mastick |
| Marcus Peter | 1-7-04 | FYU | Marcus Peter |
| Nellie Carroll | 1-7-04 | FYU | Nellie Carroll |
| Thomas Carroll | 1-7-04 | FYU | Thomas Carroll |
| Annie Peter | 1-8-04 | FYU | Annie Peter |
| Lorraine Gennis | 1-09-04 | FYU | Lorraine Gennis |
| MARtin L Peter | 1-09-04 | FYU | Martin L Peter |
| Ben Simmons | 1-09-04 | FYU | Ben Simmons |
| Virginia English | 1-09-04 | FYU | Virginia English |
| Derek Abrams | 1-09-04 | FYU | |
| Gino Mahler | 1-09-04 | FYU | GINO MAHLER |
| Debra g Carroll | 1-11-04 | FYU | Debra Carroll |
| John Erick | 1-11-04 | FYU | John Erick |
| Albert Thomas | 1-11-04 | FYU | Albert Thomas |
| ISAAC JOHN | 1-11-04 | FYU | Isaac John |
| Clara Joseph | 1-12-4 | Ft Yukon, AK | Clara Joseph |
| Paul B. Solomon | 1-12-04 | Ft Yukon | Paul B. Solomon |
| HOWARD B JOSEPH | 1-12-04 | Fort Yukon AK | Howard B Joseph |
| MAureen Jonas | 1-12-04 | Fort Yukon AK | Maureen Jonas |
| Linda M Shewe | 1-12-04 | " " | Linda M Shewe |
| Alberta Erick | 1-12-04 | Fort Yukon, AK | Alberta Erick |
| Dwayne Erick | 1-12-04 | Fort Yukon AK | Dwayne Erick |
| Billy Newell | 1-12-04 | Fort Yukon, AK | Billy Newell |

34

Exhibit I
Page 2 of 2

FY 1377