## CHAPTER 7

**GRIEVANCES**

Section:

1. General Policy
2. Grievance Policy

### Section 1: General Policy

It is the general policy of the City and the duty of each supervisor to anticipate and correct, in so far as practical, grievance producing circumstances, and thus preventing grievance from arising. A grievance is considered to be any dispute between an employee and the City of Fort Yukon, which impacts on an employee's would not ordinarily give rise to a grievance subject to this grievance procedure, any matter which adversely affects nay employees ability to perform his or her job could be reason of a grievance.
<u>Use good individual judgment and common sense as your guide.</u>

### Section 2: Grievance Procedure

The grievance procedure being utilized encourages the informal resolution of grievances at several stages. Informal resolution can be obtained through supervisors or the City Manager.

The grievance of any employees shall be handled in the following manner. Each subsequent step to be taken only if satisfactory resolution cannot be obtained on the previous level. Failures to follow the steps are as follows:

Step 1. A verbal presentation to the employees supervisor who must record the date and a brief explanation of the nature of the grievance. The employees and supervisor would discuss the grievance and determine a plan to resolve it. The grievance should be raised within thirty (30) days following the events or circumstances giving rise to it, and the employee and his/her supervisor shall endeavor to resolve the grievance within five (5) days thereafter:

Step 2. A written presentation to the Personnel Officer, if step 1 is not successful or if the grievance is against the employee's supervisor, who must record the date and nature of the grievance. The grievance should be submitted within thirty-five (35 days) following the conduct which led to the grievance. Within ten working days of the request the Personnel Officer will seek an informal resolution to the grievance and may conduct investigations as necessary, including discussion with the person submitting the grievance, the persons against whom the grievance is submitted and any other employees who have personal knowledge of any matters related to the grievance. If an informal resolution is achieved, the Personnel Officer shall prepare a brief written

City of Fort Yukon, Inc. personnel Policy Manual Handbook    20

Revised January 2001

*Fleming v Carroll*
Plt. Doc. Control No. **114**

Exhibit K
Page 1 of 1