# PAYROLL CHANGE NOTICE

## TO: PAYROLL DEPARTMENT

| PLEASE ENTER THE FOLLOWING CHANGE(S) TO YOUR RECORDS TAKING EFFECT ON: | DATE & TIME 30 AUG 02 |
|---|---|
| EMPLOYEE NAME WM David McKillican | |
| SOCIAL SECURITY NO. 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 | DEPARTMENT police | CLOCK NO. |

## THE CHANGE(S):

| ✔ All Applicable Boxes | FROM | TO |
|---|---|---|
| ☐ DEPARTMENT | | |
| ☐ JOB | | |
| ☐ SHIFT | | |
| ☐ RATE | | |
| ☐ OTHER ___ | | |
| ☐ OTHER ___ | | |

## THE REASON FOR THE CHANGE(S):

☐ HIRED  ☐ PROBATIONARY PERIOD COMPLETED
☐ RE-HIRED  ☐ LENGTH OF SERVICE INCREASE
☐ PROMOTION  ☐ RE-EVALUATION OF EXISTING JOB
☐ DEMOTION  ☐ RESIGNATION
☐ TRANSFER  ☐ RETIREMENT
☐ MERIT INCREASE  ☐ LAYOFF
☐ UNION SCALE  ☐ DISCHARGE
☐ LEAVE OF ABSENCE FROM _____ (DATE) UNTIL _____ (DATE)
☑ OTHER (Explain) Salary  40,000.00 A year

## AUTHORIZATION:

| RECOMMENDED BY [signature] | DATE 30 AUG 02 |
|---|---|
| AUTHORIZED BY [signature] | DATE |

RE-ORDER FORM #08320 FROM AMSTERDAM PRINTING & LITHO CORP., AMSTERDAM, N.Y. 12010

Exhibit L
Page 1 of 1

FY 1140