IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, | )<br>)<br>) |
| Defendants. | ) |
| | ) Case 4:04-cv-00034-RRB |

**[PROPOSED] ORDER TO EXTEND DEADLINE FOR MOTIONS PRACTICE UNTIL PLAINTIFFS COMPLY WITH THEIR DISCOVERY OBLIGATIONS**

Defendants' motion to extend the motions deadline is granted. All discovery, dispositive, and evidentiary motions shall be filed 30 days after Plaintiffs comply with the Court's order compelling responses to the Defendants' first discovery responses, or if the Court grants Defendants' second motion to compel, then 30 days after Plaintiffs comply with that order.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006,
a true and correct copy of the foregoing
document was served electronically on the
following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:   s/ Matthew Singer