Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case 4:04-cv-00034-RRB

**ERRATA TO MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT FOR
<u>FAILURE TO EXHAUST CONTRACTUAL REMEDIES (DELEON)</u>**

Defendants hereby notify the Court and parties that there is an error on Page 12, footnote 28 of Defendants' Memorandum in Support of Motion for Partial Summary Judgment for Failure to Exhaust Contractual Remedies (DeLeon) [Docket 92]. Defendants inadvertently omitted relevant subsequent history for a cited case. The footnote should read: *Sierra Lake Reserve v. City of Rocklin*, 938 F.2d 951, 956 (9th Cir. 1991) (*vacated on other grounds in City of Rocklin v. Sierra Lakes Reserve*, 506 U.S. 802

(1992)) (*relevant portion reinstated in Sierra Lake Reserve v. City of Rocklin*, 987 F.2d 662 (9th Cir. 1993)).

DATED at Anchorage, Alaska this 20th day of September, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: s/ Matthew Singer
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer