Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>          Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

## STIPULATION AS TO BRIEFING SCHEDULE

The parties, by and through their respective counsel, hereby agree to the following briefing schedule for the pending summary judgment motions:

1.  Defendants' Motion for Partial Summary Judgment against DeLeon [Docket 91]

    - Opposition due October 16, 2006
    - Reply due October 30, 2006

2. Defendants' Motion for Summary Judgment against Reginald Fleming [Docket 106]

- Opposition due October 16, 2006
- Reply due October 30, 2006

3. Defendants' Motion for Partial Summary Judgment against Reginald Fleming and William McKillican (FLSA) [Docket 96]

- Opposition due October 16, 2006
- Reply due October 30, 2006

4. Defendants' Motion for Partial Summary Judgment against William McKillican [Docket 104]

- Opposition due October 30, 2006
- Reply due November 13, 2006

5. Defendants' Motion for Partial Summary Judgment against Todd Schlumbohm [Docket 102]

- Opposition due October 30, 2006
- Reply due November 13, 2006

6. Defendants' Motion for Partial Summary Judgment against Christopher Hampton [Docket 100]

- Opposition due October 30, 2006
- Reply due November 13, 2006

7. Defendants' combined reply/opposition to cross motion for summary judgment on Count I due October 13, 2006. [*See* Docket 94, Motion for Extension of Time to File Response/Reply]

WHEREFORE, Plaintiffs and Defendants request that the Court accept the briefing schedule as set forth above.

                    MICHAEL J. WALLERI, ESQ.
                    Attorney for Plaintiffs

| September 27, 2006 | s/ Michael J. Walleri (consented) |
|---|---|
| Date | Michael J. Walleri |
| | 330 Wendell Street, Suite E |
| | Fairbanks, AK  99701 |
| | Phone:  (907) 452-4716 |
| | Fax:  (907) 452-4725 |
| | Alaska Bar No. 7906060 |

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

| September 27, 2006 | By:   s/ Matthew Singer |
|---|---|
| Date | Matthew Singer |
| | 3000 A Street, Suite 300 |
| | Anchorage, AK  99503 |
| | Phone:  (907) 563-8844 |
| | Fax:  (907) 563-7322 |
| | Alaska Bar No. 9911072 |