IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

## [PROPOSED] ORDER AS TO BRIEFING SCHEDULE

The Court, having reviewed the parties' Stipulation as to Briefing Schedule, HEREBY ORDERS that the briefing schedule for the pending summary judgment motions will be as stipulated to by the parties:

1. Defendants' Motion for Partial Summary Judgment against DeLeon [Docket 91]

    - Opposition due October 16, 2006
    - Reply due October 30, 2006

2. Defendants' Motion for Summary Judgment against Reginald Fleming [Docket 106]

    - Opposition due October 16, 2006
    - Reply due October 30, 2006

3. Defendants' Motion for Partial Summary Judgment against Reginald Fleming and William McKillican (FLSA) [Docket 96]

    - Opposition due October 16, 2006
    - Reply due October 30, 2006

4. Defendants' Motion for Partial Summary Judgment against William McKillican [Docket 104]

- Opposition due October 30, 2006
- Reply due November 13, 2006

5. Defendants' Motion for Partial Summary Judgment against Todd Schlumbohm [Docket 102]

- Opposition due October 30, 2006
- Reply due November 13, 2006

6. Defendants' Motion for Partial Summary Judgment against Christopher Hampton [Docket 100]

- Opposition due October 30, 2006
- Reply due November 13, 2006

7. Defendants' combined reply/opposition to cross motion for summary judgment on Count I due October 13, 2006. [*See* Docket 94, Motion for Extension of Time to File Response/Reply]

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006,
a true and correct copy of the foregoing
proposed Order was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:   s/ Matthew Singer