IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN and TODD SCHLUMBOHM,<br><br>   Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA,<br><br>   Defendants. | Case No. 4:04-cv-0034-RRB<br><br>**ORDER GRANTING MOTION TO COMPEL PLAINTIFFS TO RESPOND TO DISCOVERY REQUESTS** |

   Upon due consideration of Defendants' Motion to Compel Plaintiffs to Respond to Defendants' Second Discovery Requests at Docket 98, and noting no opposition thereto, the motion at **Docket 98** is hereby **GRANTED**.

   As a consequence, the Court hereby orders, pursuant to Fed. R. Civ. P. 37, that Plaintiffs shall, by the close of business on November 6, 2006, provide full and complete responses to Defendants' Requests for Production as follows:

1. Plaintiff DeLeon shall provide full and complete responses to Defendants' Requests for Production Nos. 19, 20, and 21;

2. Plaintiff Hampton shall provide full and complete responses to Defendants' Requests for Production Nos. 16, 17, 19, 20, and 21;

3. Plaintiff Fleming shall provide full and complete responses to Defendants' Requests for Production Nos. 16, 17, 19, 20, and 21;

4. Plaintiff McKillican shall provide full and complete responses to Defendants' Requests for Production Nos. 19, 20, and 21; and

5. Plaintiff Schlumbohm shall provide full and complete responses to Defendants' Request for Production Nos. 16, 17, and 19.

ENTERED this 5th day of October, 2006.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE