Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**NON-OPPOSED MOTION FOR EXTENSION OF TIME FOR REPLY & OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT (COUNT I)**

Defendants request a further extension until October 31, 2006 to file their Reply and Opposition to Cross-Motion to Summary Judgment on Count I, regarding the FLSA overtime claims. By prior stipulation, this pleading was due on October 13, 2006. In light of the recent death of the City's treasurer, Vera James, the City needs some additional time to train a replacement on the City's payroll system in order to be able to provide necessary affidavits relevant to the instant dispute.

The undersigned has conferred with Plaintiffs' counsel, Michael Walleri, and he does not oppose an extension until October 31, 2006.

DATED at Anchorage, Alaska this 13th day of October, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: (907) 563-8844
Fax: (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2006, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Matthew Singer