IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>          Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**[PROPOSED] ORDER FOR EXTENSION
OF TIME TO FILE REPLY AND OPPOSITION TO
<u>CROSS-MOTION FOR SUMMARY JUDGMENT (COUNT I)</u>**

Having considered Defendants' Non-Opposed Motion for Extension of Time for Reply and Opposition to Cross-Motion Summary Judgment (Count I), IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Defendants shall have until Tuesday, October 31, 2006, within which to file their combined Reply and Opposition to Cross-Motion for Summary Judgment on Count I.

DATED at Fairbanks, Alaska this _____ day of _____, 2006.

                                                                                       _____
                                                                                       Hon. Ralph R. Beistline
                                                                                       United Stated District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2006,
a true and correct copy of the foregoing
document was served electronically on
the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

s/ Matthew Singer