IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, | ) ) ) |
| Defendants. | ) ) |
| | )  Case 4:04-cv-00034-RRB |

[~~PROPOSED~~] ORDER FOR EXTENSION
OF TIME TO FILE REPLY AND OPPOSITION TO
CROSS-MOTION FOR SUMMARY JUDGMENT (COUNT I)

Having considered Defendants' Non-Opposed Motion for Extension of Time for

Reply and Opposition to Cross-Motion Summary Judgment (Count I), IT IS HEREBY

ORDERED that Defendants' motion is GRANTED.    Defendants shall have until

Tuesday, October 31, 2006, within which to file their combined Reply and Opposition to

Cross-Motion for Summary Judgment on Count I.

DATED at Fairbanks, Alaska this _13_ day of _October_ , 2006.

_S/RRB_

Hon. Ralph R. Beistline
United Stated District Court Judge