Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **AFFIDAVIT OF WILLIAM MCKILLICAN**<br><br><br>Case No. F04-0034 CIV (RRB) |

STATE OF ALASKA        )
                                       )ss
FOURTH JUDICIAL DISTRICT  )

I, William McKillican, after being duly sworn, state as follows:

1)  I am a Plaintiff in this matter.

2)  I was employed as a Police Officer for the City of Fort Yukon from August 2002 until August 2003.

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Fleming, et. al. v City of Fort Yukon
Affidavit of William McKillican

EXHIBIT A
PAGE 1 OF 6
Page 1 of 2

3) I was hired as an hourly employee[1] making $16.82 an hour for $35,000 a year.

4) I was paid as an hourly employee for my first pay period, collecting for 191 hours at $16.82 at straight pay[2].

5) A payroll change notice[3] to effect on August 30, 2002, changing my pay to salary at $40,000 a year.

6) My September 13, 2002 pay period ending check[4] reflects my salary pay.

William McKillican

Sworn and subscribed to me this 13 day of October, 2006



Christine Woodward
Notary Public for the State of Alaska
My Commission Expires on: March 9, 2010

---

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

[1] Exhibit A Payroll Change Notice
[2] Exhibit B Check Number 40388
[3] Exhibit C Payroll Change Notice
[4] Exhibit D Check Number 40421

# PAYROLL CHANGE NOTICE

## TO: PAYROLL DEPARTMENT

| PLEASE ENTER THE FOLLOWING CHANGE(S) TO YOUR RECORDS TAKING EFFECT ON: | DATE & TIME |
|---|---|
| EMPLOYEE NAME: WILLIAM DAVID MCKILLICAN | |
| SOCIAL SECURITY NO. 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 | DEPARTMENT: POLICE | CLOCK NO. |

## THE CHANGE(S): $35,000.00 /year

| ✓ All Applicable Boxes | FROM | TO |
|---|---|---|
| ☐ DEPARTMENT | | |
| ☐ JOB | | |
| ☐ SHIFT | | |
| ☑ RATE | 16.82 hr. | |
| ☐ OTHER | | |
| ☐ OTHER | | |

## THE REASON FOR THE CHANGE(S):

- ☑ HIRED
- ☐ RE-HIRED
- ☐ PROMOTION
- ☐ DEMOTION
- ☐ TRANSFER
- ☐ MERIT INCREASE
- ☐ UNION SCALE
- ☐ PROBATIONARY PERIOD COMPLETED
- ☐ LENGTH OF SERVICE INCREASE
- ☐ RE-EVALUATION OF EXISTING JOB
- ☐ RESIGNATION
- ☐ RETIREMENT
- ☐ LAYOFF
- ☐ DISCHARGE
- ☐ LEAVE OF ABSENCE FROM _____ (DATE) UNTIL _____ (DATE)
- ☐ OTHER (Explain) _____

FY 3386

## AUTHORIZATION:

| RECOMMENDED BY: [signature] | DATE: 8/22/02 |
| AUTHORIZED BY: [signature] | DATE: 8/22/02 |

EXHIBIT 2 PAGE 3 OF 6

RE-ORDER FORM #08320 FROM AMSTERDAM PRINTING AND LITHO CORP., AMSTERDAM, N.Y. 12010

CITY OF FORT YUKON / GENERAL OPERATING FUND 40388

| | | 09/06/2002 | YTD |
|---|---|---|---|
| William D McKillican | | | |
| P.O. Box 55621 | Hourly Wage (191.00@$16.82) | 3,212.62 | 3,212.62 |
| North Pole, AK 99705 | Pay Advance | -100.00 | -100.00 |
| | Federal Withholding | -538.00 | -538.00 |
| 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 | Social Security Employee | -199.18 | -199.18 |
| | Medicare Employee | -46.58 | -46.58 |
| Used / Available | AK - Unemployment Employee | -16.06 | -16.06 |
| Sick 0.00 / 0.00 | | | |
| Vac 0.00 / 0.00 | | | |

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

08/17/2002 - 08/30/2002 Pay Period          2,312.80

PAYMENT RECORD

EXHIBIT B
PAGE 1 OF 1

EXHIBIT 2
PAGE 4 OF 6     FY 3384

# PAYROLL CHANGE NOTICE

## TO: PAYROLL DEPARTMENT

| PLEASE ENTER THE FOLLOWING CHANGE(S) TO YOUR RECORDS TAKING EFFECT ON: | DATE & TIME 30 Aug 02 |
|---|---|

| EMPLOYEE NAME WM David McKillican | | |
|---|---|---|
| SOCIAL SECURITY NO. 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 | DEPARTMENT police | CLOCK NO. |

## THE CHANGE(S):

| ✔ All Applicable Boxes | FROM | TO |
|---|---|---|
| ☐ DEPARTMENT | | |
| ☐ JOB | | |
| ☐ SHIFT | | |
| ☐ RATE | | |
| ☐ OTHER _____ | | |
| ☐ OTHER _____ | | |

## THE REASON FOR THE CHANGE(S):

- ☐ HIRED
- ☐ RE-HIRED
- ☐ PROMOTION
- ☐ DEMOTION
- ☐ TRANSFER
- ☐ MERIT INCREASE
- ☐ UNION SCALE
- ☐ LEAVE OF ABSENCE FROM _____ (DATE) UNTIL _____ (DATE)
- ☐ PROBATIONARY PERIOD COMPLETED
- ☐ LENGTH OF SERVICE INCREASE
- ☐ RE-EVALUATION OF EXISTING JOB
- ☐ RESIGNATION
- ☐ RETIREMENT
- ☐ LAYOFF
- ☐ DISCHARGE
- ✔ OTHER (Explain) __Salary  40,000.00 a year__

FY 3383

## AUTHORIZATION:

| RECOMMENDED BY [signature] | DATE 30 Aug 02 |
|---|---|
| AUTHORIZED BY [signature] | DATE |

EXHIBIT 2
PAGE 5 OF 6

EXHIBIT C
PAGE 1 OF 1

RE-ORDER FORM #08320 FROM AMSTERDAM PRINTING & LITHO CORP., AMSTERDAM, N.Y. 12010

CITY OF FORT YUKON / GENERAL OPERATING FUND                                    40421

| | | 09/20/2002 | YTD |
|---|---|---|---|
| William D McKillican | | | |
| P.O. Box 55621 | Salary (88.00 hrs) | 1,538.46 | 1,538.46 |
| North Pole, AK 99705 | Federal Withholding | -153.00 | -691.00 |
| | Social Security Employee | -95.39 | -294.57 |
| 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 | Medicare Employee | -22.31 | -68.89 |
| | AK - Unemployment Employee | -7.70 | -23.76 |
| Used / Available | Hourly Wage | 0.00 | 3,212.62 |
| Sick 0.00 / 0.00 | Pay Advance | 0.00 | -100.00 |
| Vac  0.00 / 0.00 | | | |

City of Fort Yukon
PO Box 269
Fort Yukon  AK  99740-0269
(907) 662-2479 fax (907) 662-2717

08/31/2002 - 09/13/2002 Pay Period                    1,260.06

EXHIBIT 2
PAGE 6 OF 6

EXHIBIT B
PAGE 1 OF 1

FY 3390