Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING FAILURE OF CITY TO CONDUCT PRE-TERMINATION HEARINGS AND EXCUSE OF FAILURE TO PURSUE ADMINISTRATIVE GRIEVANCE PROCEDURES (DELEON)**<br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW, Officer DeLeon, by and through the undersigned counsel, to move for partial summary judgment respecting the following:

1) City violated Officer DeLeon's rights to a pre-termination hearing; and

2) Officer DeLeon was excused from pursuing an administrative grievance.

The reasons for this motion are set forth in the accompanying memorandum.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                Page 1 of 2
Opp: Partial Sum. Jud. (Count 1) [Docket 96]

| | |
|---|---|
| DATED: October 16, 2006 | s/ Michael J. Walleri |
| | Law Offices of Michael J. Walleri |
| | 330 Wendell Street, Suite E |
| | Fairbanks, AK 99701 |
| | (907) 452-4716 |
| | (907) 452-4725 (Facsimile) |
| | walleri@gci.net |
| | AK. Bar No. 7906060 |

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on October 17, 2006 via ECFl  to:
Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                 *Page 2 of 2*
Opp: Partial Sum. Jud. (Count 1) [Docket 96]