Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING FAILURE OF CITY TO CONDUCT PRE-TERMINATION HEARINGS AND EXCUSE OF FAILURE TO PURSUE ADMINISTRATIVE GRIEVANCE PROCEDURES (DELEON)<br><br>Case No. F04-0034 CIV (RRB) |

The Court having considered the Plaintiffs Motion to move for partial summary judgment Partial Summary Judgment Respecting Failure Of City To Conduct Pre-Termination Hearings And Excuse Of Failure To Pursue Administrative Grievance Procedures (Deleon) the Opposition, if any, of any of the parties, the Court being otherwise duly advised,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                     *Page 1 of 2*
Order: Plt.. Cross Mot. Part. Sum Jud. DeLeon

      IT IS HEREBY ORDERED the Motion is GRANTED. The Court hereby determines and holds that

1) City violated Officer DeLeon's rights to a pre-termination hearing; and

2) Officer DeLeon was excused from pursuing an administrative grievance.

Dated this ____ day of _____, 2006 at Fairbanks, Alaska.

                                                Hon. Ralph R. Beistline
                                                United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on October 17, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                         *Page 2 of 2*
Order: Plt.. Cross Mot. Part. Sum Jud. DeLeon