```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF ALASKA

 3

 4   REGINALD FLEMING, CHRISTOPHER  )
     DeLEON, CHRIS HAMPTON,         )
 5   WILLIAM D. MCKILLICAN, and     )
     TODD SCHLUMBOHM,               )
 6                                  )
                 Plaintiffs,        )
 7                                  )
          vs.                       )
 8                                  )
     FANNIE CARROLL, and the CITY   )
 9   OF FORT YUKON, ALASKA,         )
                                    )
10               Defendants.        )
     _____)
11   Case No. 4:04-cv-00034-RRB

12

13                       CONFIDENTIAL

14           DEPOSITION OF CHRISTOPHER DeLEON

15           Taken Wednesday, July 19, 2006

16       From the hour of 9:05 a.m. to 3:03 p.m.

17         Pages 1 through 232, inclusive
                    Volume 1
18
            Taken by Counsel for Defendants
19
                          At
20
         Offices of Heartland Court Reporters
21          100 Cushman Street, Suite 308
              Fairbanks, Alaska 99701
22

23

24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters


            HEARTLAND COURT REPORTERS 907-452-6727
```

CONFIDENTIAL

COPY

EXHIBIT 1
PAGE 1 OF 3

*30 Paul Shewfelt delivered to Clerk 1/3/04 @ 3pm.*
*30 Paul told Clerk to adjust agenda to put this on Agenda under new business.*

We the undersigned voters and residents of Fort Yukon demand the following action:

We demand the City Manager immediately relieve Officer Christopher Deleon of his position of City Patrolman.

Officer Deleon's evaluation should reflect his total disregard for the rural/native lifestyle. The list of complaints from the people of Fort Yukon are too long to list individually and we the undersigned will not cease from our goal of only employing personnel who will "Protect & Serve" our community with respect for our special status. "There is only one Fort Yukon in Alaska".

| NAME (Print) | DATE | ADDRESS | SIGNATURE |
|---|---|---|---|
| Sam J. John | 1/6/04 | Box 128 Ft. Yukon | Sam P. John |
| Jean Tremblay | 1-6-04 | 146 Ft Yukon | Jean Tremblay |
| | | | |
| Melinda L. Peter | 1-6-04 | P.O. Box 333 Fort Yukon, AK | Melinda Peter |
| Clifford Luke | 1-6-04 | PO Box 52 Ft Yukon | Clifford Luke |
| Diana McCarty | 1-6-04 | PO box 312 Ft. Yukon | Diana McCarty |
| Shirley Fields | 1-6-04 | Box 147, FYU | Shirley Fields |
| Jimmy ? | 1-6-04 | Box 308 Ft. Yukon | Jimmy ? |
| George Williams | 1-6-04 | Box 48 | George Williams |
| Jack Shafer | 1-6-04 | 163 | Jack Shafer |
| Anita Thomas | 1-6-04 | Box 133 | Anita Thomas |
| Donald Carroll Sr | 1-6-04 | Box 28 | Donald Carroll Sr |
| Connie Tremblay | 1/6/04 | Bx. 344 | Connie Tremblay |
| Daniel ? | 1/06/04 | FYU | Daniel ? |
| G. Bergman | 1/6/04 | Box 243 | G. Bergman |
| Louie Fairchild | 1-6-04 | Fort Yukon AK. | Louie Fairchild |
| Casey L. Petersen | 1-6-04 | Fort Yukon AK | Casey L. Petersen |
| Anthony Shewfelt | 1-6-04 | Fort Yukon AK | Anthony Shewfelt |
| PAUL HAYDEN | 1-6-04 | Fort Yukon | Paul Hayden |
| Paul Shewfelt | 1-6-04 | Box 261 FYU | Paul Shewfelt |
| Cynthia Shewfelt | 1-6-04 | P.O. Box 261 FYU | Cynthia Shewfelt |
| Rene Ward | 1-6-04 | PO Box 743, FYU | Rene Ward |
| Doris Ward | 1-6-04 | PO Box 34 F-Yu | Doris Ward |
| Judy Peter | 1-7-04 | POB 201 Fort Yukon | Judy Peter |
| Jerry Peter | 1-7-04 | POB 75 Fort Yukon | Jerry Peter |
| David M. James | 1-7-04 | POB 245 Ft. Yukon | David James |
| Susan Solomon | 1-7-04 | Box 16 Ft Yukon, AK | Susan Solomon |
| Vivian Hitt | 1-7-04 | Box 400 | Vivian Hitt |
| John Lord | 1-7-04 | Box 361 | John Lord |
| Cindy Alexander | 1-7-04 | FYU | Cindy Alexander |
| Jen Alexander | 1-7-04 | FYU | Jen Alexander |

EXHIBIT #4 DeLeon    EXHIBIT PAGE 2 OF 3    FY 1376

We the undersigned voters and residents of Fort Yukon demand the following action:

We demand the City Manager immediately relieve Officer Christopher Deleon of his position of City Patrolman.

Officer Deleon's evaluation should reflect his total disregard for the rural/native lifestyle. The list of complaints from the people of Fort Yukon are too long to list individually and we the undersigned will not cease from our goal of only employing personnel who will "Protect & Serve" our community with respect for our special status. "There is only one Fort Yukon in Alaska".

| NAME (Print) | DATE | ADDRESS | SIGNATURE |
|---|---|---|---|
| Tillie Cadzow | 01-07-04 | Fort Yukon, AK 99740 | |
| HAROLD WARD | 01-7-04 | Ft. Yukon, AK 99740 | Harold Ward |
| Ray Carroll | N/A | Fort Yukon | Ray Carroll |
| Dale Carroll | 01-7-04 | Fort Yukon AK | Dale Carroll |
| | | F YU | |
| Ronald Carroll | 01-7-04 | P.O. Box 122 | Ronald Carroll |
| Michael Stone | 1-7-04 | P.O. Box 56 | Michael Stone |
| Roberta Carroll | 1-7-04 | Ft Yukon | Roberta Carroll |
| Georgina Solomon | 1-7-04 | Ft Yukon | |
| Conrad Peterson | 1-7-04 | Ft Yukon | Conrad Peterson |
| | 1-7-04 | FYU | |
| Mike Mosher | 06/07/04 | Ft Yukon AK | Mike Mosher |
| Marcus Peter | 1-7-04 | FYU | Marcus Peter |
| Nellie Carroll | 1-7-04 | FYU | Nellie Carroll |
| Thomas Carroll | 1-7-04 | FYU | Thomas Carroll |
| Annie Peter | 1-8-04 | FYU | Annie Peter |
| Lorraine Gonnes | 1-09-04 | FYU | Lorraine Gonnes |
| Martin L. Peter | 1-09-04 | FYU | Martin L. Peter |
| Ben Simon Jr | 1-09-04 | FYU | Ben Simon Jr |
| Virginia English | 1-09-04 | FYU | Virginia English |
| Derek Abrams | 1-09-04 | FYU | Derek Abrams |
| Gino Mahler | 1-09-04 | FYU | GINO MAHLER |
| Debra J Carroll | 1-11-04 | FYU | Debra Carroll |
| John Erick | 1-11-04 | FYU | John Erick |
| Albert Thomas | 1-11-04 | FYU | Albert Thomas |
| ISAAC JOHN | 1-11-04 | FYU | Isaac John |
| Clara Joseph | 1-12-04 | Ft Yukon, AK | Clara Joseph |
| Paul B. Solomon | 1-12-04 | Ft. Yukon | Paul B. Solomon |
| HOWARD B JOSEPH II | 1-12-04 | Fort Yukon AK | Howard B Joseph |
| Maureen Jonas | 1-12-04 | Fort Yukon AK | Maureen Jonas |
| Linda M. Shewe | 1-12-04 | " | Linda M. Shewe |
| Alberta Erick | 1-12-04 | Fort Yukon, AK | Alberta Erick |
| Dwayne Erick | 1-12-04 | Fort Yukon, AK | Dwayne Erick |
| Billy Odell | 1-12-04 | Fort Yukon, AK | Billy Odell |

34

3 of 3

FY 1377