```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER  )
     DELEON, CHRIS HAMPTON, WILLIAM )
 4   D. MCKILLICAN and TODD         )
     SCHLUMBOHM,                    )
 5                                  )
                                    )
 6             Plaintiffs,          )
                                    )
 7        vs.                       )
                                    )
 8   FANNIE CARROLL and the CITY OF )
     FORT YUKON, ALASKA             )
 9                                  )
               Defendants.          )
10   _____) Case No. F04-0034 CIV (RRB)

11              DEPOSITION OF FANNIE M. CARROLL
                        May 26, 2006
12

13   APPEARANCES:

14        FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
                                 Law Offices of
15                                Michael J. Walleri
                                 Attorneys at Law
16                               330 Wendell Street
                                 Suite E
17                               Fairbanks, Alaska 99701
                                 (907) 452-4716

18        FOR THE DEFENDANTS:    MR. HOWARD S. TRICKEY
                                 Jermain, Dunnagan & Owens
19                               Attorneys at Law
                                 3000 A Street, Suite 300
20                               Anchorage, Alaska 99503
                                 (907) 563-8844

21
          ALSO PRESENT:          MR. PETER SANDBERG
22
                         * * * *
23

24

25
```



METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



| | | |
|---|---|---|
| 1 | | department. And then he came back in and apologized. |
| 2 | Q | Well, do you think that might have been somewhat the |
| 3 | | case, given that the meeting was set in response to |
| 4 | | the petition that was circulated about Mr. DeLeon? |
| 5 | A | I think -- I think that if DeLeon would have waited |
| 6 | | for a point in the meeting for him to talk, I think |
| 7 | | that he could have talked then. |
| 8 | Q | Was an agenda put out where he could talk? |
| 9 | A | We had -- we had a format, yes. |
| 10 | Q | And was he scheduled to address the assembly? |
| 11 | A | He didn't ask to before the meeting and it wasn't put |
| 12 | | on there by the city clerk. It wasn't -- but there's |
| 13 | | always citizens comments and questions and answers. |
| 14 | | And he -- and he -- and that would have been the time |
| 15 | | because he didn't put it on the outline for the |
| 16 | | meeting. |
| 17 | Q | Well, after the meeting, he came back and apologized |
| 18 | | for his outburst, correct? |
| 19 | A | He apologized to Twila and Mary Beth. |
| 20 | Q | Okay. And he requested a meeting, an executive |
| 21 | | meeting, to talk about the personnel issues relating |
| 22 | | to him, correct? |
| 23 | A | Yeah. They said that he could, you know, that that's |
| 24 | | probably what he should do. |
| 25 | Q | And that was considered to be consistent with the way |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 2 OF 2