```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER   )
     DELEON, CHRIS HAMPTON, WILLIAM  )
 4   D. MCKILLICAN and TODD          )
     SCHLUMBOHM,                     )
 5                                   )
                  Plaintiffs,        )
 6                                   )
           vs.                       )
 7                                   )
     FANNIE CARROLL and the CITY OF  )
 8   FORT YUKON, ALASKA              )
                                     )
 9                Defendants.        )
     _____) Case No. F04-0034 CIV (RRB)
10
                    DEPOSITION OF FANNIE M. CARROLL
11                          May 26, 2006

12
     APPEARANCES:
13
              FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                                   Law Offices of
                                      Michael J. Walleri
15                                   Attorneys at Law
                                     330 Wendell Street
16                                   Suite E
                                     Fairbanks, Alaska 99701
17                                   (907) 452-4716

18            FOR THE DEFENDANTS:    MR. HOWARD S. TRICKEY
                                     Jermain, Dunnagan & Owens
19                                   Attorneys at Law
                                     3000 A Street, Suite 300
20                                   Anchorage, Alaska 99503
                                     (907) 563-8844
21
              ALSO PRESENT:          MR. PETER SANDBERG
22
                              * * * *
23

24

25
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 4
P. 1 of 2

COPY

| | | |
|---|---|---|
| 1 | | things should be handled at that point? |
| 2 | A | Consistent with what? |
| 3 | Q | That the city prefers to have personnel issues |
| 4 | | addressed in executive session? |
| 5 | A | I think to see where, you know, what exactly the |
| 6 | | personnel issue is first, I mean, I would assume that |
| 7 | | would be the right order. |
| 8 | Q | And the council or the people there set a hearing on |
| 9 | | executive session for February 18th? |
| 10 | A | They said that, you know, he should schedule -- I |
| 11 | | think they wanted to schedule one for him there. |
| 12 | Q | They actually set it at the end of the meeting for the |
| 13 | | 18th, correct? |
| 14 | A | Uh-huh, yeah. 'Cause they said that, you know, that |
| 15 | | should be not public first, I mean, it was going to be |
| 16 | | in executive session evidently. |
| 17 | Q | Okay. You fired him before then, didn't you? |
| 18 | A | Before that date? |
| 19 | Q | Uh-huh, before the 18th, you fired Mr. DeLeon? |
| 20 | A | Mr. DeLeon got terminated before that date, yes. |
| 21 | Q | So that meeting never took place, did it? |
| 22 | A | No, it didn't. Did he show up? |
| 23 | Q | Because he was terminated? |
| 24 | A | Did he show up? |
| 25 | Q | Well, was the meeting ever held? |

*METRO COURT REPORTING*
*745 West Fourth Avenue, Suite 425*
*Anchorage, Alaska 99501*
*(907) 276-3876*

EXHIBIT 4
PAGE 2 OF 2