```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF ALASKA
 3   REGINALD FLEMING, CHRISTOPHER   )
     DELEON, CHRIS HAMPTON, WILLIAM  )
 4   D. MCKILLICAN and TODD          )
     SCHLUMBOHM,                     )
 5                                   )
                    Plaintiffs,      )
 6                                   )
           vs.                       )
 7                                   )
     FANNIE CARROLL and the CITY OF  )
 8   FORT YUKON, ALASKA              )
                                     )
 9                  Defendants.      )
                                     ) Case No. F04-0034 CIV (RRB)
10   _____)
                 DEPOSITION OF FANNIE M. CARROLL
11                      May 26, 2006

12   APPEARANCES:
13
          FOR THE PLAINTIFFS:     MR. MICHAEL J. WALLERI
14                                Law Offices of
                                   Michael J. Walleri
15                                Attorneys at Law
                                  330 Wendell Street
16                                Suite E
                                  Fairbanks, Alaska 99701
17                                (907) 452-4716

18        FOR THE DEFENDANTS:     MR. HOWARD S. TRICKEY
                                  Jermain, Dunnagan & Owens
19                                Attorneys at Law
                                  3000 A Street, Suite 300
20                                Anchorage, Alaska 99503
                                  (907) 563-8344
21
          ALSO PRESENT:           MR. PETER SANDBERG
22                       * * * *
23
24
25
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876





| | | |
|---|---|---|
| 1 | | defensive, so I'd ask you to -- I mean, the questions |
| 2 | | themselves are somewhat argumentative but the tone plus the |
| 3 | | questions are argumentative. Maybe we can just take a five |
| 4 | | minute break and let everybody just cool down here and get |
| 5 | | through the rest of the afternoon. |
| 6 | | MR. WALLERI: Okay. |
| 7 | | (Off record) |
| 8 | | (On record) |
| 9 | Q | (By Mr. Walleri) Okay. In terms of Mr. -- do you |
| 10 | | remember having a conversation with Mr. DeLeon when |
| 11 | | Mr. McKillican separate- -- right after Mr. McKillican |
| 12 | | resigned, in which you expressed your appreciation for |
| 13 | | Mr. DeLeon's honesty? |
| 14 | A | At that time, yes I did. |
| 15 | Q | Now on -- now that happened on -- that would have |
| 16 | | happened on July or August 6th of 2003. So what |
| 17 | | happened between August 6th of 2003 until February 5th |
| 18 | | or February 7th, to suggest -- or what acts of |
| 19 | | insubordination occurred by Mr. DeLeon between that |
| 20 | | period of time? |
| 21 | A | I don't recall specifically without looking through |
| 22 | | this pile of paperwork, specifically what acts of |
| 23 | | insubordination. But it did go from a good |
| 24 | | relationship, I mean, evidently to hire someone, to |
| 25 | | one that was not, and in talking with the city |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 7
PAGE 2 OF 4

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | attorneys, two of them, two HR personnel, people from        |
| 2  |   | AMLJIA, in talking to all of these people that I             |
| 3  |   | trust, there wit and wisdom and professionalism, in          |
| 4  |   | talking with them, this termination letter was               |
| 5  |   | written.                                                     |
| 6  | Q | Did you talk to.....                                         |
| 7  | A | To back that up with exact dates like you want me to         |
| 8  |   | tell you right now, I am tired and no, I -- I have not       |
| 9  |   | sat there and read this stuff and memorized it word          |
| 10 |   | for word from a couple of years ago.                         |
| 11 | Q | Well, actually all I'm just asking you for is just           |
| 12 |   | general recollection. Do you ever remember him being         |
| 13 |   | rude to you?                                                 |
| 14 | A | I don't guess that I like general recollection.              |
| 15 | Q | Okay. So what were some of the other reasons that he         |
| 16 |   | was terminated? Let's see, we had insubordination.           |
| 17 |   | What were the days of the insubordination that he was        |
| 18 |   | terminated -- some of the other reasons that he was          |
| 19 |   | terminated, other than the insubordination? Mr.              |
| 20 |   | DeLeon?                                                      |
| 21 | A | Disrespect to superiors. Receipt of a written                |
| 22 |   | statement and a petition which individually and              |
| 23 |   | collectively provide just cause.                             |
| 24 | Q | And which superiors was he disrespectful to?                 |
| 25 | A | To myself.                                                   |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 7
PAGE 3 OF 4

```
 1  Q     And then you called him up.....
 2  A     To make sure he did.
 3  Q     And did you want Mr. DeLeon fired at that time?
 4  A     I didn't say fired, I said suspend, there is a
 5        difference.
 6  Q     Prior to this time, hadn't you in fact told Reggie
 7        that you wanted Mr. DeLeon fired and that Mr. Fleming,
 8        Reggie, refused to do that?
 9  A     Nope.
10  Q     Okay.  Why is it that you didn't fire DeLeon before
11        you fired Reggie?
12  A     Excuse me?
13  Q     Why is it that you fired Mr. Fleming before you fired
14        Mr. DeLeon?
15  A     Your question is to give me the indication that I
16        planned firings like, how come you didn't do this in
17        this order.  It was not an orderly, planned thing.
18        When Fleming got fired, there was a reason for him to
19        be fired.  When DeLeon got fired, there was a reason
20        for him to be fired.  I had talked to legal counsel, I
21        had talked to attorneys that were human resource
22        specialists.  I had waited for them to do their job
23        and it was not a planned thing.
24  Q     Okay.  Let's talk about that.  Why did you fire Mr.
25        Fleming?
```

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 7
PAGE 4 of 4