```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER    )
     DeLEON, CHRIS HAMPTON, WILLIAM   )
 4   D. McKILLICAN, and TODD          )
     SCHLUMBOHM,                      )
 5                                    )
                    Plaintiffs,       )
 6                                    )
     vs.                              )
 7                                    )
     FANNIE CARROLL and the CITY OF   )
 8   FORT YUKON, ALASKA,              )
                                      )
 9                  Defendants.       )
     _____)
10   Case No. 4:04-cv-00034-RRB Civil

11               DEPOSITION OF REGINALD FLEMING
                          July 20, 2006
12
     APPEARANCES:
13
            FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
14                                   Attorney at Law
                                     330 Wendell Street, Suite E
15                                   Fairbanks, Alaska 99701
                                     (907) 452-4716
16
            FOR THE DEFENDANTS:      MR. MATTHEW SINGER
17                                   Jermain, Dunnagan & Owens
                                     Attorneys at Law
18                                   3000 A Street, Suite 300
                                     Anchorage, Alaska 99503
19                                   (907) 563-8844

20

21                          *  *  *  *

22

23

24

25
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



179

```
 1            that.
 2   Q        And Officer DeLeon testified that -- and his lawyer
 3            wrote that he did not want a hearing.
 4   A        Okay.  If that's what his lawyer wrote, then I can't
 5            say anything on that at this time.
 6   Q        So you don't -- you wouldn't dispute that?
 7                 MR. WALLERI:  Objection as to foundation, as to
 8   whether or not he has any personal knowledge of that.
 9                 MR. SINGER:  Fair enough.
10   A        Yeah.
11                 MR. SINGER:  Let me ask it this way.
12   Q        Do you have any personal knowledge to contradict
13            Mr. DeLeon's testimony that he did not ask for a
14            grievance hearing?
15   A        That he did not ask?  I don't know if he asked.
16                 MR. WALLERI:  Objection as to form.....
17   A        I don't know.
18                 MR. WALLERI:  .....of the question.
19   A        I don't.
20   Q        You don't know one way or the other?
21   A        Well, actually, if you're talking about that meeting, I
22            knew before that he had set up for a grievance what you
23            call it, and they had put Mary Beth Solomon, if I'm
24            right, if I'm -- if I'm -- if I'm right, that they had
25            put Mary Beth Solomon, and they saw that set-up.  That
```


EXHIBIT ___
PAGE 2 OF 3

```
 1              was the set-up.  Like I was saying, it was a set-up, as
 2              far as she was arrested by him, and they were setting
 3              her up as being.....
 4                   MR. SINGER:  Let's take -- we've been going a
 5   long time.  Let's go off the record.
 6                   (Off record)
 7                   (On record)
 8   Q          Mr. Fleming, I'd like to just try and walk you through
 9              a sequence of events.  You had a -- you attended, with
10              Chris DeLeon, this meeting, community policing meeting,
11              correct?
12   A          Yes, sir.
13   Q          And there were two council members there, right?
14   A          Not at first, there were more councils there -- members
15              there.
16   Q          But there were at least two council members there?
17   A          Yes, sir.
18   Q          And the city clerk was there?
19   A          Yes, sir.
20   Q          And the city manager?
21   A          Yes, sir.
22   Q          And that meeting occurred on a Wednesday evening.  Is
23              that right?
24   A          I can't be precise on when that took place, sir.
25   Q          Does that fit with your recollection?
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT
PAGE 3 OF 3