```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3

 4   REGINALD FLEMING, CHRISTOPHER   )
     DeLEON, CHRIS HAMPTON,          )
 5   WILLIAM D. MCKILLICAN, and      )
     TODD SCHLUMBOHM,                )
 6                                   )
                 Plaintiffs,         )
 7                                   )
         vs.                         )
 8                                   )
     FANNIE CARROLL, and the CITY    )
 9   OF FORT YUKON, ALASKA,          )
                                     )
10               Defendants.         )
     _____)
11   Case No. 4:04-cv-00034-RRB

12
```

**CONFIDENTIAL**

**DEPOSITION OF CHRISTOPHER DeLEON**

Taken Wednesday, July 19, 2006

From the hour of 9:05 a.m. to 3:03 p.m.

Pages 1 through 232, inclusive
Volume 1

Taken by Counsel for Defendants

At

Offices of Heartland Court Reporters
100 Cushman Street, Suite 303
Fairbanks, Alaska 99701

Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

HEARTLAND COURT REPORTERS 907-452-6727

EXHIBIT 9
PAGE 1 OF 3

```
 1      A.   I think it was in Fort Yukon.
 2      Q.   And how did you receive notice?
 3      A.   In a packet, I think.
 4      Q.   Who -- who delivered the packet to you?
 5      A.   I don't remember.
 6      Q.   You don't remember?
 7      A.   Huh-uh.
 8      Q.   It wasn't Fannie Carroll?
 9      A.   No.
10      Q.   It wasn't Reggie Fleming?
11      A.   Reggie was in Fairbanks.
12      Q.   Was it Todd Schlumbohm?
13      A.   No.
14      Q.   You don't recall who it was?
15      A.   No, I don't.
16      Q.   It wasn't verbal?
17      A.   No.
18      Q.   What was in the packet?
19      A.   A City of Fort Yukon employee booklet and her
20   reasons for terminating me.
21      Q.   Okay.
22      A.   Insubordination and actions unbecoming a
23   police officer, that kind of stuff.  And then there was
24   also a -- something in there stating that I could have
25   a meeting with a person of the city council who is Mary
```

1    Beth Solomon, I think is her name.
2         Well, I knew that that was going to go
3    nowhere. Mary Beth wanted to disband the police
4    department. That was one of her big issues while she
5    was on the city council. She wanted tribal police
6    officers -- police department.
7         She also didn't like me because I arrested her
8    for DUI. I knew that it was going to be futile for me
9    to have a face-to-face meeting with her.
10        Q.   Now, let's look for a minute at this City of
11   Fort Yukon manual.
12        A.   Which page?
13        Q.   And we'll -- we'll turn to -- well, you know
14   what, let's -- let's break.
15        A.   Okay.
16             MR. SINGER:  We'll go off the record.
17             THE REPORTER:  Off record.
18             (Off record, recess from
19               12:12 p.m. to 1:06 p.m.)
20             THE REPORTER:  Back on record.
21   BY MR. SINGER:
22        Q.   I'd like to have you look at Exhibit 2.
23        A.   Okay.
24        Q.   This is -- again, is the personnel manual.
25        A.   Okay.