```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE STATE OF ALASKA

 3  REGINALD FLEMING, CHRISTOPHER,    )
    DELEON, CHRIS HAMPTON, WILLIAM    )
 4  D. MCKILLICAN, and TODD           )
    SCHLUMBOHM,                       )
 5                                    )
                  Plaintiffs,         )
 6                                    )
    vs.                               )
 7                                    )
    FANNIE CARROLL and THE CITY OF    )
 8  FORT YUKON, ALASKA,               )
                                      )
 9                Defendants.         )
    _____)
10  Case No. F04-0034 CIV (RRB)

11              DEPOSITION OF DEBBIE MCCARTY
                     June 15th, 2006
12
    APPEARANCES:
13
          FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                               Attorney at Law
                                 330 Wendell Street
15                                 Suite E
                                 Fairbanks, Alaska 99701
16                               (907) 452-4716

17        FOR THE DEFENDANTS:    MR. MATTHEW SINGER
                                 Jermain, Dunnagan & Owens
18                               3000 A Street, Suite 300
                                 Anchorage, Alaska 99503
19                               (907)  563-8844

20        ALSO PRESENT:          MR. MICHAEL JACKSON

21                        *  *  *  *

22

23

24

25
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

EXHIBIT 13
PAGE 1 OF 4

|    |   |   |
|----|---|---|
| 1  |   | that there was a lot of cases that couldn't be |
| 2  |   | prosecuted or paperwork laid, I'm not sure.  But it's |
| 3  |   | kind of to that effect. |
| 4  | Q | Were you ever -- do -- were you aware that the state |
| 5  |   | troopers came to Fort Yukon to seize control of the |
| 6  |   | evidence locker? |
| 7  | A | I think so. |
| 8  | Q | Okay. |
| 9  | A | Was that..... |
| 10 | Q | Do you know whether or not that was before or after |
| 11 |   | Mr. Fleming left? |
| 12 | A | I don't know. |
| 13 | Q | Okay. |
| 14 | A | And I think somebody from AML came up after that, too. |
| 15 | Q | Okay. |
| 16 | A | If I..... |
| 17 | Q | Did the city ever -- did the city council ever ask for |
| 18 |   | a report from the AML about the terminations of |
| 19 |   | Reginald Fleming and the other police officers? |
| 20 | A | I think they did, yes. |
| 21 | Q | Did they ever have a meeting about it? |
| 22 | A | The guy from AML, the investigator, whatever he was, |
| 23 |   | came up and spent a few days in the police department |
| 24 |   | and I actually -- I actually came -- went to the city |
| 25 |   | to ask to speak with him, because I wanted to know -- I |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 13
PAGE 2 OF 4

40

| | |
|---|---|
| 1 | was -- when I was in Fair- -- I was in Fairbanks when |
| 2 | all this -- and I read -- opened the morning paper and |
| 3 | read this.  I immediately called the city and what -- |
| 4 | you know, I mean, I was a little upset, you know, that |
| 5 | I wasn't told.  I mean, somebody could have called. |
| 6 | And so that was basically why I called the city.  And I |
| 7 | came back to town and I heard there was a guy from AML |
| 8 | here.  So I went to the city building and he was in the |
| 9 | police department, you know, looking through papers and |
| 10 | trying to figure out what was going here and what was |
| 11 | going on there.  And what -- I don't know exactly what |
| 12 | he was looking at or if he was just trying to organize |
| 13 | or what.  And he actually -- I actually spoke with him |
| 14 | for a few minutes and -- and because I wanted to know |
| 15 | you -- you know, I know that I'm just a city council |
| 16 | member, but I thought, you know, it would have been |
| 17 | nice if I knew what was going on, because I -- you |
| 18 | know, suddenly we had no police department and -- and I |
| 19 | had no idea why, you know.  So then -- and that's |
| 20 | basically what I spoke with him about.  And he just -- |
| 21 | he talked about that he -- he was up here to figure it |
| 22 | out and to kind of like do some work for the city or |
| 23 | whatever and -- and just told me about the -- how |
| 24 | unorganized the police department was and that -- and |
| 25 | that I should just wait and let him do his thing and -- |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 13
PAGE 3 OF 4

41

|    |   |                                                                           |
|----|---|---------------------------------------------------------------------------|
| 1  |   | but then I never -- I think at that same time, there                      |
| 2  |   | was a question about the police department being --                       |
| 3  |   | they said they were certified, but they actually                          |
| 4  |   | weren't certified.  But they -- I guess the city                          |
| 5  |   | manager assumed they were -- thought they were and                        |
| 6  |   | because they were supposed to be getting it while they                    |
| 7  |   | were here, their certification, but nobody was                            |
| 8  |   | certified and they missed the deadline for the                            |
| 9  |   | paperwork or something.  But.....                                         |
| 10 | Q | Do you -- did the city council ever conduct -- ask to                     |
| 11 |   | have a meeting with Greg Russell from the AML?                            |
| 12 | A | Is that who -- who it was, Greg Russell?                                  |
| 13 | Q | Or anybody from AML?                                                      |
| 14 | A | Oh.  I don't know.                                                        |
| 15 | Q | I'm -- you're the witness.                                                |
| 16 | A | Oh, sorry.  Yes, and I think we -- I think we might                       |
| 17 |   | have had a meeting with him.  I -- we might have had a                    |
| 18 |   | meeting with him.                                                         |
| 19 | Q | Okay.                                                                     |
| 20 | A | I mean, we could look back and see if we did or not.                      |
| 21 |   | Long time ago.                                                            |
| 22 | Q | In terms of -- just to make sure I understand, the --                     |
| 23 |   | were you aware that -- let's see -- that an executive                     |
| 24 |   | session with the police was -- with the police to talk                    |
| 25 |   | about the petition and other personnel issues, was                        |

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

EXHIBIT 13
PAGE 4 OF 4