```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF ALASKA
 3
 4   REGINALD FLEMING, CHRISTOPHER     )
     DeLEON, CHRIS HAMPTON,            )
 5   WILLIAM D. MCKILLICAN, and        )
     TODD SCHLUMBOHM,                  )
 6                                     )
                Plaintiffs,            )
 7                                     )
          vs.                          )
 8                                     )
     FANNIE CARROLL, and the CITY      )
 9   OF FORT YUKON, ALASKA,            )
                                       )
10              Defendants.            )
     _____)
11   Case No. 4:04-cv-00034-RRB
12
13                          CONFIDENTIAL
14              DEPOSITION OF CHRISTOPHER DeLEON
15              Taken Wednesday, July 19, 2006
16         From the hour of 9:05 a.m. to 3:03 p.m.
17             Pages 1 through 232, inclusive
                          Volume 1
18
19             Taken by Counsel for Defendants
20                             At
21        Offices of Heartland Court Reporters
              100 Cushman Street, Suite 308
22               Fairbanks, Alaska 99701
23
24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

CONFIDENTIAL (stamp)

COPY (stamp)

HEARTLAND COURT REPORTERS  907-452-6727

EXHIBIT 14
PAGE 1 OF 2

```
 1    I was still riding with Todd, I was still trying to
 2    learn the city, and if I remember right, Mr. Miller
 3    wasn't there, but Ms. Carroll was there, or vice versa.
 4    Anyway, one of them wasn't there.
 5         Q.   Were there any attorneys there?
 6         A.   I know there was an attorney that was
 7    representing Mr. Miller.
 8         Q.   Who was that?
 9         A.   I don't know.
10         Q.   Was it Mike Walleri?
11         A.   It could have been.  Yes.
12              MR. WALLERI:  For the record, it was.
13              THE WITNESS:  Okay.  And Fannie said that she
14    needed more time because she didn't have an attorney.
15    That's what I recall.
16    BY MR. SINGER:
17         Q.   Do you recall that you were served with
18    discovery requests in this lawsuit?
19         A.   Yes.
20         Q.   Your attorney provided you a copy of
21    interrogatory questions?
22         A.   Yes.
23         Q.   And did you understand that those were -- you
24    were answering those under oath?
25         A.   Yes.
```