CONFIDENTIAL SEALED TRANSCRIPT

```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA


   REGINALD FLEMING, CHRISTOPHER    )
   DeLEON, CHRIS HAMPTON,           )
   WILLIAM D. MCKILLICAN, and       )
   TODD SCHLUMBOHM,                 )
                                    )
             Plaintiffs,            )
                                    )
        vs.                         )
                                    )
   FANNIE CARROLL, and the CITY     )
   OF FORT YUKON, ALASKA,           )
                                    )
             Defendants.            )
   _____)
   Case No. 4:04-cv-00034-RRB
```

CONFIDENTIAL

**DEPOSITION OF CHRISTOPHER DeLEON**

Taken Wednesday, July 19, 2006

From the hour of 9:05 a.m. to 3:03 p.m.

Pages 1 through 232, inclusive
Volume 1

Taken by Counsel for Defendants

At

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701


Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

COPY

HEARTLAND COURT REPORTERS 907-452-6727

EXHIBIT 15
PAGE 1 OF 2

```
 1        A.   Wickwire, Thomas Wickwire.
 2        Q.   And again, a -- let's look at Step 2.  Step 2
 3   is a written presentation to the personnel officer.
 4   First sentence of Step 2.
 5        A.   Okay.
 6        Q.   And then Step 3 says, if an informal
 7   resolution is not promptly achieved at Step 2, then the
 8   personnel officer shall issue a formal written
 9   decision?  Do you see that?
10        A.   Uh-hum.
11        Q.   And then Step 4 is, if not satisfied with the
12   decision of the personnel officer, the employee shall
13   have a right to appeal to the city council.  Correct?
14        A.   Correct.
15        Q.   Now, you agree if Fannie Carroll was the
16   personnel officer, it wouldn't make sense for her to
17   act as a hearing officer for your employment dispute,
18   right?
19        A.   I would hope not.
20        Q.   So then you wouldn't object to the city
21   replacing her with somebody else for that second step
22   of the grievance process?
23        A.   Correct.
24        Q.   That's -- that's an effort to be fair to you,
25   right, or you certainly wouldn't -- you wouldn't
```