```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER    )
     DELEON, CHRIS HAMPTON, WILLIAM   )
 4   D. MCKILLICAN and TODD           )
     SCHLUMBOHM,                      )
 5                                    )
                    Plaintiffs,       )
 6                                    )
          vs.                         )
 7                                    )
     FANNIE CARROLL and the CITY OF   )
 8   FORT YUKON, ALASKA               )
                                      )
 9                  Defendants.       )
                                      ) Case No. F04-0034 CIV (RRB)
10   _____)

11              DEPOSITION OF FANNIE M. CARROLL
                        May 26, 2006
12

13   APPEARANCES:

14        FOR THE PLAINTIFFS:       MR. MICHAEL J. WALLERI
                                    Law Offices of
15                                   Michael J. Walleri
                                    Attorneys at Law
16                                  330 Wendell Street
                                    Suite E
17                                  Fairbanks, Alaska 99701
                                    (907) 452-4716
18
          FOR THE DEFENDANTS:       MR. HOWARD S. TRICKEY
19                                  Jermain, Dunnagan & Owens
                                    Attorneys at Law
20                                  3000 A Street, Suite 300
                                    Anchorage, Alaska 99503
21                                  (907) 563-8844

22        ALSO PRESENT:             MR. PETER SANDBERG

23                          * * * *

24

25
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

COPY

| | | |
|---|---|---|
| 1 | A | I mean, they're police officers.  I don't -- |
| 2 | Q | You had a chief officer -- you had a chief of police |
| 3 | | at the time, Mr. Wallace, correct? |
| 4 | A | When -- when the other -- when the two troopers came |
| 5 | | up there was Wallace, yes. |
| 6 | Q | Do you have -- did you ever have any discussions with |
| 7 | | Mr. Wallace or Mr. Jeff O'Bryant or Danielle Simmons |
| 8 | | or Janelle Stoppe (ph) I think it is, anybody with the |
| 9 | | district attorney's office over the dismissal of a |
| 10 | | large number of cases in Fort Yukon that occurred |
| 11 | | after Mr. Fleming left the employ of the city? |
| 12 | A | You're going to have to rephrase that because that was |
| 13 | | a whole lot of words. |
| 14 | Q | Okay.  Are you familiar with -- did you ever have any |
| 15 | | discussions with anybody in the district attorney's |
| 16 | | office about the dismissal of a large number of cases |
| 17 | | out of Fort Yukon after, that occurred after Mr. |
| 18 | | Fleming left? |
| 19 | A | I don't know about that, but I do know that during a |
| 20 | | city council meeting, it was brought up I think twice |
| 21 | | that the DA's office was not being cooperative with |
| 22 | | Fleming and DeLeon and Schlumbohm's cases going in. |
| 23 | Q | Did you inquire as to why that was the case? |
| 24 | A | Yes, I did. |
| 25 | Q | Why? |


EXHIBIT 16
PAGE 2 OF 2