1                    IN THE UNITED STATES DISTRICT COURT

2                        FOR THE DISTRICT OF ALASKA

3   REGINALD FLEMING, CHRISTOPHER          )
    DeLEON, CHRIS HAMPTON, WILLIAM         )
4   D. McKILLICAN, and TODD               )
    SCHLUMBOHM,                            )
5                                          )
                        Plaintiffs,        )
6                                          )
    vs.                                    )
7                                          )
    FANNIE CARROLL and the CITY OF         )
8   FORT YUKON, ALASKA,                    )
                                           )
9                        Defendants.       )
    _____)
10  Case No. 4:04-cv-00034-RRB Civil

11                    DEPOSITION OF REGINALD FLEMING
                              July 20, 2006
12
    APPEARANCES:
13
              FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
14                                     Attorney at Law
                                       330 Wendell Street, Suite E
15                                     Fairbanks, Alaska 99701
                                       (907) 452-4716
16
              FOR THE DEFENDANTS:      MR. MATTHEW SINGER
17                                     Jermain, Dunnagan & Owens
                                       Attorneys at Law
18                                     3000 A Street, Suite 300
                                       Anchorage, Alaska 99503
19                                     (907) 563-8844

20

21                            *   *   *   *

22

23

24

25

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678


EXHIBIT 18
PAGE 1 OF 3

1        that.

2   Q    And Officer DeLeon testified that -- and his lawyer

3        wrote that he did not want a hearing.

4   A    Okay.  If that's what his lawyer wrote, then I can't

5        say anything on that at this time.

6   Q    So you don't -- you wouldn't dispute that?

7              MR. WALLERI:  Objection as to foundation, as to

8   whether or not he has any personal knowledge of that.

9              MR. SINGER:  Fair enough.

10  A    Yeah.

11             MR. SINGER:  Let me ask it this way.

12  Q    Do you have any personal knowledge to contradict

13       Mr. DeLeon's testimony that he did not ask for a

14       grievance hearing?

15  A    That he did not ask?  I don't know if he asked.

16             MR. WALLERI:  Objection as to form.....

17  A    I don't know.

18             MR. WALLERI:  .....of the question.

19  A    I don't.

20  Q    You don't know one way or the other?

21  A    Well, actually, if you're talking about that meeting, I

22       knew before that he had set up for a grievance what you

23       call it, and they had put Mary Beth Solomon, if I'm

24       right, if I'm -- if I'm -- if I'm right, that they had

25       put Mary Beth Solomon, and they saw that set-up.  That



180

1          was the set-up.  Like I was saying, it was a set-up, as

2          far as she was arrested by him, and they were setting

3          her up as being.....

4                    MR. SINGER:  Let's take -- we've been going a

5    long time.  Let's go off the record.

6                    (Off record)

7                    (On record)

8    Q    Mr. Fleming, I'd like to just try and walk you through

9         a sequence of events.  You had a -- you attended, with

10        Chris DeLeon, this meeting, community policing meeting,

11        correct?

12   A    Yes, sir.

13   Q    And there were two council members there, right?

14   A    Not at first, there were more councils there -- members

15        there.

16   Q    But there were at least two council members there?

17   A    Yes, sir.

18   Q    And the city clerk was there?

19   A    Yes, sir.

20   Q    And the city manager?

21   A    Yes, sir.

22   Q    And that meeting occurred on a Wednesday evening.  Is

23        that right?

24   A    I can't be precise on when that took place, sir.

25   Q    Does that fit with your recollection?

