Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING NON-APPLICABILITY OF GRIEVANCE PROCEDURES**<br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW, Reginald Fleming, Plaintiff in the above matter to move the Court to for partial summary judgment seeking a rulings that the City's Grievance system did not apply to Chief Fleming for the reasons set forth in the accompanying memorandum.

DATED: October 16, 2006

s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701
(907) 452-4716

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

(907) 452-4725 (Facsimile)
walleri@gci.net
AK. Bar No. 7906060

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on October 17, 2006 via ECFl to:
Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

_____

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                              *Page 2 of 2*
Cross Motion: Partial Sum Jud. (Fleming re Grievance)