Michael J.Walleri
Law Offices of Michael J.Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM

Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA

Defendants.

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING NON-APPLICABILITY OF GRIEVANCE PROCEDURES**

Case No. F04-0034 CIV (RRB)

The Court having considered the Plaintiffs Motion to move for Partial Summary Judgment Respecting Non-Applicability Of Grievance Procedures the Opposition, if any, of any of the parties, the Court being otherwise duly advised,

IT IS HEREBY ORDERED the Motion is GRANTED. The Court hereby determines and holds that the City's Grievance system did not apply to Chief Fleming.

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Dated this ____ day of ________________, 2006 at Fairbanks, Alaska.

____________________________
Hon. Ralph R. Beistline
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on October 17, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725