IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


REGINALD FLEMING, CHRISTOPHER
DELEON, CHRIS HAMPTON, WILLIAM
D. MCKILLICAN, and TODD
SCHLUMBOHM,

          Plaintiffs,

-vs-

FANNIE CARROLL, and the CITY OF
FORT YUKON, ALASKA,

          Defendants.
_____/
Case No. F04-0034 CIV (RRB)



DEPOSITION OF GREG RUSSELL

Pages 1 - 129 inclusive

August 16, 2006, 9:00 a.m.

Anchorage, Alaska

EXHIBIT 4
PAGE 1 OF 3

Page 1

Greg Russell                               Deposition                               August 16, 2006

Page 14

1  froze up because it was cold?
2      A.  I slept in that house a couple of days and had
3  taken a shower there.
4      Q.  When?
5      A.  And it was -- it had been sometime later when I
6  came up the second visit.
7      Q.  Did you know that there were two houses?
8      A.  No.
9      Q.  Did you know that one froze up?
10     A.  No.  Wait a minute.  When you say that there
11  were two houses, do you mean the apartment that Reggie
12  was staying in out by the airport?
13     Q.  No, that there were two houses, that there was a
14  house that was used to house the officers?
15     A.  And that was right across the street from the
16  police station, and I've been in that one.  And on my
17  second visit I also was in Reggie's apartment I believe
18  over by the airport.
19     Q.  Did you go to take a look at the house that they
20  were involved -- that Hampton was staying in at the time?
21     A.  If that was the house straight across the street
22  from the police station, then I would say yes, and I had
23  slept there.
24     Q.  During that visit?
25     A.  No.  Not during that visit.

Page 15

1      Q.  Were you aware that the house that he was
2  referencing subsequently froze up?
3      A.  No.
4      Q.  So you did not check to see if the house was, in
5  fact, cold?
6      A.  No, I did not.
7      Q.  Okay.  And in terms of the chat, did you make
8  any inquiry into trying to get a record of the chat?
9      A.  Yes, I did.
10     Q.  Okay.  And what did you find?
11     A.  I was told that the IM chat history was not
12  preserved and it was not available.
13     Q.  Who told you that?
14     A.  Dave McKillican.
15     Q.  And did you check with the server?
16     A.  No.
17     Q.  Did you know who the server was?  Do you know
18  who operates the IM chat?
19     A.  MSN.
20     Q.  Did you check with MSN to see if they preserve
21  records of the chat?
22     A.  No.
23     Q.  Okay.  So when you interviewed -- can you
24  describe -- when you interviewed, can you describe how
25  you conducted the interview with Mr. Hampton?

Page 16

1      A.  In an office that was provided to me, I believe
2  it was a clerk's office, but I'm not sure.  Sitting
3  across from a table, a desk just like you and I are
4  sitting now.
5      Q.  What did you tell Mr. Hampton when you began the
6  interview?
7      A.  When he came in?
8      Q.  Uh-huh, what did you tell him about the
9  interview?
10     A.  I told him --
11        MR. SINGER:  Objection, vague.
12        THE WITNESS:  I guess I don't understand the
13  question.
14  BY MR. WALLERI:
15     Q.  Can you describe how you initiated the
16  interview; what did you say to him?
17     A.  I introduced myself to him, I told him why I was
18  in town and what I was investigating was the allegation
19  of sexual harassment that had been brought against him.
20     Q.  And did you tell him that you were a human lie
21  detector?
22     A.  I may have.  It's a line that I've used before.
23     Q.  Why would you tell him that?
24     A.  It's a very effective tool in discouraging
25  people from lying.

Page 17

1      Q.  Did you tell him that you thought he was lying?
2      A.  Yes.
3      Q.  Okay.  And that you had training in telling if
4  people are lying?
5      A.  Yes.
6      Q.  And how do you tell if somebody's lying?
7      A.  There's all sorts of ways, by interpreting body
8  behavior responses, by paying attention to them when
9  they're talking to you, by comparing information that
10  you've previously received from other sources, by
11  validating what they say.  There's a lot of different
12  ways to tell if people are lying.
13     Q.  But in this case, it pretty much came down to
14  Helen Cadzow's [as spoken] word that this is what -- the
15  only two witnesses to the IM chat were -- was Cadzow and
16  Mr. Hampton, correct?
17     A.  Yes.
18     Q.  And Cadzow said it said one thing and
19  Mr. Hampton said it said something else, correct?
20     A.  Partly, yes.  Partly, no.
21        Mr. Hampton admitted that some of the things
22  that were contained in the IM chat, he corroborated
23  portions of what she said.
24     Q.  And he denied other things that she said?
25     A.  That's correct.

5 (Pages 14 to 17)

EXHIBIT 4
PAGE 2 OF 3

Page 62

```
 1        Q. Would it surprise you to learn that it was
 2   Officer -- that it was the city police?
 3        A. No, not at all.
 4        Q. Would it surprise you that it was Chief Fleming
 5   that led the investigation?
 6        A. If that's what you want to tell me.
 7        Q. Okay. But you have no idea about that?
 8        A. No.
 9        Q. Okay.
10        And they never told you about that, the officers
11   never mentioned to you that they had recently arrested
12   the former city mayor of Fort Yukon on an embezzlement
13   charge?
14        MR. SINGER: Objection, characterization.
15   Misstates evidence.
16        THE WITNESS: Please ask me again, how you want
17   me to answer this question.
18   BY MR. WALLERI:
19        Q. Were you aware that they -- did the officers
20   ever tell you that they had made an arrest on an
21   embezzlement charge?
22        A. I don't know if they did or not, I don't
23   remember them telling me. I remember seeing it in the
24   paper, but I don't remember them telling me.
25        Q. Okay. Do you remember seeing in the paper
```

Page 63

```
 1   shortly before all of this happened in August of 2003 --
 2   or August of -- or February 2004?
 3        A. No, I don't. I don't have a time line. I don't
 4   remember.
 5        Q. Did you ever know Reggie to lie to you?
 6        A. I wouldn't describe it as lying, no.
 7        Q. Did you ever know Officer DeLeon to lie to you?
 8        A. No.
 9        Q. Did you ever know Officer Schlumbohm to lie to
10   you?
11        A. No.
12        Q. Did you ever know Officer McKillican to lie to
13   you?
14        A. No.
15        Q. So if they told you that they were
16   investigating -- if any of these officers told you they
17   were investigating Richard Carroll for an embezzlement,
18   in your mind, would you have any reason to disbelieve
19   them?
20        A. No.
21        Q. Okay.
22        A. And I'm answering it when you assess that, you
23   asked me if I believe whether or not they told me they
24   were investigating, I would not give -- say that they
25   were -- that the charges or the accusations or their
```

Page 64

```
 1   suspicions had merit. You asked me if I would believe
 2   that they were investigating, and I would say yeah.
 3        Q. Did you -- did they ever discuss with you that
 4   there was money missing from the city bingo or the city
 5   pull tab operation?
 6        A. I don't remember that.
 7        Q. Did they ever mention there was money missing
 8   from the city liquor store?
 9        A. I don't remember cash. I thought it was
10   inventory maybe, yeah.
11        Q. So they told you about that?
12        A. I recall something involving a liquor store, but
13   I didn't think it was cash. I thought it was missing
14   inventory.
15        Q. Do you know whatever happened to that?
16        A. No.
17        Q. Now, you said that when you went up there in
18   February, that the officers were not, the terminated
19   officers were not in the -- were not in the village?
20        A. I think so, yeah.
21        Q. Do you know who was covering for them when they
22   were gone?
23        A. J.R. was there.
24        Q. Were there anybody else covering for them?
25        A. I thought Todd, but I may be wrong on that.
```

Page 65

```
 1        Q. When you came up there, you said the other
 2   officers came in?
 3        A. Uh-huh.
 4        Q. Could you describe what you know about them
 5   coming in?
 6        A. As I recall, they were coming in. I don't know
 7   if there was a council meeting or some kind of a meeting
 8   that they had the option of attending. And they were --
 9   they came back into town for that.
10        Q. Okay. Did they attend the meeting?
11        A. Not that I -- I don't think they did.
12        Q. Did you attend the meeting?
13        A. I don't think there was a meeting. I think that
14   it was offered, they declined and didn't go, but I don't
15   recall. I don't remember attending any particular
16   meeting.
17        Q. But no meeting took place as far as --
18        A. I don't remember.
19        Q. So the officers came up to Fort Yukon, but no
20   meeting took place that you can recollect?
21        A. I really don't remember.
22        Q. But you don't recollect a meeting taking place?
23        A. No, I do not remember that.
24        Q. Okay. Now, did you meet with the officers?
25        A. Uh-huh.
```