```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                     FLEMING   v.   CARROLL

DATE:    October 17, 2006      CASE NO.    4:04-CV-0034-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               GRANTING EXTENSION FOR MOTIONS
```

Defendants' Motion to Extend Deadline for Motions Practice at Docket 108, which is unopposed, is hereby **GRANTED**. All discovery, dispositive, and evidentiary motions shall be filed 30 days after Plaintiffs comply with the Court's Order at Docket 113, or **December 6, 2006.**