CONFIDENTIAL SEALED TRANSCRIPT

```
        IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF ALASKA


REGINALD FLEMING, CHRISTOPHER  )
DeLEON, CHRIS HAMPTON,         )
WILLIAM D. MCKILLICAN, and     )
TODD SCHLUMBOHM,               )
                               )
          Plaintiffs,          )
                               )
     vs.                       )
                               )
FANNIE CARROLL, and the CITY   )
OF FORT YUKON, ALASKA,         )
                               )
          Defendants.          )
_____)
Case No. 4:04-cv-00034-RRB
```

**CONFIDENTIAL**

**DEPOSITION OF CHRISTOPHER DeLEON**

Taken Wednesday, July 19, 2006

From the hour of 9:05 a.m. to 3:03 p.m.

Pages 1 through 232, inclusive
Volume 1

Taken by Counsel for Defendants

At

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701

Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

HEARTLAND COURT REPORTERS 907-452-6727

EXHIBIT 1
PAGE 1 OF 3

*30 Paul Shewfelt delivered to Clerk 1/3/04 @ 3pm.*
*30 Paul told Clerk to adjust agenda to put this on Agenda under new business.*

We the undersigned voters and residents of Fort Yukon demand the following action:

We demand the City Manager immediately relieve Officer Christopher Deleon of his position of City Patrolman.

Officer Deleon's evaluation should reflect his total disregard for the rural/native lifestyle. The list of complaints from the people of Fort Yukon are too long to list individually and we the undersigned will not cease from our goal of only employing personnel who will "Protect & Serve" our community with respect for our special status. "There is only one Fort Yukon in Alaska".

| NAME (Print) | DATE | ADDRESS | SIGNATURE |
|---|---|---|---|
| Sam J. John | 1/6/04 | Box 128 Ft. Yukon | Sam P. John |
| Jean Tremblay | 1-6-04 | 146 Ft Yukon | Jean Tremblay |
| | | | |
| Melinda L. Peter | 1-6-04 | P.O. Box 333 Fort Yukon, AK | Melinda Peter |
| Clifford Luke | 1-6-04 | P. Box 52 Ft Yukon | Clifford Luke |
| Diana McCarty | 1-6-04 | PO box 312 Ft. Yukon | Diana McCarty |
| Shirley Fields | 1-6-04 | Box 147, FYU | Shirley Fields |
| Jimmy _ | 1-6-04 | Box 308 Ft Yukon | Jimmy _ |
| George Williams | 1-6-04 | Box 48 | George Williams |
| Jack Shewfelt | 1-6-04 | 103 | Jack Shewfelt |
| Anita Thomas | 1-6-04 | Box 133 | Anita Thomas |
| Donald Carroll Sr | 1-6-04 | Box 28 | Donald Carroll Sr |
| Donna Tremblay | 1/6/04 | Bx. 344 | Donna Tremblay |
| Daniel _ | 1/06/04 | FYU | Daniel _ |
| G. Bergman | 1/6/04 | Box 263 | G. Bergman |
| Louie Fairchild | 1-6-04 | Fort Yukon AK | Louie Fairchild |
| Casey L Petersen | 1-6-04 | Fort Yukon AK | Casey L Petersen |
| Anthony Shewfelt | 1-6-04 | Fort Yukon AK | Anthony Shewfelt |
| PAUL HAYDEN | 1-6-04 | Fort Yukon | Paul Hayden |
| Paul Shewfelt | 1-6-04 | Box 261 FYU | Paul Shewfelt |
| Cynthia Shewfelt | 1-6-04 | P.O. Box 261 FYU | Cynthia Shewfelt |
| Rene Ward | 1-6-04 | PO Box 743, FYU | Rene Ward |
| Doris Ward | 1-6-04 | PO Box 34 F-Yukon | Doris Ward |
| Judy Peter | 1-7-04 | POB 201 Fort Yukon | Judy Peter |
| Jerry Peter | 1-7-04 | POB 75 Fort Yukon | Jerry Peter |
| David M James | 1-7-04 | POB 215 Ft. Yukon | David James |
| Susan Solomon | 1-7-04 | Box 16 Ft. Yukon, AK | Susan Solomon |
| Vivian Hutt | 1-7-04 | Box 400 | Vivian Hutt |
| John Laird | 1-7-04 | Box 361 | John Laird |
| Cindy Alexander | 1-7-04 | FYU | Cindy Alexander |
| _ | 1-7-04 | FYU | _ |

EXHIBIT #4 DeLeon

EXHIBIT ___
PAGE 2 OF 3
FY 1376

We the undersigned voters and residents of Fort Yukon demand the following action:

We demand the City Manager immediately relieve Officer Christopher Deleon of his position of City Patrolman.

Officer Deleon's evaluation should reflect his total disregard for the rural/native lifestyle. The list of complaints from the people of Fort Yukon are too long to list individually and we the undersigned will not cease from our goal of only employing personnel who will "Protect & Serve" our community with respect for our special status. "There is only one Fort Yukon in Alaska".

| NAME (Print) | DATE | ADDRESS | SIGNATURE |
|---|---|---|---|
| Tillie Cadzow | 01-07-04 | Fort Yukon, AK 99740 | |
| HAROLD WARD | 01-7-04 | Ft. Yukon, AK 99740 | Harold Ward |
| Ray Carroll | N/A | Fort Yukon | Ray Carroll |
| Dale Carroll | 01-7-04 | Fort Yukon AK | Dale Carroll |
| | | FYU | |
| Ronald Carroll | 0-7-04 | P.O Box 122 | Ronald Carroll |
| Michael Straw | 1-7-04 | P.O. Box 56 | Michael Straw |
| Roberta Carroll | 1-7-04 | Ft Yukon | Roberta Carroll |
| Georgina Solomon | 1-7-04 | Ft Yukon | |
| Conrad Petersen | 1-7-04 | Ft Yukon | Conrad Petersen |
| | 1-7-04 | FYU | |
| Mike Mosher | 06/07/04 | Ft Yukon AK | Mike Mosher |
| Marcus Peter | 1-7-04 | FYU | Marcus Peter |
| Nellie Carroll | 1-7-04 | FYU | Nellie Carroll |
| Thomas Carroll | 1-7-04 | FYU | Thomas Carroll |
| Annie Peter | 1-8-04 | FYU | Annie Peter |
| Lorraine Simms | 1-09-04 | FYU | Lorraine Simms |
| Martin L. Peter | 1-09-04 | FYU | Martin L. Peter |
| Ben Simms Jr. | 1-09-04 | FYU | Ben Simms Jr. |
| Virginia English | 1-09-04 | FYU | Virginia English |
| Derek Abrams | 1-09-04 | FYU | Derek Abrams |
| Gino Mahler | 1-09-04 | FYU | GINO MAHLER |
| Debra J Carroll | 1-11-04 | FYU | Debra Carroll |
| John Erick | 1-11-04 | FYU | John Erick |
| Albert Thomas | 1-11-04 | FYU | Albert Thomas |
| ISAAC JOHN | 1-11-04 | FYU | Isaac John |
| Clara Joseph | 1-12-04 | Ft Yukon, AK | Clara Joseph |
| Paul B. Solomon | 1-12-04 | Ft. Yukon | Paul B. Solomon |
| HOWARD B JOSEPH II | 1-12-04 | Fort Yukon AK | Howard B Joseph |
| Maureen Jonas | 1-12-04 | Fort Yukon AK | Maureen Jonas |
| Linda M. Shewfelt | 1-12-04 | " " | Linda M. Shewfelt |
| Alberta Erick | 1-12-04 | Fort Yukon, AK | Alberta Erick |
| Dwayne Erick | 1-12-04 | Fort Yukon, AK | Dwayne Erick |
| Billy Howell | 1-12-04 | Fort Yukon, AK | Billy Howell |

34

3 of 3

FY 1377