```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF ALASKA

 3

 4   REGINALD FLEMING, CHRISTOPHER      )
     DeLEON, CHRIS HAMPTON,             )     CONFIDENTIAL
 5   WILLIAM D. MCKILLICAN, and         )
     TODD SCHLUMBOHM,                   )
 6                                      )
                  Plaintiffs,           )
 7                                      )
          vs.                           )
 8                                      )
     FANNIE CARROLL, and the CITY       )
 9   OF FORT YUKON, ALASKA,             )
                                        )
10                Defendants.           )
     _____)
11   Case No. 4:04-cv-00034-RRB

12

13                        CONFIDENTIAL

14           DEPOSITION OF CHRISTOPHER DeLEON

15             Taken Wednesday, July 19, 2006

16        From the hour of 9:05 a.m. to 3:03 p.m.

17            Pages 1 through 232, inclusive
                         Volume 1
18
              Taken by Counsel for Defendants
19
                             At
20
            Offices of Heartland Court Reporters
21             100 Cushman Street, Suite 308
                  Fairbanks, Alaska 99701
22

23

24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters


              HEARTLAND COURT REPORTERS 907-452-6727
```



EXHIBIT 2
PAGE 1 OF 4

1    BY MR. SINGER:
2         Q.   Anything else?  Was there a time when a
3    perpetrator's arm was broken during an arrest?
4         A.   I think it was his shoulder, a scapular or
5    something.
6         Q.   Who was that?
7         A.   I can't remember his name, but I know who you
8    are talking about.
9         Q.   There was concern that you used excessive
10   force in arresting this person?
11        A.   Well, Sergeant Schlumbohm was with me at the
12   time, as well.  We were spoken to about that.  We
13   played the contact tape for Ms. Carroll, and on the
14   tape we had asked this individual to put his hands
15   behind his back over 22 times.  He did not comply.
16             We then used OC spray on him, and he began to
17   fight with us.  He was brought to the ground and
18   restrained.  He still was fighting, and in some point
19   during our contact, he was injured.
20        Q.   Now, moving forward to this meeting on
21   February 5th, 2004, do you remember there was a meeting
22   in the conference room at the city building?
23        A.   Okay.  Between whom?
24        Q.   Fannie Carroll was there, right?  A couple
25   members of the city council, there was a discussion

```
 1    about community policing?
 2        A.   Okay.  Yeah.  Yeah.  Yep.
 3        Q.   Do you remember that meeting?
 4        A.   I do.
 5        Q.   And you attended?
 6        A.   Yes.
 7        Q.   Chief Fleming attended?
 8        A.   Yes.
 9        Q.   Who else attended that you recall?
10        A.   I think Sergeant Schlumbohm.  The mayor was
11   there for a short period of time and she became upset
12   because apparently there was a scheduling issue or a
13   form issue or something like that.  Excuse me.  And
14   Mary Beth Solomon and Twila Strom, and I don't know who
15   else.
16        Q.   Now, what do you recall of that meeting?
17        A.   Oh, I'm sorry, if I can go back.  The city
18   manager, Chris, was there, too.  Not city manager, the
19   city clerk was there, Chris.
20        Q.   Now, did Fannie Carroll call the meeting to
21   order?
22        A.   I don't remember.
23        Q.   Do you remember there was discussion there
24   about community policing?
25        A.   Yes.
```

1    however, the point of him pulling me out --

2            MR. WALLERI:  Go ahead and listen to the

3    recording.

4            THE WITNESS:  That's fine.

5            MR. SINGER:  We can listen to the recording.

6            THE WITNESS:  I don't think we're going to be

7    able to listen to the recording with this amount of

8    time.

9            MR. SINGER:  We'll just take the time we need.

10   BY MR. SINGER:

11       Q.   You recall that Chief Fleming counseled you?

12       A.   Yes.

13       Q.   Yeah?  Advised you to request an executive

14   session?

15       A.   Yes.

16       Q.   Do you recall that Chief Fleming told you, you

17   know, she may write you up?

18       A.   Yes.

19       Q.   Referring to Fannie Carroll as you understood?

20       A.   Yes.

21       Q.   And you said, I don't care, I'll grieve it.

22       A.   Yes.

23       Q.   Yes?

24       A.   Yes.

25       Q.   What were your -- what were you referring to?