```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER  )
     DELEON, CHRIS HAMPTON, WILLIAM )
 4   D. MCKILLICAN and TODD         )
     SCHLUMBOHM,                    )
 5                                  )
                                    )
                 Plaintiffs,        )
 6                                  )
         vs.                        )
 7                                  )
     FANNIE CARROLL and the CITY OF )
 8   FORT YUKON, ALASKA             )
                                    )
 9               Defendants.        )
     _____    )  Case No. F04-0034 CIV (RRB)
10
              DEPOSITION OF FANNIE M. CARROLL
11                     May 26, 2006

12
     APPEARANCES:
13
         FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                              Law Offices of
                                 Michael J. Walleri
15                              Attorneys at Law
                                330 Wendell Street
16                              Suite E
                                Fairbanks, Alaska 99701
17                              (907) 452-4716

18       FOR THE DEFENDANTS:    MR. HOWARD S. TRICKEY
                                Jermain, Dunnagan & Owens
19                              Attorneys at Law
                                3000 A Street, Suite 300
20                              Anchorage, Alaska 99503
                                (907) 563-8844
21
         ALSO PRESENT:          MR. PETER SANDBERG
22
                        * * * *
23

24

25
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876


EXHIBIT 3
PAGE 1 OF 2


COPY

| | | |
|---|---|---|
| 1 | | department. And then he came back in and apologized. |
| 2 | Q | Well, do you think that might have been somewhat the |
| 3 | | case, given that the meeting was set in response to |
| 4 | | the petition that was circulated about Mr. DeLeon? |
| 5 | A | I think -- I think that if DeLeon would have waited |
| 6 | | for a point in the meeting for him to talk, I think |
| 7 | | that he could have talked then. |
| 8 | Q | Was an agenda put out where he could talk? |
| 9 | A | We had -- we had a format, yes. |
| 10 | Q | And was he scheduled to address the assembly? |
| 11 | A | He didn't ask to before the meeting and it wasn't put |
| 12 | | on there by the city clerk. It wasn't -- but there's |
| 13 | | always citizens comments and questions and answers. |
| 14 | | And he -- and he -- and that would have been the time |
| 15 | | because he didn't put it on the outline for the |
| 16 | | meeting. |
| 17 | Q | Well, after the meeting, he came back and apologized |
| 18 | | for his outburst, correct? |
| 19 | A | He apologized to Twila and Mary Beth. |
| 20 | Q | Okay. And he requested a meeting, an executive |
| 21 | | meeting, to talk about the personnel issues relating |
| 22 | | to him, correct? |
| 23 | A | Yeah. They said that he could, you know, that that's |
| 24 | | probably what he should do. |
| 25 | Q | And that was considered to be consistent with the way |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 3
PAGE 2 OF 2