CONFIDENTIAL SEALED TRANSCRIPT

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF ALASKA

3

4    REGINALD FLEMING, CHRISTOPHER          CONFIDENTIAL
     DELEON, CHRIS HAMPTON,
5    WILLIAM D. MCKILLICAN, and
     TODD SCHLUMBOHM,
6
                 Plaintiffs,
7
        vs.
8
     FANNIE CARROLL, and the CITY
9    OF FORT YUKON, ALASKA,

10               Defendants.
     _____
11   Case No. 4:04-cv-00034-RRB

12

13                    **CONFIDENTIAL**

14         **DEPOSITION OF CHRISTOPHER DeLEON**

15           Taken Wednesday, July 19, 2006

16      From the hour of 9:05 a.m. to 3:03 p.m.

17         Pages 1 through 232, inclusive
                    Volume 1
18
        Taken by Counsel for Defendants
19
                        At
20
     Offices of Heartland Court Reporters
21       100 Cushman Street, Suite 308
            Fairbanks, Alaska 99701
22

23

24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters

EXHIBIT __6__
PAGE _1_ OF _3_

Fannie Carroll, City Manager
City of Fort Yukon
P.O. Box 269
Fort Yukon, AK  99740


February 11, 2004



Officer Christopher DeLeon
3392 White Spruce Street
North Pole, AK  99705

Re:   Termination of Officer DeLeon/Notice of Hearing

Dear Officer DeLeon:

By letter dated February 9, 2004, you were notified of the reasons
for your proposed dismissal and your right to request a hearing.
Since the February 9, 2004 letter, additional grounds and cause
for termination have occurred and/or come to light.  The following
are supplemental and additional reasons for dismissal and
termination:

>    1.   Removal or participation in the removal of City
>    of Fort Yukon property, including personnel files,
>    case files and phone line recordings.
>
>    2.   The failure, upon demand, to return City of
>    Fort Yukon property, including personnel files,
>    case files, and recordings.
>
>    3.   Behavior unbecoming of a police officer.

You were also previously notified, as discussed above, of your
right to request a hearing on this matter.  Under the
circumstances the hearing would not be before me, the City
Manager.  However, neither the prior notice nor the Fort Yukon
Personnel Policy Manual Handbook sets forth a time frame for such
a hearing.  Therefore, to avoid any potential confusion or
problem, a hearing has been set for Monday, February 16, 2004,
before Mary Beth Solomon at 10:30 a.m., at City Hall in Fort
Yukon.  Ms. Solomon is a respected member of the community, a city
council member, and a member of the tribal council.

If you do not want a hearing, please contact this office by 2:00
p.m. Friday, February 13, 2004, in writing, by fax to (907) 662-
2717, so that the hearing can be canceled.

EXHIBIT   6
PAGE   2   OF

EXHIBIT

#6  DeLeon

GAD 800-631-6989

*Fleming v Carroll*
Plt. Doc. Control No. 124

Fannie Carroll, City Manager
City of Fort Yukon
Re:  Termination of Officer DeLeon/Notice of Hearing
February 11, 2004
Page 2


You are not to wear your City of Fort Yukon uniform or in any way act or represent that you are acting on behalf of the City of Fort Yukon.

Finally, demand is once again made that you return to the City of Fort Yukon all City property in your possession or control.  To avoid any misunderstanding, this is considered an extremely important and serious matter.

Sincerely,

CITY OF FORT YUKON

Fannie Carroll
City Manager

EXHIBIT 6
PAGE 3 of 3

*Fleming v Carroll*
Plt. Doc. Control No. 125