```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER   )
     DELEON, CHRIS HAMPTON, WILLIAM  )
 4   D. MCKILLICAN and TODD          )
     SCHLUMBOHM,                     )
 5                                   )
                  Plaintiffs,        )
 6                                   )
          vs.                        )
 7                                   )
     FANNIE CARROLL and the CITY OF  )
 8   FORT YUKON, ALASKA              )
                                     )
 9                Defendants.        )
     _____) Case No. F04-0034 CIV (RRB)
10
                     DEPOSITION OF FANNIE M. CARROLL
11                           May 26, 2006

12   APPEARANCES:
13
            FOR THE PLAINTIFFS:       MR. MICHAEL J. WALLERI
14                                    Law Offices of
                                       Michael J. Walleri
15                                    Attorneys at Law
                                      330 Wendell Street
16                                    Suite E
                                      Fairbanks, Alaska 99701
17                                    (907) 452-4716

18          FOR THE DEFENDANTS:       MR. HOWARD S. TRICKEY
                                      Jermain, Dunnagan & Owens
19                                    Attorneys at Law
                                      3000 A Street, Suite 300
20                                    Anchorage, Alaska 99503
                                      (907) 563-8844
21
            ALSO PRESENT:             MR. PETER SANDBERG
22
                          * * * *
23

24

25
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 7
PAGE 1 OF 4

COPY

```
 1  defensive, so I'd ask you to -- I mean, the questions
 2  themselves are somewhat argumentative but the tone plus the
 3  questions are argumentative.  Maybe we can just take a five
 4  minute break and let everybody just cool down here and get
 5  through the rest of the afternoon.
 6              MR. WALLERI:  Okay.
 7          (Off record)
 8          (On record)
 9  Q       (By Mr. Walleri)  Okay.  In terms of Mr. -- do you
10          remember having a conversation with Mr. DeLeon when
11          Mr. McKillican separate- -- right after Mr. McKillican
12          resigned, in which you expressed your appreciation for
13          Mr. DeLeon's honesty?
14  A       At that time, yes I did.
15  Q       Now on -- now that happened on -- that would have
16          happened on July or August 6th of 2003.  So what
17          happened between August 6th of 2003 until February 5th
18          or February 7th, to suggest -- or what acts of
19          insubordination occurred by Mr. DeLeon between that
20          period of time?
21  A       I don't recall specifically without looking through
22          this pile of paperwork, specifically what acts of
23          insubordination.  But it did go from a good
24          relationship, I mean, evidently to hire someone, to
25          one that was not, and in talking with the city
```

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 7
PAGE 2 OF 4

|   |   |   |
|---|---|---|
| 1 |   | attorneys, two of them, two HR personnel, people from |
| 2 |   | AMLJIA, in talking to all of these people that I |
| 3 |   | trust, there wit and wisdom and professionalism, in |
| 4 |   | talking with them, this termination letter was |
| 5 |   | written. |
| 6 | Q | Did you talk to..... |
| 7 | A | To back that up with exact dates like you want me to |
| 8 |   | tell you right now, I am tired and no, I -- I have not |
| 9 |   | sat there and read this stuff and memorized it word |
| 10 |   | for word from a couple of years ago. |
| 11 | Q | Well, actually all I'm just asking you for is just |
| 12 |   | general recollection.  Do you ever remember him being |
| 13 |   | rude to you? |
| 14 | A | I don't guess that I like general recollection. |
| 15 | Q | Okay.  So what were some of the other reasons that he |
| 16 |   | was terminated?  Let's see, we had insubordination. |
| 17 |   | What were the days of the insubordination that he was |
| 18 |   | terminated -- some of the other reasons that he was |
| 19 |   | terminated, other than the insubordination?  Mr. |
| 20 |   | DeLeon? |
| 21 | A | Disrespect to superiors.  Receipt of a written |
| 22 |   | statement and a petition which individually and |
| 23 |   | collectively provide just cause. |
| 24 | Q | And which superiors was he disrespectful to? |
| 25 | A | To myself. |

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 7
PAGE 3 OF 4

126

```
 1  Q       And then you called him up.....
 2  A       To make sure he did.
 3  Q       And did you want Mr. DeLeon fired at that time?
 4  A       I didn't say fired, I said suspend, there is a
 5          difference.
 6  Q       Prior to this time, hadn't you in fact told Reggie
 7          that you wanted Mr. DeLeon fired and that Mr. Fleming,
 8          Reggie, refused to do that?
 9  A       Nope.
10  Q       Okay.  Why is it that you didn't fire DeLeon before
11          you fired Reggie?
12  A       Excuse me?
13  Q       Why is it that you fired Mr. Fleming before you fired
14          Mr. DeLeon?
15  A       Your question is to give me the indication that I
16          planned firings like, how come you didn't do this in
17          this order.  It was not an orderly, planned thing.
18          When Fleming got fired, there was a reason for him to
19          be fired.  When DeLeon got fired, there was a reason
20          for him to be fired.  I had talked to legal counsel, I
21          had talked to attorneys that were human resource
22          specialists.  I had waited for them to do their job
23          and it was not a planned thing.
24  Q       Okay.  Let's talk about that.  Why did you fire Mr.
25          Fleming?
```

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

EXHIBIT 7
PAGE 4 OF 4