```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER    )
     DeLEON, CHRIS HAMPTON, WILLIAM   )
 4   D. McKILLICAN, and TODD          )
     SCHLUMBOHM,                      )
 5                                    )
                   Plaintiffs,        )
 6                                    )
     vs.                              )
 7                                    )
     FANNIE CARROLL and the CITY OF   )
 8   FORT YUKON, ALASKA,              )
                                      )
 9                 Defendants.        )
     _____)
10   Case No. 4:04-cv-00034-RRB Civil

11              DEPOSITION OF REGINALD FLEMING
                        July 20, 2006
12
     APPEARANCES:
13
          FOR THE PLAINTIFFS:       MR. MICHAEL J. WALLERI
14                                  Attorney at Law
                                    330 Wendell Street, Suite E
15                                  Fairbanks, Alaska 99701
                                    (907) 452-4716
16
          FOR THE DEFENDANTS:       MR. MATTHEW SINGER
17                                  Jermain, Dunnagan & Owens
                                    Attorneys at Law
18                                  3000 A Street, Suite 300
                                    Anchorage, Alaska 99503
19                                  (907) 563-8844

20

21                          * * * *

22

23

24

25
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*



179

```
 1              that.
 2    Q         And Officer DeLeon testified that -- and his lawyer
 3              wrote that he did not want a hearing.
 4    A         Okay.  If that's what his lawyer wrote, then I can't
 5              say anything on that at this time.
 6    Q         So you don't -- you wouldn't dispute that?
 7                   MR. WALLERI:  Objection as to foundation, as to
 8    whether or not he has any personal knowledge of that.
 9                   MR. SINGER:  Fair enough.
10    A         Yeah.
11                   MR. SINGER:  Let me ask it this way.
12    Q         Do you have any personal knowledge to contradict
13              Mr. DeLeon's testimony that he did not ask for a
14              grievance hearing?
15    A         That he did not ask?  I don't know if he asked.
16                   MR. WALLERI:  Objection as to form.....
17    A         I don't know.
18                   MR. WALLERI:  .....of the question.
19    A         I don't.
20    Q         You don't know one way or the other?
21    A         Well, actually, if you're talking about that meeting, I
22              knew before that he had set up for a grievance what you
23              call it, and they had put Mary Beth Solomon, if I'm
24              right, if I'm -- if I'm -- if I'm right, that they had
25              put Mary Beth Solomon, and they saw that set-up.  That
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



EXHIBIT ____
PAGE 2 OF 3

```
 1            was the set-up.  Like I was saying, it was a set-up, as
 2            far as she was arrested by him, and they were setting
 3            her up as being.....
 4                 MR. SINGER:  Let's take -- we've been going a
 5  long time.  Let's go off the record.
 6                 (Off record)
 7                 (On record)
 8  Q         Mr. Fleming, I'd like to just try and walk you through
 9            a sequence of events.  You had a -- you attended, with
10            Chris DeLeon, this meeting, community policing meeting,
11            correct?
12  A         Yes, sir.
13  Q         And there were two council members there, right?
14  A         Not at first, there were more councils there -- members
15            there.
16  Q         But there were at least two council members there?
17  A         Yes, sir.
18  Q         And the city clerk was there?
19  A         Yes, sir.
20  Q         And the city manager?
21  A         Yes, sir.
22  Q         And that meeting occurred on a Wednesday evening.  Is
23            that right?
24  A         I can't be precise on when that took place, sir.
25  Q         Does that fit with your recollection?
```

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT ___
PAGE 3 OF 3
