CONFIDENTIAL SEALED TRANSCRIPT

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3
 4   REGINALD FLEMING, CHRISTOPHER   )
     DeLEON, CHRIS HAMPTON,          )
 5   WILLIAM D. McKILLICAN, and      )
     TODD SCHLUMBOHM,                )
 6                                   )
                 Plaintiffs,         )
 7                                   )
         vs.                         )
 8                                   )
     FANNIE CARROLL, and the CITY    )
 9   OF FORT YUKON, ALASKA,          )
                                     )
10               Defendants.         )
     _____)
11   Case No. 4:04-cv-00034-RRB
12
13                        CONFIDENTIAL
14            DEPOSITION OF CHRISTOPHER DeLEON
15             Taken Wednesday, July 19, 2006
16        From the hour of 9:05 a.m. to 3:03 p.m.
17            Pages 1 through 232, inclusive
                          Volume 1
18
19            Taken by Counsel for Defendants
20                            At
         Offices of Heartland Court Reporters
21           100 Cushman Street, Suite 308
                Fairbanks, Alaska 99701
22
23
24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

CONFIDENTIAL

COPY

HEARTLAND COURT REPORTERS 907-452-6727

EXHIBIT 9
PAGE 1 OF 3

```
 1      A.    I think it was in Fort Yukon.
 2      Q.    And how did you receive notice?
 3      A.    In a packet, I think.
 4      Q.    Who -- who delivered the packet to you?
 5      A.    I don't remember.
 6      Q.    You don't remember?
 7      A.    Huh-uh.
 8      Q.    It wasn't Fannie Carroll?
 9      A.    No.
10      Q.    It wasn't Reggie Fleming?
11      A.    Reggie was in Fairbanks.
12      Q.    Was it Todd Schlumbohm?
13      A.    No.
14      Q.    You don't recall who it was?
15      A.    No, I don't.
16      Q.    It wasn't verbal?
17      A.    No.
18      Q.    What was in the packet?
19      A.    A City of Fort Yukon employee booklet and her
20   reasons for terminating me.
21      Q.    Okay.
22      A.    Insubordination and actions unbecoming a
23   police officer, that kind of stuff.  And then there was
24   also a -- something in there stating that I could have
25   a meeting with a person of the city council who is Mary
```

```
 1     Beth Solomon, I think is her name.
 2            Well, I knew that that was going to go
 3     nowhere.  Mary Beth wanted to disband the police
 4     department.  That was one of her big issues while she
 5     was on the city council.  She wanted tribal police
 6     officers -- police department.
 7            She also didn't like me because I arrested her
 8     for DUI.  I knew that it was going to be futile for me
 9     to have a face-to-face meeting with her.
10        Q.  Now, let's look for a minute at this City of
11     Fort Yukon manual.
12        A.  Which page?
13        Q.  And we'll -- we'll turn to -- well, you know
14     what, let's -- let's break.
15        A.  Okay.
16            MR. SINGER:  We'll go off the record.
17            THE REPORTER:  Off record.
18            (Off record, recess from
19              12:12 p.m. to 1:06 p.m.)
20            THE REPORTER:  Back on record.
21     BY MR. SINGER:
22        Q.  I'd like to have you look at Exhibit 2.
23        A.  Okay.
24        Q.  This is -- again, is the personnel manual.
25        A.  Okay.
```