1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ALASKA

 3

 4   REGINALD FLEMING, CHRISTOPHER  )
     DELEON, CHRIS HAMPTON, WILLIAM )
 5   D. MCKILLICAN, and TODD        )
     SCHLUMBOHM,                    )
 6                                  )
              Plaintiffs,           )
 7                                  )
         vs.                        )
 8                                  )
     FANNIE CARROLL and the CITY    )
 9   OF FORT YUKON, ALASKA,         )
                                    )
10            Defendants.           )
     _____)
11   Case 4:04-cv-00034-RRB

12

13

14       **VIDEOTAPE DEPOSITION OF TODD SCHLUMBOHM**

15          Taken Thursday, August 17, 2006

16      From the hour of 1:48 p.m. to 3:36 p.m.

17          Pages 1 through 103, inclusive

18                    Volume 1

19         Taken by Counsel for Defendants

20                       At

21        Offices of Heartland Court Reporters
            100 Cushman Street, Suite 308
22              Fairbanks, Alaska 99701

23

24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

HEARTLAND COURT REPORTERS  907-452-6727        EXHIBIT 11
                                               PAGE 1 OF 5

1   me and DeLeon went up on this date, and he was there,
2   and I don't -- I think Reggie may have came in later
3   this day.
4       Q.   So -- so you -- DeLeon had been fired while
5   you were in Fairbanks, right?
6       A.   I can't remember if he was in Fairbanks or
7   Fort Yukon, either one, Reggie or DeLeon.
8       Q.   And you guys -- you guys flew back from
9   Fairbanks to Fort Yukon --
10      A.   Yes.
11      Q.   -- on February 16th --
12      A.   Yes.
13      Q.   -- together?
14      A.   Yes.
15      Q.   And he was no longer a police officer?
16      A.   I -- I don't know if he was or not or if
17  that's why he came up because we knew that there was
18  going to be a city council meeting that night, we
19  wanted to attend the city council meeting.  We were
20  refused to go to the city council meeting.
21      Q.   Why -- why did you refuse to go to the city
22  council meeting?
23      A.   We didn't refuse to, we were asked not to go
24  into the city council member by Greg Russell.  He says,
25  you guys just hang out here.  They went in, they went

1    A.   Yeah.  Greg Russell had told me to -- I told
2    him what -- what I write -- I've never wrote a letter,
3    just I said what I just put on there that I resign at
4    this date.  He said, don't put personal reasons.  And
5    then, obviously, he made me write in the 2004 that I
6    had forgot.
7    Q.   And so after you submitted this letter of
8    resignation, did you submit to the city a written
9    grievance?
10   A.   This is the only thing that I gave Fannie
11   Carroll.
12   Q.   Okay.  You didn't, then, ask for a hearing,
13   for example?
14   A.   No.  I only asked about the city council
15   members being present, and that was before this.
16   Q.   That was because of your belief that the city
17   council had to be present to terminate you?
18   A.   A certain amount of members, I thought, had to
19   be present before we were given the option to resign or
20   be terminated.
21   Q.   What was -- where did that belief come from?
22   A.   That's just -- I don't -- who knows.
23   Q.   Did a -- after they were terminated, did
24   Fleming and DeLeon come back to Fort Yukon?
25   A.   Me and DeLeon were -- after terminated, after

1    A.    Yeah.  Greg Russell had told me to -- I told
2    him what -- what I write -- I've never wrote a letter,
3    just I said what I just put on there that I resign at
4    this date.  He said, don't put personal reasons.  And
5    then, obviously, he made me write in the 2004 that I
6    had forgot.
7    Q.    And so after you submitted this letter of
8    resignation, did you submit to the city a written
9    grievance?
10   A.    This is the only thing that I gave Fannie
11   Carroll.
12   Q.    Okay.  You didn't, then, ask for a hearing,
13   for example?
14   A.    No.  I only asked about the city council
15   members being present, and that was before this.
16   Q.    That was because of your belief that the city
17   council had to be present to terminate you?
18   A.    A certain amount of members, I thought, had to
19   be present before we were given the option to resign or
20   be terminated.
21   Q.    What was -- where did that belief come from?
22   A.    That's just -- I don't -- who knows.
23   Q.    Did a -- after they were terminated, did
24   Fleming and DeLeon come back to Fort Yukon?
25   A.    Me and DeLeon were -- after terminated, after

```
 1   to executive session, he came back, he says, we are in
 2   executive session with the city attorneys.  That's it.
 3        Q.   And then did you go in?
 4        A.   No.
 5        Q.   Why not?
 6        A.   We were asked not to go in.
 7        Q.   It's your testimony you were asked not to go
 8   in?
 9        A.   (Witness nods head.)
10             MR. WALLERI:  You need to say -- you need to
11   verbalize.
12             THE WITNESS:  Yeah.  We -- we were asked not
13   to go into the city council meeting and to wait until
14   it was over with.
15   BY MR. SINGER:
16        Q.   Okay.  Now, you never submitted, again, a
17   written grievance or a written request for a hearing?
18        A.   No, I didn't.  I was not aware of what those
19   were at the time.
20        Q.   You were aware that there was a Personnel
21   Manual Handbook?
22        A.   Yeah.
23        Q.   And that it had a grievance chapter in it?
24        A.   Yeah.  I probably -- I'm sure I read it.
25        Q.   Did -- did you -- you're sure you read it?
```