IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER
DELEON, CHRIS HAMPTON, WILLIAM
D. MCKILLIGAN, and TODD
SCHLUMBOHM,

      Plaintiffs,

-vs-

FANNIE CARROLL, and the CITY OF
FORT YUKON, ALASKA,

      Defendants.
_____

Case No. F04-0034 CIV (RRB)

COPY

DEPOSITION OF GREG RUSSELL

Pages 1 - 129 Inclusive

August 16, 2006, 9:00 a.m.

Anchorage, Alaska

Page 14

froze up because it was cold?
   A. I slept in that house a couple of days and had taken a shower there.
   Q. When?
   A. And it was -- it had been sometime later when I came up the second visit.
   Q. Did you know that there were two houses?
   A. No.
   Q. Did you know that one froze up?
   A. No. Wait a minute. When you say that there were two houses, do you mean the apartment that Reggie was staying in out by the airport?
   Q. No, that there were two houses, that there was a house that was used to house the officers?
   A. And that was right across the street from the police station, and I've been in that one. And on my second visit I also was in Reggie's apartment I believe over by the airport.
   Q. Did you go to take a look at the house that they were involved -- that Hampton was staying in at the time?
   A. If that was the house straight across the street from the police station, then I would say yes, and I had slept there.
   Q. During that visit?
   A. No. Not during that visit.

Page 15

   Q. Were you aware that the house that he was referencing subsequently froze up?
   A. No.
   Q. So you did not check to see if the house was, in fact, cold?
   A. No, I did not.
   Q. Okay. And in terms of the chat, did you make any inquiry into trying to get a record of the chat?
   A. Yes, I did.
   Q. Okay. And what did you find?
   A. I was told that the IM chat history was not preserved and it was not available.
   Q. Who told you that?
   A. Dave McKillican.
   Q. And did you check with the server?
   A. No.
   Q. Did you know who the server was? Do you know who operates the IM chat?
   A. MSN.
   Q. Did you check with MSN to see if they preserve records of the chat?
   A. No.
   Q. Okay. So when you interviewed -- can you describe -- when you interviewed, can you describe how you conducted the interview with Mr. Hampton?

Page 16

   A. In an office that was provided to me. I believe it was a clerk's office, but I'm not sure. Sitting across from a table, a desk just like you and I are sitting now.
   Q. What did you tell Mr. Hampton when you began the interview?
   A. When he came in?
   Q. Uh-huh, what did you tell him about the interview?
   A. I told him --
      MR. SINGER: Objection, vague.
      THE WITNESS: I guess I don't understand the question.
BY MR. WALLERI:
   Q. Can you describe how you initiated the interview; what did you say to him?
   A. I introduced myself to him, I told him why I was in town and what I was investigating was the allegation of sexual harassment that had been brought against him.
   Q. And did you tell him that you were a human lie detector?
   A. I may have. It's a line that I've used before.
   Q. Why would you tell him that?
   A. It's a very effective tool in discouraging people from lying.

Page 17

   Q. Did you tell him that you thought he was lying?
   A. Yes.
   Q. Okay. And that you had training in telling if people are lying?
   A. Yes.
   Q. And how do you tell if somebody's lying?
   A. There's all sorts of ways, by interpreting body behavior responses, by paying attention to them when they're talking to you, by comparing information that you've previously received from other sources, by validating what they say. There's a lot of different ways to tell if people are lying.
   Q. But in this case, it pretty much came down to Helen Cadzow's [as spoken] word that this is what -- the only two witnesses to the IM chat were -- was Cadzow and Mr. Hampton, correct?
   A. Yes.
   Q. And Cadzow said it said one thing and Mr. Hampton said it said something else, correct?
   A. Partly, yes. Partly, no.
      Mr. Hampton admitted that some of the things that were contained in the IM chat, he corroborated portions of what she said.
   Q. And he denied other things that she said?
   A. That's correct.