```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE STATE OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER,      )
     DELEON, CHRIS HAMPTON, WILLIAM      )
 4   D. MCKILLICAN, and TODD             )
     SCHLUMBOHM,                         )
 5                                       )
                      Plaintiffs,        )
 6                                       )
     vs.                                 )
 7                                       )
     FANNIE CARROLL and THE CITY OF      )
 8   FORT YUKON, ALASKA,                 )
                                         )
 9                    Defendants.        )
     _____)
10   Case No. F04-0034 CIV (RRB)

11                DEPOSITION OF DEBBIE MCCARTY
                       June 15th, 2006
12
     APPEARANCES:
13
             FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                                  Attorney at Law
                                    330 Wendell Street
15                                    Suite E
                                    Fairbanks, Alaska 99701
16                                  (907) 452-4716

17           FOR THE DEFENDANTS:    MR. MATTHEW SINGER
                                    Jermain, Dunnagan & Owens
18                                  3000 A Street, Suite 300
                                    Anchorage, Alaska 99503
19                                  (907)  563-8844

20           ALSO PRESENT:          MR. MICHAEL JACKSON

21                          * * * *

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

EXHIBIT 13
PAGE 1 OF 4

39

|    |   |                                                                        |
|----|---|------------------------------------------------------------------------|
| 1  |   | that there was a lot of cases that couldn't be                         |
| 2  |   | prosecuted or paperwork laid, I'm not sure.  But it's                  |
| 3  |   | kind of to that effect.                                                |
| 4  | Q | Were you ever -- do -- were you aware that the state                   |
| 5  |   | troopers came to Fort Yukon to seize control of the                    |
| 6  |   | evidence locker?                                                       |
| 7  | A | I think so.                                                            |
| 8  | Q | Okay.                                                                  |
| 9  | A | Was that.....                                                          |
| 10 | Q | Do you know whether or not that was before or after                    |
| 11 |   | Mr. Fleming left?                                                      |
| 12 | A | I don't know.                                                          |
| 13 | Q | Okay.                                                                  |
| 14 | A | And I think somebody from AML came up after that, too.                 |
| 15 | Q | Okay.                                                                  |
| 16 | A | If I.....                                                              |
| 17 | Q | Did the city ever -- did the city council ever ask for                 |
| 18 |   | a report from the AML about the terminations of                        |
| 19 |   | Reginald Fleming and the other police officers?                        |
| 20 | A | I think they did, yes.                                                 |
| 21 | Q | Did they ever have a meeting about it?                                 |
| 22 | A | The guy from AML, the investigator, whatever he was,                   |
| 23 |   | came up and spent a few days in the police department                  |
| 24 |   | and I actually -- I actually came -- went to the city                  |
| 25 |   | to ask to speak with him, because I wanted to know -- I                |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 13
PAGE 2 OF 4

40

| | |
|---|---|
| 1 | was -- when I was in Fair- -- I was in Fairbanks when |
| 2 | all this -- and I read -- opened the morning paper and |
| 3 | read this. I immediately called the city and what -- |
| 4 | you know, I mean, I was a little upset, you know, that |
| 5 | I wasn't told. I mean, somebody could have called. |
| 6 | And so that was basically why I called the city. And I |
| 7 | came back to town and I heard there was a guy from AML |
| 8 | here. So I went to the city building and he was in the |
| 9 | police department, you know, looking through papers and |
| 10 | trying to figure out what was going here and what was |
| 11 | going on there. And what -- I don't know exactly what |
| 12 | he was looking at or if he was just trying to organize |
| 13 | or what. And he actually -- I actually spoke with him |
| 14 | for a few minutes and -- and because I wanted to know |
| 15 | you -- you know, I know that I'm just a city council |
| 16 | member, but I thought, you know, it would have been |
| 17 | nice if I knew what was going on, because I -- you |
| 18 | know, suddenly we had no police department and -- and I |
| 19 | had no idea why, you know. So then -- and that's |
| 20 | basically what I spoke with him about. And he just -- |
| 21 | he talked about that he -- he was up here to figure it |
| 22 | out and to kind of like do some work for the city or |
| 23 | whatever and -- and just told me about the -- how |
| 24 | unorganized the police department was and that -- and |
| 25 | that I should just wait and let him do his thing and -- |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 13
PAGE 3 OF 4

41

```
 1            but then I never -- I think at that same time, there
 2            was a question about the police department being --
 3            they said they were certified, but they actually
 4            weren't certified.  But they -- I guess the city
 5            manager assumed they were -- thought they were and
 6            because they were supposed to be getting it while they
 7            were here, their certification, but nobody was
 8            certified and they missed the deadline for the
 9            paperwork or something.  But.....
10   Q        Do you -- did the city council ever conduct -- ask to
11            have a meeting with Greg Russell from the AML?
12   A        Is that who -- who it was, Greg Russell?
13   Q        Or anybody from AML?
14   A        Oh.  I don't know.
15   Q        I'm -- you're the witness.
16   A        Oh, sorry.  Yes, and I think we -- I think we might
17            have had a meeting with him.  I -- we might have had a
18            meeting with him.
19   Q        Okay.
20   A        I mean, we could look back and see if we did or not.
21            Long time ago.
22   Q        In terms of -- just to make sure I understand, the --
23            were you aware that -- let's see -- that an executive
24            session with the police was -- with the police to talk
25            about the petition and other personnel issues, was
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 13
PAGE 4 OF 4