```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3
 4   REGINALD FLEMING, CHRISTOPHER      )
     DeLEON, CHRIS HAMPTON,             )
 5   WILLIAM D. MCKILLICAN, and         )
     TODD SCHLUMBOHM,                   )
 6                                      )
                Plaintiffs,             )
 7                                      )
          vs.                           )
 8                                      )
     FANNIE CARROLL, and the CITY       )
 9   OF FORT YUKON, ALASKA,             )
                                        )
10              Defendants.             )
     _____)
11   Case No. 4:04-cv-00034-RRB
12
```

CONFIDENTIAL

DEPOSITION OF CHRISTOPHER DeLEON

Taken Wednesday, July 19, 2006

From the hour of 9:05 a.m. to 3:03 p.m.

Pages 1 through 232, inclusive
Volume 1

Taken by Counsel for Defendants

At

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701

Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

HEARTLAND COURT REPORTERS 907-452-6727

EXHIBIT 14
PAGE 1 OF 2

1   I was still riding with Todd, I was still trying to
2   learn the city, and if I remember right, Mr. Miller
3   wasn't there, but Ms. Carroll was there, or vice versa.
4   Anyway, one of them wasn't there.
5       Q.   Were there any attorneys there?
6       A.   I know there was an attorney that was
7   representing Mr. Miller.
8       Q.   Who was that?
9       A.   I don't know.
10      Q.   Was it Mike Walleri?
11      A.   It could have been.  Yes.
12           MR. WALLERI:  For the record, it was.
13           THE WITNESS:  Okay.  And Fannie said that she
14  needed more time because she didn't have an attorney.
15  That's what I recall.
16  BY MR. SINGER:
17      Q.   Do you recall that you were served with
18  discovery requests in this lawsuit?
19      A.   Yes.
20      Q.   Your attorney provided you a copy of
21  interrogatory questions?
22      A.   Yes.
23      Q.   And did you understand that those were -- you
24  were answering those under oath?
25      A.   Yes.