```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER   )
     DELEON, CHRIS HAMPTON, WILLIAM  )
 4   D. MCKILLICAN and TODD          )
     SCHLUMBOHM,                     )
 5                                   )
                    Plaintiffs,      )
 6                                   )
          vs.                        )
 7                                   )
     FANNIE CARROLL and the CITY OF  )
 8   FORT YUKON, ALASKA              )
                                     )
 9                  Defendants.      )
     _____) Case No. F04-0034 CIV (RRB)
10
                     DEPOSITION OF FANNIE M. CARROLL
11                         May 26, 2006

12
     APPEARANCES:
13
             FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
14                                    Law Offices of
                                       Michael J. Walleri
15                                    Attorneys at Law
                                      330 Wendell Street
16                                    Suite E
                                      Fairbanks, Alaska 99701
17                                    (907) 452-4716

18           FOR THE DEFENDANTS:      MR. HOWARD S. TRICKEY
                                      Jermain, Dunnagan & Owens
19                                    Attorneys at Law
                                      3000 A Street, Suite 300
20                                    Anchorage, Alaska 99503
                                      (907) 563-8844
21
             ALSO PRESENT:            MR. PETER SANDBERG
22
                                * * * *
23

24

25
```

METRO COURT REPORTING
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

COPY

| | | |
|---|---|---|
| 1 | A | I mean, they're police officers. I don't -- |
| 2 | Q | You had a chief officer -- you had a chief of police |
| 3 | | at the time, Mr. Wallace, correct? |
| 4 | A | When -- when the other -- when the two troopers came |
| 5 | | up there was Wallace, yes. |
| 6 | Q | Do you have -- did you ever have any discussions with |
| 7 | | Mr. Wallace or Mr. Jeff O'Bryant or Danielle Simmons |
| 8 | | or Janelle Stoppe (ph) I think it is, anybody with the |
| 9 | | district attorney's office over the dismissal of a |
| 10 | | large number of cases in Fort Yukon that occurred |
| 11 | | after Mr. Fleming left the employ of the city? |
| 12 | A | You're going to have to rephrase that because that was |
| 13 | | a whole lot of words. |
| 14 | Q | Okay. Are you familiar with -- did you ever have any |
| 15 | | discussions with anybody in the district attorney's |
| 16 | | office about the dismissal of a large number of cases |
| 17 | | out of Fort Yukon after, that occurred after Mr. |
| 18 | | Fleming left? |
| 19 | A | I don't know about that, but I do know that during a |
| 20 | | city council meeting, it was brought up I think twice |
| 21 | | that the DA's office was not being cooperative with |
| 22 | | Fleming and DeLeon and Schlumbohm's cases going in. |
| 23 | Q | Did you inquire as to why that was the case? |
| 24 | A | Yes, I did. |
| 25 | Q | Why? |



EXHIBIT 16
PAGE 2 OF 2