```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF ALASKA

 3

 4   REGINALD FLEMING, CHRISTOPHER  )
     DELEON, CHRIS HAMPTON,         )
 5   WILLIAM D. MCKILLICAN, and     )
     TODD SCHLUMBOHM,               )
 6                                  )
                 Plaintiffs,        )
 7                                  )
         vs.                        )
 8                                  )
     FANNIE CARROLL, and the CITY   )
 9   OF FORT YUKON, ALASKA,         )
                                    )
10               Defendants.        )
     _____)
11   Case No. 4:04-cv-00034-RRB

12

13                        CONFIDENTIAL

14           DEPOSITION OF CHRISTOPHER DeLEON

15             Taken Wednesday, July 19, 2006

16         From the hour of 9:05 a.m. to 3:03 p.m.

17            Pages 1 through 232, inclusive
                         Volume 1
18
           Taken by Counsel for Defendants
19
                             At
20
          Offices of Heartland Court Reporters
21           100 Cushman Street, Suite 308
                 Fairbanks, Alaska 99701
22

23

24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

HEARTLAND COURT REPORTERS 907-452-6727

EXHIBIT 17
PAGE 1 OF 6

```
 1      A.    I think it was in Fort Yukon.
 2      Q.    And how did you receive notice?
 3      A.    In a packet, I think.
 4      Q.    Who -- who delivered the packet to you?
 5      A.    I don't remember.
 6      Q.    You don't remember?
 7      A.    Huh-uh.
 8      Q.    It wasn't Fannie Carroll?
 9      A.    No.
10      Q.    It wasn't Reggie Fleming?
11      A.    Reggie was in Fairbanks.
12      Q.    Was it Todd Schlumbohm?
13      A.    No.
14      Q.    You don't recall who it was?
15      A.    No, I don't.
16      Q.    It wasn't verbal?
17      A.    No.
18      Q.    What was in the packet?
19      A.    A City of Fort Yukon employee booklet and her
20   reasons for terminating me.
21      Q.    Okay.
22      A.    Insubordination and actions unbecoming a
23   police officer, that kind of stuff.  And then there was
24   also a -- something in there stating that I could have
25   a meeting with a person of the city council who is Mary
```

1    Beth Solomon, I think is her name.

2         Well, I knew that that was going to go

3    nowhere.  Mary Beth wanted to disband the police

4    department.  That was one of her big issues while she

5    was on the city council.  She wanted tribal police

6    officers -- police department.

7         She also didn't like me because I arrested her

8    for DUI.  I knew that it was going to be futile for me

9    to have a face-to-face meeting with her.

10        Q.   Now, let's look for a minute at this City of

11   Fort Yukon manual.

12        A.   Which page?

13        Q.   And we'll -- we'll turn to -- well, you know

14   what, let's -- let's break.

15        A.   Okay.

16             MR. SINGER:  We'll go off the record.

17             THE REPORTER:  Off record.

18             (Off record, recess from

19              12:12 p.m. to 1:06 p.m.)

20             THE REPORTER:  Back on record.

21   BY MR. SINGER:

22        Q.   I'd like to have you look at Exhibit 2.

23        A.   Okay.

24        Q.   This is -- again, is the personnel manual.

25        A.   Okay.

1  A. No.

2  Q. Did she say to you, I'm not going to rule in

3 your favor?

4  A. No.

5  Q. You just assumed you would not get a fair

6 hearing with her because of your prior experience with

7 her?

8  A. And her comments.

9  Q. And her comments specifically were that she

10 thought the police department should be disbanded?

11  A. Correct.

12  Q. What else did she comment that you found of

13 concern?

14  A. Well, that she wanted a tribal police, she

15 didn't want a city police.  And you know...

16  Q. So that's the reason why you believed it would

17 be -- you use the word "futile" to have a hearing with

18 Mary Beth Solomon?

19  A. Correct.

20  Q. Now, you understood that if -- if she

21 disagreed with you, there was a right afterward to

22 appeal to the city council, correct?

23  A. Correct.

24  Q. And did you have -- did anyone from the city

25 council say anything to you that made you think there

```
 1    was some predetermined decision about your termination?
 2    Did you have any conversation with city council about
 3    your termination at all?
 4         A.   Yes.
 5         Q.   Who?
 6         A.   Debbie Carroll.
 7         Q.   Debbie Carroll?
 8         A.   Yeah.
 9         Q.   And what did she say to you?
10         A.   She said -- and also, I'm trying to think of
11    her name, it's Fannie Carroll's sister-in-law.  And I
12    can't recall her name.
13         Q.   Is it Vicky?
14         A.   Vicky's the mayor.
15         Q.   Okay.
16         A.   There's another city council member, and I'm
17    sorry, I apologize, I can't recall her name right now.
18    But we spoke at length, several conversations.  And --
19         Q.   When?
20         A.   When all this was happening.  When I got the
21    letter.  And you know, now that I remember, I'm not
22    sure if I was in Fort Yukon or not.  I might have been
23    served at my house.
24         Q.   In Fairbanks?
25         A.   Yes.
```

```
 1        Q.   Okay.
 2        A.   So -- but they said it wasn't fair and it
 3   wasn't right and that -- you know, that I wouldn't get
 4   a fair hearing.
 5        Q.   Well, but the city council members that you
 6   spoke to said it wasn't fair --
 7        A.   Correct.
 8        Q.   -- that you were terminated?
 9        A.   Correct.  Terminated.  Correct.  But I
10   wouldn't get a fair -- fair, I guess, hearing with Mary
11   Beth.
12        Q.   They said you wouldn't get a fair hearing with
13   Mary Beth Solomon?
14        A.   Correct.
15        Q.   Okay.  They didn't say anything about whether
16   or not you'd get a fair hearing at the city council,
17   did they?
18        A.   They did not.
19        Q.   And they told -- the city council members told
20   you they thought your termination was unfair?
21        A.   Correct.  Just two of them, not the whole
22   panel.
23        Q.   The two are -- again, what are their names?
24        A.   Well, also I spoke to Mike Hardy, as well.
25        Q.   Was he on the council at the time?
```