```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER    )
     DeLEON, CHRIS HAMPTON, WILLIAM   )
 4   D. McKILLICAN, and TODD          )
     SCHLUMBOHM,                      )
 5                                    )
                     Plaintiffs,      )
 6                                    )
     vs.                              )
 7                                    )
     FANNIE CARROLL and the CITY OF   )
 8   FORT YUKON, ALASKA,              )
                                      )
 9                   Defendants.      )
     _____)
10   Case No. 4:04-cv-00034-RRB Civil

11                DEPOSITION OF REGINALD FLEMING
                         July 20, 2006
12
     APPEARANCES:
13
           FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                                Attorney at Law
                                  330 Wendell Street, Suite E
15                                Fairbanks, Alaska 99701
                                  (907) 452-4716
16
           FOR THE DEFENDANTS:    MR. MATTHEW SINGER
17                                Jermain, Dunnagan & Owens
                                  Attorneys at Law
18                                3000 A Street, Suite 300
                                  Anchorage, Alaska 99503
19                                (907) 563-8844

20

21                          *  *  *  *

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



EXHIBIT 18
PAGE 1 OF 3

179

| | | |
|---|---|---|
| 1 | | that. |
| 2 | Q | And Officer DeLeon testified that -- and his lawyer |
| 3 | | wrote that he did not want a hearing. |
| 4 | A | Okay.  If that's what his lawyer wrote, then I can't |
| 5 | | say anything on that at this time. |
| 6 | Q | So you don't -- you wouldn't dispute that? |
| 7 | | MR. WALLERI:  Objection as to foundation, as to |
| 8 | | whether or not he has any personal knowledge of that. |
| 9 | | MR. SINGER:  Fair enough. |
| 10 | A | Yeah. |
| 11 | | MR. SINGER:  Let me ask it this way. |
| 12 | Q | Do you have any personal knowledge to contradict |
| 13 | | Mr. DeLeon's testimony that he did not ask for a |
| 14 | | grievance hearing? |
| 15 | A | That he did not ask?  I don't know if he asked. |
| 16 | | MR. WALLERI:  Objection as to form..... |
| 17 | A | I don't know. |
| 18 | | MR. WALLERI:  .....of the question. |
| 19 | A | I don't. |
| 20 | Q | You don't know one way or the other? |
| 21 | A | Well, actually, if you're talking about that meeting, I |
| 22 | | knew before that he had set up for a grievance what you |
| 23 | | call it, and they had put Mary Beth Solomon, if I'm |
| 24 | | right, if I'm -- if I'm -- if I'm right, that they had |
| 25 | | put Mary Beth Solomon, and they saw that set-up.  That |

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678


EXHIBIT 18
PAGE 2 OF 3

Case 4:04-cv-00034-RRB   Document 124-19   Filed 10/17/2006   Page 3 of 3

180

```
 1            was the set-up.  Like I was saying, it was a set-up, as
 2            far as she was arrested by him, and they were setting
 3            her up as being.....
 4                 MR. SINGER:  Let's take -- we've been going a
 5  long time.  Let's go off the record.
 6                 (Off record)
 7                 (On record)
 8  Q    Mr. Fleming, I'd like to just try and walk you through
 9       a sequence of events.  You had a -- you attended, with
10       Chris DeLeon, this meeting, community policing meeting,
11       correct?
12  A    Yes, sir.
13  Q    And there were two council members there, right?
14  A    Not at first, there were more councils there -- members
15       there.
16  Q    But there were at least two council members there?
17  A    Yes, sir.
18  Q    And the city clerk was there?
19  A    Yes, sir.
20  Q    And the city manager?
21  A    Yes, sir.
22  Q    And that meeting occurred on a Wednesday evening.  Is
23       that right?
24  A    I can't be precise on when that took place, sir.
25  Q    Does that fit with your recollection?
```

