```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE STATE OF ALASKA

 3  REGINALD FLEMING, CHRISTOPHER,    )
    DELEON, CHRIS HAMPTON, WILLIAM    )
 4  D. MCKILLICAN, and TODD           )
    SCHLUMBOHM,                       )
 5                                    )
                    Plaintiffs,       )
 6                                    )
    vs.                               )
 7                                    )
    FANNIE CARROLL and THE CITY OF    )
 8  FORT YUKON, ALASKA,               )
                                      )
 9                  Defendants.       )
    _____)
10  Case No. F04-0034 CIV (RRB)

11               DEPOSITION OF DEBBIE MCCARTY
                       June 15th, 2006
12
    APPEARANCES:
13
         FOR THE PLAINTIFFS:     MR. MICHAEL J. WALLERI
14                               Attorney at Law
                                 330 Wendell Street
15                                 Suite E
                                 Fairbanks, Alaska 99701
16                               (907) 452-4716

17       FOR THE DEFENDANTS:     MR. MATTHEW SINGER
                                 Jermain, Dunnagan & Owens
18                               3000 A Street, Suite 300
                                 Anchorage, Alaska 99503
19                               (907) 563-8844

20       ALSO PRESENT:           MR. MICHAEL JACKSON

21                         * * * *

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678


EXHIBIT 2
PAGE 1 OF 14

6

| | | |
|---|---|---|
| 1 | A | Off and on my whole life. We actually moved out of |
| 2 | | Alaska when I was 12, because my father was in the Air |
| 3 | | Force. |
| 4 | Q | Okay. And who is your father? |
| 5 | A | James McCarty. |
| 6 | Q | Okay. And so you -- were you born in Fort Yukon? |
| 7 | A | No. I was born in California. My mother is from here. |
| 8 | Q | Oh, okay. And who is your mother? |
| 9 | A | Annette Carroll. |
| 10 | Q | Annette Carroll. Okay. And..... |
| 11 | A | Annette Carroll McCarty, sorry. |
| 12 | Q | In terms of the -- when you -- is -- how -- is she |
| 13 | | related to Fannie Carroll at all? |
| 14 | A | Yes. We're cousins. |
| 15 | Q | Okay. Now, you served on the city council, correct? |
| 16 | A | Yes. |
| 17 | Q | And are you currently on the city council? |
| 18 | A | No. I haven't been on the council for two years, I |
| 19 | | would say. |
| 20 | Q | So when -- how -- when did you -- when were you serving |
| 21 | | on the city council? |
| 22 | A | Probably from 1999 to approximately 2003 or '04, |
| 23 | | approximately. |
| 24 | Q | Okay. Were you on the city council when Reginald |
| 25 | | Fleming was terminated? |

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*


EXHIBIT 2
PAGE 2 of 14

```
 1          Carroll's brother that the police had asked him to
 2          step -- of arising out at the airport?
 3   A      Wait.  Can you start.....
 4   Q      A complaint against the police department by Fannie
 5          Carroll's brother about an incident that occurred at
 6          the airport?
 7   A      No.
 8   Q      Okay.  Did you ever hear a complaint about the arrest
 9          of Maggie John?
10   A      Yes, I did.
11   Q      And what did you understand the complaints about the
12          arrest of Maggie John were involving?
13   A      The only thing that I heard -- there was a lot of
14          people complaining again, because it was like -- I
15          think it was maybe a few days or a week before
16          Christmas or maybe Christmas Eve or some- -- right
17          before Christmas, anyway.  And she had been charged
18          with something or convicted of something or -- anyway,
19          she had to go be sent -- she had to be taken to
20          Fairbanks by the police department -- arrested, I
21          guess, and taken to Fairbanks.  And -- and they did it
22          a few days before Christmas and the whole -- half the
23          town was in an uproar because how could they take her
24          away right before Christmas; couldn't they have waited
25          until after Christmas; she has a kid; and so on and so
```



```
 1             forth.  But that's.....
 2   Q         Do you know what she was arrested for?
 3   A         I think it had to do with the AC.
 4   Q         Embezzlement from the AC?
 5   A         Yeah.
 6   Q         And that involves a former mayor, John Taylor, also?
 7   A         Yeah.
 8   Q         Do you remember complaints from the city council
 9             members against Reggie flying to Barrow?
10   A         I remember him flying to Barrow, but I don't remember
11             hearing complaints about it.
12   Q         Okay.  Do you know -- were you -- did anybody ever tell
13             you that he was -- you know, that hi- -- he was
14             questioned about the expense?
15   A         No.
16   Q         Do you know what he.....
17   A         I.....
18   Q         Go ahead.
19   A         In my impression, I -- I was -- in my impression, I
20             thought we -- we were all happy that he was -- I mean,
21             there -- it was a big embezzling case, against -- for
22             the city.  I mean, I -- somebody made off with a whole
23             lot of money and I -- I thought it was a good thing.
24   Q         Do you remember the city council meeting with Reggie
25             and asking him to investigate the embezzlement of funds
```



```
 1         that were from the city itself, the city government?
 2    A    That happened during that time that he was here?
 3    Q    It would have been in two -- roughly around 2002.
 4    A    Oh, yeah, yes.  From the games?
 5    Q    Uh-huh.
 6    A    Yes, I do remember that.
 7    Q    And what did you -- can you tell me about that?
 8    A    The games seemed -- it seemed like the games
 9         weren't -- wasn't making as much money as it should as
10         a games, bingo and pull tabs, and so I don't think it
11         was losing money, but it didn't seem to be -- maybe it
12         was breaking even or something.  So, yes, I -- I
13         remember Reggie being asked and I think -- if I'm
14         right, I think we even closed the games down for awhile
15         to kind of reorganize and figure out what was going on.
16         I'm pretty sure we did.
17    Q    Okay.  Do -- was that in executive session that you
18         asked him to do that?
19    A    I don't remember.
20    Q    Okay.  It's all right.  Okay.  But he told you he was
21         going to investigate money missing from the city?
22    A    I'm sure he did, yes.  And that's -- that's
23         when -- I -- I -- I mean, we got video cameras and that
24         was during that -- that all came out of that, I think,
25         for surveillance cameras.
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



```
 1  Q        So he was actually trying to deal with that?
 2  A        As far as I know.
 3  Q        Do you remember him -- do you remember any reports to
 4           the city council about that fact that cameras,
 5           surveillance cameras were actually being turned off by
 6           city employees in the bingo and the alcohol?
 7  A        I never heard that, but one time, I can't remember
 8           when, they -- there was no -- not a videotape in one of
 9           the -- for like a -- a long period time, maybe at the
10           liquor store or somewhere.  There wasn't even a -- a
11           videotape put in or there wasn't cer- -- a videotape of
12           the city police off- -- office.  I'm not sure where,
13           but I know that -- that did come up about the
14           surveillance cameras, that we paid so much for these
15           surveillance cameras, why are they not being used, was
16           the complaint that I heard.
17  Q        Do you know whether -- during that executive session,
18           do you remember whether or not any city council member
19           expressed reservations about investigating into
20           embezzlement?
21  A        No, I don't.
22  Q        Do you remember whether or not Richard Carroll
23           expressed reservations about investigating embezzlement
24           charges?
25  A        No, I don't.
```



| | | |
|---|---|---|
| 1 | Q | Were -- did you ever have a conversation with Reggie in |
| 2 | | which he told you that he was in -- that Richard |
| 3 | | Carroll was, in fact, a suspect in embezzlement of |
| 4 | | funds from the city? |
| 5 | A | And that had to do with his trip to Nome or Barrow. |
| 6 | | Yes, he did. |
| 7 | Q | So that he was not only investigating the embezzlement |
| 8 | | from the AC and the trip to Barrow, but also the |
| 9 | | embezzlement from the city? |
| 10 | A | Oh, I thought he went to Barrow just for the city.  I |
| 11 | | didn't know he went there for AC.  But, yes, he did |
| 12 | | tell me that. |
| 13 | Q | Okay.  And that was, of course, the -- to -- and |
| 14 | | that's -- that was to investigate the former mayor who |
| 15 | | was involved in those embezzlements? |
| 16 | A | I think those are two different issues, right? |
| 17 | Q | Uh-huh.  Go ahead..... |
| 18 | A | I mean, the AC -- the AC embezzlement was -- is |
| 19 | | different from the -- the embezzlement that he went to |
| 20 | | Barrow for. |
| 21 | Q | Okay.  So your understanding is that he went to Barrow |
| 22 | | to investigate embezzlement of..... |
| 23 | A | Within the city that happened -- that had happened |
| 24 | | years before, before I was on the council and |
| 25 | | that's -- and I don't know how -- I actually wanted to |

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*



|    |   |                                                                    |
|----|---|--------------------------------------------------------------------|
| 1  |   | ask him how did he -- how did he come about                        |
| 2  |   | investigating it, because it -- it happened long before            |
| 3  |   | either one of us, you know, but he did tell me that and            |
| 4  |   | he -- but it didn't have anything to do with the AC.               |
| 5  | Q | Did he tell you that he had run across evidence.....               |
| 6  | A | No.                                                                |
| 7  | Q | .....in the city coun- -- in the city police department            |
| 8  |   | that -- of a prior investigation into the embezzlement?            |
| 9  | A | No, he didn't.  But he told me that he went to Barrow,             |
| 10 |   | because I was kind of anxious to find out what happened            |
| 11 |   | with -- when he went to Barrow.  You know, what did you            |
| 12 |   | come up with.  And apparently he didn't get to talk; he            |
| 13 |   | was too late, the lady died.  That was -- so I just                |
| 14 |   | assumed it was over with.  I -- we never heard anything            |
| 15 |   | after that.                                                        |
| 16 | Q | Now, you mentioned that he did tell you that Richard               |
| 17 |   | Carroll was a suspect in the investigation?                        |
| 18 | A | Uh-huh.  Yes, he did.                                              |
| 19 | Q | And what were your thoughts about that?                            |
| 20 | A | Well, I mean, I -- I -- I just thought, wow, no way.  I            |
| 21 |   | mean, you know, he's my -- he's my -- he's a fellow                |
| 22 |   | council member.  He's a family mem- -- I mean, you know            |
| 23 |   | what it was like, I just thought, well, I                          |
| 24 |   | hope -- certainly hope that's not true.  And there's a             |
| 25 |   | lot of -- you know, you kind of learn to not believe               |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678


8 14

```
 1              rumor until you see fact.  You know, what I -- do you
 2              know what I mean?
 3   Q    Did you tell Reggie that you had heard rumors about
 4        that in the past?
 5   A    Yes, I think I did.
 6   Q    You told him that you -- did -- isn't it true that you
 7        told him that he had been stealing for years?
 8   A    No.
 9   Q    Okay.
10   A    That I told Reggie that?
11   Q    Yeah.
12   A    No.
13   Q    Or that you'd thought he had been stealing for years.
14   A    No.
15   Q    Was there any discussion between -- among the city
16        council members about the success in bringing the
17        prosecution on the AC embezzlement?
18   A    Say.....
19   Q    The success in the arrest and prosecution on the A-
20        -- on -- about the AC embezzlement.....
21   A    Uh-huh.
22   Q    That's in the Maggie John incident?
23   A    Right.
24   Q    Okay.  Was there any discussion between the city
25        council members about that success of the police
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



```
 1              department?
 2   A    I -- I would imagine there probably was, but I don't
 3        remember.
 4   Q    Do you remember whether or not -- prior to the arrest
 5        of Maggie John and John Taylor, did the city council
 6        think that they were going to -- that the
 7        investigations into embezzlement at the AC were going
 8        to actually result in a prose- -- an arrest and a
 9        prosecution?  Did they have an feelings one way or
10        another about it?
11   A    I don't think so.  I mean, I -- it wasn't a -- I don't
12        even -- I'm -- I'm not sure if John Taylor was on the
13        council then.
14   Q    No, he wasn't.  I'm -- or you -- let's put it this way.
15        I'll tell you that -- well, let's strike that.  We
16        just -- yeah.  Okay.  In terms of -- were you aware of
17        any other arrest in Fort Yukon, since you've been here,
18        of anybody for embezzling from anybody else, the city
19        or AC or post office.....
20   A    No.
21   Q    .....that was actually conducted by the city police
22        department?
23   A    No.
24   Q    In your mind -- from your understanding, this was --
25        the arrest of Maggie John was actually the first time
```



```
 1              that there had been a successful arrest.  Isn't that
 2              true?
 3    A         Oh, yes.  I would say so.  Yes.  That was
 4              actually -- oh.....
 5    Q         Go ahead.
 6    A         I mean, that was -- when we had -- when we got those
 7              officers, that was like after a long time of not having
 8              police officers.  I mean, you -- you're aware of Fort
 9              Yukon -- familiar with Fort Yukon and you know local
10              people and people don't want to -- it's har- -- yeah.
11              I mean, I -- I would say -- well, no matter what
12              happened, that was one of the first times where we
13              actually had a full police department and we were kind
14              of moving towards -- in the right direction, you know.
15    Q         Well, you as a city council member were very supportive
16              of the police department, right?
17    A         I tried to be, sure.
18    Q         In terms of Fannie Carroll's management of person-
19              -- you know, of personnel for the city, did you ever
20              have an impression about her management style, a
21              general impression about her management style?
22    A         Yeah.  I -- when she first got hired, we were -- we
23              were very supportive of her and I -- I was supportive
24              of her through the whole -- her whole administration of
25              her being the city manager.  I did -- during the time
```



|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | that there was a lot of cases that couldn't be                       |
| 2  |   | prosecuted or paperwork laid, I'm not sure. But it's                 |
| 3  |   | kind of to that effect.                                              |
| 4  | Q | Were you ever -- do -- were you aware that the state                 |
| 5  |   | troopers came to Fort Yukon to seize control of the                  |
| 6  |   | evidence locker?                                                     |
| 7  | A | I think so.                                                          |
| 8  | Q | Okay.                                                                |
| 9  | A | Was that.....                                                        |
| 10 | Q | Do you know whether or not that was before or after                  |
| 11 |   | Mr. Fleming left?                                                    |
| 12 | A | I don't know.                                                        |
| 13 | Q | Okay.                                                                |
| 14 | A | And I think somebody from AML came up after that, too.               |
| 15 | Q | Okay.                                                                |
| 16 | A | If I.....                                                            |
| 17 | Q | Did the city ever -- did the city council ever ask for               |
| 18 |   | a report from the AML about the terminations of                      |
| 19 |   | Reginald Fleming and the other police officers?                      |
| 20 | A | I think they did, yes.                                               |
| 21 | Q | Did they ever have a meeting about it?                               |
| 22 | A | The guy from AML, the investigator, whatever he was,                 |
| 23 |   | came up and spent a few days in the police department                |
| 24 |   | and I actually -- I actually came -- went to the city                |
| 25 |   | to ask to speak with him, because I wanted to know -- I              |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

12 14

40

1  was -- when I was in Fair- -- I was in Fairbanks when
2  all this -- and I read -- opened the morning paper and
3  read this.  I immediately called the city and what --
4  you know, I mean, I was a little upset, you know, that
5  I wasn't told.  I mean, somebody could have called.
6  And so that was basically why I called the city.  And I
7  came back to town and I heard there was a guy from AML
8  here.  So I went to the city building and he was in the
9  police department, you know, looking through papers and
10 trying to figure out what was going here and what was
11 going on there.  And what -- I don't know exactly what
12 he was looking at or if he was just trying to organize
13 or what.  And he actually -- I actually spoke with him
14 for a few minutes and -- and because I wanted to know
15 you -- you know, I know that I'm just a city council
16 member, but I thought, you know, it would have been
17 nice if I knew what was going on, because I -- you
18 know, suddenly we had no police department and -- and I
19 had no idea why, you know.  So then -- and that's
20 basically what I spoke with him about.  And he just --
21 he talked about that he -- he was up here to figure it
22 out and to kind of like do some work for the city or
23 whatever and -- and just told me about the -- how
24 unorganized the police department was and that -- and
25 that I should just wait and let him do his thing and --

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

2
13  14

```
 1            but then I never -- I think at that same time, there
 2            was a question about the police department being --
 3            they said they were certified, but they actually
 4            weren't certified.  But they -- I guess the city
 5            manager assumed they were -- thought they were and
 6            because they were supposed to be getting it while they
 7            were here, their certification, but nobody was
 8            certified and they missed the deadline for the
 9            paperwork or something.  But.....
10   Q        Do you -- did the city council ever conduct -- ask to
11            have a meeting with Greg Russell from the AML?
12   A        Is that who -- who it was, Greg Russell?
13   Q        Or anybody from AML?
14   A        Oh.  I don't know.
15   Q        I'm -- you're the witness.
16   A        Oh, sorry.  Yes, and I think we -- I think we might
17            have had a meeting with him.  I -- we might have had a
18            meeting with him.
19   Q        Okay.
20   A        I mean, we could look back and see if we did or not.
21            Long time ago.
22   Q        In terms of -- just to make sure I understand, the --
23            were you aware that -- let's see -- that an executive
24            session with the police was -- with the police to talk
25            about the petition and other personnel issues, was
```

