```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE STATE OF ALASKA

 3  REGINALD FLEMING, CHRISTOPHER,    )
    DELEON, CHRIS HAMPTON, WILLIAM    )
 4  D. MCKILLICAN, and TODD           )
    SCHLUMBOHM,                       )
 5                                    )
                 Plaintiffs,          )
 6                                    )
    vs.                               )
 7                                    )
    FANNIE CARROLL and THE CITY OF    )
 8  FORT YUKON, ALASKA,               )
                                      )
 9              Defendants.           )
    _____)
10  Case No. F04-0034 CIV (RRB)

11                DEPOSITION OF DEBBIE MCCARTY
                       June 15th, 2006
12
    APPEARANCES:
13
          FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                               Attorney at Law
                                 330 Wendell Street
15                                 Suite E
                                 Fairbanks, Alaska 99701
16                               (907) 452-4716

17        FOR THE DEFENDANTS:    MR. MATTHEW SINGER
                                 Jermain, Dunnagan & Owens
18                               3000 A Street, Suite 300
                                 Anchorage, Alaska 99503
19                               (907)  563-8844

20        ALSO PRESENT:          MR. MICHAEL JACKSON

21                         *  *  *  *

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 1
PAGE 1 OF 2

```
 1  A    Off and on my whole life.  We actually moved out of
 2       Alaska when I was 12, because my father was in the Air
 3       Force.
 4  Q    Okay.  And who is your father?
 5  A    James McCarty.
 6  Q    Okay.  And so you -- were you born in Fort Yukon?
 7  A    No.  I was born in California.  My mother is from here.
 8  Q    Oh, okay.  And who is your mother?
 9  A    Annette Carroll.
10  Q    Annette Carroll.  Okay.  And.....
11  A    Annette Carroll McCarty, sorry.
12  Q    In terms of the -- when you -- is -- how -- is she
13       related to Fannie Carroll at all?
14  A    Yes.  We're cousins.
15  Q    Okay.  Now, you served on the city council, correct?
16  A    Yes.
17  Q    And are you currently on the city council?
18  A    No.  I haven't been on the council for two years, I
19       would say.
20  Q    So when -- how -- when did you -- when were you serving
21       on the city council?
22  A    Probably from 1999 to approximately 2003 or '04,
23       approximately.
24  Q    Okay.  Were you on the city council when Reginald
25       Fleming was terminated?
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 1
PAGE 2 OF 2