```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ALASKA

 3  REGINALD FLEMING, CHRISTOPHER    )
    DeLEON, CHRIS HAMPTON, WILLIAM   )
 4  D. McKILLICAN, and TODD          )
    SCHLUMBOHM,                      )
 5                                   )
                 Plaintiffs,         )
 6                                   )
    vs.                              )
 7                                   )
    FANNIE CARROLL and the CITY OF   )
 8  FORT YUKON, ALASKA,              )
                                     )
 9               Defendants.         )
    _____)
10  Case No. 4:04-cv-00034-RRB Civil

11              DEPOSITION OF REGINALD FLEMING
                        July 20, 2006
12
    APPEARANCES:
13
           FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                                Attorney at Law
                                  330 Wendell Street, Suite E
15                                Fairbanks, Alaska 99701
                                  (907) 452-4716
16
           FOR THE DEFENDANTS:    MR. MATTHEW SINGER
17                                Jermain, Dunnagan & Owens
                                  Attorneys at Law
18                                3000 A Street, Suite 300
                                  Anchorage, Alaska 99503
19                                (907) 563-8844

20

21                         * * * *

22

23

24

25
```



EXHIBIT 4
PAGE 1 OF 9

| | | |
|---|---|---|
| 1 | A | But, personally, not that I know of, sir, that I did |
| 2 | | anyone.  She always said that she was the personnel |
| 3 | | manager and she did evaluations, and she proved that by |
| 4 | | doing the evaluations and writing people up. |
| 5 | Q | Let me show you a document we marked as an exhibit |
| 6 | | yesterday.  This is Christopher DeLeon exhibit 10. |
| 7 | A | Okay. |
| 8 | Q | And I'd like you to look at the second page of |
| 9 | | exhibit 10. |
| 10 | A | Uh-huh. |
| 11 | Q | Whose signature is that? |
| 12 | A | That's mine, sir. |
| 13 | Q | That's your signature? |
| 14 | A | Yes, sir. |
| 15 | Q | And is this a Fort Yukon Police Department employee |
| 16 | | performance review? |
| 17 | A | Yes, sir. |
| 18 | Q | Is it dated 20th of November 2003? |
| 19 | A | Yes, sir. |
| 20 | Q | And did you fill out this form or sign this form? |
| 21 | A | Yes, sir. |
| 22 | Q | Is this an employee evaluation? |
| 23 | A | Performance review.  Yes, but nothing is marked on |
| 24 | | here, sir. |
| 25 | Q | Christopher DeLeon testified that you did his |



EXHIBIT 4
PAGE 2 OF 9

```
 1  A     Yes, sir.
 2  Q     And the city manager reports directly to the city
 3        council?
 4  A     Not for per se in my -- my contract.  I answered to the
 5        city council and city manager.
 6  Q     And, I'm sorry, maybe I wasn't -- I think we
 7        miscommunicated.
 8  A     Okay.
 9  Q     Did you understand that the city manager, not the chief
10        of police, but the city manager, that person reported
11        directly to the city council?
12  A     Yeah, I -- yeah, she was supposed to report directly to
13        the city council.
14  Q     The city manager was the top employee of the city.....
15  A     Uh-huh (affirmative).
16  Q     .....and then reported to the city council, correct?
17  A     Yeah, at that point in time.  When Ms. Carroll took
18        over, yes.
19  Q     And even when you were the chief of police, you
20        understood that Bonnie Thomas was one of your bosses,
21        right?
22  A     I -- she was partly my supervisor as well as the city
23        council.
24  Q     You reported to the city manager and the city council?
25  A     Yes, sir.  And this -- this was in my contract.  It was
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



EXHIBIT 4
PAGE 3 of 9

80

```
 1            either/or, so.....
 2   Q    Now, during the course of your employment with the City
 3        of Fort Yukon, were you ever responsible for payroll
 4        with the city?
 5   A    No, sir.
 6   Q    Who did that?
 7   A    The city manager Fannie Carroll or Bonnie Thomas and
 8        Vera James.
 9   Q    Vera James was the city treasurer?
10   A    Yes, sir.
11   Q    And you understood she ran the city's computer system
12        for payroll?
13   A    Along with Ms. Carroll, yes.
14   Q    And did you ever have any disagreements with Vera James
15        about your payroll?
16   A    My payroll?  About -- what do you mean, my pay?
17   Q    Were your pay stubs accurate?
18   A    That I could tell, yes, sir.
19   Q    And do you have any reason to dispute that Vera James
20        would be the person most familiar with the payroll
21        system at the City of Fort Yukon?
22   A    Most -- she has the most experience, yes, sir.
23   Q    Any reason to dispute the voracity of Vera James'
24        statements?
25            MR. WALLERI:  Objection; lack of foundation.
```

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678


4 of 9

| | | |
|---|---|---|
| 1 | Q | .....in terms of deciding, you know, when Tara would |
| 2 | | work or when Charlotte Fleener would work, was that |
| 3 | | something that you decided?  You worked with the |
| 4 | | dispatcher to pick their times? |
| 5 | A | Well, I worked with the dispatcher and the city manager |
| 6 | | on that.  Like I say, all decisions were not up to me |
| 7 | | when Miss -- when Ms. Carroll took over. |
| 8 | Q | You worked with her? |
| 9 | A | I worked with her.  I wanted to keep that open |
| 10 | | communication with her, as far as if she had things |
| 11 | | that she felt that needs to be in there, I would go |
| 12 | | through and I would try to appease what she needs done, |
| 13 | | as well as getting stuff that we are required to get |
| 14 | | done. |
| 15 | Q | And then you would issue directives yourself, like |
| 16 | | these memorandums, to the dispatchers? |
| 17 | A | Yeah, I would issue them to them. but only after the |
| 18 | | city manager approved. |
| 19 | Q | Now, your contract with the city included the city |
| 20 | | providing rental for you.  Is that correct?  The city |
| 21 | | didn't cover utilities, right, you did? |
| 22 | A | No, not exactly.  That's not how it went. |
| 23 | Q | Is that how -- if you look back at exhibit 1, is that |
| 24 | | what was stated in your original contract? |
| 25 | A | Yes. |

242

```
 1         correct?
 2    A    Yes, sir.
 3    Q    And he resigned from his employment with Fort
 4         Yukon.....
 5    A    Yes, sir.
 6    Q    .....in -- and that was in the summer of 2003, correct?
 7    A    I want to say it was about the summer of 2003, yes.
 8    Q    Were you present when he resigned?
 9    A    No, sir.
10    Q    Were you in the City of Fort Yukon at the time?
11    A    No, sir.
12    Q    Had you been -- were you away on leave?
13    A    Yeah, I'd been on leave two days and I had to come
14         back.  Yes, sir.
15    Q    You came back because he resigned?
16    A    No, I came back to try to find out what was going on,
17         and then also the city manager wanted me back.
18    Q    So after -- you said you lived in Fort Yukon for a year
19         straight.
20    A    Yes, sir.
21    Q    When did that end?
22    A    From 2001 -- December of 2001 to about December of
23         2002.  That's when the charter came and got -- moved my
24         family back to Fairbanks so that we can move officers
25         in so they can have a place to stay.
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



248

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | is mostly to do with your conversations with                        |
| 2  |   | Mr. McKillican after the fact, and your conversations              |
| 3  |   | with Fannie Carroll?                                                 |
| 4  | A | It was based on the lead up to the -- the way                       |
| 5  |   | Ms. Carroll would try to attack (indiscernible), and I              |
| 6  |   | have seen that.  And I have stepped in, and like I                  |
| 7  |   | always step in when I see something coming and when I               |
| 8  |   | see her antagonizing, and try to pull the guys and tell             |
| 9  |   | them, that's all she's trying to do is get something on             |
| 10 |   | you so that she can write you up.  If you stand your                |
| 11 |   | ground with Ms. Carroll, she does not like that.                     |
| 12 | Q | Did -- and you advised your officers of that?                        |
| 13 | A | Oh, I always advised them, be careful.                               |
| 14 | Q | So how -- give me an example of how you saw Fannie                  |
| 15 |   | Carroll antagonize an officer.                                       |
| 16 | A | Antagonize an officer?  That man -- he'd come in there,             |
| 17 |   | and the officer could be sitting there and she'd turn               |
| 18 |   | around, that man accosted me, that man offended me, and             |
| 19 |   | he hasn't -- or she will come in, I am the city                     |
| 20 |   | manager, I am the personnel director, and I'm the one               |
| 21 |   | that does your personnel folders, so it goes -- what I              |
| 22 |   | say goes.  And she comes in, and she had even                       |
| 23 |   | antagonized me in front of the police officer.  I could             |
| 24 |   | be the police chief if I want to, I could remove you                |
| 25 |   | from that slot and make you an officer and I could be               |



|    |   |   |
|----|---|---|
| 1  |   | the police chief, I mean, trying to undermine people, |
| 2  |   | get a rise out of them.  And, you know, I try to let it |
| 3  |   | go out one ear and out the other.  She -- what's |
| 4  |   | another way that she messed with the officers?  Oh, |
| 5  |   | would call you in and out of her office over ridiculous |
| 6  |   | stuff.  This word right here, it's not right, go back |
| 7  |   | and do it.  And I had men who had many memos from her |
| 8  |   | with misspelled words and stuff like that, I mean, just |
| 9  |   | knickknack picking at you until she can get rid of you |
| 10 |   | over stuff -- not just us, so almost all the -- all the |
| 11 |   | city personnel, like Grafton Bergman, I mean, she |
| 12 |   | picked with him until he -- had us go through his |
| 13 |   | house, remove stuff, wanted us to watch him, follow |
| 14 |   | him, I mean, it's..... |
| 15 | Q | I don't want to interrupt you.  Are you finished? |
| 16 | A | Yes. |
| 17 |   | MR. WALLERI:  Could we go off the record for a |
| 18 |   | second? |
| 19 |   | (Off record) |
| 20 |   | (On record) |
| 21 | Q | Fannie Carroll was picky towards the officers and |
| 22 |   | yourself? |
| 23 | A | The -- any of -- any city employee that she didn't |
| 24 |   | like, and that was a lot. |
| 25 | Q | She was difficult to deal with? |

| | | |
|---|---|---|
| 1 | A | Tried to. |
| 2 | Q | Challenged your authority? |
| 3 | A | Tried to. |
| 4 | Q | Give you directions that you disagreed with? |
| 5 | A | Tried to. |
| 6 | Q | She did the same thing to -- did you see her do the same thing to Dave McKillican? |
| 8 | A | I've seen her.  Yes, sir. |
| 9 | Q | How about Chris Hampton? |
| 10 | A | Chris Hampton?  He wasn't there long enough for that to start happening.  But after what was -- after the incident, then she became -- then she started going in that direction. |
| 14 | Q | Let me ask you about Chris Hampton.  He was employed as a police officer for about six weeks, right? |
| 16 | A | Yes, sir. |
| 17 | Q | You were chief at the time? |
| 18 | A | Yes, sir. |
| 19 | Q | Now, one of the dispatchers, Helona Kadzow (ph), she made a complaint about him, right? |
| 21 | A | Yes, sir. |
| 22 | Q | Did you see that complaint? |
| 23 | A | Yes, sir. |
| 24 | Q | Were you in the city at the time the complaint came in? |
| 25 | A | I'd have to go back and look at that.  Poss- -- I |