Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM | **AFFIDAVIT OF MICHAEL J. WALLERI** |
| Plaintiffs, | |
| vs. | Case No. F04-0034 CIV (RRB) |
| FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA | |
| Defendants. | |

STATE OF ALASKA          )
                                            )ss
FOURTH JUDICIAL DISTRICT    )

I, Michael J. Walleri, after being duly sworn, state as follows:

1)    I was the attorney of record for Richard Miller in the  on the City

Council for the City of Fort Yukon in August, 2003.

2)    On or about July of 2003, Fannie Carroll filed a stalking petition

against a City Council member, Dick Miller

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

3)     During that process, the undersigned subpoenaed 911 tapes of the City

of Fort Yukon police department because Fannie Carroll had informed

my client that she had taped him making threatening comments to her

in a phone conversation while she was using the 911 line.

4)     The City was unable to produce those tapes.

5)     A hearing on the long term orders for the stalking petition was held in

Fort Yukon on August 13, 2003.

6)     The Court denied the stalking petition holding that Richard Miller had

not engaged in stalking behavior.


_Michael J. Walleri_

Sworn and subscribed to me this _____ day of October, 2006

_Christine L Woodward_
Notary Public for the State of _Alaska_
My Commission Expires on: _May 9, 2010_

Michael J. Walleri
_Attorney at Law_

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725