CONFIDENTIAL SEALED TRANSCRIPT

1

1      IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF ALASKA

3

4   REGINALD FLEMING, CHRISTOPHER   )
    DeLEON, CHRIS HAMPTON,          )
5   WILLIAM D. MCKILLICAN, and      )
    TODD SCHLUMBOHM,                )
6                                   )
        Plaintiffs,                 )
7                                   )
        vs.                         )
8                                   )
    FANNIE CARROLL, and the CITY    )
9   OF FORT YUKON, ALASKA,          )
                                    )
10      Defendants.                 )
    _____)
11  Case No. 4:04-cv-00034-RRB

12

13                    **CONFIDENTIAL**

14          **DEPOSITION OF CHRISTOPHER DeLEON**

15         Taken Wednesday, July 19, 2006

16      From the hour of 9:05 a.m. to 3:03 p.m.

17         Pages 1 through 232, inclusive
                    Volume 1
18
           Taken by Counsel for Defendants
19
                         At
20
         Offices of Heartland Court Reporters
21         100 Cushman Street, Suite 308
              Fairbanks, Alaska 99701
22

23

24  Reported by:
    CAROL A. McCUE, RMR
25  Heartland Court Reporters

                                            COPY

         HEARTLAND COURT REPORTERS 907-452-6727

CONFIDENTIAL SEALED TRANSCRIPT

65

1      A.   Uh-hum.
2      Q.   You say you filled out an F-3 form; is that
3  right?
4      A.   Yes.
5      Q.   What other steps do you recall in the process
6  to get hired?
7      A.   I had a meeting with Reggie and Fannie.
8      Q.   In Fairbanks or in Fort Yukon?
9      A.   In Fort Yukon.
10     Q.   What do you recall of that meeting?
11     A.   Well, pretty much Fannie told me that be
12 selective on who you arrest.  Sometimes you just need
13 to turn your head.  She asked if I was capable of doing
14 that.  I told her I would not.  And she said, well,
15 you'll find it much easier if you turned your head to
16 some things.  And that was it.
17     Q.   This was your first meeting?
18     A.   (Witness nods head.)
19     Q.   Is that right?
20     A.   Yes.
21     Q.   Did she tell -- you say Fannie Carroll told
22 you to be selective on who you arrest; is that right?
23     A.   Correct.
24     Q.   Did she identify who -- what individual you
25 were supposed to be selective about?

HEARTLAND COURT REPORTERS 907-452-6727

1       A.   She said there was three families in
2  Fort Yukon, three major families in Fort Yukon.  And,
3  you know, I pretty much took the hint that there's
4  three big families in Fort Yukon, so...
5       Q.   So I just want to -- I want to understand what
6  she said as to the hints that you took.  So she told
7  you there were three big families in Fort Yukon?
8       A.   Yeah.
9       Q.   What -- did she name the families?
10      A.   Not that I remember.
11      Q.   And did Fannie Carroll tell you not to arrest
12 people from these three families?
13      A.   She said be selective about who you arrest.
14 She never said do not arrest them.
15      Q.   And you said that Fannie Carroll told you to
16 turn your head?
17      A.   Yes.
18      Q.   Did she tell you what to turn your head about?
19      A.   Just in general.  I mean, nothing specific.
20      Q.   She didn't tell you to turn your head to
21 particular kinds of crimes, for example, in this
22 meeting?
23      A.   Like I said, she didn't say specifically turn
24 your head to DUI, she didn't say specifically turn your
25 head to -- oh, she did say, now, New Year's Eve and

1  Q.  Yeah.

2  A.  There was other comments that I needed to be
3  covered so I wouldn't get in trouble from the District
4  Attorney's Office; i.e., there was a sexual assault and
5  she told us that we are not to investigate those crimes
6  because we're men and that's a woman -- woman's thing,
7  and men aren't supposed to talk to women about that.
8  And if we were supposed to investigate that, the state
9  should pay for the investigation.

10      I can't do that.  I -- you know, I would get
11  in trouble if I turned my head to something like that.
12  So...

13      Also, the fact that happened with
14  Officer McKillican, Sergeant McKillican, you know, was
15  kind of an ugly situation.

16  Q.  Tell me what you -- what you understand to be
17  that ugly situation.

18  A.  Well, what I heard on the audio tape.  Also
19  she -- there was a body recovery.  This is -- this is
20  where this whole issue started from.  Well, and her
21  relationship with Dick Miller.  She was upset with
22  Mr. McKillican because he supposedly spoke to Dick
23  Miller about their case or something pertaining to it.

24      I was there when Dick Miller called for police
25  service.  And McKillican told Dick Miller, look, I

```
 1   can't go out there unless it's a real emergency, we
 2   have other things pending.  And then Dick Miller said,
 3   well, I'm requesting police, you know, presence now.
 4   So he had no choice but to go.
 5           Again, there was a body recovery.  We had --
 6   it was nuts for about three or four days.  McKillican
 7   and I were up there, we were up and on duty for
 8   72 hours, 3 days.  And he took a half hour nap and I
 9   got an hour and a half nap within that whole span of
10   time.
11           The Troopers were called up to get this -- the
12   body.  They brought a helicopter up.  It was a very
13   small helicopter.  The Fish & Wildlife trooper told us,
14   look, with the small helicopter, you're not going to be
15   able to go, and Dave was going to go with them,
16   Mr. McKillican.
17           So we were both under the assumption that, you
18   know, there was no room because he was going to take
19   the grandson up because the grandson knew where the
20   grandfather's body was.
21           So we get a call, and I believe it was from
22   the trooper, saying, hey, you can go, I need you down
23   here in 15 minutes.  Dave goes, okay.
24           Well, he runs across the street to the, quote,
25   unquote, cop house, gets his belongings, and goes to
```

1   the airfield. I wasn't there for this, but from what
2   Dave told me, there was a confrontation. Fannie was
3   mad at him --
4       Q.   Let me just interject. You weren't there, so
5   what you know is just what somebody else told you?
6       A.   And -- well, what McKillican told me and what
7   Ms. Carroll told me.
8       Q.   Okay. If you can just be -- for the record,
9   if you can identify who told you what as you tell me,
10  that would help.
11      A.   Okay. Mr. McKillican said that Fannie Carroll
12  told him that they had been waiting there for him and
13  they -- she was very embarrassed, and how she could
14  keep them waiting kind of thing. And there was a great
15  deal of people down there, apparently, according to
16  both McKillican and Ms. Carroll.
17          Well, getting back to the conference with
18  Ms. Carroll and Mr. McKillican, and on the recordings,
19  my understanding was, is that she was upset. She
20  wanted to give Mr. McKillican his review.
21          Mr. McKillican did not believe that she could
22  give that review because the chief saw his day-to-day
23  working performance, I guess for lack of better words.
24          At some point during the conversation, she
25  brought up the fact that Mr. McKillican went and spoke

```
 1     A.   I think it was in Fort Yukon.
 2     Q.   And how did you receive notice?
 3     A.   In a packet, I think.
 4     Q.   Who -- who delivered the packet to you?
 5     A.   I don't remember.
 6     Q.   You don't remember?
 7     A.   Huh-uh.
 8     Q.   It wasn't Fannie Carroll?
 9     A.   No.
10     Q.   It wasn't Reggie Fleming?
11     A.   Reggie was in Fairbanks.
12     Q.   Was it Todd Schlumbohm?
13     A.   No.
14     Q.   You don't recall who it was?
15     A.   No, I don't.
16     Q.   It wasn't verbal?
17     A.   No.
18     Q.   What was in the packet?
19     A.   A City of Fort Yukon employee booklet and her
20  reasons for terminating me.
21     Q.   Okay.
22     A.   Insubordination and actions unbecoming a
23  police officer, that kind of stuff.  And then there was
24  also a -- something in there stating that I could have
25  a meeting with a person of the city council who is Mary
```

```
 1      Beth Solomon, I think is her name.
 2              Well, I knew that that was going to go
 3      nowhere.  Mary Beth wanted to disband the police
 4      department.  That was one of her big issues while she
 5      was on the city council.  She wanted tribal police
 6      officers -- police department.
 7              She also didn't like me because I arrested her
 8      for DUI.  I knew that it was going to be futile for me
 9      to have a face-to-face meeting with her.
10         Q.   Now, let's look for a minute at this City of
11      Fort Yukon manual.
12         A.   Which page?
13         Q.   And we'll -- we'll turn to -- well, you know
14      what, let's -- let's break.
15         A.   Okay.
16              MR. SINGER:  We'll go off the record.
17              THE REPORTER:  Off record.
18              (Off record, recess from
19               12:12 p.m. to 1:06 p.m.)
20              THE REPORTER:  Back on record.
21      BY MR. SINGER:
22         Q.   I'd like to have you look at Exhibit 2.
23         A.   Okay.
24         Q.   This is -- again, is the personnel manual.
25         A.   Okay.
```

```
 1     tape that she wanted, the 911 tape and the charter --
 2          Q.   What tape is that?
 3          A.   -- the charter.
 4          Q.   Regarding whether there was a charter?
 5          A.   Right.
 6          Q.   Now, you also earlier referenced a Dick
 7     Miller?
 8          A.   Yes.
 9          Q.   Fannie Carroll had a relationship with
10     Mr. Miller; is that what you understood?
11          A.   Yes.
12          Q.   And it went bad?
13          A.   Yes.
14          Q.   And how did that involve the police
15     department, as you understood it?
16          A.   As I understood it?
17          Q.   Yeah.
18          A.   Well, I believe that Mr. Miller was issued
19     a -- like a -- an order like a DVPO.  I don't know if
20     that's correct or not.  And there was some knowledge
21     that Mr. McKillican had of that relationship.
22               Fannie Carroll used the police department's
23     911 phone to contact and call Mr. Miller to record him
24     and record their conversations, which is not ethical.
25     And --
```