```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3

 4   REGINALD FLEMING, CHRISTOPHER   )
     DELEON, CHRIS HAMPTON, WILLIAM  )
 5   D. MCKILLICAN, and TODD         )
     SCHLUMBOHM,                     )
 6                                   )
              Plaintiffs,            )
 7                                   )
         vs.                         )
 8                                   )
     FANNIE CARROLL and the CITY     )
 9   OF FORT YUKON, ALASKA,          )
                                     )
10            Defendants.            )
     _____)
11   Case 4:04-cv-00034-RRB

12

13

14        VIDEOTAPE DEPOSITION OF TODD SCHLUMBOHM

15            Taken Thursday, August 17, 2006

16        From the hour of 1:48 p.m. to 3:36 p.m.

17             Pages 1 through 103, inclusive

18                       Volume 1

19           Taken by Counsel for Defendants

20                          At

21       Offices of Heartland Court Reporters
              100 Cushman Street, Suite 308
22              Fairbanks, Alaska 99701

23

24   Reported by:
     CAROL A. McCUE, RMR                      COPY
25   Heartland Court Reporters
```

HEARTLAND COURT REPORTERS 907-452-6727

```
1        Q.    Okay.  And when did you -- when did you take
2    the VPO academy?
3        A.    I know it was in the wintertime of '03, I want
4    to say it was right after Christmas or somewhere just
5    before or just after.  I can't remember the exact
6    dates.  I'd have to look at my certificate.
7        Q.    And why did you take the VPO academy?
8        A.    Fleming sent me there.  He said, you're going
9    to this academy.  I said, well, I don't really want to.
10   But you're going.  So he sent me, got it all arranged
11   for me, and sent me to the VPO academy.
12       Q.    Okay.  Did you ever -- when you received the
13   direction from Chief Fleming to secure the records, did
14   he say why he wanted you to secure the records?
15       A.    He didn't say why he wanted me to secure them.
16   He said, secure the records, don't let her have them.
17   It was left at that.
18       Q.    Did you have any experience that would lead
19   you to believe that the records might be missing in the
20   City of Fort Yukon?
21       A.    They would have been missing because she was
22   asking for them at that -- because she was very
23   persistent on getting those.  She was very, very upset
24   that I had told her, no, I'm not going to hand her the
25   personnel files.
```

```
1        Q.   Had -- had she ever asked you for other
2   records before?
3        A.   911 tapes, she has.  She's actually came into
4   the police department during a civil case between her
5   and Dick Miller and used the police phone just to
6   record him.
7        Q.   Do you know what happened to that tape?
8        A.   I do not know where that tape is.
9        Q.   Did she have access to that tape?
10            MR. SINGER:  Objection.  Foundation.
11  BY MR. WALLERI:
12       Q.   Do you know whether or not she had access to
13  the tape?
14       A.   I don't believe she did have access to the
15  tape.  Because we -- only the police officer had a key
16  to the back door, until a certain time.
17       Q.   Do you know whether or not she had a key to
18  the evidence locker?
19       A.   I don't believe she did the time that I was
20  there.  To that, to the evidence locker.  She did
21  obtain a key to the back door of the police department.
22       Q.   Do you know whether or not there were other
23  records missing that had some connection with her while
24  you were there?
25       A.   The only thing that I can think of when the
```

```
1    troopers did the investigation of personnel files was
2    brought to my attention that they could not find the
3    case files or any of the evidence tapes.  They were in
4    the same location as they had always been ever since I
5    had worked there.
6         Q.   Do you know which case files were missing?
7         A.   I have no idea.  Apparently there was zero
8    case files.
9         Q.   There were no case files?
10        A.   J.R. Wallace stated that when the troopers
11   were up here they could find no case files or no
12   evidence tapes.
13        Q.   So that from your understanding -- and the
14   troopers made inquiry to you about that?
15        A.   They did not.  J.R. did.
16        Q.   And what did J.R. ask you?
17        A.   He didn't ask me anything, he had just stated
18   that when the troopers were up here, they did not find
19   any of the case file in the drawers, they did not find
20   any of the evidence tapes.
21        Q.   Okay.  Were there -- were you aware that there
22   was an ongoing investigation into Richard Miller?
23        A.   Towards the end of our employment, yes.
24        Q.   Was there a case file on that?
25        A.   Yes, there was.
```