```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF ALASKA
 3   REGINALD FLEMING, CHRISTOPHER  )
     DELEON, CHRIS HAMPTON, WILLIAM )
 4   D. MCKILLICAN and TODD         )
     SCHLUMBOHM,                    )
 5                                  )
                   Plaintiffs,      )
 6                                  )
          vs.                       )
 7                                  )
     FANNIE CARROLL and the CITY OF )
 8   FORT YUKON, ALASKA             )
                                    )
 9                 Defendants.      )
     _____) Case No. F04-0034 CIV (RRB)
10
                    DEPOSITION OF FANNIE M. CARROLL
11                           May 26, 2006
12
     APPEARANCES:
13
          FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                               Law Offices of
                                  Michael J. Walleri
15                               Attorneys at Law
                                 330 Wendell Street
16                               Suite E
                                 Fairbanks, Alaska 99701
17                               (907) 452-4716
18        FOR THE DEFENDANTS:    MR. HOWARD S. TRICKEY
                                 Jermain, Dunnagan & Owens
19                               Attorneys at Law
                                 3000 A Street, Suite 300
20                               Anchorage, Alaska 99503
                                 (907) 563-8844
21
          ALSO PRESENT:          MR. PETER SANDBERG
22
                                 * * * *
23
24
25
```

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876



```
 1          any advice with city manager business, police
 2          business.  I gave that list also to Reggie, I even
 3          made copies and gave it around to everybody in the
 4          police department and the city council and
 5          administration.
 6     Q    Well, you knew Helena Cadzow, correct?
 7     A    I know who she is, yes.
 8     Q    How long have you known Helena Cadzow?
 9     A    I just met her when I got to Fort Yukon.
10     Q    Okay.  And you did not know her before then?
11     A    No.
12     Q    And she's from Fort Yukon, correct?
13     A    She lives there now.
14     Q    Are you familiar -- did you ever talk to Mr. DeLeon
15          and talk to him about the fact that he needed to be
16          aware that there were three major families in Fort
17          Yukon?
18     A    I probably did.
19     Q    What are those three families?
20     A    The Solomons, the Carrolls and the Peters.
21     Q    Okay.
22     A    The larger families.
23     Q    And the Cadzow is a fairly well known family Fort
24          Yukon also, correct?
25     A    Well known, yes, everybody knows them.
```

```
 1              on the tape.
 2     Q        Okay.  Did something happen before the recording?
 3     A        I -- I don't know, I mean, that's what I'm saying, I
 4              don't know what it is.
 5     Q        Well, why were you going to do his evaluation?
 6     A        Why?  Because they work shifts and I wanted his
 7              evaluation done before -- before his one year was
 8              over.
 9     Q        Was there any particular reason why you wanted to do
10              it that day?
11     A        It could possibly be that I didn't know when he was
12              coming back.
13     Q        Well, let's get back to the Mr. Miller thing.  What --
14              how was it that you came to file a petition against
15              Mr. Miller?
16     A        I don't want to talk about that petition here and it's
17              not this case.....
18              MR. TRICKEY:  And I don't think.....
19     A        .....and I'm not going to talk about it.
20              MR. TRICKEY:  I don't see how that's relevant.
21     This has to do with a rumor generated as a result of the court
22     proceeding and evaluation of a police officer's performance.
23     What happened between her and Mr. Miller and why a complaint
24     was filed is irrelevant.  I'm not going to let you inquire
25     into it.  It's upsetting to the witness and I don't think it
```

1          MR. WALLERI:  Just a few more minutes on the
2     McKillican thing if that's okay.
3          MR. TRICKEY:  All right.
4   Q   (By Mr. Walleri)  When you advised Mr. McKillican that
5       you were going to do an evaluation of him, did you
6       plan on giving him a good evaluation?
7   A   The evaluation, I had no forethought at that time of
8       an outline, that I was going to use.
9   Q   So you had no -- it's your testimony that you had no
10      idea whether or not it would be a good evaluation or a
11      bad evaluation?
12  A   I don't have an outline that I have possession of
13      because I never made one to do that evaluation,
14      because it never needed to be done.  So what the
15      answers to the questions would be is nobody knows.....
16  Q   Including you?
17  A   .....because it didn't happen.  That's correct.
18  Q   So you had no intentions at the time that you told him
19      that you were going to have an evaluation that day.
20  A   Uh-huh (affirmative).
21  Q   You had no idea whether or not it would be a good
22      evaluation or a bad evaluation?
23  A   I -- I did not have an outline drawn up with questions
24      to ask, the answers to the questions, how could I know
25      what it is now because the evaluation never occurred.

|   |   |   |
|---|---|---|
| 1 |   | So you're asking me a question about something that |
| 2 |   | never occurred. |
| 3 | Q | No, I'm asking about..... |
| 4 | A | Yeah, you are. |
| 5 | Q | .....your state of mind at the time. Did you have any |
| 6 |   | belief..... |
| 7 | A | There was no perceived outcome of it before that, |
| 8 |   | before it occurred. How could I say what the |
| 9 |   | evaluation outcome would be if I didn't give the |
| 10 |   | evaluation? |
| 11 | Q | I'm asking your intention, your state of mind? |
| 12 | A | I was going to give him an evaluation. I did not. |
| 13 | Q | What was your intention as to whether it would be |
| 14 |   | a..... |
| 15 | A | To give an evaluation, that was the intention. |
| 16 | Q | And what was your understanding of Mr. McKillican's |
| 17 |   | performance as a police officer at that time? |
| 18 | A | He would have had to come into my office and answer |
| 19 |   | questions and he did not. |
| 20 | Q | And you..... |
| 21 | A | So I'm saying, it didn't happen, I don't have the end |
| 22 |   | result for you. I can't perceive what it was going to |
| 23 |   | be. |
| 24 | Q | So your understanding of how you were going to conduct |
| 25 |   | the evaluation had nothing to do with how he -- your |

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | observations as to the performance of his duties as a               |
| 2  |   | police officer, prior to your evaluation of him?                    |
| 3  | A | He had been there for months and months and months. I               |
| 4  |   | cannot sit here and answer what the outcome would be.               |
| 5  | Q | So it was all dependent on what his answers to his                  |
| 6  |   | (ph) questions in his evaluation were going to be?                  |
| 7  | A | Certainly.                                                           |
| 8  | Q | Okay. And if he gave good answers, he was going to                  |
| 9  |   | have a good evaluation, I assume?                                    |
| 10 | A | One would assume.                                                    |
| 11 | Q | Okay. The -- do you believe or did you believe on                   |
| 12 |   | August 11th that Mr. McKillican had performed his                   |
| 13 |   | duties as a police officer in an adequate fashion?                  |
| 14 | A | I -- I can't -- I can't say. All I know is that the                 |
| 15 |   | evaluation was never performed and anything would be                |
| 16 |   | speculative about what the outcome would be or would               |
| 17 |   | have been or whatever. It's -- I can't answer that                  |
| 18 |   | because I don't have an answer.                                      |
| 19 | Q | Okay. Is there some reason why you couldn't have                    |
| 20 |   | waited for Mr. Fleming to come back and do the                      |
| 21 |   | evaluation with Mr. Fleming?                                         |
| 22 | A | The only thing I can think of is what I, you know,                  |
| 23 |   | what is the scheduling of who's coming and who's                    |
| 24 |   | going, what is the rotation? When Fleming came in,                  |
| 25 |   | would McKillican be going out, or whatever, was there               |

```
 1              an overlap?  I imagine that if they kept the schedule
 2              that that would be answered.
 3                   MR. TRICKEY:  Seems like we're at a breaking
 4    point for lunch?
 5                   MR. WALLERI:  No, just a couple more
 6    questions.
 7    Q         (By Mr. Walleri)  At that time, were you aware of any
 8              deficiencies in Mr. McKillican's performance as a
 9              police officer?
10    A         I -- I can't think of exact incidences to answer that
11              question.
12    Q         So you were.....
13    A         I don't know.
14    Q         .....in your recollection, you were unaware of any
15              deficiencies in Mr. McKillican's performance as a
16              police officer for the City of Fort Yukon as of August
17              11th, 2003?
18    A         This is his first job as being a police officer and
19              I'm sure that it was a learning experience so to say
20              am I aware of any deficiencies?  I -- I couldn't
21              pinpoint anything right off the top of my head.
22    Q         Were you aware of any deficiencies or not?
23    A         I -- like I said, I can't sit here and tell you case
24              by case what -- what a deficiency of his would be.  I
25              don't know.
```