```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE STATE OF ALASKA

 3  REGINALD FLEMING, CHRISTOPHER,   )
    DELEON, CHRIS HAMPTON, WILLIAM   )
 4  D. MCKILLICAN, and TODD          )
    SCHLUMBOHM,                      )
 5                                   )
                  Plaintiffs,        )
 6                                   )
    vs.                              )
 7                                   )
    FANNIE CARROLL and THE CITY OF   )
 8  FORT YUKON, ALASKA,              )
                                     )
 9                Defendants.        )
    _____)
10  Case No. F04-0034 CIV (RRB)

11              DEPOSITION OF DEBBIE MCCARTY
                     June 15th, 2006
12
    APPEARANCES:
13
         FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                              Attorney at Law
                                330 Wendell Street
15                                Suite E
                                Fairbanks, Alaska 99701
16                              (907) 452-4716

17       FOR THE DEFENDANTS:    MR. MATTHEW SINGER
                                Jermain, Dunnagan & Owens
18                              3000 A Street, Suite 300
                                Anchorage, Alaska 99503
19                              (907) 563-8844

20       ALSO PRESENT:          MR. MICHAEL JACKSON

21                         *  *  *  *

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 1
PAGE 1 OF 5

6

```
 1  A    Off and on my whole life.  We actually moved out of
 2       Alaska when I was 12, because my father was in the Air
 3       Force.
 4  Q    Okay.  And who is your father?
 5  A    James McCarty.
 6  Q    Okay.  And so you -- were you born in Fort Yukon?
 7  A    No.  I was born in California.  My mother is from here.
 8  Q    Oh, okay.  And who is your mother?
 9  A    Annette Carroll.
10  Q    Annette Carroll.  Okay.  And.....
11  A    Annette Carroll McCarty, sorry.
12  Q    In terms of the -- when you -- is -- how -- is she
13       related to Fannie Carroll at all?
14  A    Yes.  We're cousins.
15  Q    Okay.  Now, you served on the city council, correct?
16  A    Yes.
17  Q    And are you currently on the city council?
18  A    No.  I haven't been on the council for two years, I
19       would say.
20  Q    So when -- how -- when did you -- when were you serving
21       on the city council?
22  A    Probably from 1999 to approximately 2003 or '04,
23       approximately.
24  Q    Okay.  Were you on the city council when Reginald
25       Fleming was terminated?
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



EXHIBIT 1
PAGE 2 OF 5

```
 1            that there was a lot of cases that couldn't be
 2            prosecuted or paperwork laid, I'm not sure.  But it's
 3            kind of to that effect.
 4   Q        Were you ever -- do -- were you aware that the state
 5            troopers came to Fort Yukon to seize control of the
 6            evidence locker?
 7   A        I think so.
 8   Q        Okay.
 9   A        Was that.....
10   Q        Do you know whether or not that was before or after
11            Mr. Fleming left?
12   A        I don't know.
13   Q        Okay.
14   A        And I think somebody from AML came up after that, too.
15   Q        Okay.
16   A        If I.....
17   Q        Did the city ever -- did the city council ever ask for
18            a report from the AML about the terminations of
19            Reginald Fleming and the other police officers?
20   A        I think they did, yes.
21   Q        Did they ever have a meeting about it?
22   A        The guy from AML, the investigator, whatever he was,
23            came up and spent a few days in the police department
24            and I actually -- I actually came -- went to the city
25            to ask to speak with him, because I wanted to know -- I
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678


EXHIBIT 1
PAGE 3 OF 5

| | |
|---|---|
| 1 | was -- when I was in Fair- -- I was in Fairbanks when |
| 2 | all this -- and I read -- opened the morning paper and |
| 3 | read this. I immediately called the city and what -- |
| 4 | you know, I mean, I was a little upset, you know, that |
| 5 | I wasn't told. I mean, somebody could have called. |
| 6 | And so that was basically why I called the city. And I |
| 7 | came back to town and I heard there was a guy from AML |
| 8 | here. So I went to the city building and he was in the |
| 9 | police department, you know, looking through papers and |
| 10 | trying to figure out what was going here and what was |
| 11 | going on there. And what -- I don't know exactly what |
| 12 | he was looking at or if he was just trying to organize |
| 13 | or what. And he actually -- I actually spoke with him |
| 14 | for a few minutes and -- and because I wanted to know |
| 15 | you -- you know, I know that I'm just a city council |
| 16 | member, but I thought, you know, it would have been |
| 17 | nice if I knew what was going on, because I -- you |
| 18 | know, suddenly we had no police department and -- and I |
| 19 | had no idea why, you know. So then -- and that's |
| 20 | basically what I spoke with him about. And he just -- |
| 21 | he talked about that he -- he was up here to figure it |
| 22 | out and to kind of like do some work for the city or |
| 23 | whatever and -- and just told me about the -- how |
| 24 | unorganized the police department was and that -- and |
| 25 | that I should just wait and let him do his thing and -- |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678


EXHIBIT 1
PAGE 4 of 5

```
 1              but then I never -- I think at that same time, there
 2              was a question about the police department being --
 3              they said they were certified, but they actually
 4              weren't certified.  But they -- I guess the city
 5              manager assumed they were -- thought they were and
 6              because they were supposed to be getting it while they
 7              were here, their certification, but nobody was
 8              certified and they missed the deadline for the
 9              paperwork or something.  But.....
10    Q         Do you -- did the city council ever conduct -- ask to
11              have a meeting with Greg Russell from the AML?
12    A         Is that who -- who it was, Greg Russell?
13    Q         Or anybody from AML?
14    A         Oh.  I don't know.
15    Q         I'm -- you're the witness.
16    A         Oh, sorry.  Yes, and I think we -- I think we might
17              have had a meeting with him.  I -- we might have had a
18              meeting with him.
19    Q         Okay.
20    A         I mean, we could look back and see if we did or not.
21              Long time ago.
22    Q         In terms of -- just to make sure I understand, the --
23              were you aware that -- let's see -- that an executive
24              session with the police was -- with the police to talk
25              about the petition and other personnel issues, was
```

