```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER      )
     DeLEON, CHRIS HAMPTON, WILLIAM     )
 4   D. McKILLICAN, and TODD            )
     SCHLUMBOHM,                        )
 5                                      )
                    Plaintiffs,         )
 6                                      )
     vs.                                )
 7                                      )
     FANNIE CARROLL and the CITY OF     )
 8   FORT YUKON, ALASKA,                )
                                        )
 9                  Defendants.         )
     _____)
10   Case No. 4:04-cv-00034-RRB Civil

11                 DEPOSITION OF REGINALD FLEMING
                           July 20, 2006
12
     APPEARANCES:
13
           FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
14                                  Attorney at Law
                                    330 Wendell Street, Suite E
15                                  Fairbanks, Alaska 99701
                                    (907) 452-4716
16
           FOR THE DEFENDANTS:      MR. MATTHEW SINGER
17                                  Jermain, Dunnagan & Owens
                                    Attorneys at Law
18                                  3000 A Street, Suite 300
                                    Anchorage, Alaska 99503
19                                  (907) 563-8844

20

21                          * * * *

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

73

| | | |
|---|---|---|
| 1 | A | But, personally, not that I know of, sir, that I did |
| 2 | | anyone.  She always said that she was the personnel |
| 3 | | manager and she did evaluations, and she proved that by |
| 4 | | doing the evaluations and writing people up. |
| 5 | Q | Let me show you a document we marked as an exhibit |
| 6 | | yesterday.  This is Christopher DeLeon exhibit 10. |
| 7 | A | Okay. |
| 8 | Q | And I'd like you to look at the second page of |
| 9 | | exhibit 10. |
| 10 | A | Uh-huh. |
| 11 | Q | Whose signature is that? |
| 12 | A | That's mine, sir. |
| 13 | Q | That's your signature? |
| 14 | A | Yes, sir. |
| 15 | Q | And is this a Fort Yukon Police Department employee |
| 16 | | performance review? |
| 17 | A | Yes, sir. |
| 18 | Q | Is it dated 20th of November 2003? |
| 19 | A | Yes, sir. |
| 20 | Q | And did you fill out this form or sign this form? |
| 21 | A | Yes, sir. |
| 22 | Q | Is this an employee evaluation? |
| 23 | A | Performance review.  Yes, but nothing is marked on |
| 24 | | here, sir. |
| 25 | Q | Christopher DeLeon testified that you did his |

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

4

2   4

|  |  |  |
|---|---|---|
| 1 |   | is mostly to do with your conversations with |
| 2 |   | Mr. McKillican after the fact, and your conversations |
| 3 |   | with Fannie Carroll? |
| 4 | A | It was based on the lead up to the -- the way |
| 5 |   | Ms. Carroll would try to attack (indiscernible), and I |
| 6 |   | have seen that.  And I have stepped in, and like I |
| 7 |   | always step in when I see something coming and when I |
| 8 |   | see her antagonizing, and try to pull the guys and tell |
| 9 |   | them, that's all she's trying to do is get something on |
| 10 |   | you so that she can write you up.  If you stand your |
| 11 |   | ground with Ms. Carroll, she does not like that. |
| 12 | Q | Did -- and you advised your officers of that? |
| 13 | A | Oh, I always advised them, be careful. |
| 14 | Q | So how -- give me an example of how you saw Fannie |
| 15 |   | Carroll antagonize an officer. |
| 16 | A | Antagonize an officer?  That man -- he'd come in there, |
| 17 |   | and the officer could be sitting there and she'd turn |
| 18 |   | around, that man accosted me, that man offended me, and |
| 19 |   | he hasn't -- or she will come in, I am the city |
| 20 |   | manager, I am the personnel director, and I'm the one |
| 21 |   | that does your personnel folders, so it goes -- what I |
| 22 |   | say goes.  And she comes in, and she had even |
| 23 |   | antagonized me in front of the police officer.  I could |
| 24 |   | be the police chief if I want to, I could remove you |
| 25 |   | from that slot and make you an officer and I could be |

```
 1            the police chief, I mean, trying to undermine people,
 2            get a rise out of them.  And, you know, I try to let it
 3            go out one ear and out the other.  She -- what's
 4            another way that she messed with the officers?  Oh,
 5            would call you in and out of her office over ridiculous
 6            stuff.  This word right here, it's not right, go back
 7            and do it.  And I had men who had many memos from her
 8            with misspelled words and stuff like that, I mean, just
 9            knickknack picking at you until she can get rid of you
10            over stuff -- not just us, so almost all the -- all the
11            city personnel, like Grafton Bergman, I mean, she
12            picked with him until he -- had us go through his
13            house, remove stuff, wanted us to watch him, follow
14            him, I mean, it's.....
15   Q        I don't want to interrupt you.  Are you finished?
16   A        Yes.
17                 MR. WALLERI:  Could we go off the record for a
18   second?
19                 (Off record)
20                 (On record)
21   Q        Fannie Carroll was picky towards the officers and
22            yourself?
23   A        The -- any of -- any city employee that she didn't
24            like, and that was a lot.
25   Q        She was difficult to deal with?
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678