# Schlumbohm's VPO Certification

# To Be Supplemented

# Plt's Ex. 6

EXHIBIT 6
PAGE 1 of 1