Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **PROPOSED ORDER GRANTING CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING CONSTRUCTIVE TERMINATION  (Schlumbohm)**<br><br>Case No. F0o4-0034 CIV (RRB) |

The Court having considered the Plaintiff's Motion for Partial Summary Judgment Respecting Constructive Termination , the Opposition, if any of the parties, and the Court being otherwise duly advised,

IT IS HEREBY ORDERED the Motion is GRANTED.  The Court hereby determines and holds that Officer Schlumbohm was constructively terminated.

DATED this _____day of _____, 2006 at Fairbanks, Alaska

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                   Page 1 of 2
Order: Cross Motion Partial Sum. Jud. (Schlumbohm)

_____
Hon. Ralph R. Beistline
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on October 30, 2006 via ECFl to:
Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725