```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE STATE OF ALASKA

 3   REGINALD FLEMING, CHRISTOPHER,    )
     DELEON, CHRIS HAMPTON, WILLIAM    )
 4   D. MCKILLICAN, and TODD           )
     SCHLUMBOHM,                       )
 5                                     )
                    Plaintiffs,        )
 6                                     )
     vs.                               )
 7                                     )
     FANNIE CARROLL and THE CITY OF    )
 8   FORT YUKON, ALASKA,               )
                                       )
 9                  Defendants.        )
     _____)
10   Case No. F04-0034 CIV (RRB)

11              DEPOSITION OF DEBBIE MCCARTY
                      June 15th, 2006
12
     APPEARANCES:
13
         FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
14                              Attorney at Law
                                330 Wendell Street
15                                Suite E
                                Fairbanks, Alaska 99701
16                              (907) 452-4716

17       FOR THE DEFENDANTS:    MR. MATTHEW SINGER
                                Jermain, Dunnagan & Owens
18                              3000 A Street, Suite 300
                                Anchorage, Alaska 99503
19                              (907) 563-8844

20       ALSO PRESENT:          MR. MICHAEL JACKSON

21                         *  *  *  *

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 1
PAGE 1 OF 5

6

```
 1  A    Off and on my whole life.  We actually moved out of
 2       Alaska when I was 12, because my father was in the Air
 3       Force.
 4  Q    Okay.  And who is your father?
 5  A    James McCarty.
 6  Q    Okay.  And so you -- were you born in Fort Yukon?
 7  A    No.  I was born in California.  My mother is from here.
 8  Q    Oh, okay.  And who is your mother?
 9  A    Annette Carroll.
10  Q    Annette Carroll.  Okay.  And.....
11  A    Annette Carroll McCarty, sorry.
12  Q    In terms of the -- when you -- is -- how -- is she
13       related to Fannie Carroll at all?
14  A    Yes.  We're cousins.
15  Q    Okay.  Now, you served on the city council, correct?
16  A    Yes.
17  Q    And are you currently on the city council?
18  A    No.  I haven't been on the council for two years, I
19       would say.
20  Q    So when -- how -- when did you -- when were you serving
21       on the city council?
22  A    Probably from 1999 to approximately 2003 or '04,
23       approximately.
24  Q    Okay.  Were you on the city council when Reginald
25       Fleming was terminated?
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



EXHIBIT 1
PAGE 2 OF 5

|     |   |                                                                 |
|-----|---|-----------------------------------------------------------------|
| 1   |   | that there was a lot of cases that couldn't be                  |
| 2   |   | prosecuted or paperwork laid, I'm not sure.  But it's           |
| 3   |   | kind of to that effect.                                         |
| 4   | Q | Were you ever -- do -- were you aware that the state            |
| 5   |   | troopers came to Fort Yukon to seize control of the             |
| 6   |   | evidence locker?                                                |
| 7   | A | I think so.                                                     |
| 8   | Q | Okay.                                                           |
| 9   | A | Was that.....                                                   |
| 10  | Q | Do you know whether or not that was before or after             |
| 11  |   | Mr. Fleming left?                                               |
| 12  | A | I don't know.                                                   |
| 13  | Q | Okay.                                                           |
| 14  | A | And I think somebody from AML came up after that, too.          |
| 15  | Q | Okay.                                                           |
| 16  | A | If I.....                                                       |
| 17  | Q | Did the city ever -- did the city council ever ask for          |
| 18  |   | a report from the AML about the terminations of                 |
| 19  |   | Reginald Fleming and the other police officers?                 |
| 20  | A | I think they did, yes.                                          |
| 21  | Q | Did they ever have a meeting about it?                          |
| 22  | A | The guy from AML, the investigator, whatever he was,            |
| 23  |   | came up and spent a few days in the police department           |
| 24  |   | and I actually -- I actually came -- went to the city           |
| 25  |   | to ask to speak with him, because I wanted to know -- I         |


EXHIBIT 1
PAGE 3 of 5

```
 1    was -- when I was in Fair- -- I was in Fairbanks when
 2    all this -- and I read -- opened the morning paper and
 3    read this.  I immediately called the city and what --
 4    you know, I mean, I was a little upset, you know, that
 5    I wasn't told.  I mean, somebody could have called.
 6    And so that was basically why I called the city.  And I
 7    came back to town and I heard there was a guy from AML
 8    here.  So I went to the city building and he was in the
 9    police department, you know, looking through papers and
10    trying to figure out what was going here and what was
11    going on there.  And what -- I don't know exactly what
12    he was looking at or if he was just trying to organize
13    or what.  And he actually -- I actually spoke with him
14    for a few minutes and -- and because I wanted to know
15    you -- you know, I know that I'm just a city council
16    member, but I thought, you know, it would have been
17    nice if I knew what was going on, because I -- you
18    know, suddenly we had no police department and -- and I
19    had no idea why, you know.  So then -- and that's
20    basically what I spoke with him about.  And he just --
21    he talked about that he -- he was up here to figure it
22    out and to kind of like do some work for the city or
23    whatever and -- and just told me about the -- how
24    unorganized the police department was and that -- and
25    that I should just wait and let him do his thing and --
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 1
PAGE 4 of 5

```
 1           but then I never -- I think at that same time, there
 2           was a question about the police department being --
 3           they said they were certified, but they actually
 4           weren't certified.  But they -- I guess the city
 5           manager assumed they were -- thought they were and
 6           because they were supposed to be getting it while they
 7           were here, their certification, but nobody was
 8           certified and they missed the deadline for the
 9           paperwork or something.  But.....
10   Q       Do you -- did the city council ever conduct -- ask to
11           have a meeting with Greg Russell from the AML?
12   A       Is that who -- who it was, Greg Russell?
13   Q       Or anybody from AML?
14   A       Oh.  I don't know.
15   Q       I'm -- you're the witness.
16   A       Oh, sorry.  Yes, and I think we -- I think we might
17           have had a meeting with him.  I -- we might have had a
18           meeting with him.
19   Q       Okay.
20   A       I mean, we could look back and see if we did or not.
21           Long time ago.
22   Q       In terms of -- just to make sure I understand, the --
23           were you aware that -- let's see -- that an executive
24           session with the police was -- with the police to talk
25           about the petition and other personnel issues, was
```

