1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF ALASKA

3

4   REGINALD FLEMING, CHRISTOPHER      )
    DELEON, CHRIS HAMPTON, WILLIAM     )
5   D. MCKILLICAN, and TODD            )
    SCHLUMBOHM,                        )
6                                      )
              Plaintiffs,              )
7                                      )
         vs.                           )
8                                      )
    FANNIE CARROLL and the CITY        )
9   OF FORT YUKON, ALASKA,             )
                                       )
10            Defendants.              )
    _____ )
11  Case 4:04-cv-00034-RRB

12

13

14      **VIDEOTAPE DEPOSITION OF WILLIAM D. McKILLICAN**

15         Taken Thursday, August 17, 2006

16      From the hour of 8:40 a.m. to 11:50 a.m.

17         Pages 1 through 141, inclusive

18                  Volume 1

19         Taken by Counsel for Defendants

20                     At

21      Offices of Heartland Court Reporters
            100 Cushman Street, Suite 308
22           Fairbanks, Alaska 99701

23

24  Reported by:
    CAROL A. McCUE, RMR
25  Heartland Court Reporters

1    I'm going to do -- and you know what, you're due for

2    your evaluation.

3        Q.    And -- and what did you say in response to

4    that?

5        A.    That was an indication, it was like, oh, I

6    didn't think that was appropriate.  I thought that my

7    direct supervisor being the Chief of Police, Reggie

8    Fleming, should do my evaluation.

9        Q.    And then the city manager tell you that she

10   had authority under Title 29 to do your evaluation?

11       A.    She did tell me that, I believe.  I -- I don't

12   remember what exact -- what title it was, but I

13   remember she was -- or she said something about her

14   going to get the personnel manual and she was going to

15   prove to me that she has the authority to write my

16   evaluation.

17       Q.    And then what happened?

18       A.    I told her, I said, you -- I said, don't even

19   bother.  I said because I'm -- I quit.  That's it.

20       Q.    And so I want you to assume for a minute that

21   that conversation didn't take place on that day, that

22   Fannie Carroll did not tell you, I'm going to evaluate

23   you right now.  Would you have stayed employed?

24       A.    Absolutely.  I like my job.  I like my job.

25       Q.    So that was the -- that conversation was the

1        Q.    And it was spelled out in the -- in the policy

2    manual that you have?

3        A.    Yes.

4        Q.    Now, you never filed a grievance regarding

5    Ms. Carroll's indication to you that she was going to

6    perform a job evaluation, right?

7        A.    No, I didn't.

8        Q.    You believed that the city manager lacked the

9    authority to evaluate you, right?

10       A.    I -- I didn't question her authority, I

11   told -- I did not agree that it was appropriate.

12       Q.    And -- and in part, why did you think it was

13   inappropriate?

14       A.    Because she was not my supervisor.  She didn't

15   see my daily performances, she didn't know what my

16   duties and responsibilities were, she didn't -- she

17   didn't know my job.

18       Q.    Did you also suspect that she had improper

19   motives for being angry with you?

20       A.    Improper motives.  Can you elaborate on that?

21       Q.    Did you -- did you feel that -- that her --

22   Fannie Carroll's interest in doing a job evaluation was

23   motivated by an improper reason?

24       A.    I know she wasn't happy with me for some

25   reason, she was accusing me -- like I said before, she

1       A.    Well, she always referred to him as "that

2    man."  I mean, it was like he had stepped on her

3    Cheerios or something, I don't know, lack of better

4    terms, I apologize.  But you know, like for some

5    reason, had he made her mad for some reason, I don't

6    know.

7       Q.    Anything else?

8       A.    No.

9       Q.    Now, were you present when Chris Hampton quit?

10      A.    I was.  I believe so.  I'm pretty -- I'm not

11   certain, but I believe I was in town.

12      Q.    Were you in the room?

13      A.    No.  I don't think I was there when he -- I

14   actually think he told -- because I believe he was the

15   one that told me that he quit.

16      Q.    Now -- so you -- he actually wrote a written

17   resignation.  Did you see him write that?

18      A.    No, I didn't.  I wasn't even sure if he had a

19   written a resignation, to be honest with you.

20      Q.    First time you've heard of it?

21      A.    I may have before, but I -- excuse me.  I

22   don't recall.

23      Q.    Now, you've testified you -- you quit your job

24   in Fort Yukon on or about August 11, 2003, right?

25      A.    Yes.