# Schlumbohm's VPO Certification

# To Be Supplemented

# Plt's Ex. 6

