Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DECLARATION OF MATTHEW SINGER IN SUPPORT OF
REPLY TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY
<u>JUDGMENT  FOR FAILURE TO EXHAUST CONTRACTUAL REMEDIES</u>
(DELEON)**

　　　1.　　I am an attorney for Defendants in this matter, and state the following based on my personal knowledge.

　　　2.　　Attached hereto as Exhibit H is a true and correct copy of Defendants' Initial Disclosure documents FY 1257 & FY 1258, DeLeon's final timesheet and paystub for the period February 9-16, 2004.

Dated this 30th day of October, 2006.

                                      s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer