# City of Fort Yukon, Inc.
## Employee Time Sheet

P.O. Box 269      Fort Yukon, Alaska 99740      (907) 662-2479 or 2379

NAME: Chris DeLeon      ADDRESS: _____
SSN: _____
PAY PERIOD: _____

MONTH  Feb , 2004

|   |   |   |   |   |   |   | M | T | W | T |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | ⑨ | 10 | 11 | 12 |
|   |   |   |   |   |   |   |   | R |   |   |   |
|   |   |   |   |   |   |   |   |   | 8 | 8 | 8 |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|----|----|----|----|----|----|----|----|----|----|----|----|
| F  | S  | S  | Mon Hearing |   |   |   |   |   |   |   |   |
| 8 hrs |   |   | 8 hrs |   |   |   |   |   |   |   |   |

| 25 | 26 | 27 pay 28 | 29 | 30 | 31 |
|----|----|----|----|----|----|
|    |    |    |    |    |    |

Please mark each day with the type of workday.

R - Regular Hours     40
A - Annual Leave      ___
S - Sick Leave        ___
H - Holiday with Pay  ___
L - Leave without Pay ___

TOTAL HOURS WORKED: 40 hrs

Employee Signature _____
Supervisor's Signature _____
City Manager's Signature _____

Ex. H
pg. 1 of 2

FY 1258

**CITY OF FORT YUKON / COPS GRANT**

Christopher J Deleon
PO Box 73375
Fairbanks, AK 99709

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

Used / Available
Sick 0.00 / 0.00
Vac 88.64 / 0.00

City of Fort Yukon
PO Box 269
Fort Yukon AK 99740-0269
(907) 662-2479 fax (907) 662-2717

| | 02/20/2004 | 0131 YTD |
|---|---|---|
| Hourly Wage (40.00@$19.23) | 769.20 | 769.20 |
| Federal Withholding | -10.00 | -474.00 |
| Social Security Employee | -47.69 | -524.61 |
| Medicare Employee | -11.15 | -122.69 |
| AK - Unemployment Employee | -3.85 | -40.58 |
| Salary | 0.00 | 6,153.84 |
| PERS | 0.00 | -346.14 |
| Vacation Salary | 0.00 | 1,538.46 |

PAYMENT RECORD AMENDED

01/31/2004 - 02/13/2004 Pay Period                    696.51

197059 (9/03)

**Ex. H**
**pg. 2 of 2**

FY 1257