Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>　　　　　　Defendants. | **CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING CONSTRUCTIVE TERMINATION (Schlumbohm)**<br><br>Case No. Fo4-0034 CIV (RRB) |

COMES NOW, Officer Schlumbohm to move the court for summary judgment seeking a rulings that Officer Schlumbohm was constructively terminated, for the reasons set out in the accompanying memorandum.

DATED: October 30, 2006　　　　　　s/ Michael J. Walleri

　　　　　　　　　　　　　　　　　　Michael J. Walleri

　　　　　　　　　　　　　　　　　　AK. Bar No. 7906060
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*　　　　　　　　　　　　　　　　　　　　　　*Page 1 of 2*
Opp: Partial Sum. Jud. (McKillican; Counts III & IV)
[Docket 105]

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on October 30, 2006 via ECFl  to:
Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

_____

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                        *Page 2 of 2*
Opp: Partial Sum. Jud. (McKillican; Counts III & IV)
[Docket 105]