Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>                Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DECLARATION OF MATTHEW SINGER IN SUPPORT OF
REPLY IN SUPPORT OF DEFENDANTS' MOTION
<u>FOR SUMMARY JUDGMENT (REGINALD FLEMING)</u>**

1.  I am an attorney for Defendants in this matter, and state the following based on my personal knowledge.

2.  Attached as Exhibit M hereto is a table to that compares Fleming's assertions to what the cited record actually shows.

3.  Attached as Exhibit N hereto is a true and correct copy of selected pages the deposition of William McKillican taken on August 17, 2006.

4.       Attached as Exhibit O hereto is a true and correct copy of selected pages the deposition of Christopher DeLeon taken on July 19, 2006.

5.       Attached as Exhibit P hereto is a true and correct copy of selected pages the deposition of Fannie Carroll taken on May 26, 2006.

6.       Attached as Exhibit Q hereto is a true and correct copy of Plaintiffs' Initial Disclosure document Plt00586, Alaska Police Standards Council Basic Certificate awarded to Reginald L. Fleming, dated May 25, 2004.

7.       Attached as Exhibit R hereto is a true and correct copy of selected pages the deposition of Reginald Fleming taken on July 20, 2006.

8.       Attached as Exhibit S hereto is a true and correct copy of selected pages the deposition of Debby McCarty taken on June 15, 2006.

Dated this 30th day of October, 2006.

                                              s/ Matthew Singer
Matthew Singer
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer
130284

DECLARATION OF MATTHEW SINGER IN SUPPORT OF REPLY IN SUPPORT                                                                  PAGE 2
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT  (REGINALD FLEMING)
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE 4:04-cv-00034-RRB