## SAMPLES OF FLEMING'S MISCHARACTERIZATIONS OF THE FACTS

| FLEMING'S ASSERTIONS | VS.   ACTUAL FACTS |
|---|---|
| "[Fleming] is not, and was not certified under as a police officer in the state." [Fleming Opp., p. 3] | Fleming was certified by the Alaska Police Standards Council on May 25, 2004. [Ex. Q] |
| "Fannie Carroll was shocked that the local police force had been successful on investigating embezzlement. [Fleming Opp., p. 5] | Q: Do you know if there was – if the city council was surprised, or do you know, did they express surprise that you were able to complete an embezzlement investigation? A: Yes sir. Sir, Mr. Carroll was shocked that I – that I pulled it off. Q: And how do you know that Mr. Carroll was shocked? A: Because he – he stated that he – it's been a long time since anybody got caught in the city for embezzlement. [Fleming dep., pp. 271-272] |
| "McCarty had heard rumors that Richard Carroll was suspected of embezzling funds from the City for years. [Fleming Opp., p. 5] | Q: No, you mentioned that he did tell you that Richard Carroll was a suspect in the investigation? A: Uh-huh. Yes, he did. Q: And what where your thoughts about that? A: Well, I mean I – I – I just thought, wow, no way. I mean, you know, he's my – he's a fellow council member. He's a family mem – I mean, you know what it's like, I just thought, well, I hope – certainly hope it's not true. And there's a lot of -- you know, you kind of learn not to believe rumor until you see fact. You know what I – do you know what I mean? Q: Did you tell Reggie that you had heard rumors about that in the past A: Yes, I think I did. Q: You told him that you – did – isn't it true that you told him that he had been stealing for years? A: No. |

Ex. M
pg. 1 of 4

| FLEMING'S ASSERTIONS | VS. ACTUAL FACTS |
|---|---|
|  | Q: Okay.<br>A: That I told Reggie?<br>Q: Yeah.<br>A: No.<br>Q: Or that you'd thought he had been stealing for years.<br>A: No. [McCarty dep., pp. 24-25] |
| "Fannie Carroll did not even feel it was necessary to have Fleming present, nor consult with Fleming during evaluations." [Fleming Opp., p. 19] | Q: Okay. Is there some reason why you couldn't have waited for Mr. Fleming to come back and do the evaluation with Mr. Fleming?<br>A: The only thing I can think of is what I, you know, what is the scheduling of who's coming and who's going, what is the rotation? When Fleming came in, would McKillican be going out, or whatever, was there an overlap? I imagine that if they kept the schedule that would have been answered. [Carroll dep., p. 77-78] |
| "Fannie Carroll testified that Fleming did not do the scheduling of the officers; i.e. that the officers worked together to devise a work schedule." [Fleming dep., p. 19] | Q: Is it your understanding that there was no schedule for on-duty or off-duty of the officers?<br>A: If you can show me that I received and a schedule was kept for one complete month, that – that would be great, I mean, there wasn't even – if you've got documentation on that, I would love to see it.<br>Q: Well, I'm saying was there – do you know whether or not there was a schedule for when the …..<br>A: I think they – they made schedules. It was that Reggie wasn't making the schedule for him to know who was where and who was, you know, at home.<br>Q: Do you know who was making the schedules?<br>A: Well, I think the buck got passed around a lot. It – that's called confusion, nobody really knew. The only people that were |

| FLEMING'S ASSERTIONS | VS. ACTUAL FACTS |
|---|---|
|  | consistent in there would be a dispatcher that stayed and, you know, do you ask them to do someone else's job, I mean, that's just —<br><br>Q: Well .....<br>A: There – there was a lot of disorder. [Carroll dep., pp. 106-107] |
| "As Fleming indicated, he was not the ultimate authority in the police department; rather Fannie Carroll told the officers that she was the ultimate authority. Indeed, Fleming stated that even the dispatcher schedule was not up to him; Fannie Carroll supervised their scheduling."[Fleming Opp., p. 19] | Q: Now, within the police department, did you report to anybody?<br>A: Within the police department? Sir, there was nobody else to report to except for the city manager or city council, sir.<br>Q: You were the top of the food chain in the police department?<br>A: Yes, sir.<br>Q: And the dispatchers and the other officers all reported to you?<br>A: Not all reported to me. Some reported to the patrol supervisor, then the patrol supervisor will come to me.<br>Q: You were the ultimate authority within the police department?<br>A: No, sir. You can't – I – I can't say that I was the ultimate authority within the police department when the city manager came in and said she was the ultimate authority.<br>Q: Well, you reported to the city manager, correct?<br>A: Right.<br>Q: And whoever was the city manager, Bonnie Thomas – there were two city managers while you worked there, right?<br>A: Right. Fannie Carroll. As soon as Fannie Carroll took over she thought that she was the ultimate authority and she could make herself police chief or director of public safety if she wanted to.<br>…<br>Q: Both – you understood both Bonnie Thomas and Fannie Carroll were the top |

SAMPLES OF FLEMING'S MISCHARACTERIZATIONS OF THE FACTS
FLEMING, ET AL. V. CARROLL, ET AL.
CASE 4:04-CV-00034-RRB

PAGE 3

Ex. M
pg. 3 of 4

| FLEMING'S ASSERTIONS | VS.   ACTUAL FACTS |
|---|---|
|  | employee for the city, correct?<br>A: Yes, sir.<br>Q: You understood that the city manager is ultimately responsible for the city administration?<br>A: Yes, sir.<br>[Fleming dep., pp. 77-79] |
| "Fannie instructed DeLeon to be selective in making arrests and to avoid irritating the three major families in the village. Fannie Carroll acknowledged that she warned DeLeon about this and identified the three families as the Solomons, the Carrolls and the Peters." [Fleming Opp., p. 21] | Q: Are you familiar – did you ever talk to DeLeon and talk to him about the fact that he needed to be aware that there were three major families in Fort Yukon?<br>A: I probably did.<br>Q: What are those three families?<br>A: The Solomons, the Carrolls and the Peters.<br>Q: Okay.<br>A: The larger families.<br>…<br>Q: In terms of Fort Yukon, did you ever tell DeLeon that it was not a good idea, that if you made one member – that if you basically irritated a member of one of the families that you would irritate the entire family?<br>A: I don't remember saying that word for word.<br>Q: Okay. Does that – is that generally your understanding of how things work in Fort Yukon?<br>A: Could be.<br>Q: Well, could be or is?<br>A: I don't know. It would depend on what the situation was.<br>Q: Okay.<br>A: If you, you know, killed someone, yeah, I think you're going to upset like the family and everybody else. [Carroll dep., pp. 51-52] |

134623