STATE OF ALASKA

# Alaska Police Standards Council

This

## Basic Certificate

Is Awarded To

### REGINALD L. FLEMING

who has qualified pursuant to AS 18.65.240 as a

# Certified Police Officer

given under our hands and seal this 25TH day of MAY, 20 04



_Reginald L. Rees_
Chairman

_Jay Ulrich_
Executive Director

**Ex. Q**
**pg. 1 of 1**

Fleming v Carroll
Plt00586