Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

REGINALD FLEMING, CHRISTOPHER,  )
DELEON, CHRIS HAMPTON, WILLIAM  )
D. MCKILLICAN, and TODD         )
SCHLUMBOHM,                     )
                                )
            Plaintiffs,         )
                                )
vs.                             )
                                )
FANNIE CARROLL and THE CITY OF  )
FORT YUKON, ALASKA,             )
                                )
            Defendants.         )
_____)
Case No. F04-0034 CIV (RRB)

DEPOSITION OF DEBBIE MCCARTY
June 15th, 2006

APPEARANCES:

    FOR THE PLAINTIFFS:    MR. MICHAEL J. WALLERI
                                    Attorney at Law
                                    330 Wendell Street
                                      Suite E
                                    Fairbanks, Alaska 99701
                                    (907) 452-4716

    FOR THE DEFENDANTS:    MR. MATTHEW SINGER
                                    Jermain, Dunnagan & Owens
                                    3000 A Street, Suite 300
                                    Anchorage, Alaska 99503
                                    (907) 563-8844

    ALSO PRESENT:          MR. MICHAEL JACKSON

                          * * * *

Ex. S
pg. 1 of 2

**Page 22**

1  Q  So he was actually trying to deal with that?
2  A  As far as I know.
3  Q  Do you remember him -- do you remember any reports to
4     the city council about that fact that cameras,
5     surveillance cameras were actually being turned off by
6     city employees in the bingo and the alcohol?
7  A  I never heard that, but one time, I can't remember
8     when, they -- there was no -- not a videotape in one of
9     the -- for like a -- a long period time, maybe at the
10    liquor store or somewhere. There wasn't even a -- a
11    videotape put in or there wasn't cer- -- a videotape of
12    the city police off- -- office. I'm not sure where,
13    but I know that -- that did come up about the
14    surveillance cameras, that we paid so much for these
15    surveillance cameras, why are they not being used, was
16    the complaint that I heard.
17 Q  Do you know whether -- during that executive session,
18    do you remember whether or not any city council member
19    expressed reservations about investigating into
20    embezzlement?
21 A  No, I don't.
22 Q  Do you remember whether or not Richard Carroll
23    expressed reservations about investigating embezzlement
24    charges?
25 A  No, I don't.

**Page 23**

1  Q  Were -- did you ever have a conversation with Reggie in
2     which he told you that he was in -- that Richard
3     Carroll was, in fact, a suspect in embezzlement of
4     funds from the city?
5  A  And that had to do with his trip to Nome or Barrow.
6     Yes, he did.
7  Q  So that he was not only investigating the embezzlement
8     from the AC and the trip to Barrow, but also the
9     embezzlement from the city?
10 A  Oh, I thought he went to Barrow just for the city. I
11    didn't know he went there for AC. But, yes, he did
12    tell me that.
13 Q  Okay. And that was, of course, the -- to -- and
14    that's -- that was to investigate the former mayor who
15    was involved in those embezzlements?
16 A  I think those are two different issues, right?
17 Q  Uh-huh. Go ahead.....
18 A  I mean, the AC -- the AC embezzlement was -- is
19    different from the -- the embezzlement that he went to
20    Barrow for.
21 Q  Okay. So your understanding is that he went to Barrow
22    to investigate embezzlement of.....
23 A  Within the city that happened -- that had happened
24    years before, before I was on the council and
25    that's -- and I don't know how -- I actually wanted to

**Page 24**

1     ask him how did he -- how did he come about
2     investigating it, because it -- it happened long before
3     either one of us, you know, but he did tell me that and
4     he -- but it didn't have anything to do with the AC.
5  Q  Did he tell you that he had run across evidence.....
6  A  No.
7  Q  .....in the city coun- -- in the city police department
8     that -- of a prior investigation into the embezzlement?
9  A  No, he didn't. But he told me that he went to Barrow,
10    because I was kind of anxious to find out what happened
11    with -- when he went to Barrow. You know, what did you
12    come up with. And apparently he didn't get to talk; he
13    was too late, the lady died. That was -- so I just
14    assumed it was over with. I -- we never heard anything
15    after that.
16 Q  Now, you mentioned that he did tell you that Richard
17    Carroll was a suspect in the investigation?
18 A  Uh-huh. Yes, he did.
19 Q  And what were your thoughts about that?
20 A  Well, I mean, I -- I -- I just thought, wow, no way. I
21    mean, you know, he's my -- he's my -- he's a fellow
22    council member. He's a family mem- -- I mean, you know
23    what it was like, I just thought, well, I
24    hope -- certainly hope that's not true. And there's a
25    lot of -- you know, you kind of learn to not believe

**Page 25**

1     rumor until you see fact. You know, what I -- do you
2     know what I mean?
3  Q  Did you tell Reggie that you had heard rumors about
4     that in the past?
5  A  Yes, I think I did.
6  Q  You told him that you -- did -- isn't it true that you
7     told him that he had been stealing for years?
8  A  No.
9  Q  Okay.
10 A  That I told Reggie that?
11 Q  Yeah.
12 A  No.
13 Q  Or that you'd thought he had been stealing for years.
14 A  No.
15 Q  Was there any discussion between -- among the city
16    council members about the success in bringing the
17    prosecution on the AC embezzlement?
18 A  Say.....
19 Q  The success in the arrest and prosecution on the A-
20    -- on -- about the AC embezzlement.....
21 A  Uh-huh.
22 Q  That's in the Maggie John incident?
23 A  Right.
24 Q  Okay. Was there any discussion between the city
25    council members about that success of the police

7 (Pages 22 to 25)