```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE STATE OF ALASKA

 3  REGINALD FLEMING, CHRISTOPHER,    )
    DELEON, CHRIS HAMPTON, WILLIAM    )
 4  D. MCKILLICAN, and TODD           )
    SCHLUMBOHM,                       )
 5                                    )
                 Plaintiffs,          )
 6                                    )
    vs.                               )
 7                                    )
    FANNIE CARROLL and THE CITY OF    )
 8  FORT YUKON, ALASKA,               )
                                      )
 9               Defendants.          )
    _____)
10  Case No. F04-0034 CIV (RRB)

11              DEPOSITION OF DEBBIE MCCARTY
                     June 15th, 2006
12
    APPEARANCES:
13
         FOR THE PLAINTIFFS:     MR. MICHAEL J. WALLERI
14                               Attorney at Law
                                 330 Wendell Street
15                                 Suite E
                                 Fairbanks, Alaska 99701
16                               (907) 452-4716

17       FOR THE DEFENDANTS:     MR. MATTHEW SINGER
                                 Jermain, Dunnagan & Owens
18                               3000 A Street, Suite 300
                                 Anchorage, Alaska 99503
19                               (907)  563-8844

20       ALSO PRESENT:           MR. MICHAEL JACKSON

21                            *  *  *  *

22

23

24

25
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*

EXHIBIT 1
PAGE 1 OF 2

6

| | | |
|---|---|---|
| 1 | A | Off and on my whole life.  We actually moved out of Alaska when I was 12, because my father was in the Air Force. |
| 4 | Q | Okay.  And who is your father? |
| 5 | A | James McCarty. |
| 6 | Q | Okay.  And so you -- were you born in Fort Yukon? |
| 7 | A | No.  I was born in California.  My mother is from here. |
| 8 | Q | Oh, okay.  And who is your mother? |
| 9 | A | Annette Carroll. |
| 10 | Q | Annette Carroll.  Okay.  And..... |
| 11 | A | Annette Carroll McCarty, sorry. |
| 12 | Q | In terms of the -- when you -- is -- how -- is she related to Fannie Carroll at all? |
| 14 | A | Yes.  We're cousins. |
| 15 | Q | Okay.  Now, you served on the city council, correct? |
| 16 | A | Yes. |
| 17 | Q | And are you currently on the city council? |
| 18 | A | No.  I haven't been on the council for two years, I would say. |
| 20 | Q | So when -- how -- when did you -- when were you serving on the city council? |
| 22 | A | Probably from 1999 to approximately 2003 or '04, approximately. |
| 24 | Q | Okay.  Were you on the city council when Reginald Fleming was terminated? |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT 1
PAGE 2 OF 2