# City of Fort Yukon, Inc.

## City of Fort Yukon Employee Personnel Manual Handbook

## 2001

P.O Box 269 Fort Yukon, AK 99740

EXHIBIT 2
PAGE 1 OF 18
FY 1

Section 6.    Minimum Age and Citizenship

Minimum age and citizenship requirements for City employment shall be in accordance with State.

Section 7.    City Residents

Other qualifications being equal, preference in employment or promotion shall be given to residents of the City area.

Section 8.    Handicapped Persons

Employment of qualified handicapped persons is encouraged.

Section 9.    Veterans Preference

Veterans as defined in AS 39.25.159, may be given preference for employment where they are equally qualified with other applicants.

Section 10.   Work List

The City Clerk will maintain a list of local residents with current applicants on file with the City.

Section 11.   Qualified Applicants for Employment

Qualified Applicants who are listed on the city work list may be selected for part-time, seasonal, and temporary employment.

Section 12.   Hiring Authority

The City Council shall be the final hiring authority for the following positions: City Manager, City Clerk, and City Treasurer. All hiring of regular employees will be the responsibility of the City Manager. In accordance with department budgets, supervisory personnel may hire temporary personnel when it is necessary to maintain department functions with prior approval by the City Manager.

Section 13.   Definitions

The City Manager shall be personnel officer.

**Terms-** Unless the context requires otherwise, the definitions below define the terms used herein.

**Anniversary Date-** means the date on which an employee is initially hired for the purposes of computing merit increases, or the date an employee is changed to higher or lower grade for the purposed of later merit increases.

**Appointing Authority-** means the hiring authority identified in Chapter 1 Section 12.

**Current Rate of Pay-** means the salary received by an employee for his/her scheduled hours of work.

**Immediate Family-** means the husband, wife, mother, father, brother, sister, son, daughter, or grandparents.

**Section 9: Holidays falling During Vacations**

A holiday falling within a vacation period shall be paid holiday and not counted as a day of annual leave

**Section 10: Holidays Falling on Saturday or Sunday**

When a holiday falls on Sunday, the following Monday will be observed as the holiday. When the holiday fall on Saturday, the preceding Friday will be observed as the Holiday.

**Section 11: Other Employment**

Permanent City employees must notify the Personnel Officer if they are employed in any occupation or interests other than with the City. Such employment or interests shall not result in conflicts of interest, Impairment of on-the-job efficiency, unfavorable publicity, poor public relations, or interference with the employee's regular working hours. Such results shall constitute grounds for termination of City Employment.

**Section 12: Training**

Employees are encouraged to learn new skills or enhance existing skills through schools or training programs. The City will reimburse the employee for out of pocket job related educational expenses on a pre-authorized basis.

**Section 13: Performance Evaluation**

Supervisors shall be responsible for counseling employees and informing them of their job performance as per Chapter 3. Reports of unsatisfactory or superior performance shall be documented by memorandum for inclusion in each employee's personnel file.

Section 14: Personnel Files

The City Administrator shall maintain a confidential personnel file for each City Employee. Each file shall normally include, but not be limited to, the following:

- Application for Employment
- Employee Action Forms (Describing Hire Date, Salary, Status, Etc.)
- Job Description
- Performance Evaluations
- Leave Accrual Record and Copies of Requests For Leave of Absence.
- Notices of Commendation, Warning, and Disciplined for Cause Will Have an Appropriate Notice placed in their Personnel File.

Any employee shall have the right to examine his or her personnel file on the same day he or she makes such a request to the City Manager.

# CHAPTER 3
## EVALUATIONS

Sections:

1. Required Evaluation
2. Special Evaluation
3. Methods of Evaluation
4. Salary Review
5. Approval of Salary Review

### Section 1: Required Evaluation

Supervisors shall conduct personnel evaluations annually for all permanent employees during the month of November. The evaluation shall consist of both a performance and salary review and shall be submitted to the Personnel Officer by the end of November and May. Supervisors shall conduct personnel evaluations for all probationary employees within 15 days prior to the end of the probationary period. Reporting of evaluation to be made on City Council reports.

### Section 2: Special Evaluation

Supervisors may conduct personnel evaluation to document employees above or below average performance as needed.

### Section 3: Method of evaluation

A. The City Manager, City Treasure and the City Clerk shall be evaluated within 15 days prior to the end of the probationary period and annually thereafter during the month of March by each member of the City Council, who shall conduct the evaluation in a personnel interview with the Administration Personnel.
B. Their respective supervisors using the prescribed evaluation forms shall evaluate non-supervisory personnel. The employee has three working days to respond in writing to the performance evaluation if he or she is not in agreement with the contents. After three working days have passed without a written response, the evaluation becomes a permanent part of the employees personnel file.
C. Supervisory personnel shall be evaluated by the City Manager as prescribed in Section 3-B above. Professionals in the fields of health and law enforcement shall be evaluated by their respective professional supervisor and combined with the administrative evaluation to form the entirety of performance evaluation.

### Section 4: Salary Review

Salary reviews shall be conducted annually by supervisory personnel at time of performance evaluation. The City Manager shall conduct an annual review of all salaries prior to recommending the annual budget to the City Council.

### Section 5: Approval of Salary Review

Salary increases shall be recommended by the employee's supervisor, and submitted to the City Manager who shall clearly identify all recommended increases as part of the annual budget presentation to the City Council.

Chapter 4

**TRAVEL**

Sections:

1. Travel Authorization
2. Travel Allowance
3. Other expense
4. Travel reports

Section 1: **Travel Authorization**

Prior to the commencement of travel for City business, employees must receive the authorization of the City Manager with prior notification to the City Council.

Section 2: **Travel Allowance**

If the employee travels by common carrier, the City will pay carrier fare of the cost of charter or other special hire as deemed necessary by the City Council.

Section 3: Other Expense

A. While traveling outside the City on official business, a per diem allowance for hotel, food and ground transportation costs will be allowed for Council using the current rates as prescribed by the State of Federal guidelines. The City Clerk will make reservations and Accommodation. Honorarium for lost wages for those Council members, who will miss wages form full-time employment outside of the Council duties, is at the rate of $100/day.
B. Expenditures incurred beyond the per diem rate shall be reimbursed upon presentation and verification of the required travel report and receipts.
C. Employees shall have the option to select a total cost reimbursement based on actual expenses.
D. Paid employees of the City will receive $60 a day plus Hotel costs for per diem

Section 4: **Travel Reports**

Each employee traveling outside the city on official business will file a travel report to the Personnel officer within three working days upon returning to the City office. The travel report shall consist of dates and means of travel, arrival and departure times. Cost for other expenses and a narrative regarding the purpose and accomplishment of the official business conducted.

# CHAPTER 5

SUSPENSION, DEMOTION, AND DISMISMISSAL

Section:

1. Suspensions
2. Demotion
3. Dismissal
4. Layoffs
5. Reinstatement
6. Resignations
7. Final Pay
8. Progressive Discipline

Section 1: **Suspension**

The Personnel Officer for just cause may suspend an employee without pay. Suspensions without pay may not exceed 30 days in any 12-month period. In this event, the employee's personnel file.

Section 2: **Demotion**

An employee may be demoted when the employee's ability to perform required duties falls below an acceptable standard or as the result of disciplinary purpose.

Section 3: **Dismissal**

An employee may be dismissed for just cause using the procedures of this Chapter. Section 8: except as otherwise provided by state statue, city charter, or city ordinance, a city employee may be dismissed for only just cause. Before an employee is dismissed, the City shall provide the employee a written notice stating:

a) the reasons for the proposed dismissed, and
b) the right to request a hearing before the City Manager

If the employee requests a hearing the City Manager shall promptly schedule a hearing during which the employee shall have the right to confront the witnesses against him, to testify in his own behalf and to call witness to testify on his behalf.

An employee who is dismissed after a pre-termination hearing shall have the right to pursue a grievance under Chapter 7.

Section 4: **Layoffs**

When it is necessary to reduce the number of employees due to lack of work or funds, consideration shall be given to the employee's length of service with the City, past history of job performance with the city, and importance of the job to the City. Employees thus laid off through no fault of their own shall be given preference for the job previously held when new appointments are made. Permanent employees shall receive two week written notice.



Section 5: **Reinstatement**

Employees having more than one year of continuous employment with the City shall, if laid off in good standing, maintain reinstatement privileges for the grade from which terminated, if rehired within two years.

Section 6: **Resignations**

An employee resigning a position shall give at least two weeks written notice to his or her supervisor and the Personnel Officer.

Section 7: **Final Pay**

A. An employee who has resigned, having given adequate notice, or who is being discharged, shall be paid in full on the day employment terminates.

B. An employee who resigns without giving adequate notice shall be entitled to receive final pay within three working days.

Section 8: **Progressive Discipline**

A. If in the opinion of the employee's supervisor, disciplinary action is necessary, the supervisor shall follow the procedural action below. The City reserves the right to take more or less severe disciplinary action, beginning at any step of the progressive discipline policy depending upon the nature and seriousness of the offense.

   1. Written reprimand.

   2. Written reprimand outlining previous reprimands with specific needs and improvements for continued employment.

   3. Possibility of suspension without pays, not to exceed two weeks and/or placed on probationary period.

   4. Discharge based on failure to confirm to items outlined above.

B. The Personnel officer shall be informed when disciplinary action has reached step 3 above.

C. The supervisor shall provide a written explanation for every disciplinary action and place it in the employee's personnel file. The employee is entitled to provide a rebuttal, which shall also be placed in his or her file.

D. A suspended employee has the right to file a grievance in accordance with Chapter 7.

# CHAPTER 7

**GRIEVANCES**

Section:

    1.    General Policy
    2.    Grievance Policy

Section 1: **General Policy**

It is the general policy of the City and the duty of each supervisor to anticipate and correct, in so far as practical, grievance producing circumstances, and thus preventing grievance from arising. A grievance is considered to be any dispute between an employee and the City of Fort Yukon, which impacts on an employee's would not ordinarily give rise to a grievance subject to this grievance procedure, any matter which adversely affects nay employees ability to perform his or her job could be reason of a grievance.

<u>**Use good individual judgment and common sense as your guide.**</u>

Section 2: **Grievance Procedure**

The grievance procedure being utilized encourages the informal resolution of grievances at several stages. Informal resolution can be obtained through supervisors or the City Manager.

The grievance of any employees shall be handled in the following manner. Each subsequent step to be taken only if satisfactory resolution cannot be obtained on the previous level. Failures to follow the steps are as follows:

Step 1. A verbal presentation to the employees supervisor who must record the date and a brief explanation of the nature of the grievance. The employees and supervisor would discuss the grievance and determine a plan to resolve it. The grievance should be raised within thirty (30) days following the events or circumstances giving rise to it, and the employee and his/her supervisor shall endeavor to resolve the grievance within five (5) days thereafter:

Step 2. A written presentation to the Personnel Officer, if step 1 is not successful or if the grievance is against the employee's supervisor, who must record the date and nature of the grievance. The grievance should be submitted within thirty-five (35 days) following the conduct which led to the grievance. Within ten working days of the request the Personnel Officer will seek an informal resolution to the grievance and may conduct investigations as necessary, including discussion with the person submitting the grievance, the persons against whom the grievance is submitted and any other employees who have personal knowledge of any matters related to the grievance. If an informal resolution is achieved, the Personnel Officer shall prepare a brief written statement setting forth the resolution. The statement shall be signed by the person submitting the grievance and the person or persons against whom the grievance was directed. Copies shall be given to each of these persons. The Personnel Officer shall retain one copy.

Step 3. If an informal resolution is not promptly achieved at Step 2, then the personnel officer shall issue a formal written decision within 15 working days following the initial presentation of the grievance to the personnel officer in Step 2. A copy of the formal decision shall be given to the person submitting the grievance was directed. The personnel officer shall retain a copy.

Step 4. If not satisfied with the decision of the personnel officer, the employee shall have the right to appeal to the City Council. The City Council shall make such investigation the grievance as it deems appropriate. The City Council will issue a final and binding decision. Copies shall be given to the employee submitting the grievance and any person against whom the grievance was directed. The Personnel Officer shall retain a copy.

The employee's final step would be the department of labor or superior court.

## Chapter 8

**Employee insurance program**

Section 1: **Insurance Carrier**

1. Insurance Carrier
2. Permanent full time employees
3. Permanent part time employees
4. Election or appointed Officials
5. Dates of coverage

Section 1: **Insurance Carrier**

The City of Fort Yukon provides insurance benefits for eligible employees who will be covered by the current carrier.

Section 2: **Permanent full time employees**

All permanent full time employees are eligible for coverage under the City's insurance program. A permanent full time employee, for insurance purposes only, is one who occupies a permanent position which regularly requires working 35 or more hours per week.

Section 3: **Permanent part time employees**

Permanent part time employees may elect to participate in the City's insurance program. A permanent part time employee, for insurance purposes only, is one who occupies a permanent position which regularly requires working at least 20 hours but less than 30 hours per week.

Section 4: **Dates of Coverage**

Coverage becomes available as follows:

A. Permanent full time employees (as described in Section 2 of this Chapter) are eligible

B. Permanent part time employees (as described in section 3 of this Chapter) who elect to participate are eligible effective the 31st consecutive calendar day after beginning work.

## SEXUAL HARASSMENT POLICY

It has always been the policy of the City of Fort Yukon that all employees should be able to work in an environment free from all forms of discrimination, including sexual harassment. Sexual harassment is a form of misconduct, which undermines the integrity of the employment relationship. No employee should be subject to unsolicited and unwelcome sexual overtones or conduct, either verbal or physical.

Sexual harassment doesn't not refer to casual conversation or compliments of a socially acceptable nature. It refers to behavior which is not welcome and which is personally offensive, interfering with effectiveness or creating uneasiness on the job. Such conduct, whether committed by supervisors or non-supervisory personnel is specifically prohibited.

*Sexual harassment may include, but is limited to, the following:*

Indecent Pictures:
Nude, semi-nude, or sexually suggestive photos, posters, cartoons, or illustrations and literature or magazines of a pervasive sexual nature must not be displayed or circulated in the workplace.

Sexually Remarks:
Excessive use of sexual jokes or comments and sexual statements regarding a person's physical features or looks should not be made in the workplace.

Sexually Hostile Comments:
Insulting comments or jokes that put down women or men or that reflect hostility toward persons based on their sex are prohibited in the workplace.

Crude and Offensive Language:
Excessive use of profanity and other crude and offensive language should be avoided, especially when you are unsure how it will be received by the person to whom you are speaking.

Sexual Favors:
Granting job benefits, promising promotions or other favorable treatment or threatening adverse job action in exchange for sexual favors by employees is strictly prohibited.

Physical Contact:
Kissing, Sexual touching, back rubbing, or other physical contact of a sexual nature is prohibited in the workplace.

Any such actions will bring prompt and certain disciplinary action, including possible termination.

Any employee who believe that he or she has been subjected to sexual harassment is strongly encouraged to bring this to the immediate attention of his or her immediate supervisor, and or City Manager. All such complaints will be promptly and fairly investigated and where appropriate, immediate corrective action will be taken.

## APPENDIX A

### EXIT INTERVIEW GUIDE

1. Which responsibilities did you like most about the job?
   Which responsibilities did you like the least?

2. What did you like most about the department you were assigned to?

3. What did you think about the way the Manager handled complaints?

4. What type of working conditions is most conductive to your best productivity?

5. What do you see as the future of the City organization?

6. What impressed you about the City when you first accepted you position?
   Has this impression changed? How? Why?

7. What you first joined the City, was your training and orientation helpful for what you were actually doing six months later

8. What type of job are you going to do? What are you looking for in that position that you feel is not represented by the City?

9. What kind of work do you like to do best?

10. What points would you want to make if you could tell the Fort Yukon City Council how you felt about this organization?

11. How do you feel about the contributions you have made to the City?

12. Tell me what your feelings are about the benefit program offered by the City.

## APPENDIX B

JOB POSITIONS:

CITY MANAGER
CITY TREASURE
CITY CLERK
ADMINISTRATIVE ASSISTANCE
ACCOUNTING CLERK
PAYROLL CLERK
WATER/SEWAGE MAINTENANCE PERRSONNEL
MAINTENANCE PERSONNEL
MECHANIC PERSONNEL
DIRECTOR OF PUBLIC SAFETY
PATROLMAN
GAMES MANAGER
GAMES CLERK
LIQUOR STORE MANAGER

The following pages covers the Job Descriptions for each position utilized by the City of Fort Yukon.

**POSITION:    CITY MANAGER**

DUTIES AND RESPONSIBILITES:

(add each Section out of Title 29)

A.    Title 29.20.500 outlines for the duties of the City Manager

B.    Chapter 2.12.020 CODE OF ORDINANCE- further outlines additional duties and responsibilities.

**POSITION:    CITY CLERK**

DUTIES AND RESPONSIBILITES:

(Add each Section out of Title 29)

A.    Title 29.20.380 of the Alaska Statues and Chapter 2.20.10 of the Code of Ordinance outlines the duties and qualifications of the City Clerk

B.    Additional duties may be assigned by the Council and the City Manager

C.    Training is allowed to the City Clerk's office and when available the City Clerk shall attend such training at the City's expense. Failure to attend training can result in termination.

**POSITION:    CITY TREASURE**

DUTIES AND RESPONSIBILITES:

(Add each Section out of Title 29)

A.    the City Treasure, as custodian of all city funds shall be responsible for and must reimburse the City for all moneys, that are missing, due to failure to properly safeguard these money.

B.    Keep a daily-itemized account of all moneys received and disbursed.

C.    Pay moneys on vouchers drawn against appropriations made by Council.

D.    Shall maintain all ledgers and entries.

E.    Shall make available to the City Manager a monthly financial report.

F.    Other duties as assigned by the City Manager

The City Treasurer shall give bond to the municipality in an amount not to exceed ten thousand dollars.

**POSITION:    PAYROLL CLERK**

DUTIES AND RESPONSIBILITIES:

This position is generally reasonal (ly) related. This clerk will work under the supervision of the accountant or treasurer.

POSTION:    WATER AND SEWAGE MAINTENACNE PERSONNEL

DUTIES AND RESPONSIBILITIES

A.    Maintain general maintenance of the pump house, be able to install, repair pumps, water line hook-ups and make electrical repair as required. Install and disconnect service lines; as well as, maintain a daily log on the system. Maintain records and sample requirements as required by State Regulation: must keep all function of the system operative including dispensing of the water at the pump house. Must be able to operate trenching equipment. Shall prepare an annual budget and maintain a detailed report of the system.

B.    Must be able to operate and maintain general maintenance on a (Sewage Sanitation Vehicle) [sewage Must acknowledge all calls requiring the service of the sewage vehicle and submit all bulling daily to the Accounting Department.

C.    Maintain all maintenance on the City's Television Cable, including hook-up, drops, and installation of new lines. Submit all billing daily to the Accounting Department, also other duties may be assigned by the City Manager.

MAINTENANCE PERSONNEL

DUTIES AND RESPONSIBILITIES:

A.    Maintain general maintenance of t he City building including but not limited to: repair, replace and install electric, carpentry, plumbing and other mechanical work.

B.    Do all necessary mechanical repairs on all city equipment including a weekly preventative maintenance on all police vehicle.

C.    Special attention shall be given to the maintenance and immediate availability of the fire truck and ambulance. Discrepancies of these two vehicles shall be reported to the City Manager immediately.

D.    See to it that all maintenance areas are kept clean and in order; and in winter months that all road equipment is stored in doors (i.e. road grader, and JD450).

E. Under no circumstances will the maintenance Department do any general public mechanical work or contract on any public maintenance unless approved by the City Manager.

POSITION:   DISPATCHER

Works under the supervision of the Public Safety Director.

DUTIES AND RESPONSIBILITES:

A. Ability to learn, within a reasonable period of training, the operation of radio communication transmitter-receiver unit.

B. Ability to think clearly and act quickly and calmly in emergency situations.

C. Ability to organize details quickly and logically and to carry on a number of actions simultaneously under pressure.

D. Ability to receive and relay information on a radio transmitter-receiver unit.

E. Ability to become familiar with street and building locations within the City of Fort Yukon.

F. Ability to deal courteously and tactfully with the public.

G. Ability to maintain records accurately.

H. Ability to type.

POSITION

PUBLIC SAFTEY OFFICER

DUTIES AND RESPONSIBILITES: (Add each Section out of Title 29)

A. Title 2.28.010 outlines the duties of a Public Safety Officer.

B. It is the duties of Public Safety Officer to enforce all City and State ordinances and statues within the City of Fort Yukon, to regulate the conduct of persons within the City so as to protect the public health, safety, peace, and welfare. To protect property within the City from loss and/or destruction by unlawful means. The Chief or City Manager (prior code S2.308) may assign additional duties

C. An officer cannot accept other employment while employed by the city. The only exception to this would be by special permission of the mayor and city council.

PUBLIC SAFETY OFFICER ARE EXEMPT UNDER THE U.S. FAIR LABOR STANDARD ACT.

POSITION

DIRECTOR OF PUBLIC SAFETY

DUTIES AND RESPONSIBILITIES:

A. Duties of the Director of Public Safety as outlined in Chapter 2 – Section 28.010.

B. The Director of Public Safety is appointed by the City Manager and works under his or her supervision. The City Council may from time to time impose other duties.


POSTION

GAMES SUPERVISOR

DUTIES AND RESPONSIBILITIES:

A. The Games Supervisor is the custodian of all City funds collected in the Games Division and responsible for the appropriate reporting of all cash sales of the Division.

B. Keep a daily-itemized account of all moneys received and disbursed within the Division.

C. Shall maintain all rules, ledgers, reports, and date required by AS 05.010, 12 ACC 34 AND 15 AAC 105.

D. Shall make available to City Manager a monthly Cash intake and Expenditure Report in Cooperation with the City Finance Department.

E. Schedule Bingo and Pull-Tab sales hours as appropriate to maximize City Revenues.

F. Hire and Schedule all part-time and temporary help needed to staff theDivision.

G. Other duties as assigned by the City Manager.

POSTION

LIQUOR STORE SUPERVISOR

DUTIES AND RESPONSIBILITIES:

A.  The Supervisor is custodial of all City Liquor inventory and shall be responsible for properly safeguarding all inventories.

B.  Shall make daily cash receipts and sales reports.

C.  Shall report on monthly sales of all items and take a monthly inventory of all liquor items.

D.  Make regular recommendations on all purchase of sock for resale.

E.  Hire part-time emergency help as needed to take a large inventory purchase.

F.  Maintain a listing of all individuals refused access or direct sales at the Community Liquor Store.

G.  Other items covered by AS 04.11.010 Regulations.