```
1                IN THE UNITED STATES DISTRICT COURT

2                     FOR THE DISTRICT OF ALASKA

3   REGINALD FLEMING, CHRISTOPHER    )
    DeLEON, CHRIS HAMPTON, WILLIAM   )
4   D. McKILLICAN, and TODD          )
    SCHLUMBOHM,                      )
5                                    )
                  Plaintiffs,        )
6                                    )
    vs.                              )
7                                    )
    FANNIE CARROLL and the CITY OF   )
8   FORT YUKON, ALASKA,              )
                                     )
9                 Defendants.        )
    _____)
10  Case No. 4:04-cv-00034-RRB Civil

11            DEPOSITION OF REGINALD FLEMING
                     July 20, 2006
12
    APPEARANCES:
13
         FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
14                                Attorney at Law
                                  330 Wendell Street, Suite E
15                                Fairbanks, Alaska 99701
                                  (907) 452-4716
16
         FOR THE DEFENDANTS:      MR. MATTHEW SINGER
17                                Jermain, Dunnagan & Owens
                                  Attorneys at Law
18                                3000 A Street, Suite 300
                                  Anchorage, Alaska 99503
19                                (907) 563-8844

20

21                       * * * *

22

23

24

25
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*



EXHIBIT 4
PAGE 1 OF 9

```
 1  A      But, personally, not that I know of, sir, that I did
 2         anyone.  She always said that she was the personnel
 3         manager and she did evaluations, and she proved that by
 4         doing the evaluations and writing people up.
 5  Q      Let me show you a document we marked as an exhibit
 6         yesterday.  This is Christopher DeLeon exhibit 10.
 7  A      Okay.
 8  Q      And I'd like you to look at the second page of
 9         exhibit 10.
10  A      Uh-huh.
11  Q      Whose signature is that?
12  A      That's mine, sir.
13  Q      That's your signature?
14  A      Yes, sir.
15  Q      And is this a Fort Yukon Police Department employee
16         performance review?
17  A      Yes, sir.
18  Q      Is it dated 20th of November 2003?
19  A      Yes, sir.
20  Q      And did you fill out this form or sign this form?
21  A      Yes, sir.
22  Q      Is this an employee evaluation?
23  A      Performance review.  Yes, but nothing is marked on
24         here, sir.
25  Q      Christopher DeLeon testified that you did his
```

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*



EXHIBIT 4
PAGE 2 OF 9

| | | |
|---|---|---|
| 1 | A | Yes, sir. |
| 2 | Q | And the city manager reports directly to the city |
| 3 | | council? |
| 4 | A | Not for per se in my -- my contract.  I answered to the |
| 5 | | city council and city manager. |
| 6 | Q | And, I'm sorry, maybe I wasn't -- I think we |
| 7 | | miscommunicated. |
| 8 | A | Okay. |
| 9 | Q | Did you understand that the city manager, not the chief |
| 10 | | of police, but the city manager, that person reported |
| 11 | | directly to the city council? |
| 12 | A | Yeah, I -- yeah, she was supposed to report directly to |
| 13 | | the city council. |
| 14 | Q | The city manager was the top employee of the city..... |
| 15 | A | Uh-huh (affirmative). |
| 16 | Q | .....and then reported to the city council, correct? |
| 17 | A | Yeah, at that point in time.  When Ms. Carroll took |
| 18 | | over, yes. |
| 19 | Q | And even when you were the chief of police, you |
| 20 | | understood that Bonnie Thomas was one of your bosses, |
| 21 | | right? |
| 22 | A | I -- she was partly my supervisor as well as the city |
| 23 | | council. |
| 24 | Q | You reported to the city manager and the city council? |
| 25 | A | Yes, sir.  And this -- this was in my contract.  It was |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678


EXHIBIT 4
PAGE 3 OF 9

80

```
 1            either/or, so.....
 2   Q    Now, during the course of your employment with the City
 3        of Fort Yukon, were you ever responsible for payroll
 4        with the city?
 5   A    No, sir.
 6   Q    Who did that?
 7   A    The city manager Fannie Carroll or Bonnie Thomas and
 8        Vera James.
 9   Q    Vera James was the city treasurer?
10   A    Yes, sir.
11   Q    And you understood she ran the city's computer system
12        for payroll?
13   A    Along with Ms. Carroll, yes.
14   Q    And did you ever have any disagreements with Vera James
15        about your payroll?
16   A    My payroll?  About -- what do you mean, my pay?
17   Q    Were your pay stubs accurate?
18   A    That I could tell, yes, sir.
19   Q    And do you have any reason to dispute that Vera James
20        would be the person most familiar with the payroll
21        system at the City of Fort Yukon?
22   A    Most -- she has the most experience, yes, sir.
23   Q    Any reason to dispute the voracity of Vera James'
24        statements?
25             MR. WALLERI:  Objection; lack of foundation.
```

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*



| | | |
|---|---|---|
| 1 | Q | .....in terms of deciding, you know, when Tara would |
| 2 | | work or when Charlotte Fleener would work, was that |
| 3 | | something that you decided?  You worked with the |
| 4 | | dispatcher to pick their times? |
| 5 | A | Well, I worked with the dispatcher and the city manager |
| 6 | | on that.  Like I say, all decisions were not up to me |
| 7 | | when Miss -- when Ms. Carroll took over. |
| 8 | Q | You worked with her? |
| 9 | A | I worked with her.  I wanted to keep that open |
| 10 | | communication with her, as far as if she had things |
| 11 | | that she felt that needs to be in there, I would go |
| 12 | | through and I would try to appease what she needs done, |
| 13 | | as well as getting stuff that we are required to get |
| 14 | | done. |
| 15 | Q | And then you would issue directives yourself, like |
| 16 | | these memorandums, to the dispatchers? |
| 17 | A | Yeah, I would issue them to them. but only after the |
| 18 | | city manager approved. |
| 19 | Q | Now, your contract with the city included the city |
| 20 | | providing rental for you.  Is that correct?  The city |
| 21 | | didn't cover utilities, right, you did? |
| 22 | A | No, not exactly.  That's not how it went. |
| 23 | Q | Is that how -- if you look back at exhibit 1, is that |
| 24 | | what was stated in your original contract? |
| 25 | A | Yes. |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



242

```
 1            correct?
 2    A       Yes, sir.
 3    Q       And he resigned from his employment with Fort
 4            Yukon.....
 5    A       Yes, sir.
 6    Q       .....in -- and that was in the summer of 2003, correct?
 7    A       I want to say it was about the summer of 2003, yes.
 8    Q       Were you present when he resigned?
 9    A       No, sir.
10    Q       Were you in the City of Fort Yukon at the time?
11    A       No, sir.
12    Q       Had you been -- were you away on leave?
13    A       Yeah, I'd been on leave two days and I had to come
14            back.  Yes, sir.
15    Q       You came back because he resigned?
16    A       No, I came back to try to find out what was going on,
17            and then also the city manager wanted me back.
18    Q       So after -- you said you lived in Fort Yukon for a year
19            straight.
20    A       Yes, sir.
21    Q       When did that end?
22    A       From 2001 -- December of 2001 to about December of
23            2002.  That's when the charter came and got -- moved my
24            family back to Fairbanks so that we can move officers
25            in so they can have a place to stay.
```



248

|    |   |                                                                        |
|----|---|------------------------------------------------------------------------|
| 1  |   | is mostly to do with your conversations with                          |
| 2  |   | Mr. McKillican after the fact, and your conversations                  |
| 3  |   | with Fannie Carroll?                                                   |
| 4  | A | It was based on the lead up to the -- the way                          |
| 5  |   | Ms. Carroll would try to attack (indiscernible), and I                 |
| 6  |   | have seen that.  And I have stepped in, and like I                     |
| 7  |   | always step in when I see something coming and when I                  |
| 8  |   | see her antagonizing, and try to pull the guys and tell                |
| 9  |   | them, that's all she's trying to do is get something on                |
| 10 |   | you so that she can write you up.  If you stand your                   |
| 11 |   | ground with Ms. Carroll, she does not like that.                       |
| 12 | Q | Did -- and you advised your officers of that?                          |
| 13 | A | Oh, I always advised them, be careful.                                 |
| 14 | Q | So how -- give me an example of how you saw Fannie                     |
| 15 |   | Carroll antagonize an officer.                                         |
| 16 | A | Antagonize an officer?  That man -- he'd come in there,                |
| 17 |   | and the officer could be sitting there and she'd turn                  |
| 18 |   | around, that man accosted me, that man offended me, and                |
| 19 |   | he hasn't -- or she will come in, I am the city                        |
| 20 |   | manager, I am the personnel director, and I'm the one                  |
| 21 |   | that does your personnel folders, so it goes -- what I                 |
| 22 |   | say goes.  And she comes in, and she had even                          |
| 23 |   | antagonized me in front of the police officer.  I could                |
| 24 |   | be the police chief if I want to, I could remove you                   |
| 25 |   | from that slot and make you an officer and I could be                  |

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678


7/9

1   the police chief, I mean, trying to undermine people,
2   get a rise out of them. And, you know, I try to let it
3   go out one ear and out the other. She -- what's
4   another way that she messed with the officers? Oh,
5   would call you in and out of her office over ridiculous
6   stuff. This word right here, it's not right, go back
7   and do it. And I had men who had many memos from her
8   with misspelled words and stuff like that, I mean, just
9   knickknack picking at you until she can get rid of you
10  over stuff -- not just us, so almost all the -- all the
11  city personnel, like Grafton Bergman, I mean, she
12  picked with him until he -- had us go through his
13  house, remove stuff, wanted us to watch him, follow
14  him, I mean, it's.....
15 Q  I don't want to interrupt you. Are you finished?
16 A  Yes.
17          MR. WALLERI: Could we go off the record for a
18 second?
19          (Off record)
20          (On record)
21 Q  Fannie Carroll was picky towards the officers and
22  yourself?
23 A  The -- any of -- any city employee that she didn't
24  like, and that was a lot.
25 Q  She was difficult to deal with?

251

| | | |
|---|---|---|
| 1 | A | Tried to. |
| 2 | Q | Challenged your authority? |
| 3 | A | Tried to. |
| 4 | Q | Give you directions that you disagreed with? |
| 5 | A | Tried to. |
| 6 | Q | She did the same thing to -- did you see her do the same thing to Dave McKillican? |
| 8 | A | I've seen her.  Yes, sir. |
| 9 | Q | How about Chris Hampton? |
| 10 | A | Chris Hampton?  He wasn't there long enough for that to start happening.  But after what was -- after the incident, then she became -- then she started going in that direction. |
| 14 | Q | Let me ask you about Chris Hampton.  He was employed as a police officer for about six weeks, right? |
| 16 | A | Yes, sir. |
| 17 | Q | You were chief at the time? |
| 18 | A | Yes, sir. |
| 19 | Q | Now, one of the dispatchers, Helona Kadzow (ph), she made a complaint about him, right? |
| 21 | A | Yes, sir. |
| 22 | Q | Did you see that complaint? |
| 23 | A | Yes, sir. |
| 24 | Q | Were you in the city at the time the complaint came in? |
| 25 | A | I'd have to go back and look at that.  Poss- -- I |