Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **AFFIDAVIT OF MICHAEL J. WALLERI**<br><br>Case No. F04-0034 CIV (RRB) |

STATE OF ALASKA        )
                                          )ss
FOURTH JUDICIAL DISTRICT  )

I, Michael J. Walleri, after being duly sworn, state as follows:

1) I was the attorney of record for Richard Miller in the on the City Council for the City of Fort Yukon in August, 2003.

2) On or about July of 2003, Fannie Carroll filed a stalking petition against a City Council member, Dick Miller

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Affidavit of Richard Miller

EXHIBIT 5
PAGE 1 OF 2
Page 1 of 2

3) During that process, the undersigned subpoenaed 911 tapes of the City of Fort Yukon police department because Fannie Carroll had informed my client that she had taped him making threatening comments to her in a phone conversation while she was using the 911 line.

4) The City was unable to produce those tapes.

5) A hearing on the long term orders for the stalking petition was held in Fort Yukon on August 13, 2003.

6) The Court denied the stalking petition holding that Richard Miller had not engaged in stalking behavior.

*Michael J. Walleri*

Sworn and subscribed to me this ____ day of October, 2006

*Christine L Woodward*
Notary Public for the State of Alaska
My Commission Expires on: Mar 9, 2010

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Affidavit of Richard Miller

Page 2 of 2