CONFIDENTIAL SEALED TRANSCRIPT

1

1       IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF ALASKA

3

4    REGINALD FLEMING, CHRISTOPHER     )    CONFIDENTIAL
     DELEON, CHRIS HAMPTON,            )
5    WILLIAM D. MCKILLICAN, and        )
     TODD SCHLUMBOHM,                  )
6                                      )
              Plaintiffs,             )
7                                      )
        vs.                           )
8                                      )
     FANNIE CARROLL, and the CITY     )
9    OF FORT YUKON, ALASKA,           )
                                       )
10            Defendants.              )
     _____ )
11   Case No. 4:04-cv-00034-RRB

12

13                  **CONFIDENTIAL**

14        **DEPOSITION OF CHRISTOPHER DeLEON**

15        Taken Wednesday, July 19, 2006

16    From the hour of 9:05 a.m. to 3:03 p.m.

17        Pages 1 through 232, inclusive
                    Volume 1
18
         Taken by Counsel for Defendants
19
                      At
20
       Offices of Heartland Court Reporters
21        100 Cushman Street, Suite 308
            Fairbanks, Alaska 99701
22

23

24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters

1    A.    Uh-hum.

2    Q.    You say you filled out an F-3 form; is that

3    right?

4    A.    Yes.

5    Q.    What other steps do you recall in the process

6    to get hired?

7    A.    I had a meeting with Reggie and Fannie.

8    Q.    In Fairbanks or in Fort Yukon?

9    A.    In Fort Yukon.

10    Q.    What do you recall of that meeting?

11    A.    Well, pretty much Fannie told me that be

12    selective on who you arrest.  Sometimes you just need

13    to turn your head.  She asked if I was capable of doing

14    that.  I told her I would not.  And she said, well,

15    you'll find it much easier if you turned your head to

16    some things.  And that was it.

17    Q.    This was your first meeting?

18    A.    (Witness nods head.)

19    Q.    Is that right?

20    A.    Yes.

21    Q.    Did she tell -- you say Fannie Carroll told

22    you to be selective on who you arrest; is that right?

23    A.    Correct.

24    Q.    Did she identify who -- what individual you

25    were supposed to be selective about?



1       A.   She said there was three families in

2    Fort Yukon, three major families in Fort Yukon.  And,

3    you know, I pretty much took the hint that there's

4    three big families in Fort Yukon, so...

5       Q.   So I just want to -- I want to understand what

6    she said as to the hints that you took.  So she told

7    you there were three big families in Fort Yukon?

8       A.   Yeah.

9       Q.   What -- did she name the families?

10      A.   Not that I remember.

11      Q.   And did Fannie Carroll tell you not to arrest

12   people from these three families?

13      A.   She said be selective about who you arrest.

14   She never said do not arrest them.

15      Q.   And you said that Fannie Carroll told you to

16   turn your head?

17      A.   Yes.

18      Q.   Did she tell you what to turn your head about?

19      A.   Just in general.  I mean, nothing specific.

20      Q.   She didn't tell you to turn your head to

21   particular kinds of crimes, for example, in this

22   meeting?

23      A.   Like I said, she didn't say specifically turn

24   your head to DUI, she didn't say specifically turn your

25   head to -- oh, she did say, now, New Year's Eve and

CONFIDENTIAL SEALED TRANSCRIPT

1      Q.    Yeah.

2      A.    There was other comments that I needed to be

3    covered so I wouldn't get in trouble from the District

4    Attorney's Office; i.e., there was a sexual assault and

5    she told us that we are not to investigate those crimes

6    because we're men and that's a woman -- woman's thing,

7    and men aren't supposed to talk to women about that.

8    And if we were supposed to investigate that, the state

9    should pay for the investigation.

10          I can't do that.  I -- you know, I would get

11    in trouble if I turned my head to something like that.

12    So...

13          Also, the fact that happened with

14    Officer McKillican, Sergeant McKillican, you know, was

15    kind of an ugly situation.

16      Q.    Tell me what you -- what you understand to be

17    that ugly situation.

18      A.    Well, what I heard on the audio tape.  Also

19    she -- there was a body recovery.  This is -- this is

20    where this whole issue started from.  Well, and her

21    relationship with Dick Miller.  She was upset with

22    Mr. McKillican because he supposedly spoke to Dick

23    Miller about their case or something pertaining to it.

24          I was there when Dick Miller called for police

25    service.  And McKillican told Dick Miller, look, I

1    can't go out there unless it's a real emergency, we

2    have other things pending.  And then Dick Miller said,

3    well, I'm requesting police, you know, presence now.

4    So he had no choice but to go.

5        Again, there was a body recovery.  We had --

6    it was nuts for about three or four days.  McKillican

7    and I were up there, we were up and on duty for

8    72 hours, 3 days.  And he took a half hour nap and I

9    got an hour and a half nap within that whole span of

10   time.

11       The Troopers were called up to get this -- the

12   body.  They brought a helicopter up.  It was a very

13   small helicopter.  The Fish & Wildlife trooper told us,

14   look, with the small helicopter, you're not going to be

15   able to go, and Dave was going to go with them,

16   Mr. McKillican.

17       So we were both under the assumption that, you

18   know, there was no room because he was going to take

19   the grandson up because the grandson knew where the

20   grandfather's body was.

21       So we get a call, and I believe it was from

22   the trooper, saying, hey, you can go, I need you down

23   here in 15 minutes.  Dave goes, okay.

24       Well, he runs across the street to the, quote,

25   unquote, cop house, gets his belongings, and goes to

CONFIDENTIAL SEALED TRANSCRIPT

104

1    the airfield.  I wasn't there for this, but from what

2    Dave told me, there was a confrontation.  Fannie was

3    mad at him --

4         Q.   Let me just interject.  You weren't there, so

5    what you know is just what somebody else told you?

6         A.   And -- well, what McKillican told me and what

7    Ms. Carroll told me.

8         Q.   Okay.  If you can just be -- for the record,

9    if you can identify who told you what as you tell me,

10   that would help.

11        A.   Okay.  Mr. McKillican said that Fannie Carroll

12   told him that they had been waiting there for him and

13   they -- she was very embarrassed, and how she could

14   keep them waiting kind of thing.  And there was a great

15   deal of people down there, apparently, according to

16   both McKillican and Ms. Carroll.

17             Well, getting back to the conference with

18   Ms. Carroll and Mr. McKillican, and on the recordings,

19   my understanding was, is that she was upset.  She

20   wanted to give Mr. McKillican his review.

21             Mr. McKillican did not believe that she could

22   give that review because the chief saw his day-to-day

23   working performance, I guess for lack of better words.

24             At some point during the conversation, she

25   brought up the fact that Mr. McKillican went and spoke

CONFIDENTIAL SEALED TRANSCRIPT

136

```
1     A.   I think it was in Fort Yukon.

2     Q.   And how did you receive notice?

3     A.   In a packet, I think.

4     Q.   Who -- who delivered the packet to you?

5     A.   I don't remember.

6     Q.   You don't remember?

7     A.   Huh-uh.

8     Q.   It wasn't Fannie Carroll?

9     A.   No.

10    Q.   It wasn't Reggie Fleming?

11    A.   Reggie was in Fairbanks.

12    Q.   Was it Todd Schlumbohm?

13    A.   No.

14    Q.   You don't recall who it was?

15    A.   No, I don't.

16    Q.   It wasn't verbal?

17    A.   No.

18    Q.   What was in the packet?

19    A.   A City of Fort Yukon employee booklet and her

20    reasons for terminating me.

21    Q.   Okay.

22    A.   Insubordination and actions unbecoming a

23    police officer, that kind of stuff.  And then there was

24    also a -- something in there stating that I could have

25    a meeting with a person of the city council who is Mary
```

1    Beth Solomon, I think is her name.

2         Well, I knew that that was going to go

3    nowhere.  Mary Beth wanted to disband the police

4    department.  That was one of her big issues while she

5    was on the city council.  She wanted tribal police

6    officers -- police department.

7         She also didn't like me because I arrested her

8    for DUI.  I knew that it was going to be futile for me

9    to have a face-to-face meeting with her.

10        Q.   Now, let's look for a minute at this City of

11   Fort Yukon manual.

12        A.   Which page?

13        Q.   And we'll -- we'll turn to -- well, you know

14   what, let's -- let's break.

15        A.   Okay.

16        MR. SINGER:  We'll go off the record.

17        THE REPORTER:  Off record.

18        (Off record, recess from

19          12:12 p.m. to 1:06 p.m.)

20        THE REPORTER:  Back on record.

21   BY MR. SINGER:

22        Q.   I'd like to have you look at Exhibit 2.

23        A.   Okay.

24        Q.   This is -- again, is the personnel manual.

25        A.   Okay.

1    tape that she wanted, the 911 tape and the charter --

2         Q.   What tape is that?

3         A.   -- the charter.

4         Q.   Regarding whether there was a charter?

5         A.   Right.

6         Q.   Now, you also earlier referenced a Dick

7    Miller?

8         A.   Yes.

9         Q.   Fannie Carroll had a relationship with

10   Mr. Miller; is that what you understood?

11        A.   Yes.

12        Q.   And it went bad?

13        A.   Yes.

14        Q.   And how did that involve the police

15   department, as you understood it?

16        A.   As I understood it?

17        Q.   Yeah.

18        A.   Well, I believe that Mr. Miller was issued

19   a -- like a -- an order like a DVPO.  I don't know if

20   that's correct or not.  And there was some knowledge

21   that Mr. McKillican had of that relationship.

22             Fannie Carroll used the police department's

23   911 phone to contact and call Mr. Miller to record him

24   and record their conversations, which is not ethical.

25   And --