IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER
DELEON, CHRIS HAMPTON, WILLIAM
D. MCKILLICAN, and TODD
SCHLUMBOHM,

    Plaintiffs,

-vs-

FANNIE CARROLL, and the CITY OF
FORT YUKON, ALASKA,

    Defendants.
_____/
Case No. F04-0034 CIV (RRB)

COPY

DEPOSITION OF GREG RUSSELL

Pages 1 - 129 inclusive

August 16, 2006, 9:00 a.m.

Anchorage, Alaska

Page 30

1   Q. About Officer McKillican's resignation?
2   A. Oh, yes, yeah, I did.
3   Q. Okay.
4   A. Thank you.
5   Q. Let's go back to that.
6   A. Yeah.
7   Q. Can you tell me about that conversation?
8   A. As I recall, McKillican, Dave McKillican
9   resigned. And I believe that he was within two weeks of
10  his 12-year -- or 12-month probationary period, which is
11  significant in police circles, because you're eligible
12  then to get your basic certificate through Police
13  Standards Council. And he quit.
14       And when we were talking, I believe my first
15  call was that they were looking for a police officer to
16  replace Dave.
17  Q. Now, before --
18  A. I --
19  Q. Let me stop you there for a second.
20       Did you have any other contact between
21  Mr. Hampton -- Officer Hampton's termination in February
22  of 2003 and the termination of Officer McKillican in
23  August of 2003?
24       MR. SINGER: Objection to the characterization.
25  BY MR. WALLERI:

Page 31

1   Q. Did you have any contact between -- with the
2   City of Fort Yukon, Fannie Carroll in particular?
3   A. I don't remember.
4   Q. Okay.
5   A. Yeah, I don't remember.
6   Q. So back to August of 2003, how were you
7   contacted?
8   A. I can't recall. And I'd just be guessing. I
9   don't remember that.
10  Q. Does it -- would it refresh your recollection
11  that you received a call from Fannie Carroll?
12  A. That doesn't refresh it, no.
13  Q. Okay. Well, tell me what you remember. We'll
14  start with that.
15  A. Okay. I remember talking to Dave about it. He
16  called, I called, I don't remember which right now, and
17  asked him about what was going -- you know, why did you
18  quit?
19  Q. Now, this was after he quit?
20  A. Yes.
21  Q. Okay.
22  A. And as we talked I thought it was -- it would
23  have been smarter for him to hang in there for another
24  two weeks so he could get his basic certificate. That's
25  a lot of time to invest in pursuing something and not

Page 32

1   obtain it.
2        And at the conclusion of that call, with his
3   agreement and consent, I called Fannie to see if she'd be
4   willing to take him back in the interim while she's
5   looking for another officer and give him a chance to
6   finish out his 12-month probation period and get his
7   basic certificate.
8        So then I initiated that call to Fannie, and
9   she -- she was not open to that suggestion.
10  Q. Now, you said that that's a significant decision
11  to make. Can you explain what you mean by, what the
12  consequences are of --
13  A. I didn't say it was a significant decision. I
14  said getting your 12-month probation period behind you is
15  a significant event, because in police circles, in order
16  to get a basic certificate, you have to complete a
17  12-month probationary period, and become eligible to get
18  your HSE basic.
19  Q. What are the implications of that? What does
20  that mean?
21  A. To whom?
22  Q. To the officer.
23  A. It's a significant milestone in your career
24  in order to get certified by the Alaska Police Standards
25  Council. And it also helps you with your continued

Page 33

1   employment as a peace officer.
2        You have a time limit from the time that you're
3   hired that you have to obtain that goal in order to
4   remain a peace officer.
5   Q. And if you don't make that time limit, what are
6   the consequences?
7   A. There is a provision for a 2-month extension
8   with Alaska Police Standards Council, if, for no fault of
9   your own, that you're not able to meet one of the
10  requirements, you can get an extension. I know they can
11  extend it once. They may be, depending on the
12  circumstances, able to approach it even more than that.
13       But if you don't meet those goals and you don't
14  get your certificate at this point, you either have to
15  start all over and go again, but you can't have continued
16  employment with that agency as a peace officer.
17  Q. So once that happens, so -- it doesn't make a
18  whole lot of sense for you -- to you that Officer
19  McKillican would terminate his employment so close to
20  that milestone?
21  A. That wouldn't be fair to me to say. I mean,
22  he's walking in his moccasins, so to speak, he's making
23  that choice. From outside I thought it was awfully close
24  to meeting that goal.
25  Q. And would -- when you talked to Mr. McKillican,