Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | AFFIDAVIT OF RICHARD MILLER<br><br><br>Case No. F04-0034 CIV (RRB) |

STATE OF ALASKA        )
                       )ss
FOURTH JUDICIAL DISTRICT  )

  I, Richard Miller, after being duly sworn, state as follows:

1) I was on the City Council for the City of Fort Yukon in August, 2003.

2) I was aware that Officer McKillican resigned from the Fort Yukon police force.

3) In my opinion it would have been futile for Officer McKillican to file a grievance against a decision made by Fannie Carroll.

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Fleming, et. al. v City of Fort Yukon          Page 1 of 2

4) Fannie Carroll belongs to one of the largest families in Fort Yukon.

5) In August 2003, several members of Fannie Carrolls family were on the City Council of Fort Yukon.

6) With Richard Carroll, Fannie's father on the Council, the majority of the Council, if not all the other members of the council, excepting me, would have done what Fannie Carroll wanted.

_____
Richard Miller

Sworn and subscribed to me this __30th__ day of October, 2006

_____
Notary Public for the State of __Michigan__
My Commission Expires on: __04/04/07__

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725