Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **SUPPLEMENTAL TO MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON EMPLOYMENT CLAIMS (TODD SCHLUMBOHM)**<br><br>Case No. F04-0034 CIV (RRB) |

PLEASE TAKE NOTICE, of the supplemental filing of Exhibit 6 to the Memorandum in Opposition to Defendant's Motion for Summary Judgment on Employment Claims at Docket 129.

DATED: October 31, 2006        s/ Michael J. Walleri

　　　　　　　　　　　　　　　　Law Offices of Michael J. Walleri
　　　　　　　　　　　　　　　　330 Wendell Street, Suite E
　　　　　　　　　　　　　　　　Fairbanks, Alaska 99701
　　　　　　　　　　　　　　　　(907) 452-4716
　　　　　　　　　　　　　　　　(907)452-4725 (Facisimile)
　　　　　　　　　　　　　　　　walleri@gci.net
　　　　　　　　　　　　　　　　AK. Bar No. 7906060

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                         Page 1 of 2
*Supplemental Filing*

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on October 31, 2006 via ECFl to:
Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

<u>s/ Michael J. Walleri</u>

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*          *Page 2 of 2*
*Supplemental Filing*