# State of Alaska
## Village Police Officer Certificate of Recognition

This

Certificate

Is Awarded to

## Todd Schlumbohm

Who has completed 94 hours of

## Basic Village Police Officer Training

Director, Alaska State Troopers
Colonel Julia Grimes

10-11-03
Date

EXHIBIT _C_
PAGE _1_ OF _1_