FLEMING v CITY OF FORT YUKON          ALASKA STATE TROOPERS
10/6/2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER          )
DELEON, CHRIS HAMPTON, WILLIAM         )
D. MCKILLICAN, and TODD                )
SCHLUMBOHM,                            )
                                       )
          Plaintiffs,                  )
                                       )
     vs.                               )
                                       )
FANNIE CARROLL, and the CITY OF        )
FORT YUKON, ALASKA,                    )
                                       )
          Defendants.                  )
_____)
CASE 4:04-cv-00034-RRB


DEPOSITION DUCES TECUM OF ALASKA STATE TROOPERS
DESIGNEE CHERYL E. SEARLES


Pages 1 - 29; Inclusive

Friday, October 6, 2006

1:29 p.m.


Taken by Counsel for Defendant
at
Jermain Dunnagan & Owens
3000 A Street, Suite 510
Anchorage, Alaska  99503

Ex. 7
pg. 1 of 26

f49fba5a-9fda-49fa-8b90-e4162e0d3959

FLEMING v CITY OF FORT YUKON

ALASKA STATE TROOPERS
10/6/2006

---

**Page 2**

```
 1          A-P-P-E-A-R-A-N-C-E-S
 2
 3
     For Defendants:
 4
     Cheryl Mandala
 5   JERMAIN DUNNAGAN & OWENS
     3000 A Street, Suite 300
 6   Anchorage, Alaska  99503
     (907) 563-8844
 7
 8
     Court Reporter:
 9
     Gail Ruth Peckham, RPR
10   Registered Professional Reporter
     PACIFIC RIM REPORTING
11   711 M Street, Suite 4
     Anchorage, Alaska  99501
12   (907) 272-4383
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
 1          I-N-D-E-X
 2
 3
     EXAMINATION BY                    PAGE
 4
       Ms. Mandala                       4
 5
 6
 7
     EXHIBITS
 8
 1   Records Duces Tecum to Alaska State       4
 9   Troopers, Case 4:04-cv-00034-RRB; with
     Exhibit A
10
11 2  Alaska State Troopers "EMERGENCY GUARD HIRE  11
     AND REHIRE CHECKLIST"; with accompanying
12    checklist documentation
13 3  Alaska State Troopers "INSTRUCTIONS FOR     13
     HIRING EMERGENCY JAIL GUARDS"; with
14    accompanying documentation
15
     4  List - Fort Yukon "EMERGENCY JAIL GUARDS."  14
16    January '02 through February '04
17
     5  Log of guard hires by "batch." '02/'03/'04  14
18
     6  Compilation - Breakdown by individual      14
19    guard: Pay rate; effective date; previous
     background; job class, and position number
20
21
22
23
24
25
```

---

**Page 4**

```
 1       ANCHORAGE, ALASKA; FRIDAY, OCTOBER 6, 2006
 2              1:29 P.M.
 3               -o0o-
 4          P-R-O-C-E-E-D-I-N-G-S
 5       (Exhibit 1 marked.)
 6          ALASKA STATE TROOPERS
 7      DESIGNEE CHERYL E. SEARLES,
 8      Deponent herein, having been duly sworn,
 9      was examined and testified as follows:
10             EXAMINATION
11  BY MS. MANDALA:
12     Q.  Can you state your full name for the
13  record, spelling your last name, please.
14     A.  My name is Cheryl Searles; Last name is
15  S-e-a-r-l-e-s.
16     Q.  And, Ms. Searles, we met off the record.
17  My name is Cheryl Mandala.  I represent the City of
18  Fort Yukon and the other defendants in this matter.
19     MS. MANDALA:  Let's go off the record for a
20  second.
21     (Off the record.)
22     MS. MANDALA:  Okay.  We can go back on
23  record.
24  BY MS. MANDALA:
25     Q.  Ms. Searles, can you state, for the record,
```

---

**Page 5**

```
 1  a mailing address, please.
 2     A.  It's P.O. Box -- you want a personal one or
 3  business?
 4     Q.  Either way.
 5     A.  I can give you business.  Business is 1979
 6  Peger, P-e-g-e-r, Road, Fairbanks, 99709.
 7     Q.  And a phone number?
 8     A.  451-5312.
 9     Q.  And who is your employer?
10     A.  That's the Alaska State Troopers.
11     Q.  And what is your -- is the address that you
12  just gave also your employer's address?
13     A.  Yes.
14     Q.  And what is your title?
15     A.  Administrative Assistant.
16     Q.  And to whom are you the administrative
17  assistant, or to what?
18     A.  Okay.  The detachment commander, Captain
19  Barrick.
20     Q.  And just by way of really brief background,
21  can you tell me what that is or what he does, so that
22  I know what you're talking about?
23     A.  Okay.  The Alaska State Troopers have
24  different areas, which they call detachments, and
25  then they have different bureaus.  He is a detachment
```

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

Ex. 7
pg. 2 of 26

f49fba5a-9fda-49fa-8b90-e4162e0d3959

FLEMING v CITY OF FORT YUKON                    ALASKA STATE TROOPERS
                                                         10/6/2006

Page 6

1  commander, and that's in Fairbanks and some of the
2  outer areas.
3      Q. So the detachment is a geographical...
4      A. Right.
5      Q. So are you appearing today in response to a
6  subpoena duces tecum?
7          That would be what's been marked as
8  Exhibit 1.
9      A. This one?
10     Q. Yes.
11     A. Yes.
12     Q. You've seen that document before?
13     A. Yes.
14     Q. And Exhibit A of that document asks you to
15 produce at this deposition certain documents?
16     A. This one here?
17     Q. Right.
18     A. Right, correct.
19     Q. And you've reviewed Exhibit A?
20     A. Yes.
21     Q. And are the documents that are responsive
22 to that exhibit in your custody or control?
23     A. Right. The ones I have here beside me are
24 what we were able to -- in response to this.
25     Q. Can you tell me what you did, or asked

Page 7

1  other people to do, to get these documents together?
2      A. Some of the documents, because of the year,
3  weren't available to us, so I had to go to our Juneau
4  payroll, personnel office, which, like I said, is in
5  Juneau. I spoke with one of the resource
6  technicians. They asked that I fax -- so that the
7  actual fax -- I'm not sure if I just faxed the last
8  page or the whole thing. I can't remember on that
9  one. They, in turn -- she gave it to -- she did not
10 say who the person was, but it was, you know, above
11 her. And as they reviewed it, they put together the
12 information that was requested, as far as the payroll
13 records, the time sheets, and then they Gold Streaked
14 it here to Anchorage, and I picked it up.
15     Q. And the rest of the documents, the
16 documents that are requested, that aren't time sheets
17 or payroll records --
18     A. I brought -- I had a couple -- the -- a
19 check list for guard hires, to show what we require,
20 and then some instructions for emergency jail guards.
21     Q. Okay. And you've brought all the records
22 you've just described to me with you today?
23     A. Right, whatever was available to me.
24     Q. To the best of your knowledge are these
25 records complete?

Page 8

1      A. As far as I can tell, yes.
2      Q. To the best of your knowledge, have any of
3  the records been removed or altered?
4      A. The only thing that was done to them was,
5  of course, they whited out the Social Security and
6  the name of the prisoners that were guarded, and
7  their dates of -- I think they did their dates of
8  birth, too.
9          Yeah, the prisoner's name, the prisoner's
10 date of birth, and then the Social Security number of
11 the guard, because that is confidential.
12     Q. So they've been redacted for personal
13 information, but otherwise --
14     A. That's it.
15     Q. Okay. To the best of your knowledge, have
16 any documents, that would have been responsive to
17 this list, been lost or destroyed?
18     A. That I would not know. You know, what
19 I have -- I know, when I talked to the person, they
20 were providing me with what they had, in Juneau.
21     Q. And what about the documents that were
22 within the troopers' office?
23     A. Actually, they're the same as -- the ones
24 that I did, they actually provided me those, too,
25 so...

Page 9

1      Q. Okay.
2      A. There would have been duplicate -- they
3  actually -- when I spoke with them, I told them that
4  I had, like 2004 and stuff. But they ended up doing
5  everything, not only for the 2001, 2002 and 2003,
6  they also did --
7      Q. So they put together payroll and time sheet
8  records for the entire time period?
9      A. Right. And the information, and what
10 they have here, is what we actually, the Fairbanks
11 office, would have faxed to them.
12     Q. And going back to the question about
13 whether any records could have been lost or
14 destroyed, separate from the payroll documents, are
15 there any policy documents or implementation
16 documents, or the other kinds of documents that are
17 requested in Exhibit A?
18     A. Can I take a moment to look?
19     Q. Yes.
20     A. Okay. The part of the documentation for
21 the expenses related to the -- reimbursing the City
22 of Fort Yukon, there was nothing of that nature given
23 to me. And I don't know that part, if there was
24 any -- if at any point the State of Alaska
25 reimbursed.

3 (Pages 6 to 9)

FLEMING v CITY OF FORT YUKON                ALASKA STATE TROOPERS
                                                        10/6/2006

Page 10

1    Q.  But what you do have -- and we're jumping
2  ahead a little bit, because I will ask you to walk
3  through the documents just to tell me what they are.
4    A.  Okay.
5    Q.  But you do have documents that show the
6  State of Alaska actually paid the jail guards?
7    A.  Yes.
8    Q.  So that could explain why there aren't
9  reimbursement documents, if the State was just paying
10  them outright?
11    A.  Right.
12    Q.  I see.
13      And in terms of documents -- the last
14  paragraph there -- that describe the program, or set
15  forth guidelines, or explain the relationship between
16  city and the Department of Public Safety, are there
17  any of those documents that would have been lost or
18  destroyed, or do you believe that the documents
19  you have are the full and complete universe of
20  documents?
21    A.  To my knowledge, I believe this is
22  what's -- what's available, yes.
23    Q.  Then I will ask you to walk me through the
24  documents, and we'll mark them as exhibits.
25      MS. MANDALA:  Why don't we mark this first

Page 11

1  one, this first packet, as Exhibit 2.
2      (Exhibit 2 marked.)
3  BY MS. MANDALA:
4    Q.  Can you tell me what Exhibit 2 is?
5    A.  Exhibit 2 is -- it's called our Emergency
6  Guard Hire and Rehire Checklist.  This is used when
7  an emergency guard -- first time, and then every six
8  months they have to actually fill out the paperwork
9  again, so that's why they call it a rehire.
10      What it has in here is a W-4, the I-9; then
11  for the State of Alaska, they have a benefits
12  beneficiary form, and also for unpaid -- a
13  designation of beneficiary for unpaid compensation.
14  So these are the forms that they fill out.
15    Q.  And who fills it out?  Is it the city or
16  the prospective guard?
17    A.  No, actually, the city would, whoever at
18  the time is the hiring officer.
19    Q.  Okay.
20    A.  And, of course, if we go to some of our
21  locations, where troopers do it, it could be a
22  trooper, too.  But they're the ones that get it done.
23  And then they, of course, would be the ones to sign
24  on the I-9 to verify that they've seen the correct,
25  you know, Social Security card, or whatever they're

Page 12

1  going to use to show that they're a citizen.
2    Q.  So the city requests -- presents Exhibit 2
3  to the Department of Public Safety?
4    A.  Right.  What they -- what the City of Fort
5  Yukon usually does is, they do this -- fill it out,
6  and then they will fax it to us.
7    Q.  And then let's mark this as Exhibit 3, the
8  document that's called "Instructions for Hiring
9  Emergency Jail Guards."
10    A.  Now, they did -- they did have a section
11  on -- for the VPSO, which has nothing to do with
12  this, so I didn't bring that -- a "Village Public
13  Safety Officer" --
14    Q.  Right.
15    A.  -- and stuff, which -- for Fort Yukon.
16      But as you had mentioned, was there
17  anything I could think of, I thought maybe I should
18  bring that up.
19    Q.  So --
20    A.  Just it would be a duty of the village
21  public safety officer, if they were performing --
22    Q.  Okay.  So not in the context of
23  Fort Yukon --
24    A.  No.
25    Q.  -- but elsewhere, where there's a VPSO

Page 13

1  program?
2    A.  Right.
3      MS. MANDALA:  So I'll ask the court
4  reporter to mark this instructions document as
5  Exhibit 3.
6      (Exhibit 3 marked.)
7      THE WITNESS:  Now, this is instructions for
8  hiring an emergency jail guard.  It goes over the
9  formats to tell them what they are to do to complete
10  the paperwork and do the guard.
11    Q.  So it's telling the city, in this case, the
12  City of Fort Yukon, how it is to complete the
13  paperwork to get state funding --
14    A.  Right.  Right.
15    Q.  -- or the State to pay for a guard?
16    A.  Right.
17      And it also goes over the duties.
18    Q.  Whose duties?
19    A.  The emergency guard.
20    Q.  Okay.
21    A.  And it also -- they have a time sheet that
22  they fill out.  It has different sections, so it
23  tells what each section you're supposed to do for it,
24  to fill out -- to complete the guard form.  Which
25  we'll see -- when we get into there, you'll see one.

4 (Pages 10 to 13)

FLEMING v CITY OF FORT YUKON                 ALASKA STATE TROOPERS
10/6/2006

---

Page 14

1    Q.  So does the city fill out the time sheet or
2  does the guard?
3    A.  The guard actually -- to my knowledge, they
4  fill out the top part, and I am -- and if -- what
5  happens after that, I'm not sure.
6    Q.  That's fine.
7       So the instructions tell the city and/or
8  the guard how to complete the paperwork --
9    A.  Right.
10    Q.  -- for the state funding?
11    A.  Right.
12    MS. MANDALA:  Okay.  Let's go off the
13  record for one second.
14       (Exhibits 4, 5 and 6 marked.)
15  BY MS. MANDALA:
16    Q.  So we've now pre-marked three documents, 4,
17  5 and 6, and I'll just ask you to tell me about those
18  in that order.
19    A.  Okay.  Exhibit 4 is a document that shows
20  the Fort Yukon emergency jail guards.  It listed all
21  of them, but they did a specific, from pay, from
22  January of '02 to February of '04, where they put a
23  "yes" beside the person that did the guarding during
24  that time.
25    Q.  So is this a document that was specifically

Page 15

1  created in response to this request, Exhibit A?
2    A.  Yes.  When I spoke with our Juneau
3  personnel office, and they put together a list, this
4  is one of the documents that they created showing the
5  individuals that have been guards.
6    Q.  Okay.  And it indicates a list of names?
7    A.  Yeah.  These -- where it says, in the first
8  column, names, those are individuals who, over the
9  years, have been jail guards there.  It shows the
10  control number, just for a position -- of the
11  location, and there's a job class.  The last column
12  shows paid.  And this is the one where they show
13  January of '02 to February of '04.  And it either has
14  a "no" behind -- next to the name, if they did not
15  guard during that time, or a "yes," if they did guard
16  during that time.
17    Q.  So this is a list of all the people who
18  have been emergency jail guards in Fort Yukon during
19  the period of time that the program has existed or...
20    A.  I would not know on that --
21    Q.  Okay.  But it's --
22    A.  -- at what point that they started that.
23    Q.  But it's --
24    A.  But it is the guards that...
25    Q.  It's a larger group than those who were

Page 16

1  there during '02 - '04?
2    A.  Right, correct.
3    Q.  And then, for anyone who was paid at any
4  point between January of '02 and February of '04,
5  that's indicated by a "yes" in the final column?
6    A.  Yes.  Yes.
7       The others have been -- were paid under the
8  guard hire program, but not during the dates of
9  January of '02 to February of '04.
10    Q.  Okay.  I think I understand.
11       And what is Exhibit 5?
12    A.  Exhibit 5 is a log that indicates and shows
13  the -- when they do a payroll, they do it under --
14  they put it under a "batch," is what they call it, to
15  do the payroll, and that gives them a reference
16  point.  And it shows the batch number -- it first
17  shows the name of the individual that did the guard
18  hire, and the batch number, the date and also the
19  start and end.  That I'm thinking is the time, but
20  I'm not -- the time that they did the guard hire,
21  like from 4:00 in the afternoon -- which we
22  could actually -- I could look at one of those and
23  tell you if that's what that's referencing, look at
24  one of the (Indicating)...
25    Q.  Documents in Exhibit 6?

Page 17

1    A.  Yes.
2       But this is the start of the shift and the
3  end of the shift.
4    Q.  And so there's a different page -- I was
5  going to say there's a different page for every year,
6  but I don't think that's accurate.
7    A.  They have a date up here:  12/16/01 to
8  6/30, and then they have another page, and they do a
9  specific -- like this was 07/1 through 12 to slash
10  15, because it's 2002.
11       (Reporter requested clarification.)
12       (Off the record.)
13    THE WITNESS:  The reference up here, it's
14  actual...
15  BY MS. MANDALA:
16    Q.  So it's July 1st through December 15th?
17    A.  Oh, I see what it is.  December 15th.  I
18  apologize, I missed that document.
19    Q.  That's all right.
20    A.  Yeah.
21       And the next one is the same, December 16th
22  of '02 through June 30th of '03, and then from July
23  1st of '03 to December 15th of '03, and then the last
24  one was through -- it looks like January of '04, from
25  December of '03 -- December of '03 to August 11th --

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

Ex. 7
pg. 5 of 26

f49fba5a-9fda-49fa-8b90-e4162e0d3959

FLEMING v CITY OF FORT YUKON            ALASKA STATE TROOPERS
10/6/2006

Page 18

1    Q.  Okay.  So that one --
2    A.  This one, they didn't mark the -- I'm not
3 sure why they didn't put the date from and the date
4 to on this one.
5    Q.  But this seems to indicate all the people
6 who were paid as emergency jail guards by the State
7 in 2004?
8    A.  2004 (Nodding head).
9    Q.  Okay.
10   A.  Yeah.  Even though the date here does
11 show -- explain that, December of '03, this one says
12 for 2004, the last pay period of the -- of the year,
13 always goes on the first pay period of the next year.
14   Q.  So the final page of that indicates
15 everyone who was paid for this program in '04?
16   A.  '04.
17   Q.  And then Exhibit 6 that we've marked is a
18 rather large compilation of documents.  So I'll ask
19 you to describe that for me.  Just explain what those
20 are.
21   A.  Okay.  Exhibit 6, this has the guards that
22 were hired and worked during the dates that we're
23 looking at.  It breaks it down for each individual.
24 It has a page that shows their pay rate, the
25 effective date, a little basic information as to what

Page 19

1 they had done previously on the job class, and the
2 position number.  So this -- and it also shows that
3 it did come from the State of Alaska.
4    Q.  So that indicates that this person was
5 being paid by the State of Alaska during this time?
6    A.  Right.
7    Q.  All right.
8    A.  Then our next page, this one, which is --
9 our person here is Judy Alexander, this shows her
10 employee base history.  It just shows -- gives
11 information, again, for pay, the dates of hire, the
12 last date.  And it shows her location, which is Fort
13 Yukon.  And that's a good overview.
14      Do you need a little bit more?
15   Q.  No, I don't need to know more than that.
16   A.  So she has a couple there.
17      Then we have, also for her, are the
18 actual -- what we call the "emergency appointment of
19 the guard," but it's actually -- is the work sheet,
20 time sheet.  It shows the date the -- it first shows
21 who the guard is, shows their mailing address.  It
22 gives date of birth.  And this is the Social Security
23 number, which is one that does not show.  It shows
24 the jail facility.  It would show -- it says "Post or
25 Detachment."  Here, it would show Fort Yukon.  And it

Page 20

1 says "Hiring Trooper."  This usually reflects one of
2 the police officers from Fort Yukon.  Then it goes
3 down -- it shows the date the person guarded, the
4 beginning time, the end time, the total hours, the
5 prisoner's name, prisoner's date of birth and the
6 reason prisoner is held.
7      On one of -- this one, she actually put a
8 couple of days on here, which she guarded, which
9 is -- that -- that's okay.  And some of them will do
10 each day on a separate one.  It does total hours.
11 Then she -- there's an Equal Opportunity Employment
12 thing they can fill out, if they want.  And then the
13 person that did the guarding, they sign it, they date
14 it.  This, along with -- if this was their first time
15 guarding, we would get that other information; the
16 W-4 and I-9 and those.  They would be faxed to the
17 Fairbanks office.  We look it over to make sure that,
18 you know, the hours are correct.  After that the
19 detachment commander will sign it, or if a detachment
20 commander isn't available, we have two lieutenants
21 who can also sign.
22      Then, after that's all done, I fax this to
23 Juneau.  And Juneau is the one that does the actual
24 payroll run.
25   Q.  So is there anywhere on this -- I guess I

Page 21

1 don't see it -- where someone from the City of Fort
2 Yukon -- not the guard, but someone in the Fort Yukon
3 Police Department is signing anything, or it just
4 indicates who in Fort Yukon authorized their hire
5 and, then, the person from the troopers is signing it
6 to authorize the pay?
7    A.  The person for the -- for us, for the
8 troopers, is the one that signs it.
9      There was -- I will -- at one time we had a
10 problem, and the one lady at Fort Yukon went
11 straightly [As spoken] to our personnel.  And one
12 of -- I think there were two -- where the Fort Yukon
13 officer did sign.  And they were told that that's a
14 "no"; the only ones that can approve this, who can
15 sign it, are the detachment commander and the two
16 lieutenants.  And it was just a mis -- the person had
17 just started, and it was a misunderstanding.  And so
18 we were aware of it.  And it still was paid by the
19 State of Alaska, though.
20   Q.  Okay.  And what else is -- what's the next
21 document there?  These are just more of the same?
22   A.  Yeah, just more of the same.
23   Q.  Time sheets?
24   A.  Yeah, showing the time sheets.
25      And this is just another payroll run,

6 (Pages 18 to 21)

FLEMING v CITY OF FORT YUKON                    ALASKA STATE TROOPERS
10/6/2006

**Page 22**

1  showing the quarter that they were paid in, what the
2  amount was, and who the person that it was paid to.
3      Q.  Okay.  And then -- and we don't have to
4  walk through these for every employee.  But in
5  Exhibit 6, there are -- I think we counted 15, but
6  why don't we recount for this.
7      A.  Okay.
8      Q.  I'll let you re-count, because it's your
9  sworn testimony.
10         And I understand from your comments
11 earlier, that there are some differences between the
12 various employees, in terms of exactly what records
13 are available, but they are roughly these same
14 documents?
15     A.  Right.
16     Q.  The time sheets and other documents?
17     A.  Correct.
18         Okay, I counted 17.
19     Q.  Seventeen.  I will take your word for it.
20     A.  Well, with the staples, sometimes it...
21     Q.  (Nodding head.)
22     A.  Most of this is alike, but it still gives
23 the basic showing that they were paid by the State
24 when they did the guard hire in Fort Yukon.
25     Q.  And so to the best of your knowledge there

**Page 23**

1  wouldn't be any documentation relating to
2  reimbursement to the city?
3      A.  Not that I am aware of.
4      Q.  Or that has to do with the -- specifically
5  with the emergency jail guard program?
6      A.  Yeah.  If there has been a reimbursement,
7  I've never heard of one.
8      Q.  Okay.  And do the documents that you've
9  provided explain the interplay or the relationship
10 between the Department of Public Safety and the city
11 police departments?  Is that in Exhibits 2 and 3?
12     A.  Exhibit 3 explains the -- you know, what
13 the -- Fort Yukon would need to do to hire the guard
14 and stuff.
15     Q.  Okay.
16     A.  And this explains a little bit more about
17 not leaving the prisoners alone, on the second page,
18 and then the time sheet instructions.
19         And here is where it shows, specifically,
20 the signature of the DPS detachment commander.  And
21 this one says -- this is left blank for Alaska State
22 Troopers to complete, so...
23     Q.  Okay.
24     A.  And then Exhibit 2 is just the hire package
25 for the W-4 and I-9s.

**Page 24**

1      MS. MANDALA:  Well, let's go off the record
2  for a second.
3          (Off the record.)
4      MS. MANDALA:  Okay.  Let's go back on the
5  record, and we'll finish up.
6  BY MS. MANDALA:
7      Q.  So the records that you've produced today
8  appear to be copies of original documents.
9      A.  Correct.
10     Q.  And where are the original documents
11 stored, or the original records?
12     A.  Okay.  Juneau has the -- what we send to
13 them, and they keep them.  We're only -- the
14 detachment only has to keep them so many years.  But
15 Juneau has all of the -- you know, what has been
16 faxed to them, the time sheets...
17     Q.  For example -- so the documents in
18 Exhibit 6?
19     A.  Right.  This is where -- the documents in
20 Exhibit 6 are the ones that have come from Juneau
21 personnel.
22     Q.  And the documents from Exhibit 2, the
23 originals of the -- or Exhibits 2 and 3?
24     A.  Exhibit 2 is -- this is -- this was a
25 combination of our office and -- our detachment, C

**Page 25**

1  Detachment.  She sent me part of it.  And then, of
2  course, W-4, that's just something I printed off.  We
3  get that off of our website.
4          And this is also one that was -- Exhibit
5  3 -- that was provided by C Detachment, because when
6  I went to look in my book, it was not there.  But
7  we've had a few changes in some of our clerical
8  staff, so I'm not sure if during that --
9      Q.  But --
10     A.  But C Detachment is one that deals with
11 emergency jail guards, too, so it's not -- it's
12 inconsistent.
13     Q.  So they're maintained by the Department of
14 Public Safety?
15     A.  Right.
16     Q.  And at this time I'll ask you to turn over
17 to the court reporter the legible copies that you've
18 brought with you; so Exhibits 1 through 6.
19     A.  Okay.
20     Q.  And the only thing left to do is to let you
21 know that, as you know, the court reporter has been
22 taking down your testimony, and she will make a
23 transcript of your testimony today and will provide
24 you with the opportunity to read it and sign it, or
25 you can waive reading and signing it.

7 (Pages 22 to 25)

FLEMING v CITY OF FORT YUKON             ALASKA STATE TROOPERS
10/6/2006

---

Page 26

1      So I'll ask whether you want to waive
2  reading and signing it?
3      A. Nothing's going to change. I think
4  everything we've discussed is to the best of my
5  knowledge. Everything that's -- you know, everything
6  I know -- what you're asking is like for complete and
7  stuff, and as far as I know, you know, Juneau's
8  provided me with -- with everything, so...
9      Q. So you'll waive signing?
10     A. Yeah.
11     Well, let me ask -- may I ask a question?
12     Q. Sure.
13     A. What does that do, waive or sign? Is there
14  some -- you know, if -- I'm just not understanding
15  all of this, even though --
16     Q. Sure.
17     A. Yeah.
18     Q. It doesn't really do much in this context.
19  It comes up more in more substantive depositions, if
20  you are like the plaintiff in a lawsuit and you want
21  to review your deposition for completeness, where as
22  here this is more: "I'm turning over documents; this
23  is where they're kept; this is what I know."
24     A. Okay.
25     Q. It's up to you. The court reporter can

---

Page 27

1  certainly give you a copy and you can review it and
2  make sure that it is what you said. That's up to
3  you.
4      A. Is that something we do today?
5      Q. No.
6      A. The reason I ask is, we're headed back to
7  Fairbanks tonight, so...
8      Q. And it's something that can be done through
9  the mail or electronically, and not something you
10  need to decide right this minute, actually. So we'll
11  just leave it undecided for now.
12     A. Okay.
13     MS. MANDALA: Well, I thank you very much
14  for your time, Ms. Searles.
15     THE WITNESS: I thank you for your -- this
16  is a whole new -- I hear others talking about it, but
17  this is my first, so I appreciate your patience.
18     MS. MANDALA: Well, no problem. Thank you
19  very much. It's been very helpful.
20     (Proceedings concluded at 2:19 p.m.)
21     (Signature reserved.)
22            -o0o-
23
24
25

---

Page 28

1         CERTIFICATE OF REPORTER
2
3      I, GAIL RUTH PECKHAM, RPR, Registered
4  Professional Reporter, hereby certify:
5      That I am a court reporter for Pacific Rim
6  Reporting and Notary Public for the State of Alaska;
7  that the foregoing proceedings were taken by me in
8  Stenotype Shorthand and thereafter transcribed by me;
9  that the transcript constitutes a full, true and
10  correct record of said proceedings taken on the date
11  and time indicated therein.
12     Further, that I am a disinterested person
13  to said action.
14     IN WITNESS WHEREOF, I have hereunto
15  subscribed my hand and affixed my official seal this
16  _____ day of _____, 2006.
17
18
19
20
21     _____
22     GAIL RUTH PECKHAM, RPR,
       and Notary Public for the
       State of Alaska.
23
24     My commission expires: 3-26-10
25

---

Page 29

1         WITNESS CERTIFICATE
2  RE: REGINALD FLEMING, et al., vs. CITY OF FORT
       YUKON, et al.
3  CASE 4:04-cv-00034-RRB
   DEPOSITION OF: Alaska State Troopers
4         Designee Cheryl E. Searles
   DATE TAKEN: 10-6-06
5  FILE ORIGINAL: Howard S. Trickey
6      I hereby certify that I have read the foregoing
   deposition and accept it as true and correct, with
7  the following exceptions:
8  _____
9  PAGE LINE   CHANGE/CORRECTION   REASON
10 ____ ____   _____   _____
11 ____ ____   _____   _____
12 ____ ____   _____   _____
13 ____ ____   _____   _____
14 ____ ____   _____   _____
15 ____ ____   _____   _____
16 ____ ____   _____   _____
17 ____ ____   _____   _____
18 ____ ____   _____   _____
19 ____ ____   _____   _____
20 ____ ____   _____   _____
21 ____ ____   _____   _____
22 ____ ____   _____   _____
23 _____
   DATED         SIGNATURE
24 Please sign your name and date it on the above line.
   (Use additional paper to note corrections as needed,
25 dating and signing each page.)         (GRP)

8 (Pages 26 to 29)

Ex. 7
pg. 8 of 26

f49fba5a-9fda-49fa-8b90-e4162e0d3959

# Emergency Guard Hire / Rehire Check List

**FORM W-4**

This form must be filled out with the following information:
Employee's name and address (box 1)
Social Security Number (box 2)
Marital Status (box 3)
A number (even if zero) must be in Box 5 except if they have indicated EXEMPT in Box 7.
If there is a number in box 5 and Exempt is indicated in box 7, the form is not correct.
Employee's signature.

**I-9 EMPLOYMENT ELIGIBILITY VERIFICATION**

This form must be filled out with the following information:
Section 1. Employee Information and verification
Section 2. Employer Review and Verification
        Identification must be listed in List A or in List B and List C
        Must have signature of Employer, printed name and title.

**COPIES OF IDENTIFICATION THAT ARE LISTED ON THE I-9 ABOVE**

**SBS/SELECT BENEFITS BENEFICIARY FORM**

This form must be filled out with the following information:
Beneficiary name and address and relationship to the employee.
Check the appropriate box for type of benefits to be received.
Check the appropriate box for beneficiary to be primary or contingent.
Make sure the percentage(s) of beneficiaries listed equals 100.

**STATE OF ALASKA DESIGNATION OF BENEFICIARY FOR UNPAID COMPENSATION**

This form must be filled out with the following information:
Employee name and address.
Beneficiary name, address and percentage. Make sure the percentage equals 100.
Employee signature and witness signature.



# Form W-4 (2006)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2006 expires February 16, 2007. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $850 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-

earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2006. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

**Personal Allowances Worksheet** (Keep for your records.)

**A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . . . . **A** ____

**B** Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. . . **B** ____

**C** Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . **C** ____

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . **D** ____

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . **E** ____

**F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . **F** ____

(**Note.** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** **Child Tax Credit** (including additional child tax credit):
- If your total income will be less than $55,000 ($82,000 if married), enter "2" for each eligible child.
- If your total income will be between $55,000 and $84,000 ($82,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have four or more eligible children. . . . . . . . . . . . . . . . . **G** ____

**H** Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ **H** ____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize** or claim adjustments to income and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

- - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - -

| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.** | **2006** |

| 1 Type or print your first name and middle initial. | Last name | 2 Your social security number |
|---|---|---|

Home address (number and street or rural route)

| | **3** ☐ Single ☐ Married ☐ Married, but withhold at higher Single rate. |
|---|---|

City or town, state, and ZIP code

**Note.** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

**4** If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

**5** Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) | **5** ____

**6** Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . | **6** $ ____

**7** I claim exemption from withholding for 2006, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . . ▶ | **7** ____

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(Form is not valid unless you sign it.) ▶ _____ Date ▶ _____

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**     Cat. No. 10220Q     Form **W-4** (2006)

Form W-4 (2006)

## Deductions and Adjustments Worksheet

**Note.** Use this worksheet *only* if you plan to itemize deductions, claim certain credits, or claim adjustments to income on your 2006 tax return.

| | | |
|---|---|---|
| 1 | Enter an estimate of your 2006 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2006, you may have to reduce your itemized deductions if your income is over $150,500 ($75,250 if married filing separately). See *Worksheet 3* in Pub. 919 for details.) . . . | **1** $ |
| 2 | Enter: { $10,300 if married filing jointly or qualifying widow(er) <br> $ 7,550 if head of household <br> $ 5,150 if single or married filing separately } . . . . . . . | **2** $ |
| 3 | **Subtract** line 2 from line 1. If line 2 is greater than line 1, enter "-0-" . . . . . . . | **3** $ |
| 4 | Enter an estimate of your 2006 adjustments to income, including alimony, deductible IRA contributions, and student loan interest | **4** $ |
| 5 | **Add** lines 3 and 4 and enter the total. (Include any amount for credits from *Worksheet 7* in Pub. 919) . | **5** $ |
| 6 | Enter an estimate of your 2006 nonwage income (such as dividends or interest) . . . . . | **6** $ |
| 7 | **Subtract** line 6 from line 5. Enter the result, but not less than "-0-" . . . . . . . | **7** $ |
| 8 | **Divide** the amount on line 7 by $3,300 and enter the result here. Drop any fraction . . . . | **8** |
| 9 | Enter the number from the **Personal Allowances Worksheet**, line H, page 1 . . . . . | **9** |
| 10 | **Add** lines 8 and 9 and enter the total here. If you plan to use the **Two-Earner/Two-Job Worksheet**, also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 . | **10** |

## Two-Earner/Two-Job Worksheet (See *Two earners/two jobs* on page 1.)

**Note.** Use this worksheet *only* if the instructions under line H on page 1 direct you here.

| | | |
|---|---|---|
| 1 | Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) | **1** |
| 2 | Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here . . . . | **2** |
| 3 | If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet . . . . . . . | **3** |

**Note.** If line 1 is *less than* line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4–9 below to calculate the additional withholding amount necessary to avoid a year-end tax bill.

| | | | |
|---|---|---|---|
| 4 | Enter the number from line 2 of this worksheet . . . . . . . . | **4** | |
| 5 | Enter the number from line 1 of this worksheet . . . . . . . . | **5** | |
| 6 | **Subtract** line 5 from line 4 . . . . . . . . | | **6** |
| 7 | Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here . . . . | | **7** $ |
| 8 | **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed . | | **8** $ |
| 9 | Divide line 8 by the number of pay periods remaining in 2006. For example, divide by 26 if you are paid every two weeks and you complete this form in December 2005. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck . . . . . . . . | | **9** $ |

### Table 1: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | | | | All Others | |
|---|---|---|---|---|---|---|---|
| If wages from HIGHEST paying job are— | AND, wages from LOWEST paying job are— | Enter on line 2 above | If wages from HIGHEST paying job are— | AND, wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| $0 - $42,000 | $0 - $4,500 | 0 | $42,001 and over | 32,001 - 38,000 | 6 | $0 - $6,000 | 0 |
| | 4,501 - 9,000 | 1 | | 38,001 - 46,000 | 7 | 6,001 - 12,000 | 1 |
| | 9,001 - 18,000 | 2 | | 46,001 - 55,000 | 8 | 12,001 - 19,000 | 2 |
| | 18,001 and over | 3 | | 55,001 - 60,000 | 9 | 19,001 - 26,000 | 3 |
| $42,001 and over | $0 - $4,500 | 0 | | 60,001 - 65,000 | 10 | 26,001 - 35,000 | 4 |
| | 4,501 - 9,000 | 1 | | 65,001 - 75,000 | 11 | 35,001 - 50,000 | 5 |
| | 9,001 - 18,000 | 2 | | 75,001 - 95,000 | 12 | 50,001 - 65,000 | 6 |
| | 18,001 - 22,000 | 3 | | 95,001 - 105,000 | 13 | 65,001 - 80,000 | 7 |
| | 22,001 - 26,000 | 4 | | 105,001 - 120,000 | 14 | 80,001 - 90,000 | 8 |
| | 26,001 - 32,000 | 5 | | 120,001 and over | 15 | 90,001 - 120,000 | 9 |
| | | | | | | 120,001 and over | 10 |

### Table 2: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $60,000 | $500 | $0 - $30,000 | $500 |
| 60,001 - 115,000 | 830 | 30,001 - 75,000 | 830 |
| 115,001 - 165,000 | 920 | 75,001 - 145,000 | 920 |
| 165,001 - 290,000 | 1,090 | 145,001 - 330,000 | 1,090 |
| 290,001 and over | 1,160 | 330,001 and over | 1,160 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and using it in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to

the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

♻ *Printed on recycled paper*

**Ex. 7**
**pg. 11 of 26**

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE.** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|

| Address  (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|

| City | State | Zip Code | Social Security # |
|---|---|---|---|

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
   A citizen or national of the United States
   A Lawful Permanent Resident (Alien # A_____
   An alien authorized to work until___/___/___
   (Alien # or Admission #_____

| Employee's Signature | Date (month/day/year) |
|---|---|

**Preparer and/or Translator Certification.**    (To be completed and signed if Section 1 is prepared by a person other than the employee.)  I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|

**Section 2. Employer Review and Verification.**  To be completed and signed by employer.  Examine one document from List A OR examine one document from List B **and** one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document title: | _____ | | _____ | | _____ |
| Issuing authority: | _____ | | _____ | | _____ |
| Document #: | _____ | | _____ | | _____ |
| Expiration Date (if any): | __/__/__ | | __/__/__ | | __/__/__ |
| Document #: | _____ | | | | |
| Expiration Date (if any): | __/__/__ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___and that to the best of my knowledge the employee is eligible to work in the United States.  (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|

**Section 3. Updating and Reverification.**  To be completed and signed by employer

| A. New Name (if applicable) | B.  Date of rehire (month/day/year) (if applicable) |
|---|---|

C.    If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

   Document    Title:_____Document    #:_____Expiration    Date    (if    any):___/___/__

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|

Form I-9 (Rev. 11-21-91) N

**Ex. 7**
**pg. 12 of 26**

## LISTS OF ACCEPTABLE DOCUMENTS

| LIST A | | LIST B | | LIST C |
|---|---|---|---|---|
| **Documents that Establish Both Identity and Employment Eligibility** | OR | **Documents that Establish Identity** | AND | **Documents that Establish Employment Eligibility** |

**LIST A — Documents that Establish Both Identity and Employment Eligibility**

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (INS Form N-560 or N-561)

3. Certificate of Naturalization (INS Form N-550 or N-570)

4. Unexpired foreign passport, with I-551 stamp or attached INS Form I-94 indicating unexpired employment authorization

5. Permanent Resident Card or Alien Registration Receipt Card with photograph (INS Form I-151 or I-551)

6. Unexpired Temporary Resident Card (INS Form I-688)

7. Unexpired Employment Authorization Card (INS Form I-688A)

8. Unexpired Reentry Permit (INS Form I-327)

9. Unexpired Refugee Travel Document (INS Form I-571)

10. Unexpired Employment Authorization Document issued by the INS which contains a photograph (INS Form I-688B)

**OR**

**LIST B — Documents that Establish Identity**

1. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address

2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address

3. School ID card with a photograph

4. Voter's registration card

5. U.S. Military card or draft record

6. Military dependent's ID card

7. U.S. Coast Guard Merchant Mariner Card

8. Native American tribal document

9. Driver's license issued by a Canadian government authority

**For persons under age 18 who are unable to present a document listed above:**

10. School record or report card

11. Clinic, doctor or hospital record

12. Day-care or nursery school record

**AND**

**LIST C — Documents that Establish Employment Eligibility**

1. U.S. social security card issued by the Social Security Administration (other than a card stating it is not valid for employment)

2. Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350)

3. Original or certified copy of a birth certificate issued by a state, county, municipal authority or outlying possession of the United States bearing an official seal

4. Native American tribal document

5. U.S. Citizen ID Card (INS Form I-197)

6. ID Card for use of Resident Citizen in the United States (INS Form I-179)

7. Unexpired employment authorization document issued by the INS (other than those listed under List A)

**Illustrations of many of these documents appear in Part 8 of the Handbook for Employers (M-274)**

Form I-9 (Rev. 10/4/00)Y Page 3

**1.**

# SBS/SELECT BENEFITS BENEFICIARY FORM

*Division of Retirement and Benefits*

Employer Code: **0 0 0 1**   **FOR SBS/SELECT BENEFITS USE ONLY**

P.O. Box 110203
Juneau, AK 99811-0203
Phone: (907) 465-4460
Fax: (907) 465-4668
TDD: 465-2805

550 W 7th Avenue, Suite 1850
Anchorage, AK 99501-3570
Phone: (907) 269-0333
Fax: (907) 269-0280

Insurance Benefits Phone: (907) 465-8600

## SECTION ONE: PERSONAL DATA          PLEASE TYPE OR PRINT CLEARLY

**2. EMPLOYEE LAST NAME**

**3. FIRST NAME**

**4. M.I.**

**5. SOCIAL SECURITY NUMBER**

**6. HOME PHONE**
(    )

**7. WORK PHONE**
(    )

## SECTION TWO: BENEFICIARY DESIGNATION

### 0

**8. BENEFICIARY LAST NAME**

**9. FIRST NAME**

**10. M.I.**

**11. RELATIONSHIP**

**12. MAILING ADDRESS**

**13. CITY AND STATE**

**14. ZIP CODE**

**15. I WANT THIS BENEFICIARY TO RECEIVE THE FOLLOWING BENEFITS IF I DIE:**
☐ LIFE   ☐ AD & D   ☐ SURVIVOR   ☐ ANNUITY

**16. I WANT THIS BENEFICIARY TO BE:**
☐ PRIMARY   ☐ CONTINGENT

**17. I WANT THIS BENEFICIARY TO RECEIVE:**
____ %

### 1

**18. BENEFICIARY LAST NAME**

**19. FIRST NAME**

**20. M.I.**

**21. RELATIONSHIP**

**22. MAILING ADDRESS**

**23. CITY AND STATE**

**24. ZIP CODE**

**25. I WANT THIS BENEFICIARY TO RECEIVE THE FOLLOWING BENEFITS IF I DIE:**
☐ LIFE   ☐ AD & D   ☐ SURVIVOR   ☐ ANNUITY

**26. I WANT THIS BENEFICIARY TO BE:**
☐ PRIMARY   ☐ CONTINGENT

**27. I WANT THIS BENEFICIARY TO RECEIVE:**
____ %

### 2

**28. BENEFICIARY LAST NAME**

**29. FIRST NAME**

**30. M.I.**

**31. RELATIONSHIP**

**32. MAILING ADDRESS**

**33. CITY AND STATE**

**34. ZIP CODE**

**35. I WANT THIS BENEFICIARY TO RECEIVE THE FOLLOWING BENEFITS IF I DIE:**
☐ LIFE   ☐ AD & D   ☐ SURVIVOR   ☐ ANNUITY

**36. I WANT THIS BENEFICIARY TO BE:**
☐ PRIMARY   ☐ CONTINGENT

**37. I WANT THIS BENEFICIARY TO RECEIVE:**
____ %

### 3

**38. BENEFICIARY LAST NAME**

**39. FIRST NAME**

**40. M.I.**

**41. RELATIONSHIP**

**42. MAILING ADDRESS**

**43. CITY AND STATE**

**44. ZIP CODE**

**45. I WANT THIS BENEFICIARY TO RECEIVE THE FOLLOWING BENEFITS IF I DIE:**
☐ LIFE   ☐ AD & D   ☐ SURVIVOR   ☐ ANNUITY

**46. I WANT THIS BENEFICIARY TO BE:**
☐ PRIMARY   ☐ CONTINGENT

**47. I WANT THIS BENEFICIARY TO RECEIVE:**
____ %

### 4

**48. BENEFICIARY LAST NAME**

**49. FIRST NAME**

**50. M.I.**

**51. RELATIONSHIP**

**52. MAILING ADDRESS**

**53. CITY AND STATE**

**54. ZIP CODE**

**55. I WANT THIS BENEFICIARY TO RECEIVE THE FOLLOWING BENEFITS IF I DIE:**
☐ LIFE   ☐ AD & D   ☐ SURVIVOR   ☐ ANNUITY

**56. I WANT THIS BENEFICIARY TO BE:**
☐ PRIMARY   ☐ CONTINGENT

**57. I WANT THIS BENEFICIARY TO RECEIVE:**
____ %

### 5

**58. BENEFICIARY LAST NAME**

**59. FIRST NAME**

**60. M.I.**

**61. RELATIONSHIP**

**62. MAILING ADDRESS**

**63. CITY AND STATE**

**64. ZIP CODE**

**65. I WANT THIS BENEFICIARY TO RECEIVE THE FOLLOWING BENEFITS IF I DIE:**
☐ LIFE   ☐ AD & D   ☐ SURVIVOR   ☐ ANNUITY

**66. I WANT THIS BENEFICIARY TO BE:**
☐ PRIMARY   ☐ CONTINGENT

**67. I WANT THIS BENEFICIARY TO RECEIVE:**
____ %

## SECTION THREE: SIGNATURE

**EMPLOYEE SIGNATURE**

**DATE**

02-1841

**Ex. 7**
**pg. 14 of 26**

G:/forms/benefits/02-1841.p65/2   (Rev. 12/02)

# STATE OF ALASKA
## DESIGNATION OF BENEFICIARY FOR UNPAID COMPENSATION

☐ INITIAL AUTHORIZATION                    ☐ CHANGE

| Name (Last, First, M.I.) | | Date of Birth | Social Security Number |
|---|---|---|---|
| Address | | | |
| City | State | Zip Code | |

| PRIMARY BENEFICIARY(IES) | | CONTINGENT BENEFICIARY(IES) | |
|---|---|---|---|
| Name | | Name | |
| Address | | Address | |
| City, State, & Zip Code | | City, State, & Zip Code | |
| Relationship | Percentage | Relationship | Percentage |
| Name | | Name | |
| Address | | Address | |
| City, State, & Zip Code | | City, State, & Zip Code | |
| Relationship | Percentage | Relationship | Percentage |

| Employee Signature | Date | Witness | Date |
|---|---|---|---|

## INSTRUCTIONS

1. You may nominate one beneficiary who would be the sole beneficiary.
2. You may nominate a beneficiary and contingent beneficiary or beneficiaries, in which case the benefit would be payable to the first listed who survives you.
3. You may nominate any number of beneficiaries to share in any manner you wish. In this case, any benefit would be paid in accordance with your wishes to all of the beneficiaries named. Please designate the percentage to go to each beneficiary. If you list more than one beneficiary, be sure to state if the additional name or names are contingent beneficiaries or if they are to share in the benefits and if so in what manner they are to share.
4. Should you wish to change or alter your designation of beneficiary, be sure to complete a new form

02-200 (Rev 4/92)

unpdcomp.doc

# INSTRUCTIONS FOR HIRING EMERGENCY JAIL GUARDS

It is your responsibility to ensure that the following items are completed so that the guard can receive his/her pay as fast as possible.

1. If you do not have preapproved authorization to hire a Jail Guard, complete as much of the Emergency Appointment of Guard/Attendant (Timesheet) as possible, and fax it to your nearest Alaska State Troopers Post.

2. Have the Guard read and sign the "Emergency Guard Duties" form.

3. Jail Guard Timesheet. This needs to be filled out for every guard and sent in to your nearest Alaska State Troopers Post.

4. W-4 form. This needs to be completed only if the Guard has **not** worked in the last year. All Jail Guard Hires need to complete new paperwork **every six months**. If you are not sure, call Anchorage C Detachment.

5. U.S. Department of Justice Immigration and Naturalization Service Form I-9. If the guard has **not** worked as a guard for the last six months, he/she needs to complete the I-9 form. If you are not sure, call Anchorage, C Detachment.

6. A State of Alaska Designation of Beneficiary for Unpaid Compensation form. If the guard has **not** worked as a guard for the last six months, he/she needs to complete a beneficiary form.

Since the guard will be a State of Alaska employee, they need to have available to them a Supplemental Benefits System packet with cover letter. The guard can use copies of the form, which is attached, ensuring that your copy is not used.

Attachments:

Emergency Appointment of Guard/Attendant form and instruction sheet
Form 1040 and instruction sheet
Employment Eligibility Verification and instruction sheet
State of Alaska Designation of Beneficiary for Unpaid Compensation
SBS Information Memo
SBS Packet

Ex. 7
pg. 16 of 26



# EMERGENCY GUARD DUTIES

1. **In case of an emergency call:**

    A.  Health Aide on call: _____ Contact #: _____

    B.  VPSO or VPO on call: _____ Contact #: _____

    C.  Firefighter on call: _____ Contact #: _____

2. **Holding Cell**

    A.  **DO NOT LEAVE THE PRISONER ALONE IN THE BUILDING AT ANY TIME**

    B.  Do not allow the prisoner to have belts, suspenders, shoestrings, lighters or any other items which he/she may use to harm themselves or you.

    C.  Check prisoner every 15 minutes. This is normally a visual check to insure the prisoner's welfare. Prisoners should remain locked in the cell at all times.

    D.  Maintain the log each time the prisoner is checked.

    E.  Allow bathroom accesses as needed.

    F.  All visitors for the prisoner must be cleared by the Trooper/Officer. **No unsupervised visits or physical contact with the prisoner** will be allowed at any time. Only one (1) visitor per prisoner will be allowed. Visits will be kept to a maximum of 15 minutes and must be supervised. **Minors are not allowed in the jail facility for any reason.**

    G.  Visitors will not directly give anything to a prisoner without the guard's inspection first. If in question contact the Trooper/Officer.

    H.  Ensure that the fire extinguishers are serviceable.

    I.  The prisoner has a right to a safe, clean environment. Be sure to maintain heat and circulation. Keep the holding cell, bathroom and surrounding areas as clean as possible.

3. **Permitting an Escape - AS 11.56.370(a)** ------ (a) A public servant who is required by law to have the charge of a person arrested for, charged with, or convicted of a crime, through criminal negligence, permits the person to escape...(b) Permitting or allowing an escape of a prisoner you are in charge of is a class C-Felony punishable by a fine of up to $50,000.00 and up to 5 years in jail.

4. **Statement of Understanding**
I have been briefed by the Trooper/Officer of my duties as a Jail Guard and have read the above items 1-4 of this page. I understand my duties and will comply with all the above.


Print Guard Name: _____ Signature: _____ Date_____

# EMERGENCY GUARD HIRE TIMESHEET INSTRUCTIONS

## PLEASE PRINT ALL INFORMATION SO IT IS READABLE

ATTENTION: The proper completion of this form is your responsibility. Emergency Jail Guards will only be hired for prisoners who have violated state statutes. Emergency Jail Guards shall not be hired for the protection of crime scenes or for the protective custody of individuals. The Department of Public Safety will pay for Emergency Jail Guards on prisoners arrested for violations as outlined above.

The Emergency Guard Hire form, 12-112A, is to be used for one guard shift. If the same guard returns to work for the next shift, the guard will need to fill out another 12-112A.

**A - FULL NAME:**    First, Middle Initial, Last

**B - SSN:**    Social Security Number

**C, D, E, and F -MAILING ADDRESS:** P.O. Box, City, State, and Zip Code have to be on the form. This is where the State is going to mail the check.

**G-DATE OF BIRTH:** Example 10/25/67

**H-MARITAL STATUS:** Check the **MARRIED** block only if guard legally married. The guard will have a marriage license. Otherwise, legally, the guard is sing, and should check the **SINGLE** block. This information is for tax purposes and is required.

**I-JAIL FACILITY:** Example: King Cove Police Department, Kake Police Department, etc.

**J-POST/DETACHMENT:** In this space put Anchorage/C - this signifies Anchorage Alaska State Trooper Post, C Detachment.

**K-HIRING TROOPER:** Write the name of the Trooper/Officer who authorized a jail guard to be hired and the time the Trooper/Officer was called.

**L-DATE GUARDED:** Enter the calendar date: example 9/19/98

**M-BEGINNING TIME:** Using military time or the 24-hour system 0000-2400 put in the time the guard actually started guarding the prisoner.

**N-ENDING TIME:** Enter the time the guard stopped guarding prisoner for that calendar day. Do not exceed past 24 hours (midnight). If the prisoner is to be guarded past 2400 hours, start another line with                new calendar day. See example of Joe Brown.

**O-TOTAL HOURS:** Put only the actual hours worked for that calendar day. See example Joe Brown. If started work on 9/19/97, 2100 hours (9:00 PM) and the prisoner was guarded until 0500 hours (5:00 AM) on 9/20/97, three hours would be written down for 9/19/97 (2100 hours to 2400 hours). Five hours would be written down for 9/20/97 (0000 hours to 0500 hours). The guard will not get paid if you do not have the date and times guarded written down correctly.

Ex. 7
pg. 18 of 26

## EMERGENCY GUARD HIRE TIMESHEET INSTRUCTIONS (CONTINUED)

If there is a second prisoner to guard, write the prisoner's name below the first prisoner. The date and times will be written down just like the first prisoner. The difference is that in the TOTAL HOURS column, the time will be placed in brackets. See the example of Sara Weeks.

The guard should only work eight-hour shifts. The guard will not be paid overtime unless the Alaska State Troopers authorize it. If overtime is authorized, write the name of the authorizing Trooper above that of the original approving Trooper and put OT at the end of the name. See example, Block K. Overtime will only be paid after the guard has worked over 40 hours in one workweek. A workweek begins on Monday and ends on Sunday. If the timesheet is completed and mailed in to AST as soon as possible, the jail guard should receive a paycheck within 30 days. Paydays for the State of Alaska are the 15th and 30th of each month.

**P-PRISONER'S NAME:** Full Name: first name, middle initial, last name.

**Q-PRISONER'S DATE OF BIRTH:** Example: 9/20/97

**R-REASON PRISONER HELD:** You have to enter the prisoner's charge - ex: DWI, DC, etc. If arrested on a warrant, please enter original charge.

**S-SHADED TOTAL HOURS BLOCK:** Leave blank. This is to be completed by the Alaska State Troopers.

**T-EQUAL OPPORTUNITY EMPLOYMENT:** This section is voluntary.

**U-STATEMENT OF UNDERSTANDING:** Have the guard read this very carefully. The guard is accepting a big responsibility. If the guard agrees, have it signed with the guard's legal signature and enter the date.

**V-SIGNATURE OF DPS DETACHMENT COMMANDER:** This is left blank for Alaska State Troopers to complete.

## IMPORTANT:

If the Jail Guard has not worked as a Jail Guard for over one year, the Jail Guard needs to complete a STATE OF ALASKA DESIGNATION OF BENEFICIARY FOR UNPAID COMPENSATION form, number 02-200 (rev 4/92). The Jail Guard **can not** have more than 100% of benefits between all people listed as PRIMARY BENEFICIARY (IES). The Jail Guard **can not** have more than 100% of benefits between all people listed as CONTINGENT BENEFICIARY (IES). Have the Jail Guard follow the example. This form needs to have a witness signature by an employee of the Police Department where he will be working as a guard.

The Jail Guard is also eligible for the State of Alaska Supplemental Benefits Program (SBS). 6.13% of the Jail Guard's wages are withheld for the purpose of meeting federal requirements. SBS is like Social Security. It also offers additional benefits as to health and medical. The Jail Guard has to work over a month to be eligible for the health and medical benefits. Have the Jail Guard read the SBS packet. The packet explains what needs to be done to gain access to their SBS funds. The SBS management group does charge $35.00 annually as a maintenance fee.

Ex. 7
pg. 19 of 26

| NAME | PCN | LOC | JOB_CLASS | Paid Jan '02 -Feb '04? |
|---|---|---|---|---|
| ALEXANDER,CHARLOTTE | 127000 | KJA | P7812 | No |
| ALEXANDER,EDWARD | 127000 | KJA | P7812 | No |
| ALEXANDER,JOHN L | 127001 | KJA | P7812 | No |
| ALEXANDER,JUDY E | 127001 | KJA | P7812 | Yes |
| ALEXANDER,SAMUEL | 127001 | KJA | P7812 | No |
| ALEXANDER,VINCENT | 127001 | KJA | P7812 | No |
| ALEXANDER,VIRGINIA | 127001 | KJA | P7812 | No |
| ATCHLEY,BETTY L. | 127000 | KJA | P7812 | No |
| BERGMAN,GRETE | 127001 | KJA | P7812 | No |
| BESSETTE,RICHARD | 127001 | KJA | P7812 | Yes |
| BINGHAM,RONALD | 127001 | KJA | P7812 | No |
| BOWMAN,MATTHEW P | 127000 | KJA | P7812 | No |
| BOYLES,KAREN | 127000 | KJA | P7812 | No |
| BOYLES,STUART | 127000 | KJA | P7812 | No |
| BRIDGES,DAVID E | 127000 | KJA | P7812 | Yes |
| CADZOW,CONNIE K | 127001 | KJA | P7812 | No |
| CADZOW,PEGGY ROXANNE | 127001 | KJA | P7812 | Yes |
| CADZOW,ROBERTA | 127000 | KJA | P7812 | No |
| CANTRELL,ROBERT | 127000 | KJA | P7812 | No |
| CARROLL,DONALD G | 127001 | KJA | P7812 | Yes |
| CARROLL,JERRY | 127000 | KJA | P7812 | No |
| CARROLL,LEON J | 127000 | KJA | P7812 | No |
| CARROLL,RICHARD,,II | 127000 | KJA | P7812 | No |
| CRAIG,WALTER D | 127001 | KJA | P7812 | No |
| DAIGLE,AIMEE | 127001 | KJA | P7812 | No |
| DRUCK,GORDON E | 127000 | KJA | P7812 | Yes |
| DRUCK,JOHN H | 127001 | KJA | P7812 | Yes |
| ENGLISHOE,EUGENE | 127000 | KJA | P7812 | No |
| ERICK,ALBERTA E | 127001 | KJA | P7812 | Yes |
| FERNANDES,JEREMY | 127001 | KJA | P7812 | No |
| FIELDS,AMBER | 127001 | KJA | P7812 | No |
| FIELDS,AUDREY S | 127001 | KJA | P7812 | No |
| FIELDS,LOREE A. | 127001 | KJA | P7812 | No |
| FIRMIN,DANIEL G | 127000 | KJA | P7812 | No |
| FLEENER,CHARLOTTE | 127001 | KJA | P7812 | No |
| FLEENER,CRAIG L | 127000 | KJA | P7812 | No |
| GLAZER,JOSHUA | 127001 | KJA | P7812 | No |
| GUSTAFSON,ROBERT | 127000 | KJA | P7812 | No |
| HAYDEN,PAUL M. | 127000 | KJA | P7812 | No |
| HEDMAN,CARL | 127001 | KJA | P7812 | No |
| HENRY,FRANCIS T | 127000 | KJA | P7812 | Yes |
| HIATT,MIKE A | 127000 | KJA | P7812 | Yes |
| HORACE,DONNA B | 127000 | KJA | P7812 | No |
| IRWIN,SKOOK | 127000 | KJA | P7812 | No |
| JAMES,BOBBIE | 127001 | KJA | P7812 | No |
| JAMES,CYNTHIA M | 127000 | KJA | P7812 | No |
| JAMES,MICHAEL D | 127000 | KJA | P7812 | No |
| JAMES,RONNIE | 127001 | KJA | P7812 | No |
| JOHN,MICHAEL | 127000 | KJA | P7812 | No |
| JOHN,WILFRED E | 127001 | KJA | P7812 | No |
| JONAS,CLIFTON | 127000 | KJA | P7812 | No |
| JONAS,GRAFTON W | 127000 | KJA | P7812 | No |
| JONAS,JOHN C | 127001 | KJA | P7812 | No |
| JONES,KERRY M | 127000 | KJA | P7812 | No |
| JOSEPH,BARBARA | 127000 | KJA | P7812 | No |
| JOSEPH,HOWARD,SR | 127000 | KJA | P7812 | No |
| JOSEPH,ROLAND I | 127000 | KJA | P7812 | No |
| JOSEPH,VENNESSA L | 127001 | KJA | P7812 | No |
| KNUDSON,ROXANNE | 127001 | KJA | P7812 | No |
| KORTH,HEIMO | 127001 | KJA | P7812 | No |

**Ex. 7**
**pg. 20 of 26**

Source: DB2 Connect 201 screen, Parameters: PCN=127000 and 127001 LOC=KJA
X:Reports-Ad Hoc/Ad Hoc Reports 2006/FT Yukon Emerg Jail Guards-DOP-060927
Prepard By: I. Aanrud, HRS, DOPLR



| NAME | PCN | LOC | JOB_CLASS | Paid Jan '02 -Feb '04? |
|------|-----|-----|-----------|------------------------|
| LILJEBLAD,ADAM | 127000 | KJA | P7812 | No |
| LOCKHART,DOUGLAS | 127000 | KJA | P7812 | No |
| LORD,STEVEN A | 127000 | KJA | P7812 | No |
| LOWELL,JEDEDIAH | 127001 | KJA | P7812 | No |
| LUKE,CLIFFORD E | 127001 | KJA | P7812 | No |
| LUKE,COREY | 127000 | KJA | P7812 | No |
| LUKE,NATALIE | 127000 | KJA | P7812 | No |
| LUKE,STANFORD L | 127000 | KJA | P7812 | No |
| MAHLER,SONNY A | 127001 | KJA | P7812 | Yes |
| MCCARTY,DIANA | 127000 | KJA | P7812 | No |
| MINNEMA,STEVE | 127000 | KJA | P7812 | No |
| NEUNSINGER,ROGER | 127001 | KJA | P7812 | No |
| PARLIMENT,CHARLES | 127000 | KJA | P7812 | No |
| PAUL,JOHN R | 127001 | KJA | P7812 | No |
| PETER,ISAAC P | 127000 | KJA | P7812 | No |
| PETER,LIANA Z | 127000 | KJA | P7812 | No |
| PETER,WALTER | 127001 | KJA | P7812 | No |
| PETERSEN,CONRAD | 127000 | KJA | P7812 | No |
| PETTET,BRYAN C | 127000 | KJA | P7812 | No |
| POE,JAMES CHARLES | 127000 | KJA | P7812 | No |
| PORTER,ROGER L | 127001 | KJA | P7812 | No |
| RASMUS,BRYAN | 127000 | KJA | P7812 | No |
| RASMUSSEN,BRIAN | 127000 | KJA | P7812 | No |
| REED,ANNA | 127001 | KJA | P7812 | No |
| REED,RODERICK D | 127000 | KJA | P7812 | No |
| REIBER,HENRY | 127000 | KJA | P7812 | No |
| RIFREDI,CHRISTINE | 127000 | KJA | P7812 | No |
| RIVAS,JEANNE | 127000 | KJA | P7812 | No |
| RUFFINO,ROY | 127000 | KJA | P7812 | No |
| SHEWFELT,ANTHONY | 127001 | KJA | P7812 | Yes |
| SHLOSMAN,AMANDA C | 127001 | KJA | P7812 | Yes |
| SOLOMON,ARLENE R | 127000 | KJA | P7812 | No |
| SOLOMON,JONATHON,,JR | 127001 | KJA | P7812 | No |
| SOLOMON,MARDOW JR | 127000 | KJA | P7812 | No |
| SOLOMON,PAUL | 127001 | KJA | P7812 | No |
| SOLOMON,PHILLIP | 127001 | KJA | P7812 | Yes |
| SOLOMON,SUSAN | 127000 | KJA | P7812 | No |
| SOLOMON,WALLY | 127000 | KJA | P7812 | No |
| STARR,DARBY J | 127000 | KJA | P7812 | No |
| STEPHENS,GILBERT | 127000 | KJA | P7812 | No |
| STEPHENSON,WILLIAM | 127000 | KJA | P7812 | No |
| STEVENS,VONDA | 127000 | KJA | P7812 | No |
| STEWART,DAVID A | 127000 | KJA | P7812 | No |
| STEWART,DELWIN JR | 127000 | KJA | P7812 | No |
| STRAUB,KRIS J | 127001 | KJA | P7812 | No |
| STROM,JODI P | 127000 | KJA | P7812 | No |
| STROM,RICHARD,,JR | 127000 | KJA | P7812 | No |
| THOMAS,ANITA | 127001 | KJA | P7812 | Yes |
| THOMAS,EUSEBIA | 127000 | KJA | P7812 | No |
| THOMAS,SHIRLEY | 127000 | KJA | P7812 | No |
| VANDYKE,MICHELLE | 127000 | KJA | P7812 | Yes |
| WARD,HAROLD G | 127000 | KJA | P7812 | No |
| WEBBER,GARRY P | 127001 | KJA | P7812 | Yes |
| WILLIAM,SONNY R | 127000 | KJA | P7812 | No |
| WILLIAMS,RICHARD W. | 127000 | KJA | P7812 | No |
| YEAGER,HAROLD W.,JR | 127000 | KJA | P7812 | No |

Source: DB2 Connect 201 screen. Parameters: PCN=127000 and 127001 LOC=KJA
X:Reports-Ad Hoc/Ad Hoc Reports 2006/FT Yukon Emerg Jail Guards-DOP-060927
Prepard By: I. Aanrud, HRS, DOPLR

Ex. 7
pg. 21 of 26

| 2002 EMJ Log | 12/16/01-6/30/02 | | | | | |
|---|---|---|---|---|---|---|
| Name | Batch | Date | Start | End | | |
| Hiatt, Mike | 03064 | 12/12/2001 | 1600 | 0030 | | |
| Webber, Garry | 03045 | 12/27/2001 | 1600 | 1430 | | |
| Webber, Garry | 03045 | 1/8/2002 | 1600 | 1230 | | |
| Webber, Garry | 04019 | 1/22/2002 | 1700 | 1000 | | |
| Webber, Garry | 16088 | 6/12/2002 | 0800 | 1600 | | |
| Webber, Garry | 16088 | 6/15/2002 | 0100 | 1000 | | |

**Ex. 7**
**pg. 22 of 26**



## 2002 EMJ Log          7/1-12/15/02

| Name | Batch | Date | Start | End |
|---|---|---|---|---|
| Cadzow, Peggy | 24079 | 9/20/2002 | 2230 | 2400 |
| Cadzow, Peggy | 24079 | 9/21/2002 | 0000 | 0900 |
| Carroll, Donald | 23041 | 11/2/2002 | 0000 | 1300 |
| Carroll, Donald | 23041 | 11/21/2002 | 1500 | 2400 |
| Henry, Francis | 19067 | 7/27/2002 | 2300 | 0900 |
| Shewfelt, Anthony | 19069 | 7/13/2002 | 0700 | 1430 |
| Webber, Garry | 21041 | 9/13/2002 | 2100 | 1200 |
| Webber, Garry | 21041 | 10/12/2002 | 2030 | 0930 |
| Webber, Garry | 21041 | 10/13/2002 | 2100 | 0900 |
| Webber, Garry | 23040 | 11/2/2002 | 1600 | 2400 |
| Webber, Garry | 23040 | 11/3/2002 | 0000 | 1430 |
| Webber, Garry | 23040 | 11/20/2002 | 1700 | 2400 |
| Webber, Garry | 23040 | 11/21/2002 | 0000 | 0900 |

| 2003 EMJ Log | | 12/16/02-6/30/03 | | | |
|---|---|---|---|---|---|
| **Name** | **Batch** | **Date** | **Start** | **End** | |
| Alexander, Judy | 12012 | 4/22/2003 | 2130 | 1300 | |
| Alexander, Judy | 12012 | 4/23/2003 | 2230 | 0930 | |
| Alexander, Judy | 12012 | 4/28/2003 | 0130 | 0600 | |
| Druck, John | 13006 | 12/13/2001 | 0030 | 0900 | |
| Webber, Garry | 02026 | 12/2/2002 | 0930 | 2400 | |
| Webber, Garry | 02026 | 12/3/2002 | 0000 | 0900 | |
| Webber, Garry | 02026 | 1/3/2003 | 2330 | 2400 | |
| Webber, Garry | 02026 | 1/4/2003 | 0000 | 2400 | |
| Webber, Garry | 02026 | 1/5/2003 | 0000 | 1530 | |
| Webber, Garry | 03057 | 1/8/2003 | 1900 | 0900 | |
| Webber, Garry | 03057 | 1/11/2003 | 0530 | 1730 | |
| Webber, Garry | 08028 | 1/25/2003 | 2200 | 997 | |
| Webber, Garry | 08028 | 1/31/2003 | 1030 | 996 | |
| Webber, Garry | 04046 | 2/9/2003 | 1900 | 0900 | |
| Webber, Garry | 08028 | 3/9/2003 | 1300 | 998 | |
| Webber, Garry | 08028 | 3/29/2003 | 2200 | 999 | |
| Webber, Garry | 08028 | 4/3/2003 | 1330 | 1000 | |

| 2003 EMJ Log | | 7/1-12/15/03 | | | |
|---|---|---|---|---|---|
| Name | Batch | Date | Start | End | |
| Alexander, Judy | 16099 | 8/3/2003 | 1930 | 0800 | |
| Alexander, Judy | 19006 | 8/9/2003 | 0000 | 0600 | |
| Bridges, David | 15037 | 6/29/2003 | 1630 | 0800 | |
| Bridges, David | 15037 | 7/1/2003 | 2300 | 0800 | |
| Bridges, David | 15037 | 7/16/2003 | 2200 | 0800 | |
| Bridges, David | 19007 | 8/18/2003 | 0000 | 0800 | |
| Bridges, David | 19007 | 8/19/2003 | 2130 | 0800 | |
| Bridges, David | 19007 | 8/23/2003 | 1900 | 1030 | |
| Bridges, David | 19007 | 8/28/2003 | 0030 | 0800 | |
| Bridges, David | 20063 | 9/10/2003 | 0000 | 0800 | |
| Bridges, David | 20063 | 9/28/2003 | 2200 | 0800 | |
| Bridges, David | 20063 | 9/30/2003 | 2200 | 0800 | |
| Bridges, David | 20063 | 10/1/2003 | 2200 | 0800 | |
| Bridges, David | 20063 | 10/4/2003 | 1330 | 1500 | |
| Bridges, David | 23036 | 10/21/2003 | 2100 | 0800 | |
| Bridges, David | 23036 | 10/26/2003 | 0200 | 1000 | |
| Bridges, David | 23036 | 10/30/2003 | 2330 | 0800 | |
| Erick, Alberta | 15039 | 6/29/2003 | 0400 | 1500 | |
| Mahler, Sonny | 23015 | 8/14/2003 | 0800 | 1230 | |
| Mahler, Sonny | 23015 | 8/22/2003 | 1500 | 1800 | |
| Mahler, Sonny | 23015 | 8/23/2003 | 1030 | 1500 | |
| Shlasman, Amanda | 23014 | 10/2/2003 | 0000 | 1500 | |
| Shlasman, Amanda | 23014 | 10/7/2003 | 1300 | 1500 | |
| Shlasman, Amanda | 23014 | 10/9/2003 | 1500 | 1900 | |
| Solomon, Phillip | 19034 | 5/13/2003 | 1130 | 1230 | |
| Solomon, Phillip | 19034 | 5/15/2003 | 2130 | 1000 | |

**Ex. 7**
**pg. 25 of 26**

## 2004 EMJ Log

| | | | | |
|---|---|---|---|---|
| Bridges, David | 02017 | 12/13/2003 | 0100 | 0900 |
| Bridges, David | 02017 | 1/3/2004 | 1400 | 1600 |
| Bridges, David | 02017 | 1/4/2004 | 1700 | 1830 |
| Bridges, David | 23e03 | 1/6/2004 | 0000 | 0800 |
| Bridges, David | 23e03 | 6/2/2004 | 0930 | 0800 |
| Bridges, David | 23e03 | 6/4/2004 | 1900 | 0800 |
| Bridges, David | 23e03 | 6/23/2004 | 0000 | 0800 |
| Druck, Gordon | 23e04 | 1/7/2004 | 0945 | 0000 |
| Henry, Francis | 52J13 | 6/15/2002 | 2300 | 1430 |
| Shewfelt, Anthony | 23e11 | 3/4/2004 | 0800 | 1750 |
| Shewfelt, Anthony | 02a45 | 11/18/2004 | 0130 | 1130 |
| Shewfelt, Anthony | 02a45 | 11/28/2005 | 0300 | 1100 |
| Shlosman, Amanda | 01041 | 12/14/2003 | 0000 | 0800 |
| Shlosman, Amanda | 03063 | 1/7/2004 | 1615 | 2145 |
| Shlosman, Amanda | 03063 | 1/8/2004 | 1530 | 1830 |
| Shlosman, Amanda | 03063 | 1/21/2004 | 1600 | 1930 |
| Shlosman, Amanda | 23e10 | 4/2/2004 | 1200 | 0800 |
| Shlosman, Amanda | 23e10 | 4/28/2004 | 0000 | 0800 |
| Shlosman, Amanda | 23e10 | 5/14/2004 | 1100 | 1900 |
| Shlosman, Amanda | 23e10 | 6/3/2004 | 0900 | 1100 |
| Shlosman, Amanda | 23e10 | 6/5/2004 | 0800 | 1200 |
| Thomas, Anita | 52J14 | 12/1/2003 | 0030 | 1330 |
| VanDyke, Michelle | 52J11 | 9/3/2002 | 0000 | 0800 |
| Webber, Gary | 03042 | 11/1/2003 | 1500 | 2300 |
| Webber, Gary | 03042 | 11/23/2003 | 1900 | 1600 |
| Webber, Gary | 02100 | 1/11/2004 | 0800 | 1600 |