Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

### AFFIDAVIT OF GARRY WEBBER

STATE OF ALASKA       )
                      ) ss.
FOURTH JUDICIAL DISTRICT )

I, Garry Webber, being first duly sworn upon oath, deposes and states as follows:

1.  I am a resident of Fort Yukon and state the following based on my personal knowledge.

2.  Since 2002, I have held a number of different jobs for the City of Fort Yukon. I have also been employed by the State of Alaska, Department of Public Safety.

3.   I worked for a period of time for the City under the maintenance director, driving the City's trash and sewer truck. I have also done electrical work for the City. These tasks did not involve any law enforcement activities.

4.   I also worked for the City's police department as a part-time dispatcher. This job involved taking calls and handling the radios from the police headquarters within the City building.

5.   I also worked for the State of Alaska under its emergency jail guard program. I understood that the jail guard work was separate from my work as a dispatcher or my work for the maintenance department.

6.   When the City police department made an arrest for a crime, I was on the list of jail guards. The officer would contact me, and if I was available and interested, I would proceed to the State's building, where the jail is located. I would generally guard the jail until the prisoner was released or transported to Fairbanks for processing.

7.   I submitted forms to the State of Alaska to participate in the jail guard program. These included a W-4 form and I-99 form.

8.   When I worked guarding a prisoner, I filled out forms which I understood the City's police department was supposed to forward to the State so that I could be paid by the State. Chief Fleming often had me fill out a whole new packet, including a new W-4 form, each time I worked as a guard and sough payment from the State.

9.   On a few occasions, I handled Title 47 situations for the City of Fort Yukon. As I understood, a "Title 47" is where the police department took a person into custody because they were too drunk to care for themselves. Particularly in the winter

months, a drunken person could be a danger to himself if he was unable to get to a warm place. The police would bring a Title 47 inebriant to the jail, and I would watch the person until he or she was sober.

10. At the direction of Chief Fleming, I kept track of my work on Title 47s by making a notation on a separate timesheet. My understanding was that the City was supposed to pay for Title 47s, while the State was supposed to pay if I was guarding a prisoner in the jail. It was not clear to me whether the City was being reimbursed by the State for my Title 47 work, and I believe this was part of why I was supposed to record this as separate work. Chief Fleming made it clear to me that I was supposed to record my Title 47 work with a specific notation on a timesheet. To the best of my recollection, each time I did a Title 47, I filled out a discrete timesheet and used the words "Title 47." I believe I only handled eight or nine Title 47s for the City between December 2001 and March 2003, and that my timesheets would accurately reflect each instance.

11. As a jail guard, I did not receive any direct supervision from the City of Fort Yukon. The only supervision or training I received was an old instruction manual at the jail, which gave basic information about not releasing prisoners. I never received a job evaluation or anything like that from the City related to my jail guard work.

12. Neither the jail guard work nor the Title 47 work was regularly scheduled. I was on the list of jail guards, and would be contacted as needed. If I was not available or interested on that occasion, then the police officer would find someone else – it was up to me each time whether to take the assignment.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Garry Webber

SUBSCRIBED AND SWORN to before me this ___9___ day of September, 2006, at Fort Yukon, Alaska.



Postmaster/Notary Public

_____
Notary Public in and for Alaska
My Commission Expires: Term

AFFIDAVIT OF GARRY WEBBER                                                                                   PAGE 4
FLEMING, ET AL. V. CARROLL, ET AL.
CASE 4:04-cv-00034-RRB