Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 4:04-cv-00034-RRB

**OPPOSITION TO CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING FAILURE OF CITY TO CONDUCT PRE-TERMINATION HEARINGS AND EXCUSE OF FAILURE TO PURSUE ADMINISTRATIVE GRIEVANCE PROCEDURES (DELEON)**

Defendants oppose Plaintiffs' Cross-Motion For Partial Summary Judgment Respecting Failure of City to Conduct Pre-Termination Hearings and Excuse of Failure to Pursue Administrative Grievance Procedures (DeLeon). [Docket 117] Defendants moved for summary judgment on each of Plaintiffs' claims) because there are no disputed facts and Defendants are entitled to summary judgment as a matter of law. In an

ongoing effort to obfuscate, Plaintiffs responded to each and every summary judgment motion with an "opposition and cross-motion." When the court clerk informed that this was not proper practice, Plaintiffs filed separate cross-motions, but rehash the same exact arguments, verbatim, made in their opposition papers. Throughout their papers, Plaintiffs misstate the record and the law. These motions are neither reasonable, nor made in good faith, but rather are simply an attempt to confuse the issues in hopes of avoiding disposition prior to trial.

The City of Fort Yukon and former manager Fannie Carroll respectfully submit that for the reasons stated by Defendants in their opening Memorandum of Law in Support of Motion for Partial Summary Judgment for Failure to Exhaust Contractual Remedies (DeLeon) at Docket 92, and in their Reply at Docket 131, the Court should deny Plaintiffs' cross-motion and instead should grant Defendants' motion for summary judgment

DATED at Anchorage, Alaska this 3rd day of November, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By:   s/ Matthew Singer
        Matthew Singer
        Alaska Bar No. 9911072

By:   s/ Howard S. Trickey
        Howard S. Trickey
        3000 A Street, Suite 300
        Anchorage, AK  99503
        Phone:  (907) 563-8844
        Fax:  (907) 563-7322
        Alaska Bar No. 7610138

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer
134961