Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING FAILURE OF CITY TO CONDUCT PRE-TERMINATION HEARINGS AND EXCUSE OF FAILURE TO PURSUE ADMINISTRATIVE GRIEVANCE PROCEDURES (DELEON)** |

Case No. F04-0034 CIV (RRB)

COMES NOW, Plaintiffs, by and through their attorney, Michael J. Walleri, and moves the Court for an Unopposed Motion for Extension of Time to Reply to Defendants' Opposition to Cross Motion for Partial Summary Judgment Respecting Failure of City to Conduct Pre-Termination Hearings and Excuse of Failure to

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*    Page 1 of 2
Unopposed Motion for Extension of Time

Pursue Administrative Grievance Procedures (DeLeon) until November 20, 2006.

The reasons for the extension of time is set out in the accompanying memorandum.

Dated this 13th day of November, 2006, at Fairbanks, Alaska.

        MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on November 13, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*       *Page 2 of 2*
Unopposed Motion for Extension of Time