Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **ORDER GRANTING EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING FAILURE OF CITY TO CONDUCT PRE-TERMINATION HEARINGS AND EXCUSE OF FAILURE TO PURSUE ADMINISTRATIVE GRIEVANCE PROCEDURES (DELEON)**<br><br>Case No. F04-0034 CIV (RRB) |

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*     *Page 1 of 3*
Order Granting Unopposed Motion for Extension of Time

Upon motion of the plaintiffs for a one week extension to reply to Defendants' Opposition to Cross Motion for Partial Summary Judgment Respecting Failure of City to Conduct Pre-Termination Hearings and Excuse of Failure to Pursue Administrative Grievance Procedures (Deleon), and the Court being apprised of the premises therein,

**IT IS HEREBY ORDERED,** that the Plaintiff's motion is hereby **GRANTED.** The Plaintiffs shall file their Reply to Defendants' Opposition to Cross Motion for Partial Summary Judgment Respecting Respecting Failure of City to Conduct Pre-Termination Hearings and Excuse of Failure to Pursue Administrative Grievance Procedures (Deleon) on or before November 13, 2006.

                                                           _____
                                                           Honorable Ralph R. Beistline
                                                           United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on November 13, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                      *Page 2 of 3*
Order Granting Unopposed Motion for Extension of Time

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*  *Page 3 of 3*
Order Granting Unopposed Motion for Extension of Time