Michael J.Walleri
Law Offices of Michael J.Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER
DELEON,  CHRIS HAMPTON, WILLIAM
D. MCKILLICAN, and  TODD
SCHLUMBOHM

           Plaintiffs,

    vs.

FANNIE CARROLL, and the CITY OF
FORT YUKON, ALASKA

           Defendants.

**MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO REPLY
TO DEFENDANTS' OPPOSITION
TO CROSS MOTION FOR
PARTIAL SUMMARY JUDGMENT
RESPECTING FAILURE OF CITY
TO CONDUCT PRE-
TERMINATION HEARINGS AND
EXCUSE OF FAILURE TO PURSUE
ADMINISTRATIVE GRIEVANCE
PROCEDURES (DELEON)**

Case No. F04-0034 CIV (RRB)

Reginald Fleming, et. al., Plaintiffs seek a one week extension of deadline to

respond to Defendants' Opposition to Cross Motion for Partial Summary Judgment

Respecting Failure of City to Conduct Pre-Termination Hearings and Excuse of

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*           *Page 1 of 2*
Memo in Support Unopposed Motion for Extension of
Time

Failure to Pursue Administrative Grievance Procedures (Deleon.)   The reply is due

November 13, 2006.  The Plaintiffs request an extension until November 20, 2006.  A

seven day extension is requested given that the press of business has resulted in

Plaintiff's counsel preparing major motions in another Federal case.

Dated this 13th day of November, 2006, at Fairbanks, Alaska.

MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on November 13, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                    *Page 2 of 2*
Memo in Support Unopposed Motion for Extension of
Time