Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING NON-APPLICABILITY OF GRIEVANCE PROCEDURES** |

Case No. F04-0034 CIV (RRB)

Reginald Fleming, et. al., Plaintiffs seek a one week extension of deadline to respond to Defendants' Opposition to Cross Motion for Partial Summary Judgment Respecting Non-Applicability of Grievance Procedures. The reply is due November 13, 2006. The Plaintiffs request an extension until November 20, 2006. A seven day

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                             *Page 1 of 2*
Memo in Support Unopposed Motion for Extension of Time

extension is requested given that the press of business has resulted in Plaintiff's counsel preparing major motions in another Federal case.

Dated this 13th day of November, 2006, at Fairbanks, Alaska.

                              MICHAEL J. WALLERI

                              /s/ Michael J. Walleri
                              Law Offices of Michael J Walleri
                              330 Wendell St., Suite E
                              Fairbanks, Alaska 99701
                              (907) 452-4716
                              (907) 452-4725
                              walleri@gci.net
                              AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on November 13, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                         *Page 2 of 2*
Memo in Support Unopposed Motion for Extension of
Time