Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>            Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

**OPPOSITION TO CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING CONSTRUCTIVE TERMINATION (McKILLICAN)**

Defendants oppose Plaintiffs' Cross-Motion For Partial Summary Judgment Respecting Constructive Termination (McKillican). [Docket 137] Defendants moved for summary judgment on each of Plaintiffs' claims) because there are no disputed facts and Defendants are entitled to summary judgment as a matter of law. Plaintiffs filed separate cross-motions, but rehash the same exact arguments, verbatim, made in their opposition

papers. These motions are neither reasonable, nor made in good faith, but rather are simply an attempt to confuse the issues in hopes of avoiding disposition prior to trial.

The City of Fort Yukon and former manager Fannie Carroll respectfully submit that for the reasons stated by Defendants in their opening Memorandum of Law in Support of Motion for Partial Summary Judgment on McKillican's Employment Claims (Counts III and IV) at Docket 104, and in their Response at Docket 148, the Court should deny Plaintiffs' cross-motion and instead should grant Defendants' motion for summary judgment.

DATED at Anchorage, Alaska this 15th day of November, 2006.

> JERMAIN, DUNNAGAN & OWENS, P.C.
>
> By:  s/ Matthew Singer
>     Matthew Singer
>     Alaska Bar No. 9911072
>
> By:  s/ Howard S. Trickey
>     Howard S. Trickey
>     3000 A Street, Suite 300
>     Anchorage, AK  99503
>     Phone:  (907) 563-8844
>     Fax:  (907) 563-7322
>     Alaska Bar No. 7610138

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer
135173