Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

## DEFENDANTS' MOTION FOR SANCTIONS

Pursuant to Federal Rule of Civil Procedure 37(b)(2), Defendants respectfully request that this Court enter sanctions against plaintiffs for failing to comply with this Court's Order Granting Motion to Compel [Docket 87]. Despite this Court's prior order, plaintiffs still refuse to abide by the discovery rules and provide complete answers to discovery requests that have now been pending for over a year. This motion is supported by the memorandum of law and exhibits submitted this day.

DATED at Anchorage, Alaska this 16th day of November, 2006.

JERMAIN DUNNAGAN & OWENS, P.C.

By:   s/ Matthew Singer
      Matthew Singer
      Alaska Bar No. 9911072

By:   s/ Howard S. Trickey
      Howard S. Trickey
      Alaska Bar No. 7610138
      3000 A Street, Suite 300
      Anchorage, AK  99503
      Phone:  (907) 563-8844
      Fax:  (907) 563-7322

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2006, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:   s/ Matthew Singer

136071