Howard S. Trickey
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,

Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,

Defendants.

Case 4:04-cv-00034-RRB

**[PROPOSED] ORDER ISSUING SANCTIONS AGAINST PLAINTIFFS'**

Upon due consideration of Defendants' Motion for Sanctions, it is hereby ordered that sanctions shall be issued against plaintiffs in the following manner: ______ ________________________________________________________________.

DATED at Fairbanks, Alaska this _____ day of _______________, 2006.

________________________________
Hon. Ralph R. Beistline
United Stated District Court Judge

### *CERTIFICATE OF SERVICE*

I hereby certify that on November 16, 2006, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:   s/ Matthew Singer

#136074