

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

OCT 0 5 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF REGINALD FLEMING<br><br>Case No. F04-0034 CIV (RRB) |

COME NOW defendants, Reginald Fleming, reserving all prior objections, responds under oath to the following interrogatories and requests for production as follows:

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES (FIRST): R. FLEMING
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 1 OF 7

EXHIBIT B
PAGE 1 OF 7

## INTERROGATORIES

<u>Interrogatory No. 10</u>: Please describe in full detail the total dollar amount of damages, interest, costs, penalties and attorney fees being sought by plaintiff from defendant in this case and state how you arrived at this calculation.

<u>Answer</u>:

Count I Wage Claim -

    Compensatory Damages (Assuming 24 on call) =$366,374.81

    Calculated: Wages w/ Overtime less amounts paid as indicated by Ex. A (previously provided)

    Liquidated Damages =$366,374.81 (Amount of Compensatory Damages)

    Alternative Calculation

    Compensatory Damages (Actual Hrs On time cards) = $95,37914.72

    Calculated: Wages w/ Overtime less amounts paid as indicated by Ex. B.

    Liquidated Damages = $95,37914.72 (Amount of Compensatory Damages)

Count II -- Wrongful Termination

    Back Pay –

        135 weeks x weekly rate of $961.538 = $ 129,807.69

        (to be adjusted to date of trial)

    Front Pay

        $100,000 (Two year of salary)

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES (FIRST): R. FLEMING
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)
-PAGE 2 OF 7

EXHIBIT B
PAGE 2 OF 7

        Punitive Damages    $500,000 (state cap)

Count IV -- Procedural Due Process

    Back Pay --

        135 weeks x weekly rate of $961.538 = $ 129,807.69

           (to be adjusted to date of trial)

    Punitive Damages    $389,421 (3 x compensatory damages)

Full and actual attorney fees, interest and costs. Incapable of calculation at this time.

Interrogatory No. 13: Please state the name, address, telephone number and place of employment of any doctors, osteopaths, chiropractors, psychiatrists, psychologists, hospitals, medical clinics, or health care providers that you have seen, been examined by, or who have treated you since 1995. Please list these health care providers in the order in which they were seen.

Answer: Previously provided.

Interrogatory No. 14: Please describe each of your employment experiences subsequent to employment with the City of Fort Yukon, including current employment, and specify:

    a.    The name and address of each employer;

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES (FIRST): R. FLEMING
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)
-PAGE 3 OF 7

EXHIBIT B
PAGE 3 OF 7

b. The inclusive dates of employment;

c. The principal business of your employer;

d. Your initial job duties and responsibilities;

e. Your initial salary;

f. Each change in your salary, including the date, amount and reason for such change;

g. Each change in your job title or responsibilities, including the date and a description of the change;

h. The nature of any fringe benefits received initially;

i. Any change in fringe benefits, including the date of such change and the reason for such change;

j. The name and address of each of your supervisors;

k. A description of any training or education you received;

l. The number of employees (if any) that you supervised;

m. The contents of any evaluations received;

n. Reason for leaving.

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES (FIRST): R. FLEMING
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 4 OF 7

EXHIBIT B
PAGE 4 OF 7

Answer: Previously provided. See prior answers, deposition answers and responses to request for production.

## REQUEST FOR PRODUCTION

Request for Production No. 2: All employment records relating in any way to plaintiff subsequent to employment with defendant, including:

    a.    All records and documents related to plaintiff's employment and compensation after employment with the City of Fort Yukon, including dates, job classification, rates of pay and total compensation for each year.

    b.    Records relating to the fact and duration of unemployment, records of workmen's compensation, unemployment compensation, welfare, and applications for assistance from any governmental agency because of unemployment, disability, or ill health and records of any benefits received therefrom;

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES (FIRST): R. FLEMING
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 5 OF 7

EXHIBIT B
PAGE 5 OF 7

  c. Records relating to evaluation of work performance, disciplinary action, or discharge;

  d. Records relating to grievances or employment related complaints.

Response: All such documents previously provided.

Request for Production No. 3: All income records since 1995 up to and including the present date, whether employed or self-employed, including copies of all federal and state income tax returns and attached schedules relating in any way to income and expense.

Response: Previously provided. See response to Second Request for Production

Request for Production No. 10: All certificates, licenses or special credentials held by plaintiff, including the date of receipt and the name and address of the organization which awarded or conveyed each.

Response: All known documents previously disclosed.

Request for Production No. 11: All documents or records relating to application for any such certificate, license, or special credential, regardless of whether granted to plaintiff.

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES (FIRST): R.
FLEMING
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 6 OF 7

EXHIBIT B
PAGE 6 OF 7

<u>Response</u>: Documents previously disclosed.

Date: October 3, 2006

                                              Michael J. Walleri
                                              AK Bar #7906060
                                              Attorney for Plaintiffs

## VERIFICATION

STATE OF ALASKA      )
                            ) ss
FAIRBANKS            )

      That on the ____ day of _____, 2006, the undersigned appeared before me, and having first been duly sworn upon oath, deposes and states that he has read the foregoing responses to Defendants' First Set of Discovery Requests to Plaintiff Reginald Fleming, knows and understands the contents thereof and believes all statements made herein to be true. The undersigned has executed this verification freely and voluntarily.

                                              _____
                                              Reginald Fleming

SUBSCRIBED AND SWORN TO before me this ____ day of _____, 2006, in _____, Alaska.

                                              _____

                                              Notary Public in and for Alaska

                                              My Commission Expires:_____

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES (FIRST): R. FLEMING
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 7 OF 7

EXHIBIT B
PAGE 7 OF 7