Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs



OCT 0 5 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM

Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA

Defendants.

SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF CHRISTOPHER DELEON

Case No. F04-0034 CIV (RRB)

COME NOW defendants, Christopher Deleon, reserving all prior objections, responds under oath to the following interrogatories and requests for production as follows:

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES
(FIRST): C. DELEON
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

-PAGE 1 OF 7

EXHIBIT C
PAGE 1 OF 7

## INTERROGATORIES

Interrogatory No. 10: Please describe in full detail the total dollar amount of damages, interest, costs, penalties and attorney fees being sought by plaintiff from defendant in this case and state how you arrived at this calculation.

Answer:

Count I Wage Claim -

Compensatory Damages (Assuming 24 on call) = $67,524.18 Calculated: Wages w/ Overtime less amounts paid as indicated by Ex. A (previously provided)

Liquidated Damages = $67,524.18 (Amount of Compensatory Damages)

Alternative Calculation

Compensatory Damages (Actual Hrs On time cards) = $25,989.79

Calculated: Wages w/ Overtime less amounts paid as indicated by Ex. B.

Liquidated Damages = $25,989.79 (Amount of Compensatory Damages)

Count II -- Wrongful Termination

Back Pay –   135 weeks x weekly rate of $769.20 = $ 103,842.00
             (to be adjusted to date of trial)

Front Pay -- $80,000 (Two year of salary)

Punitive Damages   $500,000 (state cap)

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES
(FIRST): C. DELEON
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 2 OF 7

EXHIBIT C
PAGE 2 OF 7

Count IV -- Procedural Due Process

    Back Pay --   135 weeks x weekly rate of $769.20  = $ 103,842.00

        (to be adjusted to date of trial)

    Punitive Damages   $311,526 (3 x compensatory damages)

Full and actual attorney fees, interest and costs. Incapable of calculation at this time.

<u>Interrogatory No. 13</u>: Please state the name, address, telephone number and place of employment of any doctors, osteopaths, chiropractors, psychiatrists, psychologists, hospitals, medical clinics, or health care providers that you have seen, been examined by, or who have treated you since 1995. Please list these health care providers in the order in which they were seen.

<u>Answer</u>: None.

<u>Interrogatory No. 14</u>: Please describe each of your employment experiences subsequent to employment with the City of Fort Yukon, including current employment, and specify:

    a.    The name and address of each employer;

    b.    The inclusive dates of employment;

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE

SUPPLEMENTAL DISCOVERY RESPONSES
(FIRST): C. DELEON
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 3 OF 7

EXHIBIT C
PAGE 3 OF 7

 c. The principal business of your employer;

 d. Your initial job duties and responsibilities;

 e. Your initial salary;

 f. Each change in your salary, including the date, amount and reason for such change;

 g. Each change in your job title or responsibilities, including the date and a description of the change;

 h. The nature of any fringe benefits received initially;

 i. Any change in fringe benefits, including the date of such change and the reason for such change;

 j. The name and address of each of your supervisors;

 k. A description of any training or education you received;

 l. The number of employees (if any) that you supervised;

 m. The contents of any evaluations received;

 n. Reason for leaving.

<u>Answer</u>: Previously provided. See prior answers, deposition answers and responses to request for production.

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES
(FIRST): C. DELEON
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

## REQUEST FOR PRODUCTION

Request for Production No. 2: All employment records relating in any way to plaintiff subsequent to employment with defendant, including:

a. All records and documents related to plaintiff's employment and compensation after employment with the City of Fort Yukon, including dates, job classification, rates of pay and total compensation for each year.

b. Records relating to the fact and duration of unemployment, records of workmen's compensation, unemployment compensation, welfare, and applications for assistance from any governmental agency because of unemployment, disability, or ill health and records of any benefits received therefrom;

c. Records relating to evaluation of work performance, disciplinary action, or discharge;

d. Records relating to grievances or employment related complaints.

Response: All such documents previously provided.

Request for Production No. 3: All income records since 1995 up to and including the present date, whether employed or self-employed, including copies of all

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES
(FIRST): C. DELEON                                                                -PAGE 5 OF 7
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

EXHIBIT C
PAGE 5 OF 7

federal and state income tax returns and attached schedules relating in any way to income and expense.

Response: Previously provided. See response to Second Request for Production.

Request for Production No. 10: All certificates, licenses or special credentials held by plaintiff, including the date of receipt and the name and address of the organization which awarded or conveyed each.

Response: All known documents in possession of Plaintiff previously disclosed.

Request for Production No. 11: All documents or records relating to application for any such certificate, license, or special credential, regardless of whether granted to plaintiff.

Response: All known documents in possession of Plaintiff previously disclosed.

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES
(FIRST): C. DELEON
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 6 OF 7

EXHIBIT C
PAGE 6 OF 7

Date: October 3, 2006

*/s/ Michael J. Walleri*
Michael J. Walleri
AK Bar #7906060
Attorney for Plaintiffs

## VERIFICATION

STATE OF ALASKA   )
                  ) ss
FAIRBANKS         )

    That on the _____ day of _____, 2006, the undersigned appeared before me, and having first been duly sworn upon oath, deposes and states that he has read the foregoing responses to Defendants' First Set of Discovery Requests to Plaintiff Christopher Deleon, knows and understands the contents thereof and believes all statements made herein to be true. The undersigned has executed this verification freely and voluntarily.

_____
Christopher Deleon

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2006, in _____, Alaska.

_____

Notary Public in and for Alaska

My Commission Expires:_____

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES
(FIRST): C. DELEON
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 7 OF 7

EXHIBIT C
PAGE 7 OF 7