Case 4:04-cv-00034-RRB   Document 158-8   Filed 11/16/2006   Page 1 of 6

Deposition of William D. McKillican         Fleming, et al., vs. Carroll, et al.
Taken August 17, 2006                       Case No. 4:04-cv-00034-RRB

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER )
DELEON, CHRIS HAMPTON, WILLIAM )
D. MCKILLICAN, and TODD       )
SCHLUMBOHM,                   )
                              )
        Plaintiffs,           )
                              )
    vs.                       )
                              )
FANNIE CARROLL and the CITY   )
OF FORT YUKON, ALASKA,        )
                              )
        Defendants.           )
_____)
Case 4:04-cv-00034-RRB

VIDEOTAPE DEPOSITION OF WILLIAM D. McKILLICAN

Taken Thursday, August 17, 2006

From the hour of 8:40 a.m. to 11:50 a.m.

Pages 1 through 141, inclusive

Volume 1

Taken by Counsel for Defendants

At

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701

Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

EXHIBIT G
PAGE 1 OF 6

Heartland Court Reporters            Telephone: 907-452-6727
Carol A. McCue, RMR E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

6b0c3aa5-a0a4-4c33-a00b-4241433e20f5

Case 4:04-cv-00034-RRB   Document 158-8   Filed 11/16/2006   Page 2 of 6

Deposition of William D. McKillican        Fleming, et al., vs. Carroll, et al.
Taken August 17, 2006                      Case No. 4:04-cv-00034-RRB

Page 38

1  Q. The -- was there a period of time after you
2  took the physical exam before you were interviewed?
3  A. For my initial interview?
4  Q. Yes.
5  A. Yes.
6  Q. And approximately how much time passed.
7  A. Like I said, I -- three, four weeks. I --
8  Q. And then how much time passed, approximately,
9  between your initial interview and the polygraph test?
10 A. Maybe a month. I -- I can't be certain.
11 Q. And so how soon after the polygraph test
12 did -- were there any other steps after the polygraph
13 test that you had to take to be hired by the Fairbanks
14 Police Department?
15 A. Like I stated earlier, it was -- I had a
16 interview.
17 Q. Okay. Let me understand. You had an initial
18 interview, correct?
19 A. Uh-hum.
20 Q. And -- and I thought it was your testimony
21 that after that, you then had a polygraph test.
22 A. Yes.
23 Q. Did you then have another interview?
24 A. Now I'm getting confused. I don't remember if
25 I had an interview after the polygraph or not. I don't

Page 39

1  believe I did. I may have, but I don't believe I did.
2  Q. How long after the polygraph did it take for
3  the -- for the Fairbanks Police Department to inform
4  you that you were hired?
5  A. They informed me -- as a matter of fact, they
6  informed me the day -- or they offered me a position
7  the day after I had gotten home from Fort Yukon.
8  Q. So did you -- did you leave Fort Yukon the day
9  you quit?
10 A. I did.
11 Q. And you indicated to the best of your
12 recollection that was August 11th, 2003?
13 A. I believe so.
14 Q. And Fairbanks Police Department offered you a
15 job the next day, August 12th?
16 A. (Witness nods head.)
17 Q. Is that right?
18 A. Yes, it is.
19 Q. And in fact, the day after that, you were --
20 you were signing the papers at the Fairbanks Police
21 Department, the employment papers.
22 A. No, that's not true. I wasn't allowed to
23 start because it was in the middle of the pay period.
24     And the chief had called me on the phone and
25 said that -- he asked me when I could start.

Page 40

1  I said, well, as soon as you want me to start.
2     And he said, well, you have to wait until the
3  beginning of the pay period.
4  Q. Which was approximately five days later? Four
5  days later?
6  A. By reviewing your exhibit, that looks -- that
7  looks to be accurate, the 16th.
8  Q. So the total period of unemployment you had
9  after quitting Fort Yukon on August 11th was the five
10 days between August 11th and your start of employment
11 on August 16th; is that right?
12 A. 11th through the 16th is five days, yes.
13 Q. And all of the subsequent decisions that you
14 made to quit the various jobs you had, none of those
15 are the City of Fort Yukon's or Fannie Carroll's fault,
16 right?
17 A. I believe I answered that already.
18     MR. WALLERI: Do you want to take a break?
19     MR. SINGER: Sure.
20     MR. WALLERI: Okay. Usually we take breaks
21 about every hour.
22     MR. SINGER: Off the record.
23     THE VIDEOGRAPHER: We'll go off the record, it
24 is 9:24 a.m.
25     (Off record, recess from

Page 41

1  9:24 a.m. to 9:36 a.m.)
2     THE VIDEOGRAPHER: We're back on record, the
3  time is 9:37 a.m.
4  BY MR. SINGER:
5  Q. Going back to your background, prior to your
6  employment with the City of Fort Yukon, what law
7  enforcement training and experience did you have?
8  A. I attended the police academy.
9  Q. Is that the Tanana Valley?
10 A. Yes.
11 Q. And did you complete the academy?
12 A. I did.
13 Q. And how -- how many hours did you have there?
14 A. I believe the graduating certificate has this
15 as 530 something hours of training. I believe. Just a
16 guesstimate. I don't know offhand.
17 Q. And did you -- did you receive a certificate
18 for graduation?
19 A. I did.
20 Q. While we're talking about certification, had
21 you at any time obtained your Alaska Police Standards
22 Council basic certificate?
23 A. I have.
24 Q. Did you obtain that after one year of service
25 with the City of Fairbanks Police Department?

11 (Pages 38 to 41)

Heartland Court Reporters              Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax: 907-488-7701

EXHIBIT G                    6b0c3aa5-a0a4-4c33-a00b-4241433e20f5
PAGE 2 OF 6

Page 102

1  BY MR. SINGER:
2     Q. Answer the question, please.
3        MR. WALLERI: I would ask that you ask the
4  question in a non-argumentative manner.
5  BY MR. SINGER:
6     Q. Go ahead and answer the question.
7     A. I resigned, or quit, on the grounds I thought
8  I was going to be terminated anyway.
9     Q. So did you -- do you believe that you lost any
10 money as a result of that event?
11    A. Absolutely.
12    Q. You were employed five days later, right?
13    A. Absolutely.
14    Q. So is it those five days of pay that you feel
15 you've lost?
16    A. One, those five days of pay, and, you know,
17 nothing was guaranteed that I was going to leave the
18 City of Fort Yukon.
19       I mean, counselor, you're making it sound like
20 that I was definitely going to work for the City of
21 Fairbanks. I have not -- I never made that decision.
22 I took the City of Fairbanks' offer on their first
23 request because I was unemployed and I had to feed my
24 family.
25    Q. You would agree you couldn't have worked both

Page 103

1  jobs?
2     A. Absolutely not.
3     Q. Right. So you can only work one job?
4     A. Absolutely.
5     Q. And receive one salary, right?
6     A. Absolutely.
7     Q. Other than your assertion that you lost money
8  from employment, is there -- well, let me -- let me
9  have you look at --
10    A. I believe I know where you're going with this.
11 Yes, I lost money hourly, as well.
12    Q. How so?
13    A. $2 less an hour, 4 -- was it $4 less an hour,
14 I believe? Well, I mean, I'd have to break it down. I
15 mean, that was a set salary at $40,000 a year, dropping
16 to $19 an hour. 19 -- I mean, I'm not a math wizard,
17 but I think $19 an hour doesn't add up to $40,000 a
18 year, 40-hour schedule. But like I said, I'm, not a
19 math wizard, though.
20    Q. Did you keep time sheets in the City of Fort
21 Yukon?
22       THE VIDEOGRAPHER: I'm going to go off record
23 now, on Tape 1, to change. The time is 11:06 a.m.
24       (Off record, recess from
25       11:06 a.m. to 11:09 a.m.)

Page 104

1        THE VIDEOGRAPHER: We are back on record, it
2  is 11:09 a.m. This is Tape 2 of 2.
3  BY MR. SINGER:
4     Q. Okay. I was going to ask you some questions
5  about your time sheets. Before I do that, again, just
6  for -- just to -- for the record here, it was your
7  decision to quit your job with the Fairbanks Police
8  Department, right?
9     A. Fairbanks Police Department?
10    Q. Yes.
11    A. Yes.
12    Q. Had you not quit, was it your understanding
13 that you would continue to receive pay in grade
14 increases?
15    A. Yes.
16    Q. Did you have any reason to believe that you
17 weren't -- that you would not continue to enjoy a
18 salary growth, income growth with Fairbanks Police
19 Department?
20    A. Over the years, yes, I assume that.
21    Q. Did you believe if you wanted it, you had a
22 future with the Fairbanks Police Department?
23    A. Yes.
24    Q. Do you believe you could succeed there?
25    A. Yes.

Page 105

1     Q. Nobody ever indicated otherwise to you?
2     A. No.
3     Q. And does the same hold true for your current
4  position? Do you have opportunity for income growth in
5  your current position?
6     A. Position and growth -- well, yeah, there's --
7  there's opportunities there.
8     Q. Do you receive annual pay raises at the
9  Department of Defense?
10    A. Yes, we do. Step increases, yes.
11    Q. Do you also receive merit increases?
12    A. I believe you can.
13    Q. And are there promotions available to you?
14    A. No.
15    Q. Did you recently go through an academy or some
16 sort of training for the Department of Defense?
17    A. I did.
18    Q. What was that?
19    A. It was Department of the Army Police Academy,
20 federal.
21    Q. So is that paid for by the federal government?
22    A. Yes, it is.
23    Q. They paid for additional law enforcement
24 training for you?
25    A. They did.

27 (Pages 102 to 105)

Heartland Court Reporters          Telephone: 907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax: 907-488-7701

EXHIBIT G            6b0c3aa5-a0a4-4c33-a00b-4241433e20f5
PAGE 3 OF 6

Deposition of William D. McKillican        Fleming, et al., vs. Carroll, et al.
Taken August 17, 2006                      Case No. 4:04-cv-00034-RRB

Page 106

1    Q. Does that, do you think, increase your
2  employability as a law enforcement officer?
3    A. If I was -- if I was to apply for another
4  federal department, it would. It would have to be a
5  department in the Army. That was --
6    Q. Do you have any plans as of today to quit your
7  current job?
8    A. No.
9    Q. It's a good fit for you?
10   A. Just like any job, it has its ups and downs.
11   Q. What are your career plans?
12   A. Retire from law enforcement.
13   Q. Do you expect to retire from this position?
14   A. I would assume that I could. I don't want
15 to -- I'm not going to say that I will and I'm not
16 going to say that I won't because I don't know what the
17 future has installed for me. Am I happy where I'm at?
18 Yeah, I'm happy right now.
19   Q. And so you believe --
20   A. Currently.
21   Q. You certainly -- you have the opportunity to
22 have a full and meaningful career in your current
23 position with the police department at Ft. Wainwright?
24   A. Well, to be honest with you, counselor that's
25 a little debatable. I mean, with the way the current

Page 107

1  federal system is with the DA police, that's debatable.
2  We are still on a temporary status. So we have yet to
3  go permanent status.
4    Q. Are you -- that's the police department?
5    A. Yes.
6    Q. Are you a permanent employee?
7    A. No.
8    Q. Do you have a contract?
9    A. No.
10   Q. What's your understanding of your employment
11 relationship?
12   A. Well, the Department of the Army police
13 concept is new to Alaska, so right now, they have to
14 field what -- you know, put it in place, see if it
15 looks like it's working. If it's working, then they
16 determine on whether or not they want to do it on a
17 permanent status. So that's kind of what we're waiting
18 on.
19   Q. There's been a shift away from military police
20 handling security on base; is that right?
21   A. Yes. A basic reference for that is to free up
22 the military police officers so they can deploy with
23 the units overseas and to trouble areas and stuff.
24   Q. Getting back to Fort Yukon for a minute. Did
25 you keep time sheets while you were working there?

Page 108

1    A. I did.
2    Q. Did you keep accurate time sheets?
3    A. Absolutely.
4    Q. Where did you sleep in Fort Yukon?
5    A. When I first arrived, first started employment
6  in Fort Yukon, I stayed at a little schoolhouse out on
7  the edge of town.
8    Q. Did you pay any rent?
9    A. No.
10   Q. Who paid rent?
11   A. The city.
12   Q. And did that change, your housing situation
13 change?
14   A. It did.
15   Q. How so?
16   A. Well, actually, what had happened was is
17 the -- they -- one of the conditions of my employment
18 was they were to provide housing for me. And the
19 school district had came up and basically handed me a
20 bill for staying there for a couple of months, and I
21 said, well, hey, there's some little problem here.
22      So I in return took the bill to the city
23 manager and said, well, we need to take care of this.
24 Who at the time was -- I believe it was Bonnie, we
25 talked about earlier, I can't remember her last name

Page 109

1  now. I'm drawing a blank on her last name again. But
2  you know, she said, don't worry about it, we'll take
3  care of it. They did.
4       So I stayed there for a couple months after
5  that, and then the city bought -- bought a house, I
6  believe they either bought or rented a house, I don't
7  know if they bought or rented it, but it was a house
8  straight across from the city hall. And they housed
9  the police officers there.
10   Q. Did you have a bedroom there?
11   A. Yes.
12   Q. Did you keep personal belongings there?
13   A. Yes.
14   Q. Fix meals for yourself there?
15   A. I did.
16   Q. Did you watch television there?
17   A. I did.
18   Q. What else did you do on your off time?
19   A. Well, I was never really off. We were -- like
20 I explained earlier, we were on an on-call status when
21 we were in town, so read books, read magazines, played
22 board games. I mean, we just -- sometimes we would
23 play cards, you know, we got creative.
24   Q. So with the other officers who were in town at
25 the time, you played cards or kept --

28 (Pages 106 to 109)

Heartland Court Reporters             Telephone:   907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

6b0c3aa5-a0a4-4c33-a00b-4241433e20f5

EXHIBIT G
PAGE 4 OF 6

Case 4:04-cv-00034-RRB   Document 158-8   Filed 11/16/2006   Page 5 of 6

Deposition of Christopher DeLeon   CONFIDENTIAL SEALED TRANSCRIPT   Fleming, et al., vs. Carroll, et al.
Taken July 19, 2006   Case No. 4:04-cv-00034-RRB

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER    )
DELEON, CHRIS HAMPTON,           )
WILLIAM D. MCKILLICAN, and       )
TODD SCHLUMBOHM,                 )
                                 )
        Plaintiffs,              )
                                 )
    vs.                          )
                                 )
FANNIE CARROLL, and the CITY     )
OF FORT YUKON, ALASKA,           )
                                 )
        Defendants.              )
_____)
Case No. 4:04-cv-00034-RRB

CONFIDENTIAL

DEPOSITION OF CHRISTOPHER DeLEON

Taken Wednesday, July 19, 2006

From the hour of 9:05 a.m. to 3:03 p.m.

Pages 1 through 232, inclusive
Volume 1

Taken by Counsel for Defendants

At

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701

Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

Heartland Court Reporters            Phone:  (907) 452-6727
Carol A. McCue, RMR   Email:  carol.mccue@acsalaska.net   Fax:  (907) 488-7701

4c2f21c0-846e-4461-acf5-fc130c03ccb0

EXHIBIT G
PAGE 5 OF 6

Case 4:04-cv-00034-RRB   Document 158-8   Filed 11/16/2006   Page 6 of 6

Deposition of Christopher DeLeon  CONFIDENTIAL SEALED TRANSCRIPT  Fleming, et al., vs. Carroll, et al.
Taken July 19, 2006                                           Case No. 4:04-cv-00034-RRB

### Page 10

1 Q. What classes do you recall that you have taken
2 in law enforcement?
3 A. Designated DataMaster user, so I could, like,
4 calibrate the machine and things. I'm a step above the
5 regular police officer. Taser instructor. Been to
6 sexual assault response team courses.
7 I'm on the Fairbanks tactical team, been
8 through the basic SWAT, Alaska Standards basic SWAT
9 course. FBI Street Survival School.
10 Q. We'll probably come back to some of these.
11 Tell me, are you currently employed?
12 A. Yes.
13 Q. And who are you employed by?
14 A. City of Fairbanks.
15 Q. And your title?
16 A. Police officer.
17 Q. How long have you been employed in that
18 capacity?
19 A. Just about two years. Hire date was like the
20 1st of August, 2004.
21 Q. And how are you paid there?
22 A. Hourly.
23 Q. Hourly?
24 A. Yeah.
25 Q. And what's your hourly pay?

### Page 11

1 A. I don't know, to be honest. Seriously, I
2 don't even look at my checks.
3 Q. Would you be able to produce your checks to
4 your counsel?
5 A. Yeah. Yeah. Sorry.
6 Q. Can you estimate what -- what your hourly pay
7 is.
8 A. 23.60 something. I mean, that's a
9 guesstimate.
10 Q. In addition to -- how many hours a week are
11 you working?
12 A. 40 plus.
13 Q. So are you getting overtime pay?
14 A. Yes.
15 Q. Regularly?
16 A. Well, just -- I mean, I don't know what
17 "regularly" means. I mean, when you have a case, you
18 work overtime, so yeah.
19 Q. This week, do you anticipate working overtime?
20 A. On my RDO's, I don't work anymore, I didn't
21 work any overtime that I recall this last week.
22 Q. How about the week before?
23 A. Yeah.
24 Q. Week before that?
25 A. Yeah.

### Page 12

1 Q. Week before that?
2 A. Yeah.
3 Q. More often than not do you work overtime in a
4 work week?
5 A. I'd say it's like 50/50.
6 Q. And how much overtime have you been working?
7 A. Last pay period it was quite a bit, I had some
8 fairly large cases, so -- but the last couple weeks
9 it's been fairly slow for me and busier for the other
10 officers.
11 Q. What are your job duties as a police officer?
12 Are you assigned to a particular division?
13 A. Patrol and, like I said, I'm assigned to the
14 TACT team.
15 Q. Do you have your own patrol car?
16 A. I do.
17 Q. And what type of shift do you work?
18 A. Swings, which is 3:00 p.m. until 1:00 in the
19 morning.
20 Q. What benefits does the City of the Fairbanks
21 provide you?
22 A. Medical, dental, retirement, that kind of
23 stuff.
24 Q. Do you have documentation that indicates all
25 of your benefits?

### Page 13

1 A. I'm sure that I do.
2 Q. That's something you could produce to your
3 counsel?
4 A. Yes.
5 Q. Do you recall, you left employment with the
6 City of Fort Yukon in February 2004; is that correct?
7 A. Yeah. I thought it was March, but if it's
8 February, it's February.
9 Q. What did you do between leaving employment
10 with the City of Fort Yukon and being -- you said hired
11 on August 1?
12 A. Yeah. Actually, you know, the Fairbanks
13 Police Department wanted to hire me earlier, but I was
14 on active duty for Air Guard, so I couldn't start
15 earlier. I was working for Bachner Companies.
16 Q. Can you spell that.
17 A. B-A-C-H-N-E-R.
18 Q. What's Bachner Companies?
19 A. They own a bunch of properties here in town.
20 Q. What kind of work was it?
21 A. Just laborer. Yeah.
22 Q. How much did they pay you?
23 A. I'd be guessing to recall, I think it was like
24 12 or $14 an hour.
25 Q. Did they give you a W-2 at the end of the

4 (Pages 10 to 13)

Heartland Court Reporters                    Phone: (907) 452-6727
Carol A. McCue, RMR  Email: carol.mccue@acsalaska.net  Fax: (907) 488-7701

4c2f21c0-846e-4461-acf5-fc130c03ccb0

EXHIBIT G
PAGE 6 OF 6