Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br>  Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 4:04-cv-00034-RRB |

**MOTION IN LIMINE TO STRIKE AFFIDAVIT OF
MR. WALLERI OR, IN THE ALTERNATIVE, TO DISQUALIFY
MR. WALLERI FROM SERVING AS BOTH ATTORNEY AND
<u>WITNESS IN THE SAME PROCEEDING</u>**

Defendants respectfully move this Court for an Order in limine to strike the Affidavit of Mr. Walleri [submitted at Docket 127], or in the alternative, to disqualify Mr. Walleri from representing Plaintiffs while also acting as a witness in the same proceeding. This motion is brought pursuant to the Federal Rules of Evidence and the

Alaska Rules of Professional Conduct as detailed in the memorandum of law filed this date.

DATED at Anchorage, Alaska this 21st day of November, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: s/ Matthew Singer
Matthew Singer
Alaska Bar No. 9911072

By: s/ Howard S. Trickey
Howard S. Trickey
Alaska Bar No. 7610138
3000 A Street, Suite 300
Anchorage, AK 99503
Phone: (907) 563-8844
Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer
137708