IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 4:04-cv-00034-RRB |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE AFFIDAVIT OF MR. WALLERI

Having considered Defendants' Motion in Limine to Strike Affidavit of Mr. Walleri or, in the Alternative, to Disqualify Mr. Walleri from Serving as Both Attorney and Witness in the Same Proceeding, and any opposition thereto, the Motion is GRANTED.

The Court hereby strikes Paragraphs 3 and 4 of Mr. Walleri's affidavit at Docket 127, and orders that Mr. Walleri is not to act as a witness in this proceeding while representing the Plaintiffs as counsel of record.

[In the alternative,] the Court orders that Mr. Walleri is hereby disqualified from representing Plaintiffs at trial because he has made himself a necessary witness. Serving as both counsel and witness would be a violation of Alaska Rule of Professional Conduct 3.7, so this order is necessary to prevent a violation of that rule.

IT IS SO ORDERED this _____ day of _____, 2006.


_____

Ralph R. Beistline
United States District Judge


**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006,
a true and correct copy of the foregoing
proposed Order was served electronically
on the following counsel of record:

s/ Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709


   s/ Matthew Singer
137710