Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **STIPULATION AS TO BRIEFING SCHEDULE**<br><br>Case No. F04-0034 CIV (RRB) |

The parties, by and through their respective counsel, hereby agree to the following briefing schedule for the pending motions:

1. Defendant's Motion for Sanctions [Docket 157]

    - Opposition due December 15, 2006

    - Reply due December 29, 2006

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                 *Page 1 of 3*
Stipulation as to Briefing Schedule

    2.    Defendant's Motion In Limine to Strike Affidavit of Mr. Walleri or, in the Alternative to Disqualify Mr. Walleri from Serving as Both Attorney and Witness in the Same Proceeding. [Docket 161]

- Opposition due December 15, 2006
- Reply due December 29, 2006

WHEREFORE, Plaintiffs and Defendants request that the Court accept the briefing schedule as set forth above.

                                      MICHAEL J. WALLERI
                                      Attorney for Plaintiffs

December 5, 2006            /s/ Michael J. Walleri
Date                           Law Offices of Michael J Walleri
                                      330 Wendell St., Suite E
                                      Fairbanks, Alaska 99701
                                      (907) 452-4716
                                      (907) 452-4725
                                      walleri@gci.net
                                      AK Bar No. 7906060

                                  JERMAIN, DUNNAGAN & OWENS, P.C.
                                  Attorneys for Defendants

December 5, 2006            /s/ Matthew Singer (consented)
Date                           Matthew Singer
                                        3000 A Street, Suite 300
                                      Anchorage, Alaska 99503
                                      (907)563-8844
                                      (907)563-7322 Facsimile
                                      Alaska Bar No. 9911072

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on December 5, 2006 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                       *Page 3 of 3*
Stipulation as to Briefing Schedule