Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | [PROPOSED] ORDER AS TO BRIEFING SCHEDULE<br><br><br>Case No. F04-0034 CIV (RRB) |

The Court, having reviewed the parties' Stipulation as to Briefing Scheduling, HEREBY ORDERS that the briefing schedule for the pending motions will be as stipulated to by the parties:

1. Defendant's Motion for Sanctions [Docket 157]

    • Opposition due December 15, 2006

    • Reply due December 29, 2006

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

2. Defendant's Motion In Limine to Strike Affidavit of Mr. Walleri or, in the Alternative to Disqualify Mr. Walleri from Serving as Both Attorney and Witness in the Same Proceeding. [Docket 161]

- Opposition due December 15, 2006

- Reply due December 29, 2006

IT IS SO ORDERED this _6_ day of _December_, 2006.

_S/RRB_
Honorable Ralph R. Beistline
United States District Court Judge

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725