Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs



AUG 2 3 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | RESPONSES TO DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF CHRISTOPHER DELEON<br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW defendant, Christopher Deleon to respond under oath to the following requests for production as follows:

**REQUEST FOR PRODUCTION**

Request for Production No. 16: All tax returns, including all schedules and attachments, for the years 2001, 2002, 2003, 2004, and 2005.

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

DISCOVERY RESPONSES (SECOND): C. Deleon
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

-PAGE 1 OF 4

EXHIBIT E
pg. 1 of 3

Response:

See attached. Batestamped Plt 00175 – Plt 000247

Request for Production No. 17: All W-2 forms received by you for the years 2001, 2002, 2003, 2004, and 2005.

Response:

See attached. Batestamped Plt 00248 – Plt 000266

Request for Production No. 18: Your most recent pay stubs.

Response:

See attached. Batestamped Plt 00267 – Plt 000268

Request for Production No. 19: Any documents indicating the terms of your current employment, including job descriptions, pay scales, collective bargaining agreements, and/or employment contracts.

Response:

These documents are not currently in the possession of Mr. DeLeon.

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

DISCOVERY RESPONSES (SECOND): C. Deleon
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 2 OF 4

EXHIBIT E
pg. 2 of 3

Request for Production No. 20: Any and all documents related to any benefits of your current employment, including retirement, medical, dental, life, or other benefits.

Response:

These documents are not currently in the possession of Mr. DeLeon.

Request for Production No. 21: Copies of any applications for employment you made after leaving employment with the City of Fort Yukon.

Response:

These documents are not currently in the possession of Mr. DeLeon.

Request for Production No. 22: All tape recordings you made of City of Fort Yukon officers or employees not already produced in this litigation.

Response:

All known documents in possession of Plaintiff previously disclosed.

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

DISCOVERY RESPONSES (SECOND): C. Deleon
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 3 OF 4

EXHIBIT E
pg. 3 of 3