Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs



NOV 2 7 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | SUPPLEMENTAL RESPONSES TO DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF WILLIAM D. MCKILLICAN |

Case No. F04-0034 CIV (RRB)

COMES NOW defendant, William D. McKillican to respond under oath to the following requests for production as follows:

**REQUEST FOR PRODUCTION**

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES (SECOND):
W. MCKILLICAN
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 1 OF 3

EXHIBIT B
pg. 1 of 3

Request for Production No. 20: Any and all documents related to any benefits of your current employment, including retirement, medical, dental, life, or other benefits.

Response:

See attached. Batestamped Plt 00594 - 596

Date: November 22, 2006

Michael J. Walleri
AK Bar #7906060
Attorney for Plaintiffs

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPPLEMENTAL DISCOVERY RESPONSES (SECOND):
W. MCKILLICAN
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

-PAGE 2 OF 3

EXHIBIT B
pg. 2 of 3

# VERIFICATION

STATE OF ALASKA    )
                   ) ss
FAIRBANKS          )

     That on the _____ day of _____, 2006, the undersigned appeared before me, and having first been duly sworn upon oath, deposes and states that he has read the foregoing responses to Defendants' Second Set of Discovery Requests to Plaintiff William D. McKillican, knows and understands the contents thereof and believes all statements made herein to be true. The undersigned has executed this verification freely and voluntarily.

                                      _____
                                      William D. McKillican

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2006, in _____, Alaska.

                                      _____
                                      Notary Public in and for Alaska
                                      My Commission Expires:_____

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725