

AUG 3 0 2006

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | SUPPLEMENTAL RESPONSES TO DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF REGINALD FLEMING<br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW defendant, Reginald Fleming to respond under oath to the following requests for production as follows:

**REQUEST FOR PRODUCTION**

<u>Request for Production No. 16</u>: All tax returns, including all schedules and attachments, for the years 2001, 2002, 2003, 2004, and 2005.

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPP DISCOVERY RESPONSES (SECOND): R. FLEMING
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

PAGE 1 OF 3

EXHIBIT C
pg. 1 of 4

Response:

See attached. Batestamped Plt 00418– Plt 00431.

Request for Production No. 17: All W-2 forms received by you for the years 2001, 2002, 2003, 2004, and 2005.

Response:

See attached. Batestamped Plt 00432 - Plt 00433.

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPP DISCOVERY RESPONSES (SECOND): R. FLEMING
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

PAGE 2 OF 3

EXHIBIT C
pg. 2 of 4



Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>　　　　　　Defendants. | SECOND SUPPLEMENTAL RESPONSES TO DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS TO PLAINTIFF REGINALD FLEMING |

Case No. F04-0034 CIV (RRB)

COMES NOW defendant, Reginald Fleming to respond under oath to the following requests for production as follows:

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPP DISCOVERY RESPONSES (SECOND): R. FLEMING
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

PAGE 1 OF 2

EXHIBIT C
pg. 3 of 4

## REQUEST FOR PRODUCTION

<u>Request for Production No. 19</u>: Any documents indicating the terms of your current employment, including job descriptions, pay scales, collective bargaining agreements, and/or employment contracts.

<u>Response</u>:

See attached.   Batestamped Plt 00498– Plt 00510,
Batestamped Plt 00513– Plt 00549
Batestamped Plt 00552

<u>Request for Production No. 20</u>: Any and all documents related to any benefits of your current employment, including retirement, medical, dental, life, or other benefits.

<u>Response</u>:

See attached.   Batestamped Plt 00499.
Batestamped Plt 00511 – Plt 00512.

Date:  October 3, 2006

Michael J. Walleri
AK Bar #7906060

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

SUPP DISCOVERY RESPONSES (SECOND): R. FLEMING
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

PAGE 2 OF 2

EXHIBIT C
pg. 4 of 4