IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:04-cv-00034-RRB |

**[PROPOSED] ORDER GRANTING MOTION
FOR THE EXTENSION OF MOTIONS DEADLINES**

Having considered Defendants' Motion for the Extension of Motions Deadlines, and any opposition thereto,

IT IS HEREBY ORDERED Defendants Motion for the Extension of Motions Deadlines at Docket 123 is hereby GRANTED. The Court will not close discovery, dispositive and evidentiary motions until 30 days after Plaintiffs fully comply with the discovery orders at Dockets 113 and 87. Discovery is not closed because Plaintiffs have thus far failed to comply with the Court's discovery orders.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2006,
a true and correct copy of the foregoing
proposed Order was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

   s/ Matthew Singer
141477