UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  REGINALD FLEMING, et al.  </u>  v.  <u>  FANNIE CARROLL, et al.  </u>

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                    CASE NO.  <u>4:04-CV-0034-RRB</u>

<u>John W. Erickson, Jr.</u>                              DATE: December 11, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (HAMPTON)**

Upon due consideration of Defendants' Motion for Partial Summary Judgment on Employment Claims, Counts III and IV (Chris Hampton) at Docket 100, and Plaintiffs' non-opposition filed thereto at Docket 128, the Court hereby **ORDERS**, pursuant to Fed. R. Civ. P. 56(c), that Defendants' Motion at Docket 100 is **GRANTED**.

Hampton's claims under Count III of the Complaint (constructive discharge) are barred because Hampton's resignation was unreasonable as a matter of law.  Hampton's claims under Count IV of the Complaint (Section 1983 due process claim) are likewise barred because Hampton was a probationary employee without any property right to continued employment, and because he failed to avail himself of the adequate due process procedures offered by the City of Fort Yukon.  Accordingly, the Court finds that summary judgment is appropriate against Hampton as to Counts III and IV of the Complaint.

ORDER GRANTING MOTION AT DOCKET 100