1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER )
DELEON, CHRIS HAMPTON, )
WILLIAM D. MCKILLICAN, and )
TODD SCHLUMBOHM, )
)
      Plaintiffs, )
)
  vs. )
)
FANNIE CARROLL, and the CITY )
OF FORT YUKON, ALASKA, )
)
      Defendants. )
_____)

Case No. 4:04-cv-00034-RRB

**DEPOSITION OF CHRIS HAMPTON**

Taken Wednesday, July 19, 2006

From the hour of 4:04 p.m. to 5:15 p.m.

Pages 1 through 70, inclusive

Volume 1

Taken by Counsel for Defendants

At

Offices of Heartland Court Reporters
100 Cushman Street, Suite 308
Fairbanks, Alaska 99701

Reported by:
CAROL A. McCUE, RMR
Heartland Court Reporters

HEARTLAND COURT REPORTERS 907-452-6727

EXHIBIT A
PAGE 1 OF 6

1   Q.  So it's important that you answer my questions
2   with words, verbally.  She can't record a nod.
3   A.  Yeah.  Of course.
4   Q.  Along the same lines, it's important that we
5   try not to speak over each other.  That makes them
6   crazy.
7   A.  Okay.
8   Q.  If you want to talk to counsel, your counsel,
9   at any time today, you're entitled to do that.  I'd ask
10  if a question's pending that you answer my question
11  first.  Do you understand that?
12  A.  Yes.
13  Q.  If you don't understand one of my questions,
14  will you let me know?
15  A.  Yes.
16  Q.  If you need to take a break at any point, just
17  tell me, okay, and we'll take a break.
18  A.  Okay.
19  Q.  Are you currently employed?
20  A.  Yes, I am.
21  Q.  Who are you employed by?
22  A.  Fort Knox.
23  Q.  How long have you worked at Fort Knox?
24  A.  About three years.
25  Q.  Three years?

6

```
 1       A.   Yeah.
 2       Q.   After you left employment with Fort Yukon, did
 3  you work for anybody before you went to work for
 4  Fort Knox?
 5       A.   No.
 6       Q.   How long were you unemployed?
 7       A.   It's so long ago.  I believe it was about
 8  six months.
 9       Q.   So after you --
10       A.   I think it was five months, somewhere around
11  there.
12       Q.   After you left the City of Fort Yukon, you
13  were unemployed for five or six months?
14       A.   Right about five, yeah.  Somewhere in there.
15       Q.   What did you do to look for work in that
16  period of time?
17       A.   Just searched jobs and job sites and things
18  like that.  Newspaper.
19       Q.   Did you prepare a --
20       A.   Went to Home Depot.  Pardon me.
21       Q.   I'm sorry.
22       A.   I ended up working at Home Depot after this.
23       Q.   Oh, so you weren't unemployed for those five
24  or six months?
25       A.   Yeah.  About five months.  And then after that
```

```
 1      I found a job at Home Depot and set up their loss
 2      control.
 3         Q.   How long did you work at Home Depot?
 4         A.   About a year.
 5         Q.   And then you went to work for the Fort Knox?
 6         A.   Yes.
 7         Q.   Did those jobs overlap for a period of time?
 8         A.   No.
 9         Q.   I just want to get all the documents I need
10      here.  What are you paid at -- how are you paid at
11      Fort Knox?  Are you on hourly?
12         A.   Hourly.
13         Q.   What's your hourly rate there?
14         A.   20 plus an hour.
15         Q.   And when you say, 20 plus, is it 25?
16         A.   A little over 20 -- 22 or 23 an hour.
17         Q.   And you receive pay stubs from them?
18         A.   Yes.
19         Q.   Are you paid weekly?
20         A.   Bi-weekly.
21         Q.   And you can provide those pay stubs to your
22      counsel?
23         A.   Yes.
24         Q.   And do you -- how many hours do you work every
25      week?
```

8

```
1        A.   Probably 45, right around there.
2        Q.   You regularly get about five hours of
3   overtime?
4        A.   Yeah, if not more.  It varies.
5        Q.   What's your work there?  What's your job
6   title?
7        A.   I'm lead security officer there.  I run the
8   security department there.
9        Q.   Okay.  You have people working under you?
10       A.   Yes, I do.
11       Q.   Do you like the work?
12       A.   Yes.
13       Q.   An what's your career, what plan?
14       A.   Security work, stuff like that.
15       Q.   Do you intend to -- do you anticipate staying
16  employed with Fort Knox?
17       A.   Yes.
18       Q.   You see a career there?
19       A.   Maybe.
20       Q.   Do you see opportunities for continued income
21  growth?
22       A.   Maybe.  I don't know.
23       Q.   Have you had pay raises since you started?
24       A.   Yes.
25       Q.   How many pay raises?
```

HEARTLAND COURT REPORTERS 907-452-6727   EXHIBIT A PAGE 5 OF 6

```
 1        A.    About two.
 2        Q.    What did you start at there paywise?
 3        A.    20 something an hour.  20, around 20 an hour.
 4        Q.    Are there annual pay increases?
 5        A.    No.  Just depending on your -- your service
 6   and what you've done and stuff like that.  Your
 7   progress.
 8        Q.    Who is your supervisor there?
 9        A.    Rowdy Heiser.
10        Q.    What's his title?
11        A.    He's a manager.
12        Q.    You report directly to the manager?
13        A.    Yes.
14        Q.    And how many people report to you?
15        A.    About four.
16        Q.    Since taking the job with Fort Knox, have you
17   looked for any other positions?
18        A.    No.
19        Q.    You're satisfied with this job?
20        A.    Yes, I am.
21        Q.    And satisfied with your income there?
22        A.    Yes.
23        Q.    Where do you live?
24        A.    North Pole.
25        Q.    And for the record, can you state your
```