```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF ALASKA

 3

 4   REGINALD FLEMING, CHRISTOPHER    )
     DELEON, CHRIS HAMPTON,           )      CONFIDENTIAL
 5   WILLIAM D. MCKILLICAN, and       )
     TODD SCHLUMBOHM,                 )
 6                                    )
                Plaintiffs,           )
 7                                    )
        vs.                           )
 8                                    )
     FANNIE CARROLL, and the CITY     )
 9   OF FORT YUKON, ALASKA,           )
                                      )
10              Defendants.           )
     _____)
11   Case No. 4:04-cv-00034-RRB

12

13                         CONFIDENTIAL

14              DEPOSITION OF CHRISTOPHER DeLEON

15             Taken Wednesday, July 19, 2006

16       From the hour of 9:05 a.m. to 3:03 p.m.

17             Pages 1 through 232, inclusive
                         Volume 1
18
                Taken by Counsel for Defendants
19
                              At
20
           Offices of Heartland Court Reporters
21             100 Cushman Street, Suite 308
                  Fairbanks, Alaska 99701
22

23

24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

```
1      Q.   How long were you in the Guard?
2      A.   Six years.  I'm still an IRR so they can call
3  me back at any time.
4      Q.   Can you -- for the record, what's IRR?
5      A.   Independent Ready Reserve.  I believe that's
6  the acronym for that.
7           THE REPORTER:  Say that once more.
8           THE WITNESS:  The Ready Reserve, Individual
9  Ready Reserve.
10 BY MR. SINGER:
11     Q.   And so you haven't been discharged from the
12 military?
13     A.   No.  I was just too busy, so I needed to get
14 out.
15     Q.   Were you on active duty for six years?
16     A.   No.  Just a portion of that.
17     Q.   What law enforcement training have you had?
18     A.   Went to the Fairbanks Academy here at TVC
19 University and graduated from there.  That was around
20 2001, I think the graduation, it was like the 14th of
21 September, I believe, somewhere around there.
22          And then the ALETs 27 down in Sitka, the
23 training at the police training academy down in Sitka.
24 Graduated from that.  And various just, you know,
25 classes that I've gone to in law enforcement.
```

1      Q.   What classes do you recall that you have taken
2  in law enforcement?
3      A.   Designated DataMaster user, so I could, like,
4  calibrate the machine and things.  I'm a step above the
5  regular police officer.  Taser instructor.  Been to
6  sexual assault response team courses.
7           I'm on the Fairbanks tactical team, been
8  through the basic SWAT, Alaska Standards basic SWAT
9  course.  FBI Street Survival School.
10     Q.   We'll probably come back to some of these.
11 Tell me, are you currently employed?
12     A.   Yes.
13     Q.   And who are you employed by?
14     A.   City of Fairbanks.
15     Q.   And your title?
16     A.   Police officer.
17     Q.   How long have you been employed in that
18 capacity?
19     A.   Just about two years.  Hire date was like the
20 1st of August, 2004.
21     Q.   And how are you paid there?
22     A.   Hourly.
23     Q.   Hourly?
24     A.   Yeah.
25     Q.   And what's your hourly pay?

1   A.   I don't know, to be honest.  Seriously, I
2   don't even look at my checks.
3   Q.   Would you be able to produce your checks to
4   your counsel?
5   A.   Yeah.  Yeah.  Sorry.
6   Q.   Can you estimate what -- what your hourly pay
7   is.
8   A.   23.60 something.  I mean, that's a
9   guesstimate.
10   Q.   In addition to -- how many hours a week are
11   you working?
12   A.   40 plus.
13   Q.   So are you getting overtime pay?
14   A.   Yes.
15   Q.   Regularly?
16   A.   Well, just -- I mean, I don't know what
17   "regularly" means.  I mean, when you have a case, you
18   work overtime, so yeah.
19   Q.   This week, do you anticipate working overtime?
20   A.   On my RDO's, I don't work anymore, I didn't
21   work any overtime that I recall this last week.
22   Q.   How about the week before?
23   A.   Yeah.
24   Q.   Week before that?
25   A.   Yeah.

```
 1        Q.   Week before that?
 2        A.   Yeah.
 3        Q.   More often than not do you work overtime in a
 4   work week?
 5        A.   I'd say it's like 50/50.
 6        Q.   And how much overtime have you been working?
 7        A.   Last pay period it was quite a bit, I had some
 8   fairly large cases, so -- but the last couple weeks
 9   it's been fairly slow for me and busier for the other
10   officers.
11        Q.   What are your job duties as a police officer?
12   Are you assigned to a particular division?
13        A.   Patrol and, like I said, I'm assigned to the
14   TACT team.
15        Q.   Do you have your own patrol car?
16        A.   I do.
17        Q.   And what type of shift do you work?
18        A.   Swings, which is 3:00 p.m. until 1:00 in the
19   morning.
20        Q.   What benefits does the City of the Fairbanks
21   provide you?
22        A.   Medical, dental, retirement, that kind of
23   stuff.
24        Q.   Do you have documentation that indicates all
25   of your benefits?
```

```
 1          A.   I'm sure that I do.
 2          Q.   That's something you could produce to your
 3   counsel?
 4          A.   Yes.
 5          Q.   Do you recall, you left employment with the
 6   City of Fort Yukon in February 2004; is that correct?
 7          A.   Yeah.  I thought it was March, but if it's
 8   February, it's February.
 9          Q.   What did you do between leaving employment
10   with the City of Fort Yukon and being -- you said hired
11   on August 1?
12          A.   Yeah.  Actually, you know, the Fairbanks
13   Police Department wanted to hire me earlier, but I was
14   on active duty for Air Guard, so I couldn't start
15   earlier.  I was working for Bachner Companies.
16          Q.   Can you spell that.
17          A.   B-A-C-H-N-E-R.
18          Q.   What's Bachner Companies?
19          A.   They own a bunch of properties here in town.
20          Q.   What kind of work was it?
21          A.   Just laborer.  Yeah.
22          Q.   How much did they pay you?
23          A.   I'd be guessing to recall, I think it was like
24   12 or $14 an hour.
25          Q.   Did they give you a W-2 at the end of the
```

```
 1    year?
 2         A.    I believe that they did.
 3         Q.    Were you working full time for them?
 4         A.    Yeah.
 5         Q.    Overtime?
 6         A.    I don't -- I think -- I don't remember ever
 7    working overtime for them.
 8         Q.    Was it a paycheck --
 9         A.    Yeah.
10         Q.    -- arrangement?  It wasn't a cash deal?
11         A.    No, no.  No.  Everything was on the up and up.
12         Q.    And do you recall when you went to work for
13    the Bachner Companies?
14         A.    It was shortly after the Fort Yukon.
15         Q.    Within a couple weeks?
16         A.    Yeah.
17         Q.    How long were you unemployed?
18         A.    Not very long.  I mean, the Bachner Companies,
19    I've known -- the Bachners I've known forever.
20         Q.    Yeah.
21         A.    And I just went there and asked for a job and
22    they give me a job.  So...
23         Q.    Was that all you did to look for work
24    immediately?
25         A.    Right.
```

```
 1        Q.   Called -- you made one phone call?
 2        A.   Pretty much, yeah.
 3        Q.   So didn't take long?
 4        A.   No.
 5        Q.   And did they put you to work immediately?
 6        A.   Yeah.
 7        Q.   And you worked full time for the Bachner
 8   Company so starting sometime, you think, in February
 9   2004?
10        A.   It might have been a little bit later than
11   that, but I don't -- I don't know.  I can't remember.
12        Q.   And then is it your testimony that you went on
13   active duty for the Guard?
14        A.   Right.  Yeah.  You have to go on, you know,
15   your two weeks or three weeks, whatever it is.  If
16   you -- and so I had to do that.  So...
17        Q.   So that -- was that something that was -- it
18   was -- you knew was coming back in the Spring of 2004
19   that you would have to go?
20        A.   Well, not quite spring and summer.  I knew it
21   was coming.
22        Q.   When did you apply to work for the Fairbanks
23   Police Department?
24        A.   It wasn't until like July or something like
25   that.  Maybe -- maybe the end of June, but it was
```

```
 1   summertime.
 2      Q.   Did you apply -- after leaving employment with
 3   City of Fort Yukon, did you apply to work for any other
 4   law enforcement agencies?
 5      A.   As far as police officer, no, but I think I
 6   might have applied for Alyeska, I think.  I'm not
 7   positive about that.
 8      Q.   Did you keep any records of the jobs search
 9   did you?
10      A.   No.
11      Q.   How did you learn to see that Fairbanks was
12   hiring?
13      A.   Actually, I was -- I received a phone call
14   from the person that was hiring and said, look, you
15   need to put your application in.
16      Q.   Who was that?
17      A.   I think it was Dusty Johnson,
18   Lieutenant Johnson.
19      Q.   And so you've been employed by the City of
20   Fairbanks Police Department for two years,
21   approximately?
22      A.   Approximately.
23      Q.   Do you intend to stay employed with them?
24      A.   Actually, can I go back?  I'm recalling that
25   it wasn't Lieutenant Johnson, it was the director of
```

1    the police department, it was Paul Harris.
2        Q.   How did you know Paul Harris?
3        A.   He was one of my instructors in my first
4    academy here in Fairbanks, so... And he's a retired
5    trooper. So...
6        Q.   Let me see. I'd asked you correct yourself,
7    and you can do that at any time.
8        A.   Okay. I'm sorry to --
9        Q.   No. I encourage you to do that.
10            MR. WALLERI: If I can interject.
11            THE WITNESS: Yeah.
12            MR. WALLERI: You also have the opportunity to
13   review this afterwards. Okay?
14            THE WITNESS: Okay.
15   BY MR. SINGER:
16       Q.   Yeah. Counsel's correct, the court reporter
17   will mail you a copy, you get to review and sign it and
18   make corrections.
19       A.   Okay.
20       Q.   In terms of your career intentions, do you
21   intend to stay employed with the City of Fairbanks
22   Police Department?
23       A.   Yes.
24       Q.   Good fit for you?
25       A.   I love it.

```
 1        Q.   And do you see opportunity for career
 2   advancement there?
 3        A.   I do.
 4        Q.   Have you had any promotions since you started
 5   working there?
 6        A.   I have not met the obligation yet -- or, you
 7   know, I haven't reached the tenure to reach that yet.
 8        Q.   How about pay increases, have you had any?
 9        A.   Yes.
10        Q.   What kind of pay increases have you had since
11   you --
12        A.   Well, when you start you get basic patrolman,
13   and then once you get off FTO, field training, they
14   give you another raise, and then after you get off
15   probation they give you another raise, and then
16   different increments.
17        Q.   So at the Fairbanks Police Department, there's
18   a period, an FTO period or field training?
19        A.   Correct.
20        Q.   And how long is that period?
21        A.   I think it was three months.  Maybe four.
22        Q.   You do ride-alongs with somebody else, that
23   type of thing?
24        A.   Well, yes and no.  I mean, the first two weeks
25   you ride along, you kind of watch and see what goes on,
```

```
 1    and after that they kind of slowly give you more and
 2    more of the reins.
 3         Q.   Yeah.  Progressively more responsibility?
 4         A.   Correct.
 5         Q.   Then the probationary period, that's
 6    12 months?
 7         A.   Yes.
 8         Q.   Do you understand -- why do you understand
 9    there's a probationary period?
10         A.   Well, if it's not a good fit for either party
11    or, you know, they can ask you to leave.  I guess,
12    something in those terms.
13         Q.   Do you know where that comes from, that
14    requirement?
15         A.   No.
16         Q.   Are you aware there's a state statute that
17    requires police departments to have a 12-month
18    probationary --
19         A.   Oh, okay.  I thought you met like
20    historically.  Okay.  But yeah.
21         Q.   You are aware of that?
22         A.   Yeah.
23         Q.   Yes?
24         A.   Uh-hum.
25         Q.   Did you learn about that in your police
```

1    were intoxicated.
2              I turned my head to the right to look at Bro,
3    and Owen Massingill comes out the door and he starts to
4    strangle me.  There was ice on the -- on the -- on the
5    deck from some water, and I'm pinned against a barrel
6    and he starts to choke me.
7              And I have an SS-3 holster, which requires two
8    snaps to be hit to take my weapon out.  I feel my gun
9    being pulled and the snaps undone, I can feel that my
10   belt is being pulled up around my rib area, and I'm
11   starting to black out.
12             I -- the only thing I could think of was to --
13   that I was going to die.  And then I thought about my
14   daughter, of all things, and the only thing I could
15   grab at the time with my left hand was a flashlight, it
16   was a three D-cell mag light flashlight.
17             And I hit him once and I didn't have any
18   effect.  And I hit him, I think, two or three more
19   times, and he let go.  And he got away that night.
20             I ended up having to go into the clinic for
21   bruising around my neck, it hurt to talk, hurt to
22   breathe.  Didn't -- didn't really have any petechiae in
23   my eyes, but nonetheless, I had received medical
24   attention.
25       Q.    Okay.  Did the -- did you ever file a

1   workmen's comp claim for that?
2       A.  Yes, I did.
3       Q.  And what happened to that?
4       A.  I don't know.
5       Q.  Okay.  Did you ever get a response for it?
6       A.  No.
7       Q.  Did the -- did the city ever pay for the
8   medical?
9       A.  No.  I got a bill.
10      Q.  Okay.  Who is Bro Carroll?
11      A.  That was Mae Peters' son.  He was there with
12  Owen Massingill.
13      Q.  Any relation to Fannie Carroll?
14      A.  Yeah.  There -- it's all related family, yeah.
15      Q.  Okay.
16          MR. WALLERI:  Okay.  Thanks.  That's it.
17                    **FURTHER EXAMINATION**
18  BY MR. SINGER:
19      Q.  In your Complaint you haven't alleged any
20  violation of Alaska Workers' Compensation Act, have
21  you?
22      A.  No.
23      Q.  You're not asserting a workers' compensation
24  claim in this lawsuit, are you?
25      A.  I just paid the bill.

HEARTLAND COURT REPORTERS 907-452-6727