1

```
 1           IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF ALASKA

 3

 4   REGINALD FLEMING, CHRISTOPHER    )
     DELEON, CHRIS HAMPTON, WILLIAM   )
 5   D. MCKILLICAN, and TODD          )
     SCHLUMBOHM,                      )
                                      )
 6                                    )
              Plaintiffs,             )
 7                                    )
         vs.                          )
 8                                    )
     FANNIE CARROLL and the CITY      )
 9   OF FORT YUKON, ALASKA,           )
                                      )
10            Defendants.             )
     _____)
11   Case 4:04-cv-00034-RRB

12

13

14       VIDEOTAPE DEPOSITION OF WILLIAM D. McKILLICAN

15           Taken Thursday, August 17, 2006

16       From the hour of 8:40 a.m. to 11:50 a.m.

17            Pages 1 through 141, inclusive

18                      Volume 1

19           Taken by Counsel for Defendants

20                         At

21         Offices of Heartland Court Reporters
              100 Cushman Street, Suite 308
22                 Fairbanks, Alaska 99701

23

24   Reported by:
     CAROL A. McCUE, RMR
25   Heartland Court Reporters
```

HEARTLAND COURT REPORTERS   907-452-6727

EXHIBIT D
PAGE ___ OF ___

1    A.   I had several job duties. I went up through
2 the ranks as a common sold -- or soldier in a rifle
3 infantry squad to a rifle team leader, a squad leader,
4 an Army instructor.
5    Q.   Anything else?
6    A.   No.
7    Q.   As an Army -- were you an Army instructor when
8 you left the military?
9    A.   No.
10   Q.   What was your --
11   A.   No, I was a rifle infantry squad leader.
12   Q.   And under what circumstances did you leave the
13 military? Was it choice?
14   A.   Yeah.
15   Q.   Were you discharged?
16   A.   Honorably, yes.
17   Q.   How long were you in the military?
18   A.   11 years.
19   Q.   What year did you leave the military?
20   A.   2001.
21   Q.   So were you regular service from 1990 until
22 2001?
23   A.   I was.
24   Q.   And since 2001, have you maintained any
25 affiliation with the military, National Guard, anything

1  like that?
2     A.  Not as in enlisted or anything like that, but
3  I do work for the Army right now.
4     Q.  We'll get to that in a minute.  On what day
5  did you quit your job at the City of Fort Yukon?
6     A.  I believe it was August 11th, right around
7  that time frame.  I know it was second week, I believe,
8  in August.  I can't be certain on the exact date.  That
9  was three years ago.
10    Q.  It's August 11th, 2003, is your best estimate?
11    A.  Best estimate, yes.
12    Q.  After leaving employment with the City of
13 Fort Yukon, your next job was what?
14    A.  A police officer.
15    Q.  Which department?
16    A.  Fairbanks Police Department.
17    Q.  And, in fact, you started Fairbanks Police
18 Department on August 16th, 2003; isn't that correct?
19    A.  Yes, it is.
20    Q.  And how long were you employed by the
21 Fairbanks Police Department?
22    A.  18 months, roughly.
23    Q.  Why did you leave employment with the
24 Fairbanks Police Department?
25    A.  I just thought it was a good time to go.  I

```
1    resigned.
2         Q.   Did you have another job?
3         A.   No.
4         Q.   Just quit?
5         A.   It was just I needed a mental break.
6         Q.   So you -- were you a full-time police officer
7    from August 16th, 2003, until you quit?
8         A.   I was.
9         Q.   You had a full-time job?
10        A.   Uh-hum.
11        Q.   And -- and you made a voluntary decision to
12   quit that job?
13        A.   Uh-hum.
14        Q.   That's a "yes"?
15        A.   Yes.
16        Q.   The court reporter can't --
17        A.   That's fine.  I'm sorry.  I apologize.  Yes.
18   That is true.
19        Q.   Now, the City of Fort Yukon didn't have
20   anything to do with your decision to quit your job at
21   Fairbanks Police Department, did it?
22        A.   Absolutely not.
23        Q.   The city had nothing to do with that decision?
24        A.   Absolutely not.
25        Q.   Your own decision?
```

1    A.   Yes.

2    Q.   You don't blame the City of Fort Yukon for

3 your decision to quit your job at the Fairbanks Police

4 Department?

5    A.   No.

6    Q.   You don't blame Fannie Carroll for that

7 decision?

8    A.   Absolutely not.

9    Q.   Now, what did you -- did you take unemployment

10 after --

11    A.   No.

12    Q.   What did you do with yourself after quitting

13 the Fairbanks Police Department?

14    A.   I stayed home with my kids for a couple

15 months.

16    Q.   And then -- and then what?

17    A.   Then I took a job with the North Slope Borough

18 Police Department.

19    Q.   And did you -- had you -- from August 16th,

20 2003, until you took the job with the North Slope

21 Borough Police Department, so from when you started

22 with Fairbanks until you started to work with North

23 Slope, did you apply for any other jobs?

24    A.   No.

25    Q.   So when you decide -- after quitting the

1   Fairbanks Police Department, when you decided to go
2   back to work, you just made one job application to
3   North Slope Borough?
4        A.   To the best of my knowledge, yes.
5        Q.   And what was your job duty there?
6        A.   Police officer.
7        Q.   And did you go to work for the North Slope
8   Borough Police Department on approximately April 18th,
9   2005?
10       A.   I can't be certain on the exact date.  Sounds
11  about right.  I know it was a couple of months after I
12  left Fairbanks, yeah.
13       Q.   And how long did you work for the North Slope
14  Police Department?
15       A.   About a month.
16       Q.   And why did you leave employment with the
17  North Slope Police Department?
18       A.   There was kind of like a misunderstanding
19  between me and the employer.  I was under the
20  impression that I was going to get a village position,
21  where I would have a two-week-on, two-week-off
22  position, and they understood that.  That was the only
23  way I was going to accept the position because of the
24  fact because my family was here in Fairbanks.
25            And when, I guess, that they had made some

1   decisions that they wanted people to stay in Barrow
2   for a year, full-time employment there for a year
3   before they would move anybody to the -- to the
4   village.
5           And I just explained to them that it just
6   would not work with my family being there, and they
7   were, you know, well rooted here in Fairbanks.  I
8   wasn't going to up and move them with my kids in the
9   school system already and doing well.
10          So I didn't want to -- so I made the decision
11  and talked it over with my wife and made a decision to
12  come -- for me to leave.
13      Q.  So you quit that job, as well?
14      A.  Yes.
15      Q.  So in the span of under -- under two years,
16  you had quit three police department jobs; is that
17  right?
18      A.  2002 to two thousand -- yeah.  Yes.
19      Q.  And again, just for the record, your decision
20  to leave employment with the North Slope Borough Police
21  Department is not part of this lawsuit, right?
22          MR. WALLERI:  Objection.  Asked and answered
23  three times already.
24          MR. SINGER:  No, this --
25          MR. WALLERI:  Go ahead.

1   BY MR. SINGER:
2       Q.   I haven't asked you any questions -- about --
3   yet about whether your decision to leave the North
4   Slope Borough Police Department had anything to do with
5   the City of Fort Yukon, so I'm going to ask you that
6   question now.
7            MR. WALLERI:  Go ahead.
8            THE WITNESS:  No, it didn't.
9   BY MR. SINGER:
10      Q.   You're not blaming the City of Fort Yukon for
11  your decision to quit your job at the North Slope
12  Borough?
13      A.   Absolutely not.
14      Q.   And you're not blaming Fannie Carroll for that
15  decision?
16      A.   Absolutely not.
17      Q.   Now, after you left employment with -- after
18  you quit your job with the North Slope Borough Police
19  Department in May 2005, what did you do next?
20      A.   I think I was -- I was off for -- I didn't
21  work for a couple of months, I believe.  I have to make
22  sure I'm exact.
23      Q.   Do -- do you recall responding to
24  interrogatories in this case?  Do you remember that?
25      A.   I'm sorry?

15

```
 1        Q.   Do -- do you remember responding to
 2   interrogatories that were served in this case?
 3   Discovery requests.
 4        A.   Do I remember responding?  Oh, the question --
 5   are you talking about the questionnaire?
 6        Q.   Yes.
 7        A.   Yeah, I remember that.
 8        Q.   And did you -- do you recall indicating on
 9   that questionnaire that after leaving the North Slope
10   Borough, your next job beginning on June 20th, 2005,
11   was at Doyon Universal as a security officer?
12        A.   Yes, I do.  I was just making sure there
13   wasn't a little side job or something I did in between
14   there.  Just making sure.
15        Q.   Was there?
16        A.   No.  No, there wasn't.  It was just a time
17   frame, I just wanted to make sure I had the time frame
18   right.  I don't want to answer inaccurately.
19        Q.   I appreciate that.  So -- so I just want to
20   try and get as complete a record as possible.
21             You left North Slope Borough after about a
22   month, had a few weeks or month off, and then at
23   June 20th, 2005, you went to work at Doyon Universal as
24   a security officer?
25        A.   Yes.
```



1    Q.    How long did you work there?
2    A.    I left -- I left there at the end of August,
3    the same year.
4    Q.    So you worked --
5    A.    Towards the end -- yeah, towards the third to
6    the last week of August, I believe.
7    Q.    So you worked about two months at the Doyon
8    Universal as a security officer?
9    A.    Yes.
10   Q.    And did you quit that job?
11   A.    I did.  I resigned from that position, as
12   well.
13   Q.    What was your reason for quitting that job?
14   A.    For my current position.  I was offered a
15   position with the Department of Army.
16   Q.    So you had another job lined up?
17   A.    Absolutely.
18   Q.    And what's your current position?
19   A.    The same that I just mentioned.
20   Q.    Well, please describe, what's your job title?
21   A.    I am the civil liaison officer, police
22   officer.
23   Q.    At Ft. Wainwright or --
24   A.    Yes.
25   Q.    Civilian position?

17

```
 1     A.   Yes.  Civilian Ft. Wainwright police.
 2     Q.   Who is your supervisor?
 3     A.   Ryan Cote, Lieutenant.
 4     Q.   And who is the head of that department?
 5     A.   Captain Bob Ackerman.
 6     Q.   When did you start work, then, for
 7  Ft. Wainwright police?
 8     A.   I believe it was the first or the beginning of
 9  the second week in September.
10     Q.   2005?
11     A.   Yes, same year.
12     Q.   How much period of unemployment did you have
13  between Doyon and Ft. Wainwright Police?
14     A.   I believe it was like two weeks, two and a
15  half weeks at the most.  I'm -- I'm not certain.
16     Q.   What are you paid there?
17     A.   What do I get as far as salary or hourly
18  schedule?  What are you talking?
19     Q.   How are you paid?
20     A.   I'm paid on a GS level.
21     Q.   What amount?
22     A.   I get $33,000 a year, roughly.  33 and some
23  change, I believe.
24     Q.   Do you get any overtime?
25     A.   Yes.
```



18

1  Q. So the 33,000 is -- is that your flat out?
2  A. That is my base -- that is my base pay for the
3  GS level that I'm at.
4  Q. And how much overtime are you working in a --
5  in a month?
6  A. It varies. I have no way to control it.
7  Q. Have you worked overtime every month that
8  you've worked for Ft. Wainwright Police?
9  A. No.
10 Q. Some months had a lot of overtime?
11 A. Some months I've had more overtime than
12 others, yes.
13 Q. What benefits does that job provide?
14 A. Standard Federal employee benefits, medical.
15 Q. Retirement?
16 A. Yes.
17 Q. Do you receive a COLA?
18 A. I do.
19 Q. Did you include the COLA in your 33,000?
20 A. No, that's my base pay.
21 Q. So in addition to the base pay, you receive a
22 COLA?
23 A. For now, yes, but as a matter of fact, as
24 we're getting ready to lose that, so...
25 Q. And what -- what's your COLA right now?

```
 1        A.    25 percent.
 2        Q.    And for each of the positions that you've
 3   worked since you left Fort Yukon, at least through the
 4   2005 calendar year, have you received W-2 forms?
 5        A.    I have.
 6        Q.    Would you be able to produce those to your
 7   lawyer?
 8        A.    I have.
 9        Q.    You have produced those to your lawyer?
10        A.    I have.
11              THE REPORTER:  Exhibit 1.
12              (Exhibit 1 marked.)
13   BY MR. SINGER:
14        Q.    Sir, I've marked as Exhibit 1 a packet of
15   material we just received from the City of Fairbanks --
16        A.    Okay.
17        Q.    -- Police Department.  And you were employed
18   by the City of Fairbanks Police Department?
19        A.    I was.
20        Q.    And if you look at the first page, it's a
21   payroll change form; is that right?
22        A.    Uh-hum.
23        Q.    Is that a "yes"?
24        A.    Yes.
25        Q.    And the third line from the top, your hire
```

1   date is indicated as 8/16/03?

2       A.   Uh-hum.

3       Q.   Is that a "yes"?

4       A.   Yes.

5       Q.   And is that the correct hire date?

6       A.   Like I said, I can't remember the exact date,

7   but it seems about right, yes.

8       Q.   And if I represent to you that August 16th,

9   2003, is a Monday, do you recall you did start work on

10  a Monday?

11      A.   I don't recall what day it was, sir.

12      Q.   You don't have any reason to dispute that you

13  started work on August 16, 2003, with the Fairbanks

14  Police Department?

15          MR. WALLERI:  Objection.  Asked and answered.

16  He's already answered that that is his best

17  recollection of what the date is.

18  BY MR. SINGER:

19      Q.   Yeah.  Go ahead.  And the question.

20          MR. WALLERI:  Go ahead.

21          THE WITNESS:  Yeah, I don't have no reason to

22  dispute that.  If that's what day the 16th of 2003

23  falls on, a Monday, then yes.

24  BY MR. SINGER:

25      Q.   And if you'll -- if you go to the eighth page

1    of Exhibit 1, you'll see a City of Fairbanks employment
2    application.
3         A.   Uh-hum.  The seventh page.  Okay.  First page
4    of the application.  Okay?
5         Q.   Yeah.  What's the date of the application?
6         A.   The date of the application is February 6 of
7    2003.
8         Q.   So you fill out a application for employment
9    with the City of Fairbanks Police Department on
10   February 6th, 2003, right?
11        A.   I did.
12        Q.   And did you fill this application out
13   truthfully and accurately?
14        A.   Absolutely.
15        Q.   And if you'll go to the 3rd page of your
16   application, the 11th page of Exhibit 1, do you see
17   those -- that page on the following, provide employment
18   history information?
19        A.   Employment history.  I have two pages here.
20   Okay.  Yes, sir, I do.
21        Q.   And at that time you indicated your most
22   recent employer, the Fort Yukon Police Department,
23   correct?
24        A.   Yes.
25        Q.   And described your duties as the duties and

1   responsibilities of a police officer, right?
2       A.   Uh-hum.
3       Q.   That's a "yes"?
4       A.   Yes.
5       Q.   And supervisor of two dispatchers, right?
6       A.   Yes.
7       Q.   And canine handler?
8       A.   Yes.
9       Q.   And what's the last, is that FTO?
10      A.   FTO, field training officer.
11      Q.   Prior to working for the Fort Yukon Police
12  Department, was Williams Petroleum Refinery your --
13  your most immediate employer?
14      A.   Prior to Fort Yukon, yes.
15      Q.   And what was your job position there?
16      A.   I was a security officer.  It's right there on
17  the...
18      Q.   How long did you work there?
19      A.   I believe it was four or five months, I
20  believe.  I'm not -- I can't be certain.
21      Q.   Why did you leave employment with the Williams
22  Petroleum Refinery?
23      A.   I was offered the position at Fort Yukon.
24      Q.   And prior to working for the Williams
25  Refinery, what was the job you had before that?

```
1      A.   I worked at Samson's Hardware.
2      Q.   How long did you work there?
3      A.   I believe it's four or five months, maybe
4  six months.
5      Q.   Why did you leave that job?
6      A.   I left that position to take the security
7  officer position at Williams because it was more career
8  related.
9      Q.   And prior to work for the Samson Hardware,
10 Refinery Lounge, you're a --
11     A.   Yes.  I was a doorman.
12     Q.   And did you work there immediately prior to
13 going to work at Samson's Hardware?
14     A.   Actually, I was -- there was an overlap
15 period, probably two, two and a half months where I was
16 working both jobs.  I was working at Samson's during
17 the day and I was working at the Refinery in the
18 evenings.
19     Q.   How long did you work at the Refinery?
20     A.   I can't be certain exactly how long I worked
21 there.  I know I worked there while I was in college
22 and attending the police academy.  And I just continued
23 working there while -- even after I had gotten the
24 employment from Samson's.  It was probably -- if I was
25 to estimate, probably about nine months, I'm guessing.
```