24

1    I -- I really can't be all that accurate on that.  I

2    don't recall.

3         Q.    And then on -- on this application, you

4    indicated that your reason for leaving the United

5    States Army was requested early release; is that right?

6         A.    Uh-hum.  Yep.

7         Q.    What -- what -- tell me, what was your -- had

8    you not requested early release, what would have been

9    your -- the end of your employment?

10        A.    I would have gotten out of the Army, I

11   believe, in two thousand -- wow.  I'm -- you have to

12   bear with me, I have to remember what my dates were of

13   my enlistments.  I don't recall the exact dates, but I

14   believe it was around 2005, 2006 is when my enlistment

15   was going to be up.

16        Q.    And why did you request an early release?

17        A.    My wife and I just -- I mean, we were going

18   through some times where the Army just -- you know, we

19   were tired of being separated from the family, stuff

20   like -- you know.

21             And financially, the Army wasn't doing well

22   for us, so we thought we would be able to do better on

23   the outside, so I requested the early out, and they

24   approved it and I was honorably discharged.

25        Q.    Now, let's talk a little more about your job

25

1    with the City of Fairbanks Police Department.  When you

2    started -- there's a -- at the start of Exhibit 1,

3    there are a series of payroll change forms.  Do you see

4    those?

5         A.    I do.

6         Q.    Go to the -- the last, I think it's about

7    five pages in, the last payroll change form.

8         A.    You said the last payroll change, sir?

9         Q.    Yeah.  The bottom one in the stack.

10        A.    Okay.

11        Q.    The sixth page of Exhibit 1.  This is -- this

12   indicates it was -- the document was prepared -- do you

13   see there's a general change in job classification

14   description heading?

15        A.    Okay.  I see that heading.

16        Q.    And then under that it says, date prepared?

17        A.    Yes.

18        Q.    What's the date?

19        A.    8/13/03.

20        Q.    That's two days after you quit your job in

21   Fort Yukon, right?

22        A.    It is.

23        Q.    And what's your base pay calculation?

24        A.    My base pay calculation.  I don't remember how

25   to read these.  I believe --

26

1        Q.    Do you see a --

2        A.    -- this is New Rate 1, 19.15 an hour -- per

3    hour, I believe.

4        Q.    Yes.  And then there's a line above that that

5    says base pay calculation, also includes same 19.15 an

6    hour.

7        A.    Oh, okay.  I'm sorry.

8        Q.    Is that right?

9        A.    Yeah.

10       Q.    So is that -- does that -- is that consistent

11   with your recollection that when you started work for

12   the Fairbanks Police Department you received 19.15 an

13   hour?

14       A.    It does.

15       Q.    And what was your -- what was your shift when

16   you began employment in a August 2003 with the

17   Fairbanks Police Department?

18       A.    It varied month to month because I was in a

19   field training program for four months, so every --

20   every month, as I completed one phase of the training

21   program, I had to shift to another shift.

22            So I was really -- I started -- when I first

23   started there, I was working day shift for a month, and

24   then I went to a -- if I recall, I went to midnight

25   shift, then to a swing shift.  And then finished on

27

1    days.

2        Q.    And were you working full time from the

3    beginning?

4        A.    I was.

5        Q.    And were you working overtime, as well?

6        A.    No.    Your field training officers aren't

7    allowed to work overtime.

8        Q.    So for the first four months, it was a --

9        A.    No overtime.

10        Q.    No overtime?

11        A.    No.    Unless a --

12        Q.    How many hours?

13        A.    I -- I -- let me -- let me rephrase that.    I

14    take that back.

15            I remember one time during my FTO that a

16    certain case that I was working, there was no way

17    around it, I had to work overtime because it was a

18    midnight shift.    So, I mean, it was like an hour or two

19    or something, but I think that was the only time.    And

20    that had to be okayed by the chief of police, I

21    believe, at the time.

22        Q.    Was it a 40-hour work week that you were

23    doing?

24        A.    Yes.

25        Q.    Every week?

28

1      A.    Yes.

2      Q.    For four months?

3      A.    Yes.

4      Q.    And then if we'll look to -- if you'll go to

5  the next City of Fairbanks Payroll Change Form in

6  Exhibit 1.  It's actually the page on top.

7      A.    Oh.  Back the other way?

8      Q.    Come up the stack.  Do you see -- what date

9  was this document prepared?

10     A.    November 10th of 2003.

11     Q.    And so was this the -- upon completion of your

12  field training?

13     A.    That looks about the right time.

14     Q.    And you received a pay raise, right?

15     A.    I did.

16     Q.    To 21.03 an hour?

17     A.    I did.

18     Q.    And after completing your field training, did

19  you also begin to work overtime?

20     A.    Here and there, yes.  I mean, how much I

21  worked, I couldn't tell you, but -- but yeah, I did.

22     Q.    Do you see this -- actually, the date prepared

23  is November 10th, 2003, right?

24     A.    Yes.

25     Q.    And then -- but date effective is 8/16/2003;

29

1    is that right?

2        A.    That's what it says, yes.

3        Q.    Did they actually give you a -- a retroactive

4    pay raise, do you recall that?

5        A.    No, I don't believe so.  No, because the 19.10

6    an hour from the original one, that's starting out as a

7    basic recruit officer in the field training program.

8        Q.    And then there's another slight change in your

9    pay prepared on November 10th, 2003.  Do you see that

10   one was effective November -- as of November 24, '03?

11       A.    I do.

12       Q.    And that was to change you to Recruit Police

13   Officer Rank 3, right?

14       A.    (Witness nods head.)

15       Q.    Is that right?

16       A.    Yes, it is.

17       Q.    And that was to 22.20 an hour?

18       A.    Yes.  That's what it says.

19       Q.    And then --

20       A.    You have to -- you have to forgive me because

21   I don't recall this off the top of my head, I'm just

22   going off the paperwork that's in front of me.

23       Q.    It is so that you received progressive pay

24   increases while you were working for the City of Fort

25   Yukon Police Department?

30

1          A.    Yes.

2                MR. WALLERI:  Did you mean city --

3                MR. SINGER:  City of Fairbanks Police

4    Department.

5                THE WITNESS:  City of Fairbanks.

6                MR. SINGER:  Thanks, counsel.

7                THE WITNESS:  Thank you.

8    BY MR. SINGER:

9          Q.    Looking at the -- the next City of Fairbanks

10   payroll change form, which is the third page of

11   Exhibit 1, there you received an advance to Police

12   Officer 1; is that right?

13         A.    Yes.

14         Q.    What -- what -- tell me what happened there.

15   Is that a promotion?

16         A.    No, it's not a promotion.  You're in a

17   probationary period in your training period.  Once

18   you've completed all your field training, you -- you're

19   no longer considered a recruit police officer, you're

20   regarded a police officer, and with that you go up a

21   pay raise, a pay grade.

22         Q.    And this was to be effective as of

23   August 16th, 2004, right?

24         A.    Yes.

25         Q.    And that was your one-year anniversary from

31

1    your hire date?

2         A.    It was.

3         Q.    And then if we go to the second page of

4    Exhibit 1, it indicates a reason for change,

5    resignation; is that right?

6         A.    Yes.

7         Q.    And it says your termination date is

8    February 28th, 2005?

9         A.    That appears to be accurate.

10        Q.    That's right?

11        A.    It appears to be.

12        Q.    And again, what were your reasons for quitting

13    at the Fairbanks Police Department?

14        A.    I resigned for personal reasons.

15        Q.    Did you have any personality conflicts with

16    the department?

17        A.    Absolutely not.

18        Q.    So strictly a personal decision?

19        A.    Yes, it was.  I still maintain a good working

20    relationship with them now.

21        Q.    And who was your supervisor at the Fairbanks

22    Police Department?

23        A.    It varied in time, but at the time that I

24    left, it was Lieutenant Dan Welborn.  Well, at that

25    time he was Sergeant Dan Welborn, but he's now

32

1    Lieutenant.

2         Q.    Now, you applied for the job in Fairbanks in

3    February of 2003?

4         A.    Uh-hum.

5         Q.    Yes?

6         A.    Yes.

7         Q.    Why?

8         A.    To keep my options available.

9         Q.    Your -- your family was living in Fairbanks?

10        A.    Yes.

11        Q.    And was that -- was it the idea of leaving

12   Fort Yukon and returning to work in the community where

13   your family lived desirable to you?

14        A.    It had its -- it was desirable, but it wasn't,

15   you know, necessarily what I was going to do.  Like I

16   said, I keep my options available to me.

17        Q.    And talk to me about the application process.

18   You submitted an application in February 2003, right?

19        A.    Yes.

20        Q.    And you started work on August 16th, 2003,

21   correct?

22        A.    Yes.

23        Q.    Several things happened in between, right?

24        A.    As far as?

25        Q.    To get hired by the Fairbanks Police

33

1    Department.

2          A.    Oh, yes.

3          Q.    Tell me about those.  What steps did you have

4    to go through?

5          A.    First, first was the application process, and

6    a physical fitness test.

7          Q.    What was it, a fitness test, is that what it's

8    called?

9          A.    Physical -- physical fitness test.

10         Q.    When did you do that?

11         A.    I believe it was about a month, month and a

12   half later.  I can't be certain on the time.

13         Q.    After applying?

14         A.    After applying, yes.

15         Q.    So you applied in February and a month -- in

16   March, maybe April of 2003?

17         A.    I -- I -- I'm guessing because I know they

18   have to -- they go through and they -- you know, they

19   look at all the applications to see if you're qualified

20   for the position before you're asked to attend the

21   physical fitness test.

22         Q.    At the time you were -- you did the physical

23   fitness test, you were working for the Fort Yukon

24   Police Department, right?

25         A.    I was.

34

1   Q.   And were you doing shifts where you would be

2   in Fort Yukon and then have time back in Fairbanks?

3   A.   We were.

4   Q.   And did you do your -- how did you make time

5   for your physical fitness test with the Fairbanks

6   Police Department?

7   A.   Mine fell on my week off.

8   Q.   And describe the physical fitness test to me.

9   A.   Do 21 push-ups, you do 29 sit-ups, you run a

10  mile and a half, and you run a 300 meter sprint.

11  Q.   And did you do that at the Fairbanks Police

12  Department or at the university?  Where is that?

13  A.   That -- that was -- I believe it was at the

14  Little Dipper Ice Arena at the indoor track.

15  Q.   And someone from the police department is

16  supervising the test?

17  A.   Yes.  They administer the test to you, yes.

18  Q.   Were other people taking the test, as well?

19  A.   Yes.

20  Q.   All the current applicants take the same test?

21  A.   Absolutely.

22  Q.   And after you took the physical fitness test,

23  what was the next thing you had to do in the

24  application process?

25  A.   It was a written test.

1    Q.    And when did you take it?

2    A.    Written examination.  The same day.

3    Q.    Same day?

4    A.    Yeah.

5    Q.    I presume you passed both the physical and

6    written test?

7    A.    Yes, I did.

8    Q.    You didn't have to retake either?

9    A.    No.

10   Q.    And after passing -- taking and passing the

11   physical and the written tests in -- you testified

12   March or April 2005?

13   A.    Like I said, that was the basic time frame.

14   I'm not certain on the time.  It could have been

15   sooner, it could have been later, I don't know.

16   Q.    What else did you have to do to get hired by

17   the Fairbanks Police Department?

18   A.    Next process was an interview.

19   Q.    When did you interview?

20   A.    Once again, I don't know exact date.  But it

21   was after the physical fitness test and the written

22   test.

23   Q.    Was it summer?

24   A.    No.  I don't believe it was.

25   Q.    Where did you do --

36

1      A.    Probably spring, at the earliest.

2      Q.    Where did you interview?

3      A.    At Fairbanks Police Department.

4      Q.    Who did you interview with?

5      A.    Detective Elzey.  David Elzey.

6      Q.    Just one individual interviewed you?

7      A.    He did my initial interview, yes, he did.

8      Q.    How long was the initial interview?

9      A.    I believe it was two hours, three hours.

10     Q.    And after the initial interview, were there

11  subsequent interviews or steps that you had to take to

12  get hired by the Fairbanks Police Department?

13     A.    There was.

14     Q.    What else?

15     A.    There was -- I had to come and take a computer

16  voice stress analysis test, like a polygraph.  After

17  that -- actually, that was the last process.

18     Q.    And when did you take the stress analysis

19  test?

20     A.    I believe it was a month, about a month

21  afterwards, after the interview.

22     Q.    So a month or so after you applied, you took

23  the physical and written test, correct?  Yes?

24     A.    I'm guessing.  Like I said, I'm not sure on

25  the time frame.

1    Q.    Approximately.

2    A.    I know the only thing I can be certain on as

3    far as the time frame is, is that I -- is that I did,

4    in fact, apply in February and I did, in fact, get

5    hired in mid August.  That's the only thing I can be

6    certain on.

7    Q.    And you're certain that you -- that you

8    took -- that you applied for the job with the written

9    application, right?

10   A.    I did.

11   Q.    You took a physical test, right?

12   A.    I did.

13   Q.    You took a written test, right?

14   A.    I did.

15   Q.    You had an initial interview, correct?

16   A.    Yes, I did.

17   Q.    And you had to take a -- something like a

18   polygraph test, correct?

19   A.    I did.

20   Q.    Were there subsequent interviews?

21   A.    No, there wasn't.

22   Q.    Did you meet the chief?

23   A.    No.

24   Q.    And -- and the --

25   A.    I spoke to him on the phone.

38

1      Q.    The -- was there a period of time after you

2   took the physical exam before you were interviewed?

3      A.    For my initial interview?

4      Q.    Yes.

5      A.    Yes.

6      Q.    And approximately how much time passed.

7      A.    Like I said, I -- three, four weeks.  I --

8      Q.    And then how much time passed, approximately,

9   between your initial interview and the polygraph test?

10      A.    Maybe a month.  I -- I can't be certain.

11      Q.    And so how soon after the polygraph test

12   did -- were there any other steps after the polygraph

13   test that you had to take to be hired by the Fairbanks

14   Police Department?

15      A.    Like I stated earlier, it was -- I had a

16   interview.

17      Q.    Okay.  Let me understand.  You had an initial

18   interview, correct?

19      A.    Uh-hum.

20      Q.    And -- and I thought it was your testimony

21   that after that, you then had a polygraph test.

22      A.    Yes.

23      Q.    Did you then have another interview?

24      A.    Now I'm getting confused.  I don't remember if

25   I had an interview after the polygraph or not.  I don't

39

1    believe I did.  I may have, but I don't believe I did.

2         Q.    How long after the polygraph did it take for

3    the -- for the Fairbanks Police Department to inform

4    you that you were hired?

5         A.    They informed me -- as a matter of fact, they

6    informed me the day -- or they offered me a position

7    the day after I had gotten home from Fort Yukon.

8         Q.    So did you -- did you leave Fort Yukon the day

9    you quit?

10        A.    I did.

11        Q.    And you indicated to the best of your

12   recollection that was August 11th, 2003?

13        A.    I believe so.

14        Q.    And Fairbanks Police Department offered you a

15   job the next day, August 12th?

16        A.    (Witness nods head.)

17        Q.    Is that right?

18        A.    Yes, it is.

19        Q.    And in fact, the day after that, you were --

20   you were signing the papers at the Fairbanks Police

21   Department, the employment papers.

22        A.    No, that's not true.  I wasn't allowed to

23   start because it was in the middle of the pay period.

24              And the chief had called me on the phone and

25   said that -- he asked me when I could start.

33  34

40

1           I said, well, as soon as you want me to start.

2           And he said, well, you have to wait until the

3    beginning of the pay period.

4           Q.   Which was approximately five days later?  Four

5    days later?

6           A.   By reviewing your exhibit, that looks -- that

7    looks to be accurate, the 16th.

8           Q.   So the total period of unemployment you had

9    after quitting Fort Yukon on August 11th was the five

10   days between August 11th and your start of employment

11   on August 16th; is that right?

12          A.   11th through the 16th is five days, yes.

13          Q.   And all of the subsequent decisions that you

14   made to quit the various jobs you had, none of those

15   are the City of Fort Yukon's or Fannie Carroll's fault,

16   right?

17          A.   I believe I answered that already.

18          MR. WALLERI:  Do you want to take a break?

19          MR. SINGER:  Sure.

20          MR. WALLERI:  Okay.  Usually we take breaks

21   about every hour.

22          MR. SINGER:  Off the record.

23          THE VIDEOGRAPHER:  We'll go off the record, it

24   is 9:24 a.m.

25          (Off record, recess from

34  34