1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF ALASKA

3

4     REGINALD FLEMING, CHRISTOPHER    )
      DELEON, CHRIS HAMPTON, WILLIAM   )
5     D. MCKILLICAN, and TODD          )
      SCHLUMBOHM,                      )
6                                      )
                 Plaintiffs,           )
7                                      )
          vs.                          )
8                                      )
      FANNIE CARROLL and the CITY      )
9     OF FORT YUKON, ALASKA,           )
                                       )
10               Defendants.           )
      _____)
11    Case 4:04-cv-00034-RRB

12

13

14         **VIDEOTAPE DEPOSITION OF TODD SCHLUMBOHM**

15           Taken Thursday, August 17, 2006

16        From the hour of 1:48 p.m. to 3:36 p.m.

17           Pages 1 through 103, inclusive

18                   Volume 1

19           Taken by Counsel for Defendants

20                      At

21        Offices of Heartland Court Reporters
               100 Cushman Street, Suite 308
22             Fairbanks, Alaska 99701

23

24    Reported by:
      CAROL A. McCUE, RMR
25    Heartland Court Reporters

EXHIBIT E
PAGE 1 OF 9

1       A.    Sure.  I have.

2       Q.    Where would you see them?

3       A.    The grocery store, the AC Store.  Or walking

4    to the Post Office.

5       Q.    Just out -- out on a break doing an errand?

6       A.    Well, I mean, they weren't on their job at

7    that time.  I mean, it's their time off or something,

8    and as we were patrolling, you'd see them.

9       Q.    And also, the dispatchers could take the radio

10   with them, right?

11      A.    They were not -- they did not have portable

12   radios, no.

13      Q.    No.

14            You -- you resigned from the City of

15   Fort Yukon, right?

16      A.    Correct.

17      Q.    When was that?

18      A.    February 2004.

19      Q.    Do you remember the date?

20      A.    Roughly around the 17th, I want to say.

21      Q.    16th?

22      A.    Yeah, somewhere right in there.

23      Q.    What was the first job you had after leaving

24   Fort Yukon?

25      A.    First job I had, I went back to the West

1    Valley School District.  They called me, they found out

2    that I had left Fort Yukon and called me back.

3        Q.   And you started there on March 1st, 2004; is

4    that right?

5        A.   I don't remember the exact date, but it was

6    shortly afterwards, a couple weeks in between.

7        Q.   Now, did you only work there two weeks?

8        A.   Yeah.  It wasn't long and I got another job

9    because I was actually, basically, a sub.  On call.

10       Q.   Is it your testimony that you worked at the

11   West Valley High School until you found another job?

12       A.   Yes.

13       Q.   So did you go immediately from West Valley to

14   another job?

15       A.   No, there was a couple weeks in between.  Oh,

16   from West Valley?

17       Q.   Uh-hum.

18       A.   Yeah, I did.

19       Q.   What was your next job?

20       A.   I worked for Alaska Distributors.

21       Q.   Do -- do you recall that you filled out a

22   discovery questionnaire, it was called interrogatories?

23       A.   I believe I -- yeah, I remember some of that

24   stuff.

25       Q.   And in that, your answer was, as to your

1    subsequent employment, was that you worked for West

2    Valley High School from March 1st, 2004, through

3    March 12th, 2004; is that correct?

4        A.    Yeah, it was a short time.

5        Q.    And then it indicates employment by Alaska

6    Distributors as a merchandiser beginning on May 5th,

7    2004; is that right?

8        A.    May 5th?  Yeah.  It was right after I had left

9    the school district, I believe.

10       Q.    Was there a seven-week gap in employment?

11       A.    I don't believe it was seven weeks.

12       Q.    Is May 5th an inaccurate date?  Was it

13   April 5th?

14       A.    I'd have to check the records.  I don't know

15   the exact date offhand.

16       Q.    When you left, did -- was it your decision to

17   leave the job at the school district?

18       A.    Yes.

19       Q.    It was because you had a better job?

20       A.    Yes.

21       Q.    And --

22       A.    Like I said, I was sub, I was only part time.

23   Needed full time.

24       Q.    And how long did you work for Alaska

25   Distributors?

1          A.    That's a good question.  I want to say roughly

2     a year.  Somewhere right around a year.

3          Q.    In your interrogatory response you said that

4     you worked there from May 5th, 2004, through

5     October 22nd, 2005; is that right?

6          A.    Yeah, like I said, I'll have to check the

7     paperwork I got.

8          Q.    A year -- almost a year and a half?

9          A.    That very well could be, so...

10         Q.    And what was your job there?

11         A.    I was a merchandiser.

12         Q.    Now, at any time after leaving Fort Yukon, did

13    you seek employment with other police agencies?

14         A.    No, I did not.

15         Q.    Why not?

16         A.    I knew I was involved in this case, and I

17    didn't want to go through the harassment of other

18    police departments going through all this again because

19    if they ask you if you've been involved in a lawsuit,

20    the answer is yes.

21         Q.    Well, certainly, you didn't file a lawsuit

22    immediately, did you?

23         A.    I believe it was already started.  I don't

24    know exact dates.

25         Q.    So did you -- when you -- when you resigned,

1       did you know you were going to file a lawsuit?

2           A.    Not at that exact time, no.

3           Q.    But you didn't look for work with other police

4       agencies, is that --

5           A.    I had looked at some on the website that were

6       not hiring at that time.  There was people, agencies

7       outside of Fairbanks which I'm not moving from

8       Fairbanks.  So I didn't apply.

9           Q.    At any time after leaving employment with the

10      City of Fort Yukon, have you sought a position in law

11      enforcement?

12          A.    I applied for Alaska State Troopers, the

13      judicial services.

14          Q.    What came of those -- that application?

15          A.    I applied for that application, got called for

16      a physical fitness test.  I called the hiring agency

17      and told her that -- or asked her if it was a waste of

18      my time or their time if I apply with having two DUIs.

19               She says, no, we allow troopers to have two

20      DWIs.  So I went through with it.  I went to the PT, I

21      failed the PT test.

22          Q.    Failed the physical test?

23          A.    Yes.

24          Q.    Have you tried again?

25          A.    I have not.  I've been asked numerous times to

1    apply with the Fairbanks Police, and my -- my response

2    is I will apply this winter, hoping that this is

3    resolved.

4        Q.    Are you also waiting until you have 10 years

5    behind you with the two DUIs?

6        A.    I believe that's already up.

7        Q.    You now have 10 years since your last DUI?

8        A.    That's correct.

9        Q.    You understand that that -- that 10-year

10    period without a DUI now makes you eligible to work for

11    Fairbanks Police Department?

12        A.    I believe that I was eligible before, but my

13    understanding was it would be the chief's decision.

14        Q.    Again, that's based on what Reggie Fleming

15    told you?

16        A.    Yes.

17        Q.    Not anything that Fairbanks Police Department

18    told you?

19        A.    No.

20        Q.    And it's different than the result you

21    obtained in Bethel, right?

22        A.    Yes.

23        Q.    What -- what were you paid by Alaska

24    Distributors?

25        A.    I would say it was started at 10.50, I

1    believe, may have ended about 12.50, somewhere in

2    there.

3        Q.    And why did you leave that job?

4        A.    Well, I had this job downtown and I -- and in

5    my field, and it paid more money, which I needed to

6    make up for the gap that I had lost in Fort Yukon.

7        Q.    In your interrogatory, you said that after

8    leaving Alaska Distributors, you went to work at

9    Lathrop High School?

10        A.    I did work there for a short time, yes, I

11    think that was three -- three months.

12        Q.    Your answer doesn't make sense.

13        A.    Six months.

14        Q.    It says you worked October 25th, 2005, through

15    March 18th, 2005.

16        A.    At?

17        Q.    At Lathrop High School?

18        A.    Yeah, it was just a short time.

19        Q.    But October 2005, you would agree, is after

20    March 2005, right?

21        A.    Yes.

22        Q.    So that doesn't -- those aren't the proper

23    dates, are they?

24        A.    Let me see what we're looking at here.

25        Q.    Look at Number 3.

1    A.    Number 3.  October 25th.

2    Q.    You didn't work backwards in time, did you?

3    A.    No.  Okay.  So that would be October 2005, and

4    probably March 18, 2006.

5    Q.    Did you leave Alaska Distributors because you

6    had a better job with the Lathrop High School?

7    A.    Yeah, it actually had benefits.

8    Q.    Full-time job with benefits?

9    A.    It was.

10   Q.    Yeah.  Do you remember what they paid?

11   A.    Not offhand, I don't know what I was making

12   over there.

13   Q.    And then it looks like the day you left

14   Lathrop High School you went to work for Securitas; is

15   that correct?

16   A.    Yes, that's correct.

17   Q.    And are you currently employed by Securitas?

18   A.    I am.

19   Q.    And what is your -- what are your job duties?

20   A.    My job duties is I work in the downtown core

21   area.  My primary job duty is picking up chronic

22   inebriants, calling the -- somewhere for them to -- you

23   know, a ride for them to get to a safe place, whether

24   it be FMH or detox or 12-hour sleep-off, at the --

25   Q.    Do you -- as you understand, does Securitas