Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **AFFIDAVIT OF COUNSEL**<br><br>Case No. F04-0034 CIV (RRB) |

STATE OF ALASKA         )
                        )ss
FOURTH JUDICIAL DISTRICT )

I, Michael J. Walleri, after being duly sworn, state as follows:

1) I am Plantiff's counsel of record in the above case.

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Aff't of Counsel

EXHIBIT F   Page 1 of 3
PAGE 1 OF 3

2)  On July 19, 2006 Fort Yukon conducted depositions of Plaintiffs Hampton and Deleon.

3)  On July 20, 2006 conducted a deposition of Plaintiff Fleming.

4)  On August 17, 2006 Fort Yukon conducted depositons of Plaintiffs McKillican and Schulmbohm.

5)  During the depositions of DeLeon and McKillican, Fort Yukon counsel inquired as to employment records from the Fairbanks Police Department for each of these persons.

6)  Officers DeLeon and McKillican had previously provided releases to allow Fort Yukon access to employment records.Fort Yukon's counsel received these records on July 28, 2006.

7)  Fort Yukon's counsel did not supplement their disclosures with these records within thirty days as required by federal rules.

8)  In August, Fort Yukon's made various demands upon this office to produce Fairbanks Police Department records for Officers DeLeon and McKillican.

9)  In following up on these demands, it became obvious that Fort Yukon's counsel had already received the records through the releases previously provided.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Aff't of Counsel

Page 2 of 3
EXHIBIT 1
PAGE 2 OF 3

10) In consequence, the undersigned request supplementation of disclosures.

11) After this request, Opposing Council produced DeLeon's and McKillickan's Fairbanks PD personnel records, which they had already received.

*Michael J. Walleri*

Sworn and subscribed to me this 15th day of December, 2006

*Christine L Woodward*
Notary Public for the State of Alaska
My Commission Expires on: March 9, 2010

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Aff't of Counsel

EXHIBIT F
PAGE 3 OF 3

Page 3 of 3