Howard S. Trickey, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER )
DELEON, CHRIS HAMPTON, WILLIAM )
D. MCKILLICAN, and TODD )
SCHLUMBOHM, )
                              Plaintiffs, )

vs. )

FANNIE CARROLL, and the CITY OF )
FORT YUKON, ALASKA, )
                              Defendants. )
_____ )   Case No. 4:04-cv-00034-RRB

### FIFTH SUPPLEMENT TO
### DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES

Defendants, Fannie Carroll and the City of Fort Yukon, Alaska, by and through their attorneys, supplement their initial disclosures as follows:

**D.   Discoverable Documents**

- City of Fairbanks personnel records on Christopher DeLeon and William McKillican (FY 3570 – FY 3622).

DATED at Anchorage, Alaska this 26th day of October 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _____
for Howard S. Trickey
Alaska Bar No. 7610138
Matthew Singer
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

This is to certify that on this 26th day of October, 2006, a true and correct copy of the foregoing was sent via U.S. mail, postage prepaid, to:

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99701

_____
Jeanine M. Huston

00134312

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

FIFTH SUPPLEMENT TO DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. 4:04-CV-00034-RRB
PAGE 2

EXHIBIT G
PAGE 2 OF 55

July 28, 2006



AUG 0 2 2006

Jermain, Dunnagan and Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503-4097

Attention: Sherry Sims,
  Legal Assistant

Dear Ms. Sims:

As per your request of July 6, 2006, I have enclosed xerox copies of the files of Police Officer Christopher DeLeon and Police Officer William D. McKillican.

The charge for copying is $1.00 for the first page and .25 for each page after that. The total due to the City of Fairbanks is as follows:

| | |
|---|---|
| Christopher DeLeon: | $6.75 |
| William McKillican: | $7.75 |

Thank you and if you have any questions or we can assist you further, please contact Antonio Shumate at 907-459-6780.

Sincerely,

Teri A. Vigesaa
Administrative Assistant

ACS/tav

7758.023
cc: Jeuvr

EXHIBIT G
PAGE 3 OF 55

FY 3570

## City of Fairbanks Payroll Change Form

### Employee General Information

| Last Name | First Name | MI | SSN | DOB | Sex |
|---|---|---|---|---|---|
| McKillican | William | D | 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 | 02/27/71 | M |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 126 Galena St. | Fairbanks | AK | 99709 |

| Marital Status | Dependents | Hire Date | Anniversary Date | Termination Date | Status | Temporary | Parttime | Regular |
|---|---|---|---|---|---|---|---|---|
| Married | 0 | 08/16/03 | 08/16/03 | 02/28/05 | T | | | X |

| Union | Longevity | EEO Ethnicity | EEO Function after Change | EEO Category after Change |
|---|---|---|---|---|
| POLI | 0 | 1-White | 04-Police Protection | D-Protection |

### General Change and Job Classifications Description

| Change No. | Date Prepared | Date Effective | Add to Payroll | Change Job Classification | Change Rate | Other Changes | Remove from Payroll |
|---|---|---|---|---|---|---|---|
| 4 | 03/02/05 | 02/28/05 | | | | | X |

Reason for Change: Resignation.

Base Pay Calculation: 23.37 + 0% Longevity + 0% EIP

| Present Department | Present Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2101-Recruit Police Officer | 3 | D-Police |

| New Department | New Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2108-Police Officer | 1 | D-Police |

### Rate Change Information

| Present Rate 1 | Present Rate 2 | Present Rate 3 | Present Rate 4 | Present Rate 5 | Present Rate 6 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
| 22.20 | 23.31 | 24.42 | 23.31 | 24.42 | 25.53 | | |

| Present Rate 9 | Present Rate 10 | Present Rate 11 | Present Rate 12 | Present Rate 13 | Present Rate 14 | Present Rate 15 | Present Rate 16 |
|---|---|---|---|---|---|---|---|
| | 17.30 | 18.17 | 19.03 | | | | |

| New Rate 1 | New Rate 2 | New Rate 3 | New Rate 4 | New Rate 5 | New Rate 6 | New Rate 7 | New Rate 8 |
|---|---|---|---|---|---|---|---|
| 23.37 | 24.54 | 25.71 | 24.54 | 25.71 | 26.88 | 27.33 | 28.70 |

| New Rate 9 | New Rate 10 | New Rate 11 | New Rate 12 | New Rate 13 | New Rate 14 | New Rate 15 | New Rate 16 |
|---|---|---|---|---|---|---|---|
| 30.06 | 17.30 | 18.17 | 19.03 | | | | |

### Notes and Comments

### Preparation and Approval

Prepared by: acshumate, HR Manager

Mayor's Approval

EXHIBIT C
PAGE 4 OF 33

Revised: 01-27-02

FY 3571

## City of Fairbanks Payroll Change Form

### Employee General Information

| Last Name | First Name | MI | SSN | DOB | Sex |
|---|---|---|---|---|---|
| McKillican | William | D | 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 | 02/27/71 | M |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 126 Galena St. | Fairbanks | AK | 99709 |

| Marital Status | Dependents | Hire Date | Anniversary Date | Termination Date | Status | Temporary | Parttime | Regular |
|---|---|---|---|---|---|---|---|---|
| Married | 0 | 08/16/03 | 08/16/03 | 02/28/05 | T | ☐ | ☐ | ☒ |

| Union | Longevity | EEO Ethnicity | EEO Function after Change | EEO Category after Change |
|---|---|---|---|---|
| POLI | 0 | 1-White | 04-Police Protection | D-Protection |

### General Change and Job Classifications Description

| Change No. | Date Prepared | Date Effective | Add to Payroll | Change Job Classification | Change Rate | Other Changes | Remove from Payroll |
|---|---|---|---|---|---|---|---|
| 4 | 03/02/05 | 02/28/05 | ☐ | ☐ | ☐ | ☐ | ☒ |

Reason for Change: Resignation.

Base Pay Calculation: 23.37 + 0% Longevity + 0% EIP

| Present Department | Present Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2101-Recruit Police Officer | 3 | D-Police |

| New Department | New Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2108-Police Officer | 1 | D-Police |

### Rate Change Information

| Present Rate 1 | Present Rate 2 | Present Rate 3 | Present Rate 4 | Present Rate 5 | Present Rate 6 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
| 22.20 | 23.31 | 24.42 | 23.31 | 24.42 | 25.53 | | |

| Present Rate 9 | Present Rate 10 | Present Rate 11 | Present Rate 12 | Present Rate 13 | Present Rate 14 | Present Rate 15 | Present Rate 16 |
|---|---|---|---|---|---|---|---|
| | 17.30 | 18.17 | 19.03 | | | | |

| New Rate 1 | New Rate 2 | New Rate 3 | New Rate 4 | New Rate 5 | New Rate 6 | New Rate 7 | New Rate 8 |
|---|---|---|---|---|---|---|---|
| 23.37 | 24.54 | 25.71 | 24.54 | 25.71 | 26.88 | 27.33 | 28.70 |

| New Rate 9 | New Rate 10 | New Rate 11 | New Rate 12 | New Rate 13 | New Rate 14 | New Rate 15 | New Rate 16 |
|---|---|---|---|---|---|---|---|
| 30.06 | 17.30 | 18.17 | 19.03 | | | | |

### Notes and Comments

### Preparation and Approval

Prepared by: acshumate, HR Manager

Mayor's Approval

EXHIBIT 6
PAGE 5 OF 55
FY 3572

Revised: 01/27/02

# City of Fairbanks Payroll Change Form

## Employee General Information

| Last Name | First Name | MI | SSN | DOB | Sex |
|---|---|---|---|---|---|
| McKillican | William | D | 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 | 02/27/71 | M |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 126 Galena St. | Fairbanks | AK | 99709 |

| Marital Status | Dependents | Hire Date | Anniversary Date | Termination Date | Status | Temporary | Parttime | Regular |
|---|---|---|---|---|---|---|---|---|
| Married | 0 | 08/16/03 | 08/16/03 | | A | ☐ | ☐ | ☒ |

| Union | Longevity | EEO Ethnicity | EEO Function after Change | EEO Category after Change |
|---|---|---|---|---|
| POLI | 0 | 1-White | 04-Police Protection | D-Protection |

## General Change and Job Classifications Description

| Change No. | Date Prepared | Date Effective | Add to Payroll | Change Job Classification | Change Rate | Other Changes | Remove from Payroll |
|---|---|---|---|---|---|---|---|
| 3 | 07/09/04 | 08/16/04 | ☐ | ☐ | ☒ | ☐ | ☐ |

**Reason for Change:** Advance to Police Officer I.

**Base Pay Calculation:** 23.37 + 0% Longevity + 0% EIP

| Present Department | Present Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2101-Recruit Police Officer | 3 | D-Police |

| New Department | New Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2108-Police Officer | 1 | D-Police |

## Rate Change Information

| Present Rate 1 | Present Rate 2 | Present Rate 3 | Present Rate 4 | Present Rate 5 | Present Rate 6 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
| 22.20 | 23.31 | 24.42 | 23.31 | 24.42 | 25.53 | | |

| Present Rate 9 | Present Rate 10 | Present Rate 11 | Present Rate 12 | Present Rate 13 | Present Rate 14 | Present Rate 15 | Present Rate 16 |
|---|---|---|---|---|---|---|---|
| | 17.30 | 18.17 | 19.03 | | | | |

| New Rate 1 | New Rate 2 | New Rate 3 | New Rate 4 | New Rate 5 | New Rate 6 | New Rate 7 | New Rate 8 |
|---|---|---|---|---|---|---|---|
| 23.37 | 24.54 | 25.71 | 24.54 | 25.71 | 26.88 | 27.33 | 28.70 |

| New Rate 9 | New Rate 10 | New Rate 11 | New Rate 12 | New Rate 13 | New Rate 14 | New Rate 15 | New Rate 16 |
|---|---|---|---|---|---|---|---|
| 30.06 | 17.30 | 18.17 | 19.03 | | | | |

## Notes and Comments

## Preparation and Approval

**Prepared by:** acshumate, HR Manager

**Mayor's Approval:** [signature]

Revised: 01/27/02

FY 3573

# City of Fairbanks Payroll Change Form

## Employee General Information

| Last Name | First Name | MI | SSN | DOB | Sex |
|---|---|---|---|---|---|
| McKillican | William | D | 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 | 02/27/71 | M |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 126 Galena St. | Fairbanks | AK | 99709 |

| Marital Status | Dependents | Hire Date | Anniversary Date | Termination Date | Status | Temporary | Parttime | Regular |
|---|---|---|---|---|---|---|---|---|
| Married | 0 | 08/16/03 | 08/16/03 |  | A | ☐ | ☐ | ☒ |

| Union | Longevity | EEO Ethnicity | EEO Function after Change | EEO Category after Change |
|---|---|---|---|---|
| POLI | 0 | 1-White | 04-Police Protection | D-Protection |

## General Change and Job Classifications Description

| Change No. | Date Prepared | Date Effective | Add to Payroll | Change Job Classification | Change Rate | Other Changes | Remove from Payroll |
|---|---|---|---|---|---|---|---|
| 2 | 11/10/03 | 11/24/03 | ☐ | ☐ | ☒ | ☐ | ☐ |

Reason for Change: Advance to Recruit Police Officer rate III.

Base Pay Calculation: 22.20 + 0% Longevity + 0% EIP

| Present Department | Present Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2101-Recruit Police Officer | 2 | D-Police |

| New Department | New Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2101-Recruit Police Officer | 3 | D-Police |

## Rate Change Information

| Present Rate 1 | Present Rate 2 | Present Rate 3 | Present Rate 4 | Present Rate 5 | Present Rate 6 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
| 21.03 | 22.08 | 23.13 | 22.08 | 23.13 | 24.19 |  |  |

| Present Rate 9 | Present Rate 10 | Present Rate 11 | Present Rate 12 | Present Rate 13 | Present Rate 14 | Present Rate 15 | Present Rate 16 |
|---|---|---|---|---|---|---|---|
|  | 17.30 | 18.17 | 19.03 |  |  |  |  |

| New Rate 1 | New Rate 2 | New Rate 3 | New Rate 4 | New Rate 5 | New Rate 6 | New Rate 7 | New Rate 8 |
|---|---|---|---|---|---|---|---|
| 22.20 | 23.31 | 24.42 | 23.31 | 24.42 | 25.53 |  |  |

| New Rate 9 | New Rate 10 | New Rate 11 | New Rate 12 | New Rate 13 | New Rate 14 | New Rate 15 | New Rate 16 |
|---|---|---|---|---|---|---|---|
|  | 17.30 | 18.17 | 19.03 |  |  |  |  |

## Notes and Comments

## Preparation and Approval

Prepared by: acshumate, HR Manager

Mayor's Approval

Revised: 01/27/02

FY 3574

# City of Fairbanks Payroll Change Form

## Employee General Information

| Last Name | First Name | MI | SSN | DOB | Sex |
|---|---|---|---|---|---|
| McKillican | William | D | 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 | 02/27/71 | M |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 126 Galena St. | Fairbanks | AK | 99709 |

| Marital Status | Dependents | Hire Date | Anniversary Date | Termination Date | Status | Temporary | Parttime | Regular |
|---|---|---|---|---|---|---|---|---|
| Married | 0 | 08/16/03 | 08/16/03 | | A | ☐ | ☐ | ☒ |

| Union | Longevity | EEO Ethnicity | EEO Function after Change | EEO Category after Change |
|---|---|---|---|---|
| POLI | 0 | 1-White | 04-Police Protection | D-Protection |

## General Change and Job Classifications Description

| Change No. | Date Prepared | Date Effective | Add to Payroll | Change Job Classification | Change Rate | Other Changes | Remove from Payroll |
|---|---|---|---|---|---|---|---|
| 1 | 11/10/03 | 08/16/03 | ☐ | ☒ | ☒ | ☐ | ☐ |

**Reason for Change**
Change Initial Recruit Police Officer rate to II.

**Base Pay Calculation**
21.03 + 0% Longevity + 0% EIP

| Present Department | Present Job Classification | Step | W/C Classification |
|---|---|---|---|
| - | - | | |

| New Department | New Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2101-Recruit Police Officer | 2 | D-Police |

## Rate Change Information

| Present Rate 1 | Present Rate 2 | Present Rate 3 | Present Rate 4 | Present Rate 5 | Present Rate 6 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Present Rate 9** | **Present Rate 10** | **Present Rate 11** | **Present Rate 12** | **Present Rate 13** | **Present Rate 14** | **Present Rate 15** | **Present Rate 16** |
| | | | | | | | |
| **New Rate 1** | **New Rate 2** | **New Rate 3** | **New Rate 4** | **New Rate 5** | **New Rate 6** | **New Rate 7** | **New Rate 8** |
| 21.03 | 22.08 | 23.13 | 22.08 | 23.13 | 24.19 | | |
| **New Rate 9** | **New Rate 10** | **New Rate 11** | **New Rate 12** | **New Rate 13** | **New Rate 14** | **New Rate 15** | **New Rate 16** |
| | 17.30 | 18.17 | 19.03 | | | | |

## Notes and Comments

## Preparation and Approval

| Prepared by | Mayor's Approval |
|---|---|
| acshumate HR Manager | |

Revised: 01/27/02

FY 3575

# City of Fairbanks Payroll Change Form

## Employee General Information

| Last Name | First Name | MI | SSN | DOB | Sex |
|---|---|---|---|---|---|
| McKillican | William | D | 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 | 02/27/71 | M |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 126 Galena St. | Fairbanks | AK | 99709 |

| Marital Status | Dependents | Hire Date | Anniversary Date | Termination Date | Status | Temporary | Parttime | Regular |
|---|---|---|---|---|---|---|---|---|
| Married | 0 | 08/16/03 | 08/16/03 |  | A | ☐ | ☐ | [X] |

| Union | Longevity | EEO Ethnicity | EEO Function after Change | EEO Category after Change |
|---|---|---|---|---|
| POLI | 0 | 1-White | 04-Police Protection | D-Protection |

## General Change and Job Classifications Description

| Change No. | Date Prepared | Date Effective | Add to Payroll | Change Job Classification | Change Rate | Other Changes | Remove from Payroll |
|---|---|---|---|---|---|---|---|
| 0 | 08/13/03 | 08/16/03 | [X] | ☐ | ☐ | ☐ | ☐ |

Reason for Change: Recruit Police Officer

Base Pay Calculation: 19.15 + 0% Longevity + 0% EIP

| Present Department | Present Job Classification | Step | W/C Classification |
|---|---|---|---|
| - | - |  |  |

| New Department | New Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2108-Police Officer | R | D-Police |

## Rate Change Information

| Present Rate 1 | Present Rate 2 | Present Rate 3 | Present Rate 4 | Present Rate 5 | Present Rate 6 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

| Present Rate 9 | Present Rate 10 | Present Rate 11 | Present Rate 12 | Present Rate 13 | Present Rate 14 | Present Rate 15 | Present Rate 16 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

| New Rate 1 | New Rate 2 | New Rate 3 | New Rate 4 | New Rate 5 | New Rate 6 | New Rate 7 | New Rate 8 |
|---|---|---|---|---|---|---|---|
| 19.15 | 20.11 | 21.07 | 20.11 | 21.07 | 22.02 |  |  |

| New Rate 9 | New Rate 10 | New Rate 11 | New Rate 12 | New Rate 13 | New Rate 14 | New Rate 15 | New Rate 16 |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

## Notes and Comments

## Preparation and Approval

Prepared by
Bev Shuttleworth
Risk Manager

Mayor's Approval

Revised: 01.27.02

FY 3576

# CITY OF FAIRBANKS/MUNICIPAL UTILITIES SYSTEM
# DESIGNATION OF BENEFICIARY FOR UNPAID COMPENSATION

| Name (Last, First, M.I.) | Date of Birth | Social Security Number |
|---|---|---|
| McKILLICAN, WILLIAM J. | 02/27/1971 | 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 |

| Home Address | Sex | Marital Status | Date of Present Employment |
|---|---|---|---|
| 1126 GALENA STREET, FAIRBANKS, AK 99709 | ☑ M ☐ F | ☑ M ☐ S | 08/16/2003 |

| Department | Division | Job Title |
|---|---|---|
| POLICE DEPARTMENT | PUBLIC SAFTY | POLICE OFFICER |

## PRIMARY BENEFICIARY(IES)

- **Name:** JENNIFER K. McKILLICAN
- **Address:** 1126 GALENA STREET
- **City, State & Zip Code:** FAIRBANKS, AK, 99709
- **Relationship:** SPOUSE
- **Percentage:** 100%

## CONTINGENT BENEFICIARY(IES)

- **Name:** COURTNEY K. McKILLICAN
- **Address:** 1126 GALENA STREET
- **City, State & Zip Code:** FAIRBANKS, AK 99709
- **Relationship:** DAUGHTER
- **Percentage:** 33 1/3 %

- **Name:** TAYLOR M. McKILLICAN
- **Address:** 1126 GALENA STREET
- **City, State & Zip Code:** FAIRBANKS, AK 99709
- **Relationship:** DAUGHTER
- **Percentage:** 33 1/3 %

(OVER)

| Employee Signature | Date | Witness | Date |
|---|---|---|---|
| [signed] | 08/13/03 | [signed] | 8/13/0 |

FY 3577

## INSTRUCTIONS

1. You may nominate one beneficiary who would be the sole beneficiary.
2. You may nominate a beneficiary and contingent beneficiary or beneficiaries in which case the benefit would be payable to the person first listed who survives you.
3. You may nominate any number of beneficiaries to share in any manner you wish. In this case, any benefit would be paid in accordance with your wishes to all of the beneficiaries named. Please designate the percentage to go to each beneficiary. I you list more than one beneficiary, be sure to state if the additional name or names are contingent beneficiaries or if they are to share in the benefits and if so what manner they are to share.

CITY OF FAIRBANKS

EMPLOYMENT APPLICATION (I)   done 2/10/03 af

DATE OF APPLICATION: 02/6/03

POSITION APPLIED FOR: POLICE OFFICER

NAME: McKILLICAN   WILLIAM   DAVID
           Last          First          MI

SOCIAL SECURITY NUMBER: 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

MAILING ADDRESS: ~~P.O. Box 5562~~ 126 Galena Street
Fairbanks
               Number and Street or Post Office Box
~~North Pole~~   ALASKA   ~~99705~~ 99709
     City              State            Zip

TELEPHONE NUMBER: (907) ~~488-2869~~ 457-4173 (Home) cell 978-041
                  (907) ~~662-2311~~ 450-6500 (Work)

OTHER NAMES YOU HAVE WORKED UNDER: DAVID

ARE YOU A U.S. CITIZEN OR CAN BE LAWFULLY EMPLOYED?  (Yes)  No

ARE YOU NOW OR HAVE YOU EVER BEEN EMPLOYED BY THE CITY OF FAIRBANKS? IF YES, GIVE TITLE AND DATES.   Yes   (No)

ALASKA RESIDENT?  (Yes)  No

VALID DRIVERS LICENSE?  (Yes)  No   LICENSE #: 6677758 AK

HAVE YOU EVER BEEN CONVICTED OF A FELONY?  Yes  (No)
If yes, please explain on a separate sheet of paper and attach to the application. All applicants are subject to a background check prior to employment.

LIST ANY RELATIVES EMPLOYED BY THE CITY:
Name: N/A                                  Relationship: _____
Name: N/A                                  Relationship: _____

WHEN WOULD YOU BE AVAILABLE FOR WORK?  2 WKS FOLLOWING NOTIFICATION

ARE YOU AVAILABLE TO WORK:  (Shift Work)  (Part Time Work)
                            (Full Time)   (Temporary Work)

CITY OF FAIRBANKS
800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701
PHONE (907) 459-6780, FAX (907) 459-6731
AN EQUAL OPPORTUNITY EMPLOYER

WHOM SHOULD WE CONTACT IN CASE OF AN EMERGENCY?
Name: JENNIFER K. MCKILLICAN
Address: P.O. BOX 55621 NORTH POLE AK 99705
Phone No: (907) 488-2869   Relationship: SPOUSE

MILITARY INFORMATION:

ARE YOU A VETERAN OF THE U.S. MILITARY SERVICES? (Yes)   No
If yes, please attach a copy of your DD214.

EDUCATION AND TRAINING

| | Name/Address | Course of Study | Years Completed | Diploma/Degree |
|---|---|---|---|---|
| High School | CAPAC HIGH SCHOOL 108 N. GLASSFORD CAPAC, MICHIGAN | GENERAL STUDIES | 4 | YES |
| Under-Graduate College | AUSTIN PEAY STATE UNIVERSITY | CRIMINAL JUSTICE | 1½ | No |
| | UNIVERSITY OF ALASKA FAIRBANKS | CRIMINAL JUSTICE | 1 SEM. | No |
| Graduate Professional | | | | |
| Other (Specify) | UNIVERSITY OF ALASKA FAIRBANKS TVC LAW ENFORCEMENT ACADEMY | LAW ENFORCEMENT ACADEMY | COURSE COMPLETED | CERTIFICATE |

FOREIGN LANGUAGES: NONE   Speak   Read   Write

CLERICAL APPLICANTS: Typing Speed: 25   Dictation: UNKNOWN

OFFICE EQUIPMENT OPERATION: COMPUTER, FAX, COPIER, MULTI-LINE PHONE, 10-KEY,

PLEASE DESCRIBE ANY SPECIALIZED TRAINING, APPRENTICESHIP, AND/OR SKILLS YOU HAVE THAT PERTAIN TO THE POSITION YOU ARE APPLYING FOR:
LAW ENFORCEMENT ACADEMY, K-9 TRAINING, VARIOUS TRAINING THRU THE MILITARY

PLEASE LIST ANY LICENSES AND CERTIFICATES YOU HAVE THAT PERTAIN TO THE POSITION YOU ARE APPLYING FOR: APSC CERTIFICATE FOR THE COMPLETION OF POLICE ACADEMY

CITY OF FAIRBANKS
800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701
PHONE (907) 459-6780, FAX (907) 459-6731
AN EQUAL OPPORTUNITY EMPLOYER

FY 3579

EMPLOYMENT HISTORY:

BEGIN WITH YOUR PRESENT OR MOST RECENT JOB. INCLUDE ANY JOB-RELATED MILITARY SERVICE ASSIGNMENTS, VOLUNTEER WORK AND/OR ON-THE-JOB TRAINING. PLEASE BE SURE TO DESCRIBE COMPLETELY THE DUTIES YOU PERFORMED WHICH DEMONSTRATE THAT YOU HAVE THE KNOWLEDGE AND SKILLS TO PERFORM THE DUTIES OF THE JOB FOR WHICH YOU ARE APPLYING. ALL APPLICATIONS ARE SUBJECT TO A BACKGROUND CHECK TO VERIFY THE INFORMATION PROVIDED.

| Employer | Dates Employed | Work Performed |
|---|---|---|
| Fort Yukon Police Dep<br>Address P.O. Box 10<br>Ft. Yukon, AK 99740<br>Telephone (907) ___-2311<br>Job Title Sgt/K-9 Handler/Officer<br>Supervisor Reggie Fleming<br>Reason for leaving Currently Employed | From 8/16/02  To Present<br>Hourly Rate/$<br>Starting 37,500.00 P/Y  Final $40,000.00 P/Y | - Duties & Responsibilities of a Police Officer.<br>- Supervisor of 2 Dispatchers<br>- K-9 Handler<br>- FTO |
| Williams Petroleum Refinery<br>Address 1150 __ H Ln<br>North Pole, AK 99705<br>Telephone 48_-2741<br>Job Title Security Officer<br>Supervisor Joe Gonzales<br>Reason for leaving Police Officer Position | From ___ To 8/14/02<br>Hourly Rate/$<br>Starting $12.00 P/H  Final $12.00 P/H | - Ensure Accesses to Facility were Secure.<br>- Inspect Vehicles Prior to Entering Refinery<br>- Maintain Log of Activities.<br>- Roving Patrol |
| Samson's Hardware<br>Address 100 __ Turner<br>Fairbanks, AK<br>Telephone ___-3110<br>Job Title Shipping & Receiving<br>Supervisor Gary<br>Reason for leaving Career Related Employment | From ___ To ___<br>Hourly Rate/$<br>Starting $10.75  Final $10.75 | - Shipping and Receiving of Products for Store.<br>- Stock New Product<br>- Ensure Customer Satisfaction |

IF YOU NEED ADDITIONAL SPACE, PLEASE CONTINUE ON A SEPARATE SHEET OF PAPER.

CITY OF FAIRBANKS
800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701
PHONE (907) 459-6780, FAX (907) 459-6731
AN EQUAL OPPORTUNITY EMPLOYER



EY 3580

EMPLOYMENT HISTORY:

BEGIN WITH YOUR PRESENT OR MOST RECENT JOB. INCLUDE ANY JOB-RELATED MILITARY SERVICE ASSIGNMENTS, VOLUNTEER WORK AND/OR ON-THE-JOB TRAINING. PLEASE BE SURE TO DESCRIBE COMPLETELY THE DUTIES YOU PERFORMED WHICH DEMONSTRATE THAT YOU HAVE THE KNOWLEDGE AND SKILLS TO PERFORM THE DUTIES OF THE JOB FOR WHICH YOU ARE APPLYING. ALL APPLICATIONS ARE SUBJECT TO A BACKGROUND CHECK TO VERIFY THE INFORMATION PROVIDED.

| Employer | Dates Employed From / To | Work Performed |
|---|---|---|
| Refinery Lounge | | - Ensure patrons are of legal age & requirements to be present and consume alcohol. |
| Address: 6th & Old Richardson Highway, North Pole AK | Hourly Rate: Starting $9.00 / Final $9.00 | |
| Telephone: 488-0335 | | - Maintain security and pleasant environment |
| Job Title: Doorman | Supervisor: Jimmy O'Connor | - Stock products |
| Reason for leaving: Entered Academy / Better Job | | |

| Employer | Dates Employed From 8/6/00 / To 7/9/01 | Work Performed |
|---|---|---|
| United States Army | | - Will provide DD214 and Bio |
| Address: World Wide Assignments | Hourly Rate: Starting EST. $1750.00 P/M / Final EST. $2200.00 P/M | |
| Telephone: | | |
| Job Title: Infantry Squad Leader | Supervisor: Various | |
| Reason for leaving: Requested Early Release | | |

| Employer | Dates Employed From / To | Work Performed |
|---|---|---|
| N/A | | |
| Address: | Hourly Rate: Starting / Final | |
| Telephone: | | |
| Job Title: | Supervisor: | |
| Reason for leaving: | | |

IF YOU NEED ADDITIONAL SPACE, PLEASE CONTINUE ON A SEPARATE SHEET OF PAPER.

CITY OF FAIRBANKS
800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701
PHONE (907) 459-6780, FAX (907) 459-6731
AN EQUAL OPPORTUNITY EMPLOYER

FY 3581

REFERENCES:

PLEASE GIVE THE NAMES AND TELEPHONE NUMBERS OF THREE REFERENCES WHO ARE NOT RELATED TO YOU AND ARE NOT PREVIOUS EMPLOYERS.

| Name | Phone # |
|---|---|
| JOHN MYERS | (907) 474-2703 |
| CHRIS HAMPTON | (907) 488-8115 |
| TOM WILLIAMS | (907) 488-8052 |

APPLICANT'S STATEMENT:

I CERTIFY THAT THE STATEMENTS I HAVE MADE IN THIS APPLICATION AND ATTACHMENTS ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

I HEREBY AUTHORIZE THE CITY OF FAIRBANKS TO INVESTIGATE THE ACCURACY AND COMPLETENESS OF THIS INFORMATION. I ALSO HEREBY AUTHORIZE THE CITY OF FAIRBANKS PERSONNEL DEPARTMENT TO CONTACT ANY PERSONS OR COMPANIES NAME IN THIS APPLICATION.

IN THE EVENT OF MY EMPLOYMENT, I EXPRESSLY UNDERSTAND THAT ANY FALSE OR MISLEADING STATEMENTS MADE BY ME IN THIS APPLICATION WILL BE SUFFICIENT GROUNDS FOR IMMEDIATE DISMISSAL FROM EMPLOYMENT.

I AUTHORIZE AND REQUEST ANY AND ALL OF MY FORMER EMPLOYERS AND OTHER PERSONS NAMED IN THIS APPLICATION TO FURNISH THE CITY OF FAIRBANKS ANY AND ALL INFORMATION CONCERNING MY CHARACTER AND ANY PAST EMPLOYMENT RECORDS. I HEREBY RELEASE EACH SUCH EMPLOYER AND OTHER PROVIDER FROM ANY AND ALL LIABILITY RESULTING FROM THE FURNISHING OF SUCH INFORMATION TO THE CITY OF FAIRBANKS.

SIGNATURE: [signed]     DATE: 02/6/03

PLEASE PRINT NAME: WILLIAM DAVID McKILLICAN

CITY OF FAIRBANKS
800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701
PHONE (907) 459-6780, FAX (907) 459-6731
AN EQUAL OPPORTUNITY EMPLOYER

FY 3582

# City of Fairbanks
AN EQUAL OPPORTUNITY AN AFFIRMATIVE ACTION EMPLOYER

AFFIRMATIVE ACTION PROGRAM

The City of Fairbanks has an Affirmative Action Program. To assist in the program, you are asked to answer the following questions to provide us with information necessary for reporting purposes. Under State and Federal Law, the information you provide cannot be used to discriminate against you. This information will be retained separately for record keeping purposes and will not be part of your application.

| REQUIRED INFORMATION | VOLUNTARY INFORMATION |
|---|---|
| Name: Killian, William D. (Last) (First) (MI) | Birthdate: 2/27/71 |
| Today's Date: 2/6/03 | Sex: (Male) Female |
| Position Title: Police Officer | Disabled: Yes (No) |
| | Race: White (W) ✓<br>African/American (Black)(B)<br>Alaska Native (N)<br>American Indian (N)<br>Asian (A)<br>Hispanic (H)<br>Other (O) |
| | Veteran Status: Yes |
| | Disabled (30% or more)(DV) |
| | Vietnam-era (at least 6 months service between 8/5/64 – 5/7/75 (VEV) |
| | (Veteran (VET)) ✓ |

6
16   SS FY 3583

FEB-07-2003 02:47 PM   FT.YUKON.P.D                                907 662 3634                          P.01



**-FORT YUKON Police Department**
**6th & SPRUCE**
**FORT YUKON, Alaska 99740**
PHONE: (907)662-2311
FAX: (907)662-3634
EMAIL: FTYPD@STARBAND.NET

# Fax

| | | | |
|---|---|---|---|
| To: | Antonio C. Humate | From: | Officer McKillican, William D |
| Fax: | (907) 459-_31 | Pages: | 7 |
| Phone: | (907) 459-_0 | Date: | 02/07/03 |
| Re: | City Application | CC: | |

☐ Urgent   x For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

• Comments:

FY 3584

## CITY OF FAIRBANKS

### EMPLOYMENT APPLICATION (I)

DATE OF APPLICATION: 02/6/03

POSITION APPLIED FOR: POLICE OFFICER

NAME: McKILLICAN  WILLIAM  DAVID
  Last         First      MI

SOCIAL SECURITY NUMBER: 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

MAILING ADDRESS: P.O. Box 55621
  Number and Street or Post Office Box

NORTH POLE   ALASKA   99705
  City         State    Zip

TELEPHONE NUMBER: (907) 488-2869 (Home)  457-4173   978-0411-Cel
                  (907) 662-2311 (Work)

OTHER NAMES YOU HAVE WORKED UNDER: DAVID

ARE YOU U.S. CITIZEN OR CAN BE LAWFULLY EMPLOYED? (Yes)  No

ARE YOU NOW OR HAVE YOU EVER BEEN EMPLOYED BY THE CITY OF FAIRBANKS? IF YES, GIVE TITLE AND DATES.  Yes  (No)

ALASKA RESIDENT? (Yes)  No

VALID DRIVERS LICENSE? (Yes)  No   LICENSE #: 6677758 AK

HAVE YOU EVER BEEN CONVICTED OF A FELONY?  Yes  (No)
If yes, please explain on a separate sheet of paper and attach to the application. All applicants are subject to a background check prior to employment.

LIST ANY RELATIVES EMPLOYED BY THE CITY:
Name: N/A   Relationship: _____
Name: N/A   Relationship: _____

WHEN WOULD YOU BE AVAILABLE FOR WORK? 2 WKS FOLLOWING NOTIFICATION

ARE YOU AVAILABLE TO WORK: (Shift Work) (Part Time Work) (Full Time) (Temporary Work)

CITY OF FAIRBANKS
800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701
PHONE (907) 459-6780, FAX (907) 459-6731
AN EQUAL OPPORTUNITY EMPLOYER

Handwritten margin notes:
DOB: 2-37-71
SS 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
126 Galena St. Fbks, AK

Packet given to applicant

FY 3585

FEB-07-2003 02:48 PM   FT.YUKON.P.D                907 662 3641           P.03

WHOM SHOULD WE CONTACT IN CASE OF AN EMERGENCY?
Name: __Jennifer K. McKillican__

Address: __P.O. Box 55621 North Pole AK 99705__

Phone No: __(907) 488-2869__   Relationship: __Spouse__

MILITARY INFORMATION:

ARE YOU A VETERAN OF THE U.S. MILITARY SERVICES?   (Yes)   No
If yes, please attach a copy of your DD214.

EDUCATION AND TRAINING

|  | Name/Address | Course of Study | Years Completed | Diploma/Degree |
|---|---|---|---|---|
| High School | Capac High School 108 N. Glassford Capac, Michigan | General Studies | 4 | Yes |
| Under-Graduate College | Austin Peay State University | Criminal Justice | 1½ | No |
|  | University of Alaska Fairbanks | Criminal Justice | 1 sem. | No |
| Graduate Professional |  |  |  |  |
| Other (Specify) | University of Alaska Fairbanks TVC Law Enforcement Academy | Law Enforcement Academy | Course Completed | Certificate |

FOREIGN LANGUAGES: __None__   Speak   Read   Write

CLERICAL APPLICANTS: Typing Speed: __25__   Dictation: __Unknown__

OFFICE EQUIPMENT OPERATION: __Computer, Fax, Copier, Multi-Line Phones, 10-Key,__

PLEASE DESCRIBE ANY SPECIALIZED TRAINING, APPRENTICESHIP, AND/OR SKILLS YOU HAVE THAT PERTAIN TO THE POSITION YOU ARE APPLYING FOR: __Law Enforcement Academy, K-9 Training, Various Training Thru The Military__

PLEASE LIST ANY LICENSES AND CERTIFICATES YOU HAVE THAT PERTAIN TO THE POSITION YOU ARE APPLYING FOR: __APSC Certificate For The Completion of Police Academy__

CITY OF FAIRBANKS
800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701
PHONE (907) 459-6780, FAX (907) 459-6731
AN EQUAL OPPORTUNITY EMPLOYER

19   55   FY 3586