FEB-07-2003 02:49 PM  FT.YUKON.P.D          907 _62 3641              P.04

**EMPLOYMENT HISTORY:**

BEGIN WITH YOUR PRESENT OR MOST RECENT JOB. INCLUDE ANY JOB-RELATED MILITARY SERVICE ASSIGNMENTS, VOLUNTEER WORK AND/OR ON-THE-JOB TRAINING. PLEASE BE SURE TO DESCRIBE COMPLETELY THE DUTIES YOU PERFORMED WHICH DEMONSTRATE THAT YOU HAVE THE KNOWLEDGE AND SKILLS TO PERFORM THE DUTIES OF THE JOB FOR WHICH YOU ARE APPLYING. ALL APPLICATIONS ARE SUBJECT TO A BACKGROUND CHECK TO VERIFY THE INFORMATION PROVIDED.

| Employer | Dates Employed From | To | Work Performed |
|---|---|---|---|
| Fort Yukon Police Dep | 8/16/02 | Present | Duties & Responsibilities of a Police Officer. |
| Address P.O. Box 10 Ft. Yukon, AK 99740 | Hourly Rate/$ Starting 37,500.00 P/Y | Final 40,000 P/Y | - Supervisor of 2 Dispatchers |
| Telephone (907) _2-2311 | | | - K-9 Handler |
| Job Title: Sgt/K-9 Handler/Officer | Supervisor: Reggie Fleming | | - FTO |
| Reason for leaving: Currently Employed | | | |
| Williams Petroleum Refinery | From | To 8/16/02 | - Ensure accesses to facility were secure. |
| Address 1150 __H Ln North Pole, AK 99705 | Hourly Rate/$ Starting $12.00 P/H | Final $12.00 P/H | - Inspect vehicles prior to entering refinery |
| Telephone 48_-2741 | | | - Maintain log of activities. |
| Job Title: Security Officer | Supervisor: Joe Gonzales | | - Roving patrol |
| Reason for leaving: Police Officer Position | | | |
| Sams__'s Hardware | From | To | - Shipping and Receiving of products for store. |
| Address 100 _. Turner Fairbanks, AK | Hourly Rate/$ Starting $10.75 | Final $40.75 | - Stock new product |
| Telephone 4_2-3110 | | | - Ensure customer satisfaction |
| Job Title: Shipping & Receiving | Supervisor: Gary | | |
| Reason for leaving: Career Related Employment | | | |

IF YOU NEED ADDITIONAL SPACE, PLEASE CONTINUE ON A SEPARATE SHEET OF PAPER.

CITY OF FAIRBANKS
800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701
PHONE (907) 459-6780, FAX (907) 459-8731
AN EQUAL OPPORTUNITY EMPLOYER

FY 3587

FEB-07-2003 02:50 PM   FT.YUKON.P.D          907 662 3641              P.05

**EMPLOYMENT HISTORY:**

BEGIN WITH YOUR PRESENT OR MOST RECENT JOB. INCLUDE ANY JOB-RELATED MILITARY SERVICE ASSIGNMENTS, VOLUNTEER WORK AND/OR ON-THE-JOB TRAINING. PLEASE BE SURE TO DESCRIBE COMPLETELY THE DUTIES YOU PERFORMED WHICH DEMONSTRATE THAT YOU HAVE THE KNOWLEDGE AND SKILLS TO PERFORM THE DUTIES OF THE JOB FOR WHICH YOU ARE APPLYING. ALL APPLICATIONS ARE SUBJECT TO A BACKGROUND CHECK TO VERIFY THE INFORMATION PROVIDED.

| Employer REFINERY LOUNGE | Dates Employed | | Work Performed |
|---|---|---|---|
| | From | To | - ENSURE PATRONS ARE OF LEGAL AGE & REQUIREMENTS TO BE PRESENT AND CONSUME ALCOHOL. |
| Address 4TH & OLD RICHARDSON HIGHWAY NORTH POLE AK | Hourly Rate/$ | | |
| | Starting $9.00 | Final $9.00 | - MAINTAIN SECURITY AND PLESANT ENVIRONMENT |
| Telephone 48_ - 0335 | | | |
| Job Title DOORMAN | Supervisor JIMMY O'CONNER | | - STOCK PRODUCTS |
| Reason for leaving ENTERED ACADEMY / BETTER JOB | | | |
| Employer UNITED STATES ARMY | Dates Employed | | Work Performed |
| | From 8/6/80 | To 7/3/01 | - WILL PROVIDE DD 214 AND BIO |
| Address WORLD WIDE ASSIGNMENTS | Hourly Rate/$ | | |
| | Starting EST. $1750.00 P/M | Final EST. $2200.00 P/M | |
| Telephone | | | |
| Job Title INFANTRY SQUAD LEADER | Supervisor VARIOUS | | |
| Reason for leaving REQUESTED EARLY RELEASE | | | |
| Employer N/A | Dates Employed | | Work Performed |
| | From | To | |
| Address | Hourly Rate/$ | | |
| | Starting | Final | |
| Telephone | | | |
| Job Title | Supervisor | | |
| Reason for leaving | | | |

IF YOU NEED ADDITIONAL SPACE, PLEASE CONTINUE ON A SEPARATE SHEET OF PAPER.

CITY OF FAIRBANKS
800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701
PHONE (907) 459-6780, FAX (907) 459-6731
AN EQUAL OPPORTUNITY EMPLOYER

6
31 55

EV 3588

REFERENCES:

PLEASE GIVE THE NAMES AND TELEPHONE NUMBERS OF THREE REFERENCES
WHO ARE NOT RELATED TO YOU AND ARE NOT PREVIOUS EMPLOYERS.

JOHN MYERS _____ (907) 474-2703
Name                                    Phone #

CHRIS HAMPTON _____ (907) 488-8115
Name                                    Phone #

TOM WILLIAMS _____ (907) 488-8052
Name                                    Phone #

APPLICANT'S STATEMENT:

I CERTIFY THAT THE STATEMENTS I HAVE MADE IN THIS APPLICATION AND
ATTACHMENTS ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

I HEREBY AUTHORIZE THE CITY OF FAIRBANKS TO INVESTIGATE THE
ACCURACY AND COMPLETENESS OF THIS INFORMATION. I ALSO HEREBY
AUTHORIZE THE CITY OF FAIRBANKS PERSONNEL DEPARTMENT TO CONTACT
ANY PERSONS OR COMPANIES NAME IN THIS APPLICATION.

IN THE EVENT OF MY EMPLOYMENT, I EXPRESSLY UNDERSTAND THAT ANY
FALSE OR MISLEADING STATEMENTS MADE BY ME IN THIS APPLICATION WILL
BE SUFFICIENT GROUNDS FOR IMMEDIATE DISMISSAL FROM EMPLOYMENT.

I AUTHORIZE AND REQUEST ANY AND ALL OF MY FORMER EMPLOYERS AND
OTHER PERSONS NAMED IN THIS APPLICATION TO FURNISH THE CITY OF
FAIRBANKS ANY AND ALL INFORMATION CONCERNING MY CHARACTER AND
ANY PAST EMPLOYMENT RECORDS. I HEREBY RELEASE EACH SUCH
EMPLOYER AND OTHER PROVIDER FROM ANY AND ALL LIABILITY RESULTING
FROM THE FURNISHING OF SUCH INFORMATION TO THE CITY OF FAIRBANKS.

_____        02/6/03
SIGNATURE                         DATE

WILLIAM DAVID McKILLICAN
PLEASE PRINT NAME

CITY OF FAIRBANKS
800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701
PHONE (907) 459-6780, FAX (907) 459-6731
AN EQUAL OPPORTUNITY EMPLOYER

FY 3589



CITY OF
FAIRBANKS

## *Applicant Data Record*

As employers, the City of Fairbanks is required to comply with government regulations and affirmative action guidelines. Solely to help us comply with governmental record-keeping, reporting, and other legal requirements, please complete this form. This data is for periodic governmental reporting, and will be kept confidential.

Name: _WILLIAM J. MCKILLICAN_

Mailing address: _1126 GALENA ST. FAIRBANKS, AK 99709_

## AFFIRMATIVE ACTION:

Government agencies require periodic reports on the sex, ethnicity, handicapped and veteran status of applicants and employees. This data is for analysis and affirmative action only. Submission of information about a handicap is voluntary.

Date of birth: _02/27/1971_

Sex:        _✓_ Male           _____ Female

Race:       _✓_ White          _____ Black           _____ Hispanic
            _____ Oriental    _____ Amer. Indian    _____ AK Native

Veterans:   _____ Vietnam Era   _____ Disabled

Handicapped: _____ Yes         _✓_ No

## MEDICAL INFORMATION:

Have you ever filed for or received Worker's Compensation? _No_
If yes, please explain: _____

Have you ever had any serious illnesses in the past two (2) years? _No_
If yes, please explain: _____

Please indicate the number of days off during the past two (2) years due to injury or illness: _____
Please explain: _Ø_

*the GOLDEN HEART CITY ..."extremely Alaska"*

OMB No. 1115-0136

**U.S. Department of Justice**
Immigration and Naturalization Service

**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals.** Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| MaKillican | William | D | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| P.O. Box 5562 V/216 GAlena | | 2-27-71 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Fbks | AK | 99709 | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [ ] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien # A_____)
- [ ] An alien authorized to work until ___/___/___
  (Alien # or Admission #)_____

| Employee's Signature | Date (month/day/year) |
|---|---|
| | |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| | | 66777S8 AK | | 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 |
| Document title: | | | | N/A |
| Issuing authority: | | | | |
| Document #: | | 2-27-08 | | ___/___/___ |
| Expiration Date (if any): ___/___/___ | | | | |
| Document #: | | | | |
| Expiration Date (if any): ___/___/___ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | Antonio C. Shurcte | HR Manager |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| City of Fairbanks | 800 Cushman Street, Fairbanks, AK 99701 | 8-15-03 |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title:_____  Document #:_____  Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91) N Page 2

EV 3591





FY 3592

**Fairbanks Police Department**

# Memo

**To:** Officer W.D. McKillican

**From:** Deputy Chief Hoffman *DH*

**CC:** Sgt. Whorton, Director Harris, Personnel File

**Date:** 8/9/2004

**Re:** Probationary Status

---

Officer McKillican-

I had a short meeting with Sgt. Whorton on Friday regarding your work performance, as you are approaching your one-year anniversary date with F.P.D. (and would thus be eligible to complete your "probationary status.")

In examining your DOR's from FTO & other performance-related memos from Sgt. Whorton, it appears that you've made significant progress in the past several months. I'm pleased to see this, as I believe you have the potential to be a truly exceptional officer for our Department.

However, the timing of your anniversary date does not allow me to receive the comprehensive evaluation from your supervisors that I need to determine whether or not you have improved enough on a couple of significant issues to the point that you should be released from probation. My primary concerns are in the areas of time/case management, and D.A./complainant follow-up contact.

I've recommended to the Director that your probation be extended through the next shift-rotation (Sept-December, 2004) This will allow me to review your most current evaluation for May-August, noting any continuing issues and plans-for-improvement, and then review your September-December evaluation to make sure that all goals and objectives have been met. The Director has concurred, and your projected end-of-probation date has been moved to December 31st, 2004.

I apologize for the "memo-notification" on this, as I'm flying out-of-State this morning, & won't be back 'til next week. I'll be available then to discuss this further & answer any questions that you might have.

RECEIVED AUG 0 9 2004

FY 3593

# CITY OF FAIRBANKS

## Policy on Use of Computer and Information Systems and Equipment

*Purpose*

The City of Fairbanks is committed to protecting our staff members, the clients we serve and the City of Fairbanks from illegal or damaging actions by individuals and the improper release of protected health information and other confidential or proprietary information.

The purpose of this policy is to outline the acceptable use of computer equipment at the City of Fairbanks. These rules are in place to protect the employee and clients of the City of Fairbanks. Inappropriate use exposes the City of Fairbanks to risks including virus attacks, compromise of network systems and services, breach of client confidentiality and other legal claims.

*Scope*

This policy applies to employees, volunteers, contractors, consultants, temporary employees, students, and others at the City of Fairbanks who have access to computer equipment, including all personnel affiliated with third parties. This policy applies to all equipment that is owned or leased by the City of Fairbanks. The IS Department is aware that some users, from time to time, need to log on to other computers than their own. This activity can be traced by the IS Department in order to resolve any violations of this policy.

*Procedure*

Use and Ownership of Computer Equipment

1. All data created or recorded using any computer equipment owned, controlled or used for the benefit of the City of Fairbanks is at all times the property of the City of Fairbanks. Because of the need to protect the City of Fairbanks computer network, the City of Fairbanks cannot guarantee the confidentiality of information stored on any network device belonging to the City of Fairbanks, except that it will take all steps necessary to secure the privacy of all protected health information and personal information in accordance with all applicable laws.

2. Staff members are responsible for exercising good judgment regarding the reasonableness of personal use and must follow operational guidelines for personal use of Internet/Intranet/Extranet systems and any computer equipment.

3. At no time may any pornographic or sexually offensive materials be viewed, downloaded, saved, or forwarded using any City of Fairbanks computer equipment. The one exception to this rule is for official investigations conducted by a public safety officer or authorized IS Department employees. Please refer to the City of Fairbanks's Policy on Preventing Sexual and Other Harassment for further information.

4. For security and network maintenance purposes, authorized individuals within the IS Department may monitor equipment, systems and network traffic at any time, to ensure compliance with all City of Fairbanks policies.

FX 3594

Security and Proprietary Information

1. Confidential information should be protected at all times, regardless of the medium by which it is stored. Examples of confidential information include but are not limited to: individually identifiable health information concerning clients, City of Fairbanks financial and business information, client lists and reports, and research data. Staff members should take all necessary steps to prevent unauthorized access to this information.

2. Keep passwords secure and do not share accounts. Authorized users are responsible for the security of their passwords and accounts. System level passwords should be changed quarterly, and user level passwords should be changed every 30 days.

3. All Personal Computers, laptops, workstations and remote devices should be secured with a password-protected screensaver, wherever possible, and set to deactivate after being left unattended for 10 minutes or more, or by logging-off when the equipment will be unattended for an extended period.

4. All workstations shall be secured behind locked doors during non-working hours.

5. Users shall not create unauthorized passwords at the BIOS level.

6. Activities which cause heavy network traffic may be prohibited by the IS Director. Non-work related video steaming is prohibited.

7. Sending harassing, obscene or threatening email is prohibited.

8. All computer equipment used by staff, whether owned by the individual staff member or the City of Fairbanks, shall regularly run approved virus-scanning software with a current virus database in accordance with this City of Fairbanks policy.

9. Some users have been granted the privilege of connecting remotely through the City of Fairbanks VPN. Any employee connecting through the VPN must ensure that they have current and up to date anti-virus software installed on the computer they are connecting through.

10. Staff members must use extreme caution when opening e-mail attachments received from unknown senders, which may contain viruses.

*Unacceptable Use*

Under no circumstances is a staff member of the City of Fairbanks authorized to engage in any activity that is illegal under local, state, or federal law while utilizing the City of Fairbanks computer resources.

The lists below are by no means exhaustive, but attempt to provide a framework for activities that fall into the category of unacceptable use.



FY3595

## System and Network Activities

The following activities are strictly prohibited, with no exceptions:

1. Violations of the rights of any person or the City of Fairbanks protected by copyright, trade secret, patent or other intellectual property, or similar laws or regulations, including, but not limited to, the installation or distribution of "pirated" or other software products that are not appropriately licensed for use by the City of Fairbanks.

2. The City of Fairbanks email system may not be used for electioneering or any personal, for profit, enterprise.

3. Unauthorized copying of copyrighted material including, but not limited to, digitization and distribution of photographs from magazines, books or other copyrighted sources, copyrighted music, and the installation of any copyrighted software for which the City of Fairbanks or the end user does not have an active license is strictly prohibited.

4. Downloading and installation of non-authorized freeware and shareware software on the City of Fairbanks computers is strictly prohibited.

5. Using software licensed to the City of Fairbanks for personal use is strictly prohibited and may only be done with express permission of management.

6. Introduction of malicious programs into the network or server (e.g., viruses, worms, etc.).

7. Revealing your account password to others or allowing use of your account by others. This includes family and other household members when work is being done at home.

8. Using a City of Fairbanks computer device to actively engage in procuring or transmitting material that is in violation of this policy and local, state and federal laws.

9. Making fraudulent statements or transmitting fraudulent information when dealing with client or billing information and documentation, accounts or other client information, including the facsimile or electronic transmission of client care reports and billing reports and claims.

10. Causing security breaches or disruptions of network communication. Security breaches include, but are not limited to, accessing data of which the staff member is not an intended recipient or logging into a server or account that the employee is not expressly authorized to access, unless these duties are within the scope of regular duties.

11. Providing information about, or lists of, clients to parties outside the City of Fairbanks.

E-mail and Communications Activities

1. Sending unsolicited e-mail messages, including the sending of "junk mail" or other advertising material to individuals who did not specifically request such material (e-mail spam).

G
29 55
FY 3596

2. Any form of harassment via e-mail, telephone or paging, whether through language, frequency, or size of messages.

3. Unauthorized use, or forging, of e-mail header information. Also known as "spoofing"

4. Solicitation of e-mail for any other e-mail address, other than that of the poster's account, with the intent to harass or to collect replies.

5. Creating or forwarding "chain letters", "Ponzi" or other "pyramid" schemes of any type.

6. Using the City of Fairbanks network infrastructure to solicit favors or for personal profit.

*Use of Remote Devices*

The appropriate use of Laptop Computers, Personal Digital Assistants (PDA), and remote data-entry devices is of utmost concern to the City of Fairbanks. These devices, collectively referred to as "remote devices" pose a unique and significant client privacy risk because they may contain confidential client, staff member or City of Fairbanks information and these devices can be easily misplaced, lost, stolen or accessed by unauthorized individuals

1. Remote devices will not be purchased or used as part of City operations or connected to City IS equipment without prior City of Fairbanks approval.

2. The City of Fairbanks must approve the installation and use of any software used on the remote device.

3. Remote devices containing confidential or client information must not be left unattended.

4. If confidential or client information is stored on a remote device, access controls must be employed to protect improper access. This includes, where possible, the use of passwords and other security mechanisms.

5. Remote devices should be configured to automatically power off following a maximum of 10 minutes of inactivity.

6. Remote device users will not permit anyone else, including but not limited to user's family and/or associates, clients, client families, or unauthorized staff members, to use City of Fairbanks-owned remote devices for any purpose.

7. Users of City of Fairbanks-owned remote devices will immediately report the loss of a remote device to a supervisor or the Privacy Officer. The current Privacy Officer is the Fire Chief or their designee

*Enforcement*

Any staff members found to have violated this policy may be subject to disciplinary action, up to and including suspension and termination.



FY 3597

I hereby acknowledge my understanding and compliance of this policy. I also understand that this policy is subject to change, with written notification, at any time.

Signed _William D. McKillican_ Date _8/13/03_

Printed Name _WILLIAM D. MCKILLICAN_

Department _POLICE_

 

## City of Fairbanks Payroll Change Form

### Employee General Information

| Last Name | First Name | MI | SSN | DOB | Sex |
|---|---|---|---|---|---|
| DeLeon | Christopher | J | 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 | 01/26/69 | M |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| P.O. Box 73375 | Fairbanks | AK | 99707 |

| Marital Status | Dependents | Hire Date | Anniversary Date | Termination Date | Status | Temporary ☐ | Parttime ☐ | Regular [X] |
|---|---|---|---|---|---|---|---|---|
| | | 08/16/04 | 08/16/04 | | A | | | |

| Union | Longevity | EEO Ethnicity | EEO Function after Change | EEO Category after Change |
|---|---|---|---|---|
| POLI | 0 | 3-Hispanic | 04-Police Protection | D-Protection |

### General Change and Job Classifications Description

| Change No. | Date Prepared | Date Effective | Add to Payroll ☐ | Change Job Classification ☐ | Change Rate [X] | Other Changes ☐ | Remove from Payroll ☐ |
|---|---|---|---|---|---|---|---|
| 3 | 07/20/06 | 08/16/06 | | | | | |

Reason for Change
**Advance to Police Officer II.**

Base Pay Calculation
24.31 + 0% Longevity + 0% EIP

| Present Department | Present Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2108-Police Officer | 1 | D-Police |

| New Department | New Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2108-Police Officer | 2 | D-Police |

### Rate Change Information

| Present Rate 1 | Present Rate 2 | Present Rate 3 | Present Rate 4 | Present Rate 5 | Present Rate 6 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
| 23.37 | 24.54 | 25.71 | 24.54 | 25.71 | 26.88 | 27.33 | 28.70 |

| Present Rate 9 | Present Rate 10 | Present Rate 11 | Present Rate 12 | Present Rate 13 | Present Rate 14 | Present Rate 15 | Present Rate 16 |
|---|---|---|---|---|---|---|---|
| 30.06 | 17.30 | 18.17 | 19.03 | | | | |

| New Rate 1 | New Rate 2 | New Rate 3 | New Rate 4 | New Rate 5 | New Rate 6 | New Rate 7 | New Rate 8 |
|---|---|---|---|---|---|---|---|
| 24.31 | 25.53 | 26.74 | 25.53 | 26.74 | 27.96 | 27.33 | 28.70 |

| New Rate 9 | New Rate 10 | New Rate 11 | New Rate 12 | New Rate 13 | New Rate 14 | New Rate 15 | New Rate 16 |
|---|---|---|---|---|---|---|---|
| 30.06 | 17.99 | 18.89 | 19.79 | | | | |

### Notes and Comments

### Preparation and Approval

| Prepared by | Mayor's Approval |
|---|---|
| acshumate HR Manager | |

SEY 3599

 

## City of Fairbanks Payroll Change Form

| Employee General Information | | | | | | |
|---|---|---|---|---|---|---|

**Last Name** DeLeon | **First Name** Christopher | **MI** J | **SSN** 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 | **DOB** 01/26/69 | **Sex** M

**Mailing Address** P.O. Box 73375 | **City** Fairbanks | **State** AK | **Zip Code** 99707

**Marital Status** | **Dependents** | **Hire Date** 08/16/04 | **Anniversary Date** 08/16/04 | **Termination Date** | **Status** A | **Temporary** ☐ **Partime** ☐ **Regular** ☒

**Union** POLI | **Longevity** 0 | **EEO Ethnicity** 3-Hispanic | **EEO Function after Change** 04-Police Protection | **EEO Category after Change** D-Protection

### General Change and Job Classifications Description

| Change No. 2 | Date Prepared 07/08/05 | Date Effective 08/16/04 | Add to Payroll ☐ | Change Job Classification ☐ | Change Rate ☒ | Other Changes ☐ | Remove from Payroll ☐ |

**Reason for Change** Advance to Police Officer I.

**Base Pay Calculation** 23.37 + 0% Longevity + 0% EIP

**Present Department** 020-City Police Department | **Present Job Classification** 2101-Recruit Police Officer | **Step** 3 | **W/C Classification** D-Police

**New Department** 020-City Police Department | **New Job Classification** 2108-Police Officer | **Step** 1 | **W/C Classification** D-Police

### Rate Change Information

| Present Rate 1 | Present Rate 2 | Present Rate 3 | Present Rate 4 | Present Rate 5 | Present Rate 6 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
| 22.20 | 23.31 | 24.42 | 23.31 | 24.42 | 25.53 | | |
| **Present Rate 9** | **Present Rate 10** | **Present Rate 11** | **Present Rate 12** | **Present Rate 13** | **Present Rate 14** | **Present Rate 15** | **Present Rate 16** |
| | 17.30 | 18.17 | 19.03 | | | | |
| **New Rate 1** | **New Rate 2** | **New Rate 3** | **New Rate 4** | **New Rate 5** | **New Rate 6** | **New Rate 7** | **New Rate 8** |
| 23.37 | 24.54 | 25.71 | 24.54 | 25.71 | 26.88 | 27.33 | 28.70 |
| **New Rate 9** | **New Rate 10** | **New Rate 11** | **New Rate 12** | **New Rate 13** | **New Rate 14** | **New Rate 15** | **New Rate 16** |
| 30.06 | 17.30 | 18.17 | 19.03 | | | | |

### Notes and Comments

### Preparation and Approval

33-55 FY 3600

**Prepared by** acshumate HR Manager | **Mayor's Approval**

 

## City of Fairbanks Payroll Change Form

### Employee General Information

| Last Name DeLeon | First Name Christopher | MI J | SSN 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 | DOB 01/26/69 | Sex M |
|---|---|---|---|---|---|

| Mailing Address P.O. Box 73375 | City Fairbanks | State AK | Zip Code 99707 |
|---|---|---|---|

| Marital Status | Dependents | Hire Date 08/16/04 | Anniversary Date 08/16/04 | Termination Date | Status A | Temporary ☐ | Parttime ☐ | Regular ☒ |
|---|---|---|---|---|---|---|---|---|

| Union POLI | Longevity 0 | EEO Ethnicity 3-Hispanic | EEO Function after Change 04-Police Protection | EEO Category after Change D-Protection |
|---|---|---|---|---|

### General Change and Job Classifications Description

| Change No. 2 | Date Prepared 07/08/05 | Date Effective 08/16/05 | Add to Payroll ☐ | Change Job Classification ☐ | Change Rate ☒ | Other Changes ☐ | Remove from Payroll ☐ |
|---|---|---|---|---|---|---|---|

Reason for Change
Advance to Police Officer I.

Base Pay Calculation
23.37 + 0% Longevity + 0% EIP

| Present Department 020-City Police Department | Present Job Classification 2101-Recruit Police Officer | Step 3 | W/C Classification D-Police |
|---|---|---|---|
| New Department 020-City Police Department | New Job Classification 2108-Police Officer | Step 1 | W/C Classification D-Police |

### Rate Change Information

| Present Rate 1 22.20 | Present Rate 2 23.31 | Present Rate 3 24.42 | Present Rate 4 23.31 | Present Rate 5 24.42 | Present Rate 6 25.53 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
| Present Rate 9 | Present Rate 10 17.30 | Present Rate 11 18.17 | Present Rate 12 19.03 | Present Rate 13 | Present Rate 14 | Present Rate 15 | Present Rate 16 |
| New Rate 1 23.37 | New Rate 2 24.54 | New Rate 3 25.71 | New Rate 4 24.54 | New Rate 5 25.71 | New Rate 6 26.88 | New Rate 7 27.33 | New Rate 8 28.70 |
| New Rate 9 30.06 | New Rate 10 17.30 | New Rate 11 18.17 | New Rate 12 19.03 | New Rate 13 | New Rate 14 | New Rate 15 | New Rate 16 |

### Notes and Comments

### Preparation and Approval

34  55

Prepared by
acshumate
HR Manager

Mayor's Approval

 

## City of Fairbanks Payroll Change Form

### Employee General Information

| Last Name | First Name | MI | SSN | DOB | Sex |
|---|---|---|---|---|---|
| DeLeon | Christopher | J | 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 | 01/26/69 | M |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| P.O. Box 73375 | Fairbanks | AK | 99707 |

| Marital Status | Dependents | Hire Date | Anniversary Date | Termination Date | Status | Temporary ☐ Parttime ☐ Regular ☒ |
|---|---|---|---|---|---|---|
| | | 08/16/04 | 08/16/04 | | A | |

| Union | Longevity | EEO Ethnicity | EEO Function after Change | EEO Category after Change |
|---|---|---|---|---|
| POLI | 0 | 3-Hispanic | 04-Police Protection | D-Protection |

### General Change and Job Classifications Description

| Change No. | Date Prepared | Date Effective | Add to Payroll ☐ | Change Job Classification ☐ | Change Rate ☒ | Other Changes ☐ | Remove from Payroll ☐ |
|---|---|---|---|---|---|---|---|
| 1 | 04/28/05 | 12/01/04 | | | | | |

Reason for Change  Advance to Recruit Police Officer III Position for completion of FTO program per Supervisor.

Base Pay Calculation
22.20 + 0% Longevity + 0% EIP

| Present Department | Present Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2101-Recruit Police Officer | 2 | D-Police |

| New Department | New Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2101-Recruit Police Officer | 3 | D-Police |

### Rate Change Information

| Present Rate 1 | Present Rate 2 | Present Rate 3 | Present Rate 4 | Present Rate 5 | Present Rate 6 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
| 21.03 | 22.08 | 23.13 | 22.08 | 23.13 | 24.19 | | |

| Present Rate 9 | Present Rate 10 | Present Rate 11 | Present Rate 12 | Present Rate 13 | Present Rate 14 | Present Rate 15 | Present Rate 16 |
|---|---|---|---|---|---|---|---|
| | 17.30 | 18.17 | 19.03 | | | | |

| New Rate 1 | New Rate 2 | New Rate 3 | New Rate 4 | New Rate 5 | New Rate 6 | New Rate 7 | New Rate 8 |
|---|---|---|---|---|---|---|---|
| 22.20 | 23.31 | 24.42 | 23.31 | 24.42 | 25.53 | | |

| New Rate 9 | New Rate 10 | New Rate 11 | New Rate 12 | New Rate 13 | New Rate 14 | New Rate 15 | New Rate 16 |
|---|---|---|---|---|---|---|---|
| | 17.30 | 18.17 | 19.03 | | | | |

### Notes and Comments

### Preparation and Approval

Prepared by
acshumate
HR Manager

Mayor's Approval

35

EV 3602

 

## City of Fairbanks Payroll Change Form

### Employee General Information

| Last Name | First Name | MI | SSN | DOB | Sex |
|---|---|---|---|---|---|
| DeLeon | Christopher | J | 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 | 01/26/69 | M |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| P.O. Box 73375 | Fairbanks | AK | 99707 |

| Marital Status | Dependents | Hire Date | Anniversary Date | Termination Date | Status | Temporary | Parttime | Regular |
|---|---|---|---|---|---|---|---|---|
| | | 08/16/04 | 08/16/04 | | A | | | [X] |

| Union | Longevity | EEO Ethnicity | EEO Function after Change | EEO Category after Change |
|---|---|---|---|---|
| POLI | 0 | 3-Hispanic | 04-Police Protection | D-Protection |

### General Change and Job Classifications Description

| Change No. | Date Prepared | Date Effective | Add to Payroll | Change Job Classification | Change Rate | Other Changes | Remove from Payroll |
|---|---|---|---|---|---|---|---|
| 0 | 08/19/04 | 08/16/04 | [X] | ☐ | ☐ | ☐ | ☐ |

Reason for Change
Hired as Recruit Police Officer II Position.

Base Pay Calculation
21.03 + 0% Longevity + 0% EIP

| Present Department | Present Job Classification | Step | W/C Classification |
|---|---|---|---|
| - | - | | |

| New Department | New Job Classification | Step | W/C Classification |
|---|---|---|---|
| 020-City Police Department | 2101-Recruit Police Officer | 2 | D-Police |

### Rate Change Information

| Present Rate 1 | Present Rate 2 | Present Rate 3 | Present Rate 4 | Present Rate 5 | Present Rate 6 | Present Rate 7 | Present Rate 8 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Present Rate 9 | Present Rate 10 | Present Rate 11 | Present Rate 12 | Present Rate 13 | Present Rate 14 | Present Rate 15 | Present Rate 16 |
| | | | | | | | |
| New Rate 1 | New Rate 2 | New Rate 3 | New Rate 4 | New Rate 5 | New Rate 6 | New Rate 7 | New Rate 8 |
| 21.03 | 22.08 | 23.13 | 22.08 | 23.13 | 24.19 | | |
| New Rate 9 | New Rate 10 | New Rate 11 | New Rate 12 | New Rate 13 | New Rate 14 | New Rate 15 | New Rate 16 |
| | 17.30 | 18.17 | 19.03 | | | | |

### Notes and Comments

### Preparation and Approval

| Prepared by | Mayor's Approval |
|---|---|
| acshumate | |
| HR Manager | |

36  EX 3603

Donald F. Lynch, Ph.D., Professor of Geography Emeritus 1151 Kennicott Ave., Fairbanks, AK 99701-5825 USA
Home: 907 452 7741 Fax 907 456 2440 E-mail dlynch@eagle.ptialaska.net April 19, 2005  Page 1  of 1

April 19, 2005

**RECEIVED**

APR 2 1 2005

City Mayor's Office

Steve Thompson
Mayor, City of Fairbanks
800 Cushman St.
Fairbanks, AK 99701

Re Officer Chris Deleon

Dear Mayor Thompson:

I should like to commend officer Chris Deleon for his excellent performance regarding the burglary of my home the morning of March 21st.

He came immediately when called, and in addition to his police investigatory tasks, was of great assistance in calming Dorothy down - probably she walked into the house just as the burglar was leaving through the back door.  Officer Deleon throughout the investigation was polite, most helpful and considerate, and also explained what was expected of us as witnesses in a calm and professional manner without making any effort to prejudice our possible statements or testimony.

Thanks to the quick work of tellers at Wells Fargo Bank, it is my understanding that by moving quickly Officer Deleon was able to apprehend a suspect.  By moving quickly, he probably has solved the case, although, of course, that is a matter for the courts.  More importantly, by his decisive actions, he prevented further criminal activity.  The speed with which he responded both to our home and in apprehending the suspect is most impressive and makes me proud  to live in our city.

To me, Officer Deleon performed in an outstanding fashion and I should hope that my compliments to him will be placed in his personnel file.

Thank you for your consideration,

*Donald F. Lynch*

Donald F. Lynch
1151 Kennicott Ave.
Fairbanks, AK 99701-5825
Tel: 907 452 7741

39    SFY 3604

Donald F. Lynch, Ph.D., Professor of Geography Emeritus 1151 Kennicott Ave., Fairbanks, AK 99701-5825 USA
Home: 907 452 7741 Fax 907 456 2440 E-mail dlynch@eagle.ptialaska.net April 19, 2005  Page 1 of 1

April 19, 2005

RECEIVED

APR 2   2005

City Mayor's Office

Steve Thompson
Mayor, City of Fairbanks
800 Cushman St.
Fairbanks, AK 99701

Re Officer Chris Deleon

Dear Mayor Thompson:

I should like to commend officer Chris Deleon for his excellent performance regarding the burglary of
my home the morning of March 21st.

He came immediately when called, and in addition to his police investigatory tasks, was of great
assistance in calming Dorothy down - probably she walked into the house just as the burglar was leaving
through the back door. Officer Deleon throughout the investigation was polite, most helpful and
considerate, and also explained what was expected of us as witnesses in a calm and professional manner
without making any effort to prejudice our possible statements or testimony.

Thanks to the quick work of tellers at Wells Fargo Bank, it is my understanding that by moving quickly
Officer Deleon was able to apprehend a suspect. By moving quickly, he probably has solved the case,
although, of course, that is a matter for the courts. More importantly, by his decisive actions, he
prevented further criminal activity. The speed with which he responded both to our home and in
apprehending the suspect is most impressive and makes me proud to live in our city.

To me, Officer Deleon performed in an outstanding fashion and I should hope that my compliments to
him will be placed in his personnel file.

Thank you for your consideration,

*Donald F. Lynch*
Donald F. Lynch
1151 Kennicott Ave.
Fairbanks, AK 99701-5825
Tel: 907 452 7741

EXHIBIT C
PAGE 36 OF 55

EY 3605



# CITY OF FAIRBANKS

*Steve M. Thompson, Mayor*

800 CUSHMAN STREET
FAIRBANKS, ALASKA 99701-4615
OFFICE: 907-459-6793
FAX: 907-459-6787
smthompson@ci.fairbanks.ak.us

August 5, 2004

Christopher DeLeon
PO Box 73375
Fairbanks, AK 99707

Subject:     Conditional Offer of Employment
             City of Fairbanks Police Department
             Recruit Police Officer II

Dear Christopher DeLeon:

The City of Fairbanks is extending a conditional offer of employment to you for the position of Recruit Police Officer II. Your initial rate of pay will commence at $21.04 per hour.

Should you choose to accept this offer, you will be required to report to work on August 16, 2004. Failure to successfully complete a twelve (12) month probationary period as outlined in Article 12, Section 1 of the working agreement between the City of Fairbanks and the Alaska Public Safety Association would be cause for immediate termination without any further obligation on the part of the City of Fairbanks.

As confirmation that both you and the City of Fairbanks have a clear understanding of these terms, I ask that you acknowledge your acceptance of this employment offer by executing this document where indicated below. It will then be placed in your personnel file.

Sincerely,

CITY OF FAIRBANKS

Steve M. Thompson, Mayor

cc:     Antonio C. Shumate, HR Manager
        Paul Harris, Director of Police

Execution of my signature below is evidence of my understanding and acceptance of the terms and conditions stated herein.

5 JULY 2004

_____
Date

EXHIBIT 6
PAGE 37 OF 55

FY 3606