



FY 3607

OMB No. 1115-0136

**U.S. Department of Justice**
Immigration and Naturalization Service

# Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| DeLeon | Christopher | J | N/A |

Address (Street Name and Number): 3392 White Spruce St N  Apt. #: 
Date of Birth (month/day/year): 1/26/1969

City: Moose Isle   State: AK   Zip Code: 99705
Social Security #: 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

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
[X] A citizen or national of the United States
[ ] A Lawful Permanent Resident (Alien # A_____)
[ ] An alien authorized to work until __/__/__
(Alien # or Admission #) _____

Employee's Signature: [signed] Christopher DeLeon
Date (month/day/year): 8/17/2004

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature: _____   Print Name: _____
Address (Street Name and Number, City, State, Zip Code): _____   Date (month/day/year): _____

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | Alaska Driver License | | Social Security Card |
| Issuing authority: _____ | | State of AK | | Dept. of Admin. |
| Document #: _____ | | #6285166 | | 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 |
| Expiration Date (if any): __/__/__ | | 1/26/05 | | N/A |
| Document #: _____ | | | | |
| Expiration Date (if any): __/__/__ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 8/16/2004 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

Signature of Employer or Authorized Representative: [signed]
Print Name: Antonio C. Shumate
Title: HR Manager

Business or Organization Name: City of Fairbanks
Address: 800 Cushman Street, Fairbanks, AK 99701
Date (month/day/year): 8-18-04

**Section 3. Updating and Reverification.** To be completed and signed by employer.

A. New Name (if applicable): _____
B. Date of rehire (month/day/year) (if applicable): _____

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.
Document Title: _____   Document #: _____   Expiration Date (if any): __/__/__

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Date (month/day/year): _____

FY 3608







# CITY OF FAIRBANKS

## Applicant Data Record

As employers, the City of Fairbanks is required to comply with government regulations and affirmative action guidelines. Solely to help us comply with governmental record-keeping, reporting, and other legal requirements, please complete this form. This data is for periodic governmental reporting, and will be kept confidential.

Name: CHRISTOPHER JAMES DELEON
Mailing address: PO BOX 73375 FAIRBANKS, AK 99707

## AFFIRMATIVE ACTION:

Government agencies require periodic reports on the sex, ethnicity, handicapped and veteran status of applicants and employees. This data is for analysis and affirmative action only. Submission of information about a handicap is voluntary.

Date of birth: 1/26/1969

Sex:    ✓ Male    ___ Female

Race:   ___ White      ___ Black       ✓ Hispanic
        ___ Oriental   ___ Amer. Indian ___ AK Native

Veterans:  ___ Vietnam Era   ___ Disabled

Handicapped: ___ Yes    ✓ No

## MEDICAL INFORMATION:

Have you ever filed for or received Worker's Compensation? No
If yes, please explain: _____

Have you ever had any serious illnesses in the past two (2) years? No
If yes, please explain: _____

Please indicate the number of days off during the past two (2) years due to injury or illness: ___
Please explain: _____

EXHIBIT 6
PAGE 44 OF 53

FY 3611

# RECRUITMENT BULLETIN

| JOB TITLE | SALARY | LOCATION |
|---|---|---|
| Recruit Police Officer | $19.87 or $21.03/hour starting | Fairbanks, Alaska |

**NATURE OF WORK:** The positions of this class are responsible for the protection of life and property through enforcing the statutes and laws; rendering emergency assistance to the public in a wide variety of situations; patrolling residential, rural and business areas of the City; performing standard crime and accident prevention duties; apprehending criminals; serving arrest warrants; issuing citations for violations of City ordinances and State statutes; identifying and recovering stolen property; investigating traffic accidents and crimes; and deciding whether to arrest or not, as well as when to use force or firearms.

Shift assignments, which rotate, normally consist of patrol or traffic activities in a designated area of the City in a patrol car or on foot. Work involves an element of personal danger, and employees must exercise individual judgment and discretion in meeting emergencies and enforcing ordinances and laws. Experienced officers may be assigned to special duties with the Drug Investigation Unit, provide field training to new police officers, or occasionally perform duties at a higher level classification for training purposes.

During probation, new officers are expected to apply formal classroom and on-the-job training experiences to actual work situations. As experience and training are gained, the degree of direct supervision decreases. Assignments and general or special instructions are received from a superior officer, who reviews work occasionally while it is being performed or through records, personal inspection and discussions.

Assignments include, but are not limited to: patrols a designated area of the City in a patrol vehicle or on foot to deter and discover crime, and enforces traffic and criminal statutes and laws; issues citations to violators of City ordinances or State statutes and arrests persons on misdemeanor or felony charges, as well as handcuffs and searches arrested persons and takes them into custody as warranted; responds to reports of possible crime and takes initial action as the situation requires to secure the scene by administering first aid; arrests suspects; interviews available victims and witnesses and gathers evidence; completes incident and arrest reports; investigates persons suspected of being engaged in crime; ascertains and secures evidence pertaining to the alleged crime; arrests suspects for probable cause in felonies, and requests specialized assistance as needed; responds to and investigates automobile accidents by assisting drivers or pedestrians who appear to be hurt or in trouble with emergency first aid, summoning necessary emergency medical assistance, interviewing principles and witnesses, making general drawings of the accident scenes, noting details and completing standard accident reports, and issuing citations or taking principles into custody as the situation warrants.

FY 3612

**RECRUITMENT BULLETIN**
Recruitment Police Officer
Page 2 of 5

Investigates family disputes and reports of maltreatment of children by interviewing persons with complaints or inquiries, providing information on laws and ordinances, attempting to resolve the problem, taking principles into custody as needed, or referring them to appropriate agencies such as juvenile and medical authorities; performs specialized duties depending on individual officer's background and abilities and on the needs of the department by patrolling and searching areas of the City, serving as a member of special Drug Investigation Team in conducting investigations of narcotic and other major crimes, serving as liaison between the community and the department for educating the community in crime prevention through speaking engagements and films; locating and serving warrants and other official court documents to offenders, performing traffic enforcement duties, providing on-the-job training to new employees in the geographical and cultural characteristics of the City and the general methods to use in various situations, or serving as a member of the Tactical Police Team; and performs related work as assigned. The preceding examples are representative of assignments performed by this class and are not intended to be inclusive.

**KNOWLEDGE, SKILLS AND ABILITIES:** These factors will be the basis for selecting those qualified candidates to be interviewed. Candidates selected for employment must satisfactorily demonstrate possession of these factors during a prescribed probationary period for continued employment:
Applicants must successfully complete rigorous pre-employment and post-employment physical, written, computer voice stress analysis (CVSA) and psychological examinations to be considered for employment; ability to analyze situations quickly and objectively, to recognize actual and potential dangers and to determine course of action; ability to read and understand laws, ordinances, rules and regulations; ability to cope with stressful situations firmly, tactfully and with respect for individual rights; ability to perform assignments under extreme weather conditions; ability to communicate clearly, verbally and in writing; ability to maintain effective working relations with fellow employees and with citizens from varied racial, ethnic or economic backgrounds; ability to develop skill in the use and care of a variety of firearms and law enforcement equipment; ability to learn and use investigative techniques and procedures; ability to learn and properly perform first aid; ability observe and remember details; ability to learn to drive light duty passenger vehicles skillfully and in a proper manner; ability to obtain and maintain a basic certificate as a certified police officer as issued by the Alaska Police Standards Council within 14 months of employment; physical strength and agility sufficient to perform the work of the class.

**MINIMUM REQUIREMENTS:** The person selected for this position should have the following experience and/or training: Applicants must be at least 21 years of age by the date of appointment; applicants must be U.S. Citizen or a resident alien who has demonstrated intent to become a U.S. citizen;

FY 3613

**RECRUITMENT BULLETIN**
Recruitment Police Officer
Page 3 of 5

Applicants must be a graduate of an accredited high school or possess a GED equivalent; preferably supplemented by additional college level courses related to criminal justice.

Applicants must possess or have the ability to obtain (within fourteen months of employment) a Basic APSC certificate upon completion of the Police Academy and required period of service; preference will be given to applicants who have previously obtained a Basic APSC certificate; applicants must not have a history of mental or emotional disorders; applicants must be drug free; applicants must meet the minimum physical fitness requirements established as necessary for the performance of the duties of this position as determined by a medical professional during a physical examination; applicants must maintain an adequate level of physical fitness required to perform the job requirements; applicants must successfully pass a hearing examination; applicants must possess normal color discrimination, binocular coordination, peripheral vision and corrected visual acuity of 20/30 or better in each eye; applicants must possess, or have the ability to obtain, a valid first aid and CPR card as issued by an agency authorized by the State of Alaska; and applicants must possess and maintain a valid State of Alaska driver's license and a safe driving record prior to and throughout the duration of employment. Applicants will be required to take written examinations developed to measure individual levels of competency in the field of law enforcement. Applicants will be required to complete computer voice stress analysis (CVSA) and psychological examinations. An extensive background investigation will be conducted on all applicants applying for this position.

Applicants must also meet the following required entrance standards set by the Alaska Police Standards Council and by the Fairbanks Police Department:
No convictions of felony crimes.
No convictions within 10 years of application for misdemeanor crimes of dishonesty, misdemeanor crimes of moral turpitude or misdemeanor crimes which resulted in serious physical injury to another person.
No convictions within 10 years of application of 2 or more misdemeanor crimes.
No convictions within 3 years of application of an Alaska Statute Class A misdemeanor crime (excluding fish and game violations).
No convictions within 1 year of a misdemeanor crime (excluding fish and game violations).
No convictions of crimes of Domestic Violence.
Not have illegally grown, manufactured, transported, sold, or possessed with intent to sell or distribute, a controlled substance unless the act occurred before the age of 21 and more than 10 years before the date of hire.
No illegal use of a controlled substance other than marijuana within 10 years of application unless the use occurred before the age of 21.
No illegal use of a controlled substance other than marijuana within 5 years of application if the use occurred before the age of 21.

**RECRUITMENT BULLETIN**
Recruitment Police Officer
Page 4 of 5

No illegal use of marijuana with 2 years of application.
No use of a controlled substance while employed as a certified police officer, corrections officer, military law enforcement officer, village public safety officer, fish and wildlife enforcement officer or aide, or similar positions.
No more than 2 convictions for moving traffic violations within 3 years of application.
No more than 1 conviction for Driving while Intoxicated or Refusal to Submit to a Chemical Test within 10 years of application.
No revocation, suspension or cancellation of driving privileges within 3 years of application.
No outstanding warrants at the time of application.
Never had certification as a police officer denied or revoked, unless the denial or revocation was rescinded by the issuing agency.

**SALARY AND BENEFITS:** Recruit Police Officers starting pay is currently $19.87/hr. for officers who have not successfully completed an Alaska Police Standards Council certified police academy. The starting pay for officers who have completed an Alaska Police Standards Council certified academy is $21.03/hr.
Some of the benefits provided by the City of Fairbanks are:
A comprehensive insurance package including life, major medical, dental, visual, and audio insurance.
20 year retirement under the State of Alaska Public Employees Retirement System.
18 days of leave/year. Bonus leave after 3 years of service up to a maximum of 9 additional days/year.
12 days of sick leave/year.
10 paid holidays/year.
A choice of deferred compensation programs.
Longevity pay and reimbursement for college tuition.
Shift differential.
Uniforms, equipment, uniform cleaning and sidearm furnished by the employer.

**ADDITIONAL HELPFUL INFORMATION:** The state of Alaska does not have an income or sales tax. Information concerning the State of Alaska Public Employees Retirement System is available on the State of Alaska Web site at www.state.ak.us/drb/pers/pershome.htm. Cost of living and community information is available on the Web sites of The Fairbanks North Star Borough at www.co.fairbanks.ak.us/Crc/main.htm, and the Fairbanks Chamber of Commerce at www.fairbankschamber.org.

**HOW TO APPLY:** Individuals interested in applying for this position should submit a City of Fairbanks application to the Personnel Office, 800 Cushman Street, Fairbanks, Alaska 99701. The contact number is (907) 459-6780. Applications are available from the Personnel Office or may be downloaded from the Fairbanks Police Department Web site at www.fairbankspolice.com.

**RECRUITMENT BULLETIN**
Recruitment Police Off...
Page 5 of 5

THE CITY OF FAIRBANKS IS AN EQUAL OPPORTUNITY EMPLOYER.
**APPLICATIONS FROM MINORITIES ARE ENCOURAGED.**

49 55
FY 3616

I hereby acknowledge my understanding and compliance of this policy. I also understand that this policy is subject to change, with written notification, at any time.

Signed _[signature]_ Date 8/17/2004

Printed Name Christopher J. DeLeon

Department Police

# CITY OF FAIRBANKS

# **Memorandum**

**Date:** April 9, 2004

**To:** ALL CITY OF FAIRBANKS EMPLOYEES

**From:** CITY PERSONNEL DEPARTMENT

**Re:** FINANCIAL INTEREST IN CITY PURCHASE ORDERS AND CONTRACTS

---

Printed below is a portion of Section 54.2 of the Fairbanks General Code. This code addresses financial interest by an employee in City purchase orders and contracts. Please read it carefully and sign below indicating your understanding. If you have any questions, please feel free to contact the Purchasing Agent at 459-6780.

While only paragraph A is printed here, you are encouraged to read the entire section.

> Section 54.2. Ethics.
> A. Financial Interest. Any purchase order or contract within the purview of this chapter in which the agent, or any officer or employee of the City is financially interested, directly or indirectly, shall be void, except that before the execution of a purchase order or contract, the Council shall have the authority to waive compliance with this section when it finds such action to be in the best interests of the city; provided, further, however, that where an agent, officer, or employee of the city has previously sold material, machines, or other goods to the city, and the Council has waived compliance with this section as provided hereinabove, the agent, officer or employee may sell to the city items of service, repair or replacement parts without further waiver by the Council, when upon a finding by the City Mayor that the service, repair or replacement parts are considered proprietary items. The agent, officer or employee shall, within one week, file written notice with the City Mayor of each such sale of service, repair or replacement parts, which will then be reported to the Council in public meeting.

✂ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─

I have read the above portion of Sec. 54.2 of the Fairbanks General Code, and I understand its contents.

Signature: _[signature]_         Date: 8/17/04

FY 3618



# Beneficiary Designation

Division of Retirement and Benefits
P.O. Box 110203
Juneau, Alaska 99811-0203
Phone: Juneau—(907) 465-4460, Anchorage—(907) 563-5885
FAX: (907) 465-3086 or TDD: (907) 465-2805

☐ Initial Designation   ☑ Change

**READ CAREFULLY BEFORE COMPLETING:** This form is for members of the Public Employees' Retirement System (PERS), Teachers' Retirement System (TRS), Judicial Retirement System (JRS), National Guard Retirement System (NGRS), and the Elected Public Officers Retirement System (EPORS). The person(s) that you designate as your beneficiary or beneficiaries on this form will receive the retirement system benefits payable upon your death. To change your beneficiary or beneficiaries, address, marital status, or other information, complete and send a new form to the above address. **NOT FOR SBS OR OPTIONAL LIFE INSURANCE**

## Section I. Personal Data

| Employee's Name (Last, First, M.I.) | Social Security Number | Page ___ of ___ |
|---|---|---|
| DeLeon, Christopher J | 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 | |
| **Mailing Address** (City, State, ZIP + 4) | | **Work Phone Number** |
| PO Box 73375 Fairbanks, AK 99707-3375 | | (907) 459-6500 |
| **Marital Status** ☑ Married ☐ Single | **Date of Birth** 11/26/1969 | **Home Phone Number** (907) 488-8028 |
| **Employer Name** City of Fairbanks - Police Department | | **Employer Number** |

## Section II. Beneficiary Designation

If you are married or a single parent, see the instructions on the back BEFORE designating your beneficiary or beneficiaries.

Place an "X" in the appropriate box to specify whether the beneficiary is primary or contingent. The "primary" beneficiary or beneficiaries will receive benefits if you die. The "contingent" beneficiary or beneficiaries will receive benefits ONLY if the primary is deceased.

| PRIMARY ☑ | Last Name, First, M.I. DeLeon, Krislyn J | Percentage 100% | Date of Birth 11/26/1969 | Relationship Spouse |
|---|---|---|---|---|
| **Mailing Address** PO Box 73375 Fairbanks, AK 99707-3375 | | **Social Security Number** 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 | | |

Check whether beneficiary is the primary or contingent   ☐ Check if this is an address change for your beneficiary

| PRIMARY ☐ CONTINGENT ☑ | Last Name, First, M.I. DeLeon, Kaleigh L | Percentage 100% | Date of Birth 9/18/2002 | Relationship Daughter |
|---|---|---|---|---|
| **Mailing Address** PO Box 73375 Fairbanks, AK 99707-3375 | | **Social Security Number** 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 | | |

| PRIMARY ☐ CONTINGENT ☐ | Last Name, First, M.I. | Percentage | Date of Birth | Relationship |
|---|---|---|---|---|
| Mailing Address | | Social Security Number | | |

| PRIMARY ☐ CONTINGENT ☐ | Last Name, First, M.I. | Percentage | Date of Birth | Relationship |
|---|---|---|---|---|
| Mailing Address | | Social Security Number | | |

| PRIMARY ☐ CONTINGENT ☐ | Last Name, First, M.I. | Percentage | Date of Birth | Relationship |
|---|---|---|---|---|
| Mailing Address | | Social Security Number   FY 3619 | | |

I hereby certify that the information provided on this form is true and correct to the best of my knowledge. I understand that any deliberate misrepresentation for the purpose of obtaining benefits is an offense punishable by law.

### Section III. Consent to Beneficiary Designation

**INSTRUCTIONS**

If you are MARRIED, your spouse is automatically your 100% primary beneficiary unless he or she consents to another beneficiary, or your spouse is not entitled to benefits under the terms of a QDRO. Your spouse's written consent may be waived if:

- you were not married to your spouse during part of your PERS or TRS employment;
- you have been married for less than two years and you have established that you and your spouse are not living together; or
- your spouse cannot be located.

Your spouse may waive entitlement to benefits by completing and signing the *"Spouse's Consent"* below before a notary public or other authorized person. If another person is entitled to benefits under a QDRO, that person may waive entitlement to benefits by completing and signing the *"QDRO Consent"* below before a notary public or other authorized person.

If you are a SINGLE PARENT, there are death benefits that may be payable to your dependent child if you die before retirement. These benefits are only payable to your children if they are your designated beneficiaries. Because benefits cannot be paid directly to minor children, they will be paid to the children's parent or legal guardian, unless you establish a trust and designate the trust as beneficiary for your children. You should NOT designate another person as beneficiary to receive your children's benefits. Benefits payable to TRS survivors under the 1% Supplemental Contributions provision will be paid in accordance with Alaska Statutes 14.25.162-164.

**SPOUSE'S CONSENT**

I, _____, am the spouse of _____. I have reviewed the *occupational* and *nonoccupational death provisions* described in the *PERS and TRS Information Handbooks*. I understand that, depending upon the circumstances of my spouse's death, I may be eligible to receive either a lump sum benefit or monthly benefits for the rest of my life and that major medical insurance will be available to me and my eligible dependents while I am receiving monthly benefits.

I understand that I am entitled to the death benefits that will be paid if my spouse dies.

By signing this consent, I agree to waive my right to any benefits that would be paid to me and consent to the naming of another beneficiary.

| Your signature must be witnessed below | Date |
|---|---|
| Signature | |

**QDRO CONSENT**

I, _____, understand that if _____ dies, I am entitled to the death benefits described in the QDRO on file with the Division of Retirement and Benefits.

By signing this consent, I agree to waive my rights to those benefits and consent to the naming of another beneficiary.

| Your signature must be witnessed below | Relationship | Date |
|---|---|---|
| Signature | | |

**Signature witnessed by:**

_____   or   _____
Plan Representative *(Must be a designated employee of the Division of Retirement and Benefits)*

Notary Public or Postmaster

State of _____

My Commission Expires: _____

FY 3620

# CITY OF FAIRBANKS
## DESIGNATION OF BENEFICIARY FOR UNPAID COMPENSATION

**Name (Last, First, M.I):** DELEON, CHRISTOPHER, J
**Date of Birth:** 1/26/1969   **Social Security Number:** 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
**Home Address:** 3392 WHITE SPRUCE ST. NORTH POLE, AK 99705
**Sex:** ☒ Male  ☐ Female   **Marital Status:** ☒ Married  ☐ Single
**Date of Present Employment:** 8/16/2004
**Department:** POLICE   **Division** PATROL   **Job Title:** POLICE OFFICER II

### PRIMARY BENEFICIARY(IES)

**Name:** KRISLYN JOVELL DELEON
**Address:** 3392 WHITE SPRUCE ST   **City** NORTH POLE   **State:** AK   **Zip:** 99705
**Relationship:** SPOUSE   **Percentage:** 100%

**Name:**
**Address:**   **City**   **State:**   **Zip:**
**Relationship:**   **Percentage:**

### CONTINGENT BENEFICIARY(IES)

**Name:**
**Address:**   **City:**   **State:**   **Zip:**
**Relationship:**   **Percentage:**

**Name:**
**Address:**   **City:**   **State:**   **Zip:**
**Relationship:**   **Percentage:**

**Employee Signature:** [signed Christopher DeLeon]   **Date:** 8/16/2004   **Witness**   **Date**

## Instructions

1. You may nominate one beneficiary who would be the sole beneficiary.
2. You may nominate a beneficiary and contingent beneficiary or beneficiaries in which case the benefit would be payable to the person first listed who survives you.
3. You may nominate any number of beneficiaries to share in any manner you wish. In this case, any benefit would be paid in accordance with your wishes to all of the beneficiaries named. Please designate the percentage to go to each beneficiary. If you list more than one beneficiary, be sure to state if the additional name or names are contingent beneficiaries or if they are to share in the benefits and if so what manner they are to share.
4. If you wish to change beneficiary(ies), you **must** notify this office in writing!

(Over)

FY 3621

CONTINUOUS PRINTING OF ALASKA (907) ___-0448

Alaska Department of Labor and
Workforce Development
Alaska Workers' Compensation Board
P.O. Box 25512, Juneau, Alaska 99802-5512

# REPORT OF OCCUPATIONAL INJURY OR ILLNESS

AWCB Case Number

**EMPLOYEE: Answer questions 1-20, immediately mail report. Further instructions on GREEN AND YELLOW page.**

1. Last Name: DELEON   First Name: CHRISTOPHER   Initial: J
2. Telephone Number: 9074596508
3. Date of Birth: 1/26/69
4. Sex: M
5. Social Security Number: 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
6. Mailing Address: 911 Cushman, City: Fairbanks, State: AK, Zip Code: 99701
7. Residence Address: 3392 White Spruce St., City: Fairbanks, State: AK, Zip Code: 99709
8. City, Town, Village where injury occurred: N/A
9. Date & Hour of Last Exposure to Injury or Disease: 11/20/04, Hour: 630 AM
10. On Employer's Premises? No
11. Full Name and Address of Attending Physician: N/A
12. Hospitalized as In-Patient? No
13. Name and Address of Hospital: (blank)

14. Type of Injury or Illness and Part of Body Injured:
   (R) LEG, LOWER BACK STIFFNESS  Right
   (L) BUTTOCKS

15. Describe How the Injury or Illness Happened:
   I WAS ON AN ACCIDENT SCENE, I WAS TAKING PHOTO'S AND SLIPPED DOWN A SNOW BERM AND LANDED ON MY BACK ON THE ICY ROADWAY

16. Employee's Signature: Christopher J DeLeon
17. Date Signed: 11/21/2004

**EMPLOYER: Answer questions 18-49. Carefully follow instructions on PINK page.**

18. Employer's Name: City of Fairbanks
19. Employer's Alaska Address: Same
20. Employer's Mailing Address: 800 Cushman St., City: Fairbanks, State: AK, Zip Code: 99709, Telephone: 4596750
21. Name of Insurer: City of Fairbanks
22. Full Name and Address of Adjusting Company: Self Insured / City of Fairbanks, 800 Cushman Street, Fairbanks, AK 99701, Telephone: 4596750
23. Date Employer First Knew Injury or Illness was Work Related: 11/20/04
24. Time Employee Left Work: NA
25. Time Lost Beyond Date of Injury or Illness? No
26. Date Returned to Work: NA
27. Death: No
28. Location Where Injury or Illness Took Place: Airport & Gillam
29. Employee's Occupation: Police Officer
30. Date Hired by Employer: 5/16/04
31. Earnings Calculated By: Hr.
32. Rate of Pay: $21.03 per hr.
33. Days Employee Works Per Week: 4
34. Name Scheduled Days Off: Mo, Tu, Wed
35. Workday Began: 12:01 AM
36. Was Employee Paid for Day of Injury or Illness? No
37. Federal EIN Number: (blank)
38. Give Details of How Injury or Illness Happened: See above & attached incident report

39. Was Injury or Illness Caused by Failure of a Machine or Product? (blank)
40. Were Mechanical Guards or Other Safeguards Provided? (blank)
41. Name Machine, Substance or Object Which Directly Injured Employee: (blank)
42. If Mechanical, Specifically What Part? (blank)
43. Names and Addresses of Witnesses: (blank)
44. If the Injury or Illness Was Caused by Anyone Besides Employee, Give Name and Address: (blank)
45. Dependents (name and address in case of death): (blank)
46. If You Doubt Validity of Injury or Illness, State Reason: N/A
47. Signature of Authorized Employer Representative: (signed)
48. Title: (blank)
49. Date Signed: 11/17/04

FY 3622