# MICHAEL J. WALLERI

*Attorney-at-Law*
*330 Wendell Street, Suite E*
*Fairbanks, AK 99701*
*(907) 452-4716*
*fax: (907) 452-4725*
*email: walleri@gci.net*

October 3, 2006

Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503-4097

                                      Re:    <u>Fleming v Carroll</u>
                                                  Plaintiff's Supplemental Discovery

Dear Matt:

      Enclosed is the supplemental responses provided in response to the Court's Order of August 31, 2006 (Supplemental to First Set of Discovery), Supplemental to Second Set of Discovery (which was not ordered) and Supplemental to Initial Disclosures (which was also not ordered). We are requesting my clients to come into the office to complete review of the material and sign. We will provide signatures upon our receipt. I assume that this will be acceptable given your office's past use of such procedure. Please advise if there is an objection.

As you know, we have been providing a substantial amount of supplemental discovery production in the interim period, and I believe that cumulatively this should resolve your outstanding discovery due your office. Please review the enclosed and the additional discovery to provided, and advise if you believe that additional material is required.

I would recommend that we have a telephone conversation to discuss omissions, errors etc. Please advise as to your availability.

Sincerely

Michael J. Walleri

EXHIBIT  H
PAGE  1  OF  1