## MICHAEL J. WALLERI
*Attorney-at-Law*
*330 Wendell Street, Suite E*
*Fairbanks, AK 99701*
*(907) 452-4716*
*fax: (907) 452-4725*
*email: walleri@gci.net*

October 19, 2006

Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503-4097

       Re: <u>Fleming v Carroll</u>
          Discovery

Dear Matt:

  After researching William McKillican's deposition, it has come to my attention that your office has copies of William McKillican's employee records from the City of Fairbanks in your possession. These records include his application, payroll changes, Designation of Beneficiary for Unpaid Compensation, Memorandum concerning evaluation and a City of Fairbanks Policy on Use of Computer and Information Systems and Equipment.

  It appears that your office has documents which you are requesting through Court ordered discovery responses. I would like to determine exactly what it is that you are asking for that is not already in your possession.

  I will be out of the state from October 18, 2006 until October 25, 2006 and would like to set up a telephone conversation for October 26, at 10:00 am to discuss this issue as well as any other discovery issues outstanding.

Sincerely,

*Danielle S. Simmons, for*
Michael J. Walleri

EXHIBIT L
PAGE 1 OF 1