

## Jermain Dunnagan & Owens, P.C.
LAW OFFICES

| WILLIAM K. JERMAIN | DIANE F. VALLENTINE | ERIC J. BROWN |
| CHARLES A. DUNNAGAN | W. MICHAEL STEPHENSON | MATTHEW SINGER |
| BRADLEY D. OWENS | ANDRENA L. STONE | RAYMOND E. GOAD, JR. |
| RANDALL G. SIMPSON | EUGENIA G. SLEEPER | MICHELLE L. BOUTIN |
| HOWARD S. TRICKEY | MARK P. MELCHERT | CHERYL MANDALA |
| GARY C. SLEEPER | SARAH E. JOSEPHSON | CAROLINE P. WANAMAKER |
| SAUL R. FRIEDMAN | | THOMAS A. BALLANTINE |

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976 

October 24, 2006

<u>VIA FAX AND U.S. MAIL</u>
Fax No.: (907) 452-4725

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99701

Re:   *Fleming, et al. v. City of Fort Yukon, et al.*

Dear Mr. Walleri:

Regarding your letter of October 19, plaintiffs cannot avoid their discovery obligations by asserting that defendants already possess the documents. We have already litigated this issue.

That said, I certainly do not mean to create busy work. If documents relevant to outstanding discovery have already been produced, then you need not produce those documents again if, in the alternative, you can respond by identifying the particular bates number or deposition exhibit which is responsive to the request. Under no circumstances, however, is it sufficient to offer broad statements like "already produced." We need either a detailed response identifying with specificity the location of the document, or we need a copy of the document itself.

I am not available on October 26 for a teleconference. I will be traveling out of state for depositions and can be reached in my office on or after October 30th. Please give me a call then if you would like to discuss this matter.

Very truly yours,

Jermain, Dunnagan & Owens PC

Matthew Singer

MS/jmh

EXHIBIT J
PAGE 1 OF 1