[Alaska Driver's License for TODD ALAN SCHLUMBOHM, PO BOX 84749, FAIRBANKS AK 99708; License No. 6731423; DOB 06-01-70; Expiration 06-01-05]

3/31/03
Add to
AML
insurance

Alaska Police Standards Council
PO Box 111200
Juneau, AK 99811-120

# APPLICATION FOR BASIC TRAINING    F-5

CHECK ONE:
☑ Police  ☐ Correctional  ☐ Probation/Parole

CHECK ONE:
☐ Full Academy  ☐ Mini Academy

Name (Last, First, Middle): MCKILLICAN, WILLIAM DAVID

Agency:

Date of Birth: 02/27/71

Agency Address:

Rank:

Vehicle Operator's License Number: 6677758
Expiration Date: 02/27/03
Date of Hire:

Height: 74"    Weight: 205

Date of Last Physical Examination: JUNE 01

Limitations Indicated by Physical Exam: NONE

Current Assignment:

Previous Basic Law Enforcement Training: NONE

**IF NOT ALREADY SENT TO APSC, THE FOLLOWING MUST ACCOMPANY THIS APPLICATION:**

A. Medical Examination Report (F-2B)   B. Health Questionnaire (F-2A)   C. Personal History Statement (F-3)
D. Criminal Record (if any)   E. Psychological Examination Report (when examination is mandatory)

## APPLICANT

1. Have you ever been convicted of a firearms violation? ☐ Yes ☑ No

2. Have you ever been convicted of a felony crime or a crime, which limits or prevents you from possessing a firearm? ☐ Yes ☑ No

I release the sponsoring agency and other departments officially connected or associated with this training program from liability in case of illness or accident.

I certify under penalty of PERJURY that the foregoing is true and accurate to the best of my knowledge.

Done at _____, Alaska on the ____ day of _____ 20___

Applicant: [signature]

SWORN TO AND SUBSCRIBED before me on this 19th day of February 2002

[Notary seal: MICHELLE LITTELL NOTARY PUBLIC STATE OF ALASKA]

Michelle Littell
Notary Public in and for Alaska

My Commission Expires: May 22, 2003

## DEPARTMENT HEAD

I certify that this application has met the minimum employment standards and approve this application.

Department Head _____   Title _____   Date _____

APSC Use: Approved
Academy Use: Approved

(Revised 4/00)

| | |
|---|---|
| American Red Cross — Together, we can save a life<br>This recognizes that<br>**Darrell Kriska**<br>has completed the requirement<br>Standard First Aid<br>conducted by<br>TANANA VALLEY CHAPTER<br>Date completed    05/13/2002<br>The American Red Cross recognizes this certificate as valid for 3 year(s) from completion date. | American Red Cross — Together, we can save a life<br>This recognizes that<br>**Darrell Kriska**<br>has completed the requirements for<br>Adult CPR/AED<br>conducted by<br>TANANA VALLEY CHAPTER<br>Date completed    05/13/2002<br>The American Red Cross recognizes this certificate as valid for 1 year(s) from completion date. |
| American Red Cross — Together, we can save a life<br>This recognizes that<br>**Jerson Lopez**<br>has completed the requirements for<br>Standard First Aid<br>conducted by<br>TANANA VALLEY CHAPTER<br>Date completed    05/13/2002<br>The American Red Cross recognizes this certificate as valid for 3 year(s) from completion date. | American Red Cross — Together, we can save a life<br>This recognizes that<br>**Jerson Lopez**<br>has completed the requirements for<br>Adult CPR/AED<br>conducted by<br>TANANA VALLEY CHAPTER<br>Date completed    05/13/2002<br>The American Red Cross recognizes this certificate as valid for 1 year(s) from completion date. |
| American Red Cross — Together, we can save a life<br>This recognizes that<br>**William McKillican**<br>has completed the requirements for<br>Standard First Aid<br>conducted by<br>TANANA VALLEY CHAPTER<br>Date completed    05/13/2002<br>The American Red Cross recognizes this certificate as valid for 3 year(s) from completion date. | American Red Cross — Together, we can save a life<br>This recognizes that<br>**William McKillican**<br>has completed the requirements for<br>Adult CPR/AED<br>conducted by<br>TANANA VALLEY CHAPTER<br>Date completed    05/13/2002<br>The American Red Cross recognizes this certificate as valid for 1 year(s) from completion date. |
| American Red Cross — Together, we can save a life<br>This recognizes that<br>**Alan Mitchell**<br>has completed the requirements for<br>Standard First Aid<br>conducted by<br>TANANA VALLEY CHAPTER<br>Date completed    05/13/2002<br>The American Red Cross recognizes this certificate as valid for 3 year(s) from completion date. | American Red Cross — Together, we can save a life<br>This recognizes that<br>**Alan Mitchell**<br>has completed the requirements for<br>Adult CPR/AED<br>conducted by<br>TANANA VALLEY CHAPTER<br>Date completed    05/13/2002<br>The American Red Cross recognizes this certificate as valid for 1 year(s) from completion date. |
| American Red Cross — Together, we can save a life<br>This recognizes that<br>**Eric Nicholi**<br>has completed the requirements for<br>Standard First Aid<br>conducted by<br>TANANA VALLEY CHAPTER<br>Date completed    05/13/2002<br>The American Red Cross recognizes this certificate as valid for 3 year(s) from completion date. | American Red Cross — Together, we can save a life<br>This recognizes that<br>**Eric Nicholi**<br>has completed the requirements for<br>Adult CPR/AED<br>conducted by<br>TANANA VALLEY CHAPTER<br>Date completed    05/13/2002<br>The American Red Cross recognizes this certificate as valid for 1 year(s) from completion date. |

**Universal Cert. 653999 (Rev. Oct. 2001)**

EXHIBIT K
PAGE 3 OF 5

EX 1099

*[Signature block repeated 10 times in two columns of five:]*

*Chairman, American Red Cross*
Instructor's Signature

*Romina M. Kline*

Chapter
Tanana Valley Chapter
Fairbanks, Alaska

Holder's Signature

Cert. 653999 (Rev. Oct. 2001)

**Universal Cert. 653999 (Rev. Oct. 2001)**   FY 1100

IHS-803 (10/96) P.L. 96-511 N.A

# PCC AMBULATORY ENCOUNTER RECORD

Date 1/2/03

Time 4:00 AM PM

Clinic 20

Appt. ______ Walk-in ______

PROBLEM LIST UPDATE
(Enter Problem Numbers From Health Summary)

| Remove | Move to Inactive | Move to Active |
|---|---|---|
| | | |

| PROVIDERS | AFFIL. | DIS. | INITIALS / CODE |
|---|---|---|---|
| PRIMARY PROVIDER | 3 | 11 | CAP |

| TEMP | PULSE | RESP | B/P |
|---|---|---|---|
| | 90 | | 142/90 |

WT. GM KG LB-OZ

HT. CM IN

HEAD CM IN

VISION-UNCORRECTED R L

VISION-CORRECTED R L

CHIEF COMPLAINT: 34 y.o. ♂ c/o chest wall pain

SUBJECTIVE/ OBJECTIVE: [illegible]

Meds: [illegible], ASA, [illegible]; Allergies: Amoxicillin, [illegible]

O: A, O x 3 in NAD

HEENT: NC/AT, PERRLA, EOMI. There is mild tenderness over the (L) zygomatic arch, ecchymosis & [illegible]

Neck: [illegible]

[illegible]: there is tenderness over the axillary line (R) side, level T12. ∅ ecchymosis, [illegible] [illegible]

Lungs: CTAB, good air exchange.

Heart: RRR, [illegible]

Injury? ☐ Yes ☐ No If yes, Date: ☐ ETOH Related ☐ Empoy. Rel.

Cause: Place:

(For additional Documentation, Use IHS 45-3 Continuation Sheet)

TESTS/ PROCEDURES ORDERED: CXR recommended.

| PROBLEM LIST A-AI-C | # | PURPOSE OF VISIT *(PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE)* | Health Factors |
|---|---|---|---|
| | 1. | Chest wall pain. | |

REPRODUCTIVE FACTORS G P LC SA TA LMP FP METHOD DATE BEGUN

PROBLEM LIST NOTES
STORE NOTE FOR PROB. # REMOVE NOTE #
STORE NOTE FOR PROB. #

MEDICATIONS | MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION

1. Continue Meds. Sup. OBSA.

2. If pain continues over next 2 days, then Chest x-ray recommended.

| ✓ | ORDER | INITIALS |
|---|---|---|
| | HCT | |
| | UA | |
| | HCG | |
| | BS-F/BS-R | |
| | CBC | |
| | Urine culture | |
| | Throat culture | |
| | Stool culture | |
| | STS | |
| | GC | |
| | PAP | |
| | Pelvic | |
| | Breast | |
| | Mammogram | |
| | Rectal | |
| | Chest X-ray | |
| | EKG | |
| | Soak | |
| | Hep B # | |
| | Hep A # | |
| | OPV # | |
| | DTP # | |
| | DT aP # | |
| | DT | |
| | Td | |
| | MMR # | |
| | Varicella | |
| | Influenza | |
| | Hib TITER/ ActHIB # | |
| | Padvax HIB # | |
| | Pneumo Vax | |
| | PPD mm | |
| ✓ | Type of Decision Making | |
| | Straightforward | |
| | Low Complexity | |
| | Moderate Complexity | |
| | High Complexity | |

HR # SSN #

NAME Chris DeLeon

B DATE -69 SEX M TRIBE

RESIDENCE

FACILITY DATE

REVISIT/ REFERRAL TO: RK PA DATE 1/2/03 TIME

PURPOSE:

INSTRUCTIONS: TO PATIENT: ☐ SIGN RELEASE RECORDS

C. B[illegible], PA-C
PROV. SIGNATURE

EXHIBIT K
PAGE 5 OF 5

FY 1249