# HEALTH INSURANCE CLAIM FORM

| | |
|---|---|
| 1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
| 2. PATIENT'S NAME: DELEON, CHRISTOPHER JAMES | 3. PATIENT'S BIRTH DATE: MM 19 YY / SEX |
| 4. INSURED'S NAME: DELEON, CHRISTOPHER JAMES | |
| 5. PATIENT'S ADDRESS | 6. PATIENT RELATIONSHIP TO INSURED |
| 7. INSURED'S ADDRESS | 8. PATIENT STATUS |
| 9. OTHER INSURED'S NAME: DELEON, CHRISTOPHER JAMES | 10. IS PATIENT'S CONDITION RELATED TO: |
| 11. INSURED'S POLICY GROUP OR FECA NUMBER | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) |
| a. INSURED'S DATE OF BIRTH: MM DD YY | |
| b. OTHER INSURED'S DATE OF BIRTH: MM 09 YY | b. AUTO ACCIDENT? PLACE (State) |
| b. EMPLOYER'S NAME OR SCHOOL NAME: CITY OF FORT YUKON | |
| c. EMPLOYER'S NAME OR SCHOOL NAME: CITY OF FORT YUKON | c. OTHER ACCIDENT? |
| c. INSURANCE PLAN NAME OR PROGRAM NAME: NON-BENEFICIARY PATIENT | |
| d. INSURANCE PLAN NAME OR PROGRAM NAME: WORKMEN'S COMP | 10d. RESERVED FOR LOCAL USE |
| d. IS THERE ANOTHER HEALTH BENEFIT PLAN? | |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 01 13 2004

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

| 24. | A. DATES OF SERVICE | B. | C. | D. PROCEDURES | E. DIAGNOSIS CODE | F. $ CHARGES | G. | H. | I. | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 04 03 – 12 05 03 | | 23 | 90772 | | 80.00 | | | | | |
| 2 | 12 01 03 – 12 01 03 | | 23 | 99213 | | 65.00 | | | | | |

TOTAL CHARGE: 145.00

*Fleming v Carroll*
Plt. Doc. Control No. **146**



EXHIBIT L
PAGE 2 OF 7

Fleming v Carroll
Plt00597



**State of Maryland**
**FIRST RESPONDER**

Affiliation: 12     Company: P124
**CERTIFICATION**

ID# 0146931     Eff: 07/13/2006     Exp: 12/31/2009

WILLIAM D. MCKILLICAN
1126 GALENA STREET
FAIRBANKS, AK  99709



EXHIBIT ____
PAGE 3 OF __

Fleming v Carroll
Plt00598



This is to certify
William McKillican
has successfully completed the prescribed course of instruction
for forensic breath alcohol testing and is hereby certified as a
**BREATH TEST OPERATOR**
to administer chemical tests pursuant to [illegible] designated herein.

12/15/2004
Certification Date

12/15/2007
Expiration Date

5210
ID#

Scientific Director

EXHIBIT 4
PAGE 4 OF 7

Fleming v Carroll
Plt00600

ONE-ON-ONE CONROL TACTICS



William McKillican
Recieved 40 hours of Training
One-On-One Control Tactics Instructor

DATE 02-24-06 INSTRUCTOR\TRAINER *Steven N. Jimerfield*

EXHIBIT L
PAGE 5 OF 7



Fleming v Carroll
Plt00604



# State of Alaska
## Village Police Officer Certificate of Recognition

This Certificate Is Awarded to

### Todd Schlumbohm

Who has completed 94 hours of

### Basic Village Police Officer Training

_Julia P. Grimes_
Director, Alaska State Troopers
Colonel Julia Grimes

12-11-03
Date

EXHIBIT ___
PAGE ___ OF ___

Fleming v Carroll
Plt00605