IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT FORT YUKON

FANNIE M. CARROLL, )
        Plaintiff, )
vs. ) CASE NO. 4FY-03-06 Civil
  )
RICHARD E. MILLER, )
        Defendant. ) SUBPOENA TO APPEAR & PRODUCE

To: Mr. Reggie Fleming, Chief of Police
Address: General Delivery, Fort Yukon, Alaska  99740

You are commanded to appear in court to testify as a witness in the above case at:
    Date and Time: July 30, 2003 at 2:00 p.m.
    Courtroom: State Building at Fort Yukon, Alaska
You are ordered to bring with you any and all audio tape recordings of telephone conversations between Richard Miller and Fannie Carroll which are in the possession of the Fort Yukon Police.

_7-28-03_
Date

_[signature]_ (SEAL)
Deputy Clerk

Subpoena issued at request of
Michael J. Walleri
Attorney for Richard Miller
Address: 330 Wendell St., Ste C Fbks, AK
Telephone: (907) 452-4716
If you have any questions, contact the person named above.

This subpoena must be filled in before being issued and may not be used to require a witness to appear for a deposition.

RETURN

I certify that on the date stated below, I served this subpoena on the person to whom it is addressed, _Reggie Fleming_, in _Fort Yukon_, Alaska. I left a copy of the subpoena with the person named and also tendered mileage and witness fees required by court rule.

_7-29-03   12:30 pm_
Date and Time of Service

_[signature]_
Signature

Service Fees:
    Service $ _45_
    Mileage $ _____
    TOTAL $ _45_

Todd Schlumbohm
Print or Type Name
Police Officer
Title

If served by other than a peace officer, this return must be notarized.
Subscribed and sworn to or affirmed before me at _____, Alaska
on _____.

(SEAL)

Clerk of Court, Notary Public or other person authorized to administer oaths.
My commission expires _____

CIV-110 (8/96)(st.3)
SUBPOENA TO APPEAR & PRODUCE

EXHIBIT _A_
PAGE _1_ OF _1_

Civil Rule 45
Dist. Ct. Civ. R. 11(f)
Fleming v Carroll
Plt00593