```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF ALASKA

 3  REGINALD FLEMING, CHRISTOPHER    )
    DeLEON, CHRIS HAMPTON, WILLIAM   )
 4  D. McKILLICAN, and TODD          )
    SCHLUMBOHM,                      )
 5                                   )
                    Plaintiffs,      )
 6                                   )
    vs.                              )
 7                                   )
    FANNIE CARROLL and the CITY OF   )
 8  FORT YUKON, ALASKA,              )
                                     )
 9                  Defendants.      )
                                     )
10  Case No. 4:04-cv-00034-RRB Civil

11             DEPOSITION OF REGINALD FLEMING
                       July 20, 2006
12
    APPEARANCES:
13
          FOR THE PLAINTIFFS:      MR. MICHAEL J. WALLERI
14                                 Attorney at Law
                                   330 Wendell Street, Suite E
15                                 Fairbanks, Alaska 99701
                                   (907) 452-4716
16
          FOR THE DEFENDANTS:      MR. MATTHEW SINGER
17                                 Jermain, Dunnagan & Owens
                                   Attorneys at Law
18                                 3000 A Street, Suite 300
                                   Anchorage, Alaska 99503
19                                 (907) 563-8844

20

21                         *  *  *  *

22

23

24

25
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT C
PAGE 1 OF 15

1  A       Yes, sir.
2  Q       Did you interview with Fairbanks at that time?
3  A       Fairbanks had called me in to let me know they were
4          interested in -- in picking me up and that I needed to
5          take a test, you know, do the testing that was coming
6          up, and that was the extent of.....
7  Q       Did you ever take the testing they required?
8  A       Yes, I have.
9  Q       And then when did you go to work for the City of Fort
10         Yukon?
11 A       October of 2001, sir.
12 Q       So the end of 2001 you went to work for the City of
13         Fort Yukon?
14 A       Yeah, October.  Yes, sir.
15 Q       Now, when did you leave employment with the City of
16         Fort Yukon?
17 A       Let's see, that was in -- that was in January, January
18         or February.
19 Q       If I represent to you that you left employment in
20         February 2004.....
21 A       Yeah.
22 Q       .....does that sound accurate?
23 A       Yeah, that sounds close.  Yeah.
24 Q       What have you done for -- are you currently employed?
25 A       Yes, sir.



EXHIBIT C
PAGE 2 OF 15

| | | |
|---|---|---|
| 1 | Q | And who are you employed by today? |
| 2 | A | Right now I'm on active status. |
| 3 | Q | With the military? |
| 4 | A | Yes. |
| 5 | Q | Which military? |
| 6 | A | The Air Force, sir. |
| 7 | Q | Regular Air Force or Guard? |
| 8 | A | Guard. |
| 9 | Q | And how long have you been on active status with the |
| 10 | | Air Guard? |
| 11 | A | For about -- this will be my first full year of active |
| 12 | | Guard duty, and then I was on active duty off and on |
| 13 | | through 2004 and 2005. |
| 14 | Q | How are you paid now? |
| 15 | A | Paid salary with them. |
| 16 | Q | What's your salary? |
| 17 | A | Take home? |
| 18 | Q | No.  Do you know your annual salary? |
| 19 | A | It's hard to say.  You get -- it all depends on when |
| 20 | | you hit so many years.  It -- it's on a pay scale of |
| 21 | | years and so your pay changes and if you get promoted, |
| 22 | | so it's just -- it's hard to say. |
| 23 | Q | Do you know your current annual salary? |
| 24 | A | Well, I can tell you my take-home as far as -- it's |
| 25 | | 40 -- about 4,300 a month. |

**LIZ D'AMOUR & ASSOCIATES, INC.**
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



EXHIBIT C
PAGE 3 OF 15

| | | |
|---|---|---|
| 1 | Q | Your take-home pay? |
| 2 | A | Take-home -- take-home, after everything -- let's see, |
| 3 | | I get -- you're looking at 4,000.  4,000 a month, sir. |
| 4 | Q | So your annual salary you would estimate is in the |
| 5 | | range of $48,000 a year? |
| 6 | A | $48,000 a year, yeah. |
| 7 | Q | And what's your job title or job duty in the Guard? |
| 8 | A | My -- my job duty, sir, is to -- to order parts for the |
| 9 | | plane, keep the planes flying.  If the plane goes down, |
| 10 | | I search throughout the world for parts to get them |
| 11 | | here immediately, and to handle all supply transactions |
| 12 | | dealing with the planes, support personnel, just for |
| 13 | | the whole wing, we order things for the whole wing. |
| 14 | Q | Do you have a job title? |
| 15 | A | Yes. |
| 16 | Q | What's your title? |
| 17 | A | Supply technician, sir. |
| 18 | Q | How long have you served in that role, supply |
| 19 | | technician? |
| 20 | A | Well, supply technician, I've been a supply technician |
| 21 | | in the Army, so you're looking at about 10 years, sir. |
| 22 | Q | So from after you left employment with the City of Fort |
| 23 | | Yukon 2004, when did you go to work for the Air Guard? |
| 24 | | How long? |
| 25 | A | Sir, I left -- if I left -- I left town February, |

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678

EXHIBIT C
PAGE 4 OF 15

```
 1          you're looking at about September, October of 2004.
 2    Q     And did you go full time at that point with the Guard?
 3    A     First started off, no, I was just a weekender, and then
 4          they asked -- that they had needed some more help out
 5          there, and actually if I would go on active status for
 6          a couple of months.
 7    Q     When was that?
 8    A     That was in November, the November time.
 9    Q     Now, after leaving Fort Yukon and before going --
10          joining up with the Air Guard in the fall of 2004.....
11    A     Uh-huh.
12    Q     .....did you have any other employment?
13    A     Uh-huh (affirmative).
14    Q     That's a yes?
15    A     Yes, sir.
16    Q     And what other employment did you have?
17    A     I worked with the Railroad Police Department.
18    Q     When did you start work with the Railroad Police
19          Department?
20    A     Let's see, February, March -- well, before I did the --
21          the Railroad Police Department, I went out to the Pogo
22          Mines to help set up security and stuff at the Pogo
23          Mine for Securitas.
24    Q     When did you do that?
25    A     I'm going to say about a month after I left -- after
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



EXHIBIT C
PAGE 5 OF 15

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | the situation with Fort Yukon, sir.                                  |
| 2  | Q | So March 2004?                                                       |
| 3  | A | The dates -- March, April, sir.                                      |
| 4  | Q | And so was the Pogo Mine Securitas position, was that                |
| 5  |   | the first job you had after leaving Fort Yukon?                      |
| 6  | A | Yes, sir.                                                            |
| 7  | Q | How long were you unemployed?                                        |
| 8  | A | Like I say, about a month or two, sir.                               |
| 9  | Q | And you would have records to indicate when you worked               |
| 10 |   | for the Pogo Mine?                                                   |
| 11 | A | Yes, I can go back to Securitas and get those records                |
| 12 |   | for you, sir.                                                        |
| 13 | Q | Securitas would have given you a W2 form?                            |
| 14 | A | Yes, sir, they did.                                                  |
| 15 | Q | And would it be terribly burdensome to produce your W2               |
| 16 |   | form?                                                                |
| 17 | A | I will try to find it, or I can go up to the federal                 |
| 18 |   | building and try to get one, sir.                                    |
| 19 | Q | It doesn't strike you as a terribly burdensome request?              |
| 20 | A | Not really, sir.                                                     |
| 21 | Q | And Pogo Mines also -- they paid you, they give you                  |
| 22 |   | pay -- or Securitas gave you pay stubs?                              |
| 23 | A | Yes, sir.                                                            |
| 24 | Q | And what -- do you recall what your pay was for them?                |
| 25 | A | I want to say it was about $20 an hour, sir.                         |


EXHIBIT C
PAGE 6 OF 15

```
 1  Q    And it was an hourly position?
 2  A    Yes, sir.
 3  Q    Did you receive overtime?
 4  A    Yes, sir.
 5  Q    A lot of overtime?
 6  A    Yes, sir.
 7  Q    Good pay?
 8  A    Yes, sir.
 9  Q    What were the -- did you work on shifts?
10  A    Yes, sir.
11  Q    What were your shifts?
12  A    Two weeks on, a week off, twelve hours a day, seven
13       days a week for two weeks.
14  Q    Did you have any objection to working those hours?
15  A    Unh-unh.  No, sir.  Sorry.
16  Q    And so -- and that was more money than you were earning
17       at Fort Yukon?
18  A    Yes, sir.
19  Q    And how long did you work with the Securitas at the
20       Pogo Mine?
21  A    Well, Pogo Mine part, it only lasted for the first two
22       weeks and then they got shut down over -- it was during
23       that time when -- I forget who filed a lawsuit against
24       them for something to do with the sanitation and stuff
25       and they got shut down.
```

```
 1  Q    So you worked -- did you keep working for Securitas
 2       after the Pogo Mine?
 3  A    Yes, sir.
 4  Q    How long did you work for Securitas?
 5  A    Actually, I'm still on their payroll so.....
 6  Q    You are?
 7  A    Yeah, but I'm just on active duty status, so I'm in
 8       active status with Securitas, sir.
 9  Q    Do you occasionally do work for them now?
10  A    No, I don't do any work for them right now because I'm
11       on active status.
12  Q    So when is the last time you did work for Securitas?
13  A    December of last year, sir.
14  Q    December of 2005?
15  A    Yes, sir.
16  Q    Did you work with Securitas continuously from March
17       2004 until December 2005?
18  A    Yes, sir.
19  Q    And in addition, you also worked for the Railroad
20       Police?
21  A    The Railroad Police was under contract with Securitas.
22  Q    So your Pogo Mine work and the Railroad Police work,
23       those were both Securitas jobs?
24  A    Yes, contracts, sir.
25  Q    And you were paid the same for both assignments?
```



| | | |
|---|---|---|
| 1 | A | Close, close to the same.  One assignment was dealing |
| 2 | | with security on the gold, and the other one was |
| 3 | | security for the -- the railroad. |
| 4 | Q | But in terms of who paid you and how you were paid..... |
| 5 | A | Uh-huh. |
| 6 | Q | .....both jobs were paid by Securitas? |
| 7 | A | Yes, sir. |
| 8 | Q | And you received one W2 form from Securitas for the |
| 9 | | whole year? |
| 10 | A | Yes, sir. |
| 11 | Q | And did you -- in the year 2004, other than the City of |
| 12 | | Fort Yukon and Securitas, did you have any other paid |
| 13 | | employment? |
| 14 | A | That was the Air Force, sir. |
| 15 | Q | And the Air Force? |
| 16 | A | Yes, sir. |
| 17 | Q | And that's because you went back on reserve duty in the |
| 18 | | fall of 2004..... |
| 19 | A | Yes. |
| 20 | Q | .....and then you went -- that's correct? |
| 21 | A | Yes, sir, fall of 2004, about, yeah, September, October |
| 22 | | time, sir. |
| 23 | Q | And then at the end of 2004, approximately November, |
| 24 | | you said, you went on active status? |
| 25 | A | Yeah, for about a month or two, sir. |

*LIZ D'AMOUR & ASSOCIATES, INC.*
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*



```
 1  Q    Do you remember your total income for the year 2004?
 2  A    No, sir, not right off the -- right off the bat.
 3  Q    How did it compare with 2003?  Do you recall?
 4  A    I don't know, sir.
 5  Q    Did you make more money in 2004 than 2003?
 6  A    I really have to look at my W2s and add them all
 7       together.
 8  Q    Do you file tax returns?
 9  A    Yes, sir.
10  Q    Do you keep records of your tax returns?
11  A    Yes, sir.
12  Q    And would you be able to produce those to your
13       attorney?
14  A    Yes, sir.
15  Q    2005, then, you -- is it correct you were on active
16       status with the military in 2005?
17  A    Yes, sir.
18  Q    For the entire year?
19  A    Not the entire year, sir.
20  Q    What periods of time in 2005 were you on full time
21       active status with the military?
22  A    2005, they sent me to leader- -- leadership school that
23       lasted for two months, so that was for two months, and
24       that's two to three months, and that started in about
25       May of 2005 to about June of 2005.  Then I was off --
```



24

|    |   |                                                                                  |
|----|---|----------------------------------------------------------------------------------|
| 1  |   | off of active status.  Then they had someone retire                              |
| 2  |   | from the Air Force and they needed somebody to come in                           |
| 3  |   | and take their place because they were undermanned.                              |
| 4  |   | And I went on active status in July and I'm still on                             |
| 5  |   | active status.                                                                   |
| 6  | Q | And you also did some work for Securitas during the                              |
| 7  |   | year 2005?                                                                       |
| 8  | A | Yes, sir.                                                                        |
| 9  | Q | And so were you always fully employed during the year?                           |
| 10 | A | Yes, sir.                                                                        |
| 11 | Q | Did you have any weeks where you did not work at all,                            |
| 12 |   | other than vacation?                                                             |
| 13 | A | Other than vacation?  In 2005, 2004 I was -- I didn't                            |
| 14 |   | have -- for the full year I wasn't employed.                                     |
| 15 | Q | Well, you've already talked about that, right?                                   |
| 16 | A | Okay.                                                                            |
| 17 | Q | Is that correct?  You're talking about the period right                          |
| 18 |   | after you left.....                                                              |
| 19 | A | Yes.                                                                             |
| 20 | Q | .....the City of Fort Yukon employment?                                          |
| 21 | A | Yes, sir.                                                                        |
| 22 | Q | In 2005 did you have any idle time at all?                                       |
| 23 | A | No, sir.                                                                         |
| 24 | Q | You were fully employed the whole year?                                          |
| 25 | A | Yes, sir.                                                                        |

| | | |
|---|---|---|
| 1 | Q | Do you know how much you earned in the year 2005? |
| 2 | A | Sir, I will have to go back to my W2s. |
| 3 | Q | And then in 2006 have you been fully employed this |
| 4 | | whole year? |
| 5 | A | Yes, sir. |
| 6 | Q | And you testified that this whole year you've worked |
| 7 | | for the military..... |
| 8 | A | Yes. |
| 9 | Q | .....on active..... |
| 10 | A | Yes. |
| 11 | Q | .....duty Guard? |
| 12 | A | Yes, sir. |
| 13 | Q | And have you had any other paid employment in 2006? |
| 14 | A | No, sir.  Well, I take that back.  I have had -- |
| 15 | | Securitas sent me the rest of my vacation pay, sir, |
| 16 | | that's the only thing. |
| 17 | Q | Now, in the military you have health benefits? |
| 18 | A | Yes, sir. |
| 19 | Q | Retirement benefits? |
| 20 | A | Yes, sir. |
| 21 | Q | And how many years, now, total do you have in the |
| 22 | | military? |
| 23 | A | Ten years, sir. |
| 24 | Q | And how many do you need for retirement? |
| 25 | A | Twenty, sir. |

**LIZ D'AMOUR & ASSOCIATES, INC.**
*330 Wendell Street, Suite A*
*Fairbanks, Alaska 99701*
*(907) 452-3678*



26

```
 1  Q    What's your intention?  Do you plan to work for the
 2       military until you.....
 3  A    Right now I'm at the point and I'm thinking about it.
 4       I haven't really made up my mind on that yet, sir.
 5  Q    Do you have another career plan?
 6  A    Yes, sir.
 7  Q    What's your other career plan?
 8  A    Going back into police work, sir.
 9  Q    And have you made any applications to go back into
10       police work?
11  A    I have put in for -- I did put in for the troopers.
12  Q    When did you do that?
13  A    About two months before I was -- took a position at --
14       for the -- at the Guard, sir.
15  Q    So was that in the summer of 2004?
16  A    Summer of 2004?
17  Q    Well, there's -- you took -- you've just.....
18  A    No, the one at.....
19  Q    .....got two active.....
20  A    .....2000-and -- 2005, I want to say, sir.
21  Q    So a year ago.....
22  A    Yes, sir.
23  Q    .....you put in for active -- or put in for a job with
24       the troopers?
25  A    Yes, sir.
```

LIZ D'AMOUR & ASSOCIATES, INC.
330 Wendell Street, Suite A
Fairbanks, Alaska 99701
(907) 452-3678



| | | |
|---|---|---|
| 1 | Q | What came of that? |
| 2 | A | I took a position out with the Air Force. |
| 3 | Q | Did the troopers contact you? |
| 4 | A | They -- they called me up and said that there was a test date, but I had already took a position, and I couldn't -- the offered me a position, I took it, and I want to say about two weeks later the troopers called and said, hey, testing is beginning, but I told them that I was going to drop out because I already took a position. |
| 11 | Q | So you withdraw your application from the troopers? |
| 12 | A | Yes, sir. |
| 13 | Q | And since then have you pursued any law enforcement jobs? |
| 15 | A | Not yet. No, sir. I'm on active status, sir, I can't do it. Because I was informed you can't be -- if you're on active status you cannot do another full time job without your company commander's permission. |
| 19 | Q | If you want to, do you believe you can stay in the military for your career? |
| 21 | A | I -- I believe I can, sir. |
| 22 | Q | Do you think you have continuing opportunity with the military? |
| 24 | A | Possible, sir. |
| 25 | Q | And if you stay with the military, will you continue to |



```
 1            enjoy promotions and income growth?
 2   A        Yes, sir.
 3   Q        And you have the opportunity to earn retirement
 4            benefits?
 5   A        Yes, sir.
 6   Q        And full medical?
 7   A        I don't think it's full when you retire, sir.  There's
 8            a lot of cuts and a lot of stuff, so.....
 9   Q        There would be medical benefits?
10   A        Yes, sir.
11   Q        And as -- so long as you're on active duty you have
12            medical benefits, correct?
13   A        Yes, sir.
14   Q        Now, it's true, before going to work for the City of
15            Fort Yukon, you never worked in law enforcement?
16   A        Per se, sir, unless you're talking about I did
17            Volunteers in Policing.  I went to their police
18            academy -- their police academy, and I helped the
19            Fairbanks Police Department out on the street,
20            patrolling the streets as a volunteer for crime, and I
21            also worked for the Fairbanks Parking Authority, that
22            had something to do with enforcement of city codes and,
23            you know.....
24   Q        You had never worked as a police officer before?
25   A        No, not getting paid.  No, sir.
```

