Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>            Plaintiffs,<br><br>       vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 4:04-cv-00034-RRB

**REPLY TO OPPOSITION TO DEFENDANTS' MOTION IN LIMINE
TO STRIKE WALLERI AFFIDAVIT/DISQUALIFY WALLERI**

Defendants' motion to strike or disqualify counsel is now moot. The subject of the motion is Mr. Walleri's affidavit, which was attached to Plaintiff William McKillican's opposition brief at Docket 127. Since McKillican's claims have now been

REPLY TO OPPOSITION TO DEFENDANTS' MOTION
IN LIMINE TO STRIKE WALLERI AFFIDAVIT/DISQUALIFY WALLERI
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. 4:04-cv-00034-RRB

PAGE 1 OF 3

resolved on summary judgment [Docket 173], there is no need for the Court to decide whether it is proper for Mr. Walleri to testify about facts related to McKillican's claims.

Defendants also acknowledge that they did receive in discovery a copy of the subpoena referenced by Mr. Walleri. Defendants overlooked the subpoena and apologize to the Court and plaintiffs for the oversight or any inference that plaintiffs had done something wrong with regard to disclosure of that document.

DATED at Anchorage, Alaska this 28th day of December, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.

By:   s/ Matthew Singer
Matthew Singer
Alaska Bar No. 9911072

By:   s/ Howard S. Trickey
Howard S. Trickey
3000 A Street, Suite 300
Anchorage, AK  99503
Phone:  (907) 563-8844
Fax:  (907) 563-7322
Alaska Bar No. 7610138

REPLY TO OPPOSITION TO DEFENDANTS' MOTION
IN LIMINE TO STRIKE WALLERI AFFIDAVIT/DISQUALIFY WALLERI
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. 4:04-cv-00034-RRB

PAGE 2 OF 3

*CERTIFICATE OF SERVICE*

I hereby certify that on December 28, 2006,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer