

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs



NOV 2 8 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **THIRD SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF TODD SCHLUMBOHM** |

Case No. F04-0034 CIV (RRB)

COMES NOW defendant, Todd Schlumbohm to respond under oath to the following interrogatories as follows:

**INTERROGATORIES**

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
452-4725

THIRD SUPP DISCOVERY RESPONSES TO FIRST: T. SCHLUMBOHM
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

PAGE 1 OF 5

Exhibit A
Page 1 of 5

Interrogatory No. 14: Please describe each of your employment experiences subsequent to employment with the City of Fort Yukon, including current employment, and specify:

a.  The name and address of each employer;

b.  The inclusive dates of employment;

c.  The principal business of your employer;

d.  Your initial job duties and responsibilities;

e.  Your initial salary;

f.  Each change in your salary, including the date, amount and reason for such change;

g.  Each change in your job title or responsibilities, including the date and a description of the change;

h.  The nature of any fringe benefits received initially;

i.  Any change in fringe benefits, including the date of such change and the reason for such change;

j.  The name and address of each of your supervisors;

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
452-4725

THIRD SUPP DISCOVERY RESPONSES TO FIRST: T. SCHLUMBOHM
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

PAGE 2 OF 5

Exhibit A
Page 2 of 5

k. A description of any training or education you received;

l. The number of employees (if any) that you supervised;

m. The contents of any evaluations received;

n. Reason for leaving.

<u>Answer</u>: Mr. Schlumbohm has been employed at the following places:

1. March 1, 2004, through March 12, 2004, Mr. Schlumbohm was employed by West Valley High School as a security officer. During his employment, Mr. Schlumbohm's duties included the following: observe approximately 1,300 teen age students and 100 staff members; enforce laws, rules, and disciplinary actions; recognize gangs, symbols, actions and demeanors; prevent drug activities and alcohol usage by the students; dealt with students who were reported with possessing weapons while on school property; and dealt with students who were violent and/or suicidal.

2. May 5, 2004, through October 22, 2005, Mr. Schlumbohm was employed by Alaska Distributors as a merchandiser. During his employment, Mr. Schlumbohm's duties include the following: stocking and rotating of merchandise; placing signs and banners for sale items; building displays; delivering merchandise to customers in the Fairbanks and North Pole areas.

Michael J. Walleri
Attorney at Law
330 Wendell St. Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
452-4725

THIRD SUPP DISCOVERY RESPONSES TO FIRST: T. SCHLUMBOHM
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

PAGE 3 OF 5

**Exhibit A**
**Page 3 of 5**

3. October 25, 2005, through March 18, 2005, Mr. Schlumbohm was employed by Lathrop High School as a security officer. During his employment, Mr. Schlumbohm's duties included the following: observe approximately 1,300 teen age students and 100 staff members; enforce laws, rules, and disciplinary actions; recognize gangs, symbols, actions and demeanors; prevent drug activities and alcohol usage by the students; dealt with students who were reported with possessing weapons while on school property; and dealt with students who were violent and/or suicidal.

4. March 18, 2005, through the present Mr. Schlumbohm was employed by Securitas as a security officer. During his employment, Mr. Schlumbohm's duties included the following: maintaining a safe environment for tourists and business owners in the downtown area of Fairbanks; assisting highly intoxicated persons to the detox van and/or the Fairbanks Police Department; detailed report writing; filling out police reports; testifying in court; and making citizen arrests when there are misdemeanor offenses in his presence.

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

THIRD SUPP DISCOVERY RESPONSES TO FIRST: T. SCHLUMBOHM
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

PAGE 4 OF 5

Exhibit A
Page 4 of 5

# VERIFICATION

STATE OF ALASKA    )
                   ) ss
FAIRBANKS          )

That on the _____ day of _____, 2006, the undersigned appeared before me, and having first been duly sworn upon oath, deposes and states that he has read the foregoing responses to Defendants' Second Set of Discovery Requests to Plaintiff Schlumbohm., knows and understands the contents thereof and believes all statements made herein to be true. The undersigned has executed this verification freely and voluntarily.

_____
Todd Schlumbohm

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2006, in _____, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires:_____

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
452-4725

THIRD SUPP DISCOVERY RESPONSES TO FIRST: T. SCHLUMBOHM
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)
PAGE 5 OF 5

Exhibit A
Page 5 of 5