Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs



SEP 0 6 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF TODD SCHLUMBOHM,**<br><br>Case No. Fo4-0034 CIV (RRB) |

COME NOW defendant, Todd Schlumbohm, to respond under oath to the following interrogatories and requests for production as follows:

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
SIMILE
52-4725

DISCOVERY RESPONSES (FIRST): T. SCHLUMBOHM
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)
-PAGE 1 OF 24

Exhibit B
Page 1 of 5

Answer: Objection, relevance and outside the scope of discovery. Reserving such objection, Mr. Schumbohm has not seen a doctor in the time period requested.

Interrogatory No. 14: Please describe each of your employment experiences subsequent to employment with the City of Fort Yukon, including current employment, and specify:

    a.    The name and address of each employer;

    b.    The inclusive dates of employment;

    c.    The principal business of your employer;

    d.    Your initial job duties and responsibilities;

    e.    Your initial salary;

    f.    Each change in your salary, including the date, amount and reason for such change;

    g.    Each change in your job title or responsibilities, including the date and a description of the change;

    h.    The nature of any fringe benefits received initially;

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
452-4725

DISCOVERY RESPONSES (FIRST): T. SCHLUMBOHM    -PAGE 9 OF 24
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

Exhibit B
Page 2 of 5

  i. Any change in fringe benefits, including the date of such change and the reason for such change;

  j. The name and address of each of your supervisors;

  k. A description of any training or education you received;

  l. The number of employees (if any) that you supervised;

  m. The contents of any evaluations received;

  n. Reason for leaving.

Answer: Objection, Defendant has requested response to a number of interrogatories in excess of the number permitted by Civil Rules. Reserving such objection, Mr. Scholmbaum has been employed at the following places:

  1. March 1, 2004, through March 12, 2004, Mr. Schlombaum was employed by West Valley High School as a security officer. During his employment, Mr. Scholmbaum's duties included the following: observe approximately 1,300 teen age students and 100 staff members; enforce laws, rules, and disciplinary actions; recognize gangs, symbols, actions and demeanors; prevent drug activities and alcohol usage by the students; dealt with students who were reported with possessing weapons while on school property; and dealt with students who were violent and/or suicidal.

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
452-4725

DISCOVERY RESPONSES (FIRST): T. SCHLUMBOHM
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

-PAGE 10 OF 24

**Exhibit B**
**Page 3 of 5**

2.  May 5, 2004, through October 22, 2005, Mr. Schlombaum was employed by Alaska Distributors as a merchandiser. During his employment, Mr. Scholmbaum's duties include the following: stocking and rotating of merchandise; placing signs and banners for sale items; building displays; delivering merchandise to customers in the Fairbanks and North Pole areas.

3.  October 25, 2005, through March 18, 2005, Mr. Schlombaum was employed by Lathrop High School as a security officer. During his employment, Mr. Scholmbaum's duties included the following: observe approximately 1,300 teen age students and 100 staff members; enforce laws, rules, and disciplinary actions; recognize gangs, symbols, actions and demeanors; prevent drug activities and alcohol usage by the students; dealt with students who were reported with possessing weapons while on school property; and dealt with students who were violent and/or suicidal.

4.  March 18, 2005, through the present Mr. Schlombaum was employed by Securitas as a security officer. During his employment, Mr. Scholombaum's duties included the following: maintaining a safe environment for tourists and business owners in the downtown area of Fairbanks; assisting highly intoxicated persons to the detox van and/or the Fairbanks Police Department;

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
452-4725

DISCOVERY RESPONSES (FIRST): T. SCHLUMBOHM
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

-PAGE 11 OF 24

Exhibit B
Page 4 of 5

detailed report writing; filling out police reports; testifying in court; and making citizen arrests when there are misdemeanor offenses in his presence.

Interrogatory No. 15: Please state whether at any time since your employment with the City of Fort Yukon you have been self-employed.

Answer: Objection, Defendant has requested response to a number of interrogatories in excess of the number permitted by Civil Rules. Reserving such objection, the respondent has not been self-employed during such periods.

Interrogatory No. 16: If your answer to the preceding interrogatory is in the affirmative, please state with reference to each period during which you were self-employed:

    a.    The name and address of your business;

    b.    The nature of your business;

    c.    The names and addresses of any partners;

    d.    The inclusive dates of each period of self-employment;

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
452-4725

DISCOVERY RESPONSES (FIRST): T. SCHLUMBOHM
FLEMING, ET AL. V. CARROLL, ET AL.
CASE NO. F04-0034 CIV (RRB)

-PAGE 12 OF 24

Exhibit B
Page 5 of 5