ALASKA POLICE
STANDARDS COUNCIL
PO BOX 111200
JUNEAU, AK 99811-1200

# PERSONNEL ACTION

F-4

Please provide information requested for action being reported; send form to APSC within 30 days of action. Use back of form if necessary. Upon receipt of F-4 for a new employee, APSC will forward the agency a Field Training Manual for that officer, if appropriate.

| Last Name | First | Middle | Date of Birth |
|---|---|---|---|
| SCHLUMBOHM | TODD | ALAN | 06-01-1970 |

| Address | City | State | Zip |
|---|---|---|---|
| 824 LANDING RD. APT B | NORTH POLE | AK | 99705 |

| Agency | Rank |
|---|---|
| FORT YUKON PD | SGT |

## PERSONNEL ACTION

Effective Date:

☒ New Employee/Rehire    Social Security # 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    03-17-2003

☐ Rejected Applicant    Reason:

☒ Promotion    From: OFFICERS    08-19-2003

        From:

☐ Demotion    Reason:

☐ Termination    Reason:

☐ Retired

### IF TERMINATED ...

Would you rehire?    ☐ Yes    ☐ No*    *Please explain on back of form

Do you recommend de-certification?    ☐ Yes*    ☐ No

### IF NEW OR REHIRED EMPLOYEE ...

High School Education: ☒ Diploma  ☐ GED

College Education: Credit hours (approx.) 18

Major CRIMINAL JUSTICE

Degree if any

Former place of employment: WEST VALLEY HIGH SCHOOL    Occupation: SAFTEY MONITOR

Criminal Justice Experience: (Please note "none" if applicable)

| Agency | Title | State | Dates |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

Prior basic training:    ☒ Police    ☐ Corrections    ☐ Probation/Parole

School/Academy: TVC    Dates: 08-2002 TO 11-2002

Location: 1001 UNIVERSITY AVE. FAIRBANKS, AK 99709    Number of hours: 490HRS

Prior certification(s) held: ☐ Police    ☐ Corrections    ☐ Probation/Parole

From which state:

Signature of reporting official:    Date:

APSC USE    Officer Number:    FTM Mailed:

Personnel and training records maintained by APSC depend on the regular use of this form by all agencies. The information concerning rejected applicants and terminations is of particular value to all departments in the state and may be made available to requesting criminal justice agencies.

Exhibit D
Page 1 of 5

FY 869

# CITY OF FORT YUKON
# JOB DESCRIPTION

## POLICE SERGEANT (INVESTIGATIONS)
## (WAGE & SALARY RANGE #6)

C. Police Sergeant (Investigations)

1. General Description

    a. Under the general direction of the Lieutenant, the Investigations Sergeant is responsible for ongoing investigations and is custodian of all property and evidence held by the department. Most major investigations undertaken by the department are assigned to the investigator.

    b. The position involves contacts with a variety of other law enforcement agencies, social organizations public agencies and citizens throughout the community. Much of the Investigations Sergeant's work day is spent talking with people and gathering information. The Investigations Sergeant frequently appears in court and obtains search warrants.

    c. Advanced knowledge and skill in evidence collection and interviewing are frequently called upon by the Investigations Sergeant as he goes about solving cases that he had been assigned. When manpower needs dictate, the Investigations Sergeant also augments the patrol force and responds to calls for assistance by the public.

2. Examples of Work

    a. Enforcement

        Acting within the confines of the law, enforces Federal, State and local laws, in an even handed and fair manner, without regard to race, creed, color, social standing, political or religious affiliation, or economic class.

        Advises the Lieutenant of the status of all active cases the Investigations Sergeant is working.

        Interpret laws, especially those pertaining to search and seizure.

        Arrest offenders and violators of the law.

        Investigate crimes against persons and property.

Investigate drug cases and function as the department coordinator with other aagencies on the undercover drug operations.

Locate an interview witnesses, collect evidence and write detailed reports accurately describing an incident or crime.

Investigate juvenile crimes.

Catalog, mark, and store all property brought to the Police Department so that evidence integrity and security is maintained.

Package and send evidence to crime labs, maintaining the chain of custody.

Apply to the court for arrest warrants and court summons.

Apply for and testify before the court to obtain search warrants.

As manpower needs dictate, perform all patrol duties and responsibilities.

In the absence of a Patrol Sergeant, Lieutenant and Chief assume command authority of the patrol force.

b. Public Relations

Develop liaisons with other agencies, the district attorney office, and the court system.

Create a liaison with local schools for the purpose of counseling with juveniles and reducing crime.

3. Knowledge, skills and abilities

a. Enforcement

Good working knowledge of Federal, State and local laws as they pertain to the enforcement of the law.

Ability to interpret laws and complex issues.

Must have excellent interviewing skills.

b. Public Relations

Must be able to talk with persons of all ages and walks of life, and with the skills necessary to counsel youthful offenders.

Good knowledge of search and seizure laws.

Ability to properly collect and preserve evidence.

Good knowledge of patrol methods and techniques.

Must be self motivated and able to work alone.

Good communications skills, both orally and in writing.

Thorough knowledge in the procedures to follow in obtaining search warrants, arrest warrants, court summons and other court documents.

Good mental and physical condition.

4. Education and Experience

   a. Education

   An Investigation's Sergeant must possess a minimum of 120 college semester credits from an accredited college. Military service or police experience cannot be substituted for any of the 120 college semester credits requirement.

   b. Experience

   An Investigation's Sergeant must possess a minimum of ten years of law enforcement experience as a full time commissioned police officer, **and** Prior work history must demonstrate reliability, honesty and the ability to work with others, **and** Previous work experience must demonstrate sound judgment and quality in all facets of police work, with a promise for progressive upward mobility.

   c. Licenses

   Must be eligible for an "Advanced" Police Officer certificate from the Alaska Police Standards Council, **and** Must be bondable and possess a valid Alaska driver's license.

## ACKNOWLEDGMENT

I understand the duties of my position as contained in this job description.

_____    12/04/03
Employee Signature                     Date

This job description is accurate and has been reviewed with the employee.

_____    12/14/03
Chief of Police Signature              Date