UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>REGINALD FLEMING, et al.</u>   v.   <u>FANNIE CARROLL, et al.</u>

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                          CASE NO. <u>4:04-CV-0034-RRB</u>

<u>John W. Erickson, Jr.</u>                  DATE: January 5, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE PENDING MOTIONS AND SCHEDULING HEARING**

---

Before the Court are Defendants Fannie Carroll, <u>et al.</u>, with a Motion for Sanctions at Docket 157, a Motion in Limine at Docket 161, and a Motion for the Extension of Motions Deadlines at Docket 168.

Inasmuch as the Motion in Limine at **Docket 161** is moot, it is hereby **DENIED**.

A hearing will be held on **Friday, January 12, 2007, at 1:30 p.m.,** in Courtroom 2 in Anchorage, Alaska, for the purpose of addressing the Motion for Sanctions at Docket 157 and the Motion for the Extension of Motions Deadlines at Docket 168.

Mr. Walleri may attend telephonically by contacting Carolyn Bollman, 907-451-5791, to make appropriate arrangements.

ORDER REGARDING PENDING MOTIONS AND SCHEDULING HEARING