Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

## UNOPPOSED MOTION TO RESCHEDULE HEARING

On January 5, 2007, the Court scheduled a hearing for January 12, 2007, to address Defendants' Motion for Sanctions at Docket 157 and Motion for the Extension of Motions Deadlines at Docket 168. Counsel for Defendants have a scheduling conflict with oral argument on significant dispositive motions in state court on the afternoon of January 12, 2007. This other matter has required substantial preparation time and would be difficult to reschedule with opposing counsel. Consequently, Defendants respectfully request that the Court reschedule the hearing set in this matter for another date.

Counsel's office has conferred with the office of Plaintiff's counsel, Mr. Walleri, and he does not object to rescheduling the hearing. Both parties are available the week of January 29, 2007, should the Court have time during that week to reschedule the hearing.

DATED at Anchorage, Alaska this 8th day of January, 2007.

JERMAIN DUNNAGAN & OWENS, P.C.


By:   s/ Matthew Singer
     Matthew Singer
     Alaska Bar No. 9911072

By:   s/ Howard S. Trickey
     Howard S. Trickey
     3000 A Street, Suite 300
     Anchorage, AK  99503
     Phone: (907) 563-8844
     Fax: (907) 563-7322
     Alaska Bar No. 7610138

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer