IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br> vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

## [PROPOSED] ORDER RESCHEDULE HEARING

Having considered Defendants' Unopposed Motion to Reschedule Hearing,

IT IS HEREBY ORDERED Defendants' Motion to Reschedule Hearing is hereby GRANTED.  The hearing is rescheduled for _____ _____, 2007, at _____ __.m., in Courtroom ____ in _____, Alaska.

IT IS SO ORDERED this _____ day of _____, 2007.

                _____
                Ralph R. Beistline
                United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer