UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


FLEMING, et al.   v.   CARROLL and CITY OF FT. YUKON

DATE:   January 9, 2007        CASE NO.   4:04-CV-0034-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Pursuant to the Unopposed Motion to Reschedule Hearing at Docket 179, the oral argument scheduled for January 12, 2007, is **RESCHEDULED** and will be held on **Friday, February 2, 2007**, at **11:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

Counsel and parties needing to attend telephonically can contact Carolyn Bollman (907-451-5791) to make appropriate arrangements.

M.O. RESCHEDULING HEARING