Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>      Plaintiffs,<br><br> vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

**DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendants Fannie Carroll and the City of Fort Yukon, Alaska, by and through counsel, Jermain Dunnagan & Owens, P.C., move for entry of judgment against Plaintiffs Fleming, DeLeon, Hampton and McKillican. Final Judgment is proper because the Court has issued summary judgment rulings in favor of Defendants as to all of Fleming's, DeLeon's, Hampton's and McKillican's claims. Because the only claims that remain are Schlumbohm's claims for constructive discharge and violation of due process, Defendants move for an express determination that there is no just reason for delay, and

that judgment may issue. Accordingly, Defendants move for a Fed.R.Civ.Proc. 54(b) certification determining such judgment to be a final judgment upon which execution may issue.

This Motion is supported by the Memorandum, Proposed Order and Proposed Judgment filed herewith.

DATED at Anchorage, Alaska this 1st day of February, 2007.

JERMAIN DUNNAGAN & OWENS, P.C.


By:   s/ Matthew Singer
       Matthew Singer
       Alaska Bar No. 9911072

By:   s/ Howard S. Trickey
       Howard S. Trickey
       3000 A Street, Suite 300
       Anchorage, AK  99503
       Phone:  (907) 563-8844
       Fax:  (907) 563-7322
       Alaska Bar No. 7610138


**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer