Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

**[ PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION FOR ENTRY OF FINAL JUDGMENT**
**[Fed. C. R. 54(b)]**

Upon due consideration of Defendants Fannie Carroll and the City of Fort Yukon, Alaska Motion for Entry of Final Judgment, any opposition and reply filed thereto, it is hereby ordered that Defendants' Motion for Entry of Final Judgment is GRANTED.

Plaintiffs Fleming, DeLeon, Hampton and McKillican's claims against Defendants were dismissed by this Court. Although Plaintiff Todd Schlumbohm still has two claims remaining against Defendants, the Court hereby finds, for the reasons set forth in

Defendants' Memorandum, that no just reasons exist to delay entry of final judgment as to Plaintiffs Fleming, DeLeon, Hampton and McKillican's claims against Defendants.

Accordingly, Defendants' motion is GRANTED, and the Clerk of Court is hereby ORDERED to enter Final Judgment as to Plaintiffs Fleming, DeLeon, Hampton and McKillican's claims against Defendants.

IT IS SO ORDERED.

Dated at Anchorage, Alaska this _____ day of _____, 2007.

                                                                    _____
                                                                    Ralph R. Beistline
                                                                    United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer
144749