Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>            Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

### FINAL JUDGMENT
### Federal Rule of Civil Procedure 54(b)

This Court on December 11, 2006, granted Defendants' motion for summary judgment as to Hampton's employment claims at Counts III and IV. On December 18, 2006, this Court granted: (a) Defendants' motion for summary judgment on Count I, (b) Defendants' motion for summary judgment as to DeLeon's employment claims at Counts II and IV; (c) Defendants' motion for summary judgment as to McKillican's employment claims at Counts III and IV; and (d) Defendants' motion for summary judgment on

liability and damages as to Fleming.  This Court having made an express determination there is no just reason for delay;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants have final judgment against Plaintiffs Fleming, DeLeon, Hampton and McKillican.  Judgment is entered jointly and severally against Plaintiffs Fleming, DeLeon, Hampton and McKillican in favor of Defendants for costs in the amount of $_____, and attorneys' fees in the amount of $_____, for a total judgment in the amount of $_____ as of _____, 2007.  This judgment shall bear post judgment interest at the rate of 9.75% from the date of the judgment until paid.

LET EXECUTION ISSUE.

MADE AND ENTERED this _____ day of _____, 2007.

_____
Ralph R. Beistline
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer
144751