```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

  REGINALD FLEMING ET AL          vs.    FANIE CARROL ET AL


BEFORE THE HONORABLE RALPH R BEISTLINE CASE NO 4:04-cv-00034-RRB

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

APPEARANCES:    PLAINTIFF: MICHAEL WALLERI

                DEFENDANT: MATT SINGER(telephonic)

PROCEEDINGS: Oral argument on Motion for Sanctions(dkt157) and
Motion for the extension of the motions deadline(dkt168)
HELD: 2/2/2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

at 11:00  a.m. court convened


Oral arguments heard.

Court and counsel heard re Plaintiff to provide defendants with
exact amount of damages they are seeking. Defendant to have 10
days from receipt of discovery to file a new summary judgment.




at 11:35  a.m. court adjourned.








DATE: 2/2/2007           DEPUTY CLERK'S INITIALS: tjg