Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT**<br><br><br><br>Case No. F04-0034 CIV (RRB) |

Plaintiff's partially oppose Defendant's motion for entry of judgment. This is an action brought by five (5) former police officers of the City of Fort Yukon for overtime pay claims (Count I) and wrongful/constructive discharge and §1983 claims related to their termination of employment (Counts II-IV)  At Dockets 169[1] and 173[2], the Court entered orders granting summary judgment on all counts

---

[1] 12/11/06
[2] 12/18/06

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*               Page 1 of 3
Partial Op: Entry of Judgment

against all Plaintiffs, with the exception of Officer Schlumbohm's claims for constructive discharge and §1983 (i.e. Counts III and IV).  Defendants have moved for entry of final judgment against Fleming, DeLeon, McKillican and Hampton on all counts.  The Defendants have not moved for entry of judgment as to Schulmbohm- Count I.  There is good reason for delay as to entry of judgment to

1) allow the for the Court's reconsideration of its orders as to Counts II –IV;

2) consideration of orders for sanctions against Defendants, and

3) orderly appeal of all issues.

As the Court may appreciate, the Plaintiffs disagree with the Court's order at Docket 173.  All of the Officers intend to appeal dismissal of their Count I (FSLA) claims.  Consequently, Officer Schulmbohm would like entry of judgment as to Count I, so that his appeal may be heard with the other officers.  Officers Fleming, DeLeon, McKillican are filing a motion for reconsideration as to Counts II – IV,[3] and if the Court denies the motion for reconsideration, would like to bring a single appeal inclusive of all matters.  Finally, as discussed in the last hearing, the Plaintiffs' intend to bring a motion for sanctions against opposing counsel for discovery violations, which should be heard before entry of final judgment.

---

[3] Officer Hampton claims did not oppose dismissal of his constructive termination claims, and therefore there will be no appeal of Officer Hampton on these matters.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                               *Page 2 of 3*
Partial Op: Entry of Judgment

**CONCLUSION**

Therefore, in alternative to Defendant's motion, Plaintiff would delay entry of judgment until after consideration of the motion for reconsideration as to Counts II –IV. Additionally, Plaintiffs propose that when the Court enters final judgment as to Count I with regard to Officer Schulmbohm to allow to consideration of his appeal on this issue with the other officers.

DATED: February 20, 2007          MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on February 20, 2007 via electronic filing to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                     *Page 3 of 3*
Partial Op: Entry of Judgment