Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER    )
DELEON, CHRIS HAMPTON, WILLIAM    )
D. MCKILLICAN, and TODD    )
SCHLUMBOHM,    )
    )
              Plaintiffs,    )
    )
       vs.    )
    )
FANNIE CARROLL, and the CITY OF    )
FORT YUKON, ALASKA,    )
    )
              Defendants.    )
_____ )  Case No. 4:04-cv-00034-RRB

**REPLY IN SUPPORT OF ENTRY OF FINAL JUDGMENT**

## I.    INTRODUCTION

Defendants City of Fort Yukon and Fannie Carroll have moved for final judgment, pursuant to Civil Rule 54(b), against Reginald Fleming, David McKillican, Christopher Hampton, and Christopher DeLeon.  In opposition, Plaintiffs contend that final judgment is premature and that if a final judgment does issue, it should include Todd Schlumbohm's Count I claim.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Because Plaintiffs have not identified a single valid reason for further delay, the Court should now enter final judgment. The City does not oppose Schlumbohm's request to include his Count I claim in this final judgment.

## II.    PLAINTIFFS ARE TOO LATE TO MOVE FOR RECONSIDERATION

Plaintiffs Fleming, DeLeon, and McKillican contend that the Court should delay entry of final judgment because they "are filing a motion for reconsideration." This Court's Local Rule 59.1 provides, however, that "<u>a motion for reconsideration of an order must be filed not later than five (5) days after entry of the order</u>."

This Court entered summary judgment against Fleming, DeLeon, and McKillican on December 18 2006, <u>more than two months ago</u>. [*See* Docket 173] It is now far past the five-day deadline for reconsideration. Plaintiffs are barred from moving to reconsider at this late date. There is therefore no valid reason to delay entry of final judgment.

## III.    MOOT AND BOGUS DISCOVERY ISSUES ARE NO REASON FOR DELAY OF FINAL JUDGMENT

Plaintiffs also contend the Court should deny final judgment because they intend to "bring a motion for sanctions against opposing counsel for discovery violations." This is just sour grapes. The Court has already twice rejected similar motions by Plaintiffs. [*See* Orders at Docket 46, 93] There have been no discovery violations, Defendants have timely addressed every discovery concern articulated by Plaintiffs' counsel, discovery has long been closed, and the discovery motions deadline has long-since expired. Most significantly, discovery issues were made moot when the Court entered summary

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

judgment. Plaintiffs had over two years to conduct discovery, and they had ample time to oppose summary judgment.

This case, unfortunately, has been marked by Plaintiffs' continued and repeated false attacks and accusations about the conduct of defense counsel. During the course of this lawsuit, Mr. Walleri has falsely and bizarrely accused defense counsel of every evil deed under the sun. Now Plaintiffs ask to delay final judgment so they can waste more court and party resources with yet another round of these useless *ad hominem* attacks. Defendants hope that the Court has seen enough of these antics and will now enter final judgment. The claims of Fleming, DeLeon, Hampton, and McKillican have been fully and finally resolved on their merits. The last thing we need is more wasteful motions practice on moot discovery matters.

## IV. DEFENDANTS AGREE WITH PLAINTIFFS THAT THE FINAL JUDGMENT SHOULD INCLUDE SCHLUMBOHM'S COUNT I CLAIM

Plaintiffs suggest that if the Court does enter final judgment against Fleming, DeLeon, Hampton, and McKillican as to all claims, it should include final judgment against Schlumbohm as to his Count I claim (FLSA overtime pay). Defendants do not oppose including Schlumbohm's Count I claim in this final judgment order. Civil Rule 54(b) expressly allows the Court to enter final judgment as to one but not all of Schlumbohm's claims. Since Schlumbohm's other claims for constructive discharge and violation of due process in Counts III and IV are analytically and factually distinct from his Count I claim for overtime pay, it is permissible to allow him final judgment on

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

REPLY IN SUPPORT OF ENTRY OF FINAL JUDGMENT                                   PAGE 3
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. 4:04-cv-00034-RRB

Count I at the same time the Court enters final judgment against Fleming, DeLeon, McKillican, and Hampton.

## V.    CONCLUSION

Defendants respectfully request entry of final judgment, pursuant to Civil Rule 54(b), against Fleming, DeLeon, McKillican, and Hampton.  Plaintiffs are not entitled to delay final judgment with an untimely, unnecessary reconsideration motion, and likewise cannot delay final judgment by filing untimely and moot discovery motions.

Finally, Defendants do not oppose Schlumbohm's request that the Court include in the final judgment his Count I claim for FLSA overtime pay.

DATED at Anchorage, Alaska this 21st day of February, 2007.

JERMAIN DUNNAGAN & OWENS, P.C.

By:    _s/ Matthew Singer_____
       Matthew Singer
       Alaska Bar No. 9911072

By:    _s/ Howard S. Trickey_____
       Howard S. Trickey
       Alaska Bar No. 7610138
       3000 A Street, Suite 300
       Anchorage, AK  99503
       Phone:  (907) 563-8844
       Fax:  (907) 563-7322

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

_s/ Matthew Singer_____
146025

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322