Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S FEBRUARY 5, 2007 ORDER**<br><br><br><br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW Plaintiff Todd Schlumbohm, by and through counsel, Law Offices of Michael J. Walleri, to hereby give notice of compliance with this Court's February 5, 2007 Order, as follows:

1. **Counsel for Plaintiff to provide counsel for Defendant exact amout of damages thay are seeking.**

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                           Page 1 of 2
Notice of Compliance

Counsel for the Plaintiff provided Supplemental Discovery concerning the damages cost analysis to Mr. Singer's office by fax on February 22, 2007. A hard copy was served via US Mail on February 23, 2007.

DATED: February 23, 2007          MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on February 23, 2007 via electronic filing to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                    *Page 2 of 2*
Notice of Compliance