UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, et al.   v.   FANNIE CARROLL, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                    CASE NO.  4:04-CV-0034-RRB

John W. Erickson, Jr.                               DATE: February 26, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT**

---

      Upon due consideration of Defendants' Motion for Entry of Final Judgment (Docket 181) and the partial opposition and reply filed thereto (Dockets 184 & 185), it is hereby ordered that Defendants' Motion for Entry of Final Judgment at **Docket 181** is **GRANTED** as amended.

      Plaintiffs Fleming, DeLeon, Hampton and McKillican's claims against Defendants were dismissed by this Court.  Plaintiff Schlumbohm's Count I claim was also dismissed by this Court.  Although Plaintiff Schlumbohm still has two claims remaining against Defendants, the Court hereby finds, for reasons more carefully articulated in Defendants' Memorandum in Support of Motion for Entry of Final Judgment (Docket 182), that no just reasons exist to delay entry of final judgment as to: (1) Plaintiffs Fleming, DeLeon, Hampton, and McKillican's claims against Defendants; <u>and</u> (2) Plaintiff Schlumbohm's Count I claim against Defendants.

      Accordingly, Defendants' motion at **Docket 181** is **GRANTED** and the Clerk of Court is hereby **ORDERED** to enter Final Judgment as to: (1) Plaintiffs Fleming, DeLeon, Hampton, and McKillican's claims against Defendants; <u>and</u> (2) Plaintiff Schlumbohm's Count I claim against Defendants.