Howard S. Trickey
Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>               Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DEFENDANTS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT ON EMPLOYMENT CLAIMS, COUNTS III AND IV (TODD SCHLUMBOHM)**

COME NOW Defendants Fannie Carroll and the City of Fort Yukon, Alaska, by and through their counsel Jermain Dunnagan & Owens, P.C., and pursuant to Fed.R.Civ.P. 56(b), hereby renews its motion for summary judgment on Counts III and IV as to Plaintiff Todd Schlumbohm ("Schlumbohm") in the above-captioned case. Summary judgment is appropriate as to Schlumbohm's employment claims for the reasons set forth in the memorandum, declaration and exhibits filed herewith.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DATED at Anchorage, Alaska this 2nd day of March, 2007.

JERMAIN DUNNAGAN & OWENS, P.C.

By: *s/ Matthew Singer*
   Matthew Singer
   Alaska Bar No. 9911072

By: *s/ Howard S. Trickey*
   Howard S. Trickey
   Alaska Bar No. 7610138
   3000 A Street, Suite 300
   Anchorage, AK  99503
   Phone:  (907) 563-8844
   Fax:  (907) 563-7322

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007,
a true and correct copy of the foregoing
document was served electronically on the
following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

   *s/ Matthew Singer*
146559

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA  99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANTS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT                              PAGE 2 OF 2
ON EMPLOYMENT CLAIMS, COUNTS III AND IV (TODD SCHLUMBOHM)
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE 4:04-CV-00034-RRB