IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

## [PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT ON EMPLOYMENT CLAIMS, COUNTS III AND IV (TODD SCHLUMBOHM)

Upon due consideration of Defendants' Renewed Motion for Partial Summary Judgment on Employment Claims, Counts III and IV (Todd Schlumbohm), and any opposition filed thereto, the Court hereby ORDERS, pursuant to Federal Civil Rule 56(c), that Defendants' Motion is GRANTED.  Schlumbohm's claims under Count III and Count IV of the Complaint are barred because Schlumbohm failed to exhaust his contractual remedies, and for the other reasons set forth in Defendants' motion for summary judgment.

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Ralph R. Beistline
United States District Judge

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007,
a true and correct copy of the foregoing
document was served electronically on the
following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

    _s/ Matthew Singer_
146562

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

[PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION FOR PARTIAL SUMMARY
JUDGMENT ON EMPLOYMENT CLAIMS, COUNTS III AND IV (TODD SCHLUMBOHM)
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE 4:04-CV-00034-RRB

PAGE 2