Matthew Singer
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>     Plaintiffs,<br><br> vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 4:04-cv-00034-RRB |

**DECLARATION OF MATTHEW SINGER IN SUPPORT OF
RENEWAL OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT (TODD SCHLUMBOHM)**

1. I am an attorney for Defendants in this matter, and state the following based on my personal knowledge.

2. I have reviewed all of the documents produced by Plaintiff Todd Schlumbohm in this litigation.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

3. Schlumbohm has never provided any documentation to indicate that he is certified as a Village Police Officer under the Alaska Police Standards Council regulations. *See* 13 AAC 89.030.

4. In Opposition to the City's Motion for Summary Judgment, Schlumbohm represented that his exhibits included "Exhibit 6 (Schlumbohm's VPO Certification)." However, the identified exhibit, attached hereto as Exhibit A, did not contain a certification, but only a representation that the certification would be provided.

5. Several days later, Schlumbohm submitted a "supplemental filing of Exhibit 6" to his motion. But the document submitted, which is attached hereto as Exhibit B, is not a VPO certification issued by the Alaska Police Standards Council pursuant to 13 AAC 89.030. Instead, it is a certificate indicating that Schlumbohm attended a two-week VPO training class.

6. On February 6, 2007, Schlumbohm produced the document attached hereto as Exhibit C. As is plain from the face of the document, Exhibit C, is likewise not a VPO certification, but rather is a certificate indicating that Schlumbohm completed a basic police training class.

7. A copy of the applicable regulation, 13 AAC 89.030, is attached as Exhibit D.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Dated this 2nd day of March, 2007.

            *s/ Matthew Singer*
            Matthew Singer
            3000 A Street, Suite 300
            Anchorage, AK  99503
            Phone:  (907) 563-8844
            Fax:  (907) 563-7322
            Alaska Bar No. 9911072

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

*s/ Matthew Singer*
146561

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322