# Schlumbohm's VPO Certification

## To Be Supplemented

## Plt's Ex. 6

Exhibit A
Page 1 of 1

