# State of Alaska
## Village Police Officer
## Certificate of Recognition

This

Certificate

Is Awarded to

## Todd Schlumbohm

Who has completed 94 hours of

## Basic Village Police Officer Training

Director, Alaska State Troopers
Colonel Julia Grimes

10-11-03
Date

Exhibit B
Page 1 of 1

EXHIBIT B
PAGE 1 OF 1