# Certificate of Achievement

## for

# TODD SCHLUMBOHM

for successful completion of 490 hours of basic police training, as required by the Alaska Police Standards Council and prescribed in Title 13 AAC 85.050, at the 2002 Tanana Valley Campus Law Enforcement Academy.

_____  
Date

_____  
John C. "Jake" Poole, TVC Director

Nov 7, 2002  
Date

_____  
John Myers, Law Enforcement Academy Coordinator

Exhibit C  
Page 1 of 1

Fleming v Carroll
Plt00625