Case 4:04-cv-00034-RRB   Document 190-5   Filed 03/02/2007   Page 1 of 1

13 AAC 89.030, Certification of village police officers.                                    Page 1

\*20185 13 AAC 89.030

# ALASKA ADMINISTRATIVE CODE
# TITLE 13. PUBLIC SAFETY
# PART 6. ALASKA POLICE STANDARDS COUNCIL
# CHAPTER 89. MINIMUM STANDARDS FOR VILLAGE POLICE OFFICERS

*Current through Register 179 (October 2006)*

## 13 AAC 89.030. Certification of village police officers.

(a) The council will issue a certificate as a village police officer to an applicant who

   (1) is, at the time of application, a full-time paid village police officer employed by a village and has satisfactorily completed 12 consecutive months of probation as a village police officer with that village immediately before application;

   (2) meets the requirements of 13 AAC 89.010;

   (3) successfully completes a training program meeting the requirements of 13 AAC 89.040; and

   (4) attests that he subscribes to the Law Enforcement Code of Ethics set out in 13 AAC 85.040(b)(5).

(b) Repealed 1/15/95.

*(Eff. 10/18/81, Register 80; am 1/15/95, Register 133)*

AUTHORITY: *AS 18.65.220, AS 18.65.240*

<General Materials (GM) - References, Annotations, or Tables>

*Current through Register 179 (October 2006)*

© 2006 Thomson/West. No claim to original U.S. Govt. works.

Exhibit D
Page 1 of 1