Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, <br><br> Plaintiffs, <br><br> vs. <br><br> FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:04-cv-00034-RRB |

**[PROPOSED] FINAL JUDGMENT
AS TO SCHLUMBOHM'S COUNT I CLAIMS**
**Federal Rule of Civil Procedure 54(b)**

This Court on December 18, 2006, granted Defendants' motion for summary judgment as to Schlumbohm's FLSA claims at Count I. This Court having ordered on February 26, 2007 [Docket 187] that Final Judgment be entered as to Plaintiff Schlumbohm's Count I claim;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants have final judgment against Plaintiff Schlumbohm as to his Count I claim. Judgment is

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

entered against Plaintiffs Schlumbohm in favor of Defendants for costs in the amount of $_____$, and attorneys' fees in the amount of $_____$, for a total judgment in the amount of $_____$ as of _____, 2007.  This judgment shall bear post judgment interest at the rate of 4.90% from the date of the judgment until paid.

    LET EXECUTION ISSUE.

    MADE AND ENTERED this \_\_\_\_\_ day of _____, 2007.

                                                       Ralph R. Beistline
                                                       United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer
147176

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322