| Date | ExpCd | Bill | Amount | Narrative |
|---|---|---|---|---|
| 5/31/2006 | ABA | 163654 | $2.04 | ANCHORAGE BAR ASSOCIATION : PHOTOCOPYING |
| Sub-Total (Copies) = | | | $2.04 | |
| 8/31/2006 | CERT | 164596 | $8.45 | CERTIFIED MAILING FEE : MIKE JACKSON, CITY MANAGER, CITY OF |
| 8/31/2006 | CERT | 164596 | $17.05 | CERTIFIED MAILING FEE : MIKE JACKSON, CITY MANAGER, CITY OF |
| Sub-Total (Postage)= | | | $25.50 | |
| 3/22/2005 | BLAN | 158251 | $35.50 | CLERK OF COURT, COPIES OF COURT FILE |
| Sub-Total (Court Copies) = | | | $35.50 | |
| 2/28/2005 | OUTC | 157761 | $37.23 | COPYING CHARGE(S) : ALASKA LEGAL COPY |
| 3/4/2005 | OUTC | 158251 | $36.98 | COPYING CHARGE(S) : ALASKA LEGAL COPY |
| 4/14/2005 | OUTC | 158760 | $122.98 | COPYING CHARGE(S) : ALASKA LEGAL COPY |
| 4/19/2006 | OUTC | 163201 | $71.09 | COPYING CHARGE(S) : ALASKA LEGAL COPY |
| 7/12/2006 | OUTC | 164169 | $217.98 | COPYING CHARGE(S) : ALASKA LEGAL COPY |
| 8/15/2006 | OUTC | 164596 | $14.50 | COPYING CHARGE(S) : FAIRBANKS POLICE DEPARTMENT |
| Sub-Total (Copies) = | | | $500.76 | |
| 10/12/2006 | DEPO | 165280 | $309.90 | DEPOSITION(S) OF : ALASKA STATE TROOPERS, PACIFIC RIM REPORT |
| 7/31/2006 | DEPO | 164169 | $1,743.00 | DEPOSITION(S) OF : CHRISTOPHER DeLEON and CHRIS HAMPTON, HEA |
| 7/5/2006 | DEPO | 164169 | $977.69 | DEPOSITION(S) OF : ERIC TREMBLAY, CHARLOTTE FLEENER and DEBB |
| 8/17/2006 | DEPO | 164596 | $845.00 | DEPOSITION(S) OF : FLEMING, DELEON, HAMPTON, McKILLICAN and |
| 9/1/2006 | DEPO | 164829 | $693.40 | DEPOSITION(S) OF : GREG RUSSELL, ALASKA STENOTYPE REPORTERS |
| 8/4/2006 | DEPO | 164596 | $1,899.50 | DEPOSITION(S) OF : REGINALD FLEMING, LIZ D'AMOUR & ASSOCIATE |
| 8/22/2006 | DEPO | 164596 | $2,049.00 | DEPOSITION(S) OF : WILLIAM D. McKILLICAN and TODD SCHLUMBOHM |
| Sub-Total (Depositions)= | | | $8,517.49 | |
| 1/21/2005 | EXPR | 157350 | $13.65 | EXPRESS MAILING FEE(S) : CAROLYN BOLLMAN, DEPUTY CLERK, UNIT |
| 2/25/2005 | EXPR | 158251 | $13.65 | EXPRESS MAILING FEE(S) : CAROLYN BOLLMAN, DEPUTY CLERK, UNIT |
| 4/29/2005 | EXPR | 158760 | $13.65 | EXPRESS MAILING FEE(S) : CAROLYN BOLLMAN, DEPUTY CLERK, UNIT |
| 7/11/2005 | EXPR | 159820 | $13.65 | EXPRESS MAILING FEE(S) : CAROLYN BOLLMAN, DEPUTY CLERK, UNIT |
| 11/29/2005 | EXPR | 161682 | $13.65 | EXPRESS MAILING FEE(S) : CAROLYN BOLLMAN, DEPUTY CLERK, UNIT |
| 5/19/2006 | EXPR | 163538 | $59.40 | EXPRESS MAILING FEE(S) : FANNIE CARROLL |
| 11/16/2006 | EXPR | 165581 | $14.40 | EXPRESS MAILING FEE(S) : JUDGE RALPH R. BEISTLINE, UNITED ST |
| 7/14/2006 | EXPR | 164169 | $47.20 | EXPRESS MAILING FEE(S) : MICHAEL J. WALLERI, ESQ. |
| 3/30/2005 | EXPR | 158251 | $13.65 | EXPRESS MAILING FEE(S) : MICHAEL J. WALLERI, ESQ. |
| 8/1/2006 | EXPR | 164596 | $14.40 | EXPRESS MAILING FEE(S) : MICHAEL J. WALLERI, ESQ. |
| Sub-Total (Postage)= | | | $217.30 | |
| 1/21/2005 | COPY | 157350 | $1.80 | PHOTOCOPIES |
| 2/11/2005 | COPY | 157761 | $0.20 | PHOTOCOPIES |
| 2/22/2005 | COPY | 157761 | $0.60 | PHOTOCOPIES |
| 2/25/2005 | COPY | 157761 | $11.40 | PHOTOCOPIES |
| 3/1/2005 | COPY | 158251 | $1.80 | PHOTOCOPIES |
| 3/2/2005 | COPY | 158251 | $3.60 | PHOTOCOPIES |
| 3/23/2005 | COPY | 158251 | $0.40 | PHOTOCOPIES |
| 3/30/2005 | COPY | 158251 | $1.20 | PHOTOCOPIES |
| 4/7/2005 | COPY | 158760 | $0.80 | PHOTOCOPIES |
| 4/15/2005 | COPY | 158760 | $0.40 | PHOTOCOPIES |
| 4/15/2005 | COPY | 158760 | $0.60 | PHOTOCOPIES |
| 4/15/2005 | COPY | 158760 | $0.40 | PHOTOCOPIES |
| 4/15/2005 | COPY | 158760 | $0.60 | PHOTOCOPIES |
| 4/15/2005 | COPY | 158760 | $2.00 | PHOTOCOPIES |
| 4/15/2005 | COPY | 158760 | $0.20 | PHOTOCOPIES |
| 4/15/2005 | COPY | 158760 | $3.00 | PHOTOCOPIES |
| 4/16/2005 | COPY | 158760 | $4.60 | PHOTOCOPIES |
| 4/18/2005 | COPY | 158760 | $0.40 | PHOTOCOPIES |
| 4/19/2005 | COPY | 158760 | $8.60 | PHOTOCOPIES |
| 4/20/2005 | COPY | 158760 | $4.00 | PHOTOCOPIES |
| 4/27/2005 | COPY | 158760 | $6.00 | PHOTOCOPIES |

| Date | ExpCd | Bill | Amount | Narrative |
|---|---|---|---|---|
| 4/27/2005 | COPY | 158760 | $0.60 | PHOTOCOPIES |
| 4/29/2005 | COPY | 158760 | $4.20 | PHOTOCOPIES |
| 4/29/2005 | COPY | 158760 | $0.40 | PHOTOCOPIES |
| 4/29/2005 | COPY | 158760 | $216.05 | PHOTOCOPIES |
| 5/2/2005 | COPY | 158920 | $0.60 | PHOTOCOPIES |
| 5/13/2005 | COPY | 158920 | $16.20 | PHOTOCOPIES |
| 5/15/2005 | COPY | 158920 | $6.20 | PHOTOCOPIES |
| 6/10/2005 | COPY | 159450 | $0.40 | PHOTOCOPIES |
| 6/13/2005 | COPY | 159450 | $0.40 | PHOTOCOPIES |
| 6/15/2005 | COPY | 159450 | $1.80 | PHOTOCOPIES |
| 6/21/2005 | COPY | 159450 | $24.50 | PHOTOCOPIES |
| 6/30/2005 | COPY | 159450 | $0.40 | PHOTOCOPIES |
| 7/1/2005 | COPY | 159820 | $2.40 | PHOTOCOPIES |
| 7/5/2005 | COPY | 159820 | $0.40 | PHOTOCOPIES |
| 7/6/2005 | COPY | 159820 | $4.20 | PHOTOCOPIES |
| 7/7/2005 | COPY | 159820 | $2.20 | PHOTOCOPIES |
| 7/10/2005 | COPY | 159820 | $26.30 | PHOTOCOPIES |
| 7/11/2005 | COPY | 159820 | $0.40 | PHOTOCOPIES |
| 7/11/2005 | COPY | 159820 | $5.80 | PHOTOCOPIES |
| 7/15/2005 | COPY | 159820 | $0.20 | PHOTOCOPIES |
| 8/3/2005 | COPY | 160179 | $0.40 | PHOTOCOPIES |
| 8/23/2005 | COPY | 160179 | $0.40 | PHOTOCOPIES |
| 8/30/2005 | COPY | 160179 | $1.20 | PHOTOCOPIES |
| 8/30/2005 | COPY | 160179 | $1.20 | PHOTOCOPIES |
| 9/1/2005 | COPY | 160592 | $23.15 | PHOTOCOPIES |
| 9/1/2005 | COPY | 160592 | $2.20 | PHOTOCOPIES |
| 9/1/2005 | COPY | 160592 | $4.40 | PHOTOCOPIES |
| 9/1/2005 | COPY | 160592 | $3.00 | PHOTOCOPIES |
| 9/1/2005 | COPY | 160592 | $4.20 | PHOTOCOPIES |
| 9/2/2005 | COPY | 160592 | $0.80 | PHOTOCOPIES |
| 9/2/2005 | COPY | 160592 | $2.20 | PHOTOCOPIES |
| 9/6/2005 | COPY | 160592 | $0.40 | PHOTOCOPIES |
| 9/19/2005 | COPY | 160592 | $0.80 | PHOTOCOPIES |
| 10/13/2005 | COPY | 161033 | $0.40 | PHOTOCOPIES |
| 10/19/2005 | COPY | 161033 | $3.60 | PHOTOCOPIES |
| 10/19/2005 | COPY | 161033 | $0.80 | PHOTOCOPIES |
| 10/28/2005 | COPY | 161033 | $12.40 | PHOTOCOPIES |
| 10/28/2005 | COPY | 161033 | $0.80 | PHOTOCOPIES |
| 10/28/2005 | COPY | 161033 | $0.20 | PHOTOCOPIES |
| 10/28/2005 | COPY | 161033 | $0.80 | PHOTOCOPIES |
| 10/28/2005 | COPY | 161033 | $0.20 | PHOTOCOPIES |
| 10/28/2005 | COPY | 161033 | $0.20 | PHOTOCOPIES |
| 10/28/2005 | COPY | 161033 | $3.40 | PHOTOCOPIES |
| 10/28/2005 | COPY | 161033 | $12.60 | PHOTOCOPIES |
| 10/28/2005 | COPY | 161033 | $0.40 | PHOTOCOPIES |
| 11/8/2005 | COPY | 161348 | $2.40 | PHOTOCOPIES |
| 11/8/2005 | COPY | 161348 | $7.60 | PHOTOCOPIES |
| 11/8/2005 | COPY | 161348 | $7.60 | PHOTOCOPIES |
| 11/8/2005 | COPY | 161348 | $5.60 | PHOTOCOPIES |
| 11/10/2005 | COPY | 161348 | $0.60 | PHOTOCOPIES |
| 11/16/2005 | COPY | 161348 | $0.10 | PHOTOCOPIES |
| 11/17/2005 | COPY | 161348 | $0.10 | PHOTOCOPIES |
| 11/17/2005 | COPY | 161348 | $6.10 | PHOTOCOPIES |
| 11/21/2005 | COPY | 161348 | $2.00 | PHOTOCOPIES |

| Date | ExpCd | Bill | Amount | Narrative |
|---|---|---|---|---|
| 11/28/2005 | COPY | 161348 | $1.40 | PHOTOCOPIES |
| 11/29/2005 | COPY | 161348 | $16.60 | PHOTOCOPIES |
| 12/6/2005 | COPY | 161682 | $1.00 | PHOTOCOPIES |
| 12/30/2005 | COPY | 161682 | $31.30 | PHOTOCOPIES |
| 3/9/2006 | COPY | 162642 | $0.40 | PHOTOCOPIES |
| 3/21/2006 | COPY | 162642 | $0.60 | PHOTOCOPIES |
| 3/31/2006 | COPY | 162642 | $0.20 | PHOTOCOPIES |
| 4/4/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/4/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/4/2006 | COPY | 163201 | $0.50 | PHOTOCOPIES |
| 4/5/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/5/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/6/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/6/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/7/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/7/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/7/2006 | COPY | 163201 | $0.30 | PHOTOCOPIES |
| 4/10/2006 | COPY | 163201 | $0.90 | PHOTOCOPIES |
| 4/10/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/13/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/14/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/14/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/14/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/14/2006 | COPY | 163201 | $0.50 | PHOTOCOPIES |
| 4/19/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/19/2006 | COPY | 163201 | $0.10 | PHOTOCOPIES |
| 4/19/2006 | COPY | 163201 | $1.40 | PHOTOCOPIES |
| 4/19/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/20/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/20/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/20/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/21/2006 | COPY | 163201 | $2.50 | PHOTOCOPIES |
| 4/21/2006 | COPY | 163201 | $4.20 | PHOTOCOPIES |
| 4/21/2006 | COPY | 163201 | $2.90 | PHOTOCOPIES |
| 4/21/2006 | COPY | 163201 | $3.40 | PHOTOCOPIES |
| 4/21/2006 | COPY | 163201 | $5.20 | PHOTOCOPIES |
| 4/21/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/21/2006 | COPY | 163201 | $0.40 | PHOTOCOPIES |
| 4/24/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/24/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/24/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/24/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/24/2006 | COPY | 163201 | $0.10 | PHOTOCOPIES |
| 4/24/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/25/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/25/2006 | COPY | 163201 | $0.50 | PHOTOCOPIES |
| 4/25/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/25/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 4/27/2006 | COPY | 163201 | $0.20 | PHOTOCOPIES |
| 5/3/2006 | COPY | 163538 | $0.20 | PHOTOCOPIES |
| 5/4/2006 | COPY | 163538 | $0.80 | PHOTOCOPIES |
| 5/5/2006 | COPY | 163538 | $0.30 | PHOTOCOPIES |
| 5/8/2006 | COPY | 163538 | $0.20 | PHOTOCOPIES |
| 5/8/2006 | COPY | 163538 | $0.20 | PHOTOCOPIES |

| Date | ExpCd | Bill | Amount | Narrative |
|---|---|---|---|---|
| 5/8/2006 | COPY | 163538 | $0.20 | PHOTOCOPIES |
| 5/8/2006 | COPY | 163538 | $0.20 | PHOTOCOPIES |
| 5/9/2006 | COPY | 163538 | $2.10 | PHOTOCOPIES |
| 5/15/2006 | COPY | 163538 | $0.10 | PHOTOCOPIES |
| 5/15/2006 | COPY | 163538 | $0.20 | PHOTOCOPIES |
| 5/18/2006 | COPY | 163538 | $1.00 | PHOTOCOPIES |
| 5/18/2006 | COPY | 163538 | $0.80 | PHOTOCOPIES |
| 5/19/2006 | COPY | 163538 | $18.20 | PHOTOCOPIES |
| 5/19/2006 | COPY | 163538 | $10.60 | PHOTOCOPIES |
| 5/19/2006 | COPY | 163538 | $40.40 | PHOTOCOPIES |
| 5/19/2006 | COPY | 163538 | $56.60 | PHOTOCOPIES |
| 5/19/2006 | COPY | 163538 | $7.30 | PHOTOCOPIES |
| 5/19/2006 | COPY | 163538 | $45.00 | PHOTOCOPIES |
| 5/19/2006 | COPY | 163538 | $0.10 | PHOTOCOPIES |
| 5/22/2006 | COPY | 163538 | $1.80 | PHOTOCOPIES |
| 5/22/2006 | COPY | 163538 | $0.20 | PHOTOCOPIES |
| 5/22/2006 | COPY | 163538 | $0.20 | PHOTOCOPIES |
| 5/22/2006 | COPY | 163538 | $1.90 | PHOTOCOPIES |
| 5/22/2006 | COPY | 163538 | $0.40 | PHOTOCOPIES |
| 5/23/2006 | COPY | 163538 | $96.20 | PHOTOCOPIES |
| 5/24/2006 | COPY | 163538 | $25.60 | PHOTOCOPIES |
| 5/24/2006 | COPY | 163538 | $3.00 | PHOTOCOPIES |
| 5/24/2006 | COPY | 163538 | $51.20 | PHOTOCOPIES |
| 5/24/2006 | COPY | 163538 | $4.40 | PHOTOCOPIES |
| 5/24/2006 | COPY | 163538 | $16.50 | PHOTOCOPIES |
| 5/25/2006 | COPY | 163538 | $7.60 | PHOTOCOPIES |
| 5/25/2006 | COPY | 163538 | $0.80 | PHOTOCOPIES |
| 5/25/2006 | COPY | 163538 | $0.90 | PHOTOCOPIES |
| 5/25/2006 | COPY | 163538 | $36.90 | PHOTOCOPIES |
| 5/25/2006 | COPY | 163538 | $0.30 | PHOTOCOPIES |
| 5/25/2006 | COPY | 163538 | $0.20 | PHOTOCOPIES |
| 5/25/2006 | COPY | 163538 | $0.40 | PHOTOCOPIES |
| 5/30/2006 | COPY | 163538 | $0.20 | PHOTOCOPIES |
| 5/31/2006 | COPY | 163538 | $0.80 | PHOTOCOPIES |
| 5/31/2006 | COPY | 163538 | $0.80 | PHOTOCOPIES |
| 6/8/2006 | COPY | 163654 | $2.10 | PHOTOCOPIES |
| 6/13/2006 | COPY | 163654 | $17.30 | PHOTOCOPIES |
| 6/14/2006 | COPY | 163654 | $5.00 | PHOTOCOPIES |
| 6/14/2006 | COPY | 163654 | $1.40 | PHOTOCOPIES |
| 6/16/2006 | COPY | 163654 | $14.70 | PHOTOCOPIES |
| 6/21/2006 | COPY | 163654 | $13.40 | PHOTOCOPIES |
| 6/23/2006 | COPY | 163654 | $2.20 | PHOTOCOPIES |
| 6/23/2006 | COPY | 163654 | $1.40 | PHOTOCOPIES |
| 6/23/2006 | COPY | 163654 | $0.60 | PHOTOCOPIES |
| 6/23/2006 | COPY | 163654 | $0.20 | PHOTOCOPIES |
| 6/23/2006 | COPY | 163654 | $2.10 | PHOTOCOPIES |
| 6/26/2006 | COPY | 163654 | $0.20 | PHOTOCOPIES |
| 7/5/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |
| 7/5/2006 | COPY | 164169 | $1.00 | PHOTOCOPIES |
| 7/5/2006 | COPY | 164169 | $0.90 | PHOTOCOPIES |
| 7/6/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |
| 7/6/2006 | COPY | 164169 | $0.40 | PHOTOCOPIES |
| 7/6/2006 | COPY | 164169 | $0.10 | PHOTOCOPIES |
| 7/13/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |

| Date | ExpCd | Bill | Amount | Narrative |
|---|---|---|---|---|
| 7/13/2006 | COPY | 164169 | $0.40 | PHOTOCOPIES |
| 7/14/2006 | COPY | 164169 | $148.50 | PHOTOCOPIES |
| 7/14/2006 | COPY | 164169 | $0.10 | PHOTOCOPIES |
| 7/16/2006 | COPY | 164169 | $9.00 | PHOTOCOPIES |
| 7/16/2006 | COPY | 164169 | $15.30 | PHOTOCOPIES |
| 7/17/2006 | COPY | 164169 | $14.40 | PHOTOCOPIES |
| 7/17/2006 | COPY | 164169 | $13.20 | PHOTOCOPIES |
| 7/17/2006 | COPY | 164169 | $34.80 | PHOTOCOPIES |
| 7/17/2006 | COPY | 164169 | $36.30 | PHOTOCOPIES |
| 7/17/2006 | COPY | 164169 | $2.90 | PHOTOCOPIES |
| 7/17/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |
| 7/18/2006 | COPY | 164169 | $0.30 | PHOTOCOPIES |
| 7/18/2006 | COPY | 164169 | $6.00 | PHOTOCOPIES |
| 7/18/2006 | COPY | 164169 | $3.60 | PHOTOCOPIES |
| 7/18/2006 | COPY | 164169 | $15.20 | PHOTOCOPIES |
| 7/19/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |
| 7/20/2006 | COPY | 164169 | $0.40 | PHOTOCOPIES |
| 7/20/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |
| 7/20/2006 | COPY | 164169 | $1.10 | PHOTOCOPIES |
| 7/20/2006 | COPY | 164169 | $2.80 | PHOTOCOPIES |
| 7/20/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |
| 7/20/2006 | COPY | 164169 | $0.10 | PHOTOCOPIES |
| 7/20/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |
| 7/20/2006 | COPY | 164169 | $0.10 | PHOTOCOPIES |
| 7/20/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |
| 7/20/2006 | COPY | 164169 | $0.10 | PHOTOCOPIES |
| 7/21/2006 | COPY | 164169 | $3.00 | PHOTOCOPIES |
| 7/24/2006 | COPY | 164169 | $0.60 | PHOTOCOPIES |
| 7/25/2006 | COPY | 164169 | $0.40 | PHOTOCOPIES |
| 7/25/2006 | COPY | 164169 | $0.10 | PHOTOCOPIES |
| 7/25/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |
| 7/25/2006 | COPY | 164169 | $0.20 | PHOTOCOPIES |
| 7/25/2006 | COPY | 164169 | $0.40 | PHOTOCOPIES |
| 7/25/2006 | COPY | 164169 | $2.10 | PHOTOCOPIES |
| 7/31/2006 | COPY | 164169 | $0.40 | PHOTOCOPIES |
| 8/1/2006 | COPY | 164596 | $5.70 | PHOTOCOPIES |
| 8/1/2006 | COPY | 164596 | $0.30 | PHOTOCOPIES |
| 8/1/2006 | COPY | 164596 | $0.70 | PHOTOCOPIES |
| 8/1/2006 | COPY | 164596 | $6.10 | PHOTOCOPIES |
| 8/1/2006 | COPY | 164596 | $0.40 | PHOTOCOPIES |
| 8/1/2006 | COPY | 164596 | $0.80 | PHOTOCOPIES |
| 8/2/2006 | COPY | 164596 | $0.20 | PHOTOCOPIES |
| 8/2/2006 | COPY | 164596 | $12.80 | PHOTOCOPIES |
| 8/2/2006 | COPY | 164596 | $4.80 | PHOTOCOPIES |
| 8/3/2006 | COPY | 164596 | $0.30 | PHOTOCOPIES |
| 8/3/2006 | COPY | 164596 | $0.10 | PHOTOCOPIES |
| 8/3/2006 | COPY | 164596 | $17.40 | PHOTOCOPIES |
| 8/4/2006 | COPY | 164596 | $2.80 | PHOTOCOPIES |
| 8/4/2006 | COPY | 164596 | $0.30 | PHOTOCOPIES |
| 8/4/2006 | COPY | 164596 | $0.10 | PHOTOCOPIES |
| 8/4/2006 | COPY | 164596 | $19.40 | PHOTOCOPIES |
| 8/8/2006 | COPY | 164596 | $5.80 | PHOTOCOPIES |
| 8/8/2006 | COPY | 164596 | $0.20 | PHOTOCOPIES |
| 8/8/2006 | COPY | 164596 | $6.50 | PHOTOCOPIES |

| Date | ExpCd | Bill | Amount | Narrative |
|---|---|---|---|---|
| 8/8/2006 | COPY | 164596 | $6.50 | PHOTOCOPIES |
| 8/8/2006 | COPY | 164596 | $6.50 | PHOTOCOPIES |
| 8/8/2006 | COPY | 164596 | $5.90 | PHOTOCOPIES |
| 8/9/2006 | COPY | 164596 | $0.60 | PHOTOCOPIES |
| 8/10/2006 | COPY | 164596 | $0.20 | PHOTOCOPIES |
| 8/11/2006 | COPY | 164596 | $6.20 | PHOTOCOPIES |
| 8/11/2006 | COPY | 164596 | $2.40 | PHOTOCOPIES |
| 8/11/2006 | COPY | 164596 | $1.80 | PHOTOCOPIES |
| 8/11/2006 | COPY | 164596 | $1.90 | PHOTOCOPIES |
| 8/14/2006 | COPY | 164596 | $0.20 | PHOTOCOPIES |
| 8/15/2006 | COPY | 164596 | $4.20 | PHOTOCOPIES |
| 8/15/2006 | COPY | 164596 | $6.60 | PHOTOCOPIES |
| 8/16/2006 | COPY | 164596 | $9.00 | PHOTOCOPIES |
| 8/16/2006 | COPY | 164596 | $8.40 | PHOTOCOPIES |
| 8/16/2006 | COPY | 164596 | $6.60 | PHOTOCOPIES |
| 8/17/2006 | COPY | 164596 | $1.20 | PHOTOCOPIES |
| 8/17/2006 | COPY | 164596 | $0.20 | PHOTOCOPIES |
| 8/19/2006 | COPY | 164596 | $0.20 | PHOTOCOPIES |
| 8/24/2006 | COPY | 164596 | $4.60 | PHOTOCOPIES |
| 8/24/2006 | COPY | 164596 | $4.00 | PHOTOCOPIES |
| 8/25/2006 | COPY | 164596 | $0.50 | PHOTOCOPIES |
| 8/25/2006 | COPY | 164596 | $0.40 | PHOTOCOPIES |
| 8/29/2006 | COPY | 164596 | $0.10 | PHOTOCOPIES |
| 8/29/2006 | COPY | 164596 | $1.10 | PHOTOCOPIES |
| 8/29/2006 | COPY | 164596 | $5.20 | PHOTOCOPIES |
| 8/29/2006 | COPY | 164596 | $0.20 | PHOTOCOPIES |
| 8/30/2006 | COPY | 164596 | $0.90 | PHOTOCOPIES |
| 8/30/2006 | COPY | 164596 | $0.10 | PHOTOCOPIES |
| 8/31/2006 | COPY | 164596 | $0.20 | PHOTOCOPIES |
| 8/31/2006 | COPY | 164596 | $5.20 | PHOTOCOPIES |
| 9/5/2006 | COPY | 164829 | $1.60 | PHOTOCOPIES |
| 9/5/2006 | COPY | 164829 | $0.20 | PHOTOCOPIES |
| 9/5/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/6/2006 | COPY | 164829 | $4.80 | PHOTOCOPIES |
| 9/7/2006 | COPY | 164829 | $3.00 | PHOTOCOPIES |
| 9/7/2006 | COPY | 164829 | $0.40 | PHOTOCOPIES |
| 9/7/2006 | COPY | 164829 | $0.60 | PHOTOCOPIES |
| 9/8/2006 | COPY | 164829 | $2.80 | PHOTOCOPIES |
| 9/8/2006 | COPY | 164829 | $0.50 | PHOTOCOPIES |
| 9/8/2006 | COPY | 164829 | $0.60 | PHOTOCOPIES |
| 9/12/2006 | COPY | 164829 | $0.50 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $9.30 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.20 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $3.40 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $1.50 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.20 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $3.00 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $5.60 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $8.20 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $4.30 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $6.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $10.30 | PHOTOCOPIES |

| Date | ExpCd | Bill | Amount | Narrative |
|---|---|---|---|---|
| 9/13/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $2.40 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $7.40 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $1.30 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $6.00 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $8.50 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $2.10 | PHOTOCOPIES |
| 9/13/2006 | COPY | 164829 | $2.10 | PHOTOCOPIES |
| 9/15/2006 | COPY | 164829 | $41.20 | PHOTOCOPIES |
| 9/15/2006 | COPY | 164829 | $14.50 | PHOTOCOPIES |
| 9/15/2006 | COPY | 164829 | $1.30 | PHOTOCOPIES |
| 9/15/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/20/2006 | COPY | 164829 | $0.20 | PHOTOCOPIES |
| 9/22/2006 | COPY | 164829 | $0.90 | PHOTOCOPIES |
| 9/22/2006 | COPY | 164829 | $0.80 | PHOTOCOPIES |
| 9/22/2006 | COPY | 164829 | $0.10 | PHOTOCOPIES |
| 9/22/2006 | COPY | 164829 | $0.40 | PHOTOCOPIES |
| 9/28/2006 | COPY | 164829 | $13.20 | PHOTOCOPIES |
| 9/29/2006 | COPY | 164829 | $0.20 | PHOTOCOPIES |
| 9/29/2006 | COPY | 164829 | $0.20 | PHOTOCOPIES |
| 9/29/2006 | COPY | 164829 | $0.20 | PHOTOCOPIES |
| 10/3/2006 | COPY | 165280 | $0.40 | PHOTOCOPIES |
| 10/4/2006 | COPY | 165280 | $0.20 | PHOTOCOPIES |
| 10/5/2006 | COPY | 165280 | $0.60 | PHOTOCOPIES |
| 10/6/2006 | COPY | 165280 | $0.60 | PHOTOCOPIES |
| 10/6/2006 | COPY | 165280 | $5.20 | PHOTOCOPIES |
| 10/9/2006 | COPY | 165280 | $0.20 | PHOTOCOPIES |
| 10/10/2006 | COPY | 165280 | $0.30 | PHOTOCOPIES |
| 10/10/2006 | COPY | 165280 | $1.00 | PHOTOCOPIES |
| 10/11/2006 | COPY | 165280 | $0.70 | PHOTOCOPIES |
| 10/11/2006 | COPY | 165280 | $0.30 | PHOTOCOPIES |
| 10/12/2006 | COPY | 165280 | $3.50 | PHOTOCOPIES |
| 10/12/2006 | COPY | 165280 | $0.50 | PHOTOCOPIES |
| 10/13/2006 | COPY | 165280 | $0.10 | PHOTOCOPIES |
| 10/13/2006 | COPY | 165280 | $16.90 | PHOTOCOPIES |
| 10/16/2006 | COPY | 165280 | $2.80 | PHOTOCOPIES |
| 10/16/2006 | COPY | 165280 | $0.30 | PHOTOCOPIES |
| 10/17/2006 | COPY | 165280 | $1.70 | PHOTOCOPIES |
| 10/23/2006 | COPY | 165280 | $0.10 | PHOTOCOPIES |
| 10/24/2006 | COPY | 165280 | $0.50 | PHOTOCOPIES |
| 10/24/2006 | COPY | 165280 | $0.40 | PHOTOCOPIES |
| 10/24/2006 | COPY | 165280 | $3.50 | PHOTOCOPIES |
| 10/25/2006 | COPY | 165280 | $0.60 | PHOTOCOPIES |
| 10/25/2006 | COPY | 165280 | $0.20 | PHOTOCOPIES |
| 10/25/2006 | COPY | 165280 | $0.40 | PHOTOCOPIES |
| 10/25/2006 | COPY | 165280 | $0.90 | PHOTOCOPIES |
| 10/25/2006 | COPY | 165280 | $0.20 | PHOTOCOPIES |

| Date | ExpCd | Bill | Amount | Narrative |
|---|---|---|---|---|
| 10/25/2006 | COPY | 165280 | $0.60 | PHOTOCOPIES |
| 10/25/2006 | COPY | 165280 | $2.20 | PHOTOCOPIES |
| 10/25/2006 | COPY | 165280 | $1.20 | PHOTOCOPIES |
| 10/26/2006 | COPY | 165280 | $5.50 | PHOTOCOPIES |
| 10/26/2006 | COPY | 165280 | $5.30 | PHOTOCOPIES |
| 10/26/2006 | COPY | 165280 | $3.50 | PHOTOCOPIES |
| 10/26/2006 | COPY | 165280 | $0.40 | PHOTOCOPIES |
| 10/26/2006 | COPY | 165280 | $0.10 | PHOTOCOPIES |
| 10/30/2006 | COPY | 165280 | $0.10 | PHOTOCOPIES |
| 10/30/2006 | COPY | 165280 | $0.40 | PHOTOCOPIES |
| 10/30/2006 | COPY | 165280 | $1.40 | PHOTOCOPIES |
| 10/30/2006 | COPY | 165280 | $0.20 | PHOTOCOPIES |
| 10/30/2006 | COPY | 165280 | $2.30 | PHOTOCOPIES |
| 10/31/2006 | COPY | 165280 | $4.20 | PHOTOCOPIES |
| 10/31/2006 | COPY | 165280 | $4.40 | PHOTOCOPIES |
| 11/14/2006 | COPY | 165581 | $0.20 | PHOTOCOPIES |
| 11/14/2006 | COPY | 165581 | $0.20 | PHOTOCOPIES |
| 11/14/2006 | COPY | 165581 | $0.20 | PHOTOCOPIES |
| 11/14/2006 | COPY | 165581 | $0.20 | PHOTOCOPIES |
| 12/6/2006 | COPY | 165917 | $0.30 | PHOTOCOPIES |
| 12/6/2006 | COPY | 165917 | $1.70 | PHOTOCOPIES |
| 12/6/2006 | COPY | 165917 | $0.10 | PHOTOCOPIES |
| 12/18/2006 | COPY | 165917 | $0.90 | PHOTOCOPIES |
| 12/18/2006 | COPY | 165917 | $35.50 | PHOTOCOPIES |
| 12/19/2006 | COPY | 165917 | $3.70 | PHOTOCOPIES |
| 12/19/2006 | COPY | 165917 | $2.00 | PHOTOCOPIES |
| 12/19/2006 | COPY | 165917 | $0.70 | PHOTOCOPIES |
| 12/19/2006 | COPY | 165917 | $7.80 | PHOTOCOPIES |
| 12/22/2006 | COPY | 165917 | $0.20 | PHOTOCOPIES |
| 12/22/2006 | COPY | 165917 | $0.80 | PHOTOCOPIES |
| 12/26/2006 | COPY | 165917 | $12.10 | PHOTOCOPIES |
| 12/28/2006 | COPY | 165917 | $0.80 | PHOTOCOPIES |
| 12/28/2006 | COPY | 165917 | $2.60 | PHOTOCOPIES |
| 12/28/2006 | COPY | 165917 | $1.00 | PHOTOCOPIES |
| 12/28/2006 | COPY | 165917 | $0.90 | PHOTOCOPIES |
| 12/28/2006 | COPY | 165917 | $1.80 | PHOTOCOPIES |
| 12/28/2006 | COPY | 165917 | $0.50 | PHOTOCOPIES |
| 12/28/2006 | COPY | 165917 | $1.60 | PHOTOCOPIES |
| 12/29/2006 | COPY | 165917 | $2.60 | PHOTOCOPIES |
| 1/30/2007 | COPY | 166220 | $17.60 | PHOTOCOPIES |
| 1/31/2007 | COPY | 166220 | $0.40 | PHOTOCOPIES |
| 1/31/2007 | COPY | 166220 | $0.10 | PHOTOCOPIES |
| | Sub-Total (Copies) = | | $1,889.60 | |
| | TOTAL COSTS = | | $11,188.19 | |