| AML/JIA | | | Invoice# 157350 |
|---|---|---|---|
| | **TOTAL SERVICES FOR THIS MATTER:** | | Redacted |

Redacted

**EXPENSES**

| 01/19/2005 | AIRFARE : ANC / FBX (HST / MSS) | 773.80 |
|---|---|---|
| 01/19/2005 | AIRFARE : FBX / FT. YUKON (MSS) (CAPITAL ONE) | 172.01 |
| 01/21/2005 | EXPRESS MAILING FEE(S) : CAROLYN BOLLMAN, DEPUTY CLERK, UNITED STATES DISTRICT COURT, FEDERAL BUILDING, U.S. COURTHOUSE | 13.65 |
| 01/26/2005 | AIRFARE : FBX / FT. YUKON (HST) | 172.01 |
| 01/31/2005 | PHOTOCOPIES | 1.80 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | **$1,133.27** |
| | **TOTAL FOR THIS MATTER** | Redacted |

Exhibit 2
Page 1 of 24

AML/JIA                                                                                                          Invoice# 157761

**EXPENSES**
| Date | Description | Amount |
|---|---|---|
| 02/08/2005 | MISCELLANEOUS EXPENSE (HST) | 50.00 |
| 02/28/2005 | PHOTOCOPIES | 12.20 |
| 02/28/2005 | COPYING CHARGE(S) : ALASKA LEGAL COPY | 37.23 |
| 02/28/2005 | LONG DISTANCE PHONE CHARGE(S) | 1.48 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | **$100.91** |
| | **TOTAL FOR THIS MATTER** | Redacted |

Exhibit 2
Page 2 of 24

AML/JIA                                                              Invoice# 158251

**CITY OF FORT YUKON / FLEMING, ET AL**
**CLAIM NO. 2002007767**

| Matter # | 00023 | AML | Balance Forward | $0.00 |



Redacted

**TOTAL SERVICES FOR THIS MATTER:**  Redacted

Redacted

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 02/25/2005 | EXPRESS MAILING FEE(S) : CAROLYN BOLLMAN, DEPUTY CLERK, UNITED STATES DISTRICT COURT, FEDERAL BUILDING, U.S. COURTHOUSE | 13.65 |
| 03/01/2005 | WESTLAW COMPUTER SEARCH | 125.11 |
| 03/04/2005 | COPYING CHARGE(S) : ALASKA LEGAL COPY | 36.98 |
| 03/22/2005 | CLERK OF COURT, COPIES OF COURT FILE | 35.50 |
| 03/30/2005 | EXPRESS MAILING FEE(S) : MICHAEL J. WALLERI, ESQ. | 13.65 |
| 03/31/2005 | PHOTOCOPIES | 7.00 |
| 03/31/2005 | LONG DISTANCE PHONE CHARGE(S) | 1.19 |

**TOTAL EXPENSES FOR THIS MATTER:** $233.08

**TOTAL FOR THIS MATTER**  Redacted

Exhibit 2
Page 3 of 24

| | | |
|---|---|---|
| **AML/JIA** | | **Invoice# 158760** |



| | TOTAL SERVICES FOR THIS MATTER: | Redacted |
|---|---|---|

| | **EXPENSES** | |
|---|---|---:|
| 04/14/2005 | COPYING CHARGE(S) : ALASKA LEGAL COPY | 122.98 |
| 04/29/2005 | EXPRESS MAILING FEE(S) : CAROLYN BOLLMAN, DEPUTY CLERK, UNITED STATES DISTRICT COURT, FEDERAL BUILDING, U.S. COURTHOUSE | 13.65 |
| 04/30/2005 | PHOTOCOPIES | 252.85 |
| 04/30/2005 | INGENS COMPUTER SEARCH (CAPITAL ONE) | 4.00 |
| 04/30/2005 | LONG DISTANCE PHONE CHARGE(S) | 3.25 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | **$396.73** |
| | **TOTAL FOR THIS MATTER** | Redacted |

Exhibit 2
Page 4 of 24

| | | | |
|---|---|---|---|
| **AML/JIA** | | | **Invoice# 158920** |

**CITY OF FORT YUKON / FLEMING, ET AL**
**CLAIM NO. 2002007767**
================================

| Matter # | 00023 | **AML** | **Balance Forward** | **$0.00** |



TOTAL SERVICES FOR THIS MATTER: Redacted

**EXPENSES**
05/31/2005  PHOTOCOPIES                                23.00
05/31/2005  LONG DISTANCE PHONE CHARGE(S)              42.80

TOTAL EXPENSES FOR THIS MATTER:                        $65.80

TOTAL FOR THIS MATTER                                  Redacted

Exhibit 2
Page 5 of 24

AML/JIA                                                                 Invoice# 159450



**EXPENSES**

| | | |
|---|---|---:|
| 06/06/2005 | WESTLAW COMPUTER SEARCH | 628.61 |
| 06/30/2005 | PHOTOCOPIES | 27.50 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | **$656.11** |
| | **TOTAL FOR THIS MATTER** | Redacted |

Exhibit 2
Page 6 of 24

AML/JIA                                                                     Invoice# 159820

*Redacted*

**TOTAL SERVICES FOR THIS MATTER:**                                         Redacted

*Redacted*

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 07/06/2005 | AIRFARE : ANC / FBX / FT. YUKON / FBX / ANC (MSS) | 535.90 |
| 07/11/2005 | EXPRESS MAILING FEE(S) : CAROLYN BOLLMAN, DEPUTY CLERK, UNITED STATES DISTRICT COURT, FEDERAL BUILDING, U.S. COURTHOUSE | 13.65 |
| 07/11/2005 | WESTLAW COMPUTER SEARCH | 600.00 |
| 07/11/2005 | WESTLAW COMPUTER SEARCH | 204.78 |
| 07/13/2005 | AIRFARE : ANC / FBX / ANC (MSS) | 110.00 |
| 07/13/2005 | TRAVEL RELATED EXPENSES (MEALS and TAXI EXPENSE) (MSS) | 59.39 |
| 07/31/2005 | PHOTOCOPIES | 41.90 |
| 07/31/2005 | LONG DISTANCE PHONE CHARGE(S) | 11.81 |

**TOTAL EXPENSES FOR THIS MATTER:**                                         $1,577.43

**TOTAL FOR THIS MATTER**                                                   Redacted

Exhibit 2
Page 7 of 24

**AML/JIA**                                                                                  Invoice# 160179

**CITY OF FORT YUKON / FLEMING, ET AL**
**CLAIM NO. 2002007767**
===========================================

Matter #   00023            **AML**                          **Balance Forward**          $0.00

[Redacted]

                              **TOTAL SERVICES FOR THIS MATTER:**                      [Redacted]

[Redacted]

**EXPENSES**
08/31/2005   PHOTOCOPIES                                                                      3.20
08/31/2005   LONG DISTANCE PHONE CHARGE(S)                                                    1.79

                              TOTAL EXPENSES FOR THIS MATTER:                               $4.99

                              TOTAL FOR THIS MATTER                                      [Redacted]

Exhibit 2
Page 8 of 24