| AML/JIA | | Invoice# 160592 |
|---|---|---|
| 09/09/2005 | WESTLAW COMPUTER SEARCH | 59.99 |
| 09/30/2005 | PHOTOCOPIES | 41.15 |
| 09/30/2005 | LONG DISTANCE PHONE CHARGE(S) | 0.89 |
| 09/30/2005 | WESTLAW COMPUTER SEARCH | 14.08 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | **$132.46** |
| | **TOTAL FOR THIS MATTER** | Redacted |

Exhibit 2
Page 9 of 24

AML/JIA                                                          Invoice# 161033

*Redacted*

    **TOTAL SERVICES FOR THIS MATTER:**                              *Redacted*

*Redacted*

**EXPENSES**
| | | |
|---|---|---:|
| 10/31/2005 | PHOTOCOPIES | 35.80 |
| 10/31/2005 | LONG DISTANCE PHONE CHARGE(S) | 15.36 |

    **TOTAL EXPENSES FOR THIS MATTER:**                              **$51.16**

    **TOTAL FOR THIS MATTER**                                       *Redacted*

Exhibit 2
Page 10 of 24

AML/JIA                                                                         Invoice# 161348



**TOTAL SERVICES FOR THIS MATTER:**                                             Redacted

**EXPENSES**

| | | |
|---|---|---:|
| 11/28/2005 | WESTLAW COMPUTER SEARCH | 11.54 |
| 11/30/2005 | PHOTOCOPIES | 50.10 |
| 11/30/2005 | LONG DISTANCE PHONE CHARGE(S) | 9.75 |

**TOTAL EXPENSES FOR THIS MATTER:**                                             $71.39

**TOTAL FOR THIS MATTER**                                                       Redacted

Exhibit 2
Page 11 of 24

**AML/JIA**  Invoice# 161682

**CITY OF FORT YUKON / FLEMING, ET AL**
**CLAIM NO. 2002007767**
========================================

Matter #   00023          **AML**                         **Balance Forward**           $0.00

Redacted

| | TOTAL SERVICES FOR THIS MATTER: | Redacted |

Redacted

**EXPENSES**

| 11/29/2005 | EXPRESS MAILING FEE(S) : CAROLYN BOLLMAN, DEPUTY CLERK, UNITED STATES DISTRICT COURT, FEDERAL BUILDING, U.S. COURTHOUSE | 13.65 |
| 12/31/2005 | PHOTOCOPIES | 32.30 |
| 12/31/2005 | LONG DISTANCE PHONE CHARGE(S) | 16.23 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | **$62.18** |
| | **TOTAL FOR THIS MATTER** | Redacted |

Exhibit 2
Page 12 of 24

**AML/JIA**                                                                                        Invoice# 162642

**CITY OF FORT YUKON / FLEMING, ET AL**
**CLAIM NO. 2002007767**
==========================================

| Matter # | 00023 | **AML** | **Balance Forward** | | $0.00 |
|---|---|---|---|---|---|
| <u>Date</u> | <u>ID</u> | <u>For Professional Services Rendered</u> | <u>Hrs</u> | <u>Rate</u> | <u>Amount</u> |

*Redacted*

**TOTAL SERVICES FOR THIS MATTER:**                                                     Redacted

*Redacted*

**EXPENSES**

| 03/23/2006 | WESTLAW COMPUTER SEARCH | 72.62 |
| 03/31/2006 | PHOTOCOPIES | 1.20 |
| 03/31/2006 | LONG DISTANCE PHONE CHARGE(S) | 0.89 |

**TOTAL EXPENSES FOR THIS MATTER:**                                                     $74.71

Exhibit 2
Page 13 of 24

| AML/JIA | Invoice# 163201 |
|---|---|

Redacted

| TOTAL SERVICES FOR THIS MATTER: | Redacted |
|---|---|

Redacted

**EXPENSES**

| 04/19/2006 | COPYING CHARGE(S) : ALASKA LEGAL COPY | 71.09 |
|---|---|---|
| 04/30/2006 | PHOTOCOPIES | 30.50 |
| 04/30/2006 | LONG DISTANCE PHONE CHARGE(S) | 8.60 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | **$110.19** |
| | **TOTAL FOR THIS MATTER** | Redacted |

Exhibit 2
Page 14 of 24

**AML/JIA**            **Invoice# 163538**



### EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 04/30/2006 | WESTLAW COMPUTER SEARCH | 335.53 |
| 05/19/2006 | EXPRESS MAILING FEE(S) : FANNIE CARROLL | 59.40 |
| 05/30/2006 | AIRFARE : ANC / FBX / ANC (MSS) | 363.10 |
| 05/30/2006 | AIRFARE : FBX / FT. YUKON / FBX (MSS) | 225.00 |
| 05/31/2006 | PHOTOCOPIES | 434.80 |
| 05/31/2006 | LONG DISTANCE PHONE CHARGE(S) | 39.30 |

**TOTAL EXPENSES FOR THIS MATTER:**    **$1,457.13**

**TOTAL FOR THIS MATTER**    Redacted

Exhibit 2
Page 15 of 24

| AML/JIA | | Invoice# 163654 |
|---|---|---|
| | **EXPENSES** | |
| 05/31/2006 | ANCHORAGE BAR ASSOCIATION : PHOTOCOPYING | 2.04 |
| 06/15/2006 | TRAVEL RELATED EXPENSES (MEALS, TAXI and PARKING EXPENSE) (FANNIE CARROLL) | 386.40 |
| 06/28/2006 | TRAVEL RELATED EXPENSES (MEALS and TAXI) (MSS) | 38.83 |
| 06/30/2006 | PHOTOCOPIES | 60.60 |
| 06/30/2006 | LONG DISTANCE PHONE CHARGE(S) | 32.76 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | **$520.63** |
| | **TOTAL FOR THIS MATTER** | Redacted |

Exhibit 2
Page 16 of 24