AML/JIA                                                                                                                                  Invoice# 164169



**TOTAL SERVICES FOR THIS MATTER:**                                                                                              Redacted

### EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 05/30/2006 | AIRFARE FOR FANNIE CARROLL / DEPOSITION (CAPITAL ONE) | 976.76 |
| 06/30/2006 | AIRFARE : TICKET FEE (FANNIE CARROLL TRAVEL) (CAPITAL ONE) | 10.00 |
| 06/30/2006 | WESTLAW COMPUTER SEARCH | 28.99 |
| 06/30/2006 | WESTLAW COMPUTER SEARCH | 60.78 |
| 07/05/2006 | DEPOSITION(S) OF : ERIC TREMBLAY, CHARLOTTE FLEENER and DEBBIE McCARTY, LIZ D'AMOUR & ASSOCIATES, INC. | 977.69 |
| 07/12/2006 | AIRFARE : ANC / FBX / ANC  (MSS) | 419.10 |
| 07/12/2006 | COPYING CHARGE(S) : ALASKA LEGAL COPY | 217.98 |
| 07/14/2006 | EXPRESS MAILING FEE(S) : MICHAEL J. WALLERI, ESQ. | 47.20 |
| 07/18/2006 | ACCURINT COMPUTER SEARCH (CAPITAL ONE) | 0.80 |
| 07/24/2006 | PARKING EXPENSE (HST) | 15.00 |
| 07/24/2006 | TRAVEL RELATED EXPENSES (HOTEL, CAR RENTAL, MEALS and PARKING EXPENSE) (MSS) | 647.34 |
| 07/26/2006 | PACER SERVICE CENTER | 0.40 |
| 07/31/2006 | PHOTOCOPIES | 316.20 |
| 07/31/2006 | DEPOSITION(S) OF : CHRISTOPHER DeLEON and CHRIS HAMPTON, | 1743.00 |

Exhibit 2
Page 17 of 24

| AML/JIA | | | Invoice# 164169 |
|---|---|---|---|
| | HEARTLAND COURT REPORTERS | | |
| 07/31/2006 | LONG DISTANCE PHONE CHARGE(S) | | 2.97 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | | $5,464.21 |
| | **TOTAL FOR THIS MATTER** | | Redacted |

Exhibit 2
Page 18 of 24

**AML/JIA**  **Invoice# 164596**



**TOTAL SERVICES FOR THIS MATTER:**



### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 07/31/2006 | WESTLAW COMPUTER SEARCH | 63.69 |
| 08/01/2006 | EXPRESS MAILING FEE(S) : MICHAEL J. WALLERI, ESQ. | 14.40 |
| 08/04/2006 | DEPOSITION(S) OF : REGINALD FLEMING, LIZ D'AMOUR & ASSOCIATES, INC. | 1899.50 |
| 08/08/2006 | AIRFARE : ANC / FBX / ANC (MSS) | 367.10 |
| 08/15/2006 | COPYING CHARGE(S) : FAIRBANKS POLICE DEPARTMENT | 14.50 |
| 08/17/2006 | DEPOSITION(S) OF : FLEMING, DELEON, HAMPTON, McKILLICAN and SCHLUMBOHM, VIDEO SERVICES | 845.00 |
| 08/22/2006 | DEPOSITION(S) OF : WILLIAM D. McKILLICAN and TODD SCHLUMBOHM, HEARTLAND COURT REPORTERS | 2049.00 |
| 08/30/2006 | TRAVEL RELATED EXPENSES (HOTEL, CAR RENTAL, MEALS) (MSS) | 303.56 |
| 08/31/2006 | CERTIFIED MAILING FEE : MIKE JACKSON, CITY MANAGER, CITY OF FORT YUKON | 8.45 |
| 08/31/2006 | CERTIFIED MAILING FEE : MIKE JACKSON, CITY MANAGER, CITY OF FORT YUKON | 17.05 |
| 08/31/2006 | PHOTOCOPIES | 175.80 |
| 08/31/2006 | LONG DISTANCE PHONE CHARGE(S) | 18.01 |

**TOTAL EXPENSES FOR THIS MATTER:** $5,776.06

**TOTAL FOR THIS MATTER**

Exhibit 2
Page 19 of 24

AML/JIA                                                                       Invoice# 164829

*Redacted*

| | TOTAL SERVICES FOR THIS MATTER: | *Redacted* |

*Redacted*

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 08/31/2006 | WESTLAW COMPUTER SEARCH | 88.68 |
| 08/31/2006 | WESTLAW COMPUTER SEARCH | 87.12 |
| 08/31/2006 | WESTLAW COMPUTER SEARCH | 218.47 |
| 09/01/2006 | DEPOSITION(S) OF : GREG RUSSELL, ALASKA STENOTYPE REPORTERS | 693.40 |
| 09/07/2006 | MESSENGER FEE(S) | 5.00 |
| 09/07/2006 | PROFESSIONAL SERVICES : ECONOMIC CONSULTANTS OF THE NORTH | 320.00 |
| 09/08/2006 | MESSENGER FEE(S) | 5.00 |
| 09/08/2006 | WITNESS FEE : ALASKA STATE TROOPERS | 20.00 |
| 09/15/2006 | MESSENGER FEE(S) | 5.00 |
| 09/30/2006 | PHOTOCOPIES | 171.30 |
| 09/30/2006 | LONG DISTANCE PHONE CHARGE(S) | 2.97 |
| | **TOTAL EXPENSES FOR THIS MATTER:** | **$1,616.94** |
| | **TOTAL FOR THIS MATTER** | *Redacted* |

Exhibit 2
Page 20 of 24

AML/JIA  Invoice# 165280



**TOTAL SERVICES FOR THIS MATTER:** Redacted



### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/12/2006 | DEPOSITION(S) OF : ALASKA STATE TROOPERS, PACIFIC RIM REPORTING | 309.90 |
| 10/31/2006 | PHOTOCOPIES | 73.90 |
| 10/31/2006 | LONG DISTANCE PHONE CHARGE(S) | 9.17 |

**TOTAL EXPENSES FOR THIS MATTER:** $392.97

**TOTAL FOR THIS MATTER** Redacted

Exhibit 2
Page 21 of 24

**AML/JIA**                                                                         **Invoice# 165581**



TOTAL SERVICES FOR THIS MATTER:       Redacted

### EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 09/30/2006 | WESTLAW COMPUTER SEARCH | 147.71 |
| 09/30/2006 | WESTLAW COMPUTER SEARCH | 372.71 |
| 10/31/2006 | WESTLAW COMPUTER SEARCH | 60.63 |
| 10/31/2006 | WESTLAW COMPUTER SEARCH | 284.22 |
| 10/31/2006 | WESTLAW COMPUTER SEARCH | 92.37 |
| 11/16/2006 | EXPRESS MAILING FEE(S) : JUDGE RALPH R. BEISTLINE, UNITED STATES DISTRICT COURT | 14.40 |
| 11/30/2006 | PHOTOCOPIES | 0.80 |
| 11/30/2006 | LONG DISTANCE PHONE CHARGE(S) | 3.54 |

**TOTAL EXPENSES FOR THIS MATTER:**     **$976.38**

**TOTAL FOR THIS MATTER**     Redacted

Exhibit 2
Page 22 of 24

AML/JIA                                                                Invoice# 165917

> Redacted

       **TOTAL SERVICES FOR THIS MATTER:**                      Redacted

> Redacted

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 11/30/2006 | WESTLAW COMPUTER SEARCH | 176.36 |
| 11/30/2006 | WESTLAW COMPUTER SEARCH | 201.42 |
| 11/30/2006 | WESTLAW COMPUTER SEARCH | 55.01 |
| 11/30/2006 | WESTLAW COMPUTER SEARCH | 12.55 |
| 12/31/2006 | PHOTOCOPIES | 77.60 |
| 12/31/2006 | LONG DISTANCE PHONE CHARGE(S) | 1.18 |

       **TOTAL EXPENSES FOR THIS MATTER:**                      $524.12

       **TOTAL FOR THIS MATTER**                                 Redacted

Exhibit 2
Page 23 of 24

**AML/JIA**  Invoice# 166220

CITY OF FORT YUKON / FLEMING, ET AL
CLAIM NO. 2002007767
==========================================

| Matter # | 00023 | AML | Balance Forward | | $0.00 |
|---|---|---|---|---|---|
| Date | ID | For Professional Services Rendered | Hrs | Rate | Amount |

Redacted

**TOTAL SERVICES FOR THIS MATTER:** Redacted

Redacted

**EXPENSES**
| 12/31/2006 | WESTLAW COMPUTER SEARCH | 4.88 |
|---|---|---|
| 01/31/2007 | PHOTOCOPIES | 18.10 |

TOTAL EXPENSES FOR THIS MATTER: $22.98

TOTAL FOR THIS MATTER  Redacted

Exhibit 2
Page 24 of 24