Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>            Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

**NOTICE OF COST BILL HEARING**

NOTICE IS HEREBY GIVEN THAT a hearing will be held at 10:00 a.m. on Wednesday, March 28, 2007, at the Federal Building, U.S. Courthouse, 101 12th Avenue, Room 332, Fairbanks, AK 99701, Alaska regarding the Bill of Costs filed by Defendants on March 19, 2007.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DATED at Anchorage, Alaska this 19th day of March, 2007.

JERMAIN DUNNAGAN & OWENS, P.C.

By: s/ Matthew Singer
   Matthew Singer
   Alaska Bar No. 9911072

By: s/ Howard S. Trickey
   Howard S. Trickey
   3000 A Street, Suite 300
   Anchorage, AK  99503
   Phone:  (907) 563-8844
   Fax:  (907) 563-7322
   Alaska Bar No. 7610138

CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, a true and correct copy of the foregoing document was served electronically on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

*s/ Matthew Singer*
146342

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322