Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MOTION FOR RELIEF FROM JUDGMENT**<br><br>**[FRCP 60 (b)]**<br><br><br><br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW, the Plaintiffs to move for relief from judgment entered on March 3, 2007[1] and proposed judgment lodged on March 15, 2007[2] for the reasons set forth in the accompanying memorandum.

---

[1] Docket 191
[2] Docket 192

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

|  |  |
|---|---|
| DATED: March 19, 2007 | s/ Michael J. Walleri |
|  | Law Offices of Michael J. Walleri<br>330 Wendell Street, Suite E<br>Fairbanks, Alaska 99701<br>(907) 452-4716<br>(907)452-4725 (Facisimile)<br>walleri@gci.net<br>AK. Bar No. 7906060 |

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on March 19, 2007 via ECFl  to:
Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725