Case 4:04-cv-00034-RRB   Document 196-2   Filed 03/20/2007   Page 1 of 3

Deposition of William D. McKillican        Fleming, et al., vs. Carroll, et al.
Taken August 17, 2006                      Case No. 4:04-cv-00034-RRB

Page 67

1  Q.  Why did you quit?

2  A.  Because I felt that I wasn't -- that I was
3  going to be fired.

4  Q.  Explain that to me.

5  A.  Well, the city manager had pulled me in her
6  office, she basically, you know, accused me of being a
7  troublemaker.  And when I basically denied everything,
8  she -- and she basically said that she was going to do
9  my evaluation.  And to me, it -- it came across as
10 very -- a very threatening manner, like she was going
11 to retaliate against me.

12 Q.  And so rather than allow the city manager to
13 evaluate you, you quit your job?

14 A.  I felt that if I let her evaluate me, bad
15 performance evaluation, that she was going to -- I
16 mean, there was no doubt in my mind she was going to
17 give me a bad performance evaluation.  So I felt that,
18 you know, I didn't have a chance.

19     And, you know, with a bad performance
20 evaluation, I could have been terminated because I
21 hadn't been there a complete year yet, so I was
22 technically still on probation.

23     So if I was on probation, and I believe it was
24 a year probation, I'm not certain on that, but you
25 know, if I was still on probation, they could terminate

EXHIBIT 1
PAGE 1 OF 3

Heartland Court Reporters                 Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net   Fax:  907-488-7701

6b0c3aa5-a0a4-4c33-a00b-4241433e20f5

Deposition of William D. McKillican          Fleming, et al., vs. Carroll, et al.
Taken August 17, 2006                         Case No. 4:04-cv-00034-RRB

Page 68

1  me for any cause.  So that's why I -- you know, I chose
2  to quit.  I mean, I -- I didn't have a choice.
3       Q.   But just to --
4       A.   Or get fired for something that I wasn't --
5  that I didn't do.
6       Q.   So it was -- it was specifically the city
7  manager's indication to you that she was going to
8  evaluate you that caused you to quit your job?
9       A.   Her actions, yes.
10      Q.   And so -- well, I want you to assume for a
11 minute that -- that happened in one conversation,
12 right?
13      A.   It was all the same conversation, yes.
14      Q.   Was it the day of August 11th?
15      A.   Yes, it was.
16      Q.   Where did the conversation take place?
17      A.   Her office.
18      Q.   So do you recall what time of day it was?
19      A.   Late morning, mid afternoon.
20      Q.   And -- and it's your testimony that --
21      A.   I know -- I know it was late after -- late
22 morning.  I know that for a fact because I was home
23 that evening.  I know the last flight going out of
24 Fort Yukon was, like, five o'clock, I believe, or
25 six o'clock or something, so I was home by that

EXHIBIT 1
PAGE 2 OF 3

Heartland Court Reporters                      Telephone:  907-452-6727
Carol A. McCue, RMR  E-mail: carol.mccue@acsalaska.net  Fax:  907-488-7701

Case 4:04-cv-00034-RRB   Document 196-2   Filed 03/20/2007   Page 3 of 3

Deposition of William D. McKillican    Fleming, et al., vs. Carroll, et al.
Taken August 17, 2006                   Case No. 4:04-cv-00034-RRB

Page 72

```
 1     Q.   By who?
 2     A.   By Reggie.
 3     Q.   How did that go?
 4     A.   Fine.
 5     Q.   As far as you were aware, were there any
 6  written evaluations?
 7     A.   I don't believe so.
 8     Q.   So what was the worst that you thought was
 9  going to happen if you had allowed her to evaluate you?
10     A.   I was going to be fired.
11     Q.   She never actually in this conversation said,
12  I'm going to fire you, did she?
13     A.   No.
14     Q.   Fannie Carroll never said, I'm going to fire
15  you?
16     A.   No.
17     Q.   Never said any words to that effect?
18          MR. WALLERI:  Asked and answered.
19          THE WITNESS:  She never said, sir.
20          MR. WALLERI:  Go ahead.
21  BY MR. SINGER:
22     Q.   I just want to, for the record, because we
23  were talking over, so --
24     A.   No.
25     Q.   -- I'm going to ask the question again.
```

EXHIBIT 1
PAGE 3 OF 3

Heartland Court Reporters                Telephone:  907-452-6727
Carol A. McCue, RMR   E-mail:  carol.mccue@acsalaska.net   Fax:  907-488-7701

6b0c3aa5-a0a4-4c33-a00b-4241433e20f5