# City of Fort Yukon, Inc.
## Employee Time Sheet
Fort Yukon, Alaska 99740

P.O. Box 269     (907) 662-2479 or 2379

NAME: Todd Schlumbohm    ADDRESS: _____

SSN: 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

PAY PERIOD ENDING: 2-13-04

MONTH JAN /FEB , 2003

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| off | off | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 4 | off | off |

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| off |  |  |  |  |  |  |  |  |  |  |  |

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | off |

Please mark each day with the type of workday.

R - Regular Hours    88
A - Annual Leave    _____
S - Sick Leave    _____
H - Holiday with Pay    _____
L - Leave without Pay    _____

TOTAL HOURS WORKED: 88

Employee Signature _____
Supervisor's Signature Joseph R. Wallace
City Manager's Signature _____

FY 3469

EXHIBIT 1
PAGE 1 OF 2

City of Fort Yukon
P.O. Box 269
Fort Yukon, AK 99740

February 17, 2004

To: City Treasure, Vera James
From: City Manager, Fannie Carroll

This is an official notice that I indeed did receive a letter of resignation from Todd Schlumbohm, February 16, 2004. Further, I did accept his resignation as of February 17, 2004, todays date. Accordance to our policy and the State of Alaska Department of Labor we need to issue Schlumbohm's Final Pay within in three working days.

Thank you for your support in this matter.

EXHIBIT 1
PAGE 2 OF 2

FY 3470