IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>        Plaintiffs,<br><br>  vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEY'S FEES AGAINST FLEMING, DELEON, HAMPTON AND MCKILLICAN

Defendants, City of Fort Yukon and Fannie Carroll, having moved this Court for an award of attorney's fees in this matter against Plaintiffs Fleming, DeLeon, Hampton and McKillican,

IT IS HEREBY ORDERED the City of Fort Yukon and Fannie Carroll are awarded, pursuant to Alaska Civil Rule 68 and Alaska Rule 82(b)(3) attorney's fees in the amount of $58,341.14.  For the reasons set forth in the Memorandum, the Court expressly finds that an upward increase of fees pursuant to the factors in Rule 82(b)(3) is warranted in this case.  The Clerk is requested to insert the above amount in the Final Judgment entered in this matter on March 7, 2007 [Docket 191].

MADE AND ENTERED this _____ day of _____, 2007.

                                                  _____
                                                  Ralph R. Beistline
                                                  U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

s/ Matthew Singer
148461