Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

**AFFIDAVIT OF MATTHEW SINGER
IN SUPPORT OF MOTION FOR ATTORNEY'S FEES**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

I, Matthew Singer, being first duly sworn upon oath, depose and state as follows:

1.    I am an attorney practicing law with the Anchorage law firm of Jermain Dunnagan & Owens, P.C. This affidavit is prepared in support of the motion for

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

attorney's fees incurred in connection with counsel's representation of Defendants Fannie Carroll and the City of Fort Yukon, Alaska in the above-referenced litigation.

2. As part of my duties as counsel in this case, I have reviewed all files in this matter, including costs and attorney billing information. This affidavit is based on either my personal knowledge or review of my firm's files. I submit this affidavit based on my personal knowledge of the facts asserted herein. If called to testify with respect to matters in controversy in this lawsuit, I can and will testify to the facts as stated herein.

3. On April 15, 2005, Defendants made offers of judgment to all Plaintiffs. Plaintiffs did not accept these offers. *See*, attached Exhibits 1-4.

4. According to the Scheduling and Planning Order, initial disclosures were due on April 15, 2005 [Docket No. 8].

5. I have reviewed the time and billing records of my firm attached hereto as Exhibits 6-9. Exhibits 6-9 contain true and correct copies of the detailed billing summaries for this case. These summaries identify the timekeeper, hours worked, hourly rate, amount charged for the task, and narrative description of the task or tasks performed.

6. In this matter, Plaintiffs asserted a claim under the Fair Labor Standards Act, as well as employment claims based on state law. In seeking to recover a portion of its attorney's fees, the City of Fort Yukon does not seek to recover fees incurred in defending against the FLSA claim. Nor does the City seek to recover fees for its work defending Todd Schluhbohm's claims, as those remain unresolved. Accordingly, my

office has sought to segregate our fees into different categories. In order to avoid any prejudice to Plaintiffs, I tried in segregating the fees into different categories to err on the side of under-inclusion in the categories for which the City seeks to recover fees. For example, if any portion of a billing entry contained reference to work on FLSA or Schluhbohm's claims, then the entire entry is credited to those categories and the City does not seek to recover any portion of the entry.

7.  Exhibit 5 to this Affidavit is a summary sheet which provides the total fees incurred, as well as calculations for a partial award of attorney's fees under Alaska Civil Rule 68, Rule 82(b)(2) or Rule 82(b)(3).

8.  Exhibit 6 is a detail of all fees incurred defending the FLSA claims.

9.  Exhibits 7 is a detail of all fees incurred defending Counts II-IV (employment claims) for Fleming, Hampton, McKillican, and DeLeon.

10. Exhibit 8 is a detail of all fees incurred in "general defense costs." These are fees for such matters as initial disclosures, conferences with the client and insurer, communications with opposing counsel, etc., which would be necessarily incurred whether or not Plaintiffs had asserted a claim under the FLSA, and so are fairly attributable to the state law claims for purposes of prevailing party fee recovery.

11. As set forth in Exhibit 5, the total fees billed in this case are $143,164.00 (as of January 31, 2007). Attorney's fees for only fees billed in connection with Counts II-IV amount to $70,649.74 and general defense fees amount to $19,786.44. [*See* Exs. 7

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

AFFIDAVIT OF MATTHEW SINGER IN SUPPORT OF MOTION FOR ATTORNEY'S FEES                PAGE 3
*FLEMING, ET AL. V. CARROLL, ET AL.*,
CASE NO. 4:04-cv-00034-RRB

and 8] Computations for Alaska Civil Rule 68 have been computed from the date of the offers (4/15/05) forward at 75%, for a total of $58,341.14 ($77,788.18 x 75%). [Ex. 5]

12. Should the Court determine that an award under Alaska Rule 68 is not permitted, then Exhibit 5 also sets forth calculations for fee awards pursuant to Alaska Civil Rule 82(b)(2) and 82(b)(3).

13. All attorney fees incurred by Fannie Carroll and the City of Fort Yukon, Alaska were reasonable and necessary.

14. My firm charged attorney rates of between $110 and $165 per attorney hour, based on the attorney's level of experience. Based on my knowledge of the market rates for attorney's fees, my firm's rate in this case were reasonable and below market rates. For example, Mr. Trickey and I have a practice of offering discounted hourly rates to public institutions like Defendants, and the two of us typically charge standard rates in excess of $200 per hour.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Matthew Singer

SUBSCRIBED AND SWORN TO before me this 21st day of March, 2007.

_____
Jeanine M. Huston
Notary Public in and for Alaska
My commission expires: 1-31-2008

CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

*s/ Matthew Singer*
148045

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

AFFIDAVIT OF MATTHEW SINGER IN SUPPORT OF MOTION FOR ATTORNEY'S FEES     PAGE 5
FLEMING, ET AL. V. CARROLL, ET AL.,
CASE NO. 4:04-cv-00034-RRB