Howard S. Trickey, Esq.
Matthew Singer, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. F04-0034 CIV (RRB)

### DEFENDANTS' OFFER OF JUDGMENT
### TO PLAINTIFF CHRIS HAMPTON
(AS 09.30.065)

Defendants, by and through their attorneys, Jermain, Dunnagan & Owens, P.C., offers judgment to be entered in Plaintiff Chris Hampton's favor and against Defendants for the total amount of $1,000.00, inclusive of costs and attorneys' fees and in complete satisfaction of all claims made in this suit.

This offer is made pursuant to AS 09.30.065, Alaska Civil Rule 68, and Federal Civil Rule 68, and shall be deemed to be withdrawn unless accepted within 10 days from

the date hereof. This offer is an offer of compromise only, and is in no way an admission of any liability or fault. The offer and the fact of the offer shall not be admissible in any proceeding for any purpose.

DATED at Anchorage, Alaska this 15th day of April, 2005.

JERMAIN, DUNNAGAN & OWENS, P.C.

By: _____
Howard S. Trickey
Alaska Bar No. 7610138
Matthew Singer
Alaska Bar No. 9911072

**CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of April, 2005, a true and correct copy of the foregoing was mailed, postage prepaid, to:

Michael J. Walleri, Esq.
330 Wendell St., Suite E
Fairbanks, AK 99709

_____
Jeanine M. Huston

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF CHRIS HAMPTON
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. F04-0034 CIV (RRB)

PAGE 2

**Exhibit 3,
Page 2 of 2**