*Fleming v. Carroll/Ft. Yukon*     **ATTORNEY FEES CALCULATIONS**     **Submitted by Defendants**

| ALL ATTORNEY FEES BILLED | |
| --- | ---: |
| Overtime Fees = | **$43,109.34** |
| Schlumbohm Fees = | **$9,618.48** |
| Counts II-IV Fees = | **$70,649.74** |
| General Defense Fees = | **$19,786.44** |
| **TOTAL ATTORNEY FEES:** | **$143,164.00** |

| Fees After 4/15/05 Rule 68 Offers | |
| --- | ---: |
| Counts II-IV Fees = | $65,798.24 |
| General Defense Fees = | $11,989.94 |
| **TOTAL Fees After 4/15/05 =** | **$77,788.18** |

| Alaska Civil Rule 68:<br>75% Calculation from 4/15/05 forward | |
| --- | ---: |
| Counts II-IV Fees = | $49,348.68 |
| General Defense Fees = | $8,992.46 |
| **TOTAL FOR 75% Calculation =** | **$58,341.14** |

| Alaska Civil Rule 82(b)(3)<br>Suggested Increased Award to 60% | |
| --- | ---: |
| Counts II-IV Fees = | $42,389.84 |
| General Defense Fees = | $11,871.86 |
| **TOTAL FOR 60% Calculation =** | **$54,261.71** |

| Alaska Civil Rule 82(b)(2)<br>20% Calculation | |
| --- | ---: |
| Counts II-IV Fees = | $14,129.95 |
| General Defense Fees = | $3,957.29 |
| **TOTAL 20% Calculation =** | **$18,087.24** |