*Fleming v. Carroll/Ft. Yukon*                    **Attorneys' Fees for**
                                                   **Count I - FLSA Overtime Claims**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 1/12/2005 | MSS | 3.1 | $155.00 | $480.50 | Call to Greg Russell; email to Bice; confer with HST; strategize on case defense and made notations for answer. Legal research on FMLA exemptions. |
| 1/13/2005 | MSS | 3.5 | $155.00 | $542.50 | Research and analysis of FLSA and statutory exemptions, review of DOL regulations; call with client and review of additional client materials; additional notes on answer and started memo to file on FLSA matters. |
| 1/29/2005 | MSS | 3.2 | $155.00 | $496.00 | Analysis of claims and defenses, possible counterclaim against Fleming as joint employer under FLSA. |
| 1/31/2005 | MSS | 4.9 | $155.00 | $759.50 | Legal research and analysis of defenses, review of employment contracts to consider FLSA counterclaim against Fleming, and rights of at-will employees vis-a-vis due process claims; began outlining answer and affirmative defenses, notes on defense strategy; email memos to HST on defenses and counterclaims. |
| 2/28/2005 | MSS | 0.8 | $155.00 | $124.00 | Outlining of key legal arguments for motions against Hampton, confer with HST about taking early depositions and needed affidavits. |
| 3/1/2005 | HST | 1.2 | $165.00 | $198.00 | Research on damages issues; research FLSA issues. |
| 4/8/2005 | MSS | 1.4 | $155.00 | $217.00 | Analysis of claims and outlining of initial defense strategy, particularly on FLSA claims, made list of key witnesses for next trip to Fort Yukon. |
| 4/22/2005 | MSS | 3.9 | $155.00 | $604.50 | Review statute, regulations, and cases from associate on overtime exemption for small police departments; outline strategy for summary judgment on FLSA; contiue document review and drafting of initial disclosure statement. |
| 5/12/2005 | HST | 1.2 | $165.00 | $198.00 | Review counterclaim on Fleming's duty as chief regarding wage and hour; report to Bice on status. |
| 5/12/2005 | MSS | 1.9 | $155.00 | $294.50 | Did legal research and drafted counterclaim against Reginald Fleming for joint and several liability of FLSA damages. |
| 5/31/2005 | MSS | 1.1 | $155.00 | $170.50 | Review opposing counsel's letter on discovery issues, make notes for response. |
| 6/8/2005 | HST | 0.8 | $165.00 | $132.00 | Review counterclaim; research FLSA issues. |
| 6/9/2005 | MSS | 0.4 | $155.00 | $62.00 | Call with Bice regarding counterclaim against Fleming, review of JIA agreement. |
| 6/15/2005 | HST | 1.2 | $165.00 | $198.00 | Conference with Bice over withdrawing third-party claim. |
| 6/15/2005 | MSS | 2.6 | $155.00 | $403.00 | Did legal research and drafted reply in support of motion to amend answer. |
| 6/16/2005 | PAS | 1.6 | $110.00 | $176.00 | Began pulling cases on severance. |
| 6/20/2005 | PAS | 3.6 | $110.00 | $396.00 | Pulled/reviewed case law on severance, wage claims, and due process. |

*Fleming v. Carroll/Ft. Yukon*

**Attorneys' Fees for**
**Count I - FLSA Overtime Claims**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 6/21/2005 | PAS | 5 | $110.00 | $550.00 | Reviewed severance cases; began drafting outline of applicable law. |
| 6/21/2005 | MSS | 1.3 | $155.00 | $201.50 | Legal research and work with law clerk on outline of summary judgment brief. |
| 6/23/2005 | PAS | 2 | $110.00 | $220.00 | Finished outline of case law; began drafting paragraphs for inclusion in request for status conference. |
| 6/27/2005 | PAS | 1.1 | $110.00 | $121.00 | Finished reviewing cases on severance; began drafting paragraphs to insert in request for status conferrence. |
| 6/30/2005 | MSS | 2.3 | $155.00 | $356.50 | Review of key cases and outlining of model affidavit to be used by former dispatchers for use with summary judgment motion on wage and hour claims. |
| 6/30/2005 | PAS | 2.3 | $110.00 | $253.00 | Pulled cases on wage law. |
| 7/1/2005 | PAS | 3 | $110.00 | $330.00 | Pulled/reviewed FLSA exemption cases at the law library. |
| 7/5/2005 | MSS | 4.2 | $155.00 | $651.00 | Document review, analysis of facts and witnesses needed to establish summary judgment on wage and hour claim, call with Fannie Carroll and letter to her about interview trip, work with staff on gathering key information and travel arrangements. |
| 7/5/2005 | PAS | 1.2 | $110.00 | $132.00 | Reviewed FLSA cases . |
| 7/6/2005 | PAS | 2.4 | $110.00 | $264.00 | Reviewed Department of Labor FLSA regulations; drafted affidavit. |
| 7/6/2005 | MSS | 3.7 | $155.00 | $573.50 | Call with Fannie Carroll; continue researching law and preparing affidavits for witness interview trip, including preparation of draft affidavit for each of 8 witnesses to be interviewed. |
| 7/7/2005 | PAS | 2.5 | $110.00 | $275.00 | Reviewed case law on FLSA provisions; drafted set of additional questions for city officials; pulled Alaska administrative regulations for police officer training. |
| 7/10/2005 | MSS | 5.2 | $155.00 | $806.00 | Finished request for status conference on issue of separate trials; instructed staff on finalizing and filing; gathered materials and revised draft affidavits in advance of trip to Fort Yukon to interview key witnesses on wage and hour claims; reviewed key cases on overtime issue. |
| 7/11/2005 | MSS | 3.6 | $155.00 | $558.00 | Travel to Fort Yukon, prepare for witness interviews and affidavits. |
| 7/11/2005 | MSS | 8.3 | $155.00 | $1,286.50 | Witness interviews in Fort Yukon of five former dispatchers, former officer, and city treasurer, confer with city manager. |
| 7/11/2005 | MSS | 4.1 | $155.00 | $635.50 | Travel from Fort Yukon to Anchorage, review affidavits and notes from day, outline research and summary judgment issues. |

*Fleming v. Carroll/Ft. Yukon*  **Attorneys' Fees for Count I - FLSA Overtime Claims**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 7/12/2005 | MSS | 1.6 | $155.00 | $248.00 | Analysis of legal defenses for summary judgment in light of facts learned at witness interviews; confer with law clerk on research needed. |
| 7/12/2005 | PAS | 0.3 | $110.00 | $33.00 | Reviewed the affidavits obtained by M. Singer on 07/11/05. |
| 7/15/2005 | PAS | 6.8 | $110.00 | $748.00 | Pulled/reviewed FLSA cases and administrative regulations; began drafting motion for summary judgment. |
| 7/18/2005 | PAS | 0.3 | $110.00 | $33.00 | Reviewed FLSA cases/regulations. |
| 7/19/2005 | MSS | 0.9 | $155.00 | $139.50 | Outlined Vera James' affidavit for use in summary judgment. |
| 7/20/2005 | PAS | 4 | $110.00 | $440.00 | Pulled/reviewed FLSA regulations and case law; continued drafting motion for summary judgment. |
| 7/21/2005 | MSS | 0.9 | $155.00 | $139.50 | Confer with law clerk and review draft of summary judgment memorandum. |
| 7/21/2005 | PAS | 4.5 | $110.00 | $495.00 | Continued drafting motion. |
| 7/22/2005 | PAS | 1.2 | $110.00 | $132.00 | Continued drafting motion. |
| 7/25/2005 | PAS | 1.6 | $110.00 | $176.00 | Continued drafting summary judgment motion. |
| 7/26/2005 | PAS | 1.4 | $110.00 | $154.00 | Continued drafting motion. |
| 7/30/2005 | MSS | 1.2 | $155.00 | $186.00 | Review draft of summary judgment motion on wage claims and identify factual issues in need of additional development. |
| 8/1/2005 | PAS | 1.4 | $110.00 | $154.00 | Edited FLSA motion |
| 8/19/2005 | MSS | 0.4 | $155.00 | $62.00 | Call with client to follow up on affidavits for partial summary judgment motion. |
| 8/23/2005 | MSS | 2.1 | $155.00 | $325.50 | Revise and edit summary judgment motion on overtime, look for gaps that need more factual support, call to City. |
| 9/7/2005 | MSS | 1.2 | $155.00 | $186.00 | Initial review of discovery responses from plaintiffs, with notes about issues for follow up letter to opposing counsel. |
| 9/27/2005 | MSS | 1.2 | $155.00 | $186.00 | Review file and case aw, provide Kevin Smith with ballpark estimate of plaintiff's overtime wage claim |
| 10/11/2005 | CMM | 0.3 | $150.00 | $45.00 | Review MSJ. |
| 10/21/2005 | HST | 1.8 | $165.00 | $297.00 | Telephone call to Carroll on status of case; draft and revise summary judgment on wage and hour exemption; telephone call to Schofeldt. |
| 10/26/2005 | CMM | 1.2 | $150.00 | $180.00 | Review discovery requests from P. Discuss with MS.  LR on overtime provisions, CFR, for responses to ROGs/RFAs. |
| 10/27/2005 | CMM | 0.7 | $150.00 | $105.00 | Work on discovery responses. |

*Fleming v. Carroll/Ft. Yukon*

**Attorneys' Fees for
Count I - FLSA Overtime Claims**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/27/2005 | CMM | 0.9 | $150.00 | $135.00 | Review discovery requests, docs. |
| 10/27/2005 | CMM | 0.7 | $150.00 | $105.00 | Gather info for responding to discovery requests. |
| 10/27/2005 | MSS | 1.1 | $155.00 | $170.50 | Call with City, confer with associate on discovery responses, and start drafting letter to Walleri. |
| 10/28/2005 | MSS | 0.9 | $155.00 | $139.50 | Review documents for supplemental disclosure. |
| 11/1/2005 | CMM | 0.5 | $150.00 | $75.00 | Meet with S. Sims re: plaintiffs' discovery requests. |
| 11/7/2005 | CMM | 0.8 | $150.00 | $120.00 | Continue legal research on Section 7(k) exemption issue for discovery responses. Notes to file for follow up with Vera J. |
| 11/8/2005 | CMM | 0.3 | $150.00 | $45.00 | Discuss payroll data, discovery responses with S. Sims. |
| 11/9/2005 | CMM | 0.3 | $150.00 | $45.00 | Review payroll docs., continue working on discovery requests. |
| 11/11/2005 | CMM | 0.7 | $150.00 | $105.00 | Continue factual research for drafting discovery responses. Call Vera James re: discovery responses. Draft memo to file re: status of discovery responses. |
| 11/14/2005 | CMM | 0.2 | $150.00 | $30.00 | Email S. Sims re: discovery responses. Review and Reply to S. Sims response. |
| 11/14/2005 | MSS | 1.2 | $155.00 | $186.00 | Continued work on summary judgment, including writing fact section and editing legal arguments. |
| 11/15/2005 | CMM | 0.2 | $150.00 | $30.00 | Draft email to MSS, S. Sims re: discovery deadlines. |
| 11/15/2005 | CMM | 0.3 | $150.00 | $45.00 | Review S. Sims email re: conf. call with Vera James. Discuss discovery responses with S.Sims. |
| 11/16/2005 | MSS | 0.7 | $155.00 | $108.50 | Confer with paralegal on record citations for summary judgment, confer with HST on case status, litigation strategy. |
| 11/16/2005 | CMM | 0.2 | $150.00 | $30.00 | Call from Vera James re: discovery responses. |
| 11/17/2005 | CMM | 0.8 | $150.00 | $120.00 | Phone conf. with Vera James; meeting after with MSS, Sherry Sims re: MSJ and discovery responses. |
| 11/18/2005 | CMM | 0.2 | $150.00 | $30.00 | Review and edit discovery responses. |
| 11/18/2005 | CMM | 0.2 | $150.00 | $30.00 | Discuss remaining MSJ issues with MSS. |
| 11/18/2005 | CMM | 0.5 | $150.00 | $75.00 | Review MSJ docs with MSS. Review draft MSJ and affidavits. Email S. Sims about MSJ affidavits. |
| 11/18/2005 | MSS | 3.1 | $155.00 | $480.50 | Finished drafting summary judgment motion and Vera James affidavit. |
| 11/19/2005 | CMM | 0.5 | $150.00 | $75.00 | Edit MSJ draft. |
| 11/20/2005 | CMM | 0.6 | $150.00 | $90.00 | Finalize discovery responses and email to Vera James for review. |

*Fleming v. Carroll/Ft. Yukon*             **Attorneys' Fees for Count I - FLSA Overtime Claims**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/20/2005 | CMM | 0.2 | $150.00 | $30.00 | Review MSS email re: discovery responses. Edit discovery responses per discussion with MSS. |
| 11/20/2005 | CMM | 1.1 | $150.00 | $165.00 | Continue editing MSJ. Create graphic to illustrate size of police dept by month/year. |
| 11/20/2005 | CMM | 0.2 | $150.00 | $30.00 | Review MSS, S. Sims emails re: exhibit to MSJ, other discovery issues. |
| 11/20/2005 | MSS | 0.7 | $155.00 | $108.50 | Confer with associate and paralegal on discovery, review demonstrative exhibit for summary judgment, email to HST with summary of pending motions. |
| 11/21/2005 | CMM | 0.1 | $150.00 | $15.00 | Continue revising discovery responses. |
| 11/21/2005 | CMM | 0.1 | $150.00 | $15.00 | Call Vera James re: discovery responses. |
| 11/21/2005 | CMM | 0.4 | $150.00 | $60.00 | Revise chart exhibit for MSJ and email chart to Vera James for review. |
| 11/22/2005 | CMM | 0.3 | $150.00 | $45.00 | Contact Vera James re: discovery responses. Email S. Sims and J. Huston re: same. |
| 11/22/2005 | CMM | 0.2 | $150.00 | $30.00 | Call from Linda (City Clerk) re finalizing discovery docs. |
| 11/22/2005 | CMM | 0.1 | $150.00 | $15.00 | Discuss discovery responses with HST. |
| 12/1/2005 | CMM | 0.7 | $150.00 | $105.00 | Finalize MSJ draft and affidavits. Email Vera James re: affidavit. Call Vera James to follow-up. |
| 12/6/2005 | CMM | 0.3 | $150.00 | $45.00 | Review affidavit and revisions from Vera James on wage-hour issues. |
| 12/12/2005 | CMM | 2.6 | $150.00 | $390.00 | Finalize MSJ on wage/hour issues. |
| 12/12/2005 | HST | 0.6 | $165.00 | $99.00 | Conference with Bice on stay of proceedings due to Walleri wanting time to advise clients on FLSA/insurance. |
| 12/30/2005 | CMM | 0.7 | $150.00 | $105.00 | Review and revise MSJ draft (wage/hour issues). |
| 12/30/2005 | HST | 0.4 | $165.00 | $66.00 | Review filing of summary judgment motion. |
| 3/7/2006 | MSS | 1.1 | $155.00 | $170.50 | Draft responses to second discovery requests; review court order on plaintiffs' 56(f) continuance. |
| 3/8/2006 | MSS | 0.3 | $155.00 | $46.50 | Confer with staff about discovery responses. |
| 3/17/2006 | MSS | 1.9 | $155.00 | $294.50 | Review discovery responses from client; edit discovery responses; begin drafting status report to new city manager. |
| 3/31/2006 | MSS | 0.8 | $155.00 | $124.00 | Review discovery issues and work with paralegal on matters for supplementation. |
| 4/4/2006 | MSS | 4.3 | $155.00 | $666.50 | Review Walleri letters on discovery and draft responses to him, draft email to HST to conference on same; Telephone call with HST; Letter to Bice with update; Call to Fannie Carroll. |

*Fleming v. Carroll/Ft. Yukon*               **Attorneys' Fees for**
                                             **Count I - FLSA Overtime Claims**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/19/2006 | MSS | 1.2 | $155.00 | $186.00 | Call to Fannie Carroll; draft supplemental discovery responses after review of documents provided by City. |
| 4/20/2006 | MSS | 0.9 | $155.00 | $139.50 | Draft letters to opposing counsel regarding discovery; calls with Fannie Carroll and Mike Walleri. |
| 5/24/2006 | HST | 1.8 | $165.00 | $297.00 | Preparation for Carroll deposition; research wage and hour. |
| 5/24/2006 | HST | 2.3 | $165.00 | $379.50 | Research wage and hour issues related to depositions; telephone call to O'Brien; review witness list. |
| 5/25/2006 | HST | 4.8 | $165.00 | $792.00 | Prepare Fannie Carroll for deposition; review exhibits and outline questions for Fleming, et al. |
| 5/25/2006 | PAS | 3.1 | $83.24 | $258.03 | Carroll deposition preparation w/ H. Trickey. |
| 5/25/2006 | PAS | 3.4 | $83.24 | $283.00 | Listened to recordings of Carroll's conversations with plaintiffs. Took notes on contents. |
| 5/25/2006 | PAS | 1.6 | $83.24 | $133.18 | Began drafting letter to plaintiffs detailing problems with responses to interrogatories. |
| 5/26/2006 | MSS | 0.6 | $155.00 | $93.00 | Conference with HST about deposition of Fannie Carroll; Additional legal research on wage and hour issue. |
| 5/26/2006 | HST | 8.5 | $165.00 | $1,402.50 | Prepare for Carroll deposition; attend Carroll deposition. |
| 6/15/2006 | MSS | 15.4 | $155.00 | $2,387.00 | Travel to Fort Yukon; Outline for depositions; Defend depositions of McCarty, Fleener, and Tremblay; Meet with city staff; Travel back to Anchorage and review documents and notes from day. |
| 6/19/2006 | MSS | 0.8 | $155.00 | $124.00 | Conf with HST and outline dispositive motions for associate. |
| 6/19/2006 | PAS | 0.6 | $87.42 | $52.45 | Researched/reviewed cases dealing with whether chief of police is excluded from wage and hour regulations. |
| 6/20/2006 | HST | 0.9 | $165.00 | $148.50 | Review statutory exemptions and pending motions; study and analysis of DOL regulations. |
| 6/20/2006 | MSS | 1.4 | $155.00 | $217.00 | Confer with HST; work with associate on new developments; draft letter to City regarding overtime issues; draft motion to court re: summary judgment. |
| 6/20/2006 | PAS | 6.3 | $87.41 | $550.66 | Researched/reviewed case law and statutes on issue of whether the jailers could be considered Fort Yukon employees. |
| 6/21/2006 | MSS | 0.5 | $155.00 | $77.50 | Review research from associate regarding jail guards; confer with HST on same. |
| 6/21/2006 | PAS | 2.5 | $87.41 | $218.52 | Drafted research memorandum on jailer issue. |

*Fleming v. Carroll/Ft. Yukon*

**Attorneys' Fees for Count I - FLSA Overtime Claims**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 6/22/2006 | MSS | 1.5 | $155.00 | $232.50 | E-mails to City; work with associate on outlining deposition questions, identifying key documents and mapping summary judgment strategy. |
| 6/23/2006 | MSS | 0.8 | $155.00 | $124.00 | Confer with City Manager via email; review communications about police department employees. |
| 6/23/2006 | MSS | 0.4 | $155.00 | $62.00 | Emails with City Manager; review faxed records. |
| 7/31/2006 | PAS | 0.4 | $125.00 | $50.00 | Drafted email and sent memo to M. Singer re: joint employment of the state jailers in Fort Yukon. |
| 8/3/2006 | PAS | 4.7 | $125.00 | $587.50 | Reviewed the depositions to begin to formulate summary judgment motions. |
| 8/7/2006 | MSS | 0.3 | $165.00 | $49.50 | Review and respond to discovery letter from opposing counsel's office. |
| 8/8/2006 | MSS | 1.7 | $165.00 | $280.50 | Draft status report letter to AML/JIA; review depositions for supplement in support of summary judgment, finish letter to Bice. |
| 8/8/2006 | PAS | 1.1 | $125.00 | $137.50 | Put in citations to depositions for supplement to the court re: motion to dismiss count I. |
| 8/9/2006 | MSS | 1.3 | $165.00 | $214.50 | Review deposition transcripts and draft supplement in favor of summary judgment on count I. |
| 8/10/2006 | MSS | 2.3 | $165.00 | $379.50 | Draft letter to opposing counsel about depositions, scheduling; continue writing supplemental filing in support of summary judgment, confer with associate on same. |
| 8/10/2006 | PAS | 1.9 | $125.00 | $237.50 | Added cites to deposition testimony for the supplemental briefing on the motion to dismiss Count I. |
| 8/15/2006 | MSS | 2.3 | $165.00 | $379.50 | Prepare and meet with Greg Russell to prep for his deposition. |
| 8/16/2006 | HST | 0.2 | $165.00 | $33.00 | Review email re: synopsis of Greg Russell deposition. |
| 8/16/2006 | MSS | 5.2 | $165.00 | $858.00 | Met with Greg Russell, defended his deposition, debrief afterwards. |
| 8/23/2006 | HST | 0.4 | $165.00 | $66.00 | Confer with associate re; retaining of a wage and benefit expert to review damages. |
| 8/28/2006 | PAS | 1.3 | $125.00 | $162.50 | Researched overtime exemptions for supervisors. |
| 8/31/2006 | PAS | 0.6 | $125.00 | $75.00 | Researched FLSA supervisor overtime exemption. |
| 8/31/2006 | PAS | 0.4 | $125.00 | $50.00 | Began reviewing opposition to motion to dismiss count I. |
| 9/1/2006 | PAS | 4.7 | $125.00 | $587.50 | Reviewed Plaintiffs' opposition to motion for summary judgment on Count I; formulated/researched counter arguments. |
| 9/5/2006 | MSS | 2.9 | $165.00 | $478.50 | Review opposition to SJ on Count 1, confer with associate, legal research, call to City Manager to set additional witness interviews. |

*Fleming v. Carroll/Ft. Yukon*

**Attorneys' Fees for
Count I - FLSA Overtime Claims**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 9/5/2006 | PAS | 0.9 | $125.00 | $112.50 | Drafted memo on Plaintiffs' opposition to motion for summary judgment on Count I and counter arguments for the reply. |
| 9/7/2006 | PAS | 1.1 | $125.00 | $137.50 | Drafted boilerplate for Wallace and Carroll affidavits. |
| 9/11/2006 | MSS | 7.1 | $165.00 | $1,171.50 | Calls with witnesses, drafting affidavits, conference with litigation team, editing of summary judgment briefs, research and write motion on statute of limitations. |
| 9/21/2006 | MSS | 0.6 | $165.00 | $99.00 | Telephone calls with Troopers about jail guard program. |
| 9/21/2006 | PAS | 0.2 | $125.00 | $25.00 | Began outlining reply brief for motion for summary judgment on Count I. |
| 9/25/2006 | PAS | 1.7 | $125.00 | $212.50 | Began drafting reply brief for motion for summary judgment on Count I. |
| 9/27/2006 | PAS | 7.3 | $125.00 | $912.50 | Continued drafting reply brief for motion for summary judgment on Count I. |
| 9/28/2006 | PAS | 5.3 | $125.00 | $662.50 | Continued drafting reply brief for motion for summary judgment on Count I. |
| 9/29/2006 | PAS | 6 | $125.00 | $750.00 | Continued drafting reply for motion for summary judgment on Count I. |
| 10/2/2006 | MSS | 1.9 | $165.00 | $313.50 | Research and editing of reply in support of motion for summary judgment on FLSA claims. |
| 10/3/2006 | CMM | 0.1 | $155.00 | $15.50 | Prepare for records deposition of Alaska State Troopers. |
| 10/5/2006 | CMM | 0.2 | $155.00 | $31.00 | Prepare for Troopers' records deposition. |
| 10/5/2006 | MSS | 0.8 | $165.00 | $132.00 | Confer with Fannie Carroll and finalize her supplemental responses as required by order on motion to compel. |
| 10/6/2006 | CMM | 0.8 | $155.00 | $124.00 | Records depo |
| 10/11/2006 | MSS | 0.8 | $165.00 | $132.00 | Review documents from Troopers' records deposition. |
| 10/13/2006 | MSS | 0.3 | $165.00 | $49.50 | Finalize and file motion regarding reply in support of summary judgment on count one. |
| 10/13/2006 | PAS | 0.7 | $125.00 | $87.50 | Reviewed the documents from the Alaska State Troopers document deposition. |
| 10/16/2006 | MSS | 0.4 | $165.00 | $66.00 | Confer with paralegal about submissions to expert on damages for employment claims. |
| 10/17/2006 | MSS | 1.9 | $165.00 | $313.50 | Review opposition to summary judgment on statute of limitations for overtime claims, started drafting reply brief. |
| 10/18/2006 | MSS | 1.3 | $165.00 | $214.50 | Edit draft reply on summary judgment for FLSA claims. |
| 10/18/2006 | PAS | 2.1 | $125.00 | $262.50 | Finished first draft of reply in summary judgment motion on Count I. |
| 10/19/2006 | MSS | 0.3 | $165.00 | $49.50 | Call to city manager about overtime claims. |
| 10/19/2006 | MSS | 1.9 | $165.00 | $313.50 | Writing and editing of reply and opposition to cross-motion on overtime claims. |

*Fleming v. Carroll/Ft. Yukon*     **Attorneys' Fees for**
**Count I - FLSA Overtime Claims**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/19/2006 | MSS | 0.6 | $165.00 | $99.00 | Finish draft reply on statute of limitations. |
| 10/21/2006 | MSS | 2.1 | $165.00 | $346.50 | Additional legal research, writing and editing reply and opposition to cross-motion on count one, overtime claims. |
| 10/23/2006 | MSS | 2.8 | $165.00 | $462.00 | Edits to reply in support of summary judgment on count one, and call with city manager, edits to his affidavit. |
| 10/25/2006 | MSS | 5.2 | $165.00 | $858.00 | Finalize reply on count one, work on affidavit of city manager, drafting of reply on DeLeon motion. |
| 10/31/2006 | MSS | 2.1 | $165.00 | $346.50 | Final edits to reply in support of motion for summary judgment on overtime claims, organize exhibits, affidavits, work with staff to finalize and file. |
| **TOTAL:** | | | | **$43,109.34** | |