*Fleming v. Carroll/Ft. Yukon*                    Attorneys' Fees for Counts II-IV

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 1/11/2005 | HST | 15.5 | $155.00 | $2,402.50 | Travel to Fort Yukon; conference with Fannie Carroll to review complaint; review and secure relevant documents; meeting with City Council; interview City Clerk; return to Anchorage. |
| 1/11/2005 | MSS | 15.5 | $155.00 | $2,402.50 | Travel Anchorage to Fort Yukon, interview of City Manager; document review; meeting with city council; travel Fort Yukon to Anchorage. |
| 3/15/2005 | MSS | 0.3 | $155.00 | $46.50 | Confer with HST about his meeting with opposing counsel, key discovery issues. |
| 6/4/2005 | HST | 0.3 | $165.00 | $49.50 | Review letter from Walleri on discovery. |
| 6/12/2005 | HST | 0.3 | $165.00 | $49.50 | Review privilege log issues and review log. |
| 8/23/2005 | MSS | 0.3 | $155.00 | $46.50 | Letter to opposing counsel on depositions. |
| 8/26/2005 | MSS | 0.3 | $155.00 | $46.50 | Review letter from opposing counsel on Hampton deposition. |
| 8/30/2005 | MSS | 1.2 | $155.00 | $186.00 | Phone calls and letter to opposing counsel to set up Hampton deposition and set groundrules regarding discovery production in advance of deposition; stipulation extending expert deadlines; confer with paralegal and make list of documents needed to prepare for Hampton's deposition. |
| 9/1/2005 | MSS | 2.9 | $155.00 | $449.50 | Call with opposing counsel, review Hampton's discovery responses, start outline for Hampton's deposition, review letter from opposing counsel on possible partial settlement, email to Howard Trickey on same issue. |
| 9/1/2005 | HST | 0.6 | $165.00 | $99.00 | Conference with Singer on settlement offer. |
| 9/2/2005 | MSS | 1.7 | $155.00 | $263.50 | Analyzed settlement proposal from Walleri, conferred with HST, and drafted letter to City and Bice. |
| 9/6/2005 | MSS | 0.7 | $155.00 | $108.50 | Call to City; drafted letter to opposing counsel; confer with Bice about settlement proposal. |
| 9/16/2005 | HST | 0.6 | $165.00 | $99.00 | Review letter from City Manager; conference with Singer on settlement options and response to Walleri. |
| 9/21/2005 | HST | 0.8 | $165.00 | $132.00 | Conference with Singer on management of Fort Yukon's understanding of settlement. |
| 9/26/2005 | HST | 0.8 | $165.00 | $132.00 | Telephone conference with Smith on settlement with City of Ft. Yukon. |
| 9/26/2005 | HST | 0.5 | $165.00 | $82.50 | Conference with Bice regarding settlement offer. |
| 9/26/2005 | MSS | 1.2 | $155.00 | $186.00 | Review email from Fannie Carroll; discuss settlement status with HST and meet with Mike Bice, make notes for any follow up with city. |
| 10/3/2005 | MSS | 1.3 | $155.00 | $201.50 | Review file, exchange emails with City, and call with Fannie Carroll. |

*Fleming v. Carroll/Ft. Yukon*　　　　　　　　　　　**Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/4/2005 | HST | 0.5 | $165.00 | $82.50 | Review status of settlement discussion with City. |
| 10/4/2005 | MSS | 0.2 | $155.00 | $31.00 | Email with HST and call to Bice to line up participants for City Council meeting to discuss proposed settlement. |
| 10/12/2005 | HST | 0.8 | $165.00 | $132.00 | Prepare for Council meeting by reviewing settlement offer; telephone call to Council. |
| 10/13/2005 | MSS | 0.6 | $155.00 | $93.00 | Letter to Walleri regarding settlement, call to client on same. |
| 10/17/2005 | MSS | 2.2 | $155.00 | $341.00 | Drafting of partial settlement agreement and stipulation for release. |
| 10/18/2005 | MSS | 2.1 | $155.00 | $325.50 | Continued drafting partial settlement agreement, drafted stipulation for dismissal of counts two through four. |
| 10/19/2005 | MSS | 1.2 | $155.00 | $186.00 | Finalized partial settlement agreement and stipulation for dismissal, drafted letter to opposing counsel on same. |
| 10/25/2005 | MSS | 1.6 | $155.00 | $248.00 | Call with Walleri, email from Walleri, review discovery requests and letters on discovery from plaintiffs. |
| 10/26/2005 | MSS | 0.7 | $155.00 | $108.50 | Review correspondence from Walleri on discovery, outline responses and identify issues for further analysis. |
| 11/1/2005 | CMM | 0.8 | $150.00 | $120.00 | Review supplements to initial disclosures.  Email MSS re: discovery issues. |
| 11/3/2005 | CMM | 0.3 | $150.00 | $45.00 | Review email from MSS re: discovery issues. |
| 11/4/2005 | CMM | 0.2 | $150.00 | $30.00 | Review MSS notes re: discovery.  Email S.sims re: same. |
| 11/4/2005 | CMM | 1.6 | $150.00 | $240.00 | Review Fort Yukon personnel manual.  Work on objections to discovery requests. |
| 11/7/2005 | CMM | 0.2 | $150.00 | $30.00 | Review and respond to S. Sims email re: discovery. |
| 11/7/2005 | CMM | 0.3 | $150.00 | $45.00 | Review and discuss discovery spreadsheet with S. Sims. |
| 11/7/2005 | CMM | 0.4 | $150.00 | $60.00 | Review corr. from M. Walleri re: settlement agreement. |
| 11/8/2005 | CMM | 0.3 | $150.00 | $45.00 | Phone call from MSS re: Walleri letter and legal research.  Notes to file re: same. |
| 11/8/2005 | CMM | 1.5 | $150.00 | $225.00 | Review settlement corr.  Legal research on effect of settlement agreement.  Review corr and notes re: privilege issue; memo to MSS, S.Sims re: same. |
| 11/9/2005 | MSS | 5.2 | $155.00 | $806.00 | Review letter from Walleri reneging on partial settlement, do legal research and review cases from associate on enforcing agreement and related contract issues, call Bice, draft letter to Walleri. |
| 11/10/2005 | MSS | 1.1 | $155.00 | $170.50 | Finalize letter to Walleri on breach of settlement, review and edit letter to Walleri on privilege log issue, confer with staff on discovery scheduling matter. |
| 11/10/2005 | CMM | 0.3 | $150.00 | $45.00 | Review letter to Walleri re: breach of settlement agreement.  Email MSS re: same. |

*Fleming v. Carroll/Ft. Yukon*                           **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/16/2005 | HST | 1.3 | $165.00 | $214.50 | Telephone call from Singer on settlement rejection by Walleri; outline plan to respond. |
| 11/17/2005 | MSS | 6.1 | $155.00 | $945.50 | Continue drafting summary judgment motion; call with Vera James to work on her affidavit and to discuss discovery responses, edit those responses; review letter from Walleri on partial settlement agreement, call to his office, and draft letter in response. |
| 11/17/2005 | CMM | 0.2 | $150.00 | $30.00 | Discuss discovery and settlement issues with MSS. |
| 11/18/2005 | MSS | 5.1 | $155.00 | $790.50 | Did legal research, review of correspondence, and drafted motion for summary judgment to enforce partial settlement agreement, drafted affidavit of counsel. |
| 11/21/2005 | HST | 1.3 | $165.00 | $214.50 | Review settlement letters; telephone call to Walleri. |
| 11/22/2005 | HST | 1.3 | $165.00 | $214.50 | Revise and edit motion to enforce settlement agreements. |
| 11/23/2005 | HST | 0.6 | $165.00 | $99.00 | Review correspondence on settlement. |
| 11/29/2005 | HST | 1.2 | $165.00 | $198.00 | Telephone call from Walleri on settlement of case; file motion for summary judgment. |
| 11/30/2005 | HST | 1.3 | $165.00 | $214.50 | Telephone call from Walleri on settlement options and authorization to stay case; discovery issues. |
| 2/8/2006 | MSS | 1.8 | $155.00 | $279.00 | Review plaintiffs' opposition to summary judgment on Counts II-IV and make notes for reply brief; Review plaintiff's motion for Rule 56(f) continuance and make notes for opposition. |
| 2/9/2006 | MSS | 2.1 | $155.00 | $325.50 | Work with staff on extension for reply on summary judgment; Legal research and begin drafting reply brief. |
| 2/11/2006 | MSS | 1.4 | $155.00 | $217.00 | Continue writing reply in support of summary judgment on Counts II-IV. |
| 2/12/2006 | MSS | 1.3 | $155.00 | $201.50 | Continue writing reply in support of summary judgment on Counts II-IV.G12 |
| 2/14/2006 | MSS | 2.6 | $155.00 | $403.00 | Finish drafting reply in support of summary judgment on Counts II-IV, work on legal citations for same; Analyze options for response to Rule 56(f) motion and email with HST on same. |
| 3/28/2006 | MSS | 3.2 | $155.00 | $496.00 | Review plaintiffs' reply in support of motion to re-set trial dates and motion to compel discovery; review discovery issues and begin outline of opposition brief; call to Fannie Carroll and work with staff on gathering documents for opposition to motion to compel; confer with HST on same. |
| 3/30/2006 | MSS | 1.2 | $155.00 | $186.00 | Review of discovery correspondence and draft letter to opposing counsel. |
| 3/31/2006 | CMM | 0.3 | $155.00 | $46.50 | Review discovery materials for motion to compel (re: cost of utilities for housing); email MSS re: same. |

*Fleming v. Carroll/Ft. Yukon*  **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/3/2006 | MSS | 2.7 | $155.00 | $418.50 | Drafting of opposition to motion to compel. |
| 4/5/2006 | MSS | 3.7 | $155.00 | $573.50 | Continue drafting opposition to motion to compel, including legal research; Draft accompanying declarations of counsel; Work with paralegal to contact client about outstanding discovery issues; Call to city manager. |
| 4/6/2006 | MSS | 1.8 | $155.00 | $279.00 | Call and email with Fannie Carroll; Calls to opposing counsel's office and letter to Walleri on depositions. |
| 4/11/2006 | MSS | 0.5 | $155.00 | $77.50 | Draft letter to opposing counsel on deposition scheduling. |
| 4/13/2006 | MSS | 2.6 | $155.00 | $403.00 | Finishing writing and editing opposition to motion to compel; Draft proposed order; Review letter from opposing counsel and draft response. |
| 4/17/2006 | HST | 0.4 | $165.00 | $66.00 | Conference with Singer on depositions and dealing with Walleri. |
| 4/18/2006 | MSS | 0.8 | $155.00 | $124.00 | Review letter from Walleri re: deposition of Fannie Carroll; review letter and additional discovery documents from City; calls with City on discovery issues. |
| 4/24/2006 | MSS | 1.6 | $155.00 | $248.00 | Review letter from opposing counsel and draft response re discovery; Exchange letters with opposing counsel on Carroll deposition and calls to Carroll. |
| 4/25/2006 | MSS | 1.1 | $155.00 | $170.50 | Calls with Fannie Carroll; Draft letters to Walleri on discovery; Call to Walleri's office. |
| 4/26/2006 | CMM | 0.2 | $155.00 | $31.00 | Email with MSS re: possible deposition trip in July. |
| 4/26/2006 | MSS | 0.2 | $155.00 | $31.00 | Conference with Cheryl Mandala about depositions. |
| 5/4/2006 | MSS | 0.8 | $155.00 | $124.00 | Draft letter to AML/JIA; Calls with opposing counsel and draft stipulation and letter regarding discovery; Conference with HST on same. |
| 5/5/2006 | MSS | 0.6 | $155.00 | $93.00 | Telephone calls with opposing counsel; Draft discovery stipulation. |
| 5/8/2006 | MSS | 0.9 | $155.00 | $139.50 | Review letters from opposing counsel; Telephone calls with Walleri and Fannie Carroll; Conference with associate on deposition scheduling. |
| 5/8/2006 | HST | 0.4 | $165.00 | $66.00 | Review order on settlement agreement. |
| 5/9/2006 | MSS | 0.5 | $155.00 | $77.50 | Review court order on discovery deadlines; Conference with HST on discovery, strategize on motions practice. |
| 5/10/2006 | MSS | 0.1 | $155.00 | $15.50 | Coordinate logistics for Fannie Carroll's deposition. |
| 5/16/2006 | MSS | 0.3 | $155.00 | $46.50 | Conference with opposing counsel's office about depositions. |
| 5/17/2006 | MSS | 0.5 | $155.00 | $77.50 | Call with opposing counsel's office and conference with HST about discovery. |
| 5/19/2006 | HST | 2.8 | $165.00 | $462.00 | Telephone call to Walleri on discovery depositions and settlement; review files; telephone call to O'Brien; review disclosures. |

*Fleming v. Carroll/Ft. Yukon*               **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 5/19/2006 | MSS | 0.5 | $155.00 | $77.50 | Review discovery materials for deposition preparation. |
| 5/22/2006 | PAS | 1.7 | $83.24 | $141.50 | Research re: motion to compel discovery. |
| 5/22/2006 | HST | 1.2 | $165.00 | $198.00 | Telephone call to O'Brien on testimony in case about Carroll; review discovery. |
| 5/22/2006 | MSS | 1.4 | $155.00 | $217.00 | Conference with HST; Review discovery and coverage issue; Draft letter to Walleri and prepare supplemental discovery disclosure; Conference with associate on discovery and research for dispositive motions. |
| 5/22/2006 | PAS | 0.9 | $83.23 | $74.91 | Reviewed initial discovery request responses. |
| 5/22/2006 | PAS | 3.3 | $83.24 | $274.68 | Reviewed initial discovery. |
| 5/23/2006 | PAS | 1.8 | $83.23 | $149.82 | Research re: work product privilege in discovery. |
| 5/23/2006 | MSS | 0.2 | $155.00 | $31.00 | Confer with associate about discovery issues. |
| 5/23/2006 | PAS | 0.1 | $83.20 | $8.32 | Research and locate record of plaintiff's DUI conviction. |
| 5/24/2006 | PAS | 4.4 | $83.24 | $366.24 | Began writing boiler plate law for letters and motion to compel discovery. |
| 5/24/2006 | PAS | 0.3 | $83.23 | $24.97 | Compiled cases for motion to compel discovery. |
| 5/24/2006 | MSS | 0.8 | $155.00 | $124.00 | Outline for HST about preparing Fannie Carroll for deposition; Work with associate on discovery issues. |
| 5/25/2006 | MSS | 0.4 | $155.00 | $62.00 | Conference with HST about deposition preparation, discovery issues, email to client about discovery. |
| 5/26/2006 | PAS | 6.1 | $83.24 | $507.75 | Attend and take notes at Carroll deposition. |
| 5/26/2006 | PAS | 1 | $83.23 | $83.23 | Research at law library to pull statutes re: illegal wiretapping. |
| 5/30/2006 | MSS | 0.7 | $155.00 | $108.50 | Research at law library to pull statutes re: illegal wiretapping. |
| 5/30/2006 | PAS | 4.9 | $83.24 | $407.87 | Researched and reviewed cases on illegal eavesdropping. |
| 5/30/2006 | PAS | 1.4 | $83.24 | $116.53 | Began research memorandum on illegal eavesdropping. |
| 5/31/2006 | MSS | 0.6 | $155.00 | $93.00 | Conference with associate on discovery and motions practice. |
| 5/31/2006 | PAS | 2.9 | $83.23 | $241.38 | Drafted list of questons for plaintiffs' depositions. |
| 5/31/2006 | PAS | 4.5 | $83.24 | $374.56 | Continued drafting research memorandum on illegal eavesdropping. |
| 5/31/2006 | PAS | 0.8 | $83.24 | $66.59 | Began compiling illegal eavesdropping caselaw. |
| 6/1/2006 | HST | 1.8 | $165.00 | $297.00 | Review tapes and case law on briefs; review 1983 claims for dismissal. |
| 6/1/2006 | MSS | 0.6 | $155.00 | $93.00 | Review email from Fannie Carroll and confer with associate about motions practice to exclude wrongful eavesdropping materials. |

*Fleming v. Carroll/Ft. Yukon*          **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 6/1/2006 | PAS | 0.7 | $87.40 | $61.18 | Continued drafting memorandum of law on keeping evidence out under eavesdropping statute. |
| 6/2/2006 | PAS | 1.3 | $87.41 | $113.63 | Continued working on eavesdropping statute memorandum of law. |
| 6/4/2006 | PAS | 0.5 | $87.40 | $43.70 | Continued drafting memorandum of law on eavesdropping statute. |
| 6/5/2006 | HST | 1.2 | $165.00 | $198.00 | Review tapes issue regarding motion to strike; review tape summaries. |
| 6/5/2006 | MSS | 0.6 | $155.00 | $93.00 | Conference with associate regarding motions practice on tape recordings. |
| 6/5/2006 | PAS | 2.4 | $87.40 | $209.77 | Listened to/took minutes on the tapes provided by plaintiffs. |
| 6/5/2006 | PAS | 0.5 | $87.40 | $43.70 | Added proposed deposition questions. |
| 6/6/2006 | MSS | 0.3 | $155.00 | $46.50 | Conference with associate on discovery issues. |
| 6/6/2006 | PAS | 8.6 | $87.41 | $751.70 | Continued drafting discovery letters. |
| 6/7/2006 | MSS | 0.8 | $155.00 | $124.00 | Review and edit discovery letter to opposing counsel. |
| 6/7/2006 | PAS | 3.6 | $87.41 | $314.66 | Continued drafting discovery letters. |
| 6/8/2006 | PAS | 5.1 | $87.41 | $445.77 | Finished drafting discovery letters. |
| 6/8/2006 | MSS | 1.2 | $155.00 | $186.00 | Work with associate to edit and finalize discovery letters; Call to Mike Jackson, City Manager. |
| 6/8/2006 | PAS | 0.8 | $87.40 | $69.92 | Researched case law re: eavesdropping. |
| 6/9/2006 | PAS | 0.3 | $87.40 | $26.22 | Researched additional case law on federal eavesdropping statute. |
| 6/12/2006 | PAS | 1.6 | $87.41 | $139.85 | Reviewed Federal wiretapping statute cases. |
| 6/13/2006 | MSS | 0.5 | $155.00 | $77.50 | Work with staff on deposition scheduling; Conference with associate on additional legal research tasks. |
| 6/13/2006 | PAS | 3.9 | $87.41 | $340.89 | Listened to/took notes on the tapes provided by the plaintiff. |
| 6/13/2006 | PAS | 1 | $87.41 | $87.41 | Began drafting motion to dismiss DeLeon's wrongful discharge claims for failure to exhaust administrative remedies. |
| 6/13/2006 | PAS | 1.9 | $87.41 | $166.07 | Researched cases for the motion to dismiss Hampton's constructive discharge and section 1983 claims. |
| 6/14/2006 | MSS | 1.3 | $155.00 | $201.50 | Prepare for depositions in Ft. Yukon. |
| 6/14/2006 | PAS | 2.9 | $87.41 | $253.48 | Continued drafting motion to dismiss DeLeon's termination claims. |
| 6/15/2006 | PAS | 0.5 | $87.40 | $43.70 | Edited Letter re: Hampton discovery requests. |
| 6/15/2006 | PAS | 1.4 | $87.41 | $122.37 | Edited DeLeon Exhaustion Motion. |

*Fleming v. Carroll/Ft. Yukon*  **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 6/15/2006 | PAS | 3.1 | $87.41 | $270.96 | Researched/reviewed Alaska cases on contract due process and relation to section 1983 suits. |
| 6/19/2006 | PAS | 3.6 | $87.41 | $314.66 | Began pulling/compiling deposition exhibits. |
| 6/19/2006 | PAS | 0.3 | $87.40 | $26.22 | Reviewed Carroll's deposition transcript. |
| 6/21/2006 | PAS | 3.8 | $87.41 | $332.14 | Pulled Deposition Exhibits. |
| 6/22/2006 | PAS | 6.4 | $87.41 | $559.40 | Pulled Deposition exhibits. |
| 6/22/2006 | PAS | 0.1 | $87.40 | $8.74 | Attempted to call J.R. Wallace. |
| 6/23/2006 | PAS | 2.1 | $87.40 | $183.55 | Pulled deposition exhibits. |
| 6/27/2006 | PAS | 0.2 | $87.40 | $17.48 | Researched statutes on whether police recordings fall under the public records act. |
| 6/28/2006 | PAS | 0.3 | $87.40 | $26.22 | Researched issue re: production of insurance coverage letters. |
| 6/28/2006 | MSS | 2.6 | $155.00 | $403.00 | Review letter from opposing counsel about discovery dispute, do research and draft response, review documents in preparation for upcoming depositions. |
| 6/29/2006 | MSS | 0.3 | $155.00 | $46.50 | Review new documents provided by City. |
| 7/5/2006 | MSS | 0.4 | $155.00 | $62.00 | Confer with Walleri's office regarding depositions, letter and notices on same. |
| 7/10/2006 | PAS | 3.4 | $125.00 | $425.00 | Gathered and organized documents for plaintiff depositions. |
| 7/11/2006 | PAS | 1.2 | $125.00 | $150.00 | Researched law on probatioary employees under the Alaska Police Standards Council guidelines. |
| 7/11/2006 | MSS | 3.4 | $155.00 | $527.00 | Reviewed motions to compel and other motions filed by plaintiff, did legal research for opposition, work with associate to prepare for plaintiffs' depositions next week. |
| 7/11/2006 | PAS | 1 | $125.00 | $125.00 | Reviewed deposition exhibits with M. Singer for his preparation to begin depositions. |
| 7/11/2006 | PAS | 3.9 | $125.00 | $487.50 | Researched cases and treatises on the limitations of the subject matter of depositions in response to plaintiffs' discovery motions. |
| 7/12/2006 | MSS | 1.6 | $155.00 | $248.00 | Review motion to compel Fannie Carroll to respond to certain questions, draft letter to opposing counsel on discovery issues. |
| 7/13/2006 | MSS | 1.4 | $155.00 | $217.00 | Finalize letter to opposing counsel, review discovery documents for production, research and write opposition to motion to compel Fannie Carroll. |
| 7/14/2006 | MSS | 2.4 | $155.00 | $372.00 | Document and tape review to prepare for plaintiffs' depositions; work with associate on additional legal research. |
| 7/16/2006 | MSS | 3.2 | $155.00 | $496.00 | Additional deposition preparation, research and writing oppositions to discovery motions filed by plaintiff. |

*Fleming v. Carroll/Ft. Yukon*                                    **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 7/17/2006 | MSS | 4.3 | $155.00 | $666.50 | Drafted oppositions to plaintiffs' discovery motions and motion for additional extension on summary judgment; continued to prepare for plaintiffs' depositions. |
| 7/18/2006 | HST | 1.5 | $165.00 | $247.50 | Conference with Singer on depositions. |
| 7/18/2006 | MSS | 1.3 | $155.00 | $201.50 | Travel to Fairbanks to take plaintiffs' depositions. |
| 7/19/2006 | MSS | 9.6 | $155.00 | $1,488.00 | Depositions of DeLeon and Hampton; prepared for depositions of other plaintiffs. |
| 7/20/2006 | CMM | 0.8 | $155.00 | $124.00 | Review and edit oppositions/responses to plaintiff's motions to compel and for an extension of time. Research legal basis for appointment of discovery master. Review and edit letter to Mike Walleri requesting stipulation to discovery master. |
| 7/20/2006 | MSS | 10.2 | $155.00 | $1,581.00 | Deposition of Fleming; travel back to Anchorage, draft letters to opposing counsel on discovery disputes. |
| 7/24/2006 | MSS | 4.4 | $155.00 | $682.00 | Research and draft motion to compel responses to first discovery. |
| 7/24/2006 | MSS | 1.7 | $155.00 | $263.50 | Confer with HST; draft letter to opposing counsel on discovery issues; telephone calls and emails with Greg Russell; issue deposition notices. |
| 7/25/2006 | CMM | 0.3 | $155.00 | $46.50 | Review and edit Opposition to Plaintiff's Request for Stay re: Discovery motions. |
| 7/25/2006 | MSS | 0.8 | $155.00 | $124.00 | Review motions filed by plaintiff on discovery matters. |
| 7/28/2006 | MSS | 1.7 | $155.00 | $263.50 | Continue drafting first motion to compel discovery responses and affidavit of counsel for same; call with City Manager regarding possible witnesses. |
| 7/30/2006 | MSS | 1.2 | $155.00 | $186.00 | Drafted memorandum to associate outlining summary judgment motions, did some research on same. |
| 7/31/2006 | MSS | 0.4 | $155.00 | $62.00 | Continue to outline with associate likely SJ motions. |
| 7/31/2006 | PAS | 2.6 | $125.00 | $325.00 | Began doing the research for Hampton summary judgment motion on employment claims. |
| 8/1/2006 | MSS | 1.9 | $165.00 | $313.50 | Finished first draft of motion to compel first discovery requests and related affidavit of counsel; email to Greg Russell; review communications from opposing counsel about depositions. |
| 8/2/2006 | CMM | 0.6 | $155.00 | $93.00 | Review and edit draft of motion to compel responses to D's first discovery requests. |
| 8/4/2006 | MSS | 0.2 | $165.00 | $33.00 | Review court order denying plaintiffs' motion to compel. |
| 8/11/2006 | PAS | 2.1 | $125.00 | $262.50 | Began drafting Fleming summary judgment motion. |
| 8/15/2006 | PAS | 0.6 | $125.00 | $75.00 | Spoke to J.R. Wallace about what he remembers happening in Fort Yukon while he was a police officer under Fleming. |

*Fleming v. Carroll/Ft. Yukon*                                     **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 8/16/2006 | MSS | 0.4 | $165.00 | $66.00 | Confer with associate and outline reply in support of motion to compel. |
| 8/16/2006 | PAS | 2.2 | $125.00 | $275.00 | Began drafting reply to plaintiffs' opposition to our motion to compel. |
| 8/17/2006 | PAS | 5.4 | $125.00 | $675.00 | Continued drafting reply to opposition to motion to compel discovery. |
| 8/19/2006 | MSS | 0.6 | $165.00 | $99.00 | Edit reply to motion to compel; review plaintiff's reply on motion to allow CD recording. |
| 8/21/2006 | PAS | 0.5 | $125.00 | $62.50 | Researched after-acquired evidence doctrine. |
| 8/22/2006 | PAS | 2.3 | $125.00 | $287.50 | Continued drafting Fleming Summary Judgment motion. |
| 8/22/2006 | PAS | 2.5 | $125.00 | $312.50 | Researched after-acquired evidence law. |
| 8/23/2006 | MSS | 1.9 | $165.00 | $313.50 | Confer with associate and research for summary judgment motions; review letter from opposing counsel's office on status of discovery requests; call with City's attorney about Fleming. |
| 8/23/2006 | PAS | 0.8 | $125.00 | $100.00 | Continued drafting Fleming summary judgment motion. |
| 8/24/2006 | PAS | 0.8 | $125.00 | $100.00 | Keycite and final proof-read of reply to opposition to motion to compel. |
| 8/24/2006 | PAS | 1.8 | $125.00 | $225.00 | Continued drafting Fleming summary judgment motion. |
| 8/24/2006 | MSS | 0.7 | $165.00 | $115.50 | Review discovery responses, identify deficiencies; call to Hugh Richards about expert analysis. |
| 8/25/2006 | MSS | 1.4 | $165.00 | $231.00 | Edit and finalize letter on second discovery deficiencies; continue to work with associate on summary judgment briefing. |
| 8/25/2006 | PAS | 1.6 | $125.00 | $200.00 | Drafted letter to Walleri re: second discovery requests. |
| 8/25/2006 | PAS | 2.7 | $125.00 | $337.50 | Continued researching after-acquired evidence doctrine. |
| 8/26/2006 | MSS | 0.9 | $165.00 | $148.50 | Email memorandum to associate with outline for summary judgment motions; in limine motions. |
| 8/28/2006 | PAS | 2.4 | $125.00 | $300.00 | Continued researching after-acquired evidence doctrine. |
| 8/28/2006 | PAS | 3.1 | $125.00 | $387.50 | Continued drafting Fleming summary judgment motion. |
| 8/29/2006 | CMM | 4 | $155.00 | $620.00 | Get DeLeon MSJ assignment from MSS. Review P's deposition transcript and other document to prepare exhaustion of remedies argument. |
| 8/29/2006 | MSS | 1.4 | $165.00 | $231.00 | Review issues regarding Fleming / conflict of interest for Walleri, work with associate on summary judgment motions. |
| 8/30/2006 | CMM | 1.3 | $155.00 | $201.50 | Finish drafting MSJ on DeLeon's wrongful discharge and due process claims. |

*Fleming v. Carroll/Ft. Yukon*                    **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 8/30/2006 | MSS | 1.4 | $165.00 | $231.00 | Confer with associate, review draft motion for summary judgment against DeLeon; confer with City Manager. |
| 8/30/2006 | PAS | 5.5 | $125.00 | $687.50 | Continued drafting Fleming summary judgment motion. |
| 8/31/2006 | CMM | 2.8 | $155.00 | $434.00 | Shepardize and finish editing DeLeon MSJ brief. Draft declaration for attachments. Draft motion and order re: same. |
| 8/31/2006 | MSS | 1.4 | $165.00 | $231.00 | Revise and finalize motion for summary judgment (DeLeon); review court orders granting our motion to compel; letter to opposing counsel on discovery. |
| 8/31/2006 | PAS | 4.4 | $125.00 | $550.00 | Continued drafting Fleming summary judgment motion. |
| 8/31/2006 | PAS | 0.8 | $125.00 | $100.00 | Drafted second letter to Walleri re: second discovery requests. |
| 9/5/2006 | PAS | 5 | $125.00 | $625.00 | Continued drafting Fleming summary judgment motion. |
| 9/6/2006 | PAS | 4.2 | $125.00 | $525.00 | Finished draft of Fleming summary judgment motion. |
| 9/6/2006 | MSS | 6.3 | $165.00 | $1,039.50 | Writing summary judgment motion on Hampton's claims; conference with City Manager and possible witness, confer with Greg Russell regarding jailguard assignment, call to another witness, edit Fleming summary judgment motion and confer with associate on same. |
| 9/7/2006 | MSS | 7.7 | $165.00 | $1,270.50 | Drafting summary judgment motion on Hampton; legal research, drafting affidavits, draft subpoena to State Troopers, confer with associate on other summary judgment briefs, review key cases, revise and edit briefs; calls to State about jailguard program. |
| 9/7/2006 | PAS | 1 | $125.00 | $125.00 | Began drafting motion to exclude eavesdropping evidence. |
| 9/8/2006 | HST | 2.3 | $165.00 | $379.50 | Review and edit summary judgment motions. |
| 9/8/2006 | PAS | 5.3 | $125.00 | $662.50 | Began drafting McKillican summary judgment motion. |
| 9/8/2006 | PAS | 0.9 | $125.00 | $112.50 | Added to Fleming summary judgment motion. |
| 9/10/2006 | MSS | 2.6 | $165.00 | $429.00 | Drafting and editing Hampton summary judgment memorandum, motion, order, and declaration, organizing exhibits, research on statute of limitations defense for FLSA claims. |
| 9/11/2006 | PAS | 2.2 | $125.00 | $275.00 | Continued drafting McKillican motion. |
| 9/11/2006 | PAS | 0.4 | $125.00 | $50.00 | Continued drafting McKillican summary judgment motion. |
| 9/11/2006 | HST | 2.7 | $165.00 | $445.50 | Review and edit briefs; conference with Singer on changes to briefs. |
| 9/11/2006 | HST | 1.6 | $165.00 | $264.00 | Revise and edit briefs. |

*Fleming v. Carroll/Ft. Yukon*          **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 9/12/2006 | CMM | 4.4 | $155.00 | $682.00 | Get MSJ and discovery motion assignment from MSS. Review record and insert factual citations into Hampton MSJ briefing. Edit and revise Hampton MSJ briefing. Draft motion to compel further responses to 2nd discovery requests. |
| 9/12/2006 | PAS | 6.5 | $125.00 | $812.50 | Finished draft of McKillican summary judgment motion. |
| 9/12/2006 | PAS | 2.9 | $125.00 | $362.50 | Edited Fleming summary judgment motion and added deposition testimony to the facts section. |
| 9/13/2006 | MSS | 8.6 | $165.00 | $1,419.00 | Editing and finalized motions for summary judgment against all five plaintiffs, including additional legal research, case citation checking, organizing exhibits, conferences with litigation team; telephone calls with Fannie Carroll re: her affidavit, drafting of related motions and proposed orders, and work with staff to electronically file with court. |
| 9/13/2006 | CMM | 0.4 | $155.00 | $62.00 | Draft and edit supporting pleadings (motion and order) for motion to compel and Chris Hampton MSJ. |
| 9/13/2006 | PAS | 3 | $125.00 | $375.00 | Drafted revision plug ins for the summary judgment motions, keycited motions. |
| 9/14/2006 | PAS | 0.3 | $125.00 | $37.50 | Drafted errata for DeLeon motion. |
| 9/22/2006 | MSS | 0.6 | $165.00 | $99.00 | Review letter from opposing counsel, draft stipulation on briefing schedule. |
| 9/29/2006 | MSS | 4.1 | $165.00 | $676.50 | Call to Fannie Carroll about court order to compel additional answers, call to city manager, call to Bice, analysis of legal issues for reply and opposition to cross-motion, confer with associate on same; meeting with Walleri, draft letter confirming content of meeting. |
| 9/29/2006 | PAS | 0.4 | $125.00 | $50.00 | Attended meeting w/ M. Walleri and M. Singer regarding the due dates for reply and opposition briefs in the case. |
| 10/2/2006 | PAS | 1.8 | $125.00 | $225.00 | Worked on drafting/editing reply. |
| 10/3/2006 | PAS | 3.8 | $125.00 | $475.00 | Continued drafting/editing reply; drafted proposed affidavit of Michael Jackson. |
| 10/6/2006 | PAS | 0.4 | $125.00 | $50.00 | Reviewed plaintiffs' supplemental discovery. |
| 10/9/2006 | PAS | 2 | $125.00 | $250.00 | Drafted letter to Walleri re: discovery problems. |
| 10/10/2006 | MSS | 0.5 | $165.00 | $82.50 | Edit and finalize letter to opposing counsel about discovery issues. |
| 10/12/2006 | MSS | 0.6 | $165.00 | $99.00 | Work with paralegal on materials for expert. |
| 10/17/2006 | MSS | 1.9 | $165.00 | $313.50 | Review opposition to summary judgment on DeLeon's employment claim, review cases, outline reply. |
| 10/17/2006 | PAS | 3.3 | $125.00 | $412.50 | Reviewed plaintiffs' oppositions to summary judgment. |

*Fleming v. Carroll/Ft. Yukon*               **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/18/2006 | MSS | 2.1 | $165.00 | $346.50 | Continue drafting reply in support of summary judgment - DeLeon. |
| 10/20/2006 | PAS | 4.1 | $125.00 | $512.50 | Drafted motion for discovery sanctions. |
| 10/21/2006 | PAS | 1 | $125.00 | $125.00 | Reviewed Fleming's opposition to motion for summary judgment on his claims. |
| 10/23/2006 | MSS | 1.4 | $165.00 | $231.00 | Drafting reply in support of summary judgment against DeLeon. |
| 10/23/2006 | PAS | 2.6 | $125.00 | $325.00 | Began drafting Fleming reply. |
| 10/23/2006 | MSS | 0.4 | $165.00 | $66.00 | Edit motion for sanctions. |
| 10/24/2006 | MSS | 4.3 | $165.00 | $709.50 | Call with opposing counsel, draft letters on outstanding discovery issues; continue drafting reply briefs in support of summary judgment on overtime and DeLeon. |
| 10/24/2006 | PAS | 5.3 | $125.00 | $662.50 | Edited motion for sanctions; continued to draft reply for summary judgment motion on Fleming's claims. |
| 10/25/2006 | PAS | 7.7 | $125.00 | $962.50 | Continued to draft reply for motion for summary judgment on Fleming's claims. |
| 10/29/2006 | MSS | 2.4 | $165.00 | $396.00 | Edit reply in support of summary judgment for Fleming, continue writing reply in support of summary judgment against DeLeon. |
| 10/30/2006 | MSS | 4.1 | $165.00 | $676.50 | Finalize reply in support of motion on Fleming, prepare additional affidavit, work with staff to file; finalize reply in support of summary judgment motion on DeLeon, work with staff to file; confer with city manager about his affidavit on the FLSA claims. |
| 10/30/2006 | PAS | 3.7 | $125.00 | $462.50 | Drafted table of Fleming's misrepresentations of fact in his opposition and made last changes to reply. |
| 10/31/2006 | PAS | 0.8 | $125.00 | $100.00 | Reviewed McKillican opposition. |
| 11/3/2006 | MSS | 1.6 | $165.00 | $264.00 | Review cross-motions for summary judgment, draft response, work with staff to finalize. |
| 11/6/2006 | MSS | 2.8 | $165.00 | $462.00 | Review opposition to summary judgment for McKillican, do legal research, begin drafting reply brief. |
| 11/8/2006 | MSS | 1.2 | $165.00 | $198.00 | Research and writing reply in support of summary judgment on McKillican. |
| 11/11/2006 | MSS | 4.6 | $165.00 | $759.00 | Additional legal research and drafting reply in support of summary judgment (McKillican). |
| 11/13/2006 | MSS | 2.1 | $165.00 | $346.50 | Finalized and filed reply in support of summary judgment on McKillican claims. |
| 11/13/2006 | MSS | 0.4 | $165.00 | $66.00 | Call with opposing counsel about outstanding discovery. |
| 11/14/2006 | PAS | 1.8 | $150.00 | $270.00 | Began motion to strike Walleri's testimony or disqualify him from being plaintiffs' counsel at trial. |

*Fleming v. Carroll/Ft. Yukon*                                  **Attorneys' Fees for Counts II-IV**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/16/2006 | PAS | 1.5 | $150.00 | $225.00 | Continued drafting motion to strike Walleri's testimony or preclude him from being plaintiffs' counsel at trial. |
| 11/16/2006 | MSS | 1.2 | $165.00 | $198.00 | Edit and finalize motion for discovery sanctions, declaration of counsel, and exhibits, work with staff to file. |
| 11/20/2006 | MSS | 1.1 | $165.00 | $181.50 | Review plaintiffs' reply briefs in support of cross motions, evaluate arguments made therein with associate. |
| 11/20/2006 | PAS | 3.5 | $150.00 | $525.00 | Finished first draft of motion to strike Walleri's testimony or preclude him from acting as plaintiffs' counsel at trial. |
| 11/21/2006 | CMM | 0.4 | $155.00 | $62.00 | Review and edit motion to strike affidavit or disqualify counsel. |
| 11/21/2006 | PAS | 0.1 | $150.00 | $15.00 | Edited motion to strike Walleri's testimony or preclude him from representing plaintiffs at trial. |
| 11/22/2006 | MSS | 0.3 | $165.00 | $49.50 | Review supplemental disclosures from McKillican. |
| 11/27/2006 | PAS | 1.1 | $150.00 | $165.00 | Drafted notice of supplemental authority re: Schmitz case. |
| 11/28/2006 | PAS | 0.9 | $150.00 | $135.00 | Reviewed plaintiffs' supplemental disclosures; reviewed Village Police Officer statutes. |
| 12/6/2006 | PAS | 2.1 | $150.00 | $315.00 | Review discovery provided by the plaintiffs with regard to need to keep discovery open; drafted motion to hold discovery open. |
| 12/8/2006 | PAS | 0.8 | $150.00 | $120.00 | Revised motion for deadline extension. |
| 12/11/2006 | MSS | 0.8 | $165.00 | $132.00 | Review court order on Hampton, summary judgment, research on obtaining fee judgment against him, analyze order in light of other pending motions, confer with litigation team on same. |
| 12/18/2006 | PAS | 2.8 | $150.00 | $420.00 | Reviewed new discovery and filings from the plaintiffs. |
| 12/28/2006 | PAS | 2.2 | $150.00 | $330.00 | Drafted reply to the opposition to the motion for sanctions. |
| | | | TOTAL: | $70,649.74 | |