*Fleming v. Carroll/Ft. Yukon*                                    **Attorneys' Fees for General Defense**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 1/7/2005 | HST | 3.2 | $155.00 | $496.00 | Conference with Bice to review complaint and claims by police officers against Fort Yukon; review complaint; telephone call to City. |
| 1/7/2005 | MSS | 4.4 | $155.00 | $682.00 | Review complaint; confer with HST; do initial legal research and analysis of defenses. |
| 1/10/2005 | HST | 1.2 | $155.00 | $186.00 | Review complaint; telephone call to City to conduct investigation; research severance. |
| 1/10/2005 | HST | 2.3 | $155.00 | $356.50 | Outline interview questions and documents that will be needed. |
| 1/10/2005 | MSS | 3.1 | $155.00 | $480.50 | Calls with city; email to Bice; confer with HST; review of complaint and applicable law in advance of trip to Fort Yukon; finalize travel plans for same. |
| 1/12/2005 | HST | 1.5 | $155.00 | $232.50 | Review documents and personnel files. |
| 1/14/2005 | HST | 2 | $155.00 | $310.00 | Conference with Bice to review results of investigation; telephone call from Greg Russell. |
| 1/14/2005 | MSS | 3.7 | $155.00 | $573.50 | Prepared for and attended meeting with Mike Bice to review key facts, case strategy, etc.  Continued legal analysis of key claims and defenses. |
| 1/24/2005 | HST | 0.7 | $155.00 | $108.50 | Review documents obtained from City. |
| 1/25/2005 | HST | 3.2 | $155.00 | $496.00 | Review complaint; conference with Greg Russell to review prior investigaton of Fort Yukon police matters. |
| 2/1/2005 | MSS | 1.3 | $155.00 | $201.50 | Drafting of answer and analysis of defense; confer with HST by e-mail on same. |
| 2/2/2005 | MSS | 2.6 | $155.00 | $403.00 | Continue drafting answer; confer with HST on defense strategy. |
| 2/2/2005 | MSS | 1.2 | $155.00 | $186.00 | Review of Russell's report on Hampton investigation, notes for defense strategy. |
| 2/3/2005 | MSS | 0.7 | $155.00 | $108.50 | Continued drafting answer, call to client to discuss factual allegations. |
| 2/18/2005 | MSS | 0.4 | $155.00 | $62.00 | Call to Fannie Carroll and outlined questions for interview with her. |
| 2/18/2005 | MSS | 0.8 | $155.00 | $124.00 | Work on answer, call to city to discuss certain factual allegations. |
| 2/22/2005 | HST | 1.5 | $155.00 | $232.50 | Research affirmative defenses; review draft answer and affirmative defenses. |
| 2/22/2005 | MSS | 1.1 | $155.00 | $170.50 | Teleconference with Fannie Carroll to review complaint. |
| 2/22/2005 | MSS | 1.3 | $155.00 | $201.50 | Continued drafting and editing answer, incorporating facts from call with city manager. |
| 2/23/2005 | MSS | 1.3 | $155.00 | $201.50 | Legal research and drafting of affirmative defenses in answer. |
| 2/23/2005 | MSS | 0.9 | $155.00 | $139.50 | Call with Fannie Carroll; additional edits to complaint. |
| 2/24/2005 | MSS | 0.7 | $155.00 | $108.50 | Telephone call with Fannie Carroll to review answer. |

*Fleming v. Carroll/Ft. Yukon*  **Attorneys' Fees for General Defense**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 2/24/2005 | MSS | 0.6 | $155.00 | $93.00 | Edited answer and instructed staff on finalizing. |
| 2/25/2005 | HST | 0.8 | $155.00 | $124.00 | Finalize answer and affirmative defenses. |
| 2/25/2005 | MSS | 0.5 | $155.00 | $77.50 | Call with Fannie Carroll regarding answer, document collection. |
| 2/25/2005 | MSS | 2.1 | $155.00 | $325.50 | Final edits to answer, phone calls and e-mails with client; discussed affirmative defenses with HST and finalized and instructed staff on filing answer. |
| 2/28/2005 | MSS | 0.6 | $155.00 | $93.00 | Confer with HST and analyze defense strategy and likely motions practice. |
| 3/18/2005 | MSS | 1.3 | $155.00 | $201.50 | Call with opposing counsel for pretrial planning meeting and did initial draft of report; review his e-mail regarding legal issues for report. |
| 3/22/2005 | MSS | 0.6 | $155.00 | $93.00 | Edited report of parties planning meeting and e-mailed to opposing counsel. |
| 3/29/2005 | MSS | 0.5 | $155.00 | $77.50 | Review HST's comments on scheduling report, instruct staff on working with opposing counsel to finalize. |
| 3/30/2005 | MSS | 0.8 | $155.00 | $124.00 | Email exchange with opposing counsel and finalized joint planning report, instructed staff on filing. |
| 4/4/2005 | MSS | 0.5 | $155.00 | $77.50 | Letter to Bice suggesting small offers of judgment. |
| 4/4/2005 | MSS | 0.4 | $155.00 | $62.00 | Confer with staff on initial disclosures, pretrial deadlines, instruct staff on disclosure preparations. |
| 4/8/2005 | MSS | 0.6 | $155.00 | $93.00 | Confer with Bice and draft offers of judgment for each of five plaintiffs. |
| 4/13/2005 | MSS | 0.9 | $155.00 | $139.50 | Revising and editing of initial disclosure statement. |
| 4/13/2005 | MSS | 0.4 | $155.00 | $62.00 | Review court's scheduling and planning order and discuss scheduling and defense issues with staff. |
| 4/14/2005 | MSS | 0.6 | $155.00 | $93.00 | Phone voicemail from Fannie Carroll and wrote her an email with update on case scheduling, discovery, and litigation strategy. |
| 4/18/2005 | MSS | 0.6 | $155.00 | $93.00 | Call and letter with opposing counsel. |
| 4/18/2005 | MSS | 0.7 | $155.00 | $108.50 | Telephone calls with Charlotte in dispatch and with Fannie Carroll. |
| 4/19/2005 | MSS | 1.6 | $155.00 | $248.00 | Did initial review of plaintiff's initial disclosure statement and attached documents. |
| 4/20/2005 | MSS | 2.3 | $155.00 | $356.50 | Revising and editing initial dislosure statement and review of documents to go therewith. |
| 4/21/2005 | MSS | 3.1 | $155.00 | $480.50 | Continued writing initial disclosure statement and review of documents for disclosure. |

*Fleming v. Carroll/Ft. Yukon*  **Attorneys' Fees for General Defense**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/27/2005 | MSS | 2.8 | $155.00 | $434.00 | Review of preliminary witness list from plaintiff and wrote letter asserting privilege as to city council and mayor; continued writing and editing initial disclosures and call with Fannie Carroll about same. |
| 4/28/2005 | MSS | 0.2 | $155.00 | $31.00 | Email with city manager. |
| 4/28/2005 | MSS | 2.1 | $155.00 | $325.50 | Teleconference with Fannie Carroll to prepare initial disclosures, witness list; revised document to fit facts learned from Fannie. |
| 4/29/2005 | MSS | 0.6 | $155.00 | $93.00 | Review letter from opposing counsel and call with Fannie Carroll. |
| 4/29/2005 | MSS | 0.3 | $155.00 | $46.50 | Exchange email with city manager on document request. |
| 4/29/2005 | MSS | 3.3 | $155.00 | $511.50 | Finalized initial disclosures and instructed staff on serving opposing counsel, privilege log, and related matters; drafted pleminary witness list. |
| 5/1/2005 | MSS | 0.5 | $155.00 | $77.50 | Review and edit privilege log, instruct staff on serving opposing counsel with same. |
| 5/10/2005 | MSS | 1.8 | $155.00 | $279.00 | Confer with HST and review possible counter-claim against Fleming; legal research on same. |
| 5/13/2005 | MSS | 1.9 | $155.00 | $294.50 | Additional legal research, finish drafting motion to amend answer; draft order for leave to amend, instruct staff on finalizing and filing. |
| 5/18/2005 | MSS | 0.9 | $155.00 | $139.50 | Legal research and wrote letter to opposing counsel on issue of separate trials, consolidated discovery. |
| 5/31/2005 | MSS | 0.2 | $155.00 | $31.00 | Review Walleri's motion for extension, instruct staff on scheduling. |
| 6/10/2005 | HST | 0.5 | $165.00 | $82.50 | Review case for Corey's analysis. |
| 6/13/2005 | MSS | 0.4 | $155.00 | $62.00 | Letter to opposing counsel and reviewed letter from him. |
| 6/20/2005 | MSS | 2.6 | $155.00 | $403.00 | Legal research on privilege issues, letter to opposing counsel responding to his demands on privileged matters, call with Bice on same; revise privilege log. |
| 6/23/2005 | MSS | 0.9 | $155.00 | $139.50 | Drafting notice to court and request for status conference on issue of separate trials. |
| 6/28/2005 | MSS | 0.5 | $155.00 | $77.50 | Call and letter to Fannie Carroll. |
| 6/29/2005 | PAS | 1 | $110.00 | $110.00 | Finished drafting paragraphs for the request for status conference. |
| 6/30/2005 | MSS | 1.3 | $155.00 | $201.50 | Review complaint and notes for list of potential witnesses for trip, letter to Fannie Carroll regarding interview trip. |
| 8/10/2005 | MSS | 0.5 | $155.00 | $77.50 | Review letter from Walleri and draft letter in response. |

*Fleming v. Carroll/Ft. Yukon*  **Attorneys' Fees for General Defense**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 8/22/2005 | HST | 0.5 | $165.00 | $82.50 | Conference with Singer over expert disclosures. |
| 8/27/2005 | MSS | 0.4 | $155.00 | $62.00 | Review pretrial order and outline letter to opposing counsel on outstanding issues. |
| 8/29/2005 | MSS | 0.2 | $155.00 | $31.00 | Call to opposing counsel. |
| 9/1/2005 | MSS | 0.6 | $155.00 | $93.00 | Call with opposing counsel. |
| 9/19/2005 | MSS | 2.1 | $155.00 | $325.50 | Review letter from City; draft response and confer with HST about same. |
| 9/21/2005 | MSS | 0.5 | $155.00 | $77.50 | Review plaintiff's supplement to initial disclosures. |
| 9/22/2005 | MSS | 0.3 | $155.00 | $46.50 | Call to Fannie Carroll. |
| 10/5/2005 | MSS | 0.4 | $155.00 | $62.00 | Call with Bice, email to HST about city council meeting. |
| 10/6/2005 | CMM | 0.1 | $150.00 | $15.00 | Discuss case status/pending motions work with MSS. |
| 10/7/2005 | MSS | 0.7 | $155.00 | $108.50 | Review correspondence and notes in preparation for upcoming meeting with City Council. |
| 10/11/2005 | MSS | 0.5 | $155.00 | $77.50 | Call with City and call with AML/JIA. |
| 10/12/2005 | MSS | 1.6 | $155.00 | $248.00 | Prepare for meeting with City Council; draft memo to HST with key discussion points. |
| 10/12/2005 | MSS | 1.2 | $155.00 | $186.00 | Prepared for and attended City Council meeting, debrief with Howard Trickey afterwards. |
| 10/17/2005 | MSS | 0.3 | $155.00 | $46.50 | Call with Walleri. |
| 11/10/2005 | CMM | 0.5 | $150.00 | $75.00 | Draft letter to Walleri re privilege log. |
| 11/10/2005 | CMM | 0.2 | $150.00 | $30.00 | Edit and finalize letter to Walleri re: privilege log issues. |
| 11/17/2005 | CMM | 0.2 | $150.00 | $30.00 | Review letter to Walleri. |
| 12/7/2005 | CMM | 0.1 | $150.00 | $15.00 | Email HST re: stay. |
| 1/12/2006 | CMM | 0.2 | $150.00 | $30.00 | Review and respond to JH email re: witness list deadlines. |
| 1/17/2006 | HST | 0.7 | $165.00 | $115.50 | Telephone call from Walleri proposing arbitration of all claims. |
| 2/15/2006 | HST | 0.8 | $165.00 | $132.00 | Review reply brief. |
| 2/20/2006 | HST | 0.4 | $165.00 | $66.00 | Draft and revise reply. |
| 2/20/2006 | MSS | 3.1 | $155.00 | $480.50 | Legal research and draft opposition to Rule 56(f) motion, conference with HST on same. |
| 2/23/2006 | MSS | 0.8 | $155.00 | $124.00 | Drafted motion to court regarding separate trials. |
| 2/24/2006 | HST | 0.6 | $165.00 | $99.00 | Review opposition and revise for filing. |
| 3/3/2006 | HST | 0.8 | $165.00 | $132.00 | Review pleadings. |

*Fleming v. Carroll/Ft. Yukon*  **Attorneys' Fees for General Defense**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 3/4/2006 | MSS | 0.4 | $155.00 | $62.00 | Review motion to reset deadlines, consider options for response. |
| 3/16/2006 | MSS | 0.9 | $155.00 | $139.50 | Draft partial opposition to plaintiffs' motion to reset pretrial deadlines; draft emails to HST on same. |
| 4/7/2006 | MSS | 0.7 | $155.00 | $108.50 | Call to opposing counsel; Review letter from opposing counsel; Draft letter in response. |
| 4/10/2006 | MSS | 0.9 | $155.00 | $139.50 | Review court order on timing of motion for separate trials; Review opposing counsel's filing on deadline for summary judgment; Call with city manager. |
| 4/19/2006 | MSS | 0.4 | $155.00 | $62.00 | Call with City's general counsel. |
| 4/23/2006 | HST | 0.3 | $165.00 | $49.50 | Review letters from Walleri. |
| 4/27/2006 | MSS | 0.3 | $155.00 | $46.50 | Draft letter to opposing counsel. |
| 5/3/2006 | MSS | 0.6 | $155.00 | $93.00 | Review court orders; Draft letter to opposing counsel. |
| 5/9/2006 | HST | 0.5 | $165.00 | $82.50 | Review complaint and potential motions. |
| 5/11/2006 | MSS | 0.4 | $155.00 | $62.00 | Review letter from opposing counsel and conference with paralegal on document review. |
| 5/18/2006 | MSS | 0.8 | $155.00 | $124.00 | Calls with opposing counsel's office; Noticing of depositions; Conference with HST on same. |
| 5/24/2006 | PAS | 0.6 | $83.23 | $49.94 | H. Trickey explained which projects he wanted me to accomplish for case. |
| 7/18/2006 | MSS | 4.3 | $155.00 | $666.50 | Finalized opposition briefs to pending motions; continue preparation for plaintiffs' depositions. |
| 8/2/2006 | MSS | 0.3 | $165.00 | $49.50 | Work with paralegal to complete status report to AML/JIA. |
| 8/4/2006 | HST | 0.2 | $165.00 | $33.00 | Review court order on pending motions. |
| 8/14/2006 | MSS | 0.7 | $165.00 | $115.50 | Draft opposition to motion to accept CD. |
| 8/18/2006 | PAS | 1.4 | $125.00 | $175.00 | Edited reply. |
| 8/29/2006 | HST | 0.4 | $165.00 | $66.00 | Confer with associate re: possible conflict of interest of Walleri re: representation in a second suit against the City. |
| 8/29/2006 | PAS | 1 | $125.00 | $125.00 | Continued researching after-acquired evidence doctrine. |
| 9/7/2006 | HST | 0.8 | $165.00 | $132.00 | Report on status of case. |
| 10/31/2006 | HST | 1.2 | $165.00 | $198.00 | Conference with M. Singer re: Walleri's latest filings. |
| 12/14/2006 | HST | 0.5 | $165.00 | $82.50 | Review order granting summary judgment. |

*Fleming v. Carroll/Ft. Yukon*                                    **Attorneys' Fees for General Defense**

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 12/18/2006 | MSS | 1.8 | $165.00 | $297.00 | Review court order on summary judgment, evaluate case status, draft letter to client and insurer, confer with litigation team, assign research to associate on final judgment. |
| 12/19/2006 | HST | 0.8 | $165.00 | $132.00 | Review court order and decision. |
| 12/19/2006 | MSS | 0.3 | $165.00 | $49.50 | Email with City and Fannie Carroll about summary judgment and next steps. |
| 12/26/2006 | MSS | 1.1 | $165.00 | $181.50 | Legal research for Rule 54(b) motion for final judgment against all plaintiffs but Schlumbohm. |
| 1/2/2007 | CMM | 0.3 | $155.00 | $46.50 | Begin researching motion for entry of final judgment (Rule 54(b)). |
| 1/3/2007 | HST | 0.7 | $165.00 | $115.50 | Report on status of case to Bice and Smith. |
| 1/8/2007 | MSS | 0.4 | $165.00 | $66.00 | Drafted motion to reschedule hearing. |
| 1/11/2007 | CMM | 0.3 | $155.00 | $46.50 | Begin outlining Motion for Final Judgment. |
| 1/18/2007 | HST | 0.4 | $165.00 | $66.00 | Conference with Singer on hearing. |
| 1/19/2007 | MSS | 1.3 | $165.00 | $214.50 | Began drafting motion for final judgment against Fleming, McKillican, Hampton, and DeLeon. |
| 1/23/2007 | CMM | 1.4 | $155.00 | $217.00 | Continue drafting motion for Final Judgment. |
| 1/24/2007 | CMM | 1 | $155.00 | $155.00 | Finish researching and drafting motion for entry of final judgment. |
| 1/30/2007 | MSS | 0.4 | $165.00 | $66.00 | Finish draft of motion to for partial final judgment. |
| 1/31/2007 | MSS | 1.1 | $165.00 | $181.50 | Editing motion for final judgment, drafting of order and final judgment form, confer with HST on same. |
| **TOTAL:** | | | | **$19,786.44** | |