*Fleming v. Carroll/Ft. Yukon*  SCHLUMBOHM-SPECIFIC FEES

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 6/9/2006 | PAS | 0.2 | $87.40 | $17.48 | Edited Schlumbohm discovery letter. |
| 8/16/2006 | MSS | 2.9 | $165.00 | $478.50 | Travel to Fairbanks, prepare for depositions of Schlumbohm and McKillican. |
| 8/17/2006 | MSS | 10.4 | $165.00 | $1,716.00 | Took depositions of McKillican and Schlumbohm, travel back to Anchorage, outline dispositive motions on both. |
| 8/23/2006 | PAS | 2.9 | $125.00 | $362.50 | Reviewed Schlumbohm and McKillican depositions. |
| 8/24/2006 | PAS | 3.1 | $125.00 | $387.50 | Reviewed Schlumbohm deposition; researched after acquired evidence; researched rebutting the presumption of for-cause employment when contract is for a term. |
| 9/6/2006 | PAS | 3.3 | $125.00 | $412.50 | Began drafting Schlumbohm summary judgment motion. |
| 9/7/2006 | PAS | 5.2 | $125.00 | $650.00 | Finished first draft of the Schlumbohm summary judgment motion. |
| 9/10/2006 | HST | 2.8 | $165.00 | $462.00 | Revise and edit summary judgment briefs on Schlumbohm, Fleming, DeLeon. |
| 9/11/2006 | PAS | 7 | $125.00 | $875.00 | Mtg. with H. Trickey, M. Singer about changes to motions; revised Schlumbohm summary judgment motion. |
| 9/12/2006 | MSS | 4.6 | $165.00 | $759.00 | Revise motion for summary judgment against Schlumbohm, edit motion for McKillican, finalize motion on statute of limitations. |
| 11/5/2006 | PAS | 1.5 | $150.00 | $225.00 | Reviewed McKillican and Schlumbhom oppositions; began organizing the Schlumbohm reply brief. |
| 11/7/2006 | PAS | 2.2 | $150.00 | $330.00 | Began drafting the Schlumbohm reply brief. |
| 11/8/2006 | PAS | 3.7 | $150.00 | $555.00 | Continued drafting Schlumbohm reply brief. |
| 11/9/2006 | MSS | 1.7 | $165.00 | $280.50 | Research and writing reply for McKillican summary judgment, edit reply for Schlumbohm. |
| 11/9/2006 | PAS | 3.1 | $150.00 | $465.00 | Finshed first draft of Schlumbohm reply brief. |
| 11/10/2006 | PAS | 1.4 | $150.00 | $210.00 | Edited Schlumbohm reply brief. |
| 11/11/2006 | PAS | 3.5 | $150.00 | $525.00 | Finished drafting Schlumbohm reply. |
| 11/13/2006 | MSS | 1.6 | $165.00 | $264.00 | Review, edit, finalize and file reply in support of summary judgment on Schlumbohm employment claims. |
| 11/14/2006 | MSS | 0.6 | $165.00 | $99.00 | Draft oppositions to cross-motions from Schlumbohm and McKillican. |
| 11/15/2006 | MSS | 0.3 | $165.00 | $49.50 | Finalize and file oppositions to cross motions for Schlumbohm, McKillican. |
| 12/28/2006 | MSS | 1.3 | $165.00 | $214.50 | Edit and finalize reply briefs on outstanding discovery matters for Schlumbohm, confer with HST about trial strategy. |

*Fleming v. Carroll/Ft. Yukon*  SCHLUMBOHM-SPECIFIC FEES

| Date | Time-keeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 12/29/2006 | MSS | 1.1 | $165.00 | $181.50 | Edit and finalize reply in support of discovery sanctions on Schlumbohm; strategize about next steps to bring Schlumbohm claim to trial or resolution, confer with HST on same. |
| 1/31/2007 | MSS | 0.6 | $165.00 | $99.00 | Review discovery responses and draft letter about Schlumbohms' failure to comply with initial disclosure requirement. |
| | | | TOTAL: | $9,618.48 | |