UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, et al.   v.   FANNIE CARROLL, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                      CASE NO.  4:04-CV-0034-RRB

John W. Erickson, Jr.                                 DATE: April 4, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
               RE PENDING MOTIONS**

---

Before the Court are Defendants Fannie Carroll, et al., with a Motion for Sanctions (Docket 157) and a Motion for the Extension of Motions Deadlines (Docket 168).

Inasmuch as Plaintiffs Reginald Fleming, et al., have complied with the Court's February 2, 2007, Order, see Docket 186, Defendants' Motion for Sanctions at **Docket 157** is hereby **DENIED** as moot.

Notwithstanding, Defendants' Motion for the Extension of Motions Deadlines at **Docket 168** is **GRANTED**; whereby, the Court closed discovery, to include the filing of dispositive and evidentiary motions, on March 26, 2007, 30 days after Plaintiffs complied with the Court's discovery order.

ORDER REGARDING PENDING MOTIONS