Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME<br><br><br><br>Case No. F04-0034 CIV (RRB) |

**COMES NOW,** Plaintiffs to seek an extension of the deadline to file their Opposition to Defendants' Motion for Attorney Fees at Docket 199 until May 21, 2007 for the following reasons.  The Plaintiff's Opposition to Attorney Fees is currently due on April 9, 2007.  The Plaintiffs filed a Motion for Relief from Judgment at Docket 195, which is currently pending.  The Clerk issued a Notice at Docket 201 vacating the Taxation of Cost hearing, scheduled for March 28, 2007.

Counsel for Plaintiff will be out of the country for three weeks from April 24th

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                     Page 1 of 2
Motion for Extension of Time

thru May 13th and would like to get the ruling on the Motion for Relief at Docket 195 before responding to the Motion for Attorney Fees at Docket 199. Counsel for Plaintiffs respectfully requests an extension of time until Monday, May 21, 2007 in which to file their opposition to Defendants' Motion for Attorney Fees.

Plaintiff's Motion for Extension of Time should be GRANTED.

DATED: April 5, 2007

s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907)452-4725 (Facisimile)
walleri@gci.net
AK. Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on April 5, 2007 via ECFl to:
Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*    Page 2 of 2
Motion for Extension of Time