IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>              Plaintiffs,<br><br>    vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) Case No. 4:04-cv-00034-RRB |

### [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT
### [FRCP 60(b)]

Upon due consideration of Plaintiffs' Motion for Relief from Judgment, Defendants' opposition, and any reply filed thereto, it is hereby ordered that Plaintiffs' Motion for Relief from Judgment is DENIED.

DATED at _____, Alaska this _____ day of _____, 2007.

_____
Ralph R. Beistline
United Stated District Court Judge

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

*s/ Matthew Singer*
149854

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT                                    PAGE 2
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE 4:04-CV-00034-RRB