Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br><br><br>Case No. 4:04-cv-00034-RRB |

UPON Plaintiffs' motion for extension of time to oppose Defendants' Motion for Attorney Fees, and the Court being apprised of the premises therein,

IT IS HEREBY ORDERED, that Plaintiffs' motion for an extension is hereby GRANTED. Plaintiffs shall file the Opposition to Defendants' Motion for Attorney Fees on or before May 21, 2007.

Date: 4/11/07

S/RALPH R BEISTLINE
Superior Court Judge

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Fleming, et. al. v. City of Fort Yukon
Order for Extension of Time

Page 1 of 2