IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN and TODD SCHLUMBOHM,<br><br>       Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA,<br><br>       Defendants. | Case No. 4:04-cv-0034-RRB<br><br>**ORDER DENYING MOTIONS AT DOCKETS 188 AND 195** |

      At Docket 188 are Defendants Fannie Carroll and the City of Fort Yukon, Alaska ("Defendants") with a Renewed Motion for Partial Summary Judgment on Employment Claims, Counts III and IV (Todd Schlumbohm). Plaintiffs Reginald Fleming, et al., (hereinafter collectively referred to as "Plaintiffs") oppose at Docket 197. Having thoroughly considered the matter, Defendants' Renewed Motion for Partial Summary Judgment at **Docket 188** is hereby **DENIED**. Indeed, because the Court concludes: (1) the facts leading up to Schlumbohm's resignation remain in dispute; and (2)

Defendants' renewed argument with respect to Schlumbohm's alleged failure to exhaust his administrative remedies is weak in light of their admission that Schlumbohm "would have been fired had he not quit," Docket 207 at 7 n.10, the Court again concludes "summary judgment is inappropriate against and/or for Schlumbohm as to Counts III and IV of the Complaint." Docket 173 at 7-8.

At Docket 195 are Plaintiffs with a Motion for Relief of Judgment. Defendants oppose at Docket 207 and, for reasons more carefully articulated therein, Plaintiffs' motion at **Docket 195** is hereby **DENIED**.

ENTERED this 17th day of April, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE