Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **AFFIDAVIT OF COUNSEL**<br><br>Case No. F04-0034 CIV (RRB) |

STATE OF ALASKA     )
                                      )ss
FOURTH JUDICIAL DISTRICT  )

I, Michael J. Walleri, after being duly sworn, state as follows:

1) I am Plantiff's counsel of record in the above case.

2) Attached is correspondence from the City of Fairbanks indicating that Officer McKillican and DeLeon's employment records were sent to them on July 28, 2006.

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Aff't of Counsel

Page 1 of 2

3) Fort Yukon's counsel did not supplement their disclosures with these records within thirty days as required by federal rules.

4) In August, Fort Yukon's made various demands upon this office to produce Fairbanks Police Department records for Officers DeLeon and McKillican.

5) In following up on these demands, it became obvious that Fort Yukon's counsel had already received the records through the releases previously provided.

6) In consequence, the undersigned requested and received supplementation of disclosures confirming that the Defendants' had received this material prior to their filing a motion to compel production of the material.

*Michael J. Walleri*

Sworn and subscribed to me this 23rd day of April, 2007

*Christine L Woodward*
Notary Public for the State of Alaska
My Commission Expires on: May 9, 2010

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                              Page 2 of 2
Aff't of Counsel

 

### Jermain Dunnagan & Owens, P.C.
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

CHARLES F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT

ERIC J. BROWN

SARAH J. JOSEPHSON
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER
THOMAS A. BALLANTINE

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976 

July 6, 2006

Fairbanks Police Department
911 Cushman St.
Fairbanks, AK 99701-4616

Re: Christopher Deleon

To Whom It May Concern:

Enclosed please find an Authorization to Release Employment Records for the above referenced individual. Please provide this office with all employment records, applications for, records regarding interviews, ride alongs, informational meetings, or any other contacts between Christopher Deleon prior to his employment. Please also provide us with a complete copy of his payroll records and personnel file. You may bill the address above for any copying charges.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

JERMAIN, DUNNAGAN & OWENS, P.C.

Sherry Sims
Legal Assistant

/ss
Enclosure

7/27/06
TO: HTR

EXHIBIT 1
PAGE 1 OF 3

July 28, 2006

Jermain, Dunnagan and Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska  99503-4097

Attention:  Sherry Sims,
            Legal Assistant

Dear Ms. Sims:

As per your request of July 6, 2006, I have enclosed xerox copies of the files of Police Officer Christopher DeLeon and Police Officer William D. McKillican.

The charge for copying is $1.00 for the first page and .25 for each page after that. The total due to the City of Fairbanks is as follows:

|  |  |
|---|---|
| Christopher DeLeon: | $6.75 |
| William McKillican: | $7.75 |

Thank you and if you have any questions or we can assist you further, please contact Antonio Shumate at 907-459-6780.

Sincerely,

Teri A. Vigesaa
Administrative Assistant

ACS/tav



EXHIBIT 1
PAGE 2 OF 3

```
RFO46001                    CITY OF FAIRBANKS                PAGE        1
FO460                  COPY CHARGES BILLING ACCOUNT       RUN 11/09/2006
                                                           AT   03:18 PM
C 0142                               08/18/2006 LAST BILLED        .00
JERMAIN,DUNNAGAN & OWENS, P.C.       08/18/2006 LAST PAID        14.50
3000 A STREET, STE 300                          YTD BILLED        .00
                                                YTD PAID        14.50
ANCHORAGE              AK 99503                 CURRENT BALANCE   .00
PHONE 907 563-8844                              UNAPPLIED PAYMENTS .00
```

EXHIBIT 1
PAGE 3 OF 3