```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
         FAIRBANKS Division

         #  40101588  -  CB
              May 7, 2007


  Code    Case #    Qty       Amount

  086900-F                    105.00 CH
  510000-C                    150.00 CH
  086400 R                    200.00 CH


  TOTAL→                      455.00


  FROM: LAW OFFICE OF MICHAEL WALLERI
        APPEAL FILING FEE
        4:04-CV-34-RRB
        FLEMING
```