IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN and TODD SCHLUMBOHM,<br><br>      Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA,<br><br>      Defendants. | Case No. 4:04-cv-0034-RRB<br><br>**ORDER AWARDING<br>ATTORNEY FEES** |

      Before the Court, at Docket 199, is Defendants' Motion for Attorney's Fees Against Fleming, Deleon, Hampton, and McKillican.

      Technically, both Alaska Civil Rule 68 and 82 apply in this case. However, given the equities and the Court's desire not to unduly punish Plaintiffs for what the Court views as a sincere effort on Plaintiffs' behalf to remedy a perceived wrong, the Court will impose the lower of the two calculations and hereby awards attorney fees of $49,311.71, which is the amount sought pursuant to

Rule 82, less 30 attorney hours for defending the Section 1983 claim.

        ENTERED this 9th day of May, 2007.

                          S/RALPH R. BEISTLINE
                          UNITED STATES DISTRICT JUDGE