## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. McKILLICAN, and TODD SCHLUMBOHM</u>   v.
<u>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA</u>

IDA ROMACK, CLERK OF COURT

<u>Deputy Clerk</u>                                   CASE NO.  <u>4:04-CV-00034-RRB</u>

 <u>Carolyn Bollman</u>

<u>PROCEEDINGS</u>: **CLERK'S NOTICE**                     DATE: May 22, 2007

    The cost bill hearing in the above matter was held May 22, 2007. Present were Michael Walleri for plaintiff and Matthew Singer Cooper for defendants.

    Objections to costs for depositions and exemplification of copies were voiced by Mr. Walleri. Based on Mr. Singer's affidavit that copies were necessarily incurred in this action, cost for exemplification are taxed under LR 54.1(e)(5) of the U.S. District Court for the District of Alaska in the amount of $2,427.90. Fees for deposition and transcript costs are taxed under LR 54.1(e)(3) in the amount of $8,517.49. Defendant's request for postage costs is not taxed. **Total costs taxed are $10,945.39.**

    Counsel are directed to F.R. Civ. P.LR 54 regarding review of clerk's taxation of costs.

[CLERKNOT.WPD]{CLERKNOT.WPD*Rev.12/97}