Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MOTION FOR COURT REVIEW OF CLERK'S AWARD OF COSTS**<br><br><br><br><br><br>Case No. F04-0034 CIV (RRB) |

Plaintiffs  move for  court review of the Clerk's award of $10,945.39 in costs pursuant to FRCP 54 for the reasons set forth in the accompanying memorandum.

DATED: May 29, 2007　　　　　　　　MICHAEL J. WALLERI

　　　　　　　　　　　　　　　　　　　/s/ Michael J. Walleri
　　　　　　　　　　　　　　　　　　　Law Offices of Michael J Walleri
　　　　　　　　　　　　　　　　　　　330 Wendell St., Suite E
　　　　　　　　　　　　　　　　　　　Fairbanks, Alaska 99701
　　　　　　　　　　　　　　　　　　　(907) 452-4716
　　　　　　　　　　　　　　　　　　　(907) 452-4725
　　　　　　　　　　　　　　　　　　　 walleri@gci.net
　　　　　　　　　　　　　　　　　　　AK Bar No. 7906060

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*　　　　　　　　　　　　　　　　　　　　　　　*Page 1 of 2*
Motion: Review Award of Costs.

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on May 29, 2007 via electronic filing to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*     *Page 2 of 2*
Motion: Review Award of Costs.