Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>          Plaintiffs,<br><br>   vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>          Defendants. | **MEMORANDUM IN SUPPORT OF MOTION FOR COURT REVIEW OF CLERK'S AWARD OF COSTS**<br><br><br><br>Case No. F04-0034 CIV (RRB) |

Pursuant to FRCP 54, Plaintiffs request court review of the Clerk's award of $10,945.39 in costs.  The court has allowed entry of judgment as against some plaintiffs.  The claims as to one Plaintiff – Officer Schlumbohm – will proceed to trial.  Defendant's have sought the award of all costs incurred in this litigation against the non-prevailing Plaintiffs without apportionment.  These include costs for all depositions, including those of Officers Schlumbohm, and Greg Russell, which were instrumental in this Court denying the City's motion for summary judgment

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                     *Page 1 of 3*
Memo: Review Award of Costs.

against Officer Schlumbohm.  In addition, depositions of Officers Fleming, DeLeon and McKillican, and the deposition of Fannie Carroll were used in the assertion of claims by Officer Schlumbohm.  Nonetheless, the City seeks the costs of all depositions amounting to $8,517.49.  These depositions were used in the prosecution of Officer Schlumbohms claims, for which the City has not prevailed.

None of the depositions were used in defense of the City's claims. In particular, the Court did not rely upon any of the depositions in support of its orders dismissing claims.  Indeed, the majority of the claims were dismissed based upon the failure of the Officers to not pursue administrative remedies.  Indeed, all the evidence in the depositions were that Chief Fleming, and Officer DeLeon attempted to actually go to Fort Yukon and attend the City Council meetings to seek redress from their terminations and constructive discharges.   Officer McKillican's depositions indicated that he resigned for the same reasons that Officer Schulmbohm did; i.e. that they both felt that they had to resign in order to avoid involuntary termination.  The depositions were not used to establish any fact upon which the Court relied in dismissing the non-prevailing officer's claims.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Additionally, Defendants seek $1,889.60 in copy fees, which would include copies made in defense of Officer Schlumbohm's claims, for which the City did not prevail. The City seeks costs for defense of actions for which it did not prevail.

The Court should reduce the costs awarded by the Clerk by $10,407.09 so as to not exceed $538.30.

DATED: May 29, 2007                    MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on May 29, 2007 via electronic filing to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                    *Page 3 of 3*
Memo: Review Award of Costs.