Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>            Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

**STIPULATED REQUEST FOR TRIAL SETTING CONFERENCE**

The parties request that the Court set a status conference for the purpose of selecting a trial date. The parties believe that all discovery has been completed and request, if possible, that the Court set the case for trial the week of November 12, 2007.

                                  MICHAEL J. WALLERI, ESQ.
                                  Attorney for Plaintiffs

| | |
|---|---|
| June 5, 2007 | *s/ Michael J. Walleri (consented)* |
| Date | Michael J. Walleri |
| | Alaska Bar No. 7906060 |
| | 330 Wendell Street, Suite E |
| | Fairbanks, AK  99701 |
| | Phone:  (907) 452-4716 |
| | Fax:  (907) 452-4725 |

                                  JERMAIN DUNNAGAN & OWENS, P.C.
                                  Attorneys for Defendants

| | |
|---|---|
| June 5, 2007 | By:  *s/ Matthew Singer* |
| Date | Matthew Singer |
| | Alaska Bar No. 9911072 |
| | 3000 A Street, Suite 300 |
| | Anchorage, AK  99503 |
| | Phone:  (907) 563-8844 |
| | Fax:  (907) 563-7322 |