Matthew Singer, Esq.
JERMAIN, DUNNAGAN    & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322
msinger@jdolaw.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

REGINALD FLEMING,   CHRISTOPHER DELEON,
CHRIS HAMPTON, WILLIAM D. MCKILLICAN,
and TODD SCHLUMBOHM,

                        Plaintiffs,

            vs.

FANNIE CARROLL, and the CITY OF FORT
YUKON, ALASKA,

                        Defendants.

Case No. 4:04-cv-00034-RRB

**AFFIDAVIT AND REQUEST
FOR ISSUANCE OF WRIT OF
EXECUTION**

STATE OF ALASKA           )
                          )ss.
THIRD JUDICIAL DISTRICT   )

I, _____Matthew Singer_____ hereby state under oath:

1.    Judgment  was entered on __March 7, 2007____ in the docket of the
      above - entitled court action, in favor of
      FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA as Judgment
      Creditors    and against  REGINALD FLEMING, CHRISTOPHER DELEON,
      CHRIS HAMPTON and WILLIAM D. MCKILLICAN, as Judgment Debtors.

      (IF A REGISTERED JUDGMENT:)
      Said judgment was registered herein under Title 28,
      U.S. Code, Section 1963, being a judgment which was
      obtained in

      Civil Case No. _____ in the U.S. District Court

      for the District of _____, and which has become FINAL.

JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

2.    I am the attorney for said Judgment Creditors <u>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA</u> and request issuance of a Writ of Execution on the judgment.

3.    The Judgment Debtors _____<u>were</u>_____ represented by Counsel.
      was/was NOT

4.    The Judgment entered _____<u>was not</u>_____ a Default Judgment.
      was/was NOT

5.    ACCRUED since the entry of judgment are the following sums:

      $ _____49,311.71_____ attorney fees inserted on final judgment.

      $ _____10,945.39_____ accrued costs inserted on final judgment.

      $ _____736.12_____ accrued interest, computed at _____4.90___ %
      (Judgments registered under 28 U.S.C. 1963 bear the
      rate of interest of the District of origin).

6.    CREDIT must be given for payments and partial satisfaction in the amount of:

      $_____ which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of:

      $ <u>60,993.22</u> ACTUALLY DUE as of June 6, 2007, to <u>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA</u>. Of this total, $60,257.10 is the amount of the original judgment as entered still remaining due and bearing interest at <u>4.90</u> % in the amount of $<u>8.08</u> per day from March 7, 2007, forward.

Dated: 6/5/2007                         By: _____
                                            Matthew Singer
                                            ABA No. 9911072


SUBSCRIBED and SWORN to before me this 5th day of June 2007, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires: 1-31-2008

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322