IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTION, WILLIAM D. MCKILLICAN and TODD SCHLUMBOHM,

                      Plaintiffs,

    vs.

FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,

                      Defendants.

Case No. 4:04-cv-00034-RRB

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On _____March 7, 2007_____ a judgment was entered in the docket of the above-entitled court action, in favor of

    FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA as Judgment Creditors and against REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTION and WILLIAM D. MCKILLICAN, as Judgment Debtors.

    $_____ principal,

    $_____49,311.71_____ attorney fees,

    $_____ interest, and

    $_____10,945.39_____ costs, making a total amount of

    $_____60,257.10_____ JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

    $_____736.12_____ accrued interest, and

    $_____ accrued costs, making a total of

    $_____60,993.22_____ JUDGMENT AS ENTERED

CREDIT must be given for payments and partial satisfactions in the the amount of:

    $_____ which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of

    $_____60,993.22_____ ACTUALLY DUE ON June 4, 2007, to FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA, the date of the request for issuance of this writ, of which

$ __60,993.22__ is due on the judgment as entered, and bears an interest rate at __4.90__ % per annum in the amount of

$ __8.08__ PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

 THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.
 HEREIN FAIL NOT, and have you then and there this writ.

DATED _____       MICHAEL HALL, CLERK

[SEAL]       BY: _____
                    Deputy Clerk