| | | *Fleming, et al. v. Carroll/Ft. Yukon* <br><br> **Deposition transcripts cited to in Motions for Summary Judgment** | | |
|---|---|---|---|---|
| **Date** | **Docket #** | **SJ Motion Description** | **Depo cited by Defendants ("Defs'")** | **Depo cited by Plaintiffs ("Pltf's")** |
| 11/28/2005 | 20 | Defs' MSJ on Counts II-IV | None | |
| 01/03/2006 | 22 | Defs' MSJ on Count I | None | |
| 02/08/2006 | 23 | Pltf's Opp to Defs' MSJ on Counts II-IV | | None |
| 02/24/2006 | 30 | Defs' Reply in Supp of MSJ on Counts II-IV | None | |
| 08/11/2006 | 77 | Supp Facts in Support of Defs' MSJ on Count I | "All depositions taken in 7 mos since Defs filed MSJ: Fleming, Hampton, DeLeon, Charlotte Fleener, Eric Tremblay" <br> <u>Citations in brief</u>: Fleming, Tremblay, Fleener | |
| 08/31/2006 | 88 | Pltf's Opp to Defs' MSJ & Cross-MPSJ on Count I | | Fleming (Exh A) <br> Fannie Carroll (Exh F) <br> Charlotte Fleener (Exh J) |
| 09/06/2006 | 92 | Defs' MPSJ (DeLeon) | DeLeon Deposition | |
| 09/13/2006 | 97 | Defs' MPSJ: Statute of Limitations on Fair Labor Standards Act Claims (Count I) (Fleming & McKillican) | None | |
| 09/13/2006 | 101 | Defs' MPSJ on Employment claims (Counts III & IV) Hampton | Hampton (Exh A) <br> Fleming (Exh B) <br> Greg Russell (Exh C) <br> DeLeon exhibit 2 to his deposition (Exh D) | |
| 09/13/2006 | 103 | Defs' MPSJ on Employment claims (Counts III & IV) Schlumbohm | Schlumbohm (Exh A) <br> Fleming (Exh B) <br> Greg Russell (Exh I) <br> DeLeon exhibit 2 to his deposition (Exh K) | |

| | | *Fleming, et al. v. Carroll/Ft. Yukon* <br><br> **Deposition transcripts cited to in Motions for Summary Judgment** | | |
|---|---|---|---|---|
| **Date** | **Docket #** | **SJ Motion Description** | **Depo cited by Defendants ("Defs'")** | **Depo cited by Plaintiffs ("Pltf's")** |
| 09/13/2006 | 105 | Defs' MPSJ on McKillican's Employment claims (Counts III & IV) | McKillican (Exh A) <br> Fannie Carroll (Exh B) <br> DeLeon exhibit pages to his deposition (Exh D) <br> Debbie McCarty (Exh E) | |
| 09/13/2006 | 107 | Defs' MSJ (Fleming) | Fleming (Exh C) <br> Debbie McCarty (Exh D) <br> Schlumbohm (Exh G) <br> McKillican (Exh H) <br> DeLeon exhibit pages to his deposition (Exh J) | |
| 10/17/2006 | 116 | Pltf's Opp to Defs' MPSJ: Statutes of Limitation On Fair Labor Standards Act Claims (Count I) | | None |
| 10/17/2006 | 117 | Pltf's Cross-MPSJ Re Failure of City to Conduct Pre-Termination Hearings & Excuse of Failure to Pursue Admin Grievance Procedures (DeLeon) | | DeLeon <br> Fannie Carroll <br> Fleming <br> Greg Russell <br> Schlumbohm <br> Debbie McCarty |
| 10/17/2006 | 118 | Defs' Opp to Defs' MPSJ for Failure to Exhaust Contractual Remedies and in Supp of Cross-MPSJ Re Failure of City to Conduct Pre-termination Hearings and Excuse of Failure to Pursue Admin Grievance Procedures (DeLeon) | DeLeon <br> Fannie Carroll <br> Fleming <br> Greg Russell <br> Schlumbohm <br> Debbie McCarty | |

| | | *Fleming, et al. v. Carroll/Ft. Yukon* <br><br> **Deposition transcripts cited to in Motions for Summary Judgment** | | |
|---|---|---|---|---|
| **Date** | **Docket #** | **SJ Motion Description** | **Depo cited by Defendants ("Defs'")** | **Depo cited by Plaintiffs ("Pltf's")** |
| 10/17/2006 | 125 | Pltf's MPSJ Re Non-Applicability of Grievance Procedures | | Fannie Carroll <br> Debbie McCarty <br> Fleming <br> Greg Russell <br> Schlumbohm <br> DeLeon <br> McKillican |
| 10/17/2006 | 121 | Pltf's Opp to Defs' MSJ (Fleming) & in Supp of Cross-MPSJ Re Non-Applicability of Grievance Procedures | | Fannie Carroll <br> Debbie McCarty <br> Fleming <br> Greg Russell <br> Schlumbohm <br> DeLeon <br> McKillican |
| 10/26/2006 | 126 | Defs' Reply in Supp of MPSJ: Statute of Limitations on Fair Labor Standards Act Claims (Count I) | None | |
| 10/30/2006 | 127 | Pltf's Opp to Defs' MPSJ McKillican's Employment Claims (Counts III & IV) | | Debbie McCarty <br> McKillican <br> Fleming <br> DeLeon <br> Schlumbohm <br> Fannie Carroll <br> Greg Russell |
| 10/30/2006 | 129 | Pltf's Opp to Defs' MSJ on Employment Claims (Schlumbohm) | | Debbie McCarty <br> McKillican <br> Fleming <br> Schlumbohm <br> Greg Russell |

| | | *Fleming, et al. v. Carroll/Ft. Yukon* <br><br> **Deposition transcripts cited to in Motions for Summary Judgment** | | |
|---|---|---|---|---|
| Date | Docket # | SJ Motion Description | Depo cited by Defendants ("Defs'") | Depo cited by Plaintiffs ("Pltf's") |
| 10/30/2006 | 132 | Pltf's Cross-MPSJ Re Constructive Termination (Schlumbohm) | | Debbie McCarty <br> McKillican <br> Fleming <br> Schlumbohm <br> Greg Russell |
| 10/30/2006 | 131 | Defs' Reply in Supp of Defs' MPSJ (DeLeon) | DeLeon | |
| 10/30/2006 | 134 | Defs' Reply in Supp of Defs' MSJ (Fleming) | Fleming <br> McKillican <br> Schlumbohm <br> Fannie Carroll <br> DeLeon <br> McCarty | |
| 10/30/2006 | 138 | Pltf's Cross-MPSJ Re Constructive Termination (McKillican) | | Debbie McCarty <br> McKillican <br> Fleming <br> DeLeon <br> Schlumbohm <br> Fannie Carroll <br> Greg Russell |
| 10/31/2006 | 141 | Defs' Reply in Supp of Defs' MSJ on Count I | Cheryl Searles (State Trooper) | |
| 11/03/2006 | 144 | Defs' Opp to Cross-MPSJ Re Failure of City to Conduct Pre-Termination Hearings & Excuse of Failure to Pursue Admin Grievance Procedures (DeLeon) | None | |
| 11/03/2006 | 146 | Defs' Opp to Cross-MPSJ Re Non-Applicability of Grievance Procedures | None | |

| | | *Fleming, et al. v. Carroll/Ft. Yukon* **Deposition transcripts cited to in Motions for Summary Judgment** | | |
|---|---|---|---|---|
| Date | Docket # | SJ Motion Description | Depo cited by Defendants ("Defs'") | Depo cited by Plaintiffs ("Pltf's") |
| 11/13/2006 | 148 | Defs' Response to Opp to MPSJ on McKillican's Employment Claims (Counts III & IV) | McKillican Greg Russell Debbie McCarty | |
| 11/13/2006 | 149 | Defs' Response to Opp to MPSJ on Employment Claims, Counts III & IV (Schlumbohm) | Schlumbohm | |
| 11/15/2006 | 155 | Defs' Opp to Cross-MPSJ Re Constructive Termination (Schlumbohm) | None | |
| 11/15/2006 | 156 | Defs' Opp to Cross-MPSJ Re Constructive Termination (McKillican) | None | |
| 11/20/2006 | 159 | Pltf's Reply to Defs' Opp to Pltf's Cross-MPSJ Re Failure of City to Conduct Pre-Termination Hearings and Excuse of Failure to Pursue Admin Grievance Procedures (DeLeon) | | None |
| 11/20/2006 | 160 | Pltf's Reply to Defs' Opp to Pltf's Cross-MPSJ Re Non-Applicability of Grievance Procedures | | None |
| 11/27/2006 | 163 | Pltf's Reply to Defs' Opp to Pltf's Cross-MPSJ Re Constructive Termination (McKillican) | | None |
| 11/27/2006 | 164 | Pltf's Reply to Defs' Opp to Pltf's Cross-MPSJ Re Constructive Termination (Schlumbohm) | | None |
| 03/02/2007 | 189 | Defs' Renewed MPSJ on Employment Claims, Counts III & IV (Schlumbohm) | Schlumbohm Fannie Carroll | |
| 03/20/2007 | 197 | Pltf's Opp to Defs' Renewed MSJ on Employment Claims (Schlumbohm) | | Schlumbohm McKillican Fleming |
| 03/28/2007 | 202 | Defs' Reply in Supp of Renewed MPSJ on Employment Claims, Counts III & IV (Schlumbohm) | Schlumbohm | |