IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

### [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR COURT REVIEW OF CLERK'S AWARD OF COSTS

Upon motion of Plaintiffs for the Court to review the award of costs in the above-captioned matter, Defendant's opposition thereto, and the Court being apprised of the premises therein,

IT IS HEREBY ORDERED, Plaintiffs' motion is hereby DENIED and the clerk's award is affirmed.

DATED this _____ day of _____, 2007.

_____
Ralph R. Beistline
United States District Judge

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007,
a true and correct copy of the foregoing
document was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99701

*s/ Matthew Singer*

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR COURT REVIEW OF CLERK'S AWARD OF COSTS    PAGE 2
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. 4:04-cv-00034-RRB