UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, et al.   v.   FANNIE CARROLL, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                CASE NO.  4:04-CV-0034-RRB

John W. Erickson, Jr.                           DATE: July 5, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**MOTION FOR COURT REVIEW OF CLERK'S AWARD OF COSTS**

---

      Before the Court are Plaintiffs Reginald Fleming, et al., with a Motion for Court Review of Clerk's Award of Costs at Docket 220, Defendants' Opposition thereto at Docket 227, and Plaintiffs' Reply at Docket 228.

      The Court, having considered the motion, opposition, and reply, hereby **ORDERS** that the award of all costs shall be held in abeyance until the final resolution of the trial in this matter.