Matthew Singer, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322
msinger@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON,
CHRIS HAMPTON, WILLIAM D. MCKILLICAN,
and TODD SCHLUMBOHM,

Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT
YUKON, ALASKA,

Defendants.

Case No. 4:04-cv-00034-RRB

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

STATE OF ALASKA        )
                       )ss.
THIRD JUDICIAL DISTRICT )

I, ____Matthew Singer____ hereby state under oath:

1. Judgment was entered on <u>March 7, 2007</u> in the docket of the above-entitled court action, in favor of <u>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA</u> as Judgment Creditors and against <u>REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON and WILLIAM D. MCKILLICAN,</u> as Judgment Debtors.

(IF A REGISTERED JUDGMENT:)
Said judgment was registered herein under Title 28,
U.S. Code, Section 1963, being a judgment which was
obtained in

Civil Case No. _____ in the U.S. District Court

for the District of _____, and which has become FINAL.

2. I am the attorney for said Judgment Creditors <u>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA</u> and request issuance of a Writ of Execution on the judgment.

3. The Judgment Debtors ____<u>were</u>____ represented by Counsel.
   was/was NOT

4. The Judgment entered ____<u>was not</u>____ a Default Judgment.
   was/was NOT

5. ACCRUED since the entry of judgment are the following sums:

   $____<u>49,311.71</u>____ attorney fees inserted on final judgment.

   $_____ accrued costs inserted on final judgment.

   $____<u>986.36</u>____ accrued interest, computed at ____<u>4.90</u>____ %
   (Judgments registered under 28 U.S.C. 1963 bear the
   rate of interest of the District of origin).

6. CREDIT must be given for payments and partial satisfaction in the amount of:

   $_____ which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of:

   $ <u>50,298.07</u> ACTUALLY DUE as of August 3, 2007, to <u>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA</u>. Of this total, $49,311.71 is the amount of the original judgment as entered still remaining due and bearing interest at <u>4.90</u> % in the amount of $<u>6.61</u> per day from March 7, 2007, forward.

Dated: 8/2/2007         By: _____
                             Matthew Singer
                             ABA No. 9911072

SUBSCRIBED and SWORN to before me this 2nd day of August 2007, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires: 1-31-2008

Affidavit and Request for Issuance of Writ of Execution                    Page 2 of 2
Case No. 4:04-cv-00034-RRB

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322