Matthew Singer, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322
msinger@jdolaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,

Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,

Defendants.

Case No. 4:04-cv-00034-RRB

**CREDITOR'S AFFIDAVIT**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

I, Matthew Singer, attorney for the defendants in the above-captioned action, upon oath or affirmation and under penalty of perjury, state as follows:

1. FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA obtained a judgment against REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, and WILLIAM D. MCKILLICAN, in the total amount of $49,311.71.

2. I will attempt to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.010, *et seq.*:

The bank account(s) and permanent fund dividend money of:

Reginald Fleming
5242 Dale Rd.
Fairbanks, AK 99709
SSN: 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
DOB: 12/4/71

Christopher DeLeon
P.O. Box 73375
Fairbanks, AK 99707
SSN: 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
DOB: 11/26/69

Christopher Hampton
P.O. Box 55581
North Pole, AK 99705
SSN: 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
DOB: 8/9/70

William D. McKillican
1126 Galena St.
Fairbanks, AK 99709
SSN: 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
DOB: 2/27/71

Dated: 8/2/2007    By: _____
Matthew Singer
ABA No. 9911072

SUBSCRIBED and SWORN to before me this 2nd day of August 2007, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires: 1-31-2008

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322