RECEIVED
SEP 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>Fleming et al v Carroll, et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>RALPH R. BEISTLINE  4:04-CV-00034-RRB</u>
Date Complaint/Indictment/Petition Filed: <u>12/29/2004</u>
Date Appealed Order/Judgment *entered*: <u>04/17/2007</u>
Date NOA *filed*: <u>05/07/2007</u>
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: <u>Carolyn Bollman (907) 451-5791</u>

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>05/07/2007</u>    Date Docket Fee billed: __
Date FP granted: __                        Date FP denied: __
Is FP pending? __yes/no                    Was FP Limited/Revoked?
US Government Appeal?   __yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Michael Walleri | Matthew Singer |
| Law Offices of M. Walleri | Jermain Dunnagan and Owens |
| 330 Wendell St - Suite E | 3000 A Street - Suite 300 |
| Fairbanks, AK 99701 | Anchorage, AK 99501 |
| (907) 452-4716 | (907) 563-8844 |
| (907) 452-4725 fax | (907) 563-7322 (fax) |

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __    9th Circuit Docket Number: _07-35718_

Name and phone number of person completing this form: <u>Carolyn Bollman</u>
<u>(907) 451-5791</u>