Howard S. Trickey
Matthew Singer
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AND VACATE JUDGMENT**

COME NOW the parties, Plaintiffs Reginald Fleming, Christopher DeLeon, Chris Hampton, William D. McKillican and Todd Schlumbohm, by and through their attorney, Michael J. Walleri, and Defendants Fannie Carroll and the City of Fort Yukon, Alaska, by and through their attorneys, Jermain Dunnagan & Owens, P.C., pursuant to Rule 41.1 of the Local Rules of the United States District Court for the District of Alaska, stipulate to dismiss with prejudice the claims against the City of Fort Yukon, Alaska and Fannie

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Carroll, with each of the parties to bear their own costs and attorney's fees, and to further vacate the judgment for money award previously entered in this matter in favor of Defendants.

                                       MICHAEL J. WALLERI, ESQ.
                                       Attorney for Plaintiffs

| September 13, 2007 | By: *s/ Michael J. Walleri (consented)* |
|---|---|
| Date | Michael J. Walleri |
| | 330 Wendell Street, Suite E |
| | Fairbanks, AK 99701 |
| | Phone: (907) 452-4716 |
| | Fax: (907) 452-4725 |
| | Alaska Bar No. 7906060 |

                                       JERMAIN DUNNAGAN & OWENS, P.C.
                                       Attorneys for Defendants

| September 13, 2007 | By: *s/ Matthew Singer* |
|---|---|
| Date | Matthew Singer |
| | 3000 A Street, Suite 300 |
| | Anchorage, AK 99503 |
| | Phone: (907) 563-8844 |
| | Fax: (907) 563-7322 |
| | Alaska Bar No. 9911072 |

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND VACATE JUDGMENT     PAGE 2
*FLEMING, ET AL. V. CARROLL, ET AL.*
CASE NO. 4:04-cv-00034-RRB