IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA, | )<br>)<br>) |
| Defendants. | ) |
| | ) Case No. 4:04-cv-00034-RRB |

### [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AND VACATE JUDGMENT

The Court, having reviewed the parties' Stipulation And Order For Dismissal With Prejudice and Vacate Judgment, HEREBY ORDERS that this matter is dismissed with prejudice, each party to bear their own costs and attorney's fees, and the judgment for money award previously entered in favor of Defendants is vacated.

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Ralph R. Beistline
United States District Judge

{00162133 }

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2007,
a true and correct copy of the foregoing
proposed Order was served electronically
on the following counsel of record:

Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, AK 99709

By:   *s/ Matthew Singer*