IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>    Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

## ~~PROPOSED~~ ORDER FOR DISMISSAL
## WITH PREJUDICE AND VACATE JUDGMENT

The Court, having reviewed the parties' Stipulation And Order For Dismissal With Prejudice and Vacate Judgment, HEREBY ORDERS that this matter is dismissed with prejudice, each party to bear their own costs and attorney's fees, and the judgment for money award previously entered in favor of Defendants is vacated.

IT IS SO ORDERED this 14 day of September, 2007.

           _/s/ Ralph R. Beistline_
           Ralph R. Beistline
           United States District Judge

{00162133 }