# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Reginald Fleming et al. | 4:04-cv-00034-RRB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Fannie Carroll and the City of Fort Yukon, Alaska | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
301 W. Northern Lights Blvd.   Anchorage, AK 99503

*RECEIVED SEP 20 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(Reginald Fleming)
Please serve writ of execution, notice of levy and response to levy.

Signature of Attorney or other Originator requesting service on behalf of:
_Dawn Andrews_  ☒ DEFENDANT   TELEPHONE NUMBER: 563-8844   DATE: 6/6/07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. Total Process: 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk: _amc_ | Date: 9/4/07

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): April Park - Store Manager

Address (complete only if different than shown above): 10/69

Date of Service: 9/4/07   Time: 1435 pm

25M

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 12.13 | | 417.13 | | | |

REMARKS: Service fee - 9 x $45 = $405
mileage fee - 25¢ x .485 = $12.13
Returned 9/18/07   Received check per $81 —

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINAL FLEMING et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case #4:04-CV-034-RRB |
| FANNIE CARROLL, and the CITY OF FORT ) YUKON, ALASKA ) | |
| ) | |
| Defendants, ) | |
| ) | |

## U.S. MARSHALS RETURN ON WRIT OF EXECUTION

I, Randy Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on Wells Fargo Bank on June 6, 2007, by Deputy United States Marshal Andrew Arnold. On September 17, 2007, this office did receive a check from Wells Fargo Bank, check Number 0268168440 for $81.00 made payable to the Clerk of Court.

I hereby return said check to the U.S. District Court **partially satisfying this Writ of Execution**, dated this 1st day of September 18, 2007 at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
Deputy U.S. Marshal

in
2:43pm person
No Fee
01417 K3212-011
[signature]
April J. Park

Matthew Singer, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON,
CHRIS HAMPTION, WILLIAM D. MCKILLICAN
and TODD SCHLUMBOHM,

    Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT
YUKON, ALASKA,

    Defendants.

Case No. 4:04-cv-00034-RRB

**NOTICE OF LEVY BY A COURT WRIT**

TO:  Wells Fargo Bank
     301 W. Northern Lights Blvd.
     Anchorage, AK 99503

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: Reginald Fleming, SSN: Redacted DOB: REDACTED 9709, not exceeding the sum of $50,298.07 is hereby levied upon by the attached Writ of Execution. Do not release said money to anyone other than the U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshal's office within 24 hours pursuant to AS 09.40.060.

Date: August_____, 2007

Amount of Writ: $50,298.07
Service Fee: $ 47.00
Interest: $ 6.61 per day
Total Due: $_____

RANDY M. JOHNSON
United States Marshal
District of Alaska
222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

By: /s/ _____
Deputy U.S. Marshal

## RESPONSE TO LEVY

To United States Marshal:

You are notified that WELLS FARGO BANK (X) does ( ) does not have money, personal property, credits, or debts belonging to Reginald Fleming, SSN: REDACTED DOB REDACTED the amount of $ 81.00, of which $ 81.00 is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 9/5/07    SIGNATURE: X_____
(Type or Print Name) Krystal Reyes
TITLE: Processor

Make checks payable to:
"CLERK OF COURT"
Note Case Number on the checks.
*****************************************
Mail "Response to Levy" & check to:
U.S. Marshals Service
222 W. 7th Ave., #28
Anchorage, AK 99513

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Notice of Levy by a Court Writ
4:04cv-00034-RRB

Page 2

```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

        # 00131242 - PS
        September 20, 2007

Code      Case #      Qty       Amount
604700-R  F0-4-34
                                81.00 CK

TOTAL→
                                81.00

FROM: REGINALD FLEMING
RE: WRIT OF EXECUTION
4:04-CV-00034 RRB
```