| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>REGINALD FLEMING ET AL. | COURT CASE NUMBER<br>4:04-cv-00034-RRB |
|---|---|
| DEFENDANT<br>FANNIE CARROLL and the CITY OF FORT YUKON, ALASKA | TYPE OF PROCESS<br>WRIT OF EXECUTION |

| SERVE ➤ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Alaska USA Federal Credit Union |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>4000 Credit Union Dr.    Anchorage, AK 99503 |

RECEIVED SEP 25 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

(William D. McKillican)
Please serve writ of execution, notice of levy and response to levy.

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>563-8844 | DATE<br>6/6/07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date<br>9/4/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Lou Ellis Branch Manager

Address *(complete only if different than shown above)*

3 of 9

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | |
|---|---|---|
| 09/03/07 | 1510 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee<br>45 | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Returned per order of dismissal

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM,<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:04-cv-00034-RRB |

## [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AND VACATE JUDGMENT

The Court, having reviewed the parties' Stipulation And Order For Dismissal With Prejudice and Vacate Judgment, HEREBY ORDERS that this matter is dismissed with prejudice, each party to bear their own costs and attorney's fees, and the judgment for money award previously entered in favor of Defendants is vacated.

IT IS SO ORDERED this 14 day of September, 2007.

Ralph R. Beistline
United States District Judge

{00162133}

Matthew Singer, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

REGINALD FLEMING, CHRISTOPHER DELEON,
CHRIS HAMPTION, WILLIAM D. MCKILLICAN
and TODD SCHLUMBOHM,

Plaintiffs,

vs.

FANNIE CARROLL, and the CITY OF FORT
YUKON, ALASKA,

Defendants.

Case No. 4:04-cv-00034-RRB

**NOTICE OF LEVY BY A COURT WRIT**

TO:  Alaska USA Federal Credit Union
     4000 Credit Union Dr.
     Anchorage, AK 99503

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: William D. McKillican, SSN: **REDACTED** DOB: **Redacted** exceeding the sum of **$50,298.07** is hereby levied upon by the attached Writ of Execution. Do not release said money to anyone other than the U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshal's office within 24 hours pursuant to AS 09.40.060.

Date: August_____, 2007

Amount of Writ: $50,298.07
Service Fee: $ 47.00
Interest: $ 6.61 per day
Total Due: $_____

RANDY M. JOHNSON
United States Marshal
District of Alaska
222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

By: /s/ _____
Deputy U.S. Marshal

### RESPONSE TO LEVY

To United States Marshal:   There is $ 1196.25 Available for this service

You are notified that __Alaska USA Federal Credit Union__ ( ) does ( ) does not have money, personal property, credits, or debts belonging to William D. McKillican, SSN: REDACTED

2 REDACTED , in the amount of $ _____, of which $ _____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 9/4/07        SIGNATURE: Cplew
                    (Type or Print Name) Crystal Plew
                    TITLE: Levy Specialist

> Make checks payable to:
> "CLERK OF COURT'
> Note Case Number on the checks.
> ****************************************
> Mail "Response to Levy" & check to:
> U.S. Marshals Service
> 222 W. 7th Ave., #28
> Anchorage, AK 99513

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322