

FILED

SEP 2 5 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REGINALD FLEMING; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>FANNIE CARROLL; et al.,<br><br>    Defendants - Appellees. | No. 07-35718<br><br>D.C. No. CV-04-00034-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED

SEP 2 8 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

    The parties' stipulation to voluntarily dismiss this appeal is granted. This appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Each parties is to bear its own cost to the appeal. A certified copy of this order sent to the district court shall act as and for the mandate of this court.

    For the Court:

    CATHY A. CATTERSON
    Clerk of the Court

    **Signature Redacted**

    Linda K. King
    Deputy Clerk
    Ninth Cir. R. 27-7/Advisory Note to Rule 27
    and Ninth Circuit Rule 27-10

pro 9.17

REDACTED

INTERNAL USE ONLY: Proceedings include all events.
07-35718 Fleming, et al v. Carroll, et al

| | |
|---|---|
| REGINALD FLEMING<br>    Plaintiff - Appellant | Michael J. Walleri, Esq.<br>FAX 907/452-4725<br>907/452-4716<br>Suite C<br>[COR LD NTC ret]<br>330 Wendell Street<br>Fairbanks, AK 99701 |
| CHRISTOPHER DELEON<br>    Plaintiff - Appellant | Michael J. Walleri, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CHRIS HAMPTON<br>    Plaintiff - Appellant | Michael J. Walleri, Esq.<br>(See above)<br>[COR LD NTC ret] |
| WILLIAM D. MCKILLICAN<br>    Plaintiff - Appellant | Michael J. Walleri, Esq.<br>(See above)<br>[COR LD NTC ret] |
| TODD SCHLUMBOHM<br>    Plaintiff - Appellant | Michael J. Walleri, Esq.<br>(See above)<br>[COR LD NTC ret] |

   v.

| | |
|---|---|
| FANNIE CARROLL<br>    Defendant - Appellee | Howard Trickey, Esq.<br>907/563-8844<br>Suite 300<br>[COR LD NTC ret]<br>Matthew Singer<br>FAX 907-563-7322<br>907/563-8844<br>Suite 300<br>[COR LD ret]<br>JERMAIN DUNNAGAN & OWENS P.C.<br>3000 "A" Street<br>Anchorage, AK 99503 |
| CITY OF YUKON<br>    Defendant - Appellee | Howard Trickey, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Matthew Singer<br>(See above)<br>[COR LD ret] |