**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Reginald Fleming et al. | 4:04-cv-00034-RRB |
| DEFENDANT | TYPE OF PROCESS |
| Fannie Carroll and the City of Fort Yukon, Alaska | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

State of Alaska, Dept. of Revenue, Permanent Fund Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1016 W. 6th Avenue, Suite 100   Anchorage, AK 99501

RECEIVED OCT 10 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve notice of levy (William D. McKillican)

Receipt # 00131396 NL
10/10/07   $1323.20

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☒ DEFENDANT | TELEPHONE NUMBER 563-8844 | DATE 6/6/07 |
|---|---|---|---|
| *Dawn Andrews* | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 9/9/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Martin Carlton | |
| Address (complete only if different than shown above) | Date of Service 9/4/07 | Time 1430 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 45.- | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Received check $1323.20

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN and TODD SCHLUMBOHM,<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendant. | Case No. 4:04-CV-00034-RRB |

### U.S. MARSHALS RETURN ON WRIT OF EXECUTION

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **September 4, 2007,** by Deputy U.S. Marshal **Andrew Arnold** and that on **October 10, 2007** this office did receive a State of Alaska Treasury Warrant Check No. **57779260** made payable to the Clerk of Court in the amount of **$1,323.20**.

I hereby return said check to the U.S. District Court partially satisfying this Writ of Execution, dated this **10th** day of **October, 2007** at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
Deputy U.S. Marshal

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

- For PFD Division Use Only -

PFD Server Code

## G0137

Location _____

Priority _____

[X] Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice __6/11/07__.
*Highlight information being corrected or added.*

Case type must be one of the following:
CI (Civil)
CN (Child In Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

**Case Number** __4__ - __04__ - __00034__ - __CI__
Location Code / Year / Case Number / Case Type

*Example:* 1JU-02-01234 CI

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name** William D. McKillican

**AKA or Alias** _____

**Social Security Number** REDACTED

**Date of Birth** _____

**Amount of Writ** $ 50,298.07  (includes interest through 8/3/07)
**Service Fee** $ 47.00
**Interest to October 15** $ 492.91  (8/4/07 - 10/15/07 * 4.9%)
**Total Due** $ 50,837.98

**Service Agent**
Signature: [signed]   Date: 9/4/07
Printed Name: ANDREW ARNOLD   Title: DUSM

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

Not Negotiable — See important tax information on the back of this form.   00002726

**1099-MISC**

Payer's Name: State of Alaska
Federal ID: 92-6001185

Case Id: 40434CI
Applicant's Name:
MCKILLICAN, WILLIAM D

| | | | |
|---|---|---|---|
| Warrant Issue Date: | 10/03/2007 | Warrant Amount. . . . . . . . . . . | $1,323.20 |
| Warrant Number: | 57779260 | CLERK OF COURT | |
| | | 222 W 7TH AVE #28 | |
| PFD ALN: | 07302179 | ANCHORAGE AK 99513 | |

Funding for PFD dividends comes from:
* Permanent Fund earnings:
  * Constitutional dedication of funds      $591.88
  Legislative action:
    Statutory inflation proofing             659.52
    Special legislative appropriations       439.68
* Reimbursements to the Dividend Fund          0.00
* Unexpended prior year Dividend Funds        18.96

  Total Gross Dividend                    $1,710.04

The Total Gross Dividend has been reduced for:
* Medical and Public Assistance hold
  harmless provisions of AS 43.23.075        -$21.33
* Legislative appropriation of convicted
  and incarcerated felon and misdemeanant
  dividends                                  -18.98
* Dividend program administrative costs      -12.95
* Prior year dividend obligations             -2.78

  Net Dividend                           $1,654.00

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:
* sentenced as a result of a felony conviction,
* incarcerated as a result of a felony conviction, or
* incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

Total funds that would have been paid as 2006 dividends to individuals not eligible under this provision were $11,469,212.

The legislative purpose for making these individuals not eligible to receive a dividend is to:
* obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
* provide funds for services for and payments to crime victims and for grants for the operation of domestic violence and sexual assault programs.

Total funds appropriated for FY 2008 under this purpose are:
* Department of Corrections                              $6,211,400
* Council on Domestic Violence and Sexual Assault         3,789,600
* Violent Crimes Compensation Board                       1,067,600
* Office of Victims' Rights                                 400,600
                                                        -----------
Total appropriations                                    $11,469,200
                                                        ===========

Dividend Information Offices: Anchorage (907) 269-0370 Fairbanks (907) 451-2820 Juneau (907) 465-2326 Inside Alaska 1-800-773-8813