Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **UNOPPOSED MOTION FOR RELEASE OF SEIZED FUNDS**<br><br>Case No. F04-0034 CIV (RRB) |

COMES NOW, Plaintiffs, by and through their attorney, Michael J. Walleri, and moves the Court for an Unopposed Motion for Release of Seized Funds. The reasons for the release of funds are set out in the accompanying memorandum.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                               *Page 1 of 2*
Unopposed Motion for Release of Funds

Dated this 23rd day of October, 2007, at Fairbanks, Alaska.

        MICHAEL J. WALLERI

        /s/ Michael J. Walleri
        Law Offices of Michael J Walleri
        330 Wendell St., Suite E
        Fairbanks, Alaska 99701
        (907) 452-4716
        (907) 452-4725
        walleri@gci.net
        AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on October 23, 2007 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*         *Page 2 of 2*
Unopposed Motion for Release of Funds