Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR RELEASE OF SEIZED FUNDS**<br><br><br><br>Case No. F04-0034 CIV (RRB) |

Plaintiffs, Reginald Fleming, Christopher Hampton and William D. McKillican seek the release of funds deposited into the court registry by the United States Marshals Service in the above captioned matter.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                         *Page 1 of 3*
Memorandum for Release of Funds

Wells Fargo Bank paid by check $81.00 to the United States Mashal for the District of Alaska on September 17, 2007 from Reginald Fleming's account. (See Docket 236)

William D. McKillican had $1323.20 seized from his 2007 Permanent Fund Dividend on October 10, 2007.  (See Docket 244)

Christopher Hampton had $574.35 seized from his 2007 Permanent Fund Dividend on October 10, 2007.  (See Docket 243)

On September 13, 2007 the parties filed the Stipulation for Dismissal with Prejudice and Vacate Judgment as well as the Proposed Order for Dismissal with Prejudice and Vacate Judgment.  The Stipulation stated that the judgment for money award previously entered in this matter in favor of the Defendants would be vacated.  The Order for Dismissal with Prejudice and Vacate Judgment was signed on September 14, 2007.   On September 24, 2007, the Court issued an Order stating that "any monies deposited into the court registry by the U. S. Marshal Service, may be requested by form of a motion for the court's approval."

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

The Court should grant the Motion to release the funds deposited into the court registry back to the Plaintiff's in the above stated amounts.

Dated this 23rd day of October, 2007, at Fairbanks, Alaska.

    MICHAEL J. WALLERI

<u>/s/ Michael J. Walleri</u>
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on October 23, 2007 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

<u>s/ Michael J. Walleri        </u>

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*   *Page 3 of 3*
Memorandum for Release of Funds