Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON, CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | ORDER GRANTING ~~EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT RESPECTING NON-APPLICABILITY OF GRIEVANCE PROCEDURES~~ RELEASE OF SEIZED FUNDS<br><br>Case No. F04-0034 CIV (RRB) |

THIS MATTER having come before the court, and being otherwise fully advised in the premises;

Michael J. Walleri
*Attorney at Law*
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Order Granting Unopposed Motion Release of Funds

Page 1 of 2

IT IS HEREBY ORDERED that the monies seized shall be released to Plaintiffs' counsel for distribution to the various Plaintiff's. The amount held by the Court is $1978.55. The total amount to be released to Plaintiff's is $1978.55.

Honorable Ralph R. Beistline
United States District Court Judge
10/24/07

Certificate of Service
I hereby certify that under penalty of perjury that a true and Correct copy of the foregoing was sent to the following counsel of record on October 23, 2007 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

Michael J. Walleri
Attorney at Law
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*
Order Granting Unopposed Motion Release of Funds

Page 2 of 2