Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR RELEASE OF SEIZED FUNDS**<br><br><br><br>Case No. F04-0034 CIV (RRB) |

Plaintiff, Christopher DeLeon seeks the release of funds deposited into the court registry by the United States Marshals Service in the above captioned matter.

Christopher DeLeon had $1323.20 seized from his 2007 Permanent Fund Dividend.  The money has been deposited in the Court Reegistry.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

On September 13, 2007 the parties filed the Stipulation for Dismissal with Prejudice and Vacate Judgment as well as the Proposed Order for Dismissal with Prejudice and Vacate Judgment. The Stipulation stated that the judgment for money award previously entered in this matter in favor of the Defendants would be vacated. The Order for Dismissal with Prejudice and Vacate Judgment was signed on September 14, 2007. On September 24, 2007, the Court issued an Order stating that "any monies deposited into the court registry by the U. S. Marshal Service, may be requested by form of a motion for the court's approval."

The Court should grant the Motion to release the funds deposited into the court registry back to the Plaintiff's in the above stated amounts.

Dated this 26th day of October, 2007, at Fairbanks, Alaska.

       MICHAEL J. WALLERI

       /s/ Michael J. Walleri
       Law Offices of Michael J Walleri
       330 Wendell St., Suite E
       Fairbanks, Alaska 99701
       (907) 452-4716
       (907) 452-4725
       walleri@gci.net
       AK Bar No. 7906060

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on October 26, 2007 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725