Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **ORDER GRANTING MOTION FOR RELEASE OF SEIZED FUNDS**<br><br><br>Case No. F04-0034 CIV (RRB) |

THIS MATTER having come before the court, and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the monies seized shall be released to Plaintiffs' counsel for distribution to the Plaintiff.  The amount held by the Court is $1323.30.  The total amount to be released to the Plaintiff is $1323.20.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                   *Page 1 of 2*
Order Granting Unopposed Motion Release of Funds

Dated: _____

                                                  Honorable Ralph R. Beistline
United States District Court Judge

Certificate of Service
I hereby certify that under penalty of perjury that a true and Correct copy of the foregoing was sent to the following counsel of record on October 26, 2007 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725