Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINALD FLEMING, CHRISTOPHER DELEON,  CHRIS HAMPTON, WILLIAM D. MCKILLICAN, and  TODD SCHLUMBOHM<br><br>Plaintiffs,<br><br>vs.<br><br>FANNIE CARROLL, and the CITY OF FORT YUKON, ALASKA<br><br>Defendants. | **ORDER GRANTING MOTION FOR RELEASE OF SEIZED FUNDS**<br><br>Case No. F04-0034 CIV (RRB) |

THIS MATTER having come before the court, and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the monies seized shall be released to Plaintiffs' counsel at The Law Offices of Michael J. Walleri, 330 Wendell Street, Suite E, Fairbanks, Alaska, 99701 for distribution to Plaintiff Christopher DeLeon.  The

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                                                          *Page 1 of 2*
Order Granting Unopposed Motion Release of Funds

amount held by the Court is $1323.20.  The total amount to be released to the

Plaintiff is $1323.20.

Dated: _____  _____
                                                                                 Honorable Ralph R. Beistline
                                                                                 United States District Court Judge

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and
 Correct copy of the foregoing was sent to the following counsel
of record on October 30, 2007 via ECF to:

Mr. Howard S. Trickey
Mr. Matt Singer
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Fleming, et. al. v City of Fort Yukon*                                                                                 *Page 2 of 2*
Order Granting Unopposed Motion Release of Funds