**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Reginald Fleming et al. | 4:04-cv-00034-RRB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Fannie Carroll and the City of Fort Yukon, Alaska | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Dept. of Revenue, Permanent Fund Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Avenue, Suite 100    Anchorage, AK 99501

RECEIVED MAY 01 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews, Paralegal
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve notice of levy.  (Reginald Fleming)

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 563-8844    DATE: 6/6/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1   District of Origin No. 6   District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk   Date: 9/4/07

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): MARTIN Carlton

Address (complete only if different than shown above): 6 of 9

Date of Service: 9/4/07   Time: 1430 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | | | | |

REMARKS:  No funds

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

*- For PFD Division Use Only -*
PFD Server Code

**G0137**

Location _____

Priority _____

[X] Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice __6/11/07__.
*Highlight information being corrected or added.*

**Case Number** __4__ - __04__ - __00034__ __CI__
　　　　　Location Code　Year　Case Number　Case Type

*Example:* 1JU-02-01234 CI

Case type must be one of the following:
CI (Civil)
CN (Child In Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

| | |
|---|---|
| **Judgment Debtor Name** | Reginald Fleming |
| **AKA or Alias** | |
| **Social Security Number** | REDACTED |
| **Date of Birth** | |
| **Amount of Writ** | $ 50,298.07 (includes interest through 8/3/07) |
| **Service Fee** | $ 47.00 |
| **Interest to October 15** | $ 492.91 (8/4/07 - 10/15/07 * 4.9%) |
| **Total Due** | $ 50,837.98 |

**Service Agent**
Signature: _(signed)_　Date: 9/4/07
Printed Name: ANDREW ARNOLD　Title: DUSM

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.